| | |
|---|---|
| ☐ County Court  ☒ District Court<br>United States District Court of Colorado<br><br>Court Address:<br><br>Plaintiff/Petitioner(s): SPORTS REHAB CONSULTING LLC, a Colorado limited liability company and LINDSAY WINNINGER, an individual<br>v.<br>Defendant/Respondent(s): VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation<br><br>Attorney or Party Without Attorney (Name and Address):<br>Alan Kildow, Attorney<br>790 Potato Patch Drive<br>Vail, CO 81657<br><br>Phone Number: 970-390-6675       E-mail: alkildow@aol.com<br>FAX Number:                         Atty. Reg. #: | COURT USE ONLY<br><br>Case Number: Case 1:19-cv-02075-WJM-GPG<br><br>Division:       Courtroom: |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS COMPLAINT AND JURRY DEMAND (identify title of documents) on the Defendant/Respondent in **Eagle CO** (name of County/State) on **August 2, 2019** (date) at _____ (time) at the following location: **181 W. Meadow Drive, Vail, CO 81657**

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____ (print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ (Name of Person) who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (Identify family relationship) _____.

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ (Name of Person) who is the Defendant/Respondent's ☐ secretary, ☐ administrative assistant, ☐ bookkeeper, or ☐ managing agent.

☒ By leaving the documents with **Mary Crumbaker, JD, CHC** (Name of Person), who as **Chief Compliance and Privacy Officer** (title) is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e)):

☐ For Eviction Cases Only.
I have made diligent efforts such as
(list personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

I have charged the following fees for my services in this matter:
☐ Private process server
☐ Sheriff,        County
Fee _____   Mileage $ _____

### VERIFICATION AND ACKNOWLEDGMENT

I Nola Nicholson (name) swear/affirm under oath, and under penalty of perjury, that I have read the foregoing AFFIDAVIT OF SERVICE and that the statements set forth therein are true and correct to the best of my knowledge.

RONALD R. AHO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184047868
MY COMMISSION EXPIRES DEC 17, 2022

_Nola Nicholson_
Signature

Subscribed and affirmed, or sworn to before me in the County of **Eagle**, State of **CO**, this **2nd** day of **8**, 20**19**. My Commission Expires: **12/17/2022**

_Ronald R. Aho_
Notary Public

JDF 98    R2/18    AFFIDAVIT OF SERVICE
© 2018 Colorado Judicial Department for use in the Courts of Colorado