| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY<br>STATE OF COLORADO<br><br>885 Chambers Avenue<br>Eagle, CO 81631 | |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendant:** VAIL CLINIC, INC. d/b/a VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation. | ▲  COURT USE ONLY  ▲<br>Case No: 2017CV030102 |
| **Counter-Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado corporation,<br><br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Div.: 4     Ctrm: 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| Jesse Wiens, Colo. #33903<br>Fahrenholtz & Wiens LLC<br>100 West Beaver Creek Boulevard<br>Suite 236<br>Avon, CO 81620<br>Telephone:  (970) 949-6500<br>E-mail:  fwlawyers@gmail.com<br><br>Attorneys for Plaintiffs/Counter-Defendants LINDSAY WINNINGER and SPORTS REHAB CONSULTING LLC | |
| **PLAINTIFFS' SUPPLEMENT TO JOINT STATUS REPORT DETAILING PENDING CAUSES OF ACTION** | |

1

Pursuant to the July 18, 2019 Order of the Court, the Hon. Russell H. Granger presiding, Plaintiffs, Defendant/Third-Party Plaintiff and Third-Party Defendant, by and through their respective attorneys of record, submit this Status Report Detailing Pending Causes of Action in this case. The chart below identifies each cause of action asserted in the pending pleadings of each respective party.

| Pending Causes of Action | Filed | Pending Dispositive Motions | Orders |
|---|---|---|---|
| **Winninger/Sports Rehab Causes of Action Against Vail Health In First Amended Complaint** | | | |
| Defamation: 24 Counts Asserted | 2.22.2018 | No | 5.31.19 |
| Tortious Interference With Contract | 2.22.2018 | No | No |
| Tortious Interference With Current Business Relationship | 2.22.2018 | No | No |
| Tortious Interference With Prospective Business Relationship | 2.22.2018 | No | No |
| **Vail Health's Counterclaim Against Winninger/Sports Rehab in Amended Counterclaim** | | | |
| Interference with Contract Against Winninger and SRC | 3.5.2019 | No | No |
| Civil Theft Against Winninger and SRC | 3.5.2019 | No | No |
| Misappropriate of Trade Secrets Against Winninger/SRC | 3.5.2019 | No | No |
| Conversion Against Winninger/SRC | 3.5.2019 | No | No |
| Civil Conspiracy Against Winninger/SRC | 3.5.2019 | No | No |
| **Vail Health's Third-Party Claim Against Cimino** | | | |
| Breach of Employment Contract Against Cimino | 3.5.2019 | No | No |
| Breach of Duty of Loyalty Against Cimino | 3.5.2019 | No | No |
| Civil Theft Against Cimino | 3.5.2019 | No | No |
| Misappropriate of Trade Secrets Against Cimino | 3.5.2019 | No | No |
| Conversion Against Cimino | 3.5.2019 | No | No |
| Civil Conspiracy/Aiding and Abetting Against Cimino | 3.5.2019 | No | No |

**Plaintiffs' Supplement To the Status Report is as follows:**

On August 16, 2019, Dan Reilly, as counsel of record for individually-named Defendants Michael Shannon and Nicholas Brown, called Alan Kildow to conduct a Rule

2

121 conference concerning a motion to dismiss that Mr. Reilly stated would be filed on behalf of Defendants Shannon and Brown.  As best Mr. Kildow could understand the explanation of Mr. Reilly, Defendants' motion seeks the dismissal of the claims set for in Plaintiffs' Proposed Second Amended Complaint against Shannon and Brown.  The motion, according to Mr. Reilly, would be based upon language contained in the Court's July 18, 2019 Order, ¶ F.d., stating that "[a]ny motion or claim not listed or stated in this order shall be deemed to be dismissed or otherwise denied."  As Kildow understood Mr. Reilly's argument, Defendants will seek dismissal of all claims against Shannon and Brown that are set forth in Plaintiffs' Proposed Second Amended Complaint because those claims were not set for in the August 9 Joint Status Report Detailing Pending Causes of Action.

In registering Plaintiffs' objection to Defendants' contemplated motion, Mr. Kildow once again explained to Mr. Reilly that Plaintiffs' position is that on May 28, 2019, the Court denied Plaintiffs' motion for leave to file their Proposed Second Amended Complaint.  The Court's May 28 Order clearly states: "The Plaintiff also has requested that a Second Amended Complaint be filed.  ***This request is also denied***."  "An amended complaint will cause additional delay."  The court then went on to reiterate: "This case will now proceed as plead.  ***Leave to file a Second Amended Complaint is DENIED***."  (Emphasis added.)  So the court twice said that the amendment was denied.  At the July 18, 2019 status conference, Mr. Kildow explained to the Court and the parties that Plaintiffs took the Court's May 28 Order denying of their motion to file their Proposed Second Amended Complaint seriously, which means the claims against Defendants Shannon and Brown are not part of this Eagle County action and the same is true for the

3

antitrust claim set for in the Proposed Second Amended Complaint.  As a result, on July 17, 2019 Plaintiffs filed an antitrust complaint under § 2 of the federal Sherman Act and Colorado Antitrust Act of 1992 against Vail Health in the U.S. District Court for the District of Colorado, styled *Sports Rehab Consulting LLC and Lindsay Winninger v. Vail Clinic, Inc., d/b/a Vail Health*, Case No. 1:19-cv-02075-WJM-GPG.

Because Plaintiffs' Proposed Second Amended Complaint is not part of this action pursuant to the Court's May 28 Order, there was and is no need to list its claims in the August 9 Joint Status Report Detailing Pending Causes of Action.  Nevertheless, out of an abundance of caution and with a view to avoiding argument on a meritless procedural issue, Plaintiffs file this Supplement to set forth the claims in their Proposed Second Amended Complaint:

| **Proposed Causes of Action Denied By May 28 Order** | **Filed** | **Pending Dispositive Motions** | **Orders** |
|---|---|---|---|
| **Winninger/Sports Rehab Causes of Action Against Vail Health, Doris Kirchner, Michael Shannon and Nicholas Brown In Proposed Second Amended Complaint** | | | |
| Defamation: 28 Counts Asserted | 1.21.2019 | No | No |
| Tortious Interference With Contract | 1.21.2019 | No | No |
| Tortious Interference With Current Business Relationship | 1.21.2019 | No | No |
| Tortious Interference With Prospective Business Relationship | 1.21.2019 | No | No |
| Violation of the Colorado Antitrust Act of 1992 | 1.21.2019 | No | No |

Therefore, in the unlikely event that the Court determines that it did not mean what it held in its May 28—that Plaintiffs' motion for "Leave to file a Second Amended Complaint is DENIED"—then those claims may not be "deemed to be dismissed" and must be adjudicated on their merits in the normal course under the Colorado Rules Of Civil Procedure.  Plaintiffs do not waive, but on the contrary reserve, all of their rights

arising out of any motion filed by Defendants as described herein.

                                        Respectfully submitted,

Dated: August 19, 2019                *s/ Alan L. Kildow*
                                        Jesse Wiens, Colo. #33903
                                        Fahrenholtz & Wiens LLC
                                        100 West Beaver Creek Boulevard
                                        Suite 236
                                        Avon, CO 81620
                                        Telephone: (970) 949-6500
                                        E-mail:  fwlawyers@gmail.com

                                        Sonya R. Braunschweig (admitted *pro hac vice*)
                                        5501 Irving Avenue South
                                        Minneapolis, MN  55419
                                        Telephone:  (612) 819-2304
                                        E-mail:  sonya.braunschweig@gmail.com

                                        Alan L. Kildow (admitted *pro hac vice*)
                                        15204 Wildwood Road
                                        Burnsville, MN 55306
                                        Telephone:  (970) 390-6675
                                        E-mail:  alkildow@aol.com

                                        Attorneys for Plaintiff and Counter-Defendants
                                        Lindsay Winninger and Sports Rehab Consulting LLC