**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health"), through counsel, hereby submits its Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion"), as follows:

1. Counsel for Defendant conferred with counsel for Plaintiffs via email on August 20, 2019, and August 21, 2019, requesting Plaintiffs' stipulation to a 21-day extension of Defendant's time to move or otherwise respond to the Complaint, pursuant to Local Rule 6.1. Plaintiffs' counsel refused that request and consents only to a one-week extension.

2. Plaintiffs filed this lawsuit on July 17, 2019. Defendant was served on August 2, 2019.

3. Defendant's current deadline to answer or otherwise respond to the Complaint is August 23, 2019.

4. Plaintiffs' Complaint is 67 pages and 242 paragraphs long.

5. Plaintiffs' Complaint asserts antitrust claims under both Colorado and federal law.

6. Plaintiffs' Complaint raises complex jurisdictional and claim-splitting issues, as it relates to the same facts as a case currently pending in state court in Eagle County, Colorado.

7. In that Eagle County case, Plaintiffs also had asserted an antitrust claim under Colorado law. It was unclear until a status conference in the Eagle County action yesterday, August 21, 2019, whether that antitrust claim would proceed. During the status conference yesterday, the Eagle County court indicated that it would dismiss without prejudice the antitrust claim.

8. The Complaint also raises numerous procedural and ethical concerns as it relies on information provided to Plaintiffs in the Eagle County action pursuant to a protective order and incorporates allegations that were dismissed with prejudice by the Eagle County court.

9. Due to the length of Plaintiffs' Complaint and the complexity of the issues raised by it, Defendant is requesting a 30-day extension of time, up to and including September 23, 2019, in which to confer with Plaintiffs to attempt to resolve some of these concerns and also to answer or otherwise respond to Plaintiffs' Complaint.

10. This is Defendant's first request for an extension of time.

11. A Proposed Order is attached.

12. A copy of this motion is being provided to Defendant by undersigned counsel contemporaneously with the filing.

WHEREFORE, Defendant respectfully requests an extension of time, up to and including September 23, 2019, in which to answer or otherwise respond to Plaintiffs' Complaint.

- 3 -

Respectfully submitted this 22nd day of August, 2019

   *s/ Jacqueline V. Roeder*
Janet Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** was filed via CM/ECF on this 22nd day of August 2019, which will forward notice to the following:

    Jesse Wiens
    Fahrenholtz & Wiens LLC
    100 West Beaver Creek Blvd., Suite 236
    Avon, Colorado 81620
    Email: fwlawyers@gmail.com

                      *s/Kathrine Gates*
                         Kathrine Gates