**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**[PROPOSED] ORDER RE: DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFFS' COMPLAINT**

---

THIS MATTER having come before the Court on Defendant Vail Clinic, Inc., d/b/a Vail Health's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the Court being fully advised herein, hereby

GRANTS Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. Defendant shall have up to and including September 23, 2019, in which to answer or otherwise respond to Plaintiffs' Complaint.

Dated: _____, 2019        BY THE COURT

 

_____
U.S. DISTRICT COURT JUDGE/
MAGISTRATE JUDGE