**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VAIL
CLINIC, INC., D/B/A VAIL HEALTH**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, hereby submit its Corporate Disclosure Statement, and discloses as follows:

Vail Clinic, Inc., is a wholly owned subsidiary of Vail Health Services, Inc., which are both Colorado non-profit corporations. Vail Health further states that no publicly held corporation owns 10% or more of its stock.

Dated:  August 23, 2019

   *s/ Jacqueline V. Roeder*
Janet Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT VAIL CLINIC, INC., D/B/A VAIL HEALTH was filed via CM/ECF on this 23rd day of August 2019, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

                                             *s/ Sandra Abram*
                                             Sandra Abram