**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**NOTICE OF RELATED CASES UNDER D.C.COLO.L.CIV.R 3.2**

    Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health"), by and through its undersigned counsel, hereby notifies the Court of the following related case, pursuant to D.C. Colo. L. Civ. R. 3.2:

| | |
|---|---|
| **DISTRICT COURT, EAGLE COUNTY, COLORADO**<br><br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, Colorado 81631 | |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, | ▲ COURT USE ONLY ▲ |

- 2 -

| | |
|---|---|
| **Counter-Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102<br><br>Division 4  Courtroom 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |

Dated:  August 23, 2019

  *s/ Jacqueline V. Roeder*
Janet Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  janet.savage@dgslaw.com
            jackie.roeder@dgslaw.com
            daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF RELATED CASES UNDER D.C. COLO. L. CIV. R. 3.2 was filed via CM/ECF on this 23rd day of August 2019, which will forward notice to the following:

    Jesse Wiens
    Fahrenholtz & Wiens LLC
    100 West Beaver Creek Blvd., Suite 236
    Avon, Colorado 81620
    Email: fwlawyers@gmail.com

                                           *s/ Sandra Abram*
                                           Sandra Abram