**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

### NOTICE OF APPEARANCE OF ALAN L. KILDOW AS COUNSEL FOR PLAINTIFFS

---

    Alan L. Kildow hereby enters his appearance as an attorney of record on behalf of Plaintiffs Sports Rehab Consulting LLC ("Sports Rehab"), and Lindsay Winninger ("Winninger") along with attorney Jesse L. Weins of the law firm of Fahrenholz & Weins LLC. Mr. Kildow is an attorney licensed to practice law in the State of Minnesota (Bar No. 0143133). He is also admitted to practice before the U.S. District Court for the District of Minnesota, the 8th Circuit Court of Appeals and the U.S. Supreme Court. Mr. Kildow's application for admittance to practice before the U.S. District Court for the District of Colorado was granted on August 5, 2019.

    Mr. Kildow hereby notifies counsel for Defendant Vail Clinic, Inc. previously d/b/a "Vail Valley Medical Center" and n/k/a "Vail Health" that, as one of the attorneys for Plaintiffs Sports Rehab and Winninger, he is entitled to and hereby requests service of all pleadings, motions and other court filings for which service is required by the Federal Rules of Civil Procedure and the Local Rules of this District.

Dated:  August 27, 2019

*s/ Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail:  alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek Boulevard
Suite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail:  fwlawyers@gmail.com

Attorneys for Plaintiffs Sports Rehab
Consulting LLC and Lindsay Winninger and