**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## ENTRY OF APPEARANCE OF JANET A. SAVAGE

To the clerk of court and all parties of record:

PLEASE TAKE NOTICE that Janet A. Savage, of the law firm of Davis Graham & Stubbs LLP, hereby enters her appearance in this case as counsel for Defendant Vail Clinic, Inc. d/b/a Vail Health, a Colorado nonprofit corporation. Ms. Savage should receive a copy of all future correspondence and documentation in the above-captioned proceeding. Pursuant to D.C.COLO.LAttyR 5(a)(3)(B), Ms. Savage's contact information is contained in the signature block below. Pursuant to D.C.COLO.LAttyR 5(a)(3)(C), Ms. Savage hereby certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 29th day of August 2019.

  *s/ Janet A. Savage*
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: janet.savage@dgslaw.com
      jackie.roeder@dgslaw.com
      daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE OF JANET A. SAVAGE was filed via CM/ECF on this 29th day of August 2019, which will forward notice to the following:

| | |
|---|---|
| Jesse Wiens | Alan L. Kildow |
| Fahrenholtz & Wiens LLC | 790 Potato Patch Drive |
| 100 West Beaver Creek Blvd., Suite 236 | Vail, Colorado 81657 |
| Avon, Colorado 81620 | Email: akildow@aol.com |
| Email: fwlawyers@gmail.com | |

*s/Kathrine Gates*
Kathrine Gates