**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**DEFENDANT'S MOTION FOR BRIEFING SCHEDULE REGARDING
MOTIONS UNDER RULE 12 AND MOTION TO STAY**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health"), through counsel, hereby submits its Motion for Briefing Schedule Regarding Motions Under Rule 12 and Motion to Stay ("Motion"), as follows:

1. Counsel for the parties conferred on this Motion through several rounds of email between September 12, 2019 through September 18, 2019. On September 18, 2019, Plaintiffs stated that they oppose Defendant's request for a briefing schedule.

2. More than two years ago, on April 25, 2017, Plaintiffs filed a lawsuit against Vail Health and its CEO, Doris Kirchner, in state court in Eagle County, Colorado ("Eagle County Lawsuit"). That case has been actively litigated for years and is ongoing, though the Court has dismissed many of Plaintiffs' claims on summary judgment.

3. Plaintiffs filed this lawsuit ("Federal Lawsuit") on July 17, 2019. The factual allegations in the Federal Lawsuit are nearly identical to the factual allegations in the Eagle County Lawsuit.

4. On August 25, 2019, the Court granted Defendant until September 23, 2019 to answer or otherwise respond to the complaint.

5. Defendant intends to file three motions with respect to the complaint: (1) a motion to strike certain allegations from the complaint pursuant to Rule 12(f) (*e.g.*, those that have already been found by the Eagle County Court to be unfounded); (2) a motion to dismiss the complaint pursuant to Rule 12(b)(6) for failure to plead an antitrust claim; and (3) a motion to stay the Federal Lawsuit pending the outcome of the Eagle County Lawsuit, as the resolution of the Eagle County lawsuit would very likely fully resolve the Federal Lawsuit.

6. Defendant perceives potential tension between Federal Rule of Civil Procedure 12(f) and Judge Martinez's Practice Standards regarding the sequencing of those motions:

- Rule 12(f) suggests that a motion to strike should be filed "before responding to the pleading."
- In contrast, Judge Martinez's Practice Standard III.D.2 states, "[a]ll requests for relief under any part of Fed. R. Civ. P. 12 must be brought in a single motion."

7. Defendant respectfully requests clarification from the Court and that the Court order the following briefing schedule:

- Defendant will file its Rule 12(f) motion to strike on or before September 23, 2019;
- Defendant will file its Rule 12(b) motion and motion to stay within 21 days of either (a) the filing of a new complaint pursuant to the Rule 12(f) motion to strike or (b) the denial of the motion to strike.

8. Defendant and Plaintiffs continue to confer regarding the substance of Defendant's proposed motions and whether Plaintiffs are willing to strike, modify, or supplement their allegations. Conferral among counsel and, assuming no agreement, a determination regarding Defendant's motion to strike under Rule 12(f) have the potential to narrow the scope of a motion to dismiss under Rule 12(b)(6). It would be more efficient for both the Court and parties to resolve the substance of the Rule 12(f) motion to strike—which would determine what the final pleading would look like—before proceeding to a motion on the pleadings.

WHEREFORE, Defendant respectfully requests that the Court order the following briefing schedule: (1) Defendant will file its Rule 12(f) motion on or before September 23, 2019; and (2) Defendant will file its Rule 12(b) motion and motion to stay within 21 days of either (a) the filing of a new complaint pursuant to the motion to strike or (b) the denial of the motion to strike.

Respectfully submitted this 18th day of September 2019.

    ***s/ Jacqueline V. Roeder***
Janet Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  janet.savage@dgslaw.com
      jackie.roeder@dgslaw.com
      daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT'S MOTION FOR BRIEFING SCHEDULE REGARDING MOTIONS UNDER RULE 12 AND MOTION TO STAY was filed via CM/ECF on this 18th day of September 2019, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan L. Kildow
790 Potato Patch Drive
Vail, Colorado 81657
Email: alkildow@aol.com

                                                *s/Kathrine Gates*
                                                  Kathrine Gates