**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

      Defendant.

---

**STIPULATION AND ORDER REGARDING THE FILING OF AMENDED COMPLAINT AND TIMING OF RESPONSE**

---

The parties hereby stipulate and agree on the following:

1. On July 17, 2019, Plaintiffs filed a complaint against Defendant Vail Health, which was later served on Defendant.

2. Defendant requested additional time to respond to the complaint, which was granted by the Court. Defendant's deadline for responding to Plaintiffs' complaint is presently September 23, 2019.

3. Defendant informed Plaintiffs it was intending to file a Rule 12(b)(6) motion to dismiss and Rule 12(f) motion to strike certain allegations. Pursuant to the procedures of Judge Martinez, Defendant provided the legal and factual reasons for its position, and the parties conferred about those issues in accordance with the Court's requirements.

4. Plaintiffs have decided, although they do not necessarily agree with Defendant's legal or factual contentions, that it is in the best interests of the parties and

the Court to file an amended complaint. Plaintiffs agree that the amended complaint will be filed on or before Friday, September 27, 2019.

5. Although Plaintiffs are not required to seek leave of court or Defendant's consent to file and serve an amended complaint at this stage of the proceedings, Vail Health stipulates that it consents to the filing of an amended complaint by Plaintiffs.

6. Defendant agrees that it will have fourteen (14) days from the date of service of Plaintiffs' amended complaint to answer or otherwise respond. Defendant further agrees that it will not seek any further time from the Court to respond to the amended complaint, so long as the amendments Plaintiffs make are limited to addressing the legal and factual issues about which the parties conferred.

7. Defendant also agrees to accept service of the amended complaint through its attorneys of record, which will be done through the Court's ECF service.

WHEREFORE, the parties respectfully request that the Court approve the parties' stipulation as set out above.

AS STIPULATED BY:

Dated: September 23, 2019        *s/ Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek Boulevard
Suite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail: fwlawyers@gmail.com

Attorneys for Plaintiffs Sports Rehab

|  |  |
|---|---|
|  | Consulting LLC and Lindsay Winninger |
| Dated:  September 23, 2019 | /s/ Jacqueline V. Roeder<br>Janet A. Savage, #11653<br>Jacqueline Roeder, # 48046<br>Daniel A. Richards, # 6724<br>Davis Graham & Stubbs LLP<br>1550 17th Street, Suite 500<br>Denver, CO  80202<br>Telephone:  (303) 892-9400<br>E-mail:  janet.savage@dgslaw.com<br>            jackie.roeder@dgslaw.com<br>            daniel.richards@dgslaw.com<br><br>Attorneys for Defendant Vail Health |

IT IS SO ORDERED.

BY THE COURT:

Dated:  September ___, 2019

Gordon P. Gallagher
U.S. Magistrate Judge

3