# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## UNOPPOSED MOTION TO RESCHEDULE
## SCHEDULING CONFERENCE

### STATEMENT OF CONFERRAL

On September 27, 2019, undersigned counsel for Vail Health notified Plaintiffs' counsel that Vail Health would seek to reschedule the Scheduling Conference from its original date of October 15, 2019. On October 3, 2019, Plaintiffs' counsel indicated that Plaintiffs do not oppose Vail Health's request to reschedule the conference, as long as the conference can be rescheduled by October 23, 2019. Plaintiffs' counsel objects to Vail Health's request to reschedule the conference if the Court cannot accommodate the parties by October 23.

### MOTION

1.     A scheduling conference pursuant to Fed. R. Civ. P. 16(b) is currently set for October 15, 2019. (Dkt. No. 10.)

2.     Undersigned counsel for Vail Health has a pre-existing business commitment in Houston, Texas that day.

3.	Because undersigned counsel is also counsel for Vail Health in a related action pending in Eagle County, and Vail Health anticipates that some of the discussion during the Scheduling Conference will revolve around the substance and timing of matters pending in Eagle County, it would be most efficient for the parties and the Court for undersigned counsel to be able to attend the Scheduling Conference.

4.	As such, Vail Health respectfully requests that the Court reschedule the Scheduling Conference.  To assist with scheduling, counsel for Vail Health conferred with counsel for Plaintiffs and all counsel are available on October 18, 21, 22, or 23.  Although Plaintiffs oppose resetting the Scheduling Conference for a date after October 23, if this assists the Court, counsel for Vail Health also is available October 29, or November 5, 7, or 8.

Dated: October 3, 2019

*s/ Jacqueline V. Roeder*
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  janet.savage@dgslaw.com
          jackie.roeder@dgslaw.com
          daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE was filed via CM/ECF on this 3rd day of October 2019, which will forward notice to the following:

| | |
|---|---|
| Jesse Wiens | Alan L. Kildow |
| Fahrenholtz & Wiens LLC | 790 Potato Patch Drive |
| 100 West Beaver Creek Blvd., Suite 236 | Vail, Colorado 81657 |
| Avon, Colorado 81620 | Email: akildow@aol.com |
| Email: fwlawyers@gmail.com | |

*s/Kathrine Gates*
Kathrine Gates