**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**ENTRY OF APPEARANCE OF SHANNON WELLS STEVENSON**

    To the clerk of court and all parties of record:

    PLEASE TAKE NOTICE that Shannon Wells Stevenson, of the law firm of Davis Graham & Stubbs LLP, hereby enters her appearance in this case as counsel for Defendant Vail Clinic, Inc. d/b/a Vail Health, a Colorado nonprofit corporation. Ms. Stevenson should receive a copy of all future correspondence and documentation in the above-captioned proceeding. Pursuant to D.C.COLO.LAttyR 5(a)(3)(B), Ms. Stevenson's contact information is contained in the signature block below. Pursuant to D.C.COLO.LAttyR 5(a)(3)(C), Ms. Stevenson hereby certifies that she is a member in good standing of the bar of this Court.

Respectfully submitted this 10th day of October, 2019.

    *s/ Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ENTRY OF APPEARANCE OF SHANNON WELLS STEVENSON was filed via CM/ECF on this 10th day of October, 2019, which will forward notice to the following:

Jesse Wiens  
Fahrenholtz & Wiens LLC  
100 West Beaver Creek Blvd., Suite 236  
Avon, Colorado 81620  
Email: fwlawyers@gmail.com

Alan L. Kildow  
790 Potato Patch Drive  
Vail, Colorado 81657  
Email: akildow@aol.com

*s/Paige Finnell*  
Paige Finnell