**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZE RESPONSIVE MEMORANDUM IN OPPOSITION TO VAIL HEALTH'S RULE 12(b)(6) MOTION TO DISMISS AMENDED COMPLAINT**

**MOTION**

Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger file this motion pursuant to C.2 of the Practice Standards of The Hon. William J. Martinez. Plaintiffs request that the Court grant them leave to file a twenty (20) page memorandum (rather than a fifteen page memorandum) in response to Defendant Vail Health's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiffs have consulted with counsel for Vail Health and they do not object to Plaintiffs being provided with permission to file an oversize brief so long as Plaintiffs do not object if Vail Health files a similar motion.

**PROCEDURAL HISTORY**

This case involves alleged violations of § 2 of the Sherman Act, 15 U.S.C. § 2, for monopolization and attempt to monopolize. After the parties conferred regarding certain pleading issues, Plaintiffs filed an amended complaint on September 27, 2019, and Vail

1

Health filed a motion to dismiss pursuant to Fed. R. C. P. 12(b)(6) on October 11, 2019. Plaintiffs response to the motion to dismiss is therefore due on November 1, 2019. Counsel for Plaintiffs have invested an appropriate amount of time drafting the response to address antitrust issues that include relevant geographic and product markets, antitrust standing, and various forms of alleged exclusionary conduct. Although the antitrust case law is well known, the application of the facts alleged in the seventy-five (75) page amended complaint to the case law involves a degree of complexity that is not found in most civil cases.

Plaintiffs therefore request an additional five (5) pages for their response, which would permit Plaintiffs to submit a brief that is less conclusory and provides the Court with a more complete explication of the facts alleged in the amended complaint and the legal issues raised by Vail Health's motion to dismiss.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that there motion for leave to file and oversize response be granted.

Dated: October 29, 2019
            *s/ Alan L. Kildow*
            Alan L. Kildow, MN# 0143133
            790 Potato Patch Drive
            Vail, CO 81657
            Telephone: (970) 390-6675
            E-mail: alkildow@aol.com

            Jesse Wiens, Colo. #33903
            Fahrenholtz & Wiens LLC
            100 West Beaver Creek Boulevard
            Suite 236
            Avon, CO 81620
            Telephone: (970) 949-6500
            E-mail: fwlawyers@gmail.com

            Attorneys for Plaintiffs Sports Rehab
            Consulting LLC and Lindsay Winninger

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 29, 2019, I served a true and correct copy of Plaintiffs' Motion For Leave To File An Oversize Response To Vail Health's Rule 12(b)(6) Motion To Dismiss Plaintiffs' Amended Complaint, through the Court's e-filing system on:

> Janet A. Savage
> Shannon Stevenson
> Jacqueline V. Roeder
> Daniel Richards
> Davis Graham & Stubbs LLP
> 1550 17th Street, Suite 500
> Denver, CO  80202
> Counsel for Defendant

             *s/ Alan L. Kildow*
             Alan L. Kildow

3