# Exhibit 8

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br><br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, Colorado 81631 | DATE FILED: August 20, 2019 8:54 AM<br>FILING ID: E401122D535E9<br>CASE NUMBER: 2017CV30102 |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. d/b/a VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, MICHAEL SHANNON, an individual, and NICHOLAS BROWN, an individual. | ▲ COURT USE ONLY ▲ |
| **Counter-Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado corporation,<br><br>v.<br><br>**Counter-Defendants**: LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102<br><br>Division 4  Courtroom 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>**v.**<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| Janet Savage, #11653<br>Charles L. Casteel, #6724<br>Jacqueline V. Roeder, #48046<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Telephone:  303.892.9400<br>Facsimile:   303.893.1379<br>E-mail:      janet.savage@dgslaw.com<br>             charles.casteel@dgslaw.com<br>             jackie.roeder@dgslaw.com<br><br>*Attorneys for Defendants Doris Kirchner, and Vail Clinic, Inc. d/b/a Vail Valley Medical Center* | |

| |
|---|
| Daniel M. Reilly, #11468<br>Clare S. Pennington, #37896<br>John M. McHugh, #45456<br>Reilly Pozner LLP<br>1700 Lincoln Street, Suite 2400<br>Denver, CO 80203<br>Telephone: (303) 893-6100<br>Facsimile: (303) 893-6110<br>E-mail: dreilly@rplaw.com<br>         cpennington@rplaw.com<br>         jmchugh@rplaw.com<br>*Attorneys for Defendant Doris Kirchner* |

**DEFENDANTS KIRCHNER AND VAIL HEALTH'S
PARTIAL MOTION TO DISMISS**

Under the Court's July 18, 2019 Order, Defendants Doris Kirchner and Vail Clinic, Inc. d/b/a Vail Valley Medical Center ("Vail Health") respectfully request an order of the Court dismissing all claims asserted against them in Plaintiffs' Second Amended Complaint with prejudice. In support of this Motion, Defendants state:

1. Ms. Kirchner and Vail Health attempt to reach Plaintiffs' counsel by both telephone and email on August 19, 2019, for their position on this motion. Plaintiffs' counsel has not responded.

2. On April 25, 2017, Plaintiffs filed their original complaint, asserting four causes of action against Ms. Kirchner and Vail Health.

3. On February 22, 2018, Plaintiffs filed their Verified Amended Complaint against Ms. Kirchner and Vail Health, asserting 24 defamation claims and three tortious interference claims against both Ms. Kirchner and Vail Health.

4. On January 21, 2019, Plaintiffs filed their Motion for Leave to File Second Amended Complaint. The proposed Second Amended Complaint ("SAC") contained multiple

- 1 -

new claims against Ms. Kirchner and Vail Health, including an antitrust claim against Vail Health, as well as a claim for exemplary damages.[1]

5. The Court granted Plaintiffs' requested leave to file the SAC on March 5, 2019.

6. Plaintiffs filed their SAC on March 22, 2019.

7. The individual defendants and Vail Health filed a Motion to Dismiss the Second Amended Complaint on April 5, 2019.

8. The Motion to Dismiss the SAC was fully briefed as of May 3, 2019.

9. On May 28, 2019, the Court issued an order stating: "The Plaintiff also has requested that a Second Amended Complaint be filed. This request is also denied. The Plaintiff herself, through her attorney, has recently complained that this case is 2 ½ years old and needs to get to trial. An amended complaint will cause additional delay." (5/28/19 Order, Dkt. 462.)

10. On May 31, 2019, the Court issued an order on Ms. Kirchner's and Vail Health's Motion for Summary Judgment on the 24 defamation claims set forth in the Amended Complaint and the SAC. In that Order, the Court granted summary judgment for Vail Health and Ms. Kirchner on Counts 4, 5, 6, 7, 8, 10, 12, 13, 14, 15, 16, 17, 18, 20, 23, and 24. Separately, the Court entered summary judgment in favor of Ms. Kirchner on Claims 6-16 and 18-24.

11. On July 17, 2019, Plaintiffs filed a federal lawsuit against Vail Health asserting a single antitrust claim for violation of both federal and Colorado antitrust laws.

12. On July 18, 2019, the Court entered an Order Appointing Special Master. In that Order, the Court directed the parties to submit a "joint status report detailing each pending cause

---

[1] Plaintiffs also added two individual defendants, Mike Shannon and Nicholas Brown. Those claims are the subject of a separate motion to dismiss filed August 19, 2019.

of action currently before the Court." The Court further stated that any "claim not listed as stated in this order shall be deemed dismissed[.]" (7/18/19 Order, Dkt. 478.)

13. On August 9, 2019, the parties submitted their Joint Status Report Detailing Pending Causes of Action. In Plaintiffs' "position on pending causes of action asserted by Plaintiffs," **Plaintiffs did not list any claims against Ms. Kirchner or Vail Health except those pled in the First Amended Complaint**, subject to the Court's prior summary judgment order.

14. Under the Court's July 18, 2019 Order, therefore, all claims asserted against Ms. Kirchner and/or Vail Health only in the SAC are "deemed dismissed." (7/18/19 Order at 6, Dkt. 478.) For Ms. Kirchner, this means that all claims except Counts 1, 2, 3, 25, 26, and 27 of the Amended Complaint are deemed dismissed. For Vail Health, this means that all claims except Counts 1, 2, 3, 9, 11, 19, 21, 22, 25, 26 and 27.

Therefore, Ms. Kirchner and Vail Health respectfully request the Court enter the following orders:

A. Dismissing with prejudice all claims asserted against Ms. Kirchner *except* Counts 1, 2, 3, 25, 26, and 27 of the Plaintiffs' February 22, 2018 Amended Complaint.

B. Dismissing with prejudice all claims asserted against Vail Health *except* Counts 1, 2, 3, 9, 11, 19, 21, 22, 25, 26 and 27 of the Plaintiffs' February 22, 2018 Amended Complaint.

Dated:  August 20, 2019

/s/Jaqueline V. Roeder
Janet Savage, #11653
Charles L. Casteel, #6724
Jacqueline V. Roeder, #48046
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
E-mail: janet.savage@dgslaw.com
charles.casteel@dgslaw.com
jackie.roeder@dgslaw.com

*Attorneys for Defendants Doris Kirchner, and Vail Health, Inc.*

Daniel M. Reilly
Clare S. Pennington
John M. McHugh
Reilly Pozner, LLP
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
dreilly@rplaw.com
cpennington@rplaw.com
jmchugh@rplaw.com

*Attorneys for Doris Kirchner*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANTS KIRCHNER AND VAIL HEALTH'S PARTIAL MOTION TO DISMISS was filed via Colorado Courts E-Filing on this 20th day of August 2019, which will serve notice to the following:

| | |
|---|---|
| John W. Madden, III<br>The Madden Law Firm<br>999 18th Street<br>Suite 1500 South<br>Denver, Colorado 80202<br>Telephone: 303.436.1111<br>madden@themaddenfirm.com | Jesse Wiens<br>Fahrenholtz & Wiens, LLC<br>P.O. Box 1988<br>Avon, Colorado 81620<br>Telephone: 970.949.6500<br>Facsimile: 970.331.0794<br>fwlawyers@gmail.com |
| *Counsel for Third-Party Defendant David Cimino* | *Counsel for Plaintiffs/Counter-Defendants Lindsay Winninger and Sports Rehab Consulting, LLC* |

Daniel M. Reilly, Clare S. Pennington, John M. McHugh
Reilly Pozner LLP
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
Telephone: 303.893.6100
dreilly@rplaw.com
cpennington@rplaw.com
jmchugh@rplaw.com

*Counsel for Defendants Doris Kirchner, Michael Shannon, and Nicholas Brown*

**Copy emailed to:**

| | |
|---|---|
| Sonya Braunschweig (admitted pro hac vice)<br>5501 Irving Avenue South<br>Minneapolis, Minnesota 55419<br>Telephone: 612.819.2304<br>sonya.braunschweig@gmail.com | Alan L. Kildow (admitted pro hac vice)<br>15204 Wildwood Road<br>Burnsville, Minnesota 55306<br>Telephone: 970.390.6675<br>alkildow@aol.com |

*Counsel for Plaintiffs/Counter-Defendants Lindsay Winninger and Sports Rehab Consulting, LLC*

*s/Kathrine Gates*
Kathrine Gates