# Exhibit 9

**GRANTED BY COURT**
**09/19/2019**

DATE FILED: September 19, 2019 9:48 AM
CASE NUMBER: 2017CV30102

**Russell Granger**
**Judge**

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br><br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, Colorado 81631 | |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, MICHAEL SHANNON, an individual, and NICHOLAS BROWN, an individual, | ▲ COURT USE ONLY ▲ |
| **Counter-Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102<br><br>Division 4  Courtroom 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| **[AMENDED PROPOSED] ORDER GRANTING DEFENDANTS KIRCHNER AND VAIL HEALTH'S PARTIAL MOTION TO DISMISS** | |

THIS MATTER comes before the Court on Defendants Kirchner and Vail Health's Partial Motion to Dismiss. It appears to the Court that the same should be granted; now therefore,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED as follows:

-2-

A. The Court dismisses without prejudice all claims asserted against Ms. Kirchner except Counts 1, 2, 3, 25, 26, and 27 of the Plaintiffs' February 22, 2018 Amended Complaint.

B. The Court dismisses without prejudice all claims asserted against Vail Health except Counts 1, 2, 3, 9, 11, 19, 21, 22, 25, 26 and 27 of the Plaintiffs' February 22, 2018 Amended Complaint.

Dated: _____, 2019

BY THE COURT:

_____
District Court Judge