# Exhibit 10

| DISTRICT COURT, EAGLE COUNTY, COLORADO | |
|---|---|
| Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597 | DATE FILED: June 10, 2019 11:21 AM<br>CASE NUMBER: 2017CV30102 |
| **Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2017CV30102<br>Division: 3         Courtroom: |
| **Order re: Plaintiffs Motion to Dismiss Defendants Amended Counterclaim** | |

The Court has reviewed the Plaintiff's Motion to Dismiss and all associated pleadings. The Plaintiff creates a strong argument. However, the standard is low and the Response creates plausibility of the claims. The Motion to Dismiss is denied.

It is unclear if the allegedly stolen files were copies, originals, etc.. When this is taken in the light most favorable to Defendants, the claims are plausible.

Also, Defendant alleges that Winninger has admitted that she has taken protocols and files, Winninger testified that she copied docs onto external storage device and connected them to her work computer at Howard Head, and that she transferred some of the docs. Defendant asserts that whether they are originals or copies and whether copies remained with Vail are open questions. The Court also finds that a sufficient inference exists that Vail Health owned the files.

Accordingly, the Motion to Dismiss is Denied.

Issue Date: 6/10/2019

*[signature]*

RUSSELL HOLTON GRANGER
District Court Judge