# EXHIBIT A

| DISTRICT COURT, EAGLE COUNTY, COLORADO<br>Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597<br>**Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | DATE FILED: October 20, 2019 4:45 PM<br>CASE NUMBER: 2017CV30102<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2017CV30102<br>Division: 3      Courtroom: |
|---|---|
| **Order: Plaintiffs' Rule 60 Motion to Vacate September 13, 2019 Order Dismissing With Prejudice Claims in a Complaint that is a Nullity** ||

The Court has already corrected the order from with prejudice to without prejudice. The Court will not vacate the entire order.

Issue Date: 10/20/2019

RUSSELL HOLTON GRANGER
District Court Judge