### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-2075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

### NOTICE OF RE-APPEARANCE OF JESSE L. WIENS
### AS COUNSEL FOR PLAINTIFFS

Counsel has reapplied for bar admission to this Court and paid the admission fee. The application and fee have been accepted and Mr. Wiens has been reinstated to the attorney roll for this Court. As such, Jesse L. Wiens hereby re-enters his appearance as counsel on behalf of Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger.

Dated:  January 2, 2020.        *s/ Jesse L. Wiens*
    Jesse Wiens, #33903
    Fahrenholtz & Wiens LLC
    100 West Beaver Creek Boulevard #236
    Avon, CO 81620
    Telephone: (970) 949-6500
    E-mail:  fwlawyers@gmail.com

    Attorneys for Plaintiffs Sports Rehab
    Consulting LLC and Lindsay Winninger and

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_s/Jeanne Z. Moore_
Paralegal to Plaintiff's counsel