# EXHIBIT 9

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY<br>STATE OF COLORADO<br><br>885 Chambers Avenue<br>Eagle, CO 81631 | DATE FILED: November 4, 2019 10:11 PM<br>CASE NUMBER: 2017CV30102 |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. d/b/a VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation. | ▲ COURT USE ONLY ▲<br><br>Case No: 2017CV030102 |
| **Counter-Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado corporation,<br><br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Div.: 4     Ctrm: 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| **SPECIAL MASTER FOURTH AMENDED CIVIL CASE MANAGEMENT ORDER ON DISCOVERY** | |

This Fourth Amended Case Management Order was developed by the Special Master and the parties at the hearing of November 4, 2019 and modifies certain dates and discovery-related issues set forth in the Amended Modified Civil Case Management

4605931.2

Order dated December 21, 2017, the Second Amended Case Management Order dated June 21, 2018, and the Third Amended Case Management Order dated September 5, 2019 (the "CMOs").

Plaintiffs' Attorneys:  Alan Kildow, Sonya Braunschweig and Jesse Wiens

Defendant Vail Health's Attorneys:  Janet Savage and Jackie Roeder

Defendant Doris Kirchner's Attorneys:  Dan Reilly and John McHugh

Third-Party Defendant's Lead Attorney:  John Madden, III

Scope of Discovery:  In addition to discovery permitted under the prior CMOs, the parties may propound additional discovery in the form of: 7 interrogatories; 7 requests for production of documents; 10 requests for admissions; and 4 depositions (excluding experts).

All Discovery (Excluding Experts):  To be completed by March 13, 2020.

Expert Disclosures:  On or before March 13, 2020, a party carrying the burden of proof on an issue must disclose any expert retained as witness with respect to Rules 702, 703, or 705 of the Colorado Rules of Evidence.  A party desiring to retain an expert to respond to the expert for the party carrying the burden of proof with respect to that issue may designate a responsive expert within 21 days thereafter.  All expert disclosures shall comply with C.R.C.P. 26(a)(2).

Expert Discovery:  Expert depositions shall be completed by May 1, 2020.  The scope of expert discovery shall be consistent with the Colorado Rules of Civil Procedure.

All Motions Other than Dispositive Motions and Rule 702 Motions:  To be filed by March 13, 2019.

Upon request of Plaintiffs and concurrence of the Defendants, particularly what has been referred to as the Vail Health defendants, the Special Master will preside over Plaintiffs' noticed Rule 30 (b)(6) deposition on December 9, 2019.

All Dispositive Motions and Rule 702 Motions:  To be filed by March 16, 2020.

Mandatory Mediation/ADR:  To be completed by May 4, 2020.

Parties to discuss trial setting and pretrial deadlines with the Court during the December status conference.

**CASE MANAGEMENT ORDER**

       IT IS HEREBY ORDERED that the above modifications are hereby made to the Amended Modified Civil Case Management Order dated December 21, 2017, the Second Amended Case Management Order dated June 21, 2018, and the Third Amended Case Management Order dated September 5, 2019.

Dated this 4th day of November 2019.

                                  BY THE SPECIAL MASTER:

                                  *W Terry Ruckriegle*

                                Special Master W. Terry Ruckriegle

8285282v4