# Exhibit 1

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br><br>Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597<br><br>**Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | DATE FILED: July 13, 2017 9:30 AM<br>CASE NUMBER: 2017CV30102<br><br><br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number:  2017CV30102 |
| | Division: 4          Courtroom: |
| **Order: Order Granting Defendants' Motion to Dismiss** | |

The motion/proposed order attached hereto: DENIED.

Winninger and Sports Rehab have provided sufficient facts identifying the business relationships at issue under the tortious interference claims. Regardless of whether Count III is viewed as interference with a contract or prospective contractual relations is immaterial. Winninger and Sports Rehab have stated a valid claim for tortious interference with current business relationships under Restatement (Second) of Torts § 766B and Colorado law. Defendant's Motion to Dismiss is denied.

Issue Date: 7/13/2017

*Frederick Walker Gannett*

FREDERICK WALKER GANNETT
District Court Judge

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, CO 81631 | |
| **Plaintiffs:**　　LINDSAY WINNINGER, an<br>　　　　　　　　　individual, and SPORTS REHAB<br>　　　　　　　　　CONSULTING LLC, a Colorado<br>　　　　　　　　　limited liability company,<br><br>v.<br><br>**Defendants:**　DORIS KIRCHNER, an individual, and<br>　　　　　　　　　VAIL CLINIC, INC. D/B/A VAIL<br>　　　　　　　　　VALLEY MEDICAL CENTER, a<br>　　　　　　　　　Colorado nonprofit corporation. | ▲ COURT USE ONLY ▲ |
| | Case No. 2017CV030102<br><br>Division 4     Courtroom 4 |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS MATTER comes before the Court on Defendants Doris Kirchner and Vail Clinic, Inc. d/b/a Vail Valley Medical Center (collectively "Defendants") Motion to Dismiss (Defendants' "Motion"). The Court, being fully advised, hereby grants Defendants' Motion, and Count III of the Complaint is hereby dismissed.

Dated:_____, 2017.

BY THE COURT:

_____
District Court Judge