

# Exhibit 5

| DISTRICT COURT, EAGLE COUNTY, COLORADO | |
|---|---|
| Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597 | DATE FILED: March 5, 2019 4:59 PM<br>CASE NUMBER: 2017CV30102 |
| **Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number:  2017CV30102 |
| | Division: 3          Courtroom: |
| **Order Granting Plaintiff's Motion to Amend Complaint** | |

The Court has reviewed the Plaintiff's Motion to Amend Their Complaint filed on January 21, 2019 as well as the related pleadings. The Court finds that the amended complaint is expansive but does not find that it will create unreasonable delay. The Court grants the Motion to Amend but this must not be construed that the amended complaint will withstand further motions such as a Summary Judgement.

A Motion to Amend a complaint that includes exemplary damages requires the court to find that a reasonable likelihood that the issue will be presented to the jury and the Court makes this finding based upon the pleading. However, the Court is not intending to preclude any substantive motions including motions for summary judgment.

Issue Date:  3/5/2019

RUSSELL HOLTON GRANGER
District Court Judge