# Exhibit 10

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br>Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597<br>**Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | DATE FILED: May 28, 2019 2:28 PM<br>CASE NUMBER: 2017CV30102<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2017CV30102<br>Division: 3     Courtroom: |
| **Order: Plaintiffs' Motion for Leave to File a Motion to Dismiss Defendants' Summary Judgment Motion or In the Alternative, to File a Supplemental Opposition With Citations to Pages, Lines, and Second Amended Complaint** | |

The Plaintiff has requested to supplement her opposition to the MSJ. C.R.C.P. 121 1-15 provides the time frames for a response. The Plaintiff's supplement not timely.
MSJ

The Court and the Court's staff has expended significant time drafting the order regarding the MSJ. The Order is in the final stages. The rules allow specific time periods so that all parties and the Court can begin their analysis. The MJS and the Response and Reply are final. If further review is necessary, additional motions may be filed if within the scope of the Rules of Civil Procedure or applicable law. Further pleadings regarding the Defendant's MSJ are DENIED.

Second Amended Complaint

The Plaintiff also has requested that a Second Amended Complaint be filed. This request is also denied. The Plaintiff herself, through her attorney, has recently complained that this case is 2 ½ years old and needs to get to trail. An amended complaint will cause additional delay.

This case will now proceed as plead. Leave to file a Second Amended Complaint is DENIED.

Issue Date:  5/28/2019

*/s/ Russell H. Granger*

RUSSELL HOLTON GRANGER
District Court Judge