# Exhibit 14

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY<br>STATE OF COLORADO<br><br>885 Chambers Avenue<br>Eagle, CO 81631 | DATE FILED: August 19, 2019 4:31 PM<br>FILING ID: F13F23F214AF7<br>CASE NUMBER: 2017CV30102 |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendant:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. d/b/a VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, MICHAEL SHANNON, an individual, and NICHOLAS BROWN, an individual.<br><br>**Counter-Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado corporation,<br><br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>**Third-Party Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | ▲   COURT USE ONLY   ▲<br><br>Case No: 2017CV030102<br><br>Div.: 4     Ctrm: 4 |
| Daniel M. Reilly, #11468<br>Clare S. Pennington, #37896<br>John M. McHugh, #45456<br>Reilly Pozner LLP<br>1700 Lincoln Street, Suite 2400<br>Denver, CO 80203<br>Telephone: (303) 893-6100; Facsimile: (303) 893-6110<br>E-mail: dreilly@rplaw.com<br>        cpennington@rplaw.com<br>        jmchugh@rplaw.com | |

22025013

| | |
|---|---|
| Janet Savage, #11653<br>Charles L. Casteel, #6724<br>Jacqueline V. Roeder, #48046<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Telephone: 303.892.9400<br>Facsimile: 303.893.1379<br>E-mail: janet.savage@dgslaw.com<br>       charles.casteel@dgslaw.com<br>       jackie.roeder@dgslaw.com<br><br>*Attorneys for Defendants Michael Shannon and Nicholas Brown* | |
| **DEFENDANTS SHANNON AND BROWN'S MOTION TO DISMISS** | |

Under the Court's July 18, 2019 Order, Defendants Michael Shannon and Nicholas Brown respectfully request an order of the Court dismissing all claims asserted against them in Plaintiffs' Second Amended Complaint with prejudice. In addition, Mr. Shannon and Mr. Brown seek complete dismissal from this case and an amendment of the caption accordingly. In support of this Motion, Mr. Shannon and Mr. Brown state:

1. Mr. Shannon and Mr. Brown, through counsel, conferred in good faith with Plaintiffs' counsel. Plaintiffs oppose the relief requested.

2. On January 21, 2019, Plaintiffs filed their Motion for Leave to File Second Amended Complaint. The proposed Second Amended Complaint ("SAC") asserted claims against Mr. Shannon and Mr. Brown for the first time.

3. The Court granted Plaintiffs' requested leave to file the SAC on March 5, 2019.

4. Plaintiffs filed their SAC on March 22, 2019.

5. Mr. Shannon, Mr. Brown, Ms. Kirchner and Vail Clinic jointly filed a Motion to Dismiss the Second Amended Complaint on April 5, 2019.

6. The Motion to Dismiss the SAC was fully briefed as of May 3, 2019.

22025013

7. On May 28, the Court issued an order stating: "The Plaintiff also has requested that a Second Amended Complaint be filed. This request is also denied. The Plaintiff herself, through her attorney, has recently complained that this case is 2 ½ years old and needs to get to trial. An amended complaint will cause additional delay." 5/28/19 Order.

8. On July 18, 2019, the Court entered an Order Appointing Special Master. In that Order, the Court directed the parties to submit a "joint status report detailing each pending cause of action currently before the Court." The Court further stated that any "claim not listed as stated in this order shall be deemed dismissed[.]"

9. On August 9, 2019, the parties submitted their Joint Status Report Detailing Pending Causes of Action. As an initial matter, Plaintiffs prepared the first draft of the Joint Status Report and excluded Mr. Shannon and Mr. Brown from the caption. In Plaintiffs' "position on pending causes of action asserted by Plaintiffs," **Plaintiffs did not list any claims against Mr. Shannon or Mr. Brown**.

10. Under the Court's July 18, 2019 Order, therefore, all claims asserted against Mr. Shannon and Mr. Brown in the SAC are "deemed dismissed." 7/18/19 Order at 6. For Mr. Shannon and Mr. Brown, this means that all claims asserted against them have been deemed dismissed and they are simply not defendants in this case.

Therefore, Mr. Shannon and Mr. Brown respectfully request the Court enter the following orders:

A. Dismissing with prejudice all claims asserted against Mr. Shannon and Mr. Brown, and dismissing them from this action with prejudice.

B. Amending the caption of this matter to exclude Mr. Shannon and Mr. Brown.

22025013

    Respectfully submitted,


Dated:  August 19, 2019                                             */s/ John M. McHugh*

                                                                     Daniel M. Reilly
                                                                     Clare S. Pennington
                                                                     John M. McHugh
                                                                     Reilly Pozner, LLP
                                                                     1700 Lincoln Street, Suite 2400
                                                                     Denver, Colorado 80203
                                                                     Telephone: (303) 893-6100
                                                                     Facsimile: (303) 893-6110
                                                                     dreilly@rplaw.com
                                                                     cpennington@rplaw.com
                                                                     jmchugh@rplaw.com

                                                                    Janet Savage, #11653
                                                                     Charles L. Casteel, #6724
                                                                     Jacqueline V. Roeder, #48046
                                                                     DAVIS GRAHAM & STUBBS LLP
                                                                     1550 17th Street, Suite 500
                                                                     Denver, Colorado 80202
                                                                     Telephone: 303.892.9400
                                                                     Facsimile: 303.893.1379
                                                                     E-mail: janet.savage@dgslaw.com
                                                                     charles.casteel@dgslaw.com
                                                                     jackie.roeder@dgslaw.com


                                                                   *Attorneys for Defendants*
                                                                     *Michael Shannon and Nicholas Brown*

22025013

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served via Colorado Courts E-Filing system on this 19th day of August, 2019, to the following:

| | |
|---|---|
| Janet A. Savage | John W. Madden, III |
| Jacqueline V. Roeder | The Madden Law Firm |
| Charles L. Casteel | 999 18th Street |
| 1550 Seventeenth Street, Suite 500 | Suite 1500 South |
| Denver, CO 80202 | Denver, CO 80202 |
| janet.savage@dgslaw.com | madden@themaddenfirm.com |
| jackie.roeder@dgslaw.com | |
| charles.casteel@dgslaw.com | *Counsel for Third-Party Defendant, David Cimino* |
| *Counsel for Defendants and Counterclaim Plaintiffs* | |
| Sonya Braunchweig | Alan L. Kildow |
| 8801 Irving Ave. South | 15204 Wildwood Road |
| Minneapolis, MN 55419 | Burnsville, MN 55306 |
| sonya.braunschweig@gmail.com | alkildow@aol.com |

*Counsel for Plaintiffs/Counter-Defendants Lindsay Winninger and Sports Rehab Consulting, LLC*

<u>s/ Brandie J. Burchett</u>
Brandie J. Burchett

22025013