# Exhibit 15

| | |
|---|---|
| **DISTRICT COURT, EAGLE COUNTY, COLORADO**<br>Court Address:<br>885 Chambers Avenue, P.O. Box 597, Eagle, CO, 81631-0597<br>**Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | DATE FILED: August 22, 2019 2:25 PM<br>CASE NUMBER: 2017CV30102<br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2017CV30102<br>Division: 3     Courtroom: |
| **Order re Defendants Shannon and Brown's Motion to Dismiss** | |

The motion/proposed order attached hereto: GRANTED WITH AMENDMENTS.

Dismissed without prejudice.

Issue Date: 8/22/2019

*[signature]*

RUSSELL HOLTON GRANGER
District Court Judge

Page 1 of 1

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY<br>STATE OF COLORADO<br>885 Chambers Avenue<br>Eagle, CO 81631 | |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br>v.<br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. d/b/a VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, MICHAEL SHANNON, an individual, and NICHOLAS BROWN, an individual, | ▲   COURT   ▲<br><br>Case No: 2017CV030102 |
| **Counter-Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado corporation,<br>v.<br>**Counter-Defendants:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Div.: 4   Ctrm: 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br>v.<br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| **PROPOSED ORDER RE**<br>**DEFENDANTS SHANNON AND BROWN'S MOTION TO DISMISS** | |

THIS MATTER comes before the Court on Defendants Shannon and Brown's Motion to Dismiss. It appears to the Court that the same should be granted; now therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

All claims asserted against Mr. Shannon and Mr. Brown are dismissed with prejudice; Mr. Shannon and Mr. Brown are dismissed from the action, with prejudice. Accordingly, the caption of this matter shall be amended to exclude Mr. Shannon and Mr. Brown.

22025731

- 2 -

Entered this ____ day of _____, 2019.

              BY THE COURT

              _____
              Russell H. Granger
              District Court Judge

Attachment to Order - 2017CV30102

22025731