# **EXHIBIT 3**

|  | |
|---|---|
| i.     DISTRICT COURT<br>Eagle county, colorado<br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, Colorado 81631 | DATE FILED: November 2, 2019 9:52 PM<br>CASE NUMBER: 2017CV30102 |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, | ▲ COURT USE ONLY ▲ |
| **Counter-Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102<br><br>Division 4  Courtroom 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| **SPECIAL MASTER ORDER GRANTING DEFENDANTS' MOTION TO COMPEL RELATED TO SPORTS REHAB CALENDARS AND DEPOSITION OF SCHOENTHALER** | |

THIS MATTER comes before the Special Master on the final issues addressed by

Defendants' Motion to Compel Plaintiffs to Produce Text Messages, Emails and other Responsive

Documents. Having reviewed the briefs and heard argument by counsel, the Special Master finds that the Motion should be Granted as follows:

IT IS HEREBY ORDERED (as was ordered October 10, 2019), that:

Brad Schoenthaler is ordered to appear for a deposition on October 23, 2019. He is ordered to answer the questions Plaintiffs' counsel instructed him not to answer at his deposition on December 21, 2018 (Schoenthaler Dep. at 81 and 261-62). These related to the Proaxis documents that he may have taken or has in his possession or control, as well as any follow-up to those questions which was precluded by virtue of Plaintiffs' instructions not to answer.

Sports Rehab shall produce the appointment calendar for Lindsay Winninger from November 1, 2015 to the present by November 12, 2019.

Sports Rehab shall produce the appointment calendar for David Cimino from November 1, 2015 through October 31, 2016 by November 12, 2019.

Dated: November 2, 2019, nunc pro tunc October 10, 2019

                                              BY THE SPECIAL MASTER:

*W Terry Ruckriegle*

W. Terry Ruckriegle
Special Master