**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

**DEFENDANT VAIL HEALTH'S MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER**

---

      Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this Motion for Extension of Time to File an Answer ("Motion").

**STATEMENT OF CONFERRAL**

      On August 24, 2020, Vail Health sent an email to Plaintiffs inquiring whether they would consent to the relief requested in this Motion.  Plaintiffs responded that they would consent to an extension of Vail Health's deadline to answer until September 2, 2020 but would not consent to any further extension.

**BACKGROUND**

      On July 17, 2019, Plaintiffs filed this lawsuit, naming Vail Health as the sole defendant. (Dkt. No. 1.)

On September 27, 2019, Plaintiffs filed their Amended Complaint, which asserted two causes of action:  monopolization under Section 2 of the Sherman Act and attempted monopolization under Section 2 of the Sherman Act.  (Dkt. No. 26 ¶¶ 242-273.)

On October 10, 2019, Vail Health filed its motion under *Colorado River* ("*Colorado River* Motion") (Dkt. No. 31).  The *Colorado River* Motion asked the Court to dismiss or stay this litigation in light of the parallel state court action.  (Dkt. No. 31.)  The following day, Vail Health filed its motion to dismiss the Amended Complaint for failure to state a claim under Rule 12(b)(6) ("12(b)(6) Motion").  (Dkt. No. 32.)

On August 12, 2020, the Court struck Vail Health's 12(b)(6) Motion, holding as follows: "WJM Revised Practice Standard III.D.2 provides that 'All requests for relief under any part of Rule 12 must be brought in a single motion.'  Given this limitation, Defendant's second-filed Motion to Dismiss 32 is STRICKEN.  Defendant's first-filed Motion to Dismiss or Stay Pursuant to Colorado River Doctrine, or, Alternatively, Stay Discovery 31, is currently under consideration by the Court."  (Dkt. No. 54.)

On August 21, 2020, the Court denied Vail Health's *Colorado River* Motion, concluding that this proceeding and the State Court Action are not parallel, and lifted the discovery stay. (Dkt. No. 55.)

On August 24, 2020, Vail Health filed a motion for reconsideration of the Court's order striking Vail Health's 12(b)(6) Motion as a second-filed motion under Rule 12 ("Motion for Reconsideration").  (Dkt. No. 56.)

## ARGUMENT

Under Rule 12(a)(4)(A), "[u]nless the court sets a different time, serving a motion under [Rule 12] alters the[] periods [for serving a responsive pleading] as follows:  if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action."  Fed. R. Civ. P. 12(a)(4)(A).  Here, the Court concluded that both Vail Health's *Colorado River* Motion and 12(b)(6) Motion were motions under Rule 12 and thus struck the 12(b)(6) Motion.  (Dkt. No. 54.)  While Vail Health respectfully disagrees with that conclusion,[1] it is currently binding on the parties.  Because the Court has concluded that Vail Health's *Colorado River* Motion is a motion under Rule 12, Vail Health's answer is currently due 14 days after the Court's August 21, 2020 denial of the *Colorado River* Motion—*i.e.*, on September 4, 2020.

However, Vail Health's filing of its Motion for Reconsideration creates some question regarding the appropriate time for Vail Health to file its answer.  If the Court grants the Motion for Reconsideration, Vail Health's 12(b)(6) Motion would again be pending.  If that decision came after September 4, 2020, Vail Health would have filed its answer while it still has a Rule 12 motion pending, which is inconsistent with Rule 12(a)(4)(A).  If the Court denies the Motion for Reconsideration, it is possible that the time for Vail Health to file its answer would have already passed.

---

[1] Vail Health has moved for reconsideration of the Court's August 12, 2020 order holding that Vail Health's *Colorado River* Motion is a motion under Rule 12 and thus that Vail Health's 12(b)(6) Motion was an impermissible second-filed Rule 12 motion.  (Dkt. No. 56.)

Rule 12(a)(4)(A) permits the Court to "set[] a different time" for the filing of an answer. Accordingly, Vail Health respectfully requests that the Court set the deadline for Vail Health's answer as follows:

- If the Court grants the Motion for Reconsideration, and Vail Health's 12(b)(6) Motion is ultimately denied, Vail Health shall file its answer within 14 days after Vail Health's 12(b)(6) Motion is denied.

- If the Court denies the Motion for Reconsideration, Vail Health shall file its answer within 14 days of the Court's denial of the Motion for Reconsideration.

Vail Health believes the above schedule will avoid any confusion regarding the deadline for Vail Health to file its answer.

Alternatively, Vail Health requests that the Court set the deadline for Vail Health's answer approximately 14 days from today, which would allow the Court to consider Vail Health's Motion for Reconsideration.  The parties are working to set a scheduling conference with the Magistrate Judge for mid-September, so there is no prejudice to Plaintiffs from this extension.

## CONCLUSION

Vail Health respectfully requests that the Court grant this Motion.

Dated:  August 25, 2020

 _s/ Shannon Wells Stevenson_
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
        janet.savage@dgslaw.com
        jackie.roeder@dgslaw.com
        daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC.,
d/b/a VAIL HEALTH, a Colorado nonprofit
corporation.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER was filed via CM/ECF on this 25th day of August 2020, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan J. Kildow
Alan J. Kildow, Attorney at Law
790 Potato Patch Drive
Vail, CO 81653
Email: alkildow@aol.com

*s/ Paige Finnell*
Paige Finnell