IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## ORDER GRANTING DEFENDANT VAIL HEALTH'S MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER

THIS MATTER having come before the Court on Defendant Vail Health's Motion for Extension of Time to File an Answer ("Motion"), the Court hereby GRANTS the Motion.

Pursuant to Fed. R. Civ. P. 12(a)(4)(A), the Court sets the deadline for Vail Health's answer as follows:

- If the Court grants the Motion for Reconsideration (Dkt. No. 56), and Vail Health's 12(b)(6) Motion is ultimately denied, Vail Health shall file its answer within 14 days after Vail Health's 12(b)(6) Motion is denied.

- If the Court denies the Motion for Reconsideration, Vail Health shall file its answer within 14 days of the Court's denial of the Motion for Reconsideration.

It is so ordered.

Dated: _____, 2020
                                    BY THE COURT

                                    _____
                                    U.S. DISTRICT COURT JUDGE