# Exhibit 1

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Monday, August 24, 2020 9:38 AM
**To:** Alan Kildow <alkildow@aol.com>; fwlawyers@gmail.com
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** RE: SRC et al. v. Vail Health, No. 1:19-cv-02075-WJM-GPG (D. Colo.): Conferral

Alan,

In light of the Court's denial of Vail Health's *Colorado River* motion on Friday, we plan to modify slightly the alternative relief requested in our motion for reconsideration.  We plan to ask the Court to retroactively extend Vail Health's page limits for a motion under Rule 12(b)(6) and *Colorado River*, permitting it to file a 12(b)(6) motion of up to 10 pages.  Please let us know if you consent to that relief.

Also, pursuant to Rule 12(a)(4)(A), Vail Health's answer is arguably due on Wednesday, August 26.  We plan to file a motion with the Court extending our time to answer until (a) 14 days after the motion for reconsideration is decided or, alternatively, (b) 14 days from August 26.  Please let me know if we may file that motion unopposed.

Regards,

**DANIEL A. RICHARDS ▪ Associate**

P: 303.892.7452  ▪  F: 303.893.1379  ▪  vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500  ▪  Denver, CO 80202

**A LexMundi Member**