**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**[PLAINTIFFS' PROPOSED] ORDER GRANTING IN PART,
AND DENYING IN PART, VAIL HEALTH'S MOTION FOR
AN EXTENTION OF TIME TO FILE AN ANSWER**

---

This matter came before the Court, the Hon. Gordon P. Gallagher, U.S. Magistrate Judge, presiding, upon Defendant Vail Clinic's, Inc.'s ("Vail Health") Motion For Extension Of Time To File An Answer. Vail Health contends that under Fed. R. Civ. P. 12(a)(4)(A), it has 14 days to answer from the denial of a Rule 12(b)(6) motion. Vail Health further contends that the relevant Order of the Court dismissing its *Colorado River* motion was issued on August 21, 2021, and that it has until September 3, 2020 to serve and file its answer, and therefore request until September 8, 2020, to serve and file its answer. Plaintiffs consent to an extension of the time within which Vail Health may serve and file its answer to Plaintiffs' Amended Complaint to September 8, 2020.

Based upon the motion of Vail Health, and the memoranda and filings in this action, the Court grants in part, and denies in part, Vail Health's motion for an extension of time.

## **ORDER**

Defendant Vail Health's motion is hereby **GRANTED** to the extent that it shall have until and including September 8, 2020 to serve and file its Answer to Plaintiffs' Amended Complaint. All other requests set forth in Vail Health's motion are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT

Dated: August __, 2020

                                            Gordon P. Gallagher
                                            U.S. Magistrate Judge