# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## PLAINTIFFS' AND DEFENDANT'S UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND HIPAA QUALIFIED PROTECTIVE ORDER

Under Federal Rule of Civil Procedure 26(c), Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger and Defendant Vail Clinic, Inc. respectfully move this Court for entry of the proposed Stipulated Protective Order and HIPAA Qualified Protective Order ("Protective Order") attached as Exhibit 1.  In support of the motion, the parties state as follows:

### CERTIFICATE UNDER LOCAL CIV. R. 7.1(a)

Counsel for the parties have conferred about the entry of the proposed Protective Order set forth in Exhibit 1.  All parties support the entry of the Protective Order as submitted.

## MOTION

The parties, through counsel, have negotiated and agreed to the entry of the proposed Protective Order for the designation of information within the scope of Fed. R. Civ. P. 26(c)(G). The Protective Order is attached as Exhibit 1, and by jointly signing this motion, the parties stipulate to the terms and conditions as set forth in Exhibit 1.

The proposed Protective Order sets forth certain procedures for the parties to designate and preserve the confidentiality of information and documents they claim are subject to protection under Fed. R. Civ. P. 26(c)(g). The parties seek such protection for certain business and financial information, as well as protected health information, which requires additional protection under the Health Insurance Portability and Accountability Act, 45 C.F.R. § 164.512(e)(1)(v). Further, documents and information have already been produced in a state court action that may also be relevant here. The state court entered a similar protective order in that matter, and so the protective order here addresses those documents as well.

Under Fed. R. Civ. P. 26(c), the parties have agreed to jointly submit the proposed Stipulated Protective Order and HIPAA Qualified Protective Order so that the parties can proceed with discovery and undertake the procedures set forth therein to preserve the confidentiality of designated information and documents.

The parties jointly and respectfully request that the Court enter the attached Stipulated Protective Order and HIPAA Qualified Protective Order.

Dated:  October 21, 2020        *s/ Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail:  alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek Boulevard
Suite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail:  fwlawyers@gmail.com

Attorneys for Plaintiffs Sports Rehab
Consulting LLC and Lindsay Winninger

Dated:  October 21, 2020         *s/Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  (303) 892-9400
Email:  shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

Attorneys for Defendant VAIL CLINIC, INC.,
d/b/a VAIL HEALTH