**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**DEFENDANT VAIL HEALTH'S MOTION FOR 30-DAY EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' SECOND SET OF
WRITTEN DISCOVERY**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this Motion for 30-Day Extension of Time to Respond to Plaintiffs' Second Set of Written Discovery ("Motion").

**STATEMENT OF CONFERRAL**

Vail Health requested that Plaintiffs consent to the 30-day extension requested in this Motion on March 22, 2021, in connection with conferring with Plaintiffs regarding discovery disputes being presented to the Magistrate Judge. In response, Plaintiffs did not state whether they opposed or consented to the extension. On March 30, 2021, having not received a response, Vail Health followed up with Plaintiffs via email, inquiring whether they would be willing to file a stipulation pursuant to D.C.COLO.LCivR 6.1 extending Vail Health's response deadline by 21 days. Plaintiffs responded that they were unwilling to agree to an extension of Vail Health's deadline to serve objections to Plaintiffs' interrogatories and requests for production.

## MOTION

1. Pursuant to Magistrate Judge Gallagher's Scheduling Order (Dkt. No. 71), the fact discovery deadline in this matter is August 1, 2021. Neither trial nor a pretrial conference has been scheduled.

2. On March 1, 2021, the deadline for serving written discovery, Plaintiffs served their second set of discovery requests on Vail Health, which consisted of 129 Requests for Admission, 25 Interrogatories, and 11 Requests for Production ("Requests")—165 discovery requests in total. (*See* Ex. 1-3.) Many of the Requests contain multiple sub-parts such that the number of discovery requests is actually much higher than 165. (*See, e.g.*, Interrogatory Nos. 3, 7, 11, 12, 13, 20, 21, 23.)

3. Since receiving Plaintiffs' Requests, Vail Health's counsel has worked diligently to respond to the Requests, including by conferring with Vail Health personnel, analyzing the overlap with discovery in the related state-court action, and identifying any responsive documents that have not yet been produced.

4. Despite the large number of discovery requests, Plaintiffs have refused to agree to the modest extension this Motion seeks.

5. On March 30, 2021, Magistrate Judge Gallagher held a discovery conference regarding certain of Vail Health's objections to Plaintiffs' first set of discovery requests. During the conference, Magistrate Judge Gallagher stated that he will issue a preliminary order regarding the scope of permissible discovery in the near term.

6.      Pursuant to Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

7.      D.C.COLO.LCivR 6.1 provides that "[a] motion for extension of time or continuance shall state the reason for an extension or continuance, the length of the requested extension or continuance, and the total number of extensions or continuances granted previously."

8.      Pursuant to Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1, there is good cause to extend Vail Health's deadline to respond to the Requests by 30 days, through April 30, 2021, including for the following reasons:

    a.      The fact discovery deadline is currently set for August 1, 2021. A 30-day extension of Vail Health's deadline—from March 31, 2021 to April 30, 2021—would have no impact on the fact discovery deadline. The Court would have at least three months to address any discovery disputes regarding Vail Health's responses to the Requests.

    b.      Plaintiffs' Requests consist of 165 discovery requests, which were all served on the same day. While Vail Health has worked diligently to respond to such a large number of requests served simultaneously, additional time is necessary to ensure that Vail Health's counsel is able to thoroughly confer with Vail Health personnel to prepare accurate responses.

    c.      The preliminary order of the Magistrate Judge regarding the permissible scope of discovery likely will provide additional guidance to Vail Health regarding its

objections to Plaintiffs' Requests.  A 30-day extension likely will permit Vail Health to review the Magistrate Judge's order and take into account his rulings prior to serving responses and objections on Plaintiffs.  That will be more efficient than serving responses and objections prior to the Magistrate Judge's order.

9. Vail Health has not previously requested an extension of time to respond to Plaintiffs' Requests.

**CONCLUSION**

Vail Health respectfully requests that the Court grant this Motion and extend Vail Health's deadline to respond to Plaintiffs' Requests by 30 days, through and including April 30, 2021.

Dated:  March 31, 2021

    *s/ Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
      janet.savage@dgslaw.com
      jackie.roeder@dgslaw.com
      daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND SET OF WRITTEN DISCOVERY was filed via CM/ECF on this 31st day of March 2021, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan J. Kildow
Alan J. Kildow, Attorney at Law
790 Potato Patch Drive
Vail, CO 81653
Email: alkildow@aol.com

The Motion will also be served on Vail Health, pursuant to D.C.COLO.LCivR 6.1(c).

                                              *s/ Paige Finnell*
                                              Paige Finnell