# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE GORDON P. GALLAGHER

| | |
|---|---|
| Criminal Case No. 19-CV-02075-WJM-GPG | Court Deputy: A. Barnes |
| Date:   March 30, 2021 | Recorder: Grand Junction |

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,
Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.
Defendant.

_____

MINUTES - Discovery Dispute Conference
_____

Court in Session 1:59 pm

Appearances all via telephone: For Plaintiffs, Alan Kildow; For Defendant, Shannon Stevenson and Daniel Richards.

After discussion, and for the reasons set forth on the record, the Court finds and Orders as follows with regard to a wavier of objections by Vail Clinic, Inc.

ORDERED: Vail Clinic, Inc. has not waived its right to register objections as to discovery.

The parties each presented further arguments as to the topics set forth in the discovery dispute chart (and its attachments) which was emailed to Gallagher Chambers on March 26, 2021.  The Court takes the matters therein under advisement and will issue a written Order.

Court in Recess 3:33 pm
Duration 1 hour 34 minutes