# Exhibit 1

-----Original Message-----
From: Craig Bernard <cbernard@cyopsis.com>
Sent: Wednesday, March 31, 2021 12:07 PM
To: Michael Horwith <mhorwith@mhforensics.com>
Cc: Robert Kelso <robert.kelso@forensicpursuit.com>
Subject: RE: Progress?

Michael,
Update from Defendants
+++
I am writing this to give you an update on the issues involving Michael Horwith. The Supreme court denied our motion to partially lift the stay. As a result, we don't have a ruling from the state court on the transfer of the files. I don't expect we will get a ruling until the stay is lifted. Meanwhile, on the subpoena in the federal case, we are asking Kildow to withdraw the subpoena while the state court matter is stayed. I suspect he won't agree to that. As a result, we will be filing a motion to quash the subpoena no later than Friday. We will send you a copy of the motion to quash or otherwise communicate with you regarding the withdrawal of the subpoena. In any event, I don't expect that Michael will need to produce documents or show up for a deposition next week, but will keep you informed as to any rulings, motions or agreements.
+++

1

Craig Bernard
President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

8668 Concord Center Dr Englewood, CO 80112


Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you


-----Original Message-----
From: Michael Horwith <mhorwith@mhforensics.com>
Sent: Monday, March 22, 2021 4:36 PM
To: Craig Bernard <cbernard@cyopsis.com>
Cc: Robert Kelso <robert.kelso@forensicpursuit.com>
Subject: Re: Progress?

Thanks, Craig.


Michael Horwith
MH Forensics, LLC

303.588.7679
mhorwith@mhforensics.com


On Mon, Mar 22, 2021 at 1:40 PM Craig Bernard <cbernard@cyopsis.com> wrote:
>
> Here is the update from Defendants:
> ******
>
> So, lots of developments. We filed a motion to enforce the forensic
protocol. We were about to file a supplement to the motion regarding the
transfer when the Plaintiffs and Cimino filed a petition to the Colorado
Supreme court relating to our civil theft counterclaim. The Supreme court
accepted the petition and stayed the case, meaning that nothing can happen.
On Friday, we filed a motion to partially lift the stay for among other reasons, Michael Horwith's need to get off the
case. We probably won't get a ruling for at least a few weeks.
>
> In the meantime, we have served objections to the subpoena in federal

court today and plan to move to quash the subpoena after the discovery conference with the magistrate next week. Since we can't get guidance from the state court due to the stay on whether Michael's documents and file materials are subject to a subpoena and since we can't get guidance from the state court due to the stay as to whether the forensic orders prohibit issuing a subpoena to Michael, we will have to wait most likely for guidance from the federal magistrate or the Colorado Supreme court either lifting the stay or leaving it in place.
>
> Please convey my apologies. This of course has been unnecessarily difficult. Since the other parties won't agree to BIA and won't agree to withdraw the subpoena, we do need to do it through the courts.
> ****
>
>
> Craig Bernard
> President, Co-Founder
> Cyopsis
> 303-872-9231 office
> 720-838-2261 direct
> CBernard@Cyopsis.com
>
https://nam04.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.cyopsis.com%2F&amp;data=04%7C01%7Ccbernard%40cyopsis.com%7Cfbda067c033245c5785508d8ed721327%7Cee22d01a87194c168665d152d3ddc2c1%7C0%7C0%7C637520421491094470%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=qMd2V0DBnyaw61S%2FwO5vz5AxS2R%2B84kBuPIgWda5Um4%3D&amp;reserved=0
> Integrating the Best of Human and Electronic Intelligence Gathering
> and
Analysis
>
> 8668 Concord Center Dr Englewood, CO 80112
>
>
> Confidentiality Notice: This e-mail communication and any attachments
> may
contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you
>
>
> -----Original Message-----
> From: Michael Horwith <mhorwith@mhforensics.com>
> Sent: Monday, March 22, 2021 11:58 AM
> To: Robert Kelso <robert.kelso@forensicpursuit.com>; Craig Bernard <cbernard@cyopsis.com>
> Subject: Progress?
>
> Hi guys,
>
> Any progress on the data transfer? As I said in an earlier email, I'm

3

<mark>traveling from April 27 for at least 5 months.</mark> The data would be far more secure at BIA than it is in my home office and basement safe.
>
> Do I need to reach out to the courts agan?
>
>
>
>
> Michael Horwith
> MH Forensics, LLC
>
> 303.588.7679
> [mhorwith@mhforensics.com](mhorwith@mhforensics.com)
> [EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you
> recognize
the sender and know the content is safe.
[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.


--
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

4