# Exhibit 2

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Monday, March 15, 2021 1:37 PM |
| **To:** | 'Stevenson, Shannon' |
| **Cc:** | 'Savage, Janet'; 'Roeder, Jackie'; fwlawyers@gmail.com; 'sonya braunschweig' |
| **Subject:** | Sports Rehab v. Vail Health--Chart on Plaintiffs' First Set of RFPs |

Counsel:

The numerous statements of non-conferral in your response to the chart I provided you on Friday are incorrect with 1 or 2 exceptions.  You have indicated that you are happy to discuss these issues, so I called Ms. Stevenson about an hour ago and left a message to call me.  She has not one so yet, but you have 4 attorneys  of record on this case and I would think that at least one of you could call to discuss whether a compromise can be reached by the parties on some of the production issues raised by Vail Health's objections.  I am available to discuss them, which shouldn't take long.  So give me a call t at 970-390-6675.

Alan Kildow
970-390-6675