# Exhibit 3

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Thursday, April 1, 2021 5:40 PM |
| **To:** | 'Stevenson, Shannon' |
| **Cc:** | fwlawyers@gmail.com; 'Savage, Janet'; 'Roeder, Jackie'; 'Richards, Daniel'; 'sonya braunschweig' |
| **Subject:** | RE: Horwith Subpoena conferral |

Counsel:

I placed a telephone call to you a few minutes ago to discuss the deposition and document subpoena served upon Michael Horwith.  The call was placed in hopes of a serious conferral, as required by Magistrate Gallagher, concerning the proposed stipulation that Sonya Braunschweig sent to you this morning.  I am available to discuss this issue, which should easily be resolved by the parties.  So give me a call.

Alan Kildow
970-390-6675

---

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Thursday, April 1, 2021 8:25 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Alan Kildow <alkildow@aol.com>; fwlawyers@gmail.com; Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Subject:** Re: Horwith Subpoena conferral

Shannon,

Attached is a stipulation related to Horwith. We assume that you will have no issues with this, as it resolves all issues you have with the Horwith deposition.

Best regards,

Sonya

On Tue, Mar 30, 2021 at 5:44 PM Stevenson, Shannon <Shannon.Stevenson@dgslaw.com> wrote:

> Alan:
>
> Just following up to confer about our motion to quash the Horwith subpoena—let me know if you have any suggestions on how to handle in light of our objections (attached).  Also, do you know what Horwith is planning to do?
>
> Because the deadline for his response on documents is Monday, April 5, I think we need to file our motion on or before then for it to be timely, unless we want to otherwise agree to defer the subpoena to a later date.

**SHANNON WELLS STEVENSON** ▪ **Partner**

P: 303.892.7328 ▪ F: 303.893.1379 ▪ vcard

Davis Graham & Stubbs LLP

1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

      Defendant.

---

**PARTIES' JOINT STIPULATION AS TO MICHAEL HORWITH**

---

      The parties have conferred and stipulate to the following:

      1.    In the related Eagle County state court case, *Winninger v. Kirchner,* 2017CV030102, the court appointed Michael Horwith to conduct an independent forensic examination in accordance with the Forensic Protocol Order and subsequent modifying orders.

      2.    On March 8, 2021, Plaintiffs served a subpoena *duces tecum* with a return date of April 5, 2021 and deposition subpoena on Horwith for April 9, 2021.

      3.    As to the subpoena *duces tecum,* the parties agree that the following documents are to be produced via a cloud-based platform on or before April 9, 2021, with all parties to this stipulation being given access:

      (a)    All written reports issued and signed by you in the Eagle County Action.

      (b)    All documents that you produced to all the Parties in the Eagle County Action that were identified in any written report issued and signed by you in

        the Eagle County Action. These documents should be produced by the category in which they are referenced in any written report, so that it can be readily apparent how the produced documents relate to the written report.

(c) All documents that you produced to all Parties in the Eagle County action in response to the Special Master's March 3, 2020 Order Granting Vail Health's Motion Regarding Forensic Examination of Trade Secrets With Create Dates Outside of Forensic Protocol and which were identified in Exhibit A provided to you by Craig Bernard.

(d) All invoices that you issued for payment in the Eagle County Action.

(e) All copies of checks, or other forms of proof, identifying the party who made the payment, when the payment was made, and the amount paid for the invoices you issued in the Eagle County Action.

4. The costs associated with Horwith producing the documents in paragraph 3 shall be borne by Plaintiffs.

5. The parties hereby stipulate that they will not object to the admissibility of any of the documents or files in paragraph 3 above produced by Horwith.

6. In doing so, the parties agree that Horwith's deposition scheduled for April 9, 2021 is cancelled.

Dated: April ___, 2021

                                                                                                     _____
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek Boulevard
Suite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail: fwlawyers@gmail.com

Attorneys for Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger

Dated:  April ___, 2021

                                                             _____
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  (303) 892-9400
Email:  shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH