# Exhibit 5

# Minute Orders

| | |
|---|---|
| **Case Number:** 2017CV030102 | **Division:** 3 |
| **Case Type:** Other | **Judicial Officer:** Russell H Granger |
| **Case Caption:** Winninger, Lindsay et al v. Kirchner, Doris et al | **Court Location:** Eagle County |
| | **Appellate Case Number:** 2021SA87 - Supreme Court |

Order Date: 12/15/2017

JUDGE GANNETT / COURTROOM 4 / FTR 2:35 APPEARING: A. KILDOW, PRO HAC VICE COUNSEL FOR PTFS / J. SAVAGE & R. LEE, COUNSEL FOR DEFS / J. MADDEN, COUNSEL FOR 3RD PTY DEF COURT CALLS CASE, TODAY IS SCHEDULED FOR A DISCOVERY DISPUTE REGARDING THE MOTION FOR PROTECTIVE ORDER FILED ON 12/1/17, THERE IS ALSO A MOTION TO COMPEL SET FOR NEXT WEEK / ATTY KILDOW UPDATES COURT / ATTY SAVAGE UPDATES COURT / ATTY MADDEN UPDATES COURT / COURT STATES IF THERE IS INFORMATION THAT IS A MATCH IT IS IN PLAY, IF IT IS NOT A MATCH IT IS NOT IN PLAY, MR. CAMINO'S EXPECTATION OF PRIVACY IS JUST AS IMPORTANT AS EVERYONE ELSE'S, ONCE SCOPE OF FORENSIC EXAMINATION IS APPARANT PROTECTIVE ORDER SHOULD BE MODIFIED TO ACCOMODATE THAT NEW INFORMATION, COURT WANTS A PRIVACY ORDER THAT ALLOWS THIRD PARTY CONSULTANT TO DO THEIR WORK AND COME BACK WITH A LOG THAT SPELLS OUT WHAT IS COMMON AMONG ALL OF THE COMPUTERS /MJH /MJH