# Exhibit 8

| | |
|---|---|
| **From:** | Michael Horwith <mhorwith@mhforensics.com> |
| **Sent:** | Tuesday, January 5, 2021 11:34 AM |
| **To:** | Alan Kildow |
| **Cc:** | Madden Law; sonya braunschweig; Savage, Janet; Roeder, Jackie; McHugh, John |
| **Subject:** | Re: Winninger, et al. v. Kirchner, et al.--Independent Expert Issues |
| **Attachments:** | MHForensics Invoice 1040 (1) (1).pdf; MH Forensics Invoice 1043 (1).pdf |

Mr. Kildow, and all others copied:

I reached out to the court, and was told to communicate directly with the attorneys. Since the protocol requires I communicate only with the forensic experts, and David Penrod is no longer involved, this puts me in an impossible situation.

The unpaid invoice is attached. It was for the system logs on Plaintiff's computers, and was sent to David Penrod, along with numerous followup emails dating back to last August.

The only other invoice is for $200 for the costs of the hard drives. Also attached.

All images and work product have been copied to two external drives. As stated in the email to the three forensic experts dated December 19, I have retired and have withdrawn from the case, and will maintain the data until 1/31/21. At that point I will assume the parties are no longer interested in the data, and I will delete all data as per the protocol. If there is any question regarding who gets what data, I suggest the parties take the hard drives and put them in a bank vault while they figure out what they want to do.


Michael Horwith
MH Forensics, LLC

303.588.7679
mhorwith@mhforensics.com


On Mon, Jan 4, 2021 at 12:36 PM Alan Kildow <alkildow@aol.com> wrote:

> Mr. Horwith,
>
> I am writing to you directly regarding the recent emails regarding the Winninger v Kirchner matter in which you were appointed by the Court as the independent forensic expert. I am doing so because the independent examination has been complete for a long time now and there has been no need to employ Mr. Penrod any longer as the parties' representative as to the forensic examination.  This email therefore relates solely with your request for payment and return of information to the parties, which is solely administrative.

Several issues were raised by you in your various emails, including the payment of an invoice for storage of the electronic information. There appears to be a misunderstanding as to the party that must pay from the storage of the data. One of your emails references an order by the Court regarding the payment by Plaintiffs, but there is no such order. Rather, the only order for payment of any of your services by Plaintiffs relates solely to extracting the system logs from the Winninger computer. Under the March 5, 2020 Order of the Special Master at page 2, which is attached, Plaintiffs were required to pay your fees in doing the "extraction, copying, and transmission of the" system logs only.  We have not received any invoice for that work.

You have also indicated that you intend to download the parties' stored data to storage devices and provide those to the parties.  It is unclear from your emails as to what you intend to provide the parties.  The Order appointing the independent expert has restrictions as to whom may receive the data.  For example, Vail Health and Kirchner are not entitled to any of Sports Rehab's images of their computers, which would include Winninger, Harder, and Schoenthaler.  Nor are Vail Health and Kirchner entitled to receive the image of the Cimino computer.  And Plaintiffs are not entitled to receive the image of Cimino's USB devices.  Given this, the parties (and to the extent necessary the Court) will provide you specific information regarding the production of these materials to the parties.

You have also indicated that you are terminating your appointment as the independent expert. The parties have not yet had a chance to discuss this but will do so shortly.

Alan Kildow

Attorney for Plaintiff

970-390-6675

2

# MH Forensics, LLC

7717 Torrey Court
Arvada, CO 80007
mhorwith@mhforensics.com
303.588.7679

**INVOICE**

**Invoice No.:** 1040
**Invoice Date:** 8/14/20

**BILL TO:**

Plaintiff -  LINDSAY WINNINGER et al. c/o David penrod

| DESCRIPTION | AMOUNT |
|---|---|
| Computer Forensic Services - Communications, image storage and processing, reporting | $1,200.00 |
| TOTAL | $1,200.00 |

Make all checks payable to MH Forensics, LLC

**Terms: Due upon receipt**

# MH Forensics, LLC

# INVOICE

7717 Torrey Court

Arvada, CO 80007

**Invoice No.:** 1043

mhorwith@mhforensics.com

**Invoice Date** 12/24/20

303.588.7679

**BILL TO:**

Vail Valley Associates
c/o Expert Panel - Robert Kelso, Craig Bernard, David Penrod

| Date | Units | Activity | Amount |
|---|---|---|---|
| 12/24/20 | Drives | 2 Hard Drives containing Case Data | $200 |

Make all checks payable to MH Forensics, LLC

**Terms: Due upon receipt.**