# Exhibit 11

| | |
|---|---|
| **From:** | Michael Horwith <mhorwith@mhforensics.com> |
| **Sent:** | Monday, March 8, 2021 2:03 PM |
| **Cc:** | Madden Law; sonya braunschweig; Savage, Janet; Roeder, Jackie; McHugh, John; Robert Kelso; Bernard, Craig; 05SelfHelp |
| **Subject:** | Response to March 8 Subpoena from Alan Kildow |
| **Attachments:** | Response to March 8 Subpoena from Alan Kildow.pdf |

Mr. Kildow,

Please see attached.

Thanks you,

Michael Horwith
MH Forensics, LLC

303.588.7679
mhorwith@mhforensics.com

1

March 8, 2021

Alan L. Kildow
Attorney at law
790 Potato Patch Drive
Vail, CO 81657

Dear Mr. Kildow,

I am in receipt of the subpoena from you regarding a deposition with me on April 9, 2021 at 10:00 am. This note is to inform you that I will not be available for this deposition without receiving my expert witness payment in advance. As you know, the parties agreed to my status as independent expert in 2018. My rate is $500/hour for testimony and preparation for testimony. Once I have received advance payment, and I will testify for as many hours for which you have paid. Please expect that the documentation requests associated with the subpoena will take two hours to prepare, so please add that to the total hours you project needing for the deposition.

In addition to advance payment for the deposition, I will require that the past due invoice forwarded to you by David Penrod must also be paid before the deposition. As you know, since I have sent you a copy of the invoice, I am owed $1,200 for work requested by you and Mr. Penrod.

There was a check for $40 attached to the subpoena. Just so we are clear, I will not cash that check.

Sincerely,

/s/ *Michael Horwith*

Michael Horwith
President
MH Forensics, LLC

CC:    John Madden
          Sonya Braunschweig
          Janet Savage
          Jackie Roeder
          John McHugh
          Marie Forest Toyoma
          Robert Kelso
          Craig Bernard