# Exhibit 13

| | |
|---|---|
| **From:** | Savage, Janet <Janet.Savage@dgslaw.com> |
| **Sent:** | Wednesday, March 10, 2021 6:02 PM |
| **To:** | Alan Kildow |
| **Cc:** | 'sonya braunschweig'; jmchugh@rplaw.com; Roeder, Jackie; Azmoudeh, Omeed; Richards, Daniel; Stevenson, Shannon; Anderson, Suzie; Werth, Debbie; 'Madden Law' |
| **Subject:** | Horwith subpoena |

Mr. Kildow, I have not heard back from you with respect to my email of yesterday. Please be advised that we will plan to move in the state court action contempt sanctions against you if you do not withdraw the subpoena you served on Mr. Horwith. We also expect you to confirm that you will stop communicating with him directly about these issues as that is also prohibited under the terms of the court ordered forensic protocol. Your conduct appears to be a clear violation of the court ordered forensic protocol and also appears to be designed to circumvent your representations to the court. Please notify me no later than 12:00 mountain time tomorrow if you will withdraw the subpoena served on Mr. Horwith and cease any further communications with him.

**JANET A. SAVAGE** ▪ **Partner**

P: 303.892.7341 ▪ F: 303.893.1379 ▪ C: 303.905.2459 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi** Member
**A LexMundi** Member

**From:** Savage, Janet
**Sent:** Tuesday, March 9, 2021 1:06 PM
**To:** Alan Kildow <alkildow@aol.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; jmchugh@rplaw.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Madden Law' <madden@themaddenfirm.com>; mhorwith@mhforensics.com; Azmoudeh, Omeed <Omeed.Azmoudeh@dgslaw.com>; Anderson, Suzie <Suzie.Anderson@dgslaw.com>; Werth, Debbie <debbie.werth@dgslaw.com>
**Subject:** RE: Federal Case--Horwith Letter Regarding Subpoena

Mr. Kildow, I am not clear why you have chosen to serve as subpoena on Mr. Horwith and also why you are communicating with him directly. As you know, you remain subject to the requirements of the state forensic protocol. The fact that you are purportedly serving this subpoena in the federal case does not allow you to disregard the requirements of the state court order. We are planning to address this in both state and federal court, but in the meantime, I would like to point out that among other requirements, paragraph 3 of the forensic protocol specifically prohibits independent communications with Mr. Horwith. Please cease and desist any further communications with Mr. Horwith or attempts to obtain his file as we attempt to have the court address your behavior.

**JANET A. SAVAGE** ▪ **Partner**

P: 303.892.7341 ▪ F: 303.893.1379 ▪ C: 303.905.2459 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202

1

A **LexMundi** Member

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, March 9, 2021 11:40 AM
**To:** mhorwith@mhforensics.com
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; fwlawyers@gmail.com; jmchugh@rplaw.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Madden Law' <madden@themaddenfirm.com>
**Subject:** Federal Case--Horwith Letter Regarding Subpoena

Mr. Horwith:

Attached is my response to your letter of yesterday.

Alan Kildow
970-390-6675

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.