# Exhibit 14

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Friday, March 12, 2021 3:24 AM |
| **To:** | 'Savage, Janet' |
| **Cc:** | 'Roeder, Jackie'; 'Stevenson, Shannon'; 'McHugh, John'; 'Madden Law'; 'sonya braunschweig' |
| **Subject:** | FW: Federal Case--Horwith Letter Regarding Subpoena |

Counsel:

Plaintiffs have served a subpoena upon Mr. Horwith in the federal action.  Nothing more and nothing less.  He has indicated that he will be traveling and therefore Plaintiffs have the right to preserve his testimony for the federal action.  In serving a subpoena, Plaintiffs have the right to communicate with the subject of the subpoena to ensure appropriate arrangements are made for the production of documents that would be responsive to the subpoena, etc.

Alan Kildow
970-390-6675

**From:** Savage, Janet <Janet.Savage@dgslaw.com>
**Sent:** Tuesday, March 9, 2021 9:06 PM
**To:** Alan Kildow <alkildow@aol.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; jmchugh@rplaw.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Madden Law' <madden@themaddenfirm.com>; mhorwith@mhforensics.com; Azmoudeh, Omeed <Omeed.Azmoudeh@dgslaw.com>; Anderson, Suzie <Suzie.Anderson@dgslaw.com>; Werth, Debbie <debbie.werth@dgslaw.com>
**Subject:** RE: Federal Case--Horwith Letter Regarding Subpoena

Mr. Kildow,  I am not clear why you have chosen to serve as subpoena on Mr. Horwith and also why you are communicating with him directly.   As you know,  you remain subject to the requirements of the state forensic protocol.   The fact that you are purportedly serving this subpoena in the federal case does not allow you to disregard the requirements of the state court order.   We are planning to address this in both state and federal court, but in the meantime,  I would like to point out that among other requirements,  paragraph 3 of the forensic protocol specifically prohibits independent communications with Mr. Horwith.    Please cease and desist any further communications with Mr. Horwith or attempts to obtain his file as we attempt to have the court address your behavior.

**JANET A. SAVAGE** ▪ Partner

P: 303.892.7341 ▪ F: 303.893.1379 ▪ C: 303.905.2459 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202