# Exhibit 15

| | |
|---|---|
| **From:** | Stevenson, Shannon <Shannon.Stevenson@dgslaw.com> |
| **Sent:** | Tuesday, March 9, 2021 5:26 PM |
| **To:** | Alan Kildow; Roeder, Jackie |
| **Cc:** | Savage, Janet; fwlawyers@gmail.com; 'sonya braunschweig' |
| **Subject:** | RE: Federal Case: Sports Rehab Consulting, et al. v. Vail Health--Delinquent Discovery Requests |
| **Attachments:** | Sports Rehab Consulting, LLC, et al. v. Vail Health - First Set of Disco... (97.3 KB) |

Alan –

With respect to Vail Health's discovery requests, we sent them to you and your co-counsel by email on November 6, 2020 (attached).  The Local Rules specifically require that discovery requests be exchanged in this way:  "Except in prisoner cases or unless otherwise ordered, written discovery requests and responses shall be exchanged by private e-mail or other non-paper means."  D.C.Colo.LCivR 5.3(c).

If we don't receive your responses immediately, we will need to add this to our conference with Magistrate Judge Gallagher, along with raising our objections to the Horwith subpoena.

Thanks, Shannon

1