# Exhibit 16

| | |
|---|---|
| **From:** | Stevenson, Shannon <Shannon.Stevenson@dgslaw.com> |
| **Sent:** | Monday, March 15, 2021 3:03 PM |
| **To:** | Gallagher Chambers; 'Angela Barnes' |
| **Cc:** | Alan Kildow; fwlawyers@gmail.com; 'sonya braunschweig'; Savage, Janet; Roeder, Jackie |
| **Subject:** | SRC v. Vail Health, Case No. 19-cv-2075-WJM-GPG, Vail Health's discovery dispute chart |
| **Attachments:** | Exhibit F.pdf; Exhibit G.pdf; Exhibit H.pdf; Vail Health's Discovery Dispute Chart.pdf; Exhibit A.pdf; Exhibit B.pdf; Exhibit C.pdf; Exhibit D.pdf; Exhibit E.pdf |

Ms. Barnes:

Please find Vail Health's chart and exhibits for the discovery dispute conference.

Thank you,

Shannon Wells Stevenson
Partner
303.892.7328
303.893.1379

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500, Denver, CO 80202 http://www.dgslaw.com


Your message is ready to be sent with the following file or link attachments:

Exhibit F
Exhibit G
Exhibit H
Vail Health's Discovery Dispute Chart
Exhibit A
Exhibit B
Exhibit C
Exhibit D
Exhibit E


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.
_____

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

1

*Sports Rehab Consulting and Winninger v. Vail Health*
Civil Action No. 1:19-cv-02075-WJM-GPQ

## VAIL HEALTH'S FIRST SET OF DISCOVERY REQUESTS

| VAIL HEALTH'S REQUEST | VAIL HEALTH'S POSITION | PLAINTIFFS' POSITION |
|---|---|---|
| **Vail Health's RFPs Nos. 1-12** <br> **Vail Health's Int. Nos. 1-9** <br> **Vail Health's RFAs Nos. 1-2** <br> **(attached as Exhibit A (cover email) and B (requests))** | Vail Health served its first Discovery Requests on Plaintiffs on November 6, 2020, making Plaintiffs' responses and objections due on December 7, 2020.  Plaintiffs have not served any objections or responses to the Requests nor requested an extension.  When Vail Health raised this failure, Plaintiffs stated that they were unaware of the discovery because it had been served by Paige Finnell, a legal assistant who was unknown to Plaintiffs.  **(Exhibit C, at 4.)**  Ms. Finnell has a "dgslaw.com" email address; the subject line of the email was "was "Sports Rehab Consulting, LLC, et al. v. Vail Health - First Set of Discovery Requests to Plaintiffs"; Ms. Finnell had previously served several other documents in this case on Plaintiffs; and all attorneys of record for both SRC and Vail Health were copied on Ms. Finnell's email.  As Vail Health has continued to raise this issue, Plaintiffs stated they did not think the discovery was served in accordance with Fed. R. Civ. P. 5.  Vail Health responded that the discovery was served as required by D.C.Colo.LCivR 5.3(c).: "Except in prisoner cases or unless otherwise ordered, written discovery requests and responses shall be exchanged by private e-mail or other non-paper means."  **(E-mail, Exhibit D.)**  Plaintiffs have not provided any further response. | [Plaintiff has not provided a response for this chart.  Vail Health raised this specific issue on the parties' conference with Ms. Barnes on Wednesday, March 10.  Plaintiff made no objection.  Counsel for Vail Health emailed this chart to Plaintiffs' counsel on Sunday, March 14, and requested that Plaintiff provide its position by noon on Monday.  **(Exhibit G.)**   At 12:48 pm on Monday, counsel for Vail Health requested again that Plaintiff provide a response.  Plaintiff's counsel responded that "I did not receive any 'chart.'  Moreover, we have never had any meet or confer on that issue and it was never discussed last week.  So that issue is not ripe for submission to the Magistrate." **(Exhibit H.)**  Vail Health communicated in writing on this issue with Plaintiff's counsel on March 4, March 8, and March 9 and specifically stated on March 9: "If we don't receive your [discovery] responses immediately, we will need to add this to our conference with Magistrate Judge Gallagher."  **(Exhibits D, E, and F.**] |

1

4811281.1

***Sports Rehab Consulting and Winninger v. Vail Health***
Civil Action No. 1:19-cv-02075-WJM-GPQ