# Exhibit 17

-----Original Message-----
From: Craig Bernard <cbernard@cyopsis.com>
Sent: Monday, April 5, 2021 7:02 AM
To: Michael Horwith <mhorwith@mhforensics.com>
Cc: 'Robert Kelso' <robert.kelso@forensicpursuit.com>
Subject: FW: Activity in Case 1:19-cv-02075-WJM-GPG Sports Rehab Consulting LLC et al v. Vail Clinic Inc. Motion to Quash

Michael,
Please see Defense Counsel's comments below.
+++
I have sent the motion to quash notification that we filed Friday night. Please let Michael Horwith know that he should not produce documents or appear for his deposition this week until the court rules on this.
+++

Craig Bernard

1

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com<mailto:CBernard@Cyopsis.com>
www.Cyopsis.com<http://www.cyopsis.com/>
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

8668 Concord Center Dr Englewood, CO 80112


Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you
_____

From: Savage, Janet <Janet.Savage@dgslaw.com>
Sent: Sunday, April 4, 2021 10:01 AM
To: Craig Bernard <cbernard@cyopsis.com>
Cc: Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Anderson, Suzie <Suzie.Anderson@dgslaw.com>
Subject: Fwd: Activity in Case 1:19-cv-02075-WJM-GPG Sports Rehab Consulting LLC et al v. Vail Clinic Inc. Motion to Quash

Craig I have sent the motion to quash notification that we filed Friday night. Please let Michael Horwith know that he should not produce documents or appear for his deposition this week until the court rules on this.
Janet Savage

Begin forwarded message:
From: "Stevenson, Shannon" <Shannon.Stevenson@dgslaw.com<mailto:Shannon.Stevenson@dgslaw.com>>
Date: April 2, 2021 at 10:53:57 PM MDT
To: "Savage, Janet" <Janet.Savage@dgslaw.com<mailto:Janet.Savage@dgslaw.com>>
Subject: FW: Activity in Case 1:19-cv-02075-WJM-GPG Sports Rehab Consulting LLC et al v. Vail Clinic Inc. Motion to Quash
Janet: Here's the motion if you want to send to Craig. Shannon

From: COD_ENotice@cod.uscourts.gov<mailto:COD_ENotice@cod.uscourts.gov> <COD_ENotice@cod.uscourts.gov<mailto:COD_ENotice@cod.uscourts.gov>>
Sent: Friday, April 2, 2021 10:21 PM
To: COD_ENotice@cod.uscourts.gov<mailto:COD_ENotice@cod.uscourts.gov>
Subject: Activity in Case 1:19-cv-02075-WJM-GPG Sports Rehab Consulting LLC et al v. Vail Clinic Inc. Motion to Quash


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado
Notice of Electronic Filing

The following transaction was entered by Stevenson, Shannon on 4/2/2021 at 10:20 PM MDT and filed on 4/2/2021
Case Name:
Sports Rehab Consulting LLC et al v. Vail Clinic Inc.
Case Number:
1:19-cv-02075-WJM-GPG<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fecf.cod.uscourts.gov%2Fcgi-bin%2FDktRpt.pl%3F190613&data=04%7C01%7Ccbernard%40cyopsis.com%7C83036e183de7470d27b008d8f7721c52%7Cee22d01a87194c168665d152d3ddc2c1%7C0%7C0%7C637531416903084076%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=6rRFrnfJQqn04SMHuLSyN%2FqIEEK%2FTwpG0d5hmHZs47M%3D&reserved=0>
Filer:
Vail Clinic, Inc.
Document Number:
85<https://nam04.safelinks.protection.outlook.com/?url=https%3A%2F%2Fecf.cod.uscourts.gov%2Fdoc1%2F03909383602%3Fcaseid%3D190613%26de_seq_num%3D211%26magic_num%3D82079687&data=04%7C01%7Ccbernard%40cyopsis.com%7C83036e183de7470d27b008d8f7721c52%7Cee22d01a87194c168665d152d3ddc2c1%7C0%7C0%7C637531416903084076%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&sdata=bJPJCCjU6NQAYHv%2F3m4gQB2NmTnP%2BWT7kBasR5PYq%2F4%3D&reserved=0>

Docket Text:
MOTION to Quash Plaintiffs' Subpoena to Michael Horwith by Defendant Vail Clinic, Inc.. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8)(Stevenson, Shannon)

1:19-cv-02075-WJM-GPG Notice has been electronically mailed to:

Alan L. Kildow  alkildow@aol.com<mailto:alkildow@aol.com>

Daniel Alexander Richards  daniel.richards@dgslaw.com<mailto:daniel.richards@dgslaw.com>, paige.finnell@dgslaw.com<mailto:paige.finnell@dgslaw.com>

Jacqueline Ventre Roeder  jackie.roeder@dgslaw.com<mailto:jackie.roeder@dgslaw.com>, debbie.werth@dgslaw.com<mailto:debbie.werth@dgslaw.com>, paige.finnell@dgslaw.com<mailto:paige.finnell@dgslaw.com>

Janet Ann Savage  janet.savage@dgslaw.com<mailto:janet.savage@dgslaw.com>, suzie.anderson@dgslaw.com<mailto:suzie.anderson@dgslaw.com>

Jesse L. Wiens  jessewiens@yahoo.com<mailto:jessewiens@yahoo.com>, fwlawyers@gmail.com<mailto:fwlawyers@gmail.com>, jzmoorefwllc@gmail.com<mailto:jzmoorefwllc@gmail.com>

Shannon Wells Stevenson  shannon.stevenson@dgslaw.com<mailto:shannon.stevenson@dgslaw.com>, brigid.bungum@dgslaw.com<mailto:brigid.bungum@dgslaw.com>, omeed.azmoudeh@dgslaw.com<mailto:omeed.azmoudeh@dgslaw.com>

1:19-cv-02075-WJM-GPG Notice has been mailed by the filer to:

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-0]
[810446f869be9932522f1ef0aa19a87d2541a6ad994f154827bb55f5a2dd05138a46
8e2c859b6bdae3c472075ecdb6bf3d37f2d835379aa95f66f56ab9fc0f65]]
Document description:Exhibit 1
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-1]
[3549d75b4dcd50eab713c6ca2dac93dfde945576d9ed3bba79e424daef93cdeeafde
3061cc83944a09fb04f2a088244f499048224b2a5099a44680376e48b354]]
Document description:Exhibit 2
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-2]
[48d41185b8bf260ac7294990a88e564f97972b8c339d11a1b1067a7141fcbace59a7
f59d623ccc7a4870f8243c5a1155ddc9dd9c65bab2ab663f37c60af250c7]]
Document description:Exhibit 3
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-3]
[0308e6a519d89dcb93e43e3016d1adcb008b0ece11395b898b58a4810e621710216c
6dd71a279153713a5ed095ebbd68498d8975bb7d537e336a7183317d046c]]
Document description:Exhibit 4
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-4]
[15487fb4eadee9cd01bb2ceaadf46e4cb0c0ed3d82a5b0f089014d619fdf1d3f0e5f
e8b78feea6ce1e5d108525773e1a3f8ffa6d1506846c4b650e25a7d43de7]]
Document description:Exhibit 5
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-5]
[7faee31c5ab3b96de0d5ba1781e4be037b4280e5e115eac7ca89376160311248abcb
1f0a11ffded4878ff12d1a11acc827d1b693cd6027749f6bda9271283dd0]]
Document description:Exhibit 6
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-6]
[4b6f5f8ae61f21d14f18294caecd8af556c43122036dbda6ba80d33eca7d6d2fd5b8
a7f7a2c92e603d5f064f889f44bda5baac3d076fae4ab6c9948ec3291f84]]
Document description:Exhibit 7
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-7]
[13d0256feffaef404a46acf6cdc2cf8712ddc9e9d118302d813a81e77ede8a3e875d
3a43fba4ab6ffdfdc645ae8fd334777316003053fe0cd898204ffdbc4180]]
Document description:Exhibit 8
Original filename:n/a

4

Electronic document Stamp:
[STAMP dcecfStamp_ID=1071006659 [Date=4/2/2021] [FileNumber=8052976-8]
[0c90d3acb1e7c43a3e52be1aa61b27964138f561e2dc6276d5a59ca1560e0c5d0480
1ef2cc1f09eaa44b9071061e9a39a03bb4fa049dc311a3304f6b7abeb2d4]]

_____
This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

[EXTERNAL EMAIL] DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.


--
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

5