# Exhibit 18

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br><br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, Colorado 81631 | DATE FILED: September 12, 2019 4:23 PM<br>CASE NUMBER: 2017CV30102 |
| **Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, | ▲ COURT USE ONLY ▲ |
| **Counter-Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102<br><br>Division 4  Courtroom 4 |
| **Third-Party Plaintiff:** VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| **SPECIAL MASTER ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE COURT'S ORDER DATED AUGUST 15, 2018** | |

THIS MATTER came before the Special Master on Defendants' Motion to Enforce the Court's Order Dated August 15, 2018. Having reviewed the briefs and heard argument by counsel, it appears to the Court that the same should be granted in part. Therefore,

-2-

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED in Part as follows:

Plaintiffs are required to produce within fourteen (14) days of this Order a report that exports out the content and metadata for the following seven event and activity logs that David Penrod recovered as a result of his search for USB storage drive records on Ms. Winninger's laptop computer: system.log, 2017.02.15.U0.G80.asl, 2017.02.16.U0.G80.asl, 2017.02.17.U0.G80.asl, 2017.02.18.U0.G80.asl, 2017.02.19.U0.G80.asl, and 2017.02.20.U0.G80.asl.

Dated: September 12, 2019

BY THE SPECIAL MASTER:

*W Jerry Ruckriegle*