# Exhibit 19

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Tuesday, July 14, 2020, 7:41 AM
**To:** David J. Penrod
**Cc:** Craig Bernard; Robert Kelso
**Subject:** Re: Vail Health v Winninger - Special Master Order

I will proceed to hash the image Dave gave me and produce the specific logs David also sent to me. Craig, I will not be conducting "the analysis looking for all connected USB devices." as this is not specified in the order.

I am in the mountains until July 25, with no computing power or access to Dave's image. Unless I hear otherwise, I am planning to complete this production a day or two after I get back to the city. Let me know if anyone disagrees or needs this done sooner.

Michael


Michael Horwith
MH Forensics, LLC

303.588.7679
mhorwith@mhforensics.com



On Mon, Jul 13, 2020 at 2:11 PM David J. Penrod <dpenrod@penrodellisfdd.com> wrote:

> Michael,
>
>
> I don't think we're going in circles here:
>
>
> 1. The court order specifically identified the system logs you are to recover and produce. They are the same Apple system event logs (in *.log and *.asl file format) in the forensic bit-stream image I had extracted on Feb 20,

2017 from Lindsay Winninger's Apple laptop computer ("my image") and had exported from that image to a USB flash drive which I brought to and testified about at my deposition in June 2018. These are the only relevant logs.

2. The court order did not identify which forensic bit-stream image you were to search, the image I extracted in 2017 or the one you extracted in 2019. It left that decision up to us as experts. However, what is clear is that the court intended that you recover and produce the exact same logs that I had located in my image, exported to that USB flash drive, and testified about in June 2018 at my deposition.

3. As expected, you were unable to recover these same logs from the forensic bit-stream image you extracted in 2019 from Lindsay Winninger's computer. When you extracted your image some 2 years after I had extracted mine, the computer's MacOS had deleted and replaced the logs. As you and I have discussed, system event logging on a MacOS computer is a continuous, automated process. Daily system logs are retained for only seven days before they are automatically deleted and replaced with new, daily logs. In other words, some 2 years of daily system logs had come and gone by the time you imaged Winninger's computer.

4. In anticipation of this issue, I had already sent you an authenticated copy of my image along with exported copies of the relevant Apple system logs. These exported logs were meant to guide your search so you knew what to look for. I think I included a spreadsheet with the logs' file system metadata and SHA256 hash values. I shared these same logs with the other experts via email.

5. In his email to me on May 13, Craig stated that you should go ahead and recover and produce the relevant Apple system logs on my image. Craig told me: "Since these are from the Feb 20, 2017 image and they are the files you had on the USB drive during your deposition and were ordered to turn over, we are good having Michael do the analysis looking for all connected USB devices."

6. Craig reiterated that same instruction today and added that when he had responded on June 24 to my email, indicating that he would have to confer with Defendants' counsel, he had forgotten that he had already responded on May 13.

7. The court order does not require you to search for and recover any other logs on my image, just the ones that I have identified and produced. Those logs are the only logs on that image with any information about connected USB devices. You only need to recover and produce them to Craig. You don't have to analyze them.

So, given all this, please recover and produce to Craig the relevant system logs I have identified and copies of which I have sent you. Doing so will comply with the court order and this issue will be closed.

Thanks.

David J. Penrod

PenrodEllis Forensic Data Discovery

200 South Wilcox Street, #327

Castle Rock, Colorado 80104

(303) 945-6006



---

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Monday, July 13, 2020 10:11 AM
**To:** Craig Bernard <cbernard@cyopsis.com>
**Cc:** David Penrod <dpenrod@penrodellisfdd.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Guys, we are going around in circles. As I stated in my May 13 email, this is not what was ordered in the SM order. I am waiting for a specific answer to the following, sent after your May 13 email, Craig.

All,

My instructions from the 3/5/20 SM order:

Mr. Horwith is instructed to locate the system log of connected devices Plaintiff Lindsay

Winninger plugged into her computer that David Penrod testified he had bookmarked and kept on

the USB device Mr. Penrod brought with him to his deposition in June 2018. Mr. Horwith is

instructed to provide this bookmarked log of connected devices no later than March 13, 2020, to

the parties' experts, including Defendants' expert Craig Bernard, who will thereafter provide it to

Defendants. Plaintiffs shall also pay Michael Horwith's fees in doing this extraction, copying and

transmission of the information to Craig Bernard.

It does not appear to me that I have been given instructions to look for "all connected USB devices", just the system log that David brought to his deposition. I have received a set of logs from David, and I assume they are hash matches to the ones provided at the depo, although I have no way of knowing that. So I am looking for agreement that my specific assignment is to find the logs David sent to me in the image he sent to me. Do you agree?

On Mon, Jul 13, 2020 at 10:00 AM Craig Bernard <cbernard@cyopsis.com> wrote:

Michael,

Per my 05/13 email, since these are from the Feb 20, 2017 image and they are the files you had on the USB drive during your deposition and were ordered to turn over, we are good having you do the analysis looking for all connected USB devices.

I forgot in my 06/24 email that I had already responded.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Monday, July 13, 2020 11:24 AM
**To:** David Penrod <dpenrod@penrodellisfdd.com>
**Cc:** Robert Kelso <robert.kelso@forensicpursuit.com>; Craig Bernard <cbernard@cyopsis.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Gentlemen - See below. Unless I've missed a communication, I have not heard back with new info since the June 24th email.

Michael Horwith

MH Forensics, LLC

303.588.7679

mhorwith@mhforensics.com

# RE: Update On Event Logs

Inbox



**Craig Bernard**

to robert.kelso@forensicpursuit.com, me, David

I will check with DGS.

Michael,

Sorry to hear you were hospitalized and hope your recovery is going well.

Craig Bernard
President, Co-Founder

Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

8668 Concord Center Dr Englewood, CO 80112

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

---

**From:** robert.kelso@forensicpursuit.com <robert.kelso@forensicpursuit.com>
**Sent:** Wednesday, June 24, 2020 11:37 AM
**To:** 'Michael Horwith' <mhorwith@mhforensics.com>; 'David Penrod' <dpenrod@penrodellisfdd.com>
**Cc:** Craig Bernard <cbernard@cyopsis.com>
**Subject:** RE: Update On Event Logs

Hi guys,

I'll check with Madden to be sure, but I don't believe that we have any opinion here.

Robert Kelso

Forensic Pursuit

Office: 303-495-2082

Mobile: 303-960-6496

---

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Wednesday, June 24, 2020 10:28 AM
**To:** David Penrod <dpenrod@penrodellisfdd.com>
**Cc:** Craig Bernard <cbernard@cyopsis.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Update On Event Logs

David,

I have not heard from Craig or Rob regarding my May 13 email, reproduced below. Aside from that, I just got home from a pretty draining stay at Lutheran hospital, so I will be moving/responding a bit slowly for a day or two.

Michael

On Wed, May 13, 2020 at 11:08 AM -0600, "Michael Horwith" <mhorwith@mhforensics.com> wrote:

All,

My instructions from the 3/5/20 SM order:

> Mr. Horwith is instructed to locate the system log of connected devices Plaintiff Lindsay
>
> Winninger plugged into her computer that David Penrod testified he had bookmarked and kept on
>
> the USB device Mr. Penrod brought with him to his deposition in June 2018. Mr. Horwith is
>
> instructed to provide this bookmarked log of connected devices no later than March 13, 2020, to
>
> the parties' experts, including Defendants' expert Craig Bernard, who will thereafter provide it to
>
> Defendants. Plaintiffs shall also pay Michael Horwith's fees in doing this extraction, copying and
>
> transmission of the information to Craig Bernard.

It does not appear to me that I have been given instructions to look for "all connected USB devices", just the system log that David brought to his deposition. I have received a set of logs from David, and I assume they are hash matches to the ones provided at the depo, although I have no way of knowing that. So I am looking for agreement that my specific assignment is to find the logs David sent to me in the image he sent to me. Do you agree?

Michael Horwith

MH Forensics, LLC


303.588.7679

mhorwith@mhforensics.com




On Wed, Jun 24, 2020 at 10:06 AM David Penrod <dpenrod@penrodellisfdd.com> wrote:

Michael, have not heard from you on the event log issue. Can you update, please?

David Penrod from Samsung Mobile Phone

On Mon, Jul 13, 2020 at 8:54 AM David Penrod <dpenrod@penrodellisfdd.com> wrote:

Thank you, Craig.

Michael, please proceed as requested.

David Penrod from Samsung Mobile Phone

---

**From:** Craig Bernard <cbernard@cyopsis.com>
**Sent:** Monday, July 13, 2020, 8:52 AM
**To:** David Penrod; 'Michael Horwith'; 'Robert Kelso'
**Subject:** RE: Vail Health v Winninger - Special Master Order

FYI.  See my response below.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are

hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Craig Bernard
**Sent:** Wednesday, May 13, 2020 11:33 AM
**To:** David Penrod <dpenrod@penrodellisfdd.com>; 'Michael Horwith' <mhorwith@mhforensics.com>; 'Robert Kelso' <robert.kelso@forensicpursuit.com>
**Subject:** RE: Vail Health v Winninger - Special Master Order

Dave, Michael, and Rob,

Since these are from the Feb 20, 2017 image and they are the files you had on the USB drive during your deposition and were ordered to turn over, we are good having Michael do the analysis looking for all connected USB devices.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** David Penrod <dpenrod@penrodellisfdd.com>
**Sent:** Tuesday, May 12, 2020 4:22 PM
**To:** 'Michael Horwith' <mhorwith@mhforensics.com>; Craig Bernard <cbernard@cyopsis.com>
**Cc:** 'Robert Kelso' <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

That's right. They're in the forensic image.

David Penrod from Samsung Mobile Phone

On Tue, May 12, 2020 at 4:05 PM -0600, "Craig Bernard" <cbernard@cyopsis.com> wrote:

Dave,

Are these the ones you captured on Feb 20 2017?

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

---

**From:** David J. Penrod <dpenrod@penrodellisfdd.com>
**Sent:** Tuesday, May 12, 2020 4:03 PM
**To:** 'Michael Horwith' <mhorwith@mhforensics.com>
**Cc:** Craig Bernard <cbernard@cyopsis.com>; 'Robert Kelso' <robert.kelso@forensicpursuit.com>
**Subject:** RE: Vail Health v Winninger - Special Master Order

Craig, are the Defendants going to approve Michael's examination of the system logs on the original forensic image?

David J. Penrod

PenrodEllis Forensic Data Discovery

200 South Wilcox Street, #327

[Castle Rock, Colorado 80104](#)

(303) 945-6006



---

**From:** Michael Horwith <[mhorwith@mhforensics.com](#)>
**Sent:** Tuesday, May 12, 2020 3:55 PM
**To:** David J. Penrod <[dpenrod@penrodellisfdd.com](#)>
**Cc:** Craig Bernard <[cbernard@cyopsis.com](#)>; Robert Kelso <[robert.kelso@forensicpursuit.com](#)>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Hi David,

I'm sorry, it is not clear to me from the SM order that this is correct. ==Since it is not clear, I have to adhere to the instruction requiring consensus among experts or a clarifying order.==

Thanks,

Michael

On Tue, May 12, 2020 at 12:48 PM David J. Penrod <[dpenrod@penrodellisfdd.com](#)> wrote:

Michael,

Go ahead and export the Apple system logs from my image and produce them. You don't need the Defendants' permission on this. You only need the Plaintiffs', which you've got. Thanks.

David J. Penrod

PenrodEllis Forensic Data Discovery

[200 South Wilcox Street, #327](#)

Castle Rock, Colorado 80104

(303) 945-6006



**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Monday, May 11, 2020 8:14 AM
**To:** David Penrod <dpenrod@penrodellisfdd.com>
**Cc:** Craig Bernard <cbernard@cyopsis.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Hi David,

Craig is checking with clients regarding the use of the image you provided me.

Michael Horwith

MH Forensics, LLC

303.588.7679

mhorwith@mhforensics.com

On Fri, May 8, 2020 at 3:17 PM David Penrod <dpenrod@penrodellisfdd.com> wrote:

Michael,

Any update on the Apple system logs search on my image of the Winninger laptop?

David Penrod from Samsung Mobile Phone

On Wed, Apr 22, 2020 at 1:21 PM -0600, "Michael Horwith" <mhorwith@mhforensics.com> wrote:

David,

Sorry - didn't respond to your question on the verification log. I have not plugged the disk in yet - will do so after Craig gets back to me, assuming we are using that image.

Michael Horwith

MH Forensics, LLC

303.588.7679

mhorwith@mhforensics.com

On Wed, Apr 22, 2020 at 11:21 AM David J. Penrod <dpenrod@penrodellisfdd.com> wrote:

Michael, so you're just waiting for payment of invoice at this point?

Also, did I include the image and verification log?

David J. Penrod

PenrodEllis Forensic Data Discovery

200 S. Wilcox Street, #327

Castle Rock, CO 80104

(303) 945-6006

Sent from my Verizon, Samsung Galaxy Tablet

14

Get Outlook for Android

On Wed, Apr 22, 2020 at 8:50 AM -0600, "Craig Bernard" <cbernard@cyopsis.com> wrote:

Great.  Thanks.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Wednesday, April 22, 2020 8:49 AM
**To:** Craig Bernard <cbernard@cyopsis.com>
**Cc:** David J. Penrod <dpenrod@penrodellisfdd.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Hi Craig. Near Dup invoice attached.

Target03 (Cimino Personal) export - 201 files (no email families, 4 of the Source files overlap in other exports)

Target04 (Cimino Work) export - 64 files (47 files with an additional 17 files bringing in email families, 2 of the Source files overlap in other exports)

Target05 ( Winninger) export - 20 files (no email families, 4 of the Source files overlap in other exports)



Target08 ( SR Web Site) export - 11 files (8 files with an additional 3 files bringing in email families, no overlap with other exports)

No near dups on Harder or Shoenthaler computers.

Michael Horwith

MH Forensics, LLC

303.588.7679

mhorwith@mhforensics.com

On Tue, Apr 21, 2020 at 12:24 PM Craig Bernard <cbernard@cyopsis.com> wrote:

Great.  Thanks.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Tuesday, April 21, 2020 11:41 AM
**To:** Craig Bernard <cbernard@cyopsis.com>
**Cc:** David J. Penrod <dpenrod@penrodellisfdd.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Doing the exports today - will have the invoice tomorrow.

Thanks,

Michael

Michael Horwith

MH Forensics, LLC

303.588.7679

mhorwith@mhforensics.com

On Tue, Apr 21, 2020 at 11:39 AM Craig Bernard <cbernard@cyopsis.com> wrote:

Michael,

I am following up on the items below.  Thanks.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com

Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Craig Bernard
**Sent:** Monday, April 20, 2020 11:27 AM
**To:** Michael Horwith <mhorwith@mhforensics.com>
**Cc:** David J. Penrod <dpenrod@penrodellisfdd.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** RE: Vail Health v Winninger - Special Master Order

Michael,

DGS is getting ready to cut the check but wanted to know if you would provide an invoice for the actual amount vs the deposit for the analysis since it is complete.

Also, there needs to be a separate invoice for the Apple logs provided by Dave since the Special Master ordered Plaintiffs to pay for that.

Thanks.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this

communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Tuesday, April 14, 2020 9:54 AM
**To:** Craig Bernard <cbernard@cyopsis.com>
**Cc:** David J. Penrod <dpenrod@penrodellisfdd.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

The work is done. We have not exported the result sets. I pay monthly for the processing dedup software, and if this rolls into May it will cost an additional $2570 dollars. Let's try and get this wrapped up as soon as possible.

Thanks,

Michael

Michael Horwith

MH Forensics, LLC

303.588.7679

mhorwith@mhforensics.com

On Mon, Apr 13, 2020 at 11:39 AM Craig Bernard <cbernard@cyopsis.com> wrote:

Thanks for the response and glad you are doing well.

Just to clarify, is the work done and you are waiting on payment to release the results?

I will check again on the payment.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

---

**From:** Michael Horwith <mhorwith@mhforensics.com>
**Sent:** Monday, April 13, 2020 11:22 AM
**To:** Craig Bernard <cbernard@cyopsis.com>
**Cc:** David J. Penrod <dpenrod@penrodellisfdd.com>; Robert Kelso <robert.kelso@forensicpursuit.com>
**Subject:** Re: Vail Health v Winninger - Special Master Order

Hi Craig,

Hope you are doing well.

I'm waiting for the retainer payment - are you all waiting on something from me at this point?

Michael

On Mon, Apr 13, 2020 at 11:16 AM Craig Bernard <cbernard@cyopsis.com> wrote:

I hope everyone is doing well and I am getting a little concerned do to everyone's lack of response.

Please let me know if there issues so I can let Counsel and the Court know.  Thanks.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Craig Bernard
**Sent:** Friday, April 10, 2020 6:43 AM
**To:** Michael Horwith <mhorwith@mhforensics.com>
**Cc:** 'Robert Kelso' <robert.kelso@forensicpursuit.com>; David J. Penrod <dpenrod@penrodellisfdd.com>
**Subject:** FW: Vail Health v Winninger - Special Master Order

Michael,

I am following up this items below.  Would you be able to get me a response sometime this morning. Thanks.

Craig Bernard

President, Co-Founder
Cyopsis
303-872-9231 office
720-838-2261 direct
CBernard@Cyopsis.com
www.Cyopsis.com
Integrating the Best of Human and Electronic Intelligence Gathering and Analysis

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you

**From:** Craig Bernard
**Sent:** Wednesday, April 8, 2020 11:28 AM
**To:** Michael Horwith <mhorwith@mhforensics.com>
**Cc:** 'Robert Kelso' <robert.kelso@forensicpursuit.com>; David J. Penrod <dpenrod@penrodellisfdd.com>
**Subject:** Vail Health v Winninger - Special Master Order

To All,

I hope everyone is healthy and in a good mental state!

Michael,

I'm attaching an updated "Exhibit A" which is the list of trade secrets that were previously sent for the non-date-restricted fuzzy search.  There were 37 trade secrets removed from the claim, so the attached reflects those changes.

Can you give me an update regarding how this process is progressing?

Craig Bernard

President, Co-Founder