# Exhibit 20

| | |
|---|---|
| **From:** | Savage, Janet <Janet.Savage@dgslaw.com> |
| **Sent:** | Wednesday, March 3, 2021 3:32 PM |
| **To:** | sonya braunschweig |
| **Cc:** | Alan Kildow; Madden Law; Roeder, Jackie; jmchugh@rplaw.com; Richards, Daniel; Azmoudeh, Omeed; Anderson, Suzie; Werth, Debbie |
| **Subject:** | Re: Pls Feb 27 Revisions to Draft Joint Motion Related to Independent Expert with Horwith estimate.DOCX |

I suggest you ask David penrod for his emails with michael horwith.  ==Please provide me with proof you sent payment to michael horwith. Please include the date you sent the payment and a copy of what you sent.==

Janet Savage