**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**DEFENDANT VAIL HEALTH'S REPLY BRIEF REGARDING ITS**
**MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFFS' SECOND SET OF WRITTEN DISCOVERY**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this reply brief in support of its Motion for 30-Day Extension of Time to Respond to Plaintiffs' Second Set of Written Discovery (Dkt. No. 82) ("Motion"). Plaintiffs' brief in opposition to the Motion ("Opp'n") provides no basis to deny the Motion, which requests a single, modest extension of time to respond to Plaintiffs' 165 discovery requests served on March 1, 2021 ("Request").

- Plaintiffs claim that Vail Health's intention in filing the Motion is to delay the discovery process. (Opp'n at 1-2.) That is incorrect. Vail Health does not seek an extension of the August 1 discovery deadline. Vail Health's proposed deadline would give the Court three months to resolve any disputes regarding Vail Health's responses to the Requests, which is plenty of time.

4822099.1

- 2 -

- Plaintiffs speculate that Vail Health will assert groundless objections to Plaintiffs' second set of written discovery if granted an extension, claiming that Vail Health asserted such objections in response to Plaintiffs' first set of discovery requests. (Opp'n at 4-5.) However, the only example Plaintiffs cite is Vail Health's objection to a discovery request seeking information regarding certain "combinations," a term that Plaintiffs did not define. However, even as to that one example, Vail Health informed Plaintiffs during conferral that it "has not withheld documents" on the basis of that objection. (3/26/2021 Discovery Dispute Chart at 19.)

- Plaintiffs' proposal to set one deadline for objections to Plaintiffs' Requests and another for responses to those Requests is not workable. Determining what, if any, objections should be interposed regarding 165 discovery requests requires extensive conferral with Vail Health personnel regarding, *inter alia*, the burdens associated with responding to each request. Additional time is required not just to draft responses, but also to determine to which portions of the Requests Vail Health needs to object.

- Plaintiffs claim that Vail Health unduly delayed serving objections and responses to Plaintiffs' first set of discovery requests. (Opp'n at 2.) However, the Magistrate Judge has already held that Vail Health's responses and objections were timely. (Dkt. No. 88.)

- Equity counsels in favor of granting the Motion in light of Plaintiffs' delay in responding to Vail Health's discovery requests. On November 6, 2020, Vail Health served its first set of discovery requests to Plaintiffs, which included interrogatories, requests for production, and requests for admission. Plaintiffs' responses were due by December 7, 2020. Plaintiffs served no objections or responses by December 7, 2020, and did not

- 3 -

request an extension from Vail Health or the Court. Plaintiffs ignored multiple demands that they serve their responses to Vail Health's November 6, 2020 discovery requests. On March 30, 2021 Plaintiffs served their responses—nearly four months after they were due. Plaintiffs should not be permitted to unilaterally give themselves a four-month extension of time to respond to Vail Health's discovery requests while opposing the modest 30-day extension requested by Vail Health.

## CONCLUSION

Vail Health respectfully requests that the Court grant this Motion and extend Vail Health's deadline to respond to Plaintiffs' Requests by 30 days, through and including April 30, 2021.

Dated: April 5, 2021

    *s/ Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S REPLY BRIEF REGARDING ITS MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND SET OF WRITTEN DISCOVERY was filed via CM/ECF on this 5th day of April 2021, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan J. Kildow
Alan J. Kildow, Attorney at Law
790 Potato Patch Drive
Vail, CO 81653
Email: alkildow@aol.com

                                             *s/   Katherine Henry*
                                              Katherine Henry