# EXHIBIT 2

**Stevenson, Shannon**

---

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Wednesday, April 7, 2021 2:58 PM |
| **To:** | Stevenson, Shannon |
| **Cc:** | Roeder, Jackie; Savage, Janet; Richards, Daniel; fwlawyers@gmail.com; 'McHugh, John'; 'sonya braunschweig'; 'Madden Law' |
| **Subject:** | RE: Federal Case--Horwith Letter Regarding Subpoena |

Counsel:

The "facts" you posit in your communications are incomplete, evasive, and in the end untrue. I will accept (suspend my disbelief) for the moment that you are unaware of the weeks (or months) and dozens of e-mails exchanged in the Eagle County state court action between your partner, Janet Savage, and John Madden, who represents third-party defendant David Cimino. You may also be unaware of further e-mail communications between Sonya Braunschweig, who is one of plaintiffs' attorneys in the state court action, and Ms. Savage. All of them came to naught. The issue of the preservation of the analysis and conclusions of court-appointed expert Michael Horwith has been negotiated to an obscene death. It should have been quickly resolved by a couple of young associates, but it did not. What remains now, then, is to preserve Mr. Horwith's work in a professional manner.

To take one last shot at resolution when we were on the phone with Magistrate Judge Gallagher on March 22, I stated that the preservation should be easily resolved and that we should talk about it. I thought you agreed, but apparently not. After that discussion, I called you (with no answer and not even the courtesy of a returned call) and sent you a couple of e-mails requesting to talk the issue through. But you did not respond. Not once. Now with the impending deposition, you act as if there is some emergency to *prevent* the preservation of the testimony of a witness who is leaving Colorado and who the court and the parties agreed 2 ½ years ago to perform certain analysis and provide certain opinions. Ms. Savage has made it crystal clear that Vail Health wants to make Mr. Horwith's report disappear and start that painful process all over in the federal action.

Our goal is simple: Preserve the testimony of a witness who may later be unavailable and beyond subpoena power of this court. Mr. Horwith's testimony about his analysis and his conclusions can easily be preserved in a 1-hour deposition. We offered to stipulate to all of this but you refused to do so. Whatever arguments you make to Magistrate Judge Gallagher and perhaps later to Judge Martinez will be borne out in the weeks and months to come. For now, however, plaintiffs simply wish to preserve the testimony of Mr. Horwith, for which your client—a rural non-profit hospital—paid over $75,000. There is nothing in any court order that precludes our efforts to preserve what the Eagle County court previously ordered to be done, and which was indeed done. It is just that Vail Health does not like Mr. Horwith's conclusion.

Alan Kildow
970-390-6675

Sent from Mail for Windows 10

---

**From:** Stevenson, Shannon
**Sent:** Wednesday, April 7, 2021 2:03 PM
**To:** Alan Kildow; 'Michael Horwith'
**Cc:** Roeder, Jackie; Savage, Janet; Richards, Daniel; fwlawyers@gmail.com; 'McHugh, John'; 'sonya braunschweig'; 'Madden Law'
**Subject:** RE: Federal Case--Horwith Letter Regarding Subpoena

1

Alan -

I take this message to indicate that you are unwilling to defer the subpoena dates for the document production and deposition pending resolution of our motion to quash, as we requested.  If that is not the case, please let me know before 4 pm today.

We believe the document production to be in violation of the state court orders, and demand that you return the documents to Mr. Horwith pending any ruling on the motion to quash.  Unless and until approved by the federal court, we will object to any use of the documents.

Shannon Wells Stevenson
Partner
303.892.7328
303.893.1379

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500, Denver, CO 80202
http://www.dgslaw.com

-----Original Message-----
From: Alan Kildow <alkildow@aol.com>
Sent: Wednesday, April 7, 2021 1:19 PM
To: 'Michael Horwith' <mhorwith@mhforensics.com>
Cc: Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; fwlawyers@gmail.com; 'McHugh, John' <jmchugh@rplaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Madden Law' <madden@themaddenfirm.com>
Subject: RE: Federal Case--Horwith Letter Regarding Subpoena

Mr. Horwith:

Thank you very much.  I have received them.  The court reporter will be sending the Zoom invitation.

Alan Kildow

-----Original Message-----
From: Michael Horwith <mhorwith@mhforensics.com>
Sent: Wednesday, April 7, 2021 12:04 PM
To: Alan Kildow <alkildow@aol.com>
Cc: Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; fwlawyers@gmail.com; McHugh, John <jmchugh@rplaw.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; Madden Law <madden@themaddenfirm.com>
Subject: Re: Federal Case--Horwith Letter Regarding Subpoena

Mr. Kildrow,

The deposition document requests have been uploaded to a file sharing platform for you to download. The passwords to the four production zip files were sent to you separately.

Thanks,

Michael

Michael Horwith
MH Forensics, LLC

303.588.7679
mhorwith@mhforensics.com


On Wed, Apr 7, 2021 at 8:50 AM Alan Kildow <alkildow@aol.com> wrote:
>
> Mr. Horwith:
>
> As you know, Plaintiffs in the federal antitrust case have served you with a subpoena and sent you a check in the agreed amount of $1,500.  The return date for the documents to be produced was Monday, April 5, 2021, and the date for your deposition is Friday, April 9.  As of this morning, we have not received the documents that were to be produced pursuant to the subpoena.
>
> I will appreciate your confirmation that the documents will be produced today, that you received the $1,500, and you will be present for your deposition on Friday.   Complying with the federal subpoena will obviate further expenditure of time and litigation costs.
>
> I look forward to your prompt response to this communication.
>
> Alan Kildow
> 970-390-6675
>
> -----Original Message-----
> From: Michael Horwith <mhorwith@mhforensics.com>
> Sent: Tuesday, March 9, 2021 12:36 PM
> To: Alan Kildow <alkildow@aol.com>
> Cc: Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie
> <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>;
> Richards, Daniel <Daniel.Richards@dgslaw.com>; fwlawyers@gmail.com;
> McHugh, John <jmchugh@rplaw.com>; sonya braunschweig
> <sonya.braunschweig@gmail.com>; Madden Law <madden@themaddenfirm.com>
> Subject: Re: Federal Case--Horwith Letter Regarding Subpoena
>
> Mr. Kildow,
>
> Attached please find my response to your March 9 letter.
>
> Michael Horwith
> MH Forensics, LLC
>
> 303.588.7679
> mhorwith@mhforensics.com
>
>
> On Tue, Mar 9, 2021 at 11:40 AM Alan Kildow <alkildow@aol.com> wrote:
> >
> > Mr. Horwith:

3

> >
> >
> >
> > Attached is my response to your letter of yesterday.
> >
> >
> >
> > Alan Kildow
> >
> > 970-390-6675
>

_____

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.