# Exhibit 2

| | |
|---|---|
| **From:** | Stevenson, Shannon <Shannon.Stevenson@dgslaw.com> |
| **Sent:** | Wednesday, April 7, 2021 1:06 PM |
| **To:** | Michael Horwith; Alan Kildow |
| **Cc:** | Roeder, Jackie; Savage, Janet; Richards, Daniel; fwlawyers@gmail.com; McHugh, John; sonya braunschweig; Madden Law |
| **Subject:** | RE: Federal Case--Horwith Letter Regarding Subpoena |

Mr. Horwith and Mr. Kildow:

As we have mentioned before, we believe these communications are prohibited by the state court's forensic protocol orders. We also believe that the requested document production and deposition further violate those orders. We have raised this issue with the federal court in the attached motion to quash filed last Friday.

In order to ensure that we are not contempt of the state court's orders, we believe we need the federal court to rule on this motion before the document production or deposition should proceed. We request that these dates be deferred to allow the federal court to rule. We are willing to cooperate to request an expedited ruling so these matters can be handled before Mr. Horwith leaves for his trip on April 27.

Mr. Kildow - please advise us of your position. If we are not able to reach an agreement, we will need to move for a protective order that will immediately stay these obligations.

Shannon Wells Stevenson
Partner
303.892.7328
303.893.1379

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500, Denver, CO 80202 http://www.dgslaw.com


-----Original Message-----
From: Michael Horwith <mhorwith@mhforensics.com>
Sent: Wednesday, April 7, 2021 9:11 AM
To: Alan Kildow <alkildow@aol.com>
Cc: Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; fwlawyers@gmail.com; McHugh, John <jmchugh@rplaw.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; Madden Law <madden@themaddenfirm.com>
Subject: Re: Federal Case--Horwith Letter Regarding Subpoena

Mr. Kildrow,

As I have pointed out numerous times since my December communications with counsel, I am retired. One of the byproducts of retirement is that I tend to check mail far less often. Upon receiving your email today I went to the post office box and collected the mail, which includes the check you referenced. I'll attempt to deliver the documents to you today. I have not received an invitation to the zoom meeting for Friday's deposition. The deposition will, of course, be limited to one hour, as per previous communications regarding prepayment.

1

Thanks,

Michael


Michael Horwith
MH Forensics, LLC

303.588.7679
mhorwith@mhforensics.com

On Wed, Apr 7, 2021 at 8:50 AM Alan Kildow <alkildow@aol.com> wrote:
>
> Mr. Horwith:
>
> As you know, Plaintiffs in the federal antitrust case have served you with a subpoena and sent you a check in the agreed amount of $1,500.  The return date for the documents to be produced was Monday, April 5, 2021, and the date for your deposition is Friday, April 9.  As of this morning, we have not received the documents that were to be produced pursuant to the subpoena.
>
> I will appreciate your confirmation that the documents will be produced today, that you received the $1,500, and you will be present for your deposition on Friday.   Complying with the federal subpoena will obviate further expenditure of time and litigation costs.
>
> I look forward to your prompt response to this communication.
>
> Alan Kildow
> 970-390-6675
>
> -----Original Message-----
> From: Michael Horwith <mhorwith@mhforensics.com>
> Sent: Tuesday, March 9, 2021 12:36 PM
> To: Alan Kildow <alkildow@aol.com>
> Cc: Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie
> <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>;
> Richards, Daniel <Daniel.Richards@dgslaw.com>; fwlawyers@gmail.com;
> McHugh, John <jmchugh@rplaw.com>; sonya braunschweig
> <sonya.braunschweig@gmail.com>; Madden Law <madden@themaddenfirm.com>
> Subject: Re: Federal Case--Horwith Letter Regarding Subpoena
>
> Mr. Kildow,
>
> Attached please find my response to your March 9 letter.
>
> Michael Horwith
> MH Forensics, LLC
>
> 303.588.7679
> mhorwith@mhforensics.com
>
>
> On Tue, Mar 9, 2021 at 11:40 AM Alan Kildow <alkildow@aol.com> wrote:

2

\> \>
\> \> Mr. Horwith:
\> \>
\> \>
\> \>
\> \> Attached is my response to your letter of yesterday.
\> \>
\> \>
\> \>
\> \> Alan Kildow
\> \>
\> \> 970-390-6675
\>

_____

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

