# Exhibit 4

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Wednesday, April 7, 2021 5:40 PM |
| **To:** | 'Roeder, Jackie'; 'Savage, Janet'; 'Madden Law'; 'Stevenson, Shannon' |
| **Subject:** | FW: mhorwith@mhforensics.com sent you files via WeTransfer |

Counsel:

Here is an e-mail in response to the subpoena served upon him.

Alan Kildow
970-390-6675

---

**From:** WeTransfer <noreply@wetransfer.com>
**Sent:** Wednesday, April 7, 2021 12:00 PM
**To:** alkildow@aol.com
**Subject:** mhorwith@mhforensics.com sent you files via WeTransfer



# mhorwith@mhforensics.com sent you some files

1 item, 26.1 MB in total  ·  Expires on 5 May, 2021

Documents for 20210409 Deposition - Passwords sent in separate email

[Get your files]

1

## Download link

https://mhforensics.wetransfer.com/downloads/1a17c29068c1f6fe9317059212f1898820210407180003/e59b1a1475c7b935f68f773232aa76b620210407180003/26859c

1 item
Documents for 20210409 deposition.zip
26.1 MB

To make sure our emails arrive, please add noreply@wetransfer.com to your contacts.

About WeTransfer   ·   Help   ·   Legal   ·   Report this transfer as spam

2