**Angela Barnes**

| | |
|---|---|
| **From:** | Stevenson, Shannon <Shannon.Stevenson@dgslaw.com> |
| **Sent:** | Thursday, April 08, 2021 10:36 AM |
| **To:** | Alan Kildow; Angela Barnes |
| **Cc:** | Savage, Janet; Roeder, Jackie; fwlawyers@gmail.com; 'sonya braunschweig' |
| **Subject:** | RE: Sports Rehab v. Vail Health |

**CAUTION - EXTERNAL:**

Ms. Barnes:

Thank you – Vail Health can be available at 2.

It is Vail Health's position that, due to the motion for protective order filed by Vail Health, the deposition is automatically stayed pursuant to D.C.Colo.LCivR 30.2(a), which provides:

D.C.COLO.LCivR 30.2
FILING MOTION FOR PROTECTIVE ORDER, MOTION TO LIMIT EXAMINATION, OR OBJECTION TO DISCOVERY ORDER

> (a) Motion for Protective Order or to Limit Examination. Pending resolution of a motion or request for relief under Fed. R. Civ. P. 26(c) or 30(d), the discovery to which the motion or request is directed shall be stayed unless otherwise ordered. A non-prevailing party may be subject to an award of expenses, fees, and costs under Fed. R. Civ. P. 37(a)(5).

Thank you,

**SHANNON WELLS STEVENSON • Partner**

P: 303.892.7328 • F: 303.893.1379 • vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 • Denver, CO 80202

**A LexMundi Member**

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, April 8, 2021 10:30 AM
**To:** 'Angela Barnes' <Angela_Barnes@cod.uscourts.gov>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; fwlawyers@gmail.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v. Vail Health

Angela:

Thank you very much for the response and notice.

Alan Kildow

1

**From:** Angela Barnes <Angela_Barnes@cod.uscourts.gov>
**Sent:** Thursday, April 8, 2021 10:28 AM
**To:** Alan Kildow <alkildow@aol.com>
**Cc:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; fwlawyers@gmail.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v. Vail Health

Judge is considering the question. If he allows a hearing it would likely be at 2 PM via telephone.

Angela Barnes
Judicial Asst for Magistrate Judge Gordon P. Gallagher
400 Rood Avenue, Aspinall Federal Bldg.
Grand Jct CO 81501
970-241-8932, Option 0

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, April 08, 2021 10:00 AM
**To:** Angela Barnes <Angela_Barnes@cod.uscourts.gov>
**Cc:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; fwlawyers@gmail.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Sports Rehab v. Vail Health

**CAUTION - EXTERNAL:**

Angela:

For about a month now, there has been a deposition scheduled in this case for a non-party witness tomorrow, April 9, at 10:00 am. The witness is appearing pursuant to a Rule 45 subpoena., and on April 2 Vail Health filed a motion to quash the subpoena that had been served on the witness over a month ago  Last night, Vail Health served a motion for a protective order to which Plaintiffs will be filing responsive papers later this morning. Vail Health's counsel has now unilaterally informed the relevant parties that the deposition is not going forward tomorrow.

Given the timing of all of this and a non-party witness who is leaving the state for over 5 months, Plaintiffs would appreciate the opportunity to resolve this issue today so the deposition can proceed tomorrow. Counsel for Vail Health stated that they are available for a conference call after 11:00 pm today and I will be available also if it could be arranged with Magistrate Judge Gallagher. If you could advise us whether this is possible, we will appreciate it.

Thank you in advance for your assistance.

Alan Kildow

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure,

or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.