# EXHIBIT 9

| | |
|---|---|
| **From:** | Stevenson, Shannon |
| **Sent:** | Tuesday, March 9, 2021 4:26 PM |
| **To:** | Alan Kildow; Roeder, Jackie |
| **Cc:** | Savage, Janet; fwlawyers@gmail.com; 'sonya braunschweig' |
| **Subject:** | RE: Federal Case: Sports Rehab Consulting, et al. v. Vail Health--Delinquent Discovery Requests |
| **Attachments:** | Sports Rehab Consulting, LLC, et al. v. Vail Health - First Set of Discovery Requests to Plaintiffs |

Alan –

With respect to Vail Health's discovery requests, we sent them to you and your co-counsel by email on November 6, 2020 (attached).  The Local Rules specifically require that discovery requests be exchanged in this way:  "Except in prisoner cases or unless otherwise ordered, written discovery requests and responses shall be exchanged by private e-mail or other non-paper means."  D.C.Colo.LCivR 5.3(c).

If we don't receive your responses immediately, we will need to add this to our conference with Magistrate Judge Gallagher, along with raising our objections to the Horwith subpoena.

Thanks, Shannon

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, March 9, 2021 10:36 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Cc:** Savage, Janet <Janet.Savage@dgslaw.com>; fwlawyers@gmail.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Federal Case: Sports Rehab Consulting, et al. v. Vail Health--Delinquent Discovery Requests

Counsel:

Your e-mail makes the position of Vail Health crystal clear.  I have not yet had the time to review the documents produced yesterday, but your e-mail leaves no doubts that you are continuing to assert your objections to the scope of Plaintiffs' document requests.  I will therefore proceed with alerting the Magistrate of the need to schedule a dispute resolution conference.   And pursuant to Mag. Judge Gallagher's conference procedures, I will be sending you the requisite chart enumerating the differences between the parties with respect to each request.  We will look forward to your prompt response so that a joint submission is possible on a timely basis.

As to written discovery of Vail Health, we are unaware of any such discovery that has been properly served pursuant to Fed. R. Civ. P. 5.  If I am incorrect, please let us know.

Alan Kildow
970-390-6675

1