# Exhibit 2

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Thursday, September 3, 2020 5:01 PM |
| **To:** | 'Stevenson, Shannon' |
| **Cc:** | 'Roeder, Jackie'; 'Savage, Janet'; fwlawyers@gmail.com |
| **Subject:** | FW: Plaintiffs First Set Of Requests For Production Of Documents (Revised) |

Counsel:

This is to follow-up on the telephonic "meet and confer" conference of 2:00 MDT this afternoon, where you and I were the only two lawyers on the call. As I stated in yesterday's e-mail (below), the purpose of the call was to discuss *when* Vail Health would be providing documents responsive to Plaintiffs First Set of Requests for Production of Documents (the "RFPs").

At the outset, I provided an overview of the status of the RFPs: the first Rule 26(f) conference occurred on September 27, 2019; the RFPs were served upon Vail Health on October 7, 2019; Vail Health did not file a motion for a protective order and it did not serve any response or objection to the RFPs. Thus, Vail Health has waived any objection to the RFPs. It did, however, belatedly file a motion to stay discovery on January 30, 2020. [ECF No. 49]. An order staying discovery was not entered until April 21, 2020. [ECF. No. 53].

You stated that the parties were in sort of a "no-man's land" and that your recollection was that Magistrate Judge Gallagher has said at the January 28, 2020 Scheduling Conference that Vail Health was not required to respond to the RFPs until the next scheduling conference (whenever that would be). You stated that that the parties had not yet exchanged initial disclosures or had a Rule 26(f) conference. (I reminded you that the first one was September 27, 2019 and that we would schedule another one to update the prior submission, but wanted to discuss when Vail Health would be producing documents.)

As to that issue, I stated that I wanted to walk through each one of the requests set forth in the RFPs. You said that you were not ready to do that, but that Vail Health would agree to provide its written response to the RFPs 30 days after the Scheduling Conference. I said that was unacceptable. Vail Health has had 11 months and the Judge Martinez were self-executing. As the Courts ruled: "The stay of discovery (ECF No. 53) is LIFTED…."

So despite those two orders and my e-mail below, you were not ready and refused to discuss in detail the dispute as to when Vail Health would produce documents. Under Magistrate Judge Gallagher's meet and confer procedure, you were supposed to be in a position to engage in such a discussion, but you were not.

As far as your rationale for that position, you then said that the RFPs were "not even properly served." When I asked you to identify what was deficient in the service, you backed off that assertion but continued to maintain that Vail Health "does not even have an obligation to file a respond to the RFPs" at this time. You said that the call was premature and Plaintiffs should wait until the issue is discussed at the September 17 Scheduling Conference. I again stated that the delay was unacceptable to Plaintiffs and that we would need to contact Magistrate Judge Gallagher for an informal discovery conference to discuss the parties' differences. In our view, 11 months after the RFPs were served does not seem quite so "premature."

We concluded the call with the agreement that you would get back to me regarding your availability for a conference with respect to updating the proposed Scheduling Order that the parties submitted to Magistrate Judge Gallagher and that we needed to have that call be the end of the day on Wednesday, September 9. You said that you would do so. I

also request that you provide me with a time when you would be available for an informal discovery conference with the Magistrate.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, September 2, 2020 10:12 AM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'fwlawyers@gmail.com' <fwlawyers@gmail.com>
**Subject:** RE: Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Counsel:

Let's connect at 2:00 MDT tomorrow, September 3.  Please use the following conference call numbers:

    Dial-in: 605-472-5307
    Pass Code: 175061#

To confirm, the subject of the call is to come to resolution as to when Vail Health will be producing documents responsive to Plaintiffs' First Set Of Requests For Production Of Documents, which were served on October 7, 2019.  There should be no reason why we cannot resolve this issue without the need to involve Magistrate Judge Gallagher.

Alan Kildow
970-390-6675


**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Tuesday, September 1, 2020 8:02 PM
**To:** Alan Kildow <alkildow@aol.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** fwlawyers@gmail.com
**Subject:** RE: Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Alan – I can discuss anytime on Thursday, except 11-1.  Let me know what works for you.  Shannon

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, September 1, 2020 10:54 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** fwlawyers@gmail.com
**Subject:** RE: Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Counsel:

I do not have the same recollection as you with respect to the January 28 scheduling conference.  Whatever was said, however, has been superseded by the subsequent orders.  The April 21 Order to stay discovery (ECF No. 53) states: "(2) Discovery in this matter as to Plaintiffs' claims against Vail Health Is STAYED pending resolution of Vail Health's pending Motion to Dismiss Under Rule 12(b)(6) and Motion to Dismiss or Stay Pursuant to Colorado River.  (D.31, 53D.32)."  As

you know, both of those motions have now been denied.  The April 21 order is self-executing and thus the stay ended as of August 21.  In addition, the Court's August 21 Order states: "2 .  The stay of discovery (ECF No. 53) is LIFTED…."  That Order too is self-executing, so no further court proceedings are necessary prior to the parties engaging in discovery.

Plaintiffs served their First Set Of Requests For Production on October 7, 2019—over 7 months before the April 21 Order staying discovery.  The way I understand your e-mail below you wish to have another month beyond the August 21 Order lifting the stay to even discuss he production of the documents.  Plaintiffs do not agree to such an extension.  So it looks like we have a discovery dispute.  Consequently, I would like to have a meet and confer that is consistent with Magistrate Gallagher's March 1, 2017 Discovery Dispute Procedures.  We should have that discussion before the end of the day on Thursday, September 3.  I am available this afternoon, tomorrow and the following day.  Please let me know which of those days and the time work for you.  Vail Health should be prepared to discuss when it will produce the documents in the October 7 RFP.

In the event that we are unable to reach agreement, we will then need to proceed to an informal conference with Magistrate Judge Gallagher.  Hopefully, that will not be necessary.

I look forward to your prompt response.

Alan Kildow
970-390-6675


**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Sunday, August 30, 2020 8:22 PM
**To:** Alan Kildow <alkildow@aol.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** fwlawyers@gmail.com
**Subject:** RE: Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Alan:

My recollection from our last conference with Magistrate Gallagher is that he instructed us that we did not have any obligation to respond to the discovery requests (and that no deadlines were running) until a scheduling order entered.  I assume we will discuss that order at our 9/17 conference, and we will be prepared to discuss our time to respond to your discovery then.

**SHANNON WELLS STEVENSON** ▪ **Partner**

P: 303.892.7328  ▪  F: 303.893.1379  ▪  vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Friday, August 28, 2020 2:57 PM
**To:** Savage, Janet <Janet.Savage@dgslaw.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** fwlawyers@gmail.com
**Subject:** RE: Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Counsel:

3

The week has nearly come and gone and I have not heard back from you with respect to the discovery requests set forth below.  In light of your failure to respond, I must presume that you do not intend to provide the documents requested by September 8.  I am therefore requesting a conferral among counsel prior to the end of the day on Tuesday, September 1.  Please advise me of your availability.  If we are unable to arrive at a time when Plaintiffs will receive a full and complete production of the documents requested on October 7, 2019, we will be filing a motion to compel.

I will look forward to your response.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, August 25, 2020 10:39 AM
**To:** 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** fwlawyers@gmail.com
**Subject:** FW: Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Counsel:

The attached Requests for Production were served upon you on October 7, 2019.  As you know, the stay of discovery was lifted by the Court on August 21, 2020.  Plaintiffs will consent to your response to these Requests by September 8, 2020.  If that is not acceptable, please tell us when Vail Health will provide its responses.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 7, 2019 12:33 PM
**To:** 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Anderson, Suzie' <Suzie.Anderson@dgslaw.com>
**Cc:** 'fwlawyers@gmail.com' <fwlawyers@gmail.com>
**Subject:** Sports Rehab v. Vail Health; Plaintiffs' First Requests For Production Of Documents

Dear Counsel:

Attached here to are Plaintiffs' First Request For Production Of Documents To Vail Health in the above-referenced case.

Alan L. Kildow
970-390-6675

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.