# Exhibit 5

**From:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Sent:** Monday, October 19, 2020 3:33 PM
**To:** Alan Kildow <alkildow@aol.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab. v. Vail Health--Plaintiffs' Requests For Production of Documents

Alan,

We expect to produce the documents described in Vail Health's responses to Plaintiff's discovery requests within the next 30 days.

I am available for a conferral on Wednesday afternoon.

Please let us know when we can expect Plaintiff's initial disclosures, which were due on Friday.

Thanks,
Jackie

**Jackie Roeder**
Davis Graham & Stubbs LLP
1550 17th St., Suite 500
Denver, CO 80202
303.892.7366

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 19, 2020 9:06 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** Sports Rehab. v. Vail Health--Plaintiffs' Requests For Production of Documents

Counsel:

1. Please let me know when Vail Health intends to produce the documents to which it has not interposed an objection to Plaintiffs' First Request For Production of Documents.
2. Please provide a couple of alternative times prior to the end of business on Wednesday for a conferral on Vail Health's waiver of all objections and also the basis for the objections that have been asserted.
3. Assuming that a resolution will not be reached, a date for a conference with the Magistrate Judge.

Alan Kildow
970-390-6675