# EXHIBIT 8

**Richards, Daniel**

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Tuesday, March 30, 2021 8:03 AM |
| **To:** | Stevenson, Shannon; Roeder, Jackie; Savage, Janet; Richards, Daniel |
| **Cc:** | fwlawyers@gmail.com; 'sonya braunschweig' |
| **Subject:** | Sports Rehab v Vail Health, 19-2075: Responses to Discovery Requests; Production SRC-FED-01 |
| **Attachments:** | Federal--Plaintiffs Responses To FIrst Set of Discovery.pdf |

Counsel,

Attached and served on you are Plaintiffs' Responses to Vail Health's First Set of Discovery Requests.  The production will be on a rolling basis, the first of which is provided below.

The link for SRC-FED-01 production, SRC-FED0000001-28, is below along with the password:

https://cloudfiles.iprotech.com/public/file/2thXIAm2wECVtRJReJhytw/VOL006.zip
FTP download password: 26%73^r@AI

Alan Kildow
970-390-6675

1