# EXHIBIT 9

# Richards, Daniel

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Monday, February 15, 2021 3:42 AM |
| **To:** | Stevenson, Shannon; Savage, Janet; Roeder, Jackie; Richards, Daniel |
| **Cc:** | fwlawyers@gmail.com |
| **Subject:** | Sports Rehab v. Vail Health--Plaintiffs'Federal Rule 26(a)(1) Initial Disclosures (1) (003) (1) |
| **Attachments:** | SRB's Revisions to Plaintiffs' Ordered Federal Rule 26(a)(1) Initial Disclosures (1) (003) (1).pdf |

Counsel:

Attached are Plaintiffs' Rule 26(a)(1) Discclosures.

Alan Kildow
970-390-6675

1