# EXHIBIT 10

# Richards, Daniel

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Tuesday, March 9, 2021 11:21 AM |
| **To:** | 'Gallagher Chambers'; 'Angela Barnes' |
| **Cc:** | Stevenson, Shannon; Roeder, Jackie; Savage, Janet; Richards, Daniel; fwlawyers@gmail.com |
| **Subject:** | Sports Rehab Consulting LLC and Lindsay Winninger v. Vail Clinic, Inc., d/b/a Vail Health |

Dear Magistrate Gallagher:

The parties have reached an impasse with respect to the extent of the production of documents by Defendant Vail Health that are responsive to Plaintiffs' First Set of Production of Documents that were served on October 7, 2019.  On behalf of Plaintiffs, pursuant to your Discovery Dispute Procedures dated March 1, 2017, I request the scheduling of a discovery dispute resolution conference among you and counsel for the parties.  Counsel for Vail Health has advised me that they are available during the week of March 15 and March 29.  Obviously, given the length of time that has elapsed since the discovery was served on October 7, 2019, Plaintiffs request that the conference occur during the week of March 15, if that is at all possible given the court's schedule.

We will have the requisite chart submitted to you in a timely fashion.

Respectfully,

Alan Kildow
970-390-6675