# EXHIBIT 11

## Richards, Daniel

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Friday, October 23, 2020 12:19 PM |
| **To:** | Roeder, Jackie; Stevenson, Shannon |
| **Cc:** | Savage, Janet; fwlawyers@gmail.com |
| **Subject:** | Sports Rehab v. Vail Health, Civil Action No.: 1:19-cv-02075-WJM-GPG |

Dear Ms. Barnes:

This is written on behalf of Plaintiffs in *Sports Rehab v. Vail Health*, Civ. Action No.: 1:19-cv-02075-WJM-GPG.  Yesterday, counsel for Plaintiffs and Defendant had a conference call in which they attempted to work out their differences with respect to whether Defendant Vail Health has waived it  the right to interpose objections to Plaintiffs' Rule 34 First Request To Produce Documents that were served on October 7, 2019.  Also discussed was the timing for Vail Health to produce documents responsive to the requests, as well as the specific objections that Vail Health has interposed.  The parties were unable to come to a resolution of their differences.

As a result, Plaintiffs request a conference call with Magistrate Judge Gallagher next week to discuss this impasse.  Counsel for both parties are available on Monday, October 26 in the afternoon, and Tuesday morning.  In the event that neither of those times are available for the Magistrate, we would appreciate  being provided with alternative times that work for him.

Respectfully,

Alan Kildow
970-390-6675

1