IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**PARTIES' JOINT MOTION TO MODIFY SCHEDLUING ORDER TO EXTEND FACT DISCOVERY DEADLINE BY THIRTY DAYS**

Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs Sports Rehab Consulting, LLC and Lindsay Winninger ("Plaintiffs") and Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") (collectively, "the Parties") move the Court to modify the scheduling order to extend the fact discovery deadline by thirty days, to and including August 31, 2021. In support of this motion, the Parties state as follows.

1. On October 9, 2020, Magistrate Judge Gallagher entered a Scheduling Order in this matter (Doc. #71). Pursuant to the Scheduling Order, the fact discovery deadline is set for August 1, 2021. (*Id.* at 24.)

2. Pursuant to Fed. R. Civ. P. 16(b)(4), a scheduling order may be modified "for good cause and with the judge's consent."

3. Here the Parties jointly request that the Scheduling Order be modified to extend the fact discovery deadline by thirty days, to and including August 31, 2021.

4846359.2

4.  Good cause exists for this extension. As the Court is aware, the parties have had several discovery disputes, some of which have been recently resolved by the Court. One such issue was the temporal scope of documents Vail Health was required to produce. Plaintiffs sought various categories of documents created back to 2009, or earlier timeframes; Vail Health took the position that it should not be obligated to produce documents created prior to 2015, when Plaintiffs started their business. On June 9, Magistrate Judge Gallagher ordered that Vail Health must produce documents back to November 1, 2012. (Doc. #107.) Plaintiffs have appealed, in part, that ruling to the District Court Judge (Doc. #110); briefing on that appeal is ongoing.

5.  Vail Health has been diligently working to comply with its obligation to produce responsive documents, including the additional documents ordered by the court, but in light of the difficulties imposed by searching for documents created in this earlier timeframe and the volume of documents to winnow down and review, Vail Health cannot realistically complete this production before July 15.

6.  The Parties had scheduled the depositions of two Vail Health witnesses, Nico Brown and Doris Kircher, during the week of July 5. Two subpoenas were issued for these deponents, and Vail Health and the deponents' counsel agreed to waive service. To proceed with these depositions, Plaintiffs stated that the additional documents needed to be timely produced before the depositions. Further, counsel for the two deponents, John McHugh, indicated that he is scheduled to be in trial from July 12 to August 6, and so the depositions could not be rescheduled until after the present close of discovery in the event the additional documents could not be timely produced before the depositions. Because the additional documents Vail Health

has been ordered to produce may include materials about which Plaintiffs wish to question these witnesses, the Parties agree that the depositions should be deferred until the document production can be completed, and Plaintiffs have time to review the production.

7. In addition, on June 24, Plaintiffs sent Vail Health a 20-page discovery dispute chart identifying documents Plaintiffs claim are missing from Vail Health's productions. Plaintiffs prioritized the missing documents to be produced so that the depositions could proceed on July 5 and 6. While the Parties believe that many of these issues may be resolved, some may require additional intervention by the Court. The Parties therefore believe the more prudent course to take is to delay these depositions until the documents have been produced and any discovery issues resolved. The Parties will work cooperatively to timely bring any such issues to the Court.

8. In order to allow document production and depositions to proceed in an orderly fashion and avoid disputes over the need to continue or extend depositions, and in light of other depositions that will likely need to be scheduled, Vail Health requested 30 additional days to complete fact discovery to provide the flexibility to accommodate witness and attorney schedules. Plaintiffs do not oppose that request and have thus joined this motion.

9. No prejudice or delay of the case will result from this extension. The deadline for affirmative expert disclosures is September 27, 2021, and the dispositive motion deadline is February 1, 2022. The Parties do not anticipate that this extension of the fact discovery deadline will impact either of these deadlines.

For these reasons, the Parties respectfully request a 30-day extension of the fact discovery deadline to and including August 31, 2021.

Respectfully submitted this 28th day of June, 2021.

  *s/ Shannon Stevenson*
Shannon Wells Stevenson
Janet Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  janet.savage@dgslaw.com
      shannon.stevenson@dgslaw.cm
      jackie.roeder@dgslaw.com
      daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH*


  *s/ Alan L. Kildow*
Alan L. Kildow
790 Potato Patch Drive
Vail, Colorado 81657
Email: akildow@aol.com

*Attorneys for Plaintiffs SPORTS REHAB CONSULTING, LLC and LINDSAY WINNINGER*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PARTIES' JOINT MOTION TO MODIFY SCHEDLUING ORDER TO EXTEND FACT DISCOVERY DEADLINE BY THIRTY DAYS** was filed via CM/ECF on this 28th day of June 2021, which will forward notice to the following:

| | |
|---|---|
| Alan L. Kildow | Jesse Wiens |
| 790 Potato Patch Drive | Fahrenholtz & Wiens LLC |
| Vail, Colorado 81657 | 100 West Beaver Creek Blvd., Suite 236 |
| Email: akildow@aol.com | Avon, Colorado 81620 |
| | Email: fwlawyers@gmail.com |

*s/Paige Finnell*
Paige Finnell