IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Gordon P. Gallagher, United States Magistrate Judge

Civil Case No. 19-CV-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado nonprofit corporation d/b/a Vail Health,

    Defendant.

## NOTICE AND ORDER REGARDING APPOINTMENT OF SPECIAL MASTER

    This matter arises sua sponte after the Court denied Plaintiffs' motion seeking Judge Martinez's intervention in discovery. (D. 113).[1] As the Court noted in its Order, this is a contentious antitrust dispute and the parties have been litigating the same facts at issue in this case for the past four years in the Eagle County District Court. (*Id.*, p. 4). This Court has already documented the numerous hearings and discovery disputes that have already occurred and how the parties' inability to confer has hindered this case from progressing in a timely fashion. In a prior Order, this Court determined that Plaintiffs' counsel attempted to circumvent this Court's Scheduling Order and the state court's Forensic Protocol Order in addition to being non-responsive

---

[1] "(D. 113)" is an example of the stylistic convention used to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Order.

1

to Defendant's requests to confer. (D. 105). The District Court, in its most recent Order, highlighted how in a prior discovery conference, the undersigned was forced to end a discovery conference due to Plaintiffs' counsel's unprofessional conduct. (D. 113, p. 6). This Court notes that the state court appointed a special master to oversee discovery in its case and, as discovery is still ongoing in this case, finds that a special master is similarly necessary in a limited capacity here.

This Court may appoint a master to "address pretrial and posttrial matters that cannot be effectively and timely addressed by an available district judge or magistrate judge of the district." Fed. R. Civ. P. 53(a)(1)(C). Under Rule 53(b)(1), before appointing a master, the parties must be given notice, an opportunity to be heard, and the selected candidate has filed an affidavit disclosing any potential grounds for disqualification pursuant to 28 U.S.C. § 455.

This Court hereby notifies the parties of the proposed appointment of a special master for managing and supervising discovery and resolving discovery disputes in certain circumstances. This Court proposes appointing:

> Hon. W. Terry Ruckriegle
> Ruckriegle Dispute Resolution LLC
> 131 N. Pine Street
> PO Box 3305
> Breckenridge, CO 80424
> 970-390-9865

Attached to this Notice and Order is Judge Ruckriegle's affidavit stating any potential grounds for disqualification.

For the foregoing reasons, this Magistrate Judge ORDERS that the parties file any objections to the appointment of the special master on or before July 13, 2021.

Dated at Grand Junction, Colorado this June 28, 2021.

_____
Gordon P. Gallagher
United States Magistrate Judge

3