## AFFIDAVIT OF W. TERRY RUCKRIEGLE

I, W. Terry Ruckriegle being duly sworn, deposes, and says:

1. I am an attorney, mediator, arbitrator, special master, and Senior Judge of the Fifth Judicial District Court of Colorado.

2. I am licensed to practice law in the State of Colorado and am a member in good standing of the Colorado Supreme Court.

3. I am filing this affidavit pursuant to Federal Rule of Civil Procedure 53(b)(3)(A). I have familiarized myself with the issues, parties, and counsel in the case *Sports Rehab Consulting LLC v. Vail Clinic, Inc.*, No. 19-cv-02075-WJM-GPG, in the United States District Court for the District of Colorado.

4. In the interest of full disclosure, I advise the Court and the parties that I have, in my years of practice and on the District Court bench, served as special master in another case involving these parties and counsel, Winninger v. Vail Health v. Cimino, 2017CV30102 Eagle County. I am not aware of any grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as a Special Master in the aforementioned case.

Further, affiant sayeth naught.

_W. Terry Ruckriegle_
W. Terry Ruckriegle

Sworn to and subscribed before me on this

28th day of June 2021 in Summit County, Colorado.

_____
Notary Public

MARK HOWLAND
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174048323
MY COMMISSION EXPIRES 11/27/2021

My commission expires: 11/27/2021