# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**PLAINTIFFS' CERTIFCATE OF SERVICE OF ORDER OVERRULING PLAINTIFFS' OBJECTION AND APPEAL OF THE JUNE 6, 2021, ORDER GRANTING DEFENDANT'S MOTION TO QUASH PLAINTIFFS' SUBPOENA TO MICHAEL HORWITH AND MOTION FOR A PROTECTIVE ORDER**

---

## CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2021, I served a true and correct copy of the Court's June 29, 2021, Order Overruling Plaintiffs' Objection And Appeal Of The June 6 2021, Order Granting Defendant's Subpoena To Michael Horwith And Motion For A Protective Order, by e-mail on Plaintiffs Lindsay Winninger (lindsay@sportsrehabconsulting.com), and Sports Rehab Consulting LLC, through its managing member Brad Schoenthaler (brad@sportsrehabconsulting.com).

                                          *s/ Alan L. Kildow*
                                          Alan L. Kildow