# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Gordon P. Gallagher, United States Magistrate Judge

Civil Case No. 19-CV-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado nonprofit corporation d/b/a Vail Health,

    Defendant.

---

## ORDER APPOINTING MASTER FOR DISCOVERY

---

    This matter is before the Court regarding this Court's Notice and Order Regarding Appointment of Special Master. (D. 119).[1] The Honorable W. Terry Ruckriegle has provided an affidavit affirming that he is not aware of any grounds for disqualification under 28 U.S.C. § 455. (D. 120); Fed. R. Civ. P. 53(b)(3)(A). Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court has given the parties notice and an opportunity to respond to the appointment of the Master. Neither Plaintiffs nor Defendant filed any objections to the appointment of the Master on or before July 13, 2021.

---

[1] "(D. 119)" is an example of the stylistic convention used to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Order.

1

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 53, Judge W. Terry Ruckriegle is APPOINTED MASTER for the purpose of resolving discovery disputes referred to the Master by this Court.

IT IS FURTHER ORDERED that:

1. The parties shall not engage in any *ex parte* discussions with the Master and the Master shall not engage in any *ex parte* discussions with any of the parties. The Master may engage in *ex parte* discussions with the undersigned.

2. The parties are no longer obligated to comply with Magistrate Judge Gallagher's discovery procedures. All discovery disputes, except those identified in Paragraph 5 below, will be addressed by filing the appropriate motion (and subsequent briefing) on the Court's docket. All filings must comply with the applicable Federal and Local Rules.

3. Magistrate Judge Gallagher will review each discovery motion to determine in his discretion whether the dispute should be referred to the Master and will refer appropriate discovery motions to the Master. The parties shall file on the docket all papers filed for consideration by the Master. The Master shall also file on the docket all orders and reports.

4. Any party seeking review of any ruling by the Master shall file objections pursuant to Federal Rule of Civil Procedure 53(f)(2). All such objections will be resolved by Magistrate Judge Gallagher.

5. If a dispute needs urgent attention, such as one that occurs during a deposition that needs resolution during the deposition itself, the parties may contact Magistrate Judge Gallagher's chambers and notify chambers of the dispute. In his discretion, Magistrate Judge Gallagher may either resolve the dispute or refer the dispute to the Master.

6. After referral by Magistrate Judge Gallagher, the Master shall convene such hearings or direct the submission of additional briefs or materials as the Master deems appropriate and shall issue orders resolving such disputes.

7. For each motion referred to the Master by Magistrate Judge Gallagher, the Master will provide the parties with a non-binding estimate of the time and expenses to decide the matter. The Master shall be reimbursed by the parties for all reasonable fees and expenses incurred. As to any particular portion of the proceedings necessitated by the conduct of one party, the Master may assess fees and expenses of that portion of the proceedings to the responsible party. It is in the discretion of the Master to allocate the fees and expenses between the parties.

8. After referral by Magistrate Judge Gallagher, the Master shall have the sole discretion to determine the appropriate procedures for resolution of all assigned matters as set forth above and shall have the authority to take all appropriate measures to perform the assigned duties as set forth above. The Master may, by order, impose upon a party any sanction other than contempt and may recommend a contempt sanction against a party and contempt or any other sanction against a non-party.

9. The Master shall be paid $375.00 per hour for work done pursuant to this Order. The Master shall bill the parties on a monthly basis for fees and disbursements. Payment to the Master by the parties shall be due upon receipt. The Court may impose sanctions against any party who fails or refuses to pay the fees and expenses assessed by the Master.

IT IS FURTHER ORDERED that the Clerk of Court shall give Judge W. Terry Ruckriegle those filing privileges afforded to Special Discovery Masters.

Dated at Grand Junction, Colorado this July 20, 2021.

_____
Gordon P. Gallagher
United States Magistrate Judge

4