**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT DISCOVERY AND EXPERT DEADLINES BY SIXTY DAYS**

---

    Pursuant to Fed. R. Civ. P. 16(b)(4), Plaintiffs Sports Rehab Consulting, LLC and Lindsay Winninger ("Plaintiffs") and Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") (collectively, "the Parties") move the Court to modify the scheduling order to extend the fact discovery deadline by approximately sixty days, to and including October 31, 2021.  In light of this, the Parties also request that the expert deadlines be extended by approximately sixty days as further outlined in this motion.  In support of this motion, the Parties state as follows.

    1.    On October 9, 2020, Magistrate Judge Gallagher entered a Scheduling Order in this matter (Doc. #71), which had a fact discovery deadline set for August 1, 2021. (*Id.* at 24.)  On June 28, 2021, Vail Health requested—and Plaintiffs did not oppose that request and thus joined the motion—to extend the fact discovery deadline until August 31, 2021.  (Doc. # 115).  The request was made, at least in part, on Vail Health's

request that it needed additional time to produce documents in light of Magistrate Judge Gallagher's June 9, 2021 order that the temporal scope of discovery dated back to November 1, 2012 (Doc. #107).  On June 28, 2021, Magistrate Judge Gallagher granted the motion and extended fact discovery until August 31, 2021. (Doc. #117).

2. Pursuant to Fed. R. Civ. P. 16(b)(4), a scheduling order may be modified "for good cause and with the judge's consent."

3. Here the Parties jointly request that the Scheduling Order be modified to extend the fact discovery deadline by approximately 60 days, to and including November 1, 2021.  In light of this request, the Parties also jointly request that the expert deadlines be extended as well, as the discovery in the case will be necessary for the preparation of expert reports.  The Parties therefore propose that the following deadlines be amended as follows:

Affirmative Reports:  From September 27, 2021 extended to November 29, 2021

Rebuttal Reports:  From November 15, 2021 extended to January 18, 2022

4. Good cause exists for this extension.  As the Court is aware, the parties have had several discovery disputes.  In light of this, on June 28, 2021, Magistrate Judge Gallagher indicated his intent to appoint a special master for discovery-related issues. (Doc. # 119).  The Parties were given until July 13 to object to this appointment; no Party objected.  On July 20, 2021, Magistrate Judge Gallagher issued an Order appointing Special Master Ruckriegle to handle certain discovery disputes as referred by Magistrate Judge Gallagher.  (Doc. #123).  The Order suspended the use of informal discovery procedures and outlined the amended procedures for handling discovery disputes, which

includes filing motions with the Court in accordance with applicable federal and local rules.  (*Id.* at 2).

5. Although the Eagle County action has underlying facts relevant to this antitrust case, Plaintiffs contend that issues remain concerning the extent of discovery regarding certain antitrust issues that may require the Court's intervention to resolve.  If Rule 37 motions to compel are required, additional time for briefing and the issuance of court orders will be necessary, and the Parties agree that the additional time to address any issues should be factored into the Scheduling Order.  Additional time should also be made available for depositions, particularly if additional documents are to be produced.  The Parties will work cooperatively to timely bring any such issues to the Court.

6. In order to allow document production and depositions to proceed in an orderly fashion and avoid disputes over the need to continue or extend depositions, Plaintiffs requested approximately sixty additional days to complete fact discovery to present discovery disputes to the Court in light of the July 20 Order.  Vail Health does not oppose that request and have thus joined this motion.  Because this fact discovery may also be relevant to the preparation of expert reports, the Parties also agree that the expert disclosure deadlines should also be extended approximately sixty days—that is, Affirmative Reports to be due on November 29, 2021 and Rebuttal Reports due on January 18, 2022.

7. No prejudice or undue delay will result from this two-month extension.

For these reasons, the Parties respectfully request an approximately sixty-day extension of the fact discovery deadline to and including November 1, 2021, and the expert disclosure deadline for Affirmative Reports to and including November 29, 2021, and Rebuttal Reports to and including January 18, 2022.

Respectfully submitted this 29th day of July, 2021.

*s/ Alan L. Kildow*
Alan L. Kildow
790 Potato Patch Drive
Vail, Colorado 81657
Email: akildow@aol.com

Attorneys for Plaintiffs SPORTS REHAB CONSULTING, LLC and LINDSAY WINNINGER

*s/ Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: janet.savage@dgslaw.com
         shannon.stevenson@dgslaw.cm
         jackie.roeder@dgslaw.com
         daniel.richards@dgslaw.com

Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT DISCOVERY AND EXPERT DEADLINES BY SIXTY DAYS** was filed via CM/ECF on this 29th day of July 2021, which will forward notice to the following:

>Shannon Wells Stevenson
>Janet Savage
>Jacqueline V. Roeder
>Daniel A. Richards
>DAVIS GRAHAM & STUBBS LLP
>1550 17th Street, Suite 500
>Denver, Colorado, 80202
>Telephone: 303.892.9400
>janet.savage@dgslaw.com
>shannon.stevenson@dgslaw.cm
>jackie.roeder@dgslaw.com
>daniel.richards@dgslaw.com

>Attorneys for Defendant Vail Clinic, Inc.

*s/ Alan L. Kildow*
Alan L. Kildow