# Exhibit 8

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Thursday, June 17, 2021 5:41 PM |
| **To:** | Richards, Daniel |
| **Cc:** | Alan Kildow; Roeder, Jackie; McHugh, John; Stevenson, Shannon |
| **Subject:** | Re: Winninger - deposition scheduling |

Counsel,

As explained in the prior email, due to the nature of the recently produced documents, even as limited as they are, it will take 7 hours to depose Mr. Brown and Ms. Kirchner about these documents, as well as other issues raised by the antitrust complaint. We understand from your email above that you will oppose a request by Plaintiffs for a deposition of 7 hours for these two deponents and that this issue cannot be resolved by the parties. I note, however, that Vail Health has not stated that the documents responsive to the requests will be timely produced before the depositions. Again, Plaintiffs reserve the right to reschedule these two depositions (or recall the two witnesses) in the event documents have not been produced.

Ms. Winninger has provided two dates that she is available for a deposition; she is not available July 6-14. I would note that we proposed a date for Ms. Kirchner two weeks later than the date agreed upon, so a one week modification to your request for Ms. Winninger's deposition should be doable.

During our last discussion about Mr. Cook, you requested the topics that Plaintiffs seek to depose Mr. Cook about. We provided that information, which is derived, at least in part, by documents that Vail Health recently produced. You have not disputed in any way our description of Mr. Cook's relevant, first-hand knowledge about insurance pricing, transparency, the cost of Vail Health's services, and relevant geographic market. Vail Health has provided no information that the Apex doctrine applies here except in terms of mere generalities. We understand from your email that the parties cannot reach agreement on this issue.

A week has gone by, and we still do not have a conferral call set. We would like to discuss Vail Health's responses to RFP Nos. 15-25, including objections, the lack of production for items that you said would be produced and have not, and the outright refusal to produce certain documents. As to RFAs Nos. 1-129, we would like to discuss Vail Health's improper objections and failures to admit or deny in compliance with the rules. Finally, Vail Health has identified documents in its Rule 26(a)(1) disclosures that have not been produced, and so we would like to discuss that issue as well. We are available on **Tuesday, June 22 at 10** am for this call. The dial-in number is:                ; Pass code:           .

Best regards,

Sonya