# Exhibit 9

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, June 23, 2021 9:59 AM |
| **To:** | Richards, Daniel |
| **Cc:** | Alan Kildow; Roeder, Jackie; McHugh, John; Stevenson, Shannon |
| **Subject:** | Re: Winninger - deposition scheduling |

Counsel,

Ms. Winninger is available for a Zoom four-deposition on June 30, beginning at 1 pm mountain time.

As to Ms. Kirchner's and Mr. Brown's deposition, the Scheduling Order has limited those depositions to four hours. Plaintiffs reserve the right to seek additional time if necessary after the depositions.

As to Mr. Cook, Plaintiffs will defer this issue for the moment, but the facts demonstrate that Mr. Cook is an important percipient witness in this action.  In doing so, however, Plaintiffs reserve the right to take Mr. Cook's deposition after the August 1 discovery deadline in the event the parties cannot agree as to Mr. Cook's deposition, the Court's involvement becomes necessary, and the issue cannot be resolved before the August 1 deadline. Please inform us immediately if you agree to that, otherwise we will serve a deposition notice on Mr. Cook.

We will be sending to you shortly a list of documents that have not been produced and other discovery issues.  We would appreciate your prompt response to those issues and scheduling a meet and confer.

Best regards,

Sonya