

# Exhibit 16

# Vail Valley Medical Center

## Community Health Needs Assessment

## 2013

SRC-FED0002832

# Table of Contents

Contributors ........................................................................................................................... 1

Executive Summary ................................................................................................................ 3

I.   About Vail Valley Medical Center .................................................................................. 4

     Vail Valley Medical Center Service Area .................................................................... 4

     History of Vail Valley Medical Center and Service Area ......................................... 5

     Determination of Community Served by Vail Valley Medical Center ...................... 6

     Services Provided by Vail Valley Medical Center ...................................................... 6

     Vail Valley Medical Center Service Locations: .......................................................... 6

II.  The Community Health Needs Assessment .................................................................. 10

     Introduction .................................................................................................................. 10

     Methodology .................................................................................................................. 10

        Primary Data Collection ........................................................................................ 10

        Secondary Data Collection .................................................................................... 11

        Prioritization ........................................................................................................... 12

        Study Limitations .................................................................................................... 12

III. Eagle County Community Profile ................................................................................. 13

     Population ....................................................................................................................... 13

        Population by Age .................................................................................................... 13

        Population by Gender .............................................................................................. 14

        Population by Race and Ethnicity ......................................................................... 14

        Population by Language ........................................................................................... 15

        Population by Education ......................................................................................... 15

        Population by Income .............................................................................................. 16

        Population by Unemployment Rate ....................................................................... 16

        Population by Poverty Level ................................................................................... 16

     Birth Indicators ............................................................................................................. 17

     Leading Causes of Mortality and Morbidity ............................................................. 18

        Cause of Death ........................................................................................................ 18

     Health Behaviors ........................................................................................................... 21

SRC-FED0002833

## I.   About Vail Valley Medical Center

Vail Valley Medical Center is a Joint Commission-accredited hospital and a designated Level III Trauma Center with 58 licensed beds. The medical staff consists of over 100 board-certified, fulltime and affiliated physicians and close to 900 employees serving Eagle County. This county is best known for the world-class resorts of Vail and Beaver Creek. Situated approximately 125 miles west of Denver in Colorado's Central Rocky Mountain region, VVMC's primary facility and in-patient services are located adjacent to Vail Mountain while ancillary operations can be found stretching roughly 40 miles to the west along the I-70 corridor. The umbrella of programs and services provided by VVMC encompass not only the traditional concept of care for the sick and injured, but also educational programs that enable the healthy to remain well.

The following mission and vision statements have been adopted by the leadership of VVMC:

**Mission Statement**

Vail Valley Medical Center will provide superior health services with compassion and exceptional outcomes.

**Vision**

Vail Valley Medical Center will continue its development as an independent, not-for-profit medical center, providing superior health services aligned to the needs of Eagle County residents and visitors, world-renowned orthopedic services, regional cancer services, and emergency services. VVMC will integrate and align service offerings with our physician partners to maximize:

- Flexibility and responsiveness to patient needs including preventive health services
- Excellence in specialized care supported by comprehensive research and education
- Continuous quality improvement through investment in technology, facilities and staff development

VVMC will provide these services in an environment that enables and supports trust and respect.

### Vail Valley Medical Center Service Area

The primary campus for VVMC is located in the town of Vail, Colorado, at 181 W. Meadow Drive. Additional facilities can be found throughout the Vail Valley in the town of:  Avon, Beaver Creek, Edwards, Eagle, and Gypsum. Eagle County is composed of the following towns, traveling east to west along the I-70 corridor:

- Vail
- Minturn
- Red Cliff

SRC-FED0002838

- Avon / Eagle-Vail / Beaver Creek
- Edwards
- Wolcott
- McCoy
- Bond
- Burns
- Eagle
- Gypsum
- El Jebel*
- Basalt*

* Basalt and El Jebel are towns located in the southwestern corner of Eagle County along Colorado Highway 82. Both towns are in a region typically referred to as the Roaring Fork Valley, and this includes the communities of; Aspen and Snowmass Village, Carbondale, and Glenwood Springs. Due to geographic proximity of both towns to Aspen Valley Hospital and Valley View Hospital, these towns were not analyzed in detail for the VVMC CHNA at this time. In addition, a portion of Basalt has been included in the catchment area of the community health needs assessment for Aspen Valley Hospital.

*Please refer to Appendix A for a map of Eagle County.*

### History of Vail Valley Medical Center and Service Area

In conducting the CHNA, the service area was determined to be Eagle County, Colorado. Founded in 1883, Eagle County initially drew its economic support from agricultural operations and mining.[1] Today; it measures nearly 1,700 square miles, with over 80 percent federally owned mountainous terrain held by the U.S. Forest Service and the Bureau of Land Management.[2]

Agricultural operations gave way to the resort industry with the development of Vail Mountain which began in the late 1950s. Vail's original development effort was spearheaded by members of the 10th Mountain Division, a special operations corps that had trained in skiing and mountaineering at nearby Camp Hale, situated approximately 25 miles south from what is now the town of Vail.

The origins of VVMC trace back to 1962, with the original medical clinic designed to serve residents and guests of the fledgling Vail Ski Resort that commenced operations in December of the same year. What began as a "bare-bones" facility staffed by healthcare professionals passionate about medicine and the outdoor lifestyle has grown exponentially in the intervening 50 years.

In 1960, prior to the opening of Vail Ski Resort and Vail Valley Medical Center, the population of Eagle County was 4,677 people.[3] By 1970 it had grown by over 60 percent to nearly 7,500 people with the rise in the popularity of skiing in the Colorado Rockies.[3] Healthcare for both residents and guests was an integral part of the growth and success of the region. In addition to the residents and guests to the region, VVMC serves patients from a surrounding 16,556-square-mile region.[2]

SRC-FED0002839

## Determination of Community Served by Vail Valley Medical Center

The service area of VVMC is largely determined by local geography. The primary campus sits to the west of the summit of Vail Pass (elevation 10,662 feet) and within the town of Vail on the northern perimeter of the Vail ski resort. Mountainous terrain exists throughout Eagle County with the base elevation of the Town of Vail at 8,150 feet. The east-to-west distance of Eagle County, measured from its boundaries at the Vail Pass summit to the entrance of Glenwood Canyon along Interstate 70, is nearly 60 miles.

To this day travel within Eagle County remains challenging in the winter months, as snow and ice related events can significantly slow or restrict driving. It is not uncommon for portions of I-70 to be closed following moderate to severe weather events with associated motor vehicle accidents. There are extremely limited alternate routes along the course of I-70 in the event of its closure. For these reasons, VVMC serves primarily Eagle County residents and guests along with providing acute care services to travelers passing through the county. In 2011, 58 percent of patients seen at VVMC were from the resident Eagle County population.[4]

## Services Provided by Vail Valley Medical Center

Specialists employed by VVMC provide: internal medicine, cardiology, neurology, obstetrics & gynecology, general surgery, radiology, pediatrics, trauma, critical care, anesthesia services, urology, ophthalmology, oncology, pain management, orthopedic surgery, plastic surgery, and sports medicine care to residents and guests of Eagle County. Corresponding with the growth of the Vail Valley, VVMC has expanded its services and reach to four additional campuses. The Shaw Regional Cancer Center opened in 2001, offering full-service medical and radiation oncology services to residents and draws patients from surrounding mountainous and rural areas. Adjacent to the Shaw Regional Cancer Center, on the Edward's campus is Jack's Place, a cancer caring house where patients and their caregivers can stay during the course of their treatments.

The Edwards location also includes a primary care clinic, Eagle Care Medical Clinic, for uninsured and underinsured residents of Eagle County. In 2012, the Edwards campus was expanded to include a new ambulatory surgery center.

VVMC also operates two urgent care facilities in Avon and Gypsum effectively spreading coverage throughout the valley. Additionally, during the Beaver Creek Ski Resort season, Beaver Creek Medical Center functions as an extension of the VVMC Emergency Department providing acute-care services to residents and guests.

## Vail Valley Medical Center Service Locations:

Vail
- Anesthesiology (Apollo MD)*
- Cardiac Care
- Childbirth
- Ear, Nose & Throat (Colorado Mountain Medical)*
- Emergent Care
- Family Medicine (Colorado Mountain Medical)*

SRC-FED0002840