# Exhibit 18



# 2016 Community Health Needs Assessment Implementation Plan

## Vail Valley Medical Center

SRC-FED0002826

## Executive Summary

The following Community Health Implementation Plan (CHIP) has been drafted in response to the most recent Community Health Needs Assessment (CHNA) project coupled with the mission and vision of the Vail Valley Medical Center. While the goals of the CHNA are to identify the health needs of the community and understand the challenges faced by residents in regards to healthcare, the CHIP provides considerations for action, consistent with the mission and vision of the organization and taking into account the current healthcare climate. Included in the CHIP are potential implementation strategies as well as surveillance metrics, when applicable, used to monitor progress and demonstrate Vail Valley Medical Center's continued commitment to meet the healthcare needs of Eagle County.  As discussed in the CHNA document, these recommendations focus on the prioritized health needs of Eagle County acknowledging that the current economic and political environment may preclude the implementation of some of the following considerations.

1

SRC-FED0002827

## Community Needs and Implementation Strategies

### 1. Access to care
- In 2015, VVMC provided over $12 million in subsidized health services and community benefit programs.
- Eagle County fares in the least favorable quartile compared to peer counties with regards to cost being a barrier to care as well as number of uninsured citizens.
- The county falls into the middle quartiles when compared to like counties with regard to access to primary care providers.

#### Implementation Strategy
1. In 2016, VVMC has committed to increasing access to primary care clinics including adjusting cost structures to meet the needs of the community.
2. VVMC's multiple, new walk-in health care clinics are in various stages of development and construction at the time of this publication.
    - Anticipated availability to Eagle County residents is fall 2016.

#### Surveillance metrics:
1. Patient volume, characteristics and diagnostic codes will be measured for the new service lines/locations for the continued tailoring of services to meet the needs of the community.

### 2. Cancer
- Shaw Regional Cancer Center and other resources allocated to screening and treatment of cancer in Eagle County are appropriate at this time with the exception of decreasing colorectal screening rates.

#### Implementation Strategy
1. Increase colorectal screening awareness in Eagle County through a county wide marketing campaign.
    - Historically, colon cancer awareness month has been in March.
    - Provide funding required to sponsor a colorectal screening awareness campaign for March 2017 throughout Eagle County (approximately $10,000).

2

### 3. Heart Disease
- Heart disease is the second leading cause of death in Eagle County.
- VVMC constructed a cardiac catheterization laboratory and hired an invasive cardiology team with the ability to manage acute cardiac events and provide invasive cardiac procedures.
- VVMC's Cardiac Disease Prevention Program offers free screening to uninsured and underinsured residents of Eagle County.

**Surveillance metrics:**
1. Considerations for increased coverage (hours of operation) of the cardiac catheterization laboratory will be based on patient volume and community need.

### 4. Unintentional injury
- Unintentional injury is the third leading cause of death in Eagle County.
- The leading causes of hospitalization related to trauma in Eagle County are recreational trauma and motor vehicle accidents.
- The age-adjusted death rate due to motor vehicle accidents in Eagle County has increased over 90% from 2013, and nearly 200% from 2012 figures.
- While recreational trauma will continue to be an important focus for Vail Valley Medical Center and the community, in light of recent findings around the increasing rates of motor vehicle deaths, this is an identified area of opportunity for the organization.

**Implementation Strategy**
1. Provide funding to VVMC *ThinkFirst* program to expand injury prevention activities as, at present, there is a current lack of significant adult injury prevention programs.
    - The funds would be used for a media communication campaign including print sources, social media, signage in high traffic areas such as town buses, and hotel magazines. This marketing could address helmet use, seat belt use and other areas of injury mitigation.
    - The amount of funding required to increase education/awareness throughout Eagle County is approximately $20,000.

3

2. Allocate resources to participate in a multi-agency research collaborative in an attempt to identify causative factors towards the current epidemic of motor vehicle deaths in the county.
3. The Vail Valley Medical Center currently has a research project underway analyzing the influence the recent legalization of marijuana may have on the patterns and severity of ski and snowboard injuries.

## 5. Chronic Lower Respiratory Disease
- Acknowledging the recent increased incidence of this disorder in the county, the majority of patients with chronic respiratory disease are often managed at lower elevations, as such; Vail Valley Medical Center does not have current plans to expand services for this patient population.
- This is an area to be watched closely and should incidence rates rise and patient demand increase, expanding the service line would be considered by the organization.

## 6. Mental Health
- Inpatient psychiatric services are currently not available at VVMC.
- Patients with mental health disorders frequently need to wait for placement at an outside facility for appropriate treatment.

### Implementation Strategy
1. Vail Valley Medical Center has recently committed to bringing a Tele-Psych program to Vail Valley Medical Center and residents of Eagle County.  This program will allow for direct communication between mental health specialists and local providers and patients.
   - Anticipated availability to Eagle County residents is fall 2016.

## 7. Substance Abuse
- Eagle County has a higher prevalence of binge drinking compared to the State of Colorado
- The rates of women who drank alcohol while pregnant are almost twice the rate of the State of Colorado.

### Implementation Strategy
1. Continue the promotion of SBIRT (Screening Brief Intervention & Referral for Treatment) as a standard of care at VVMC.

4

SRC-FED0002830

2. Due to diminished grant funding for this role, starting summer 2016, VVMC will allocate resources (social workers) to continue providing SBIRT screening and intervention.

**Surveillance metrics:**
1. Utilize existing surveillance metrics addressing number of patients screened and the percentage of those patients who receive the SBIRT education while following trends for anticipated increase in interventions for residents of Eagle County.

5