

# Exhibit 19

