# Exhibit 3

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Monday, May 17, 2021 9:44 PM |
| **To:** | 'Richards, Daniel' |
| **Cc:** | 'Stevenson, Shannon'; 'Roeder, Jackie'; 'Savage, Janet'; 'sonya braunschweig'; fwlawyers@gmail.com |
| **Subject:** | RE: Discovery Dispute Letter To Shannon Stevenson |

Mr. Richards:

I did not leave any voicemail for you. I left it for your three colleagues, each of whom did not have the professional courtesy to either pick up the phone or call back. Virtually nothing in the narrative described below is accurate, but we will not dissemble it here. We will be here tomorrow so you or your colleagues can do what you what you are obligated to do under the rules. That is, a meet & confer on the last set of discovery responses that Vail Health served. You have spent 60 days since service to say virtually nothing. On your own, you are taking 90 days to produce any documents that you decide you will produce. We do not think this is the way the federal rules of civil procedure are supposed to work. So we need a meet & confer, yet you declined to do so.

That is not the only issue that needs to be discussed. We intend to file a motion with Judge Martinez requesting that he take over discovery in this case. Over 22 months have passed and we have received virtually no discovery from Vail Health. We have not even resolved the issues relating to the discovery filed on October 7, 2019! Something needs to change. We would like to discuss this with you to see if you agree. So there are actually two meet & confers that we are requesting. Under the applicable rules, we do not believe you have that right not to participate.

So once more, please get back to us tomorrow, May 18, to meet & confer on these two issues.

Alan L. Kildow
970-390-6675

---

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Monday, May 17, 2021 7:08 PM
**To:** Alan Kildow <alkildow@aol.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Discovery Dispute Letter To Shannon Stevenson

Alan:

I'm following up on a voicemail we received from you this afternoon. Your voicemail indicates that Plaintiffs intend to file a motion concerning the objections you sent to Vail Health three business days ago. Your May 12 letter is sixteen pages in length and raises purported discovery disputes regarding 24 of Vail Health's 25 interrogatory responses. It is not reasonable to request an immediate oral conferral from Vail Health given the number of issues raised. Plaintiffs took more than two weeks to prepare their thoughts and reduce them to writing. Vail Health needs a similar opportunity to consider and respond to the issues presented. The Magistrate Judge has ordered that the parties thoroughly confer regarding each discovery dispute before any dispute is presented to the Court. The most efficient way to ensure such conferral occurs is for each party to present its position in writing. If necessary, we can follow that written exchange of positions by oral conferral on issues on which the parties have not reached a clear impasse.

**DANIEL RICHARDS ▪ Associate**

D: 303.892.7452 ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Friday, May 14, 2021 5:02 PM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Discovery Dispute Letter To Shannon Stevenson

Shannon:

This is unacceptable and I am holding you responsible for it.  This is not the way it works.  We insist upon a meet & confer as required by the rules.  We are available Monday and Tuesday,  so tell us which of those days works for you.  If not, we will address this with the Court.

Alan Kildow
970-390-6675

Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Friday, May 14, 2021 4:49 PM
**To:** Alan Kildow <alkildow@aol.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Discovery Dispute Letter To Shannon Stevenson

Alan,

In light of the number of issues raised in your May 12 letter, we think the most productive path forward would be for Vail Health to respond to your letter in writing in the first instance.  We agree to do so by May 21.  Once you have had an opportunity to review our written response, we can determine what additional conferral is necessary.

Regards,

**DANIEL RICHARDS** ▪ Associate

D: 303.892.7452 ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Friday, May 14, 2021 8:59 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Cc:** fwlawyers@gmail.com; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Discovery Dispute Letter To Shannon Stevenson

2

Counsel:

We would appreciate it if you would provide a response to our request for alternative dates/times for a meet & confer.

Alan Kildow
970-390-6675

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, May 12, 2021 11:08 AM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>
**Cc:** 'fwlawyers@gmail.com' <fwlawyers@gmail.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Discovery Dispute Letter To Shannon Stevenson

Counsel:

Attached is a letter regarding the deficiencies in Vail Health's Objections And Responses To Plaintiffs' First Set of Interrogatories. Please provide us with alternative dates and times within the next 7 days for a meet & confer to discuss resolution of what is obviously a significant discovery dispute.

Alan Kildow
970-390-6675

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.