# Exhibit 11

| | |
|---|---|
| **From:** | Roeder, Jackie <Jackie.Roeder@dgslaw.com> |
| **Sent:** | Monday, July 19, 2021 12:20 PM |
| **To:** | Alan Kildow; Richards, Daniel; Stevenson, Shannon; Savage, Janet |
| **Cc:** | fwlawyers@gmail.com; sonya.braunschweig@gmail.com; Werth, Debbie |
| **Subject:** | RE: Sports Rehab Consulting, et al. v. Vail Health (federal action)-- Meet & Confer Request |

Alan,

Thanks for the list below. We will look into these items and get back to you within the next few days.

As noted in my email this morning, I am only available until 1:30 this afternoon and will not be prepared to discuss in a few hours the items below. The conferral we scheduled for 1:00 p.m. today relates to the status report in the state case, and I will be prepared to discuss that.

Based on our communications to date, we do not believe a telephone conversation on the federal discovery issues would be a productive use of attorneys' or clients' time. Magistrate Judge Gallagher already has indicated that he will permit the parties in this case to confer via email, and we believe that's the best way to proceed.

**JACKIE ROEDER** ▪ Partner

D: 303.892.7366 ▪ C: 609.902.6900
**Davis Graham & Stubbs LLP**

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, July 19, 2021 9:55 AM
**To:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Cc:** fwlawyers@gmail.com; sonya.braunschweig@gmail.com
**Subject:** RE: Sports Rehab Consulting, et al. v. Vail Health (federal action)-- Meet & Confer Request

Counsel:

Your e-mail below is a bit cryptic and surprising in that you say that you are not the person to talk to about the discovery issues in the federal case. But you are the attorney who sent the Vail Health response to Plaintiffs' chart on July 7. All that was in the federal case. We asked for a meet & confer in my July 14 e-mail, so I presume that you will be prepared to discuss these issues. We have not received the courtesy of any alternative dates, so we will expect to proceed on the basis that this is the meet & confer that we have requested numerous times.

As to your question about the "few time-sensitive" discovery issues, at this point—exactly 2 years and 2 days after the case was filed, 21 months after Rule 34 discovery was first served, and 5 weeks before the end of the discovery period—*all* discovery is time sensitive. What is set out below are among the items that are most urgent and we will look forward to talking with you about them later today.

1. Patient data, including address information, charges, rendering provider, etc. It is clear that this data is available through Cerner. *See* Monthly Charge Reconciliation at Vail_Fed3096. You have produced this information for one month (November 2019) with the patient names, although addresses are not included.

1

2. Deloitte 2013 report, engagement letter, and communications, no report or communications produced  *See* VailJV013

3. Haverford report and communications, no reports have been produced and limited communications  *See* VH-Fed1959 which excerpts a portion of the Haverford report

4. Hammes Company engagement letter, reports, and communications; Steadman produced a limited number of PowerPoint presentations but not all, including the final report produced to the board  *See* Steadman2833

5. Ellie Rice engagement letter, reports (no final report produced), and communications (only a limited number of communications have been produced)

6. Boston Consulting Group engagement letter, reports, and communications (only a limited number of communications produced)

7. Joint venture term sheet provided to VSO/VSOF

8. Profit and loss/income statements for Howard Head as kept in the normal course of business.  *See* VH-Fed2041, in which Haverford received the 2015 P&L

9. Profit and loss/income statements kept in the normal course of business by HHSM location, which is clearly available  *See* VH-Fed2083

10. Doctor referral source by billable units for 2012-13, and 2016 to present.  *See* VH-Fed2009, which provides this information for select years

11. Brown's communications with Will Cook, and in particular 1/17/19 emails from Brown to Cook related to JV and TC Sullivan Cotter Proforma (not produced) as referenced on VH_Fed2061; 2/1/19 Total joint service email from Cook as referenced on VH_Fed2062

12. The agreements approved by the VH board in 2015, SPRI lease, SPRI Research Affiliation Agreement, Letter of Intent-Howard Head, Steadman Clinic Lease, VVSC Proposed amendments to VVSC operating agreement referenced at VH_Fed2228 (while the Steadman lease and Letter of Intent have been produced, we seek confirmation that the Board approved documents are the same as what has already been produced)

Alan Kildow
970-390-6675

---

**From:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Sent:** Monday, July 19, 2021 4:37 PM
**To:** Alan Kildow <alkildow@aol.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** fwlawyers@gmail.com; sonya.braunschweig@gmail.com
**Subject:** RE: Sports Rehab Consulting, et al. v. Vail Health (federal action)-- Meet & Confer Request

Alan,

I am available from 1-1:30 today and am not necessarily the appropriate point-person on the federal discovery issues you reference.  Please identify by email the few time-sensitive discovery issues you perceive are growing urgent and we'll work through them.

Thanks,
Jackie

**JACKIE ROEDER ▪ Partner**

**D: 303.892.7366 ▪ C: 609.902.6900**
**Davis Graham & Stubbs LLP**

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, July 19, 2021 8:04 AM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>

2

**Cc:** fwlawyers@gmail.com; sonya.braunschweig@gmail.com
**Subject:** Sports Rehab Consulting, et al. v. Vail Health (federal action)-- Meet & Confer Request

Counsel:

Plaintiffs are of the view that a meet & confer should proceed today in the federal action to discuss the last chart that was circulated by Plaintiffs on June 24, and responded to by Vail Health on July 7. Plaintiffs have requested meet & confer conferences numerous times regarding the outstanding discovery issues, but to date have been unsuccessful in getting a conference among counsel scheduled. Counsel for all parties will be on the conference call at 1:00 MDT today, July 19, to participate in the meet & confer that Judge Granger has ordered for the Eagle County action. It would be efficient to at least discuss a few of the time-sensitive discovery issues that are now growing urgent in light of the Scheduling Order.

There is no need to delay such a conference as your e-mail below suggests. We have reviewed the documents that Vail Health produced on July 15, and confirmed that the production does not cure Vail Health's discovery deficiencies. At the close of our discussions for the Eagle County action today, therefore, we request that we continue our discussion regarding the federal court discovery issues that remain outstanding. If we are unable to hold a meet & confer at that time and resolve at least the most immediate issues, Plaintiffs will be required to pursue available remedies.

Alan Kildow
970-390-6675

---

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Friday, July 16, 2021 9:51 PM
**To:** Alan Kildow <alkildow@aol.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Jesse Wiens' <jessewiens@yahoo.com>
**Subject:** RE: Sports Rehab Consulting, et al. v. Vail Health (federal action) Meet & Confer Request

Counsel:

Counsel for Vail Health is not available on Monday at 9 am for a conferral. Vail Health supplemented its document production yesterday with hundreds of additional documents requested by Plaintiffs and expects to further supplement its document production. We believe that it would be most efficient to confer regarding Vail Health's document production once Plaintiffs have had an opportunity to review Vail Health's complete document production. At that point, the parties will be in a better position to identify what issues are actually in dispute to avoid burdening Magistrate Judge Gallagher with unnecessary discovery disputes.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, July 14, 2021 10:13 AM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>

3

**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Jesse Wiens' <jessewiens@yahoo.com>
**Subject:** Sports Rehab Consulting, et al. v. Vail Health (federal action) Meet & Confer Request

Counsel:

This is to request a meet & confer call among counsel in the above-referenced federal case regarding the following:

First, the documents that Vail Health has not yet produced that Plaintiffs contend are responsive to Plaintiffs' First Request for Production of Documents served upon Vail Health on October 7, 2019, and Plaintiffs' Second Request for Production of Documents served upon Vail Health on March 1, 2021. These documents were set forth in Plaintiffs' chart entitled "Identification of Vail Health's Failure To Produce Relevant Documents" and was provided to Vail Health on June 24, 2021. Vail Health provided responses to that chart on July 7.

We have previously requested times for a meet & confer regarding outstanding discovery issues, although Vail Health has not agreed to any date. Those requests included June 14, June 17. We therefore request that a conference be held by telephone on Monday, July 19, beginning at 9:00 MDT/10:00 CDT. We will set aside sufficient time to address all of the outstanding issues in both cases, and we request that Vail Health's counsel does the same.

Second, now that the objection/appeal period has expired with respect to Magistrate Judge Gallagher's June 28, 2021, Order appointing Judge Ruckriegle as the Special Master, we would like to discuss how the parties move discovery forward with him. This would be accomplished in the same meet & confer.

We will appreciate the courtesy of your prompt response.

Alan Kildow
970-390-6675

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.