# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DEFENDANT VAIL HEALTH'S SUPPLEMENT TO ITS
## MOTION TO PLACE EXHIBITS UNDER FILING RESTRICTIONS (DOC. # 137)

Pursuant to the Court's order of August 22, 2021 (Doc. # 139), Vail Clinic Inc., d/b/a Vail Health ("Vail Health") advises the Court that counsel for Vail Health has conferred with counsel for Plaintiffs and is authorized to state that Plaintiffs do not oppose Vail Health's Motion to Place Exhibits Under Filing Restrictions (Doc. # 137) filed on August 19, 2021.

Respectfully submitted this 25th day of August, 2021.

    *s/ Shannon Stevenson*
    Shannon Wells Stevenson
    Janet A. Savage
    Jacqueline V. Roeder
    Daniel A. Richards
    DAVIS GRAHAM & STUBBS LLP
    1550 17th Street, Suite 500
    Denver, Colorado, 80202
    Telephone: 303.892.9400
    Facsimile: 303.893.1379
    Email: shannon.stevenson@dgslaw.com
          janet.savage@dgslaw.com
          jackie.roeder@dgslaw.com
          daniel.richards@dgslaw.com

    *Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S SUPPLEMENT TO ITS MOTION TO PLACE EXHIBITS UNDER FILING RESTRICTIONS (DOC. # 137) was filed via CM/ECF on this 25th day of August, 2021, which will forward notice to the following:

Jesse Wiens  
Fahrenholtz & Wiens LLC  
100 West Beaver Creek Blvd., Suite 236  
Avon, Colorado 81620  
Email: fwlawyers@gmail.com

Alan L. Kildow  
790 Potato Patch Drive  
Vail, Colorado 81657  
Email: akildow@aol.com

*s/ Paige Finnell*  
Paige Finnell