# Exhibit 1

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Thursday, August 19, 2021 9:18 PM
**To:** Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Subject:** SRC v. Vail Health - conferral re: motion to keep exhibits under filing restrictions

Counsel:

Vail Health plans to file today a motion to keep as restricted the exhibits to your Motion to Compel #1 that you filed as restricted. Will you let us know your position?

Thanks much,

**SHANNON STEVENSON ▪ Partner**

**D: 303.892.7328** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

1