# Exhibit 2

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Friday, August 20, 2021 12:18 AM
**To:** Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Subject:** RE: SRC v. Vail Health - conferral re: motion to keep exhibits under filing restrictions

Counsel – Just wanted to re-flag this, as we need to file today, and would like to include your position.  Thanks, Shannon