# Exhibit 3

**From:** COD_ENotice@cod.uscourts.gov <COD_ENotice@cod.uscourts.gov>
**Sent:** Friday, August 20, 2021 4:58 AM
**To:** COD_ENotice@cod.uscourts.gov
**Subject:** Activity in Case 1:19-cv-02075-WJM-GPG Sports Rehab Consulting LLC et al v. Vail Clinic Inc. Motion for Leave to Restrict

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court - District of Colorado

District of Colorado

# Notice of Electronic Filing

The following transaction was entered by Stevenson, Shannon on 8/19/2021 at 7:57 PM MDT and filed on 8/19/2021
**Case Name:**           Sports Rehab Consulting LLC et al v. Vail Clinic Inc.
**Case Number:**         1:19-cv-02075-WJM-GPG
**Filer:**               Vail Clinic, Inc.
**Document Number:** 137

**Docket Text:**
**MOTION for Leave to Restrict by Defendant Vail Clinic, Inc.. (Stevenson, Shannon)**


**1:19-cv-02075-WJM-GPG Notice has been electronically mailed to:**

Alan L. Kildow     alkildow@aol.com

Daniel Alexander Richards     daniel.richards@dgslaw.com, paige.finnell@dgslaw.com

Jacqueline Ventre Roeder     jackie.roeder@dgslaw.com, debbie.werth@dgslaw.com, paige.finnell@dgslaw.com

1

Janet Ann Savage     janet.savage@dgslaw.com, suzie.anderson@dgslaw.com

Jesse L. Wiens     jessewiens@yahoo.com, fwlawyers@gmail.com, jzmoorefwllc@gmail.com

Shannon Wells Stevenson     shannon.stevenson@dgslaw.com, brigid.bungum@dgslaw.com

**1:19-cv-02075-WJM-GPG Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/19/2021] [FileNumber=8255396-0
] [2ec2094687e162fc8f681a90a0db0dc6602cf18234a823d932c0a6f3be8e67015a9
141b32584420cdb8939cdcec079b178844d4ee4aef88f313c1987da2e2f82]]