# EXHIBIT 1

| | |
|---|---|
| **From:** | Alan Kildow |
| **To:** | Stevenson, Shannon; Roeder, Jackie |
| **Cc:** | Richards, Daniel; "sonya braunschweig" |
| **Subject:** | Motions To Restrict Access |
| **Date:** | Tuesday, August 24, 2021 9:52:36 AM |

Counsel:

We have concluded that Plaintiffs will not file oppositions to Vail Health's Motions to Restrict public access to exhibits filed in conjunction with Plaintiffs' Motions to Compel ## 1, 2, and 3.

Alan Kildow
970-390-6675