IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**DEFENDANT VAIL HEALTH'S UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL #2**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this Unopposed Motion for 7-Day Extension of Time to Respond to Plaintiffs' Rule 37 Motion to Compel #2 Relating to Relevant Geographic Market ("Motion").

**STATEMENT OF CONFERRAL**

Vail Health has conferred with Plaintiffs regarding this Motion. Plaintiffs do not oppose the requested extension, so long as Vail Health does not oppose a one-week extension for Plaintiffs to file a reply. Vail Health does not oppose a one-week extension for Plaintiffs to file a reply.

**MOTION**

1.    On August 10, 2021, Plaintiffs filed their Motion. Pursuant to D.C.COLO.LCivR 7.1(d), Vail Health's response is due on August 31, 2021.

2. Pursuant to Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." "A motion for extension of time or continuance shall state the reason for an extension or continuance, the length of the requested extension or continuance, and the total number of extensions or continuances granted previously." D.C.COLO.LCivR 6.1.

3. Vail Health has not requested any prior extension for this response and requests a short 7-day extension.

4. Plaintiffs' motion raises numerous issues related to Vail Health's responses to Plaintiffs' interrogatories and document requests, many of which require obtaining information from Vail Health.

5. During the period of time to prepare Vail Health's response, its attorneys involved with preparing its discovery responses have had multiple personal and professional conflicts, including:

    a. Ms. Stevenson was on a previously scheduled family vacation from August 6-16 and has a board retreat for the Denver Metro Chamber from August 25-27;

    b. Ms. Roeder was on a previously scheduled family vacation from August 13-16 and was involved with extensive trial preparation obligations from August 17-20 in a significant criminal antitrust case;

    c. Mr. Richards was the primary draftsperson of Vail Health's reply in support of its motion for summary judgment in the parallel state court

- 3 -

action, which was due on August 20, and was on a previously scheduled family vacation from August 14-23.

d. Each attorney also has been working on responses to two other motions Plaintiffs filed in this case within a week of this Motion.

6. For these reasons, there is good cause to extend Vail Health's deadline to respond by 7 days, through and including September 7, 2021.

## CONCLUSION

Vail Health respectfully requests that the Court extend Vail Health's deadline to respond to the Motion by 7 days, through and including September 7, 2021.

Dated: August 30, 2021

    ***s/ Jacqueline V. Roeder***
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
         janet.savage@dgslaw.com
         jackie.roeder@dgslaw.com
         daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL #2 was filed via CM/ECF on this 30th day of August 2021, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan J. Kildow
Alan J. Kildow, Attorney at Law
790 Potato Patch Drive
Vail, CO 81653
Email: alkildow@aol.com

The Motion will also be served on Vail Health, pursuant to D.C.COLO.LCivR 6.1(c).

 *s/ Paige Finnell*
Paige Finnell

4863058.1