# EXHIBIT 7

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br>Court Address:<br>885 CHAMBERS AVENUE, P.O. BOX 597, EAGLE, CO, 81631-0597 | DATE FILED: July 28, 2021 2:59 PM<br>CASE NUMBER: 2017CV30102 |
| **Plaintiff(s)** LINDSAY WINNINGER et al.<br>v.<br>**Defendant(s)** DORIS KIRCHNER et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2017CV30102<br>Division: 3   Courtroom: |
| **Order to Continue Conference** | |

This matter is currently set for a Status Conference on Thursday July 29, 2021 at 2:00. The parties filed their Joint Statement detailing all pending motions and their suggested briefing schedules. The Court has reviewed the Joint Statement and has issued a briefing schedule.

Several Motions for Summary Judgment will soon be ripe. These motions may significantly impact the case and will solidify the issues for trial. The trial was estimated to be at least four weeks, but the pending motions could shorten the time needed for trial.

The current purpose of the conference has been achieved through the parties' Joint Statement and the resulting Court Order. The Court is reluctant to set a case of this magnitude for trial with significant Summary Judgment motions pending. The Court prefers to continue the Status Conference until the Court has reviewed the Summary Judgment motions.

Accordingly, the Court continues the July 29, 2021 Status Conference until a time in late October. The parties shall contact the Court's Clerk to set the date and time.

Issue Date: 7/28/2021

RUSSELL HOLTON GRANGER
District Court Judge