# EXHIBIT 7

# Richards, Daniel

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Thursday, August 12, 2021 12:26 AM |
| **To:** | Stevenson, Shannon; Richards, Daniel; Roeder, Jackie; Savage, Janet |
| **Cc:** | Alan Kildow; Jesse Wiens |
| **Subject:** | Sports Rehab v Vail Health--Plaintiffs' Privilege Log |
| **Attachments:** | Federal--Plaintiffs' Privilege Log.pdf |

Counsel,

Attached is Plaintiffs' log.

Best regards,

Sonya

1

# PLAINTIFFS' PRIVILEGE LOG
*Sports Rehab Consulting and Lindsay Winninger v. Vail Clinic, Inc.*
Civil Action No. 1:19-cv-02075-WJM-GPG (D. Colo.)

| No. | Date | Type | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 1 | 4.22.2019 | Email and attachment | Lindsay Winninger | Alan Kildow<br>Sonya Braunschweig<br>Brad Schoenthaler | Information provided at the request of counsel related to physical therapy clinics for purposes of providing legal advice | Attorney-client privilege; work-product doctrine |
| 2 | 4.22.2019 | Email and attachment | Lindsay Winninger | Alan Kildow<br>Sonya Braunschweig<br>Brad Schoenthaler | Information provided at the request of counsel related to physical therapy clinics for purposes of providing legal advice | Attorney-client privilege; work-product doctrine |
| 3 | 4.22.2019 | Email and attachment | Lindsay Winninger | Alan Kildow<br>Sonya Braunschweig<br>Brad Schoenthaler | Information provided at the request of counsel related to physical therapy clinics for purposes of providing legal advice | Attorney-client privilege; work-product doctrine |
| 4 | 4.22.2019 | Email and attachment | Lindsay Winninger | Alan Kildow<br>Sonya Braunschweig<br>Brad Schoenthaler | Information provided at the request of counsel related to physical therapy clinics for purposes of providing legal advice | Attorney-client privilege; work-product doctrine |
| 5 | 6.11.2019 | Email string and attachment | Alan Kildow | Sonya Braunschweig<br>Lindsay Winninger<br>Brad Schoenthaler | Draft antitrust complaint | Attorney-client privilege; work-product doctrine |
| 6 | 7.12.2019 | Email and attachment | Sonya Braunschweig | Alan Kildow | Revisions to draft antitrust complaint | Attorney-client privilege; work-product doctrine |
| 7 | 7.16.2019 | Email and attachment | Alan Kildow | Jesse Wiens<br>Sonya Braunschweig | Draft antitrust complaint | Attorney-client privilege; work-product doctrine |

| No. | Date | Type | From | To | Description | Privilege |
|---|---|---|---|---|---|---|
| 8 | 7.16.2019 | Email string and attachment | Alan Kildow | Sonya Braunschweig<br>Lindsay Winninger<br>Brad Schoenthaler | Draft antitrust complaint | Attorney-client privilege; work-product doctrine |
| 9 | 7.17.2019 | Email and attachment | Alan Kildow | Sonya Braunschweig | Revisions to draft antitrust complaint | Attorney-client privilege; work-product doctrine |
| 10 | 7.17.2019 | Email string and attachment | Alan Kildow | Jesse Wiens<br>Sonya Braunschweig | Draft antitrust complaint and revisions to same | Attorney-client privilege; work-product doctrine |