# Exhibit 7

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Monday, June 14, 2021 11:57 AM |
| **To:** | Stevenson, Shannon; Richards, Daniel; Roeder, Jackie; Savage, Janet |
| **Cc:** | Alan Kildow; FW LLC<fwlawyers@gmail.com> |
| **Subject:** | Sports Rehab v Vail Health--meet and confer request |

Counsel,

Please let us know when you are available this week to hold a meet and confer about Vail Health's document production and responses to requests for admissions.  We will identify issues that we would like to discuss a day before the call.  We do not agree that such a conferral may only be done by way of written correspondence.

Best regards,

Sonya