# Exhibit 16

```
                                                                   1

 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF COLORADO
 2

 3   SPORTS REHAB CONSULTING,        .   Case No. 19-CV-02075-WJM-GPG
     LLC, a Colorado limited         .
 4   liability company, and          .
     LINDSAY WINNINGER, an           .
 5   individual,                     .
                                     .
 6              Plaintiffs,          .
                                     .   Wayne Aspinall Federal Bldg.
 7   vs.                             .   402 Rood Avenue
                                     .   Grand Junction, CO  81501
 8   VAIL CLINIC, INC.               .
     doing business as               .
 9   VAIL HEALTH,                    .
     a Colorado nonprofit            .
10   corporation,                    .
                                     .
11              Defendants.          .   March 30, 2021
     . . . . . . . . . . . . . . .       2:01 p.m.
12
             TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
13          GORDON P. GALLAGHER, UNITED STATES MAGISTRATE JUDGE

14   APPEARANCES:

15   For the Plaintiffs:         Law Office of Allan L. Kildow
                                 By:  Allan L. Kildow
16                               709 Potato Patch Drive
                                 Vail, CO  81657
17                               (970) 390-6675

18   For the Defendants:         Davis Graham & Stubbs, LLP
                                 By:  Shannon Wells Stevenson
19                               By:  Daniel Richards
                                 1550 17th Street
20                               Suite 500
                                 Denver, CO  80202
21                               (303) 892-9400

22   Court Recorder:             Clerk's Office
                                 U.S. District Court
23                               402 Rood Avenue
                                 Grand Junction, CO  81501
24
     Also Present:               Caitlin Grimmer
25
```

```
 1  Appearances continued:

 2  Transcription Service:        AB Litigation Services
                                  216 16th Street, Suite 600
 3                                Denver, CO  80202
                                  (303) 296-0017
 4
     Proceedings recorded by electronic sound recording;
 5   transcript produced by transcription service.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  definition of combined as a separate topic after that.
2              MS. STEVENSON:  Well, Your Honor, I might be able
3  to sweep both of those in together, which is, you know, I
4  think we have a different view of the law than the plaintiffs
5  do with respect to what constitutes attempted monopolization.
6  I don't think our decision to not enter a joint venture with
7  Steadman Clinic could be -- could be conduct that would form
8  the basis of a Section 2 claim.
9              ==But at the end of the day, we're not -- we're not==
10 ==withholding any documents based on that objection, or with==
11 ==our objection regarding the word combination.  And so as it==
12 ==relates to discovery, I just don't see that these are issues==
13 ==that require any resolution right now.==
14             You know, I think the bigger point is that the
15 plaintiff asked for all of these documents in the state court
16 case.  I'll just give you an example, their document request
17 in the state court action was for, "All documents sent to or
18 received from the Steadman Clinic that relate to any
19 potential joint venture for rehabilitation services."
20             ==So these topics have just been covered, and I==
21 ==think all the relevant documents have been produced.==
22             ==Certainly if there are any, we will produce them.==
23 And so I don't -- I don't know that we need a resolution of
24 what things -- you know, whether the decision to not enter a
25 joint venture can or can't support a claim for any

1         CERTIFICATE

2      I, RANDEL RAISON, certify that the foregoing is a

3  correct transcript from the official electronic sound

4  recording of the proceedings in the above-entitled matter, to

5  the best of my ability.

6

7  *[signature: Randel Raison]*

8  _____        June 3, 2021

9  Randel Raison

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25