**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS

On August 26, 2021, the Court ordered Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") to submit redacted versions of Dkt. 128 pp. 1-59 and Dkt. 130 pp. 1-59, which consist of Vail Health's Objections and Responses to Plaintiffs' First Set of Interrogatories and Second Requests for Production of Documents ("Responses"). (*See* Dkt. 147 at 2.) Vail Health hereby files a proposed redacted version of its Responses.

Respectfully submitted this 9th day of September, 2021.

- 2 -

   ***s/ Daniel A. Richards***
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS was filed via CM/ECF on this 9th day of September, 2021, which will forward notice to the following:

| | |
|---|---|
| Jesse Wiens<br>Fahrenholtz & Wiens LLC<br>100 West Beaver Creek Blvd., Suite 236<br>Avon, Colorado 81620<br>Email: fwlawyers@gmail.com | Alan L. Kildow<br>790 Potato Patch Drive<br>Vail, Colorado 81657<br>Email: akildow@aol.com |

                                                                          *s/Daniel A. Richards*