

# Exhibit 31

**List of Missing Documents And Antitrust Relevancy Referenced In Vail Health Exhibits 4-6**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Mot. # | Ex. # | Date | Bates No. | Documents Referenced/Not Produced | Antitrust Relevancy |
| 2 | 3 | VH4 | 1.9.2012 | VH_Fed2234 | Memorandum of Uderstanding to "conominiumize" the Howard Head and SPRI space; copurchase of land by VVMC and Steadman; project to be completed in 2014-15 | Combinations; monoply power |
| 3 | 3 | VH4 | 3.5.2012 | 2264 | MOU same as above | Same as above |
| 4 | 3 | VH4 | 4.9.2012 | 2269 | MOU same as above | Same as above |
| 5 | 3 | VH4 | 9.17.2012 | 2281 | 2013 Operating Budget | Profitability; pricing; cost |
| 6 | 3 | VH4 | 9.17.2012 | 2281 | other documents produced about decision to lower HH prices | Pricing; competition; monopoly power |
| 7 | 3 | VH4 | 10.15.2012 | 2282 | 92-93% of RPC-Vail hired by Vail Health; no agreements for these have been produced, although they contain restrictive employment clauses; the select few that have been produced are redacted as to employee names | Exclusionary conduct, market share; monopoly power |
| 8 | 3 | VH4 | 10.15.2012 | 2284 | Taking over RPC-Vail PT with a majority of staff | Exclusionary conduct, market share; monopoly power |
| 9 | 3 | | 1.2013 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 10 | 3 | | 4.2013 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 11 | 3 | | 7.2013 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 12 | 3 | | 10.2013 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 13 | | | 1.2014 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 14 | | | 4.2014 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 15 | 3 | VH4 | 7.7.2014 | VAIL_1667 | Special session for insurance markets and managed care | Pricing |
| 16 | 3 | VH4 | 7.7.2014 | 1669 | April 7, 2014 VHS Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 17 | 3 | VH4 | 7.7.2014 | 1670 | May 5, 2014 VVMC Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 18 | 3 | VH4 | 7.7.2014 | 1670 | May 5, 2014 Finance Committee minutes | Profitability; pricing; cost |
| 19 | 3 | VH4 | 7.7.2014 | 1670 | June 2, 2014 Finance Committee minutes | Profitability; pricing; cost |
| 20 | 3 | VH4 | 7.7.2014 | 1671-72 | May 2014 VVMC Financial Statements | Profitability; pricing; cost |
| 21 | 3 | VH4 | 7.7.2014 | 1672 | May 2014 VVSC Financial Statements | Profitability; pricing; cost; combinations; monopoly |
| 22 | 3 | VH4 | 7.7.2014 | 1673 | Executive Session master facilities plan and Foundation | Combinations; monoply power |
| 23 | | | 10.2014 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 24 | | | 1.2015 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 25 | | | 4.2015 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 26 | | | 7.6.2015 | | No minutes produced; see description below in 12.7.2015 | Profitability; pricing; cost; fiduciary obligations; intent |
| 27 | | | 10.2015 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 28 | 3 | VH3 | 12.7.2015 | VH_Fed2226 | appearing that the only thing discussed  was SPRI/Steadman/Vail Health relationship; see discussion for 7.6.2015 below | Combinations; monopoly power |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 29 | 3 |  |  | 2228 | presentation for 12.7. 2015 was produced; the date of the minutes of the meeting is 7.6.2015; if so, the the presentation from 7.6.2015; was not produced; if there is a typographical error on the meeting date, then the 7.6.2015 | |
|  |  | VH4 | 7.6.2015 |  | board minutes were not produced | Combinations; monoply power |
| 30 | 3 | VH4 | 7.6.2015 | 2228 | Final presentation on VVMC-SPRI Strategic Alliance (same | Combinations; monoply power |
| 31 | 3 |  |  | 2228 | Board-approved resolutions on VVMC-SPRI-Steadman relationships approved by the Board; presentation includes language of Board resolutions but the actual approved | |
|  |  | VH4 | 7.6.2015 |  | resoluation has not been produced | Combinations; monoply power |
| 32 | 3 | VH4 | 7.6.2015 | 2228 | Board-approved SPRI Research Affiliation Agreement; final signed agreement has not been produced either | Combinations; monoply power |
| 33 | 3 | VH4 | 7.6.2015 | 2228 | Board-approved SPRI Lease; final signed agreement has not been produced either | Combinations; monoply power |
| 34 | 3 | VH4 | 7.6.2015 | 2228 | Board-approved Steadman Lease; signed Steadman lease produced but Plaintiffs have no way to know whether it is the same agreement as approved by the Board | Combingations; monoply power; exclusionary conduct |
| 35 | 3 | VH4 | 7.6.2015 | 2228 | Howard Head Letter of Intent; unclear if Broad-approved LOI is same as produced | Combinations; monoply power |
| 36 | 3 | VH4 | 7.6.2015 | 2228 | Board-approved amendments to VVSC Operating | Combinations; monoply power |
| 37 | 3 | VH4 | 1.4.2016 | VAIL_2834 | Leadership in Healthcare Organizations | Monopoly; fiduciary obligations |
| 38 | 3 | VH4 | 1.4.2016 | 2834 | "Top 10 Talking Points" | Unknown because topic of discussion not disclosed |
| 39 | 3 | VH4 | 1.4.2016 | 2834 | October 5, 2015 VHS Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 40 | 3 | VH4 | 1.4.2016 | 2834 | November 2, 2015 VVMC Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 41 | 3 | VH4 | 1.4.2016 | 2834 | November 2, 2014 Finance Committee minutes | Profitability; pricing; cost |
| 42 | 3 | VH4 | 1.4.2016 | 2836 | November 2015 VVMC Financial Statements | Profitability; pricing; cost |
| 43 | 3 | VH4 | 1.4.2016 | 2836 | November 2015 VVSC Financial Statements | Profitability; pricing; cost; combinations |
| 44 | 3 | VH4 | 1.4.2016 | 2837 | VVMC/SPRI/Steadman/Foundation 11-year extension | Combinations; monoply power |
| 45 | 3 | VH4 | 3.7.2016 | 2839 | Marketing update PowerPoint | Geographic market; monopoly maintenance |
| 46 | 3 | VH4 | 3.7.2016 | 2837 | SPRI Research Affiliation Agreement | Combinations; monoply power |
| 47 | 3 | VH4 | 3.7.2016 | 2840 | December 7, 2015 VVMC and VHS Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 48 | 3 | VH4 | 3.7.2016 | 2840 | January 4, 2016 VVMC and VHS Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 49 | 3 | VH4 | 3.7.2016 | 2840 | January 4, 2016 Finance Committe minutes | Profitability; pricing; cost |
| 50 | 3 | VH4 | 3.7.2016 | 2841 | January 2016 VVMC Financial Statements | Profitability; pricing; cost |
| 51 | 3 | VH4 | 3.7.2016 | 2842 | January 2016 VVSC Financial Statements | Profitability; pricing; cost; combinations; monopoly |
| 52 | 3 | VH4 | 4.11.2016 | 2846 | February 2016 VVMC Financial Statements | Profitability; pricing; cost |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 53 | 3 | VH4 | 4.11.2016 | 2847 | February 2016 VVSC Financial Statements | Profitability; pricing; cost; combinations; monopoly |
| 54 | 3 | VH4 | 4.11.2016 | 2848 | Actual Nico Brown Presentation on Howard Head Sports Medicine presented to Board | Profitability; pricing; cost; combinations; monploy power; intent |
| 55 | 3 | VH4 | 5.9.2016 | 2850 | March 7, 2016 VVMC Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 56 | 3 | VH4 | 5.9.2016 | 2850 | March 7, 2016 Finance Committee minutes | Profitability; pricing; cost |
| 57 | 3 | VH4 | 5.9.2016 | 2850 | March 2016 VVMC Financial Statements | Profitability; pricing; cost |
| 58 | 3 | VH4 | 5.9.2016 | 2850 | March 2016 VVSC Financial Statements | Profitability; pricing; cost |
| 59 | 3 | VH4 | 5.9.2016 | 2850 | Employee bonuses to be set; board approval not produced | Profitability; pricing; cost; barriers to entry |
| 60 | 3 | VH4 | 7.5.2016 | 1661 | Fraud and Abuse--Stark Law Presentation | Monopoly power; fiduciary obligations; intent |
| 61 | 3 | VH4 | 7.5.2016 | 1661 | April 11, 2016 VHS Board minutes | Profitability; pricing; cost; combinations; monopoly power; intent |
| 62 | 3 | VH4 | 7.5.2016 | 1661 | May 9, 2016 VVMC Board minutes | Profitability; pricing; cost; combinations; monopoly power; intent |
| 63 | 3 | VH4 | 7.5.2016 | 1661 | May 9, 2016 Finance Committee minutes | Profitability; pricing; cost |
| 64 | 3 | VH4 | 7.5.2016 | 1664 | May 2016 VVMC Financial Statements | Profitability; pricing; cost |
| 65 | 3 | VH4 | 7.5.2016 | 1665 | May 2016 VVSC Financial Statements | Profitability; pricing; cost; combinations |
| 66 | 3 | VH4 | 7.5.2016 | 1665 | Plan Giving information and New Foundation Brochure | Combinations |
| 67 | 3 | VH4 | 10.3.2016 | 2856 | Executive Session | Unknown because topic of discussion not disclosed |
| 68 | 3 | VH4 | 10.3.2016 | 2857 | 2017 Operating Budget | Profitability; pricing; cost |
| 69 | 3 | VH4 | 10.3.2016 | 2857 | July 5, 2016 Finance Committee minutes | Profitability; pricing; cost |
| 70 | 3 | VH4 | 10.3.2016 | 2859 | July 2016 VVMC Financial Statements | Profitability; pricing; cost |
| 71 | 3 | VH4 | 10.3.2016 | 2859 | July 2016 VVSC Financial Statements | Profitability; pricing; cost; combinations |
| 72 | 3 | VH4 | 10.30.2016 | 2862 | Finance Committee's decision on bonsues | Profitability; pricing; cost; barriers to entry |
| 73 | 3 | VH4 | 1.9.2017 | 2864 | Executive Session | Unknown because topic of discussion not disclosed |
| 74 | 3 | VH4 | 1.9.2017 | 2864 | October 3, 2016 VHS/VVMC Board minutes | Profitability; pricing; cost; combinations; monopoly power; intent |
| 75 | 3 | VH4 | 1.9.2017 | 2865 | November 7, 2016 Finance Committee minutes | Profitability; pricing; cost |
| 76 | 3 | VH4 | 1.9.2017 | 2865 | November 2016 Financial Statements | Profitability; pricing; cost |
| 77 | 3 | VH4 | 1.9.2017 | 2867 | Board Retreat follow-up | Profitability; pricing; cost; fiducary obligations; intent |
| 78 | 3 | VH4 | 4.10.2017 | 2869 | Cost of Health Care presentation | Pricing;Profitability; pricing; cost; fiduciary obligations; intent |
| 79 | 3 | VH4 | 4.10.2017 | 2869 | January 9, 2017 VHS/VVMC Board minutes | Profitability; pricing; cost; combinations; monopoly power; intent |
| 80 | 3 | VH4 | 4.10.2017 | 2870 | January 9, 2017 Finance Committee Minutes | Profitability; pricing; cost |
| 81 | 3 | VH4 | 4.10.2017 | 2870 | February 21, 2017 Special Finance Committee | Profitability; pricing; cost |
| 82 | 3 | VH4 | 4,10.2017 | 2871 | January 2017 Financial Statements | Profitability; pricing; cost |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 83 | 3 | VH4 | 4.10.2017 | 2872 | Patient Experience Committee [updates provided to Board] | Patients' pricing issues |
| 84 | 3 | VH4 | 4.10.2017 | 2873 | Executive Session | Unknown because topic of discussion not disclosed |
| 85 | 3 | VH4 | 7.3.2017 | 2875 | April 10, 2017 VHS/VVMC Board minutes | Profitabilty; fiduciary obligations; intent |
| 86 | 3 | VH4 | 7.3.2017 | 2876 | May 8, 2017 Finance Committee minutes | Profitability; pricing; cost |
| 87 | 3 | VH4 | 7.3.2017 | 2878 | May 2017 VVMC Financial Statement | Profitability; pricing; cost |
| 88 | 3 | VH4 | 7.3.2017 | 2878 | May 2017 VVSC Ficial Statement | Profitability; pricing; cost; combinations |
| 89 | 3 | VH4 | 7.3.2017 | 2879 | Foundation Board documents | Combinations; monoply power |
| 90 | 3 | VH4 | 7.3.2017 | 2880 | Executive Session | Unknown because topic of discussion not disclosed |
| 91 | 3 | VH4 | 10.2.2017 | 2882 | Executive Sessoin | Unknown because topic of discussion not disclosed |
| 92 | 3 | VH4 | 10.2.2017 | 2882 | July 3, 2017 VHS/VH Board minutes | Profitability; pricing; cost; combinations |
| 93 | 3 | VH4 | 10.2.2017 | 2882 | Juley 3, 2017 Finance Committee minutes | Profitability; pricing; cost |
| 94 | 3 | VH4 | 10.2.2017 | 2884 | 2018 Operating Budget | Profitability; pricing; cost |
| 95 | 3 | VH4 | 10.2.2017 | 2885 | July 2017 VH Financial Statements | Profitability; pricing; cost |
| 96 | 3 | VH4 | 10.2.2017 | 2885 | July 2017 VVSC | Profitability; pricing; cost; combinations |
| 97 | 3 | VH4 | 10.2.2017 | 2886 | Foundation fundraising and dollars flowing to SPRI | Combinations; monoply power |
| 98 | 3 | VH4 | 10.2.2017 | 2887 | Expansion into Gypsum, Roaring Fork, Aspen | Combinations; geographic market |
| 99 | 3 | VH4 | 1.8.2018 | 2889 | October 2, 2017 VHS/VH Board minutes | Profitability; pricing; cost; fiduciary obligations; intent |
| 100 | 3 | VH4 | 1.8.2018 | 2890 | November 6, 2017 Finance Committee minutes | Profiability; pricing; cost |
| 101 | 3 | VH4 | 1.8.2018 | 2890 | Ambulatory surgery center growth plan | Combinations; geographic market; monoply power |
| 102 | 3 | VH4 | 1.8.2018 | 2891 | October/November 2017 VH Financial Statements | Profitability; pricing; cost |
| 103 | 3 | VH4 | 1.8.2018 | 2891 | October/November 2017 VVSC Financial Statements | Profiatiblity; combinations |
| 104 | 3 | VH4 | 1.8.2018 | 2891 | October/November 2017 Foundation Financial Statements | Profitabity; combinations |
| 105 | | | 4.9.2018 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 106 | | | 7.2.2018 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 107 | | | 10.1.2018 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 108 | | | 1.7.2019 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 109 | | | 4.1.2019 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 110 | | | 7.1.2019 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 111 | | | 10.7.2019 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 112 | | | 1.2020 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 113 | | | 4.2020 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 114 | | | 7.2020 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 115 | | | 10.2020 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 116 | | | 1.2021 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 117 | | | 4.2021 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |
| 118 | | | 7.2021 | | No minutes produced | Profitability; pricing; cost; fiduciary obligations; intent |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 119 | 3 | VH5 | 11.24.2015 | VH_Fed3894 | Final signed Research Affiliation Agreement with SPRI | Combinations; monopoly power |
| 120 | 3 | VH5 | 11.27.2015 | 3877 | VVMC commitment to build additional SPRI research space at below-market rates | Combinations; monopoly power |
| 121 | 3 | VH5 | 11.27.2015 | 3877 | Joint fundraising and industry opportunities and overhead efficiencies between Vail Health and SPRI | Combinations; monopoly power |
| 122 | 3 | VH5 | 11.27.2015 | 3878 | Communications between Vail Health and Steadman/SPRI related to the  $43 million research funding agreement | Combinations; monopoly power |
| 123 | 3 | VH5 | 11.27.2015 | 3879 | Communications between Vail Health and Steadman/SPRI to Vail Health holding 25% of SPRI board seats | Combinations; monopoly power |
| 124 | 3 | VH5 | 11.27.2015 | 3883 | Vail Health's contribution of $45 million to expand the SPRI/Steadman's space in hospital | Combinations; monopoly power |
| 125 | 3 | VH5 | 11.27.2015 | 3886 | Calculations related to SPRI lease savings; FMV estimated at $45/sq ft; rate charged SPRI is $8 sq/ft | Combinations; monopoly power |
| 126 | 3 | VH5 | 11.27.2015 | 3887 | Communications for future SPRI space | Combinations; monopoly power |
| 127 | 3 | VH5 | 11.27.2015 | 3888 | SPRI/Steadman for additional 75,000 sq/ft space; including discussion about proposed sports center of which limited documents have been produced | Combinations; monopoly power |
| 128 | 3 | VH5 | 11.27.2015 | 3889 | SPRI access to Vail Health resources valued at $7.2 million | Combinations; monopoly power |
| 129 | 3 | VH5 | 11.27.2015 | 3891 | by Vail Health and SPRI; $3 million investment by Vail Health | Combinations; monopoly power |
| 130 | 3 | VH5 | 11.27.2015 | 3892 | $7.2 milion to SPRI from capital fundraising programs | Combinations; monopoly power |
| 131 | 3 | VH5 | 11.28.2015 | 3826 | Steadman's request to review the Deloitte report, which Steadman wanted to review in advance of signing the leases; report to be available ab out 12.14.2015 | Combinations; monopoly power |
| 132 | 3 | VH5 | 11.28.2015 | 3826 | Aspen expansion; no documents, including final agreements produced | Combinations; geographic market |
| 133 | 3 | VH5 | 11.28.2015 | 3832 | Joint venture operating entity, Vail Valley Physical Therapy & Rehabilitation Services, LLC; no documents related to this entity have been produced | Combinations; monopoly power |
| 134 | 3 | VH5 | 12.7.2015 | 2226 | Redacted Board meeting agenda; see description at | |
| 135 | 3 | VH5 | 7.6.2015 | 2228 | agreements and board resolutions; see description at 7.6.2015 above | Combinations; monopoly power |
| 136 | 3 | VH5 | 12.7.2015 | 4043 | have been produced so do not know who drafted or the changes made | Combinations; monopoly power; intent; fiduciary obligations |
| 137 | 3 | VH5 | 12.7.2105 | 4097 | 2013 Deloitte Study | Competition; geographic market; Profitability; pricing; |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 138 | 3 | VH5 | 12.7.2015 | 4049 | Expand Howard Head; explore surrounding markets; create affordable outpatient services | Competition; geographic market; profitability; pricing; cost |
| 139 | 3 | VH5 | 12.7.2015 | 4051 | Explore collaborations and consider key partnerships | Combinations |
| 140 | 3 | VH5 | 12.7.2015 | 4053 | Strategies to be developed or were developed for | Combinations |
| 141 | 3 | VH5 | 3.20.2016 | 3744 | SPRI information shared with Vail Health | Combinations |
| 142 | 3 | VH5 | 3.17.2016 | 3745 | SPRI department project listings provided to Vail Health | Combinations |
| 143 | 3 | VH5 | 3.24.2016 | 6680 | Vail Health expansion to new market | Geographic market |
| 144 | 3 | VH5 | 4.6.2016 | 6695 | Saturday April 2, 2016; Brown stated valuation ready on April 5 or 6, 2016; meeting with Steadman on April 6; this appears to be Haverford FMV valuation of the joint venture between Vail Health/Steadman  for physical therapy; Haverford engagement letter and request for documents were produced; the documents provided to Haverford, draft or final reports, work papers, etc. have not | Combinations; pricing; monopoly power |
| 145 | 3 | VH5 | 12.1.2106 | 3622 | sheet for MSO joint venture in which SPRI primary party has not been produced | Combinations; monopoly power |
| 146 | 3 | VH5 | 12.1.2016 | 3622 | Howard Head, proof-point biologics, durable medical equipment services, joint investment considerations, potential clinic/ASC/MOB expansion; Innovation Institute; limited documents produced for some and nothing for others | Combinations; monoply power |
| 147 | 3 | VH5 | 9.17.2017 | 6672 | therapy, sports performance center, and lack of operating suites; no other documents produced related to operating suites | Combinations; geographic market |
| 148 | 3 | VH5 | 12.28.2018 | 4615 | Steadman/Vail Health/Howard Head discussions related to joining private equity offering of Steadman; limited communications produced; none relate to decision whether to proceed or not; term sheet/letter of intent not produced | Combinations; geographic market |
| 149 | 3 | VH5 | 12.28.2018 | 4621 | Documents related to geographic expansion from Vail Valley and Steadman referral base that Howard Head can leverage related to Steadman's private equity offering | Combinations; geographic market |
| 150 | 3 | VH6 | 1.15.2016 | 3763 | produced; Brown's communications with consultant/VSO have not been produced related to Avalanche; no LOI produced with respect to VSO | |
| 151 | 3 | VH6 | 1.18.2016 | 4039 | No communications produced with respect to decision about acquiring Avalanche, physical therapy competitor | Combinations; competition; monopoly power |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 152 | 3 | VH6 | 1.25.2015 | 6798 | VSO to provide data to Vail Health for analysis; data set not produced, nor any communications regarding the data set | Combinations; competition; monopoly power |
| 153 | 3 | VH6 | 2.2.2016 | 2206 | fair market value analysis by Haverford or wait until final; Haverford work papers, draft reports, and final reports not produced | Combinations; pricing; monopoly power |
| 154 | 3 | VH6 | 6.4.2016 | 3013 | Vail Health emailed VR infromation to VSO; not produced | Combinations |
| 155 | 3 | VH6 | 6.4.2016 | 3013 | Brown shared rural exception map with VSO related to joint venture; not produced | Combinations |
| 156 | 3 | VH6 | 10.21.2016 | 3686 | Discussions about VSO requesting space in Edwards and Vail; no lease agreements produced | Combinations |
| 157 | 3 | VH6 | 10.21.2016 | 3698 | VSO requesting funding for its foundation, VSOF; no documents produced related to any agreements reached | Combingations |
| 158 | 3 | VH6 | 12.28.2016 | 1793 | Term sheet for joint venture MSO provided to VSO; not produced; no communications produced related to terms of agreement, which included 1/3 ownership in SPRI | Combinations |
| 159 | 3 | VH6 | 11.30.2016 | 2116 | joint venture; final report; engagement letter; documents sent to HTA; and other communications have not been produced; no Board documents produced showing that Board reviewed analysis | Combinations |
| 160 | 3 | VH6 | 11.30.2016 | 2121 | Vail Health provided HTA with historical visit volumes as well as proposed revenues for MSO; email transmitting this information has not been produced | Combinations; pricing; monopoly power |
| 161 | 3 | VH6 | 11.30.2016 | 2123 | HTA report identifies information provided by Vail Health; communications transmitting this information have not been produced | Combinations; pricing; monopoly power |
| 162 | 3 | VH6 | 11.30.2016 | 2127 | related to CSRP; communications related to that have not been produced | Combinations; pricing; monopoly power |
| 163 | 3 | VH6 | 11.30.2016 | 2128 | corporate organizational documents have not been produced | Combinations; pricing; monopoly power |
| 164 | 3 | VH6 | 1.20.2017 | 1687 | bit of a holding pattern;" no documents produced as to why or follow-up with VSO; communications just end, particularly when Brown then stated he would "circle back with next steps" | Combinations; monopoly power |