# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger.

Dated:  September 16, 2021

    *s/Sonya R. Braunschweig*
    Sonya R. Braunschweig, MN# 0290292
    5501 Irving Avenue South
    Minneapolis, MN 55419
    Telephone: (612) 819-2304
    E-mail:  sonya.braunschweig@gmail.com

    Attorneys for Plaintiffs Lindsay Winninger and
    Sports Rehab Consulting LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 16, 2021, I served a true and correct copy of Notice of Entry of Appearance via the Court's ECF system on:

    Shannon Stevenson
    Janet A. Savage
    Jackie Roeder
    Daniel Richards
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO  80202

    Counsel for Defendant

                        *s/ Alan L. Kildow*
                        Alan L. Kildow