

# Exhibit 28

| | |
|---|---|
| **From:** | Richards, Daniel <Daniel.Richards@dgslaw.com> |
| **Sent:** | Tuesday, September 14, 2021 9:58 AM |
| **To:** | Alan Kildow; Stevenson, Shannon |
| **Cc:** | Roeder, Jackie; 'sonya braunschweig' |
| **Subject:** | RE: Stipulation Related To Relevant Geographic Market |

Counsel:

We will need to see your expert's analysis of the geographic market before we would consider relieving Plaintiffs of their burden of proof on that issue.  Thus, we are not in a position to agree to the proposed stipulation.

Regards,

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi** Member

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Sunday, September 12, 2021 4:16 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Stipulation Related To Relevant Geographic Market

Counsel:

It makes little sense to litigate a question to which the answer is so obvious.  I enclose, therefore, a proposed Stipulation Regarding Geographic Market for your review.  We would like to discuss this in a meet & confer to be held prior to the close of business on Tuesday, September 14.  Please let us know of your availability.  If, however, Vail Health declines to enter into such a stipulation, please advise us of Vail Health's declination, also by the close of business on September 14.

Thank you in advance for your professional courtesy in providing us with Vail Health's prompt response.

Alan Kildow
970-390-6675

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

      Defendant.

---

**STIPULATION RELATED TO RELEVANT GEOGRAPHIC MARKET**

---

One of the issues in this antitrust action is the relevant geographic market.  The parties have conferred and stipulate and agree that the relevant geographic market for purposes of this antitrust action is the Vail Valley, which encompasses the Vail Valley stretching from East Vail to Gypsum, Colorado.

Dated:  September ___, 2021

                                *s/*
                          Alan L. Kildow, MN# 0143133
                          790 Potato Patch Drive
                          Vail, CO 81657
                          Telephone: (970) 390-6675
                          E-mail:  alkildow@aol.com

                          Jesse Wiens, Colo. #33903
                          Fahrenholtz & Wiens LLC
                          100 West Beaver Creek Boulevard
                          Suite 236
                          Avon, CO 81620
                          Telephone: (970) 949-6500
                          E-mail:  fwlawyers@gmail.com

                          Attorneys for Plaintiffs Sports Rehab
                          Consulting LLC and Lindsay Winninger

Dated:  September ___, 2021         _s/_____

                                         Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  (303) 892-9400
Email:  shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

Attorneys for Defendant Vail Clinic, Inc. d/b/a Vail Health