

Exhibit 29

# List of Missing Documents And Antitrust Relevancy Referenced In Vail Health Exhibits 1-2, And 4

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Mot. # | Ex. # | Date | Bates No. | Documents Referenced/Not Produced | Antitrust Relevancy |
| 2 | 1 | VH1/VH4 | | VH_Fed244 | Data relied upon to create bar charts; source was DRG Colorado Claims 2015-18 | Market share; geographic market |
| 3 | 1 | VH1/VH4 | | 244 | Communications with One Boston; only way Plaintiffs know who created the document was through metadata; metadata also indicates that this is not the original but a revised analysis; original analysis was not produced | Market share; geographic market |
| 4 | 1 | VH1/VH4 | | 245 | Data relied upon to create bar charts; source was DRG Colorado Claims 2015-18 | Market share; geographic market |
| 5 | 1 | VH1/VH4 | | 245 | Communications with One Boston; only way Plaintiffs know who created the document was through metadata | Market share; geographic market |
| 6 | 1 | VH1 | | 1372 | 2019 Operations in review; underlying data not produced for all figures in document; do not know who created it; referral sources identified but no documents about the referral sources produced; New HH service area introduction to market (BBC) but no other explanations about that | Geographic market; profitabiity |
| 7 | 1 | VH1 | | 2632 | onepage summary document related to Howard Head payer mix; Eagle and State Howard Head origin; patient numbers; insurance summary; direct and indirect cost summary; no underlying data produced although it was necessary for the summary analysis | Geographic market; profitabiity; pricing costs; market share |
| 8 | 1 | VH1 | 7.3.2017 | 1499 | Data relied upon for chart not produced; notes that data is from Vail Health and based on FY14-17 for Vail, Avon, and Beaver Creek | Geographic market; market share |
| 9 | 1 | VH1 | 7.3.2017 | 1439 | Draft report; question about market share, but no drafts produced contain that information | Geographic market; competition; combinations |
| 10 | 1 | VH1 | 7.3.2017 | | Notes that Volume Trending chart "to be completed after data is finalized and shared;"  data has not been produced | Geographic market; profitability |
| 11 | 1 | VH1 | 7.3.2017 | 1441 | Statement says that Howard Head management (through an independent assessment) believes gross margin is $51.17/visit and net income is $21.49 visit; that assessment has not been produced | Profitability; pricing; costs; monopoly power |
| 12 | 1 | VH1 | 7.3.2017 | 1446 | No documents produced related to New Frisco Howard Head clinic | Geographic market |
| 13 | 1 | VH1 | | 790 | Zip code analysis source dataused for pie chart to identify services in 2015 has not been produced | Geographic market |
| 14 | 1 | VH1 | | 791 | Orthopedic customer analysis source data has not been produced | Geographic market |
| 15 | 1 | VH1 | | 792 | Physical therapy analysis source data has not been produced | Geographic market |
| 16 | 1 | VH1 | | 793 | Physical therapy analysis source data has not been produced | Geographic market |

|    | A | B   | C         | D    | E                                                                                                                                                              | F                            |
|----|---|-----|-----------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------|
| 17 | 1 | VH2 |           | 833  | Documents and communications related to expanding physical therapy into "other communities," has not been produced, including Summit County, Basalt, and Aspen | Geographic market            |
| 18 | 1 | VH2 |           | 1439 | Discussion about number of employees; employment data of who was employed and when has not been produced                                                       | Market share                 |
| 19 | 1 | VH2 |           | 1503 | Documents related to targeted campaigns, acqusitions, partnerships with VR for certain programs, and partnerships with real estate agents have not been produced | Combinations; monopoly power |
| 20 | 1 | VH2 |           | 1518 | Source data related to competitor analysis has not been produced                                                                                               | Competition; monopoly power  |
| 21 | 1 | VH2 | 1.10.2019 | 3479 | Virtually no documents produced related to a Vail Performance Center, which includes Steadman/SPRI;                                                            | Combinations; monopoly power |