**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS

On August 26, 2021, the Court ordered Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") to submit redacted versions of Dkt. 128 pp. 1-59 and Dkt. 130 pp. 1-59, which consist of Vail Health's Objections and Responses to Plaintiffs' First Set of Interrogatories and Second Requests for Production of Documents ("Responses"). (*See* Dkt. 147 at 2.) On September 2, 2021, Vail Health filed its Response to Plaintiffs' Motion to Compel No. 3 (Dkt. 154), which included Restricted Exhibits including these Responses. (Dkt. 154, pp. 2-60.) Consistent with the Court's August 26, 2021 Order, Vail Health hereby files a proposed redacted version of its Responses, consistent with its previously proposed redactions filed on September 9, 2021. (Dkt. 162.)

Respectfully submitted this 16th day of September, 2021.

- 2 -

   *s/ Shannon Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
      janet.savage@dgslaw.com
      jackie.roeder@dgslaw.com
      daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS was filed via CM/ECF on this 16th day of September, 2021, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan L. Kildow
790 Potato Patch Drive
Vail, Colorado 81657
Email: akildow@aol.com

Sonya R. Braunschweig
5501 Irving Avenue South
Minneapolis, Minnesota 55419
Email: sonya.braunschweig@gmail.com

                                                        *s/Shannon Stevenson*