**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS

On August 26, 2021, the Court ordered Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") to submit redacted versions of Dkt. 128 pp. 1-59 and Dkt. 130 pp. 1-59, which consist of Vail Health's Objections and Responses to Plaintiffs' First Set of Interrogatories and Second Requests for Production of Documents ("Responses"). (*See* Dkt. 147 at 2.) On September 7, 2021, Plaintiffs filed their Fourth Motion to Compel (Dkt. 157), which included Restricted Exhibits including these Responses. (Dkt. 158, pp. 2-59.) Consistent with the Court's August 26, 2021 Order, Vail Health hereby files a proposed redacted version of its Responses, consistent with its previously proposed redactions filed on September 9, 2021 and September 16, 2021. (Dkt. 162, 168.)

Respectfully submitted this 21st day of September, 2021.

4868765.1

- 2 -

    ***s/ Daniel A. Richards***
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS was filed via CM/ECF on this 21st day of September, 2021, which will forward notice to the following:

Jesse Wiens
Fahrenholtz & Wiens LLC
100 West Beaver Creek Blvd., Suite 236
Avon, Colorado 81620
Email: fwlawyers@gmail.com

Alan L. Kildow
790 Potato Patch Drive
Vail, Colorado 81657
Email: akildow@aol.com

Sonya R. Braunschweig
5501 Irving Avenue South
Minneapolis, Minnesota 55419
Email: sonya.braunschweig@gmail.com

*s/ Sandra Abram*
Sandra Abram