IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**PLAINTIFFS' REQUEST FOR HEARING ON PLAINTIFFS' MOTIONS TO COMPEL REFERRED TO SPECIAL MASTER RUCKRIEGLE**

---

**TO:   MAGISTRATE JUDGE GORDON P. GALLAGHER, SPECIAL MASTER W. TERRI RUCKRIEGLE, AND ALL COUNSEL OF RECORD**

Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger respectfully request hearings relating to their Rule 37 motions to compel that have been referred to Special Master W. Terri Ruckriegle by Orders of Magistrate Judge Gallagher. Plaintiffs are of the view that hearings permitting oral argument would be helpful to the process of resolving the discovery disputes that exist and are reflected in the motions.

Plaintiffs also request that the Special Master provide the parties with a "non-binding estimate of the time and expenses" necessary to resolve each motion, as set out in the July 20, 2021 Order Appointing Master For Discovery [ECF No. 123, ¶ 7], for the following three motions that are currently fully briefed (the fourth motion to compel is listed below but will not be fully briefed until October 12, 2021):

1

I. **August 5, 2021 Plaintiffs' Rule 37 Motion to Compel #1 Relating to Relevant Geographic Market [Referral Order, ECF No. 135]**

- Plaintiffs' Motion to Compel #1 [ECF Nos. 127-28]
- Vail Health's Response to Motion to Compel #1 [ECF Nos. 152-53]
- Plaintiffs' Reply to Motion to Compel #1 [ECF No. 165]

II. **August 10, 2021 Plaintiffs' Rule 37 Motion to Compel #2 Relating to Vail Health's Monopoly Power [Referral Order, ECF No. 135]**

- Plaintiffs' Motion to Compel #2 [ECF Nos. 129-30]
- Vail Health's Response to Motion to Compel #2 [ECF No. 154-55]
- Plaintiffs' Reply to Motion to Compel #2 [ECF No. 173-74]

III. **August 12, 2021 Plaintiffs' Rule 37 Motion to Compel #3 Relating to RFP No. 15 (Board Documents), Interrogatory Nos. 12-13, 20-21, and 23 (Identification of Potential Witnesses), Failure to Produce Privilege Log, and Redacted Documents [Referral Order, ECF No. 135]**

- Plaintiffs' Motion to Compel #3 [ECF Nos. 132-33]
- Vail Health's Response to Motion to Compel #3 [ECF Nos. 154-55]
- Plaintiffs' Reply to Motion to Compel #3 [ECF No. 163-64]

**MOTION TO COMPEL NOT YET FULLY BRIEFED**

IV. **September 7, 2021 Plaintiffs' Rule 37 Motion to Compel #4 Relating to Joint Ventures And Other Combinations [Referral Order, ECF No. 161]**

- Plaintiffs' Motion to Compel #4 [ECF Nos. 157-58]
- Vail Health's Response to Motion to Compel #4 [Due September 28]
- Plaintiffs' Reply to Motion to Compel #4 [Due October 12]

                                          Respectfully submitted,

Dated:  September 24, 2021        *s/Alan L. Kildow*
                                        Alan L. Kildow, MN# 0143133
                                        790 Potato Patch Drive
                                        Vail, CO 81657
                                        Telephone: (970) 390-6675
                                        E-mail:  alkildow@aol.com

                                        Jesse Wiens, Colo. #33903
                                        Fahrenholtz & Wiens LLC
                                        100 West Beaver Creek Boulevard
                                        Suite 236
                                        Avon, CO 81620
                                        Telephone: (970) 949-6500
                                        E-mail:  fwlawyers@gmail.com

                                        Sonya R. Braunschweig, MN# 0290292
                                        5501 Irving Avenue South
                                        Minneapolis, MN 55419
                                        Telephone: (612) 819-2304
                                        E-mail:  sonya.braunschweig@gmail.com

                                        Attorneys for Plaintiffs Lindsay Winninger and
                                        Sports Rehab Consulting LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2021, I served a true and correct copy of Plaintiffs' Request for Hearing on Plaintiffs' Motions to Compel Referred to Special Master Ruckriegle, via the Court's ECF system on:

    Shannon Stevenson
    Janet A. Savage
    Jackie Roeder
    Daniel Richards
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO  80202

    Counsel for Defendant

                                          *s/ Alan L. Kildow*
                                          Alan L. Kildow