# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02075-WJM-GPG

**Sports Rehab Consulting LLC & Lindsay Winninger**
    Plaintiff,

v.

**Vail Clinic, Inc. d/b/a Vail Health,**
a Wisconsin corporation

    Defendant.

---

### NONPARTY THE STEADMAN CLINIC'S RESPONSES TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

---

COMES NOW, nonparty The Steadman Clinic, by and through its counsel, MESSNER REEVES LLP, respectfully submits its Responses to Plaintiffs' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

The Steadman Clinic objects generally to the categories of documents sought in Plaintiffs' April 9, 2021 as overly broad, unduly burdensome, and cumulative of categories of documents requested in the corresponding State Court Action. The Steadman Clinic has made a reasonable and good-faith effort to identify all responsive documents and acknowledges its obligation to supplement this response should additional responsive documents become available.

The Steadman Clinic specifically incorporates its prior document production in the State Court Action, which is equally available to the named parties. Requiring The Steadman Clinic to identify which of the previously produced documents would be responsive to which categories of documents requested in Plaintiffs' April 9, 2021 subpoena would create an undue burden in violation of Fed. R. Civ. P. 45(c)(1).

Subject to and without waiving these objections, please see documents produced herewith at STEADMAN-0002553-2658. Please note that The Steadman Clinic is not withholding responsive documents pursuant to the objections stated herein. The only documents withheld are those appearing on the Privilege Log accompanying this response.

1

Respectfully submitted this 23rd day of June, 2021.

                    MESSNER REEVES, LLP

                    */s/Matthew W. George*
                    Michelle L. Harden, #36682
                    Matthew W. George, #48830
                    1430 Wynkoop Street, Suite 300
                    Denver, CO 80202
                    Telephone: (303) 623-1800
                    E-mail: mharden@messner.com
                    mgeorge@messner.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2021, a true and correct copy of the foregoing **NONPARTY THE STEADMAN CLINIC'S RESPONSE TO PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** was electronically served on all counsel of record.

*Attorneys for Plaintiffs*:
Alan L. Kildow, Esq.
790 Potato Patch Dr.
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse L. Wiens, Esq.
Fahrenholtz & Wiens, LLC
P.O. Box 1988
100 West Beaver Creek Boulevard, Suite 236
Avon, CO 81620
Telephone: (970) 390-2012
E-mail: jessewiens@yahoo.com

*Attorneys for Defendant*:
Janet Ann Savage, Esq.
Jacqueline Ventre Roeder, Esq.
Shannon Wells Stevenson, Esq.
Daniel Alexander Richards, Esq.
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
E-mail: janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
shannon.stevenson@dgslaw.com
daniel.richards@dgslaw.com

/s/Trisha L. Eckhardt
Trisha L. Eckhardt

3