# EXHIBIT 15

DISTRICT COURT, COUNTY OF EAGLE, STATE OF COLORADO

CASE NO. 2017 CV 030102, DIV. 4

_____

TRANSCRIPT OF PROCEEDINGS (Status Conference Hearing)
_____


IN THE MATTER OF

LINDSAY WINNINGER, ET AL,

    Petitioner,

v.

DORIS KIRCHNER, ET AL,

    Respondent.

_____


    The above-entitled matter came on for hearing on Tuesday, August 14, 2018 at 8:20 a.m. before the HONORABLE FREDERICK WALKER GANNETT, District Judge.



APPEARANCES:

FOR THE PETITIONER:    JESSE WIENS
                          ALAN L. KILDOW
                          SONYA R. BRAUNSCHWEIG

FOR THE RESPONDENT:    JANET SAVAGE
                          MICHAEL THOMAS KOTLARCZYK
                          JOHN WM. MADDEN

1    THE COURT:  Subject to that explanation, disclose
2    those communications that are not privileged or provide me a
3    privilege log.  Then on the Steadman documents I think that
4    essentially -- yeah, if you've got the Steadman pro forma
5    give it up.  Let's get it to the other side.  Then each of
6    you in your Steadman deposition can use the Steadman
7    document productively and equally.
8         So on this motion to compel and the motion to --
9    the objections to the responses to the admissions, those
10   have been dealt with by me.  I don't intend to reduce this
11   to a written order but it should be pretty clear.  Produce
12   the letters of intent, produce the email to me in the form
13   of a privilege log.  In terms of the pro forma by Nico
14   Brown, provide that.  Then any documents that relate --
15   other documents or communications that relate to the
16   Steadman letter of intent with Vail Health, produce those.
17        MR. KILDOW:  Your Honor, the deposition of Dan
18   Drawbaugh, the date of which has been a subject of
19   negotiation since the third week in January, has finally
20   been scheduled for August 28th.  Following that, August 30th
21   for Ms. Kirchner, which we agreed to.  Those are two
22   critical witnesses for this issue so we would like these
23   documents produced one week before the Drawbaugh deposition,
24   which is August 21.
25        THE COURT:  Done.