IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR A TWO-DAY EXTENSION
OF TIME TO REPLY TO VAIL HEALTH'S RESPONSE TO
PLAINTIFFS' MOTION TO COMPEL # 4**

---

## MOTION

Plaintiffs' Sports Rehab Consulting LLC and Lindsay Winninger respectfully file this Unopposed Motion For A Two-Day Extension Of Time To Reply To Vail Health's Response To Plaintiffs' Motion to Compel # 4. Plaintiffs move the Court for an order permitting them to file their reply on Thursday, October 14, 2021, rather than the current due day of Tuesday, October 12 under Colo.L.Civ.R. 7.1(d). As set forth below, Plaintiffs do not believe that the two-day extension will cause any delay in these proceedings or cause any prejudice to Vail Health.

## STATEMENT OF CONFERRAL

Plaintiffs have conferred with counsel for Vail Health regarding this motion, and they have informed Plaintiffs that Vail Health does not oppose a two-day extension.

1

**PROCEDURAL BACKGROUND**

On September 7, 2021, Plaintiffs filed their Rule 37 Motion To Compel # 4 Relating To Joint Ventures And Other Combinations (ECF No. 157).  On September 28, 2021, Vail Health filed its Response to Plaintiffs Motion to Compel # 4 (ECF No. 176.).  Under Colo.L.Civ.R. 7.1(d), Plaintiffs' reply to is presently due Tuesday, October 12.

Under Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  "A motion for extension of time or continuance shall state the reason for an extension or continuance, and the total number of extensions or continuances granted previously." Colo. L.Civ.R. 6.1.  Here, Plaintiffs have not requested any previous extension on their motions to compel and only request a two-day extension for this reply.

The grounds for the requested extension arise out of the timing of the deposition of Luke O'Brien, Vail Health's former Vice President of Clinical Physical Therapy for Vail Health's physical therapy clinic doing business under the name of Howard Head Sports Medicine Center.  Mr. O'Brien was served with a Rule 45 subpoena and his deposition was noticed for September 15, 2021.  He could not appear on that date, and by stipulation of the parties, his deposition was rescheduled and held on Saturday, October 9, 2021.  An expedited transcript of that deposition will be ready by Wednesday, October 13, and Plaintiffs seek to file portions of it with their reply to Motion to Compel # 4.

Plaintiffs contend that during his deposition Mr. O'Brien identified certain documents and information not previously produced by Vail Health and that are relevant to the pending motion.  For example, he testified that Vail Health maintained statistical data identifying the "referring physicians" who referred physical therapy patients to the

2

Howard Head Sports Medicine Center.  Vail Health's opposition, on the other hand, contends that "Vail Health Does Not Have the Referral Information Plaintiffs Request (Interrogatory 14)."  (ECF No. 176, at 13-14).  The testimony that Plaintiffs seek to present through Mr. O'Brien's deposition, therefore, will be relevant to discovery at issue with respect to the pending Motion To Compel # 4.  Other testimony adduced during the O'Brien deposition will also provide factual background for the motion.

There is, therefore, good cause for a two-day extension of Plaintiffs' reply so they may provide the Court with a more complete explication of facts surrounding the motion and obviate the need for supplemental filings of the O'Brien deposition transcript. Plaintiffs do not believe that a two-day extension will present the need to delay the hearing on Motion to Compel # 4, which is now scheduled for hearing on October 22, at 3:15 pm, as the Special Master will still have eight days to review Plaintiffs' reply.

## CONCLUSION

Plaintiffs therefore respectfully request that the Court extend the date to file their reply brief with respect to Motion # 4 to Thursday, October 14, 2021.

Dated:  October 11, 2021        *s/Alan L. Kildow*
　　　　　　　　　　　　　　　　Alan L. Kildow, MN# 0143133
　　　　　　　　　　　　　　　　790 Potato Patch Drive
　　　　　　　　　　　　　　　　Vail, CO 81657
　　　　　　　　　　　　　　　　Telephone: (970) 390-6675
　　　　　　　　　　　　　　　　E-mail:  alkildow@aol.com

　　　　　　　　　　　　　　　　Jesse Wiens, Colo. #33903
　　　　　　　　　　　　　　　　Fahrenholtz & Wiens LLC
　　　　　　　　　　　　　　　　100 West Beaver Creek Boulevard
　　　　　　　　　　　　　　　　Suite 236
　　　　　　　　　　　　　　　　Avon, CO 81620
　　　　　　　　　　　　　　　　Telephone: (970) 949-6500
　　　　　　　　　　　　　　　　E-mail:  fwlawyers@gmail.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and
Sports Rehab Consulting LLC

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, I served a true and correct copy of Plaintiffs' Unopposed Motion For A Two-Day Extension Of Time To Reply To Vail Health's Response To Plaintiffs' Motion to Compel #4, via the Court's ECF system on:

Shannon Stevenson
Jackie Roeder
Daniel Richards
Janet A. Savage
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO  80202

Counsel for Defendant

*s/ Alan L. Kildow*
Alan L. Kildow