# Exhibit 1

| Production::Begin Bates | Production::End Bates | Production::P | Production | Custodian | Auor" | DateCreated | EmailSender | EmailRecipientTo | EmailSentDa | EmailSubject |
|---|---|---|---|---|---|---|---|---|---|---|
| VH_Fed_00006898 | VH_Fed_00006905 | VH_Fed0005 | 8 | Kirchner, Doris | mcj001 | 12/2/2015 8:24 | | | | |
| VH_Fed_00006906 | VH_Fed_00006912 | VH_Fed0005 | 7 | Kirchner, Doris | | 12/2/2015 9:08 | | | | |
| VH_Fed_00006913 | VH_Fed_00006921 | VH_Fed0005 | 9 | Kirchner, Doris | | 11/21/2015 12:54 | | | | |
| VH_Fed_00006922 | VH_Fed_00006931 | VH_Fed0005 | 10 | Kirchner, Doris | | 11/21/2015 12:54 | | | | |
| VH_Fed_00006932 | VH_Fed_00006933 | VH_Fed0005 | 2 | Kirchner, Doris | Mike Shannon | 11/6/2015 16:25 | Mike Shannon [Mike.Shannon@kslcapital.com] | Auten, Donald R. [Auten@duanemorris.com] | 11/6/2015 | Re: SPRI Research Affiliation Agreement |
| VH_Fed_00006934 | VH_Fed_00006939 | VH_Fed0005 | 6 | Vail Valley Medical Center | Vail Valley Medical Center | 9/10/2012 14:52 | | | | |
| VH_Fed_00006940 | VH_Fed_00006945 | VH_Fed0005 | 6 | Vail Valley Medical Center | Vail Valley Medical Center | 3/25/2013 17:00 | | | | |
| VH_Fed_00006946 | VH_Fed_00006946 | VH_Fed0005 | 1 | Cook, Will | Nicholas P. Brown | 1/17/2019 10:53 | Nicholas P. Brown [nico.brown@vailheal.org]" | Will Cook [will.cook@vailheal.org]" | 1/17/2019 | TSC Sullivan Cotter PT Proforma and Response |
| VH_Fed_00006947 | VH_Fed_00006947 | VH_Fed0005 | 1 | Cook, Will | Microsoft Office User | 3/8/2017 12:18 | | | | |
| VH_Fed_00006948 | VH_Fed_00006948 | VH_Fed0005 | 1 | Cook, Will | Nicholas P. Brown | 3/31/2017 17:27 | | | | |
| VH_Fed_00006949 | VH_Fed_00006949 | VH_Fed0005 | 1 | Cook, Will | Nicholas P. Brown | 3/31/2017 17:29 | | | | |
| VH_Fed_00006950 | VH_Fed_00006950 | VH_Fed0005 | 1 | Cook, Will | brownn_EDW-HHPT-32 | 3/31/2017 17:28 | | | | |
| VH_Fed_00006951 | VH_Fed_00006952 | VH_Fed0005 | 2 | Nico Brown | Nicholas P. Brown | 6/9/2016 0:00 | Nicholas P. Brown [brownn@vvmc.com] | Doris Kirchner [kirchner@vvmc.com] | 6/9/2016 | RE: Howard Head |
| VH_Fed_00006953 | VH_Fed_00006955 | VH_Fed0005 | 3 | Nico Brown | Nicholas P. Brown | 4/6/2016 0:00 | Nicholas P. Brown [/O=VVMC EXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BROWNN] | Tim Wise [tim.wise@vvmc.com] | 4/6/2016 | RE: HHSM JV Updated Model for TSC and Data to address TSC Questions |
| VH_Fed_00006956 | VH_Fed_00006956 | VH_Fed0005 | 1 | Nico Brown | Nicholas P. Brown | 11/18/2015 0:00 | Nicholas P. Brown [/O=VVMC EXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BROWNN] | Diana L. Layman [diana.layman@vvmc.com] | 11/18/2015 | Can you please print ese attachments for me?" |
| VH_Fed_00006957 | VH_Fed_00006960 | VH_Fed0005 | 4 | Nico Brown | WMitchell | 11/18/2015 0:00 | | | | |