# Exhibit 45

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Thursday, October 14, 2021 12:03 PM |
| **To:** | 'Stevenson, Shannon'; 'Roeder, Jackie'; 'Richards, Daniel' |
| **Cc:** | 'sonya braunschweig' |
| **Subject:** | Sports Rehab v Vail Health [19-2075]--MSO Joint Venture |

Counsel,

Yesterday, Plaintiffs produced to Vail Health the 12/15/2016 term sheet for the "MSO" joint venture that came from a subpoena served on Vail Summit Orthopaedics ("VSO").  Vail Health has previously asserted that the term sheet is purportedly privileged, but given the production from VSO it clearly is not.  Please produce the 12/15/2016  term sheet from the files of Vail Health by no later than Friday, October 15.

Additionally, it is apparent from the privilege log and VSO's production that the MSO joint venture term sheet was created shortly before the December 16, 2016 meeting held with management of The Steadman Clinic.  Please confirm whether Steadman was given the term sheet at the meeting, and if it was, please produce to Plaintiffs a copy of the term sheet provided to Steadman by no later than Friday, October 15.

Alan Kildow
970-390-6675