

# Exhibit 47

Construction begins on a state-of-the-art medical facility in Basalt



# News

---

# Construction begins on a state-of-the-art medical facility in Basalt

October 08, 2020



VAIL, Colo., (October 8, 2020) – As the latest step in a joint initiative to deliver a full complement of world-class orthopaedic care services to the Roaring Fork Valley, construction has now begun on a new 65,000 square foot state-of-the-art medical office building and ambulatory surgery center in Basalt, Colorado. The project is a collaboration among The Steadman Clinic, Orthopedic Care Partners, Aspen Valley Hospital, and Vail Health.

The three-story structure, located in the Willits Town Center development, will include offices and patient care space for The Steadman Clinic, along with the ambulatory surgery center and rehabilitation services. Steadman Philippon Research Institute (SPRI) will also maintain a regenerative medicine laboratory, conference space and offices focused on orthopaedics and healthy aging research.

In early September, The Steadman Clinic and Orthopedic Care Partners announced a strategic partnership with Aspen Valley Hospital. In this partnership, existing physicians from Aspen Valley Hospital are joined by newly recruited physicians to the area as part of the expansion of services. Physicians from The Steadman Clinic, Vail will also rotate to Aspen. Research and education, through SPRI, are central to the partnership with plans to support the training of future orthopaedic surgeons and develop technologies to advance musculoskeletal health.

"Our vision for this facility is to provide greater access to our renowned physicians practicing the latest, evidence-based treatments, which will prove to be a significant benefit to Aspen and the surrounding communities," said Dan Drawbaugh, CEO of The Steadman Clinic and SPRI. "The medical office building located in Basalt, Colorado will complement and enhance our clinic at Aspen Valley Hospital. Roaring Fork

Case No. 1:19-cv-02075-WJM-SKC   Document 192-3   filed 10/14/21   USDC Colorado   pg 3
of 3
Construction begins on a state-of-the-art medical facility in Basalt

Valley residents looking to stay active longer will now have a more convenient way to get the best orthopaedic care, supported by SPRI's groundbreaking research. Factoring in the travel appeal of Aspen, this new location will allow patients to experience the superior orthopaedic and sports medicine care for which The Steadman Clinic is known in a beautiful mountain destination."

"In our community, we place a high level of importance on our ability to get outside and be active," said Dave Ressler, CEO of Aspen Valley Hospital. "The Steadman Clinic has been studying the dynamics of movement for over two decades and, through SPRI, has developed the best practices for addressing musculoskeletal issues through prevention, training and surgical intervention. The new facility in Willits will address the complete needs of our athletes and the aspiring athlete in all of us."

The developer of the Basalt project is Remedy Medical Properties, and Boulder Associates is the architecture firm designing the facility. The project is led by Haselden Construction, the top general contractor in the region, particularly in constructing healthcare facilities, including Aspen Valley Hospital's expansion. Construction is projected to take one year. The medical office building is planning to welcome its first patients in January 2022.

"The Steadman Clinic and Vail Health have extensive experience developing and providing world-renowned medical destination services," said Will Cook, President and CEO of Vail Health. "We are excited for this new collaboration with Aspen Valley Hospital through the Basalt facility and look forward to bringing a similar experience to patients in the Roaring Fork Valley."

Rich Gilbert, M.D., CEO of Orthopedic Care Partners, said, "When we announced our partnership last year, our goal was to help extend the reach of The Steadman Clinic's state-of-the-art patient-centric care. This new Basalt facility will make world-class orthopaedic care and advanced research conveniently accessible to many new communities. The benefit to the region will be significant."

The Steadman Clinic and SPRI will be located on the third floor of the facility. Steadman's space will include physician offices, viewing stations and team offices, 16 exam rooms, a biologics lab, Durable Medical Equipment services, casting room, imaging services including X-ray and a state-of-the-art 3-Tesla MRI located on the first floor. The SPRI laboratory will perform regenerative medicine research and enroll patients in clinical trials. Co-located on the third floor with The Steadman Clinic and SPRI, rehabilitation services will occupy approximately one-quarter of the floor for its physical and occupational therapy and hand services staff.

The ambulatory surgery center will occupy nearly 37,000 square feet and is located on the second floor of the structure. It features four operating rooms with two shelled for future growth. It will also have a procedure room, a biologics lab, nine pre-op and post-op rooms and 14 total recovery rooms.

The medical office building will be part of the beautiful and growing Willits Town Center and will abut Reed Street Park. As a commitment to building in Basalt, The Steadman Clinic is developing the community park with the support of architects from Boulder Associates. The park is designed to provide an outdoor extension of the lobby of the new building, providing a seamless transition between indoors and out. The medical building will also feature large, south-facing windows that bring in natural light and capitalize on the 360–degree mountain views, a rare feature for a medical office.

"We are very much looking forward to opening this new facility in Basalt," said Dr. Marc J. Philippon, Managing Partner of The Steadman Clinic and Co-Chair of SPRI. "As our surgeons begin to treat patients in the Aspen area, we know the medical office building in Basalt will enable us to expand upon our mission of providing the highest standard of orthopaedic care and personal attention to each and every patient seeking our help."