# Exhibit 3

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, October 13, 2021 7:11 PM |
| **To:** | Stevenson, Shannon; Richards, Daniel; Roeder, Jackie |
| **Cc:** | Alan Kildow |
| **Subject:** | Sports Rehab v. Vail Health [19-2075] |

Counsel,

Vail Health represented that the revised privilege log would be produced last week.  Mr. Richards also confirmed at Ms. Winninger's deposition that the revised log would be produced on Friday.  We did not receive it.  Please confirm we will get the log by no later than October 15.

Additionally, Vail Health represented to the Court (and Plaintiffs) that patient data would be produced.  That was over a month ago, and still the data has not been produced.  Please confirm that we will get the data by no later than October 15.

Best regards,

Sonya