# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 19-CV-02075-WJM-GPG          Court Deputy: A. Barnes
Date:  October 18, 2021                                            Recorder: Grand Junction

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,
Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.
Defendant.

---

MINUTES - Discovery Dispute Conference

---

Court in Session: 9:00 a.m.

Appearances all via telephone: For Plaintiffs, Alan Kildow; For Defendant, Shannon Stevenson. For Deponent Mr Brown: John McHugh.

The parties each presented further arguments as to the topics set forth in the discovery dispute chart (and its attachments) which was emailed to Gallagher Chambers on October 16, 2021. These are attached hereto as exhibits to this Order.

After discussion, and for the reasons set forth on the record, the Court finds and Orders as follows.

ORDERED: The deposition of non-party witness Nicholas Brown shall proceed on October 19, 2021 but with the parameters as set forth on the record.


Court in Recess 9:38 a.m.
Duration: 38 minutes