# Exhibit 1

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Monday, October 4, 2021 12:34 PM |
| **To:** | 'Stevenson, Shannon'; 'McHugh, John'; 'Roeder, Jackie'; 'Richards, Daniel' |
| **Cc:** | 'sonya braunschweig'; 'Savage, Janet' |
| **Subject:** | RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown |

Yes. According to MJ Gallagher, just give us your position and we can proceed accordingly.

Alan Kildow

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Monday, October 4, 2021 11:14 AM
**To:** Alan Kildow <alkildow@aol.com>; 'McHugh, John' <JMcHugh@fennemorelaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

I am not available today. Is this conferral about the 4-hour limit for the deposition?

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 4, 2021 10:48 AM
**To:** 'McHugh, John' <JMcHugh@fennemorelaw.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Counsel:

Good point. We will notice the deposition of Mr. Brown for October 19 at 1:30 pm. In the meantime, we have time for a meet & confer. We request that everyone provide a time for this week. Please let us know.

Alan Kildow

**From:** McHugh, John <JMcHugh@fennemorelaw.com>
**Sent:** Monday, October 4, 2021 10:44 AM
**To:** Alan Kildow <alkildow@aol.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Mr. Kildow,

I will not be participating in any conferral unless and until counsel for VH confirms their availability. Neither of us has the authority to set a conferral time and demand that other counsel attend at our convenience.

John

**John M. McHugh,** Director
T: 303.764.3722  | F:  303.291.3201
jmchugh@fennemorelaw.com

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 4, 2021 10:41 AM
**To:** McHugh, John <JMcHugh@fennemorelaw.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Dear Counsel:

We doubt that Mr. McHugh speaks for Vail Health on this issue, and he likely has a conflict with Vail Health in any event.  Plaintiffs therefore request that Vail Health counsel participate in the meet & confer at 3:30 today.  The dial-in number is 605-472-5307.  PC is 175061#.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 4, 2021 10:11 AM
**To:** 'McHugh, John' <JMcHugh@fennemorelaw.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Anyone from Vail Health joining in this meet & confer?  Or are you all willing to go along with whatever counsel for Mr. Brown decides?

**From:** McHugh, John <JMcHugh@fennemorelaw.com>
**Sent:** Monday, October 4, 2021 10:08 AM
**To:** Alan Kildow <alkildow@aol.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Works for me.

**John M. McHugh,** Director
T: 303.764.3722  | F:  303.291.3201
jmchugh@fennemorelaw.com

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 4, 2021 9:59 AM
**To:** McHugh, John <JMcHugh@fennemorelaw.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

How about 3:30 today for a conferral call?  Does that work for you?

**From:** McHugh, John <JMcHugh@fennemorelaw.com>
**Sent:** Monday, October 4, 2021 9:50 AM
**To:** Alan Kildow <alkildow@aol.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown


Alan,

The proposed date and time are dependent upon a 4-hour limit.  If you intend to move the Court for an extension, please set up a conferral time so we can get this issue resolved and, if necessary, make adjustments to the deposition date and time.

As to your request regarding a pre-deposition certification, I am sure that is something that can be worked out with a couple provisos: (1) I don't think anyone can commit to the requested certification prior to seeing the documents.  The sooner you send those along, the quicker we can figure it out; (2) this is something that would have to be worked out at least several days in advance; and (3) cooperation on this is dependent upon Plaintiffs agreeing not to seek an extension of the deposition time limit. If Plaintiffs will seek a full seven-hour deposition regardless of any cooperation received, then we can all proceed as normal for a deposition.

Let us know how you want to proceed.

Thanks,

John



### John M. McHugh,  Director
T: 303.764.3722  | F:  303.291.3201
jmchugh@fennemorelaw.com

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 4, 2021 7:57 AM
**To:** McHugh, John <JMcHugh@fennemorelaw.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Counsel:

Plaintiffs agree that the deposition of Nicholas Brown may take place on October 19 at 1:30 p.m. and will serve a deposition notice accordingly.   Plaintiffs agree to the deposition *beginning* at that time, but we reserve the right to move the Court for a full 7 hour deposition.  Vail Health has recently produced over 6,900 pages of documents wherein Mr. Brown is perhaps the primary witness with respect to many of the events that give rise to this antitrust action.

To facilitate an *attempt* to complete the deposition within the 4-hour limit, we request that Mr. Brown review the deposition exhibits that will be used in advance of the deposition and certify under oath that they are true and correct business records of Vail Health kept in the ordinary course of its business.  This is particularly important if the deposition

3

is to be taken by Zoom, as the introduction and use of exhibits is much more time consuming with Zoom than if the deposition were taken on an in-person basis.  Please let us know if this is agreeable and we will draft the necessary certification.

Alan Kildow
970-390-6675

**From:** McHugh, John <JMcHugh@fennemorelaw.com>
**Sent:** Thursday, September 30, 2021 10:21 AM
**To:** Alan Kildow <alkildow@aol.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Alan,

Mr. Brown is available the afternoon of the 19th at 1:30 PM for the four hour deposition permitted by the Court's scheduling order.  The deposition will need to occur over zoom.  Mr. Brown will not agree to the requested extra three hours of deposition.  I am generally available next week to confer on this.

Also, we have changed firm affiliation. This is my new contact information.

Thanks,

John


John M. McHugh,  Director

**FENNEMORE.**

1700 Lincoln Street, Suite 2400, Denver, CO 80203
T: 303.764.3722  |  F:  303.291.3201
jmchugh@fennemorelaw.com   |   View Bio



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**COVID-19:** Governors in our markets have deemed law firms essential services. As a result, our offices will be open from 8 am to 5 pm, but most of our team members are working remotely. To better protect our employees and clients, please schedule an appointment before coming to our offices.

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, September 27, 2021 2:17 PM
**To:** jmchugh@rplaw.com; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie'

4

<Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Sports Rehab Consulting LLC, et al. v. Vail Health--Scheduling of Depositions of Nicholas Brown

Counsel:

y

We have been advised that the Reilly law firm represents Nicholas Brown with respect to his deposition in the above-referenced action. Mr. Brown was previously served with a Rule 45 subpoena. There were communications as to the date for his deposition, but Plaintiffs were of the view that all documents responsive to Plaintiffs' Rule 34 Requests should have been produced by the time of his deposition. That would be the most efficient way to proceed for all concerned. That, however, has not happened, and given the discovery deadline in this case Plaintiffs feel compelled to now proceed with Brown's deposition. We propose that it take place on October 7 or 8; October 13, 14, or 15 (depending on the date for the O'Brien deposition that Plaintiffs have proposed to take place on one of those days), or October 18 or 19. That should provide all concerned with sufficient options.

There are two issues we wish to bring to your attention relating to the Brown deposition:

*First*, there have been *many* documents recently produced by Vail Health in the federal case that should have been produced in the Eagle County state court action but were not. These documents demonstrate that Mr. Brown was a principal actor in the conduct and transactions that Plaintiffs allege constitute violations of Sherman Act sec. 2. These documents were not known by Plaintiffs until long after the Scheduling Conference and the issuance of the Scheduling Order, which limits the deposition of Mr. Brown to four hours. Given his expansive involvement in what Plaintiffs contend constitutes monopolistic conduct, Plaintiffs request that he sit for a full seven-hour deposition. Please let us know if the parties agree to extend his deposition to seven hours. If you do not agree, we request a meet & confer to see if the parties can come to a workable compromise to avoid the need for a motion to amend the Scheduling Order to permit a full seven hours.

*Second*, Plaintiffs have four Rule 37 motions to compel that have been filed and are now pending before Special Master Ruckriegle. In the event that documents are produced after the deposition of Mr. Brown, either because Vail Health voluntarily produces them or because order(s) to compel are granted, Mr. Brown may be required to be deposed a second time. We would, therefore, ask Vail Health to produce all documents responsive to Plaintiffs' Rule 34 Requests that fall within the time Mr. Brown served as Vice President of Vail Health so that a second deposition is unnecessary.

We look forward to your prompt response to this e-mail.

Alan Kildow
970-390-6675

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

5