# Exhibit 2

| | |
|---|---|
| **From:** | McHugh, John <JMcHugh@fennemorelaw.com> |
| **Sent:** | Saturday, October 16, 2021 12:48 PM |
| **To:** | Alan Kildow |
| **Cc:** | Stevenson, Shannon; Roeder, Jackie; Richards, Daniel; Savage, Janet; sonya braunschweig |
| **Subject:** | Re: Discovery Chart re Brown |

You are as capable of reading as I am.  Please provide your position statement so we can get this filed.

John

Sent from my iPhone

**John M. McHugh,** Director
T: 303.764.3722  |  F:  303.291.3201
jmchugh@fennemorelaw.com
On Oct 16, 2021, at 10:45 AM, Alan Kildow <alkildow@aol.com> wrote:

Thank you.

We don't want to make any mistakes, so identify for us which of those depositions contain any antitrust issues other than the exclusionary conduct of the false and misleading statements of the sham claims of trade name misappropriation.

Alan Kildow

**From:** McHugh, John <JMcHugh@fennemorelaw.com>
**Sent:** Saturday, October 16, 2021 10:39 AM
**To:** Alan Kildow <alkildow@aol.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Discovery Chart re Brown

6/26/18 (30(b)(6))
7/19/18
10/31/18
10/31/18 (30(b)(6))
3/25/20
3/25/20 (30(b)(6))

**John M. McHugh,** Director
T: 303.764.3722  |  F:  303.291.3201
jmchugh@fennemorelaw.com

1

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Saturday, October 16, 2021 8:08 AM
**To:** McHugh, John <JMcHugh@fennemorelaw.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Discovery Chart re Brown

Counsel:

Your chart says that Nico Brown was deposed 6 times. Please send us the dates for those depositions because our records to not indicate that he was deposed that many times. And if you are including 30(b)(6) depositions where Brown appeared as a representative witness for Vail Health, please indicate those depositions as well.

Alan Kildow