# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
*SPECIAL MASTER TERRY RUCKRIEGEL PRESIDING*

Criminal Case No. 19-CV-02075-WJM-GPG      Court Deputy: A. Barnes
Date:   October 21, 2021                                       Recorder: Grand Junction

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,
Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.
Defendant.

---

## MINUTES - Motions Hearing
---

Court in Session 12:59 pm

Appearances:   Special Master Terry Ruckriegel via VTC.  Via telephone for Plaintiffs: Alan Kildow and Sonya Braunschweig. For Defendant, Shannon Stevenson and Daniel Richards via VTC.

The Special Master appeared to address the Motions at D. 127 and D. 129 (and their respective responses and replies).

The parties each presented further arguments as to the topics set forth in their motions, responses, and replies.

The Special Master took the matters under advisement.

Court in Recess 5:06 pm
Duration 3 hours 54 minutes