# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
*SPECIAL MASTER TERRY RUCKRIEGEL PRESIDING*

| | |
|---|---|
| Criminal Case No. 19-CV-02075-WJM-GPG | Court Deputy: A. Barnes |
| Date:   October 22, 2021 | Recorder: Grand Junction |

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,
Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.
Defendant.

---

## MINUTES - Motions Hearing
---

Court in Session 1:06 pm

Appearances:   Special Master Terry Ruckriegel via VTC.  Via telephone for Plaintiffs: Alan Kildow and Sonya Braunschweig. For Defendant, Shannon Stevenson and Daniel Richards via VTC.

The Special Master appeared to address the Motions at D. 132 and D. 157 (and their respective responses and replies).

The parties each presented further arguments as to the topics set forth in their motions, responses, and replies.

The Special Master took the matters under advisement.

Court in Recess 4:34 pm
Duration 3 hours 28 minutes