IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 19-CV-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and
LINDSAY WINNINGER, an individual,

  Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado nonprofit corporation d/b/a Vail Health,

  Defendant.

## MINUTE ORDER

On October 21-22, 2021, the parties appeared before the Special Master for two discovery dispute hearings.  (D. 182, D. 183).[1]  The parties conducted hearings on Plaintiffs' Motions to Compel #1, #2, #3, and #4.  (D. 127, D. 129, D. 132, D. 157).  The motions were referred to the Special Master on August 12, 2021, and September 9, 2021.  (D. 135, D. 161).  Plaintiffs' Motion to Compel # 5 (D. 195) was referred to the Special Master on October 20, 2021.  (D. 199).

Based upon the arguments of counsel, and the disclosure of additional discovery and information subsequently provided by Defendant, the Special Master directed that Plaintiffs specifically identify to Defendant and itemize by reference to prior discovery requests what answers, information, and materials they still request to be produced by November 2, 2021.

---

[1] "(D. 182)" is an example of the stylistic convention used to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  This convention is used throughout this Order.

1

Defendant has until November 12, 2021, to respond in writing. Thereafter, counsel shall reasonably confer by November 19, 2021, in the vein outlined by the Special Master, and attempt to resolve as many issues as possible. Counsel will report to the Special Master the results of matters resolved and those they request the Special Master to rule on, including Plaintiffs' Motion to Compel #5, by November 24, 2021.

      SO ORDERED.[2]

Dated at Grand Junction, Colorado this October 25, 2021.

_W. Terry Ruckriegle_
W. Terry Ruckriegle
Special Master

---

[2] The parties are notified that within 21 days of service of a copy of the Order, Report, or Recommendation, they may file written objections pursuant to Federal Rule of Civil Procedure 53(f)(2). (*See* D. 123, p. 2). All such objections will be resolved by Magistrate Judge Gallagher. If no objections are filed within the twenty-one-day period, the Court may adopt the Order, Report, or Recommendation in whole.