# EXHIBIT 1

*Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health*
No. 1:19-cv-02075-WJM-GPG (D. Colo.)

Appendix of Individuals on Vail Health's Privilege Log

| Name | Title |
| --- | --- |
| Matthew C. Jones | Attorney, Duane Morris LLP |
| Doris Kirchner | President and CEO, Vail Health |
| Mike Shannon | Chair, Vail Health Board of Directors |
| Donald R. Auten | Attorney, Duane Morris LLP |
| Nicholas Brown | Senior Vice President, Howard Head Sports Medicine Operations and Vail Health Total Joint Care |
| Thomas Totten | Attorney, Duane Morris LLP |
| Ted Sirotta | Sr. VP, Finance and CFO, Vail Health |
| Art Kelton | Member, Vail Health Board of Directors |
| Chris Jarnot | Member, Vail Health Board of Directors |
| Will Cook | CEO, Vail Health |
| Harold Dupper | SR.VP Finance, CFO, Vail Health |
| Eric Affeldt | Member, Vail Health Board of Directors |
| Justin Starzyk | Member, Vail Health Board of Directors |
| Gregory Brodek | Attorney, Duane Morris, LLP |
| James Wear | Attorney, Wear Travers Perkins LLC |
| Craig Cohn | V.P. of Real Estate Development, Vail Health |
| Nicholas Newsad | Healthcare Transaction Advisors |
| Molly Murphy | Property Coordinator, Vail Health |
| Becky Crawford | Compliance and Risk Specialist, Vail Health |
| Elaine Lundblade | Executive Assistant to Doris Kirchner, Vail Health |
| Christie Faires | Executive Assistant to Mike Shannon, Chair of Vail Health's Board of Directors |
| Tim Wise | Senior Business Projects Manager, Vail Health |
| Margie Lim-Morison | VP, Risk Management, Quality, HIM (Attorney), Vail Health |
| Kirk Rebane | Haverford Healthcare Advisors |
| Bina Patel | Deloitte |
| Scott Bonin | Deloitte |
| William Mitchell | Haverford Healthcare Advisors |
| Rick Smith | Sr. VP of Human Resources, Vail Health |
| Tanya Rippeth | Director, Human Resources, Vail Health |
| Janet Savage | Attorney, Davis Graham & Stubbs LLP |
| Daniel Pennington | President, Vail Health Foundation |
| Adam Weinstein | Haverford Healthcare Advisors |
| Fran Stinsman | Legal Assistant, Duane Morris LLP |
| Theresa Doris | Executive Assistant to the CFO, Chief Real Estate Development, Compliance Officer, Vail Health |
| Cheryl A. Dalessandro | Legal Assistant, Duane Morris LLP |
| Renee Depew | Legal Assistant, Duane Morris LLP |
| Luke O'Brien | Vice President, Howard Head Sports Medicine, Vail Health |
| Terry Schroeder | Financial Analyst, Vail Health |
| Diana Layman | Executive Assistant, Administration Offices, Vail Health |