# EXHIBIT 2

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Thursday, September 30, 2021 4:17 PM
**To:** Alan Kildow <alkildow@aol.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Deposition of Lindsay Winninger

Counsel:

Plaintiffs' last-minute unilateral cancellation of Ms. Winninger's deposition is improper.  The reason cited – a summary judgment reply brief due in a related case that Plaintiffs have known about for many weeks – is simply not a valid reason for such a last-minute unilateral cancellation.  This cancellation also represents a pattern by Plaintiffs of scheduling and then cancelling Ms. Winninger's deposition in this matter.  However, Vail Health will forego seeking relief from the Court for Plaintiffs' cancellation of the deposition if Plaintiffs commit, as you appear to do in your email below, to producing Ms. Winninger for deposition on October 7, 2021 at 9 am MT (or an alternative start time on October 7, 2021 mutually agreed upon), and confirm that she is available for at least six hours.  If Plaintiffs fail to produce Ms. Winninger for deposition on October 7, Vail Health will seek all appropriate relief from the Court, including sanctions.

**SHANNON STEVENSON ▪ Partner**

**D: 303.892.7328** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, September 30, 2021 11:59 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Deposition of Lindsay Winninger

Counsel:

1

Plaintiffs need to push the Winninger deposition from tomorrow to October 7.  Among the reasons is that Plaintiffs are filing a reply brief with respect to their summary judgment motion pending in the Eagle County action.  Please inform Mile High of the change.

Thank you in advance for your courtesy.

Alan Kildow
970-390-6675