**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

### NOTICE OF DISPOSITIVE RULING IN RELATED CASE

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") hereby notifies the Court of a dipositive ruling in *Sports Rehab Consulting LLC & Lindsay Winninger v. Vail Clinic, Inc. & Doris Kirchner*, 17CV30102 (Dist. Ct., Eagle County) ("State Case"). Vail Health previously identified the State Case as a related case pursuant to D.C.COLO.L.CIV.R. 3.2. (Dkt. 17.) In an order dated November 4, 2021, the State Court granted summary judgment for Vail Health and its former CEO, Doris Kirchner, on all of Plaintiffs' remaining claims against Vail Health and Ms. Kirchner. (*See* Ex. 1.)

As in this case, in the State Case "Plaintiffs claim[ed] that in 2016 and 2017, Defendants made defamatory statements that Winninger stole, knew about or participated in downloading, or was involved in stealing patient files from Vail Health." (*Id.* at 3.) As the State Court acknowledged, "Plaintiffs aver[red] that Defendants made these statements 'in an effort to dissuade orthopaedic clinics, doctors, and patients from using Winninger and her company's physical therapy services' and 'to drive Winninger and her company out of business to further their monopoly of physical therapy services in the Vail Valley.'" (*Id.* at 3-4.)

The State Court granted summary judgment for Vail Health and Ms. Kirchner on all of Plaintiffs' remaining claims—namely, eight defamation claims and three tortious interference clams—finding that the allegedly defamatory statements were substantially true and thus not defamatory.  (*Id.* at 1, 7-20.)  Among the Court's key findings were:

- "It is undisputed that Winninger downloaded and took patient files from Vail Health; the Court has determined that in so doing, the alleged statements that Winninger stole patient files from Vail Health are substantially true.  It is therefore indisputable that Winninger knew about and participated in downloading Vail Health patient files and was involved in stealing patient files from Health."  (*Id.* at 17.)

- "The Court finds that the alleged statements that Winninger 'had stolen patient files from Vail Health' and 'had stolen Vail Health patient files' are substantially true."  (*Id.* at 16.)

The Court also granted summary judgment for Defendants on Ms. Winninger's and Sports Rehab Consulting's three tortious interference claims, which were based on the same factual allegations. (*Id.* at 18-19.)

Following the State Court's November 4 order, only Vail Health's counterclaims and third-party claims remain in the State Case.  The State Court ordered "the parties to mediate within 60 days to discuss and possibly resolve any pending matters."  (*Id.* at 20.)

- 3 -

Respectfully submitted this 10th day of November, 2021.

                                    *s/ Shannon Stevenson*
                                    Shannon Wells Stevenson
                                    Janet A. Savage
                                    Jacqueline V. Roeder
                                    Daniel A. Richards
                                    DAVIS GRAHAM & STUBBS LLP
                                    1550 17th Street, Suite 500
                                    Denver, Colorado, 80202
                                    Telephone:  303.892.9400
                                    Facsimile: 303.893.1379
                                    Email:  shannon.stevenson@dgslaw.com
                                            janet.savage@dgslaw.com
                                            jackie.roeder@dgslaw.com
                                            daniel.richards@dgslaw.com

                                    *Attorneys for Defendant VAIL CLINIC, INC.,*
                                    *d/b/a VAIL HEALTH, a Colorado nonprofit*
                                    *corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF DISPOSITIVE RULING IN RELATED CASE was filed via CM/ECF on this 10th day of November, 2021, which will forward notice to the following:

Jesse Wiens
FAHRENHOLTZ & WIENS LLC
100 West Beaver Creek Blvd., Suite 236
Avon, CO 81620
Email: fwlawyers@gmail.com

Alan L. Kildow
790 Potato Patch Drive
Vail, CO 81657
Email: akildow@aol.com

Sonya R. Braunschweig
5501 Irving Avenue South
Minneapolis, MN 55419
Email: sonya.braunschweig@gmail.com

*s/ Shannon Stevenson*