# Exhibit 13

1

| | | |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF COLORADO | |
| 2 | | |

```
 3   SPORTS REHAB CONSULTING,     .   Case No. 19-cv-02075-WJM-GPG
     LLC, a Colorado limited      .
 4   liability company, and       .
     LINDSAY WINNINGER, an        .
 5   individual,                  .
                                  .
 6             Plaintiffs,        .
                                  .   Wayne Aspinall Federal Bldg.
 7   vs.                          .   402 Rood Avenue
                                  .   Grand Junction, CO  81501
 8   VAIL CLINIC, INC.            .
     doing business as            .
 9   VAIL HEALTH,                 .
     a Colorado nonprofit         .
10   corporation,                 .
                                  .
11             Defendants.        .   October 22, 2021
     . . . . . . . . . . . . . .  .   1:06 p.m.
12
```

**TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE**
**WILLIAM T. RUCKRIEGLE, SPECIAL MASTER**

APPEARANCES:

```
15   For the Plaintiffs:          Law Office of Allan L. Kildow
                                  By:  Allan L. Kildow
16                                By:  Sonya Braunschweig
                                  709 Potato Patch Drive
17                                Vail, CO  81657
                                  (970) 390-6675
18
     For the Defendants:          Davis Graham & Stubbs, LLP
19                                By:  Shannon Wells Stevenson
                                  By:  Daniel Richards
20                                1550 17th Street
                                  Suite 500
21                                Denver, CO  80202
                                  (303) 892-9400
22
     Court Recorder:              Clerk's Office
23                                U.S. District Court
                                  402 Rood Avenue
24                                Grand Junction, CO  81501
25
```

1  Appearances continued:

2  Transcription Service:          AB Litigation Services
                                   216 16th Street, Suite 600
3                                  Denver, CO  80202
                                   (303) 296-0017
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Proceedings recorded by electronic sound recording;
    transcript produced by transcription service.

1          (Time noted:  1:06 p.m.)

2          SPECIAL MASTER:  I see Ms. Stevenson, Mr.

3   Richards, Ms. Braunschweig.  Do we have Mr. Kildow?

4          MR. KILDOW:  We do Your Honor, but by phone.  I

5   went to the computer doctor this morning.  I spent about 45

6   minutes with him and thought that I had it fixed but I have

7   tried it three times and I still cannot get in.

8          SPECIAL MASTER:  Well we'll be with you on phone.

9          We're ready to proceed with 19CV02075, Sports

10  Rehab Consulting v. Vail Clinic dba but known as Vail Health

11  is how I think most of us address the Defendant.

12          So before we take up motion to compel number three

13  are there any updates or preliminary matters for me?  I think

14  there was going to be -- oh yes, a review of all the material

15  that was provided by Vail Health after 5:00 on Wednesday some

16  time.

17          I'm not pushing that that was actually

18  accomplished as opposed to preparing for these hearings, so

19  just let me know what's the status on that or anything else,

20  Mr. Kildow?

21          MR. KILDOW:  Your Honor, we have gone over the

22  information that was provided and I don't know how much

23  detail you want to get into but it is significantly short of

24  what was asked for and has major holes in it.

25          Vail Health has information that is 95 percent

1   the basis for privilege was articulated for each entry, which

2   generates quite a long document.  I don't think there's

3   anything inappropriate about that.  We reviewed lots, and

4   lots, and lots of documents to make our production and there

5   was a lot to put on the privilege log.

6           SPECIAL MASTER:  Mr. Kildow was saying that you

7   hadn't followed up on the re-evaluated privilege log.  Did

8   you just now say that you have?

9           MS. STEVENSON:  No, we have been working on it and

10   I think we have about three to four hours left of work to do

11   to address the concerns that they've raised.

12           SPECIAL MASTER:  Thank you.  Sounds like you were

13   finished, Ms. Stevenson?

14           MS. STEVENSON:  The only other thing I would add,

15   Your Honor, is Mr. Kildow didn't raise them in his argument

16   but in the brief it did mention a few other interrogatories

17   and I just wanted to make sure that the Court realized that

18   in those interrogatories we refer back to our answers to

19   earlier interrogatories.  We refer back to our responses to

20   interrogatories like one, two, three, and four.  And that's

21   where we answered all of these questions substantively.  I

22   just wanted to make sure that was clear.

23           SPECIAL MASTER:  You mean clear that that was your

24   position?

25           MS. STEVENSON:  Well clear that the response was

1          MR. KILDOW:  Thank you, Judge.

2          SPECIAL MASTER:  Thank you, everybody.  Have a

3   good weekend.

4          MS. STEVENSON:  Thank you.  Have a nice weekend.

5          MS. BRAUNSCHWEIG:  You too.

6          SPECIAL MASTER:  We'll be in recess.

7                (Time noted:  4:33 p.m.)

8                     *  *  *  *  *

9                      CERTIFICATE

10     I, RANDEL RAISON, certify that the foregoing is a

11  correct transcript from the official electronic sound

12  recording of the proceedings in the above-entitled matter, to

13  the best of my ability.

14

15

16  _____          November 12, 2021

17  Randel Raison

18

19

20

21

22

23

24

25