# EXHIBIT 5

Third-party discovery that occurred in Winninger v. Kirchner, et al. (Case No. 2017CV030102)

| Date | Third-Party Discovery |
|---|---|
| April 17, 2018 | Subpoena to Attend and Produce to Dan Drawbaugh |
| May 24, 2018 | Subpoena to Produce to Cyopsis |
| May 25, 2018 | Subpoena to Appear to David Penrod |
| June 14, 2018 | Subpoena to Appear and Produce to David Penrod |
| June 14, 2018 | Subpoena to Produce to Mark Lacis |
| June 18, 2018 | Subpoena to Appear to Mark Lacis |
| September 4, 2018 | Subpoena to Attend and Produce to Kelly Adair (previously filed April 17, 2018, July 9, 2018 and August 2, 2018) |
| September 4, 2018 | Subpoena to Attend and Produce to Marc Philippon, MD (previously filed April 17, 2018 and August 2, 2018) |
| October 1, 2018 | Subpoena to Attend and Produce to Al Perkins (previously filed September 4, 2018) |
| May 31, 2019 | Amended Subpoena to Produce to Douglas Clayton (previously filed April 11, 2019) |
| November 6, 2019 | Subpoena to Produce to Axis Sports Medicine, LLC |
| November 6, 2019 | Subpoena to Produce to Proaxis Denver, LLC dba ATI Physical Therapy |
| November 6, 2019 | Subpoena to Produce to Eugene Hagerman |
| November 6, 2019 | Subpoena to Produce to Steve Stalzer |
| January 30, 2020 | Subpoena to Produce to Caplan & Earnest |
| January 30, 2020 | Subpoena to Produce to Fennemore Craig, P.C. |
| February 25, 2020 | Subpoena to Produce to Dirk Kokmeyer |
| February 25, 2020 | Subpoena to Produce to Joseph Pharez |
| February 28, 2020 | Amended Subpoena to Produce to Dirk Kokmeyer |
| February 28, 2020 | Subpoena to Produce to EX Vail LLC dba Four Seasons Resort and Residences Vail |
| February 28, 2020 | Subpoena to Produce to John Atkins |
| February 28, 2020 | Subpoena to Produce to Paul Bersagel |
| February 28, 2020 | Subpoena to Produce to Amy Potter |
| February 28, 2020 | Subpoena to Produce to John Cole |
| February 28, 2020 | Subpoena to Produce to Kristen Stangel |
| February 28, 2020 | Subpoena to Produce to Mark Herron |
| March 12, 2020 | Subpoena to Appear to Victoria Bartel |
| March 26, 2020 | Subpoena to Appear to Kristen Stangel |
| April 1, 2020 | Subpoena to Produce to Lindsey Vonn |
| April 7, 2020 | Subpoena for 30(b)(6) Deposition and to Produce to Enterprise Knowledge Partners, LLC |
| April 7, 2020 | Third Amended Subpoena to Appear and Produce to Chris Brinkworth (previously filed April 7, 2020) |
| April 9, 2020 | Minnesota Subpoena to Appear and Produce to Chris Brinkworth |
| April 23, 2020 | Subpoena for Deposition and to Produce to David Penrod |
| May 6, 2020 | Minnesota Subpoena to Appear and Produce to Enterprise Knowledge Partners, LLC (previously filed April 9, 2020 and April 22, 2020) |
| May 22, 2020 | Subpoena to Produce to Arthur Cobb |
| June 2, 2020 | Subpoena to Produce to David Penrod |
| June 2, 2020 | Subpoena to Produce to Harold R. Bruno, III |

| Date | Third-Party Discovery |
| --- | --- |
| June 2, 2020 | Subpoena to Produce to Taft Stettinius & Hollister LLP (previously filed May 15, 2020) |
| June 3, 2020 | Minnesota Subpoena to Produce to Arthur Cobb |
| June 4, 2020 | Subpoena to Produce to Robert Kelso |
| June 22, 2020 | Subpoena to Produce to Craig Bernard |
| June 26, 2020 | Subpoena to Appear to Craig Bernard |

4884001.2