# EXHIBIT 31

| | |
|---|---|
| **From:** | Richards, Daniel |
| **Sent:** | Wednesday, November 3, 2021 5:28 PM |
| **To:** | sonya braunschweig; Stevenson, Shannon; Roeder, Jackie |
| **Cc:** | Alan Kildow; Terry Ruckriegle |
| **Subject:** | RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral |
| **Attachments:** | Plaintiffs' November 2, 2021 List for Meet and Confer [19-2075].docx |

Counsel:

Following the hearings with Judge Ruckriegle, Vail Health understood that Plaintiffs would submit in good faith a list of discrete areas on which they seek additional discovery.  Plaintiffs also represented to the Court in their October 29, 2021 motion to modify the scheduling order that the parties need just "a bit more time" to resolve outstanding discovery disputes and that Plaintiffs were "optimistic that a significant number of the discovery issues can be resolved by the parties themselves."

Yesterday, Plaintiffs sent Vail Health a twelve-page, single-spaced chart raising scores of purported issues regarding Vail Health's document production and interrogatory responses.  Not only does Plaintiffs' chart raise nearly all of the purported discovery issues that were the subject of Plaintiffs' motions to compel, but it also raises new issues that were not addressed in Plaintiffs' motions to compel.  Moreover, Plaintiffs raised only a very small subset of the issues in their chart during the 7.5 hours of discovery hearings before the Special Master.  We do not believe Judge Ruckriegle held nearly a full day of discovery hearings only for Plaintiffs to re-raise nearly every dispute raised in Plaintiffs' motions to compel.

Even responding to the myriad issues Plaintiffs have raised in their November 2 chart imposes unreasonable burdens on Vail Health, let alone performing all searches, pulling all data, and supplementing all discovery responses referenced in the chart.  Vail Health requests that Plaintiffs submit a revised chart identifying a discrete, reasonable number of issues on which Plaintiffs seek further discovery, consistent with Plaintiffs' statements at the hearing before the Special Master and Judge Martinez's admonition that Plaintiffs shall not "multiply the proceedings."  (Dkt. 113 at 4.)  If Plaintiffs are unwilling to do so, Vail Health reserves its right to move for a protective order.

**DANIEL RICHARDS ▪ Associate**

D: 303.892.7452  ▪  vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

---

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Tuesday, November 2, 2021 4:38 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Counsel,

Attached is Plaintiffs' November 2, 2021 list per the Special Master's Order, which is in Word so that you can easily draft your position. We were unable to fully address certain issues, as we just received the revised privilege log a few hours ago and still have not received the search term list.  We have, however, included those issues in the attached chart.

If you have any questions, please let us know.

Best regards,

Sonya

2