# EXHIBIT 34

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO<br>Court Address:<br>885 CHAMBERS AVENUE, P.O. BOX 597, EAGLE, CO, 81631-0597<br><br> LINDSAY WINNINGER et al.<br>v.<br> DORIS KIRCHNER et al. | DATE FILED: September 14, 2020 9:16 AM<br>CASE NUMBER: 2017CV30102<br><br>⚠ **COURT USE ONLY** ⚠<br><br>Case Number: 2017CV30102<br>Division: 3     Courtroom: |
| **Order re: Plaintiff's Motion to Extend** ||

The Court has carefully considered the Motion to Extend. The Court agrees that Plaintiff has had far more extensions than most or possibly any other case. However, each case is different and must be considered separately. In the case at bar, the Court finds the following argument from Plaintiff's Reply persuasive:

"Given that the hearing before the Special Master next week is scheduled for the same day as Plaintiffs' opposition to the summary judgment motion"that is, September 15"here is good cause to extend the time for Plaintiffs' to respond to the summary judgment motion for a short two weeks. In this way, Plaintiffs will have the opportunity to incorporate arguments related to that discovery in its opposition without the need to seek permission to file a supplemental memorandum. The two-week extension does not prejudice any party, particularly given that Plaintiffs timely raised the discovery issue well before the September 15 deadline."

Plaintiffs are hereby given an additional two weeks to respond to Defendants' summary judgment motion up through and including September 29, 2020.

Issue Date: 9/14/2020

*[Signature]*

RUSSELL HOLTON GRANGER
District Court Judge