# EXHIBIT 36

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**DECLARATION OF ELIZABETH HEROTA PURSUANT TO 28 U.S.C. § 1746**

I, Elizabeth Herota, do hereby declare as follows:

1. I am an employee of the defendant in this case, Vail Clinic, Inc. d/b/a Vail Health ("Vail Health"). My current position with Vail Health is Senior Director, Compliance & Privacy.

2. Vail Health is a nonprofit community hospital.

3. Vail Health's primary mission is to provide high-quality medical services to residents of and visitors to Colorado mountain communities.

4. Physical therapy is just one of many services offered by Vail Health and its affiliates, which include behavioral health, cancer diagnosis and care, cardiovascular care, childbirth, dermatology, emergency services, endocrinology, family medicine, vaccinations, gastroenterology, geriatrics, medical imaging, internal medicine, neurosurgery, OB-GYN, ophthalmology, orthopedics, pediatrics, primary care, pulmonology, respiratory care, and urology—among others.

5. Vail Health does not have an in-house legal department.

6. Thus, each request for discovery, particularly requests that involve pulling data from Vail Health's medical records and financial systems, requires removing Vail Health employees from their important mission of ensuring quality and innovative medical care is provided to patients.

7. Since Ms. Winninger and Sports Rehab Consulting LLC ("SRC") filed their initial complaint in April 2017, Vail Health employees have spent countless hours assisting counsel in responding to discovery requests of Ms. Winninger and SRC.

8. For example, Vail Health personnel spent more than 60 hours pulling and validating more than 1 million rows of encounter-level data from November 2013 through the present from Vail Health's current and legacy medical records systems.  The team tasked with pulling this data had to delay projects directly relevant to patient care, including multiple application implementations and data reporting projects regarding behavioral health, suicide ideation reports, immunization data reporting, and medical imaging.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2021.

_____
Elizabeth Herota