# EXHIBIT 41

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Tuesday, September 29, 2020 2:40 PM |
| **To:** | Stevenson, Shannon |
| **Cc:** | Savage, Janet; Roeder, Jackie; Richards, Daniel; fwlawyers@gmail.com |
| **Subject:** | RE: SRC v. Vail Health - revised proposed scheduling order |

Shannon:

The typo in 9.g should indeed be changed to December 2, 2020. With respect to Defendants' responses to the RFPs, we will agree to 10/9. *However*, we do not agree that service was effective as of 9/9/20. How you could have come up with that date is beyond me, but I would be willing to listen to any explanation you could provide me. The RFPs were served on 10/7/19. There had been a Rule 26(f) conference by then and there was no order in place at that time to stay discovery. Vail Health has therefore waived all objections and we expect production on that day; that is, 10/9/20. If you do not agree to produce the documents at that time, please tell me now so we can make appropriate arrangements. If you wish to contest this, so be it.

If Vail Health is willing to *seriously* discuss the scheduling dates, I will be available at 4:00 MDT today and you can call me at 970-390-6675. If not, then lets not waste each other's time. I well understand that you are not an independent agent here and that you are subject to the spell of Ms. Savage. But we are very serious about this case and have thoroughly thought through the schedule we have proposed. So whatever the Magistrate thinks, this is an antitrust case and it will take time to put it together, especially considering all of the 3rd parties that will be involved and will soon be served with subpoenas. If he disagrees, perhaps Judge Martinez will have other thoughts. We shall see.

So just let me know. I will be here.

Alan Kildow
970-390-6675

---

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Tuesday, September 29, 2020 1:45 PM
**To:** Alan Kildow <Alkildow@aol.com>
**Cc:** Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Subject:** SRC v. Vail Health - revised proposed scheduling order

Alan:

The magistrate judge asked us to submit a revised proposed scheduling order today, reflecting any additional agreements we were able to work out. I reviewed the Scheduling Order and noticed one area in section 6.f where you stated that we have not provided a date for responding to your discovery requests. Defendants had agreed to treat those as served on 9/9 (see my attached email), which makes the responses due 10/9. So, I added a sentence in red-line regarding that in the attached document.

Also, there is a typo in section 9.g, which I have highlighted in the attached document. You say "Plaintiffs propose that requests for production and requests for admission be served by December 2, 2019." I assume that you meant 2020. If so, we are only about one month apart on that deadline. Let me know if you want to discuss an agreed deadline for that one.

1

Otherwise, I'm not sure there's too much else we can reach agreement on now, but if you want to discuss let me know.

**SHANNON WELLS STEVENSON ▪ Partner**

P: 303.892.7328 ▪ F: 303.893.1379 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.