# EXHIBIT 2

```
                                                                    1

 1                      UNITED STATES DISTRICT COURT
                            DISTRICT OF COLORADO
 2

 3   SPORTS REHAB CONSULTING,      .   Case No. 19-CV-02075-WJM-GPG
     LLC, a Colorado limited       .
 4   liability company, and        .
     LINDSAY WINNINGER, an         .
 5   individual,                   .
                                   .
 6              Plaintiffs,        .
                                   .   Wayne Aspinall Federal Bldg.
 7   vs.                           .   402 Rood Avenue
                                   .   Grand Junction, CO  81501
 8   VAIL CLINIC, INC.             .
     doing business as             .
 9   VAIL HEALTH,                  .
     a Colorado nonprofit          .
10   corporation,                  .
                                   .
11              Defendants.        .   March 30, 2021
     . . . . . . . . . . . . . . .     2:01 p.m.
12
             TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
13          GORDON P. GALLAGHER, UNITED STATES MAGISTRATE JUDGE

14   APPEARANCES:

15   For the Plaintiffs:          Law Office of Allan L. Kildow
                                  By:  Allan L. Kildow
16                                709 Potato Patch Drive
                                  Vail, CO  81657
17                                (970) 390-6675

18   For the Defendants:          Davis Graham & Stubbs, LLP
                                  By:  Shannon Wells Stevenson
19                                By:  Daniel Richards
                                  1550 17th Street
20                                Suite 500
                                  Denver, CO  80202
21                                (303) 892-9400

22   Court Recorder:              Clerk's Office
                                  U.S. District Court
23                                402 Rood Avenue
                                  Grand Junction, CO  81501
24
     Also Present:                Caitlin Grimmer
25
```

6

1  pending the Court's resolution of the Colorado River motion
2  and said no discovery obligations until, you know, there's a
3  scheduling order entered.  And then as soon as we had our
4  scheduling conference back in the fall, I believe it was the
5  fall of 2020, we immediately provided our responses.  And I
6  believe that was consistent with everything the Court had
7  ordered all along.
8           THE COURT:  All right.  Any response to that, Mr.
9  Kildow, of any sort?
10          MR. KILDOW:  I do, Your Honor.
11          THE COURT:  Okay.  Go ahead.
12          MR. KILDOW:  The response is that they filed, I
13 believe October 7th, were not responsive to Judge Martinez's
14 order.  He lifted the stay on, I believe, August 26th, 27th,
15 28th, at least at the end of August.  So we have a federal
16 judge, federal court judge who has lifted the stay, and they
17 waited about six weeks to respond.  So I believe that they
18 have waived their objections.
19          THE COURT:  All right.  Give me just a moment,
20 please.  I want to take one more look at Exhibit D before
21 issuing an order here from the bench on this.
22      (Brief pause)
23          THE COURT:  All right.  In ruling on the issue of
24 whether there has been a waiver as to the objections here,
25 essentially the idea of an objection to not responding, I've

```
 1   taken into account and incorporate the course of the record
 2   made over this case, as well as my review of the specific
 3   entries of CMECF, and of Defendant's Exhibit D, attached to
 4   the discovery dispute here.
 5              On January 28th of 2020, I held a scheduling
 6   conference where I addressed discovery, the limits and the
 7   deadlines as it pertains to the eventual scheduling order,
 8   but I waited to issue a scheduling order until the stay
 9   question was decided.  That is memorialized at Docket Entry
10   48.
11              On April the 21st of 2020, I granted a motion to
12   stay discovery pending resolution of Vail Health's pending
13   motion to dismiss pursuant to Rule 12(b)(6) and a motion to
14   dismiss for stay pursuant to the Colorado River doctrine, as
15   noted at Docket Entry 53.
16              And on August the 21st of 2020, the motion to
17   dismiss was denied, as is noted at Docket 55, entered by
18   Judge Martinez, and at that point time referring the matter
19   back to me for a scheduling conference and other appropriate
20   proceedings.
21              Then on October the 9th of 2020, I issued the
22   scheduling order, which is found at Docket Entry Number 71.
23              On October the 7th of 2019, the plaintiff served
24   their first set of requests for production, which is Exhibit
25   1 herein, and there's an argument that Vail Health, made by
```

1   plaintiffs, that Vail Health has waived all objections by not
2   responding.  However, the procedural history that I just set
3   forth factors into that timing in terms of the requests.
4           I've also reviewed *Pham versus Hartford Fire*
5   *Insurance Company*, which is found at 193 F.R.D. 659, a
6   district of Colorado case from 2000, which discusses
7   objections asserted in the first 71 days after service, and
8   also discusses an issue regarding good cause for any delay.
9           Here, I do find specifically that there was good
10  cause for any delay in responses.  That good cause has been
11  shown by the course of this case in the record that the Court
12  just discussed, and based on that, Vail Health has not waived
13  its right to object.  I will proceed with the discovery
14  dispute hearing, the substantive, which we need to now dive
15  into.
16          And let me go back to the chart here and we'll
17  discuss these.  Some of these are ripe for treatment going
18  through one by one, some of these I have specific issues that
19  I want to address as we go forward.  I expect that as to the
20  rest of the discovery dispute issues that I'm going to be
21  dealing with today, the specific discovery disputes, that
22  those will be ruled on by way of a written order which will
23  be forthcoming following this hearing in an appropriate
24  period of time.
25          So let me turn to request for production number