# EXHIBIT 13

Case No. 1:19-cv-02075-WJM-SKC   Document 230-12   filed 11/19/21   USDC Colorado   pg 1 of 2

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Monday, May 24, 2021 8:49 AM |
| **To:** | Stevenson, Shannon |
| **Cc:** | Alan Kildow; Jesse Wiens; Richards, Daniel; Roeder, Jackie; Savage, Janet |
| **Subject:** | Sports Rehab v Vail Health—deposition scheduling |

Ms. Stephenson,

We would like to schedule the following depositions:

Mary Crumbaker on June 8
Will Cook on June 10
Jason (identified in the Brown PowerPoint) on June 15
Don Auten on June 18
Dan Drawbaugh on June 24
Charlie Crevling on July 7

As to former employees Doris Kirchner and Nico Brown, please tell us whether you continue to represent those individuals. We would like to schedule their depositions as follows:

Doris Kirchner during the week of July 19
Nico Brown during the week starting July 6-13

Additionally, we have third parties to schedule, including Anthem/Blue Cross Blue Shield, United HealthCare, Medicare, and DORA.

Finally, please confirm whether you will accept service of a subpoena duces tecum on Davis Graham and a subpoena of Ms. Savage for a deposition.

This list is not meant to be exhaustive of all individuals who we wish to depose, and we reserve the right to identify additional deponents.

Best regards,

Sonya