# EXHIBIT 14

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Tuesday, June 29, 2021 10:42 AM |
| **To:** | Stevenson, Shannon; Richards, Daniel; Roeder, Jackie; Savage, Janet |
| **Cc:** | Alan Kildow; Jesse Wiens |
| **Subject:** | Re: Sports Rehab v Vail Health--Case No. 19-cv-02075--Luke O'Brien. |

Counsel,

We have not yet heard anything from you about the deposition of Luke O'Brien. Additionally, Plaintiffs seek to take the deposition of Ted Sirotta. Are you representing him?

Best regards,

Sonya

On Wed, Jun 23, 2021 at 9:08 AM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:
> Counsel,
>
> Please confirm whether you will be representing Luke O'Brien, as we would like to take his deposition sometime during the weeks of July 12 or 19.  If you are representing him, please confirm whether you will accept service of a subpoena and provide a date for his deposition.  If not, please provide us Mr. O'Brien's contact information, which at our previous meet and confer you stated would be provided but has not been yet.
>
> Best regards,
>
> Sonya

1