# EXHIBIT 17

Deposition of:  C. Crevling
Date:  July 22, 2021
**Exhibit 14**
Mile High Court Reporting

# Vail Health Services

Independent Auditor's Report and Consolidated Financial Statements

October 31, 2013 and 2012

# Vail Health Services

## October 31, 2013 and 2012

## Contents

**Independent Auditor's Report on Consolidated Financial Statements and Supplementary Information** .................................................................... 1

**Consolidated Financial Statements**

Balance Sheets ........................................................................................................................... 3

Statements of Operations ........................................................................................................... 4

Statements of Changes in Net Assets ........................................................................................ 5

Statements of Cash Flows .......................................................................................................... 6

Notes to Financial Statements ................................................................................................... 8

**Supplementary Information**

Balance Sheet – 2013 Consolidating Information ................................................................... 34

Statement of Operations – 2013 Consolidating Information .................................................. 36

Statement of Changes in Net Assets – 2013 Consolidating Information ............................... 37



# Independent Auditor's Report on Consolidated Financial Statements and Supplementary Information

Board of Directors
Vail Health Services
Vail, Colorado

We have audited the accompanying consolidated financial statements of Vail Health Services (the Organization), which comprise the balance sheets as of October 31, 2013 and 2012, and the related statements of operations, changes in net assets and cash flows for the years then ended, and the related notes to the financial statements.

### Management's Responsibility for the Financial Statements

Management is responsible for the preparation and fair presentation of these consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### Auditor's Responsibility

Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on the auditor's judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.



Board of Directors
Vail Health Services

*Opinion*

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Organization as of October 31, 2013 and 2012, and the results of its operations, the changes in its net assets and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Supplementary Information*

Our audits were conducted for the purpose of forming an opinion on the consolidated financial statements as a whole. The consolidated balance sheets, statements of operations and changes in net assets information listed in the table of contents is presented for purposes of additional analysis and is not a required part of the consolidated financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the consolidated financial statements. The information has been subjected to the auditing procedures applied in the audit of the consolidated financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the consolidated financial statements or to the consolidated financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the consolidated financial statements as a whole.

*BKD, LLP*

Colorado Springs, Colorado
February 21, 2014

2