# EXHIBIT 18

Deposition of:   Charles Crevling - July 22, 2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:19-CV-02075-WJM-GPG

_____

VIDEOCONFERENCE DEPOSITION OF CHARLES CREVLING
July 22, 2021

_____

SPORTS REHAB CONSULTING LLC, a Colorado limited
liability company, and LINDSAY WINNINGER, an
individual,

    Plaintiffs,

V.

VAIL CLINIC, INC. D/B/A VAIL HEALTH, a Colorado
nonprofit corporation,

    Defendant.

_____

      PURSUANT TO NOTICE, the videoconference deposition of CHARLES CREVLING, called for examination by the Plaintiffs herein, was taken with all parties appearing via videoconference, commencing at 9:33 a.m., on Thursday, July 22, 2021, taken before Jennifer Bajwa Melius, a Verbatim Stenographic Reporter and Registered Professional Reporter.

Deposition of: Charles Crevling - July 22, 2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health

93

1     A.    It goes way back.
2     Q.    -- the '60s.  The '60s probably.
3     A.    I can't answer that.
4     Q.    A long way.  A long way.
5     A.    Yes.
6     Q.    It wasn't renewed or changed any time
7  that you were the CFO that you're aware of?
8     A.    The Medicare was never lost, so there
9  was never any need to renew it.  If you opened a new
10 facility, you would add that facility to the Medicare
11 contract, if you will.
12    Q.    Oh, okay.  Very well.
13          And when you submitted that cost report
14 to Medicare, what was the periodic time frame within
15 which you submitted them?  Was it an annual,
16 semiannual, biannual basis?
17    A.    They're annual.
18    Q.    Okay.  Was it submitted before or after
19 the end of the fiscal year?
20    A.    After.
21    Q.    Okay.  And did -- is that something that
22 Vail Health and your group did or did you have an
23 outside vendor or what?
24    A.    BKD was our audit firm, and they also
25 put together the cost reports from the -- obviously,

Deposition of:  Charles Crevling - July 22, 2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health

94

1   we're supplying information to them, but BKD took that
2   responsibility.  When I first started there was
3   another firm initially, which I don't even recall.
4        Q.   Okay.  When the cost report is done, do
5   you store -- I presume that that's an important
6   document that's maintained in the files of Vail
7   Health?
8        A.   Yeah.  Those copies are kept.
9        Q.   Okay.  Who -- is that in the finance
10  department that you'd keep them?
11       A.   The accounting --
12            MR. RICHARDS:  Objection to foundation.
13       A.   The accounting department would have a
14  copy of that, as would BKD, obviously.
15       Q.   (By Mr. Kildow)  Yeah.  When the cost
16  report was submitted, was that for the -- for Vail
17  Health as a total entity, or was it broken out by
18  department?
19       A.   There's no department cost report.  It's
20  under the legal entity.
21       Q.   Okay.  What about for outpatient
22  services?  Is that different?
23       A.   It is not different.
24            MR. RICHARDS:  Objection to form.
25       A.   It is not different.

Deposition of: Charles Crevling - July 22, 2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health

97

1    Q.    Okay.  It was a -- BKD is the people
2    that I really need to talk to about how they actually
3    went about that cost allocation?
4    A.    They could tell you what the -- how
5    Medicare does that.
6    Q.    And how they did it for Vail Health and
7    reporting to Medicare?
8    A.    That's what we're talking about.
9    Q.    Yeah.  When you were talking about
10   pricing, when we were talking about pricing before,
11   there's an issue that's come up called the
12   chargemaster.  And the chargemaster's been kind of a
13   big issue in the popular press and literature.  What
14   role, if any, did the chargemaster pay in the pricing
15   of services at Vail Health?
16         MS. EISELEIN:  Objection.  Form.
17   A.    Well, that's kind of asked and answered.
18   So the chargemaster contains the chargeable items
19   broken out, right?  So the CPTs or different
20   procedures or whatever.  And the pricing is attached
21   to those chargeable items that are in the
22   chargemaster.
23   Q.    (By Mr. Kildow)  Okay.  The chargemaster
24   is not the Wizard of Oz who sits behind the curtain
25   and decides.  It's really information loaded onto a