# EXHIBIT 20

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Wednesday, October 13, 2021 1:14 PM |
| **To:** | Stevenson, Shannon; Roeder, Jackie; Richards, Daniel |
| **Cc:** | 'sonya braunschweig' |
| **Subject:** | Sports Rehab v. Vail Health [No. 19-2075] |

Counsel,

In Vail Health's four oppositions to Plaintiffs' motions to compel, Vail Heath has made a number of assertions about the document production in the Eagle County action, as well as Vail Health's search for documents in the federal action.  As to the federal action, Vail Health has asserted, in one form or another, that it has produced "extensive documents" and conducted "a reasonable" or "diligent search" using "reasonable search terms." No affidavit was produced supporting those contentions.

In light of Vail Health's representations, Plaintiffs request the following:

- Please identify how you have calculated the 65,000 pages of discovery in the Eagle County action, including how many documents Vail Health produced separate from the Cimino documents or any "purported" matches to Cimino's or Winninger's documents.
- Please identify by bates number the "extensive" documents you contend from the Eagle County action that are relevant to the antitrust issues addressed in Plaintiffs' motions to compel.
- Please identify the search terms used and the custodians searched to identify responsive documents.

We look forward to your timely response.

Alan Kildow

970-390-6675