# EXHIBIT 22

| | |
|---|---|
| **From:** | Stevenson, Shannon |
| **Sent:** | Monday, October 11, 2021 10:09 AM |
| **To:** | Alan Kildow; Roeder, Jackie; Richards, Daniel |
| **Cc:** | 'sonya braunschweig'; fwlawyers@gmail.com; Savage, Janet |
| **Subject:** | RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Proposed Amendment to Amended Scheduling Order |

We oppose the motion.

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, October 11, 2021 10:03 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Proposed Amendment to Amended Scheduling Order

Counsel:

Please provide us with Vail Health's position with respect to a motion to amend the scheduling order as set forth in my previous e-mail.

Alan Kildow
970-390-6675

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Wednesday, October 6, 2021 4:01 PM
**To:** Alan Kildow <alkildow@aol.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Proposed Amendment to Amended Scheduling Order

Sorry to be unclear – I am asking, what is the nature of your proposed amendment to the complaint?

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, October 6, 2021 3:44 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Proposed Amendment to Amended Scheduling Order

Counsel:

The nature of the issues for the proposed amendment to the scheduling order are clear in my e-mail.  What do you need to know about the nature of those issues?

Alan Kildow

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Wednesday, October 6, 2021 3:04 PM
**To:** Alan Kildow <alkildow@aol.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com; Savage, Janet <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab Consulting LLC, et al. v. Vail Health--Proposed Amendment to Amended Scheduling Order

Counsel –

Can you let us know the nature of your proposed amendment?

Thank you,

**SHANNON STEVENSON ▪ Partner**

**D: 303.892.7328** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, October 6, 2021 10:51 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Subject:** Sports Rehab Consulting LLC, et al. v. Vail Health--Proposed Amendment to Amended Scheduling Order

Counsel:

Plaintiffs are of the opinion that the amended scheduling order must be amended again, the reasons being obvious enough. Plaintiffs would like to know whether a motion proposing the following schedule would be opposed by Vail Health:

- Deadline for motions to amending pleadings: November 15, 2021
- Discovery deadline: December 31, 2021
- Affirmative expert disclosures: January 31, 2022
- Rebuttal expert disclosures: February 28, 2022
- Dispositive motion deadline: March 31, 2022

If there is agreement on amending the amended scheduling order but disagreement with any part of the suggested dates above, please indicate your suggested dates. As you can see from the proposal above, based on recent discovery

2

Plaintiffs intend file a motion to amend their amended complaint.  We will appreciate your timely response to this request.

Alan Kildow
970-390-6675

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.