# EXHIBIT 23

Depositions that occurred in Winninger v. Kirchner, et al. (Case No. 2017CV030102)

| Date | Deponent |
| --- | --- |
| June 8, 2018 | Craig Bernard |
| June 8, 2018 | David Penrod |
| June 25, 2018 | Mark Lacis |
| June 26, 2018 | Nico Brown |
| June 26, 2018 | Mary Crumbaker |
| June 26, 2018 | Ryan Kolczak |
| June 26, 2018 | Luke O'Brien |
| June 29, 2018 | Lindsay Winninger |
| July 2, 2018 | David Penrod |
| July 19, 2018 | Nico Brown |
| July 23, 2018 | David Cimino |
| July 25, 2018 | Michael Shannon |
| August 28, 2018 | Dan Drawbaugh |
| August 30, 2018 | Doris Kirchner |
| September 11, 2018 | Michael Shannon |
| September 12, 2018 | Kelly Adair |
| September 27, 2018 | March Philippon |
| October 9, 2018 | Al Perkins |
| October 30, 2018 | Lindsay Winninger |
| October 31, 2018 | Nico Brown |
| October 31, 2018 | Thomas Olson |
| December 21, 2018 | Brad Schoenthaler |
| May 29, 2019 | Tanya Rippeth |
| October 13, 2019 | Brad Schoenthaler |
| March 2, 2020 | Darrell Messersmith |
| March 11, 2020 | Lindsay Winninger |
| March 24, 2020 | David Cimino |
| March 25, 2020 | Nico Brown |
| March 27, 2020 | Ryan Kolczak |
| April 2, 2020 | Brad Schoenthaler |
| April 14, 2020 | Brad Schoenthaler |
| April 15, 2020 | Terry Cipoletti |
| April 30, 2020 | David Penrod |
| May 7, 2020 | Mary Franz |
| May 20, 2020 | Lindsay Winninger |
| June 15, 2020 | Lindsay Winninger |
| June 17, 2020 | Dan Drawbaugh |
| June 18, 2020 | Geoff Gray |
| July 21, 2020 | Victoria Bartel |
| July 28, 2020 | Craig Bernard |
| July 28, 2020 | Arthur Cobb |
| October 7, 2020 | Lisa Herota |
| February 16, 2021 | Brenda Beairsto |

4883998.1