IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 19-CV-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado nonprofit corporation d/b/a Vail Health,

    Defendant.

## MINUTE ORDER

On October 25, 2021, the Special Master entered a Minute Order based upon the two half-day hearings conducted on October 21-22, 2021.  (*See* D. 202). [1]  During the hearings, it came to light that certain answers, information, and materials, which were the subject of the Motions to Compel Nos. 1-4, may have been produced since the filing of the Motions.  Therefore, the Order directed the parties through counsel to Plaintiffs to itemize those materials still requested by November 2, 2021, which was done.  Defendants were given until November 21, 2021, to respond in writing, which was not done.  Counsel was specifically directed to reasonably confer by November 19, 2021, in the manner and vein (meaning directly, and not by email) that the Special Master had outlined at the hearing.  Plaintiffs and Defendants exchanged numerous emails during

---

[1] "(D. 202)" is an example of the stylistic convention used to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  This convention is used throughout this Order.

1

that time but never actually conferred in the fashion directed by the Special Master. Plaintiffs identified some dates and times to have conferral calls, but Defendants did not respond and did not confer by call. Instead, Defendants filed a motion for protective order and opposition to Plaintiffs' motion to modify the scheduling order. The parties were directed to report the results of the conferrals and matters resolved along with identification of matters they request the Special Master to rule on by November 24, 2021.

On Sunday, November 21, 2021, counsel for Defendants emailed opposing counsel first referencing the motions filed but failed to explain why they had not conferred pursuant to the Minute Order. Counsel did then offer three times for conferral this week. In hopes of a productive conferral coming about, and in light of the Thanksgiving holiday, the Special Master will extend the deadline for reporting the results of the conferral, including Motion to Compel No. 5 to November 29, 2021. Counsel is further directed to submit proposed orders with findings and conclusions regarding those answers, information, and materials not resolved and still requested by December 6, 2021.

SO ORDERED.[2]

Dated at Grand Junction, Colorado this November 22, 2021.

_W. Terry Ruckriegle_
W. Terry Ruckriegle
Special Master

---

[2] The parties are notified that within 21 days of service of a copy of the Order, Report, or Recommendation, they may file written objections pursuant to Federal Rule of Civil Procedure 53(f)(2). (*See* D. 123, p. 2). All such objections will be resolved by Magistrate Judge Gallagher. If no objections are filed within the twenty-one-day period, the Court may adopt the Order, Report, or Recommendation in whole.