**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**DEFENDANT VAIL HEALTH'S MOTION TO PLACE EXHIBITS
UNDER FILING RESTRICTIONS**

    Pursuant to Fed. R. Civ. P. 5.2 and D.C.COLO.LCivR 7.2, Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") moves to place Level 1 filing restrictions on Exhibit 4 filed with Vail Health's Response to Plaintiffs' Rule 37 Motion to Compel #5 Relating to Documents in Vail Health's Privilege Log or Alternativity, *in Camera* Review at Vail Health's Cost ("Vail Health's Response") (Dkts. 213-214). In support of this motion, Vail Health states as follows:

    <u>Pursuant to D.C.COLO.LCivR 7.1(a), Vail Health's counsel conferred with Plaintiffs' counsel between November 20 and 22, 2021. Plaintiffs represent that they "oppose that the exhibit should be restricted, but we will not be filing an opposition" to this motion "at this time."</u> (Ex. 1, November 20 – 22, 2021 Conferral Emails.)

    1.    Exhibit 4 to Vail Health's Response, Dkt. 214, is a November 14, 2015 letter from an appraisal firm to Doris Kirchner, then-Chief Executive Officer of Vail Health. This letter contains a detailed description of the appraisal firm's proposed methodology for conducting a business valuation of Howard Head Sports Medicine, along with information concerning the terms

of engagement. This document was previously included in Vail Health's Motion to Place Exhibits Under Filing Restrictions. (Dkt. 143.) On November 17, 2021, this Court entered an Order granting Vail Health's Motion in relevant part and maintaining Level 1 filing restrictions on this document. (Dkt. 224.)

2. Accordingly, for the reasons set forth in Vail Health's prior Motion to Restrict (Dkt. 143), Vail Health respectfully requests that this Court continue to maintain this document at a Level 1 filing restriction, as it did in its November 17, 2021 Order. (Dkt. 224.)

Respectfully submitted this 22nd day of November, 2021.

*s/ Shannon Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
         janet.savage@dgslaw.com
         jackie.roeder@dgslaw.com
         daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*