# EXHIBIT 1

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Date:** November 22, 2021 at 8:41:53 AM CST
**To:** "Richards, Daniel" <Daniel.Richards@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>, "Roeder, Jackie" <Jackie.Roeder@dgslaw.com>, "Stevenson, Shannon" <Shannon.Stevenson@dgslaw.com>
**Subject: Re: SRC v. Vail Health: Conferral Regarding Motion to Restrict**

Counsel,

We oppose that the exhibit should be restricted, but we will not be filing an opposition to your request at this time.

Best regards,

Sonya

On Mon, Nov 22, 2021 at 7:53 AM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

Counsel:


Exhibit 4 to Vail Health's Response to Plaintiffs' Motion to Compel #5 is VH_Fed_00002032 – 2040, which was previously included as Exhibit 18 to Plaintiffs' Motion to Compel #2.  Vail Health filed a motion to restrict Exhibit 18 to Plaintiffs' Motion to Compel #2, and the Court granted the motion to restrict.  Accordingly, the Court's order restricting Exhibit 18 to Plaintiffs' Motion to Compel #2 should apply equally to Exhibit 4 to Vail Health's Response to Plaintiffs' Motion to Compel #5.  Please confirm that Plaintiffs do not oppose the motion to restrict in light of the Court's prior order.


**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452 ▪** vcard
**Davis Graham & Stubbs LLP**

1

1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Richards, Daniel
**Sent:** Saturday, November 20, 2021 9:49 PM
**To:** Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** SRC v. Vail Health: Conferral Regarding Motion to Restrict

Counsel:

Vail Health intends to file a motion to restrict relating to Exhibit 4 to Vail Health's Response to Plaintiffs' Motion to Compel #5. This motion is due on Monday. We would appreciate you letting us know whether you intend to oppose this motion.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.