# Exhibit 1

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, November 10, 2021 12:01 PM |
| **To:** | Stevenson, Shannon; Richards, Daniel |
| **Cc:** | Alan Kildow; Terry Ruckriegle |
| **Subject:** | Sports Rehab v Vail Health [19-2075]--Special Master Order On Conferral |

Counsel,

On October 22, 2021, the Special Master ordered the parties to reasonably meet and confer by November 19, 2021 related to Plaintiffs' itemized list of "prior discovery requests," "answers, information, and materials [Plaintiffs] still request to be produced." Plaintiffs request that the meet and confer be held on November 1 or 16, so please provide us your availability for one of those days.

We believe that the parties should set aside the entirety of one day to address the discovery issues so that we can ensure compliance with the Special Master's Order.  Finally, we intend to schedule a court reporter to transcribe the meet and confer, so please provide to us this week the date and time you are available to hold this conference so we can get that arranged.

Best regards,

Sonya

1