# Exhibit 2

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, November 12, 2021 4:29 PM |
| **To:** | Richards, Daniel |
| **Cc:** | Alan Kildow; Terry Ruckriegle; Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | Re: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral |

Counsel,

Please give Alan a call to discuss this.  His number is 970-390-6675.

Best regards,

Sonya

On Fri, Nov 12, 2021 at 3:04 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Counsel:
>
> On November 3, 2021 and November 10, 2021, Vail Health requested that Plaintiffs submit in good faith a list of discrete areas on which they seek additional discovery.  Plaintiffs have refused to do so.  Rather, they requested by email on November 10, 2021 to "set aside the entirety of one day" to confer regarding discovery issues.  Plaintiffs' conduct represents an abuse of the discovery process.  Accordingly, as we have previously indicated, Vail Health plans to file a motion for a protective order with respect to the scores of issues identified in Plaintiffs' 12-page discovery dispute chart dated November 2, 2021, many of which were not raised in Plaintiffs' motions to compel or discussed at the hearing before the Special Master, and to obtain final resolution of all purportedly outstanding discovery disputes.  We presume Plaintiffs will oppose Vail Health's motion for a protective order, but please let us know if that is incorrect.
>
>
> **DANIEL RICHARDS ▪ Associate**
>
> **D: 303.892.7452** ▪ vcard
> **Davis Graham & Stubbs LLP**
> 1550 17th Street, Suite 500 ▪ Denver, CO 80202
>
> **A LexMundi Member**

1