# Exhibit 4

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Tuesday, November 16, 2021 11:19 AM |
| **To:** | 'Stevenson, Shannon' |
| **Cc:** | 'Terry Ruckriegle'; 'Richards, Daniel'; 'Roeder, Jackie'; 'sonya braunschweig'; 'Savage, Janet' |
| **Subject:** | RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral |

Counsel:

Let us assume for a moment that Plaintiffs lack the perspicacity to understand what the Special Master's Order requires, and therefore they have misperceived what their discovery list should include or not include. Let us further assume that you have a correct understanding of the Order. With those assumptions, Plaintiffs request once again that you inform Plaintiffs as to where they have gone wrong in the construction of their discovery list. We ask you to point us to the precise place within the Order where you contend Plaintiffs have gone array.

If you identify the location with the Order where we have gone wrong, and provide us with your objections, we assure you that we will take them seriously and, if we find that you are correct and we are wrong, we will make corrections immediately. But we cannot do so because, as your email below demonstrates, you have not (or cannot) articulate what those purported mistakes are. We therefore request, once again, a meet & confer to discuss those issues. Please let us know when we can have that discussion today so any corrections that need to be made can be addressed before tomorrow morning's meet & confer at 9:30 a.m.

If Vail Health does not comply with the Special Master's Order, and it does not participate in any meet & confer to address these issues, then we can only conclude that those requirements (by rule and order) are unnecessary because Vail Health is not going to produce any further documents, is it not going to provide further answers to the interrogatories that Plaintiffs have indicated are deficient, and does not intend to address any of the additional outstanding discovery issues.

At all events, I look forward to your call at the number below.

Alan Kildow
970-390-6675