# Exhibit 5

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Friday, November 19, 2021 11:05 AM |
| **To:** | 'Stevenson, Shannon' |
| **Cc:** | 'Terry Ruckriegle'; 'Richards, Daniel'; 'Roeder, Jackie'; 'sonya braunschweig'; 'Savage, Janet' |
| **Subject:** | RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral |

Counsel:

Sonya Braunschweig and I kept the meet & confer conference call number open until 10:00 a.m., MST, so the parties could comply with the orders of the Special Master. We waited a total of 30 minutes, but none of the attorneys of record for Vail Health joined the call. Vail Health, therefore, is a no-show for the 3rd straight day, and this one is especially important because November 19 is the day by which the parties were ordered to have held their meet & confer.

In light of Vail Health's failure to respond to Plaintiffs' list of discovery items, and in light of Vail Health refusal to participate in a meet & confer conference, Plaintiffs are of the view that Vail Health has failed to comply with the written Order and oral orders of the Special Master. Plaintiffs will continue their efforts to comply.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, November 18, 2021 2:11 PM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>
**Cc:** 'Terry Ruckriegle' <terry@ruckriegle.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Savage, Janet' <Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Counsel:

This morning at 9:30 a.m., MST, Sonya Braunschweig and I were on the meet & confer conference call that has been ordered by the Special Master to take place on or before November 19, 2021. We waited for about 10 minutes in hopes that you would join us, but you did not. Again, Vail Health was a no-show. As previously stated, we will repeat the process tomorrow at 9:30 a.m., and look forward to you joining us then. As always, to move forward with resolution of these discovery issues, you may call me at any time at the number below.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, November 17, 2021 10:14 AM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>
**Cc:** 'Terry Ruckriegle' <terry@ruckriegle.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Savage, Janet'

<Janet.Savage@dgslaw.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Counsel:

Sonya Braunschweig and I were on the meet & confer conference call this morning at 9:30 a.m., MST. Consistent with your numerous statements that you refuse to participate in the meet & confer conference ordered by the Special Master, neither you nor any other attorney listed as counsel of record for defendant Vail Health joined the call to participate in the meet & confer. Vail Health, therefore, was a no-show.

Only 2 days remain to hold the meet & confer to comply with the Special Master's Order to participate on or before November 19. On behalf of Plaintiffs, Ms. Braunschweig and I will therefore be on the phone again tomorrow at 9:30 a.m., MST, as previously stated. The dial-in information will be the same. We again request that you participate in the call so there may be compliance with the Order issued by the Special Master. As of this point in time, we deem Vail Health to be in noncompliance with the Order. Our goal is not to pursue available remedies for the noncompliance (although we reserve the right to do so), but rather to seek a resolution for Vail Health's failure to participate in the discovery process.

We look forward to seeing you tomorrow morning. As always, to move forward with resolution of these discovery issues, you may call me at any time at the number below.

Alan Kildow
970-390-6675