# Exhibit 6

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Friday, November 19, 2021 10:47 AM |
| **To:** | 'Savage, Janet'; 'Stevenson, Shannon'; 'Richards, Daniel'; 'Roeder, Jackie' |
| **Cc:** | 'Terry Ruckriegle'; 'sonya braunschweig'; 'Angela Barnes' |
| **Subject:** | RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral |

Counsel:

As we advised you earlier in the week, we anticipated that the parties would comply with the orders of Special Master Ruckriegle. To that end, we scheduled meet & confer conference calls for 9:30 a.m., MST for Wednesday, Thursday, and Friday in hopes that on one of those days you would participate. Until now, Vail Health has declined to do so.

This is to advise you that at 9:30 a.m. Sonya Braunschweig and I opened the call at the number we previously provided you. As of the time of this email, both of us are still on the call ready to discuss the list of open discovery issues that Plaintiffs previously provided you, and to discuss the unresolved discovery issues that have been the subject of 5 Rule 37 motions. We will remain on the call for a bit in hopes that you join us, particularly in light of the email below from the Special Master.

Please join us. If you do not, we will assume that Vail Health and its counsel continue to decline to comply with the applicable orders and will close the call.

Alan Kildow
970-390-6675

---

**From:** Terry Ruckriegle <terry@ruckriegle.com>
**Sent:** Friday, November 19, 2021 8:52 AM
**To:** Alan Kildow <alkildow@aol.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Terry Ruckriegle <terry.ruckriegle@judicial.state.co.us>; Angela Barnes <Angela_Barnes@cod.uscourts.gov>
**Subject:** Re: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Good Morning Counsel,

After two half-day hearings and recognition of the production of certain discovery materials, the Special Master provided you with oral and written directions to follow up with the identification of remaining answers, information, and materials, responses thereto, and particularly to jointly confer in the vein outlined by the Special Master, in an attempt to resolve as many issues as possible. I wholeheartedly encourage you to fully take advantage of this opportunity to be productive and save you unnecessary time in discovery disputes and your clients the expense. If there are remaining matters which cannot be resolved in this conferral fashion, I will await your reports by November 24, 2021.

Please of your availability for a status conference on December 7 morning, December 8 afternoon, or December 10 anytime.

Thank you, and Happy Thanksgiving.

*W. Terry Ruckriegle*

*Special Master*

*Box 3305*

*Breckenridge CO 80424*

*970-390-9865*

*terry@ruckriegle.com*

On Thu, Nov 18, 2021 at 2:11 PM Alan Kildow <alkildow@aol.com> wrote:

> Counsel:
>
> This morning at 9:30 a.m., MST, Sonya Braunschweig and I were on the meet & confer conference call that has been ordered by the Special Master to take place on or before November 19, 2021.  We waited for about 10 minutes in hopes that you would join us, but you did not.  Again, Vail Health was a no-show.  As previously stated, we will repeat the process tomorrow at 9:30 a.m., and look forward to you joining us then.  As always, to move forward with resolution of these discovery issues, you may call me at any time at the number below.
>
> Alan Kildow
>
> 970-390-6675