IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**PLAINTIFFS' REPORT REGARDING RESULTS OF CONFERRAL UNDER THE SPECIAL MASTER'S NOVEMBER 22, 2021 ORDER [ECF NO. 233]**

---

On November 23, 2021, the parties conferred in a video conference for one hour pursuant to the Special Master's November 22 Order [ECF No. 233].

The only discovery issue that the parties agreed upon is that the Special Master undertake an *in camera* review of those documents identified on Vail Health's privilege log that the Special Master deems necessary with respect to Plaintiffs' Rule 37 Motion to Compel #5 To Produce Documents on Vail Health's Inadequate Privilege Log, Or Alternatively, *In Camera* Review At Vail Health's Cost [ECF No. 195].

Plaintiffs and Vail Health did not resolve any other discovery issues, and pursuant to the November 22, 2021 Order, Plaintiffs will be filing a proposed order with findings of fact and conclusions of law addressing the discovery issues that remain pending before the Special Master.

It should be further noted that Vail Health provided a response to Plaintiffs' November 2 list of documents and interrogatories the evening of November 24, a day

1

after the one-hour conferral and almost two weeks after Vail Health's response was due under the October 25 Order.  Plaintiffs therefore did not have the benefit of Vail Health's response for purposes of the conferral.  Plaintiffs object to any further submission by Vail Health beyond what the Special Master's November 22 Order specifically requests, which is a report of "the results of the conferral…."  Plaintiffs do not understand that Order to mean that the parties reargue what has already been argued.

Dated:  November 29, 2021         *s/ Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail:  alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek Boulevard
Suite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail:  fwlawyers@gmail.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Sports Rehab
Consulting LLC and Lindsay Winninger

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I served a true and correct copy of Plaintiffs' Report Regarding Results of Conferral Per Special Master's November 22, 2021 Order [ECF No. 233], via the Court's ECF system on:

>Shannon Stevenson
>Janet A. Savage
>Jackie Roeder
>Daniel Richards
>Davis Graham & Stubbs LLP
>1550 17th Street, Suite 500
>Denver, CO  80202
>
>Counsel for Defendant

*s/Alan L. Kildow*
Alan L. Kildow
