IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**DEFENDANT VAIL HEALTH'S REPORT REGARDING RESULTS OF CONFERRAL UNDER THE SPECIAL MASTER'S NOVEMBER 22, 2021 ORDER [DOC. 233]**

Defendant Vail Clinic, Inc ("Vail Health") respectfully submits this report regarding results of conferral under the Special Master's November 22, 2021 Order (Doc. 233).

On October 25, 2021, the Special Master ordered Plaintiffs, following nearly eight hours of hearing, to identify by November 2, 2021 the "materials they still request to be produced." (Doc. 202.)

On November 2, 2021, Plaintiffs sent Vail Health a 12-page, single-spaced discovery dispute chart that raised scores of purported discovery disputes. The chart not only raised essentially every issue in Plaintiffs' first four motions to compel, which were the subject of nearly eight hours of hearings before the Special Master, but also raised additional issues that were not previously raised in Plaintiffs' motions to compel.

One day after receiving the chart—on November 3, 2021—Vail Health requested via email that Plaintiffs "submit in good faith a list of discrete areas on which they seek additional discovery" in compliance with the Special Master's instructions. (Ex. 1.) Vail Health expressly

- 1 -

reserved its right to move for a protective order if Plaintiffs declined to do so. (*Id.*) On November 10, 2021, having received no response from Plaintiffs, Vail Health reiterated its request that Plaintiffs comply with the Special Master's order. (*Id.*) Plaintiffs declined to do so. Instead, on November 10, 2021, Plaintiffs requested that Vail Health set aside "the entirety of one day" to hold an oral conferral regarding the scores of discovery disputes Plaintiffs had raised.

On November 12, 2021, in light of Plaintiffs' refusal to engage in the discovery process in good faith, Vail Health informed Plaintiffs that it would file a motion for a protective order. (*Id.*) Vail Health filed its motion for a protective order on November 19, 2021, which stayed any further obligation of Vail Health to respond regarding Plaintiffs' voluminous discovery disputes. (Doc. 228; D.C.COLO.LCivR 30.2(a) ("Pending resolution of a motion or request for relief under Fed. R. Civ. P. 26(c) . . . , the discovery to which the motion or request is directed shall be stayed . . .").)

Notwithstanding Plaintiffs' refusal to narrow their list of discovery disputes and Vail Health's motion for a protective order, Vail Health engaged in an oral conferral with Plaintiffs on November 23, 2021, which lasted approximately one hour. During the conferral, Plaintiffs raised even more new issues that were not the subject of their motions to compel or included in Plaintiffs' discovery dispute chart and declined to focus on any issues on which there might be room for compromise. Because the conferral did not result in a narrowing of the issues, Vail Health responded on November 24, 2021 addressing each issue Plaintiffs raised in their discovery dispute chart (attached as Exhibit 2).

With respect to Plaintiffs' Motion to Compel #5, if the Special Master wishes to review any documents that are specifically identified in the motion, Vail Health is willing to produce

such documents for *in camera* review by the Special Master—provided that Plaintiffs, as the party requesting *in camera* review, be responsible for all costs associated with such *in camera* review.

Per the Special Master's prior order (Doc. 233), Vail Health will submit proposed findings of fact and conclusions of law with respect to the issues identified in Plaintiffs' November 2 chart on December 6.

Respectfully submitted this 29th day of November, 2021.

   *s/ Shannon Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*