# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DEFENDANT VAIL HEALTH'S NOTICE OF FILING REDACTED EXHIBITS

On November 17, 2021, the Court ordered Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") to submit redacted versions of Dkt. 155-1, 158, and 193-1, which consist of Vail Health's Objections and Responses to Plaintiffs' First Set of Interrogatories and Second Requests for Production of Documents (Dkt. 155-1, 158) and the October 9, 2021 Deposition Transcript of Luke O'Brien's deposition (Dkt. 193-1). Consistent with the Court's November 17, 2021 Order, Vail Health hereby files a proposed redacted version of these documents.

Respectfully submitted this 1st day of December, 2021.

   *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*