Transcript of the Deposition Testimony of:

# Luke O'Brien
### October 9, 2021

### CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Sports Rehab Consulting LLC

v.

Vail Clinic, Inc.

Civil No. 1:19-cv-02075-WJM-GPG



Mile High
Court Reporting & Video, Inc.

14143 Denver West Parkway, Suite 100 • Golden, Colorado 80401
(303) 202-0210 • contact@milehighreporting.com
www.milehighreporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 1:19-CV-02075-WJM-GPG

_____

VIDEOCONFERENCE DEPOSITION OF LUKE O'BRIEN
Saturday, October 9, 2021

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

_____

SPORTS REHAB CONSULTING LLC, a Colorado limited
liability company, and LINDSAY WINNINGER, an
individual,

          Plaintiffs,

v.

VAIL CLINIC, INC. D/B/A VAIL HEALTH, a Colorado
nonprofit corporation,

          Defendant.

_____

          PURSUANT TO NOTICE, the videoconference
deposition of LUKE O'BRIEN, called for examination by
the Plaintiffs herein, was taken with all parties
appearing via videoconference, commencing at 9:35 a.m.,
on Saturday, October 9, 2021, before Valorie S.
Huddleston, a Registered Professional Reporter and
Notary Public in and for the State of Colorado.

2

1    APPEARANCES:

2            ALAN L. KILDOW, ESQ.
             790 Potato Patch Drive
3            Vail, Colorado 81657
             970-390-6675
4            alkildow@aol.com

5                and

6            SONYA BRAUNSCHWEIG, ESQ.
             5501 Irving Avenue South
7            Minneapolis, Minnesota 55419
             612-819-2304
8            sonya.braunschweig@gmail.com

9                For the Plaintiff Sports Rehab
                    Consulting and Lindsay Winninger
10

11
             JACQUELINE V. ROEDER, ESQ.
12           Davis Graham & Stubbs LLP
             1550 Seventeenth Street, Suite 500
13           Denver, Colorado 80202
             303-892-9400
14           jackie.roeder@dgslaw.com

15               For the Defendant Vail Clinic d/b/a
                    Vail Health

16

17           Also Present:  Lindsay Winninger

18

19

20

21

22

23

24

25

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

3

1                       INDEX
2    EXAMINATION:                                PAGE
3    BY MR. KILDOW                                  4
4    BY MS. ROEDER                                 --
     _____
5
     EXHIBITS:                                 MARKED
6
     25    July 2015 Meeting Agenda Redacted        56
7          (VAILJV000136 - VAILJV000136) (HIGHLY
           CONFIDENTIAL AND ATTORNEYS' EYES ONLY)
8
     26    Email string, 9/15/15 and 9/17/15, among  64
9          Luke O'Brien, Jeff Morgan, Jeff Johnson,
           Subject:  "Space"
10         (Vail_00001912 - 00001913) (CONFIDENTIAL)
11   27    Email string, 9/18/15, between Luke O'Brien  67
           and Doris Kirchner, Subject:  "Four Seasons"
12         (Vail_00001911) (ATTORNEYS' EYES ONLY)
13   28    Email string, 01/08/16 and 01/10/16, between  84
           Ryan Kolczak and Nicholas Brown, Subject:
14         "Email access"
           (Vail_00001914 - 00001915) (CONFIDENTIAL)
15
     29    Email, 1/20/16, from Luke O'Brien to         87
16         Nicholas Brown, Subject: "SRC"
           (Vail_00003835) (CONFIDENTIAL)
17
     30    Email, 10/4/16, between Nicole Sale-         93
18         Harper to Helen Bradley, Meghan Curley,
           forwarded from Luke O'Brien to Nicholas
19         Brown
           (Vail_00003839) (ATTORNEYS' EYES ONLY)
20
     31    (Withdrawn)                                 --
21
22
23
24
25

**4**

1           PROCEEDINGS
2           MR. KILDOW:  This is Alan Kildow on behalf of
3    the Plaintiffs in the action for which this deposition
4    is being taken.  There is an issue that Mr. O'Brien
5    has, for the moment, misplaced his driver's license and
6    he doesn't have it here today.  But Plaintiffs
7    stipulate that unless he's an enormously good imposter,
8    this is, indeed, Luke O'Brien, and we waive the
9    requirement at the beginning of the deposition that he
10   present his driver's license to authenticate his
11   identity.
12           LUKE O'BRIEN,
13   having been first duly sworn, was examined and
14   testified as follows:
15           EXAMINATION
16   BY MR. KILDOW:
17       Q.  Good morning, Mr. O'Brien.
18       A.  Good morning.
19       Q.  As you may recall, I'm Alan Kildow, the
20   attorney that is representing Lindsay Winninger and
21   Sports Rehab Consulting.  This is an antitrust case
22   pending in federal court, as opposed to the last time
23   we spoke we were involved with a state court action
24   pending in Eagle County.
25           I'm going to ask you the questions today.  If

**5**

1    I ask a question that you don't understand, please ask
2    me to restate it, and I'll do my very best to restate
3    it in a way that you understand.  Is that fair?
4        A.  Yes.
5        Q.  We're taking this deposition by Zoom as
6    opposed to in-person.  And with the Zoom connection,
7    although it is very good, there is a little bit of a
8    delay between the time one person speaks and the other
9    person hears it and then responds.  And so it's very
10   helpful for the record and for the court reporter if
11   you wait until you're fairly certain that I've
12   completed a question before you begin to answer.
13           And, correspondingly, I'll do my best to wait
14   until you have completed your answer before I ask
15   another question.  Is that acceptable?
16       A.  Yeah, I'll do my best as well.
17       Q.  Okay.  Very good.
18           Do you remember that on June 26, 2018, or
19   thereabouts in your memory, you were deposed in the
20   Eagle County action as a representative of Vail Health
21   in what is known as a Rule 30(b)(6) deposition?
22       A.  Yes, I remember that I was deposed.  I don't
23   remember the exact dates and the rules that you had
24   just stated, but I'll take you at your word with that.
25       Q.  Yes.  We have the deposition transcript we

**6**

1    can enter in too, but I think that counsel will not
2    object to that.
3            As of the date that deposition in 2018, you
4    were an employee of Vail Health; is that correct?
5        A.  That is correct.
6        Q.  And, in fact, as of the date of that
7    deposition in 2018, you held the title of vice
8    president of clinical physical therapy for the clinic
9    doing business as Howard Head Sports Medicine; is that
10   correct?
11       A.  That's correct.
12       Q.  As of today, you are no longer an employee of
13   Vail Health; is that correct?
14       A.  That is correct.
15       Q.  When did your employment end?
16       A.  It was the 22nd of May, 2020.
17       Q.  And as you testified in your 30(b)(6)
18   deposition in 2018, I believe that you first began
19   doing work at the physical therapy clinic known as
20   Howard Head Sports Medicine in about 2002; is that
21   correct?
22       A.  That's correct.

**7**

1            As of the time of May 22, 2020, you had been
2    working in the physical therapy clinic in Vail known as
3    Howard Head Sports Medicine for about 18 years.  Is
4    that about right?
5        A.  Yes.



24   Q.   (By Mr. Kildow) Where are you employed now,
25   Mr. O'Brien?

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**12**

1    A.  I'm employed in Milwaukee.
2    **Q.  With the Milwaukee Bucks?**
3    A.  Yes, that's correct.
4    **Q.  What's your job title?**
5    A.  Head of physical therapy.
6    **Q.  And can I congratulate you on the outcome of**
7    **the season last year?**
8    A.  Thank you.  It was definitely a wild ride.
9    **Q.  I'm sure it was.  In that position, do you**
10   **travel with the Milwaukee Bucks basketball team?**
11   A.  Yes, I do.
12   **Q.  How often do you travel?**
13   A.  I travel to every away game.  And I travel to
14   some other -- I'll call them team instructive events or
15   meetings.
16   **Q.  So how long are you on the road with the**
17   **Bucks?**
18   A.  I mean, it's -- cumulatively in a year?
19   **Q.  Yes.**
20   A.  I mean, it's -- I couldn't give you an exact
21   figure.  But it's probably in the months.
22   **Q.  Now, you have lived in the Vail Valley since**
23   **2002; is that correct?**
24   A.  Full-time since 2002, correct.

**13**

17   MS. ROEDER:  Object to form.
18   MR. KILDOW:  What's the objection as to form?
19   MS. ROEDER:  Hmmm?
20   MR. KILDOW:  What's the objection as to form?
21   And let's just get this straight.
22   **Q.  (By Mr. Kildow) Let me ask one question, Mr.**
23   **O'Brien, and then I want to put something on the**
24   **record.**
25   **Mr. O'Brien, in light of the fact that you**

**14**

1    **work for the Milwaukee Bucks at this point in time,**
2    **there were times when you were on the road with the**
3    **Bucks as an NBA team traveling around the country to**
4    **NBA games, right?**
5    A.  Correct, yes.
6    **Q.  And when the Bucks are playing at home, is it**
7    **the Bradley Stadium?**
8    **It doesn't matter.  When the Bucks are at**
9    **home in Milwaukee, are you also in Milwaukee?**
10   A.  Yes.
11   **Q.  Do you have an apartment there, or a house**
12   **there?**
13   A.  I know have a house.

And therefore this -- I'm asking
24   that this deposition be treated as a trial deposition.
25   And, therefore, Ms. Roeder, if you have an objection,

**15**

1    please state your objection and the basis for it so
2    that the Court can rule on it at the time of the trial.
3    MS. ROEDER:  Mr. Kildow, we'll follow normal
4    Federal Rules of Civil Procedure for depositions and
5    the admissibility of testimony at trial that's taken by
6    deposition, as opposed to live witness.  And we'll
7    proceed according to those rules.
8    MR. KILDOW:  Okay.  And the rules would be
9    that if you do not state your objection during a trial
10   deposition, you will have waived that objection.  So if
11   there is an objection to authenticity or foundation or
12   anything else, you should state it on the record.  And
13   whether you do or not, that is your choice.
14   MS. ROEDER:  The rules are applicable rules
15   of civil procedure, not as you state them, and I will
16   make my objections as I deem them necessary.
17   MR. KILDOW:  Very well.

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**16**

21    MS. ROEDER:  Sorry to interrupt.
22    But since Mr. O'Brien has answered, I just
23    want to circle back actually, Mr. Kildow, to your point
24    about the trial depo.  This was not noticed as a
25    preservation depo, nor could it be one if Mr. O'Brien

**17**

1    is, in fact, available at the time of trial.  This was
2    noticed as a discovery deposition.  So we will treat it
3    as such for now.
4        MR. KILDOW:  Well, in 40 years, I've never
5    heard of anybody noticing a deposition like that.  So
6    you've made your objection or your comment on the
7    record.  You can choose to object or not.  That's up to
8    you.

15        Q.  I mean, you had a lot of things going for
16    you, it seems to me.  You had an excellent relationship
17    with the doctors at the Steadman Clinic.  Would that be
18    fair?
19        A.  I'd like to characterize it as fair.
20        Q.  Yeah, I would think that they would say that
21    that was true.  And you knew the doctors, right?
22        MS. ROEDER:  Object to form.
23        A.  Yes, I did.
24        Q.   (By Mr. Kildow) And you -- you were now,
25    after 18-plus years, a seasoned physical therapist with

**18**

1    a lot of management experience, correct?
2        A.  Yeah, I think that's correct.
3        Q.  And you knew and understood the Howard Head
4    Sports Medicine and Vail Health competitive situation,
5    didn't you?
6        MS. ROEDER:  Object to form, foundation.
7        A.  Yes, I did.
8        Q.  (By Mr. Kildow) Okay.  So why didn't you
9    say, "I'm going to hang up my own shingle, and I'm
10    going to stay in the Vail Valley and be a competitor
11    and fight it out"?
12        MS. ROEDER:  Object to form.
13        A.  There would -- I think there were probably a
14    number of different factors that led to me not staying
15    and fighting it out.  Those factors included that, one,
16    the period of time in which I separated from Vail
17    Health was I'll call it the beginning of the pandemic,
18    which included lockdowns and restrictions in
19    face-to-face care.  So I was definitely concerned about
20    how I would start an in-person business and the success
21    of that in-person business if it was reliant on
22    person-to-person contact.

**19**

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**20**

1       MR. KILDOW:  Let me just ask this.
2  Ms. Roeder, you were asked to provide that separation
3  agreement before the date of this deposition.  Have you
4  done that?
5       MS. ROEDER:  No, Mr. Kildow, I'm not aware of
6  any such request for that information.
7       MR. KILDOW:  Well, we've sent you an email on
8  that, and Ms. Stevenson and Mr. Daniels, whatever his
9  name is.  You didn't see that email?
10      MS. ROEDER:  First of all, requesting
11  discovery by email is not an appropriate means.  And,
12  second of all, no, I'm not aware of that request,
13  sitting here right now.
14      MS. BRAUNSCHWEIG:  Well, that's interesting
15  because we also moved to compel the production of that
16  document and specifically referenced it in a chart that
17  you then responded to, Ms. Roeder.  So you're very well
18  aware that we requested that document, both for Mr.
19  O'Brien and Mr. Brown.
20      MS. ROEDER:  Oh, to the extent you're talking
21  about employment agreements and that type of thing
22  generally, yes, I'm aware there's a pending discovery
23  dispute.  We made our objection on that and it's
24  pending a ruling.
25      MR. KILDOW:  Pretty bold.

**23**

1       Q.  Do you understand that the law would require
2  you to give your testimony truthfully and honestly,
3  even if it was negative as to Vail Health?
4      A.  Yes, I do.
5       Q.  And I understand you to be an honest man and
6  that you would, in fact, give honest and truthful
7  answers here today.  Would that be fair?
8      A.  Yes, that's fair.

20
21  understand that this is a deposition that you were
22  sworn under oath -- where you're sworn under oath and
23  that your testimony may end up being read to a jury in
24  the United States District Court for the District of
25  Colorado?  Do you understand that?

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**24**

1    A.  Yes, I understand that.

2    Q.  And I'm sure you understand that your answers

3 need to be truthful under the laws of the United

4 States.

5    MS. ROEDER:  Objection.  Asked and answered.

6    A.  Yes.

7    Q.  (By Mr. Kildow) Would that be fair?

8    A.  Yes, that is fair.

9    Q.  All right.  Now, Ms. Roeder has made some

10 comments in papers filed in court, which you're not

11 aware of, but there's a couple of questions I feel

12 compelled to ask of you.

13    On the morning of Saturday, September 4th of

14 this year, I came to your home in Vail; is that

15 correct?

16    A.  Yes, correct.

17    Q.  And I rang the doorbell, and your wife,

18 █████, answered the door; is that correct?

19    A.  That's correct.

20    Q.  And I asked if you were home, and she said

21 yes, but you didn't come to the door, correct?

22    A.  That is correct.

23    Q.  And I provided your wife, █████, with a

24 subpoena, and I said that you were being subpoenaed for

25 a deposition; is that correct?

**25**

1    MS. ROEDER:  Object to form, foundation.

2    A.  Yes, that's correct.

3    Q.  (By Mr. Kildow) Okay.  And after I provided

4 your wife the subpoena, I left your house; is that

5 correct?

6    MS. ROEDER:  Object to form, foundation.

7    A.  Yes, that's correct.

8    Q.  (By Mr. Kildow) And I didn't enter your

9 house, did I?

10    A.  No, you did not.

11    Q.  And I didn't say anything further to your

12 wife or harass her in any way, did I?

13    MS. ROEDER:  Foundation.

14    A.  No, you did not harass her.

15    Q.  (By Mr. Kildow) Okay.  Are you represented

16 here today by Ms. Roeder?

17    A.  Yes, I am.

18    Q.  And she's an attorney with the Davis Graham

19 law firm, correct?

20    A.  Yes, that's correct.

21    Q.  Now, at one point in time you had considered

22 filing a wrongful termination lawsuit against Vail

23 Health.  At least you considered that at some point in

24 time; is that true?

25    A.  No, I did not consider filing that.

**26**

1    Q.  Okay.  Now, did you choose the Davis Graham

2 law firm to represent you?

3    A.  Yeah, I mean I made that decision.

4    Q.  And when did you make that decision?

5    A.  Umm, I think that was July of this year.  I

6 can't recall the date.

7    Q.  And did you interview Ms. Roeder or anybody

8 else at that law firm in considering whether they

9 should represent you?

10    MS. ROEDER:  Mr. O'Brien, you can answer.

11 I'll just caution you that substantive conversations

12 you've had with me or other counsel are subject to an

13 attorney-client privilege and should not be the subject

14 of your testimony.

15    A.  I had a conversation with Jackie in July of

16 this year and made the decision at that time to have

17 her and I guess Davis Graham represent me.

18    Q.  (By Mr. Kildow) Did you give any

19 consideration to the fact that they represent Vail

20 Health and they may not be in a position to represent

21 your best interests in this deposition?

22    MS. ROEDER:  Object to form, foundation.

23    A.  Yes, but I also didn't necessarily have the

24 financial means to retain my own representation.  And I

25 was satisfied that Jackie would have my best interests,

**27**

1 and so I decided to move forward with the decision that

2 I made.

3    Q.  (By Mr. Kildow) Very well.  Understood.

4    And so I take from your answer that Vail

5 Health is paying for the fees of Ms. Roeder today?

6    MS. ROEDER:  Object to form.

7    And Mr. O'Brien, I'm going to instruct you

8 not to answer that.

9    Mr. Kildow, that may be information that we

10 provide eventually, but I really don't see the

11 relevance nor I do think that that's a fair line of

12 inquiry for this deposition.

13    MR. KILDOW:  And what's the ground?

14    MS. ROEDER:  In terms of who's paying the

15 fees?

16    MR. KILDOW:  Yeah.

17    MS. ROEDER:  I think it's irrelevant.

18    MR. KILDOW:  Irrelevance is not really a

19 basis.  You can make that objection, but that's not --

20 relevance is not a basis to instruct a witness not to

21 answer.  So if you want to go ahead and instruct him

22 not to answer, go ahead.  But relevance is not a ground

23 for instructing a witness not to answer a question.

24    MS. ROEDER:  I appreciate that tutorial,

25 Mr. Kildow.

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

28

1      Mr. O'Brien, you can answer if you know and
2  if you're comfortable answering.  I'll leave it up to
3  you.  I don't really feel strongly about this.
4      A.  Yes, I believe that Vail Health is paying the
5  bill.
6      Q.   (By Mr. Kildow) Very well.  Thank you.
7      I presume that you met with Ms. Roeder or
8  some other attorney with the Davis Graham law firm in
9  preparation for the deposition?
10     A.  Yes, that is correct.
11     Q.  When did you do that?
12     A.  This past Wednesday.
13     Q.  Okay.  How long did you meet in preparation
14  for the deposition?
15     A.  Approximately three hours.
16     Q.  Okay.  Did you review any documents?
17     A.  Yes.
18     Q.  Which documents did you review?
19     MS. ROEDER:  Mr. O'Brien, here I will say to
20  the extent a document refreshed your recollection, you
21  may tell Mr. Kildow about it, but the precise
22  compilation of documents you reviewed with your
23  attorneys in preparation for deposition is a privileged
24  subject in my opinion.  So if you want to describe at a
25  high level what you reviewed or any that refreshed your

29

1  recollection, that's fine.
2      A.  Yeah, I reviewed some emails and I reviewed
3  some text messages.
4      Q.   (By Mr. Kildow) Okay.  Didn't review any
5  contracts or anything like that?
6      A.  No contracts.
7      Q.  Okay.  Now moving along, in the 2018
8  deposition, the attorney, John Madden, who asked the
9  questions, asked you a number of questions about your
10  background, your education, et cetera.  I'm not going
11  to go into that.
12     I'm going to just ask you a quick question in
13  transition.  As of October 31, 2012, you were employed
14  by whom?  Was it RPC Vail or Proaxis or Proaxis owning
15  RPC Vail?  Could you describe who your employer was at
16  that point in time?
17     MS. ROEDER:  Object to form.
18     A.  I think it was the latter of all of what you
19  had just shared, Alan.  So I think I was employed by
20  Proaxis -- sorry, RPC of Vail doing business as
21  Proaxis, or something to that effect.
22     Q.  (By Mr. Kildow) Yeah.  When you started in
23  2002, it was RPC Vail, right?
24     A.  (Deponent nodded.)
25     Q.  And then at some point in time after the

30

1  folks went down to Greenville, South Carolina, they
2  started Proaxis, right?
3      MS. ROEDER:  Object to form, foundation.
4      A.  Yes.
5      Q.   (By Mr. Kildow) And they basically entered
6  into an agreement that they operated as basically one
7  company; is that correct?
8      MS. ROEDER:  Object to form and foundation.
9      A.  Yeah, everything up until the operation of
10  one company I completely agree with.  I can't -- I
11  don't know exactly the structure that Proaxis had in
12  place or whether it was one company or not once they
13  had the South Carolina operation up and running.
14     Q.   (By Mr. Kildow) Fair enough.
15     Up until October 31, 2012, you were, as you
16  described it in your prior deposition, a staff physical
17  therapist and a team leader, correct?
18     A.  Yes, that's correct.

31

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**32**

**33**

2     Q. Anyone else from a supervisory or managerial
3 role that you can think of now?
4     MS. ROEDER: Object to form. Also object on
5 the basis that this has been covered in Mr. O'Brien's
6 previous deposition. You can answer, Mr. O'Brien, but
7 I want to put that on the record, and we'll see how we
8 do here.
9     A. Umm, I'm sorry. I have forgotten the
10 question.
11     Q. (By Mr. Kildow) That's all right. We're
12 going to just move on.
13     During the time that you were working for
14 RPC-Vail/Proaxis, were you aware whether there was any
15 Vail Health employee who was a physical therapist
16 licensed in the state of Colorado?
17     A. I wasn't aware -- let me just restate that.
18 So your question is while I was working for Proaxis,
19 was I aware if Vail Health also had physical therapists
20 licensed in Colorado?
21     Q. Correct.
22     A. No, I was not aware of that.
23     Q. As of November 1, 2012, you became an
24 employee of Vail Health, which was then Vail Valley
25 Medical Center; is that correct?

**34**

1     A. Yes, that is correct.
2     Q. If you don't mind, as I think I've said
3 before -- if I haven't, I'll state it again. I'm just
4 going to refer to that entity as "Vail Health," rather
5 than going back to the old Vail Valley Medical Center.
6 Is that okay?
7     A. Yes, that's okay.
8     Q. And as of November 1, 2012, you became vice
9 president of clinical physical therapy; is that
10 correct?
11     A. Yes, that is correct.
12     Q. And at about the same time, Nico Brown was
13 also a vice president of Howard Head Sports Medicine,
14 employed by Vail Health; is that correct?
15     A. Yes.
16     THE REPORTER: I'm sorry. Did you say an
17 objection?
18     MS. ROEDER: Object to foundation.
19     You can answer, Mr. O'Brien. We talked over
20 each other there.
21     A. Yes, that is correct.

**35**

22     Q. (By Mr. Kildow) You're aware of an
23 individual by the name of Topper Hagerman, aren't you?
24     A. Yes, I am.
25     Q. Are you aware of the fact that Mr. Hagerman,



36

1    along with a gentleman -- I think another Australian,
2    whose name was John Atkins -- were two of the founding
3    members of the physical therapy practice that supported
4    Dr. Steadman as far back as when he was in South Lake
5    Tahoe, California?
6         A.  Yes, I am.
7         Q.  Okay.  And Mr. Hagerman has filed an
8    extensive affidavit in this -- in the Eagle County
9    lawsuit stating that he was the person that actually
10   began I think in the mid to late '80s and went all the
11   way up into the '90s -- sat down and drafted the
12   protocols that really became the basis for the physical
13   therapy protocols used by RPC Vail and Proaxis.  Would
14   you have any information that that testimony in his
15   affidavit would be incorrect?
16        MS. ROEDER:  Object to form, foundation,
17   mischaracterizes the evidence.
18        You can answer if you can, Mr. O'Brien.
19        A.  I have no knowledge of what Topper and J.A.
20   compiled or put together during times when I was not
21   employed by Proaxis or RPC.
22        Q.  (By Mr. Kildow) Okay.  And so if that's what
23   Mr. Hagerman testified to, you wouldn't have any basis
24   to disagree with that?
25        MS. ROEDER:  Object to form, foundation,

37

1    mischaracterization of the evidence, asked and
2    answered.
3         A.  That's correct.

38

39



**40**

**41**

1    MS. ROEDER:  Great.  Let's do that right now.

2    MR. KILDOW:  And the time is right now I've

3    got 10:37 is the break?

4    MS. ROEDER:  Yeah, 10:37.

5         (Recess taken from 10:37 a.m. to

6         10:46 a.m.)

7    MR. KILDOW:  We're back on the record.  And I

8    have 10:46.

20   MS. ROEDER:  Mr. Kildow, we've been going

21   about an hour.  So when you -- we don't have to take a

22   break right now, but within a couple of questions,

23   let's take a five-minute break.

24   NOTICING ATTORNEY:  Let's take a five-minute

25   break.

**42**

**43**

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**44**

10    Q.    (By Mr. Kildow) Okay.  Now, did you at some
11  point in time become aware of the level of
12  profitability of the physical therapy clinic?
13        MS. ROEDER:  Object to form.
14    A.  I did not.

**45**

**46**

4    Q.    (By Mr. Kildow) Okay.  Did you participate,
5  for example, in a monthly or quarterly meeting, let's
6  say, for example, with Doris Kirchner about the
7  physical therapy clinic?
8        MS. ROEDER:  Object to form.
9    A.  I didn't have a standing meeting with Doris
10  where we would review the clinic's performance either
11  on the clinical goal side or on the financial
12  performance side.  She would meet with Nico and I
13  individually.
14    Q.    (By Mr. Kildow) And when she met with you
15  individually, did she ever talk about the financial
16  performance of the physical therapy clinic?
17    A.  I don't have an immediate recollection of
18  conversations with her about it.  But it was likely at
19  a point in time that there was mention of the
20  management report that I had shared with you earlier.

**47**



48

49

50

51

21        Q.    (By Mr. Kildow) And over time in all the
22    years you worked there, you developed a good close
23    personal professional, at least, relationship with the
24    doctors, right?
25            MS. ROEDER:  Object to form.

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**52**

1    A.   Yes, I would like to think so.

**54**

2    **Q.   (By Mr. Kildow) Do you recall Gretchen's last name?**

3

4    A.   Yes.  Ebberson.

5         MR. KILDOW:  Madam Court Reporter, did you

6    get that last name?

7    **Q.   (By Mr. Kildow) Can you repeat it?  I didn't**

8    **quite pick up on it.**

9    A.   Gretchen's last name is Ebberson.

10   **Q.   E-M-E-R-S-O-N?**

11   A.   E-B-B-E-R-S-O-N, or something similar.

12   **Q.   Okay.  Good.  Thank you.**

**56**

9     MR. KILDOW:  Okay.  I'm going to ask the
10  court reporter to pull up and mark the first document
11  that we provided to the court reporter for purposes of
12  this deposition.
13     So it is an email from Donald R. Auten to
14  Michael Shannon dated July 13, 2015 on the top upper
15  left.  So if you could pull that up and mark it as the
16  next exhibit in order, I would appreciate it.
17        (Discussion off the record.)
18        (Deposition Exhibit No. 25 was
19         identified to be marked for
20         identification.)
21     MR. KILDOW:  Please go back on the record.
22     Could you scroll down so we could see the
23  whole document?  Start at the top and give the witness
24  a chance to look at it and read it, because I want to
25  see if he can identify this exhibit.

**57**

1     Q.   (By Mr. Kildow) I'm showing you a document
2  that has been marked as Exhibit 25.
3     MS. ROEDER:  Okay.  We haven't had a chance
4  to look at the document yet.  So I think you just asked
5  the court reporter to scroll down, but we only saw the
6  first page.
7     MR. KILDOW:  Well, if you would let me finish
8  my question, I am going to lay the foundation for it.
9     MS. ROEDER:  Okay.
10     MR. KILDOW:  Your objections should wait
11  until after I've given the witness a chance to examine
12  the document and see whether he can, in fact, identify
13  it.  If he can or cannot, depending on whether he knows
14  about the exhibit, has seen it before, can identify it,
15  then depending on the questions that I ask, then you
16  can interpose your objection.  That's the way it works,
17  Ms. Roeder.
18     MS. ROEDER:  Well, Mr. Kildow, the witness
19  needs an opportunity to look at the whole document
20  rather than just the first part that you choose to show
21  him.  That is his right.  So let's --
22     MR. KILDOW:  Well, you don't know whether I'm
23  going to give him a chance to look at the entire
24  document until I give him that chance.
25     MS. ROEDER:  That's fine.  I thought you

**58**

1     actually just asked the court reporter to do that, and
2     he hadn't yet had a chance.  So go ahead.

**59**



60

61

62

63

10      Q.   (By Mr. Kildow) And sometime during the
11  summer of 2015, did you become aware of the fact that
12  Lindsay Winninger may be returning to the Vail Valley
13  and opening up a physical therapy clinic?
14      MS. ROEDER:  Object to form.
15      A.  I'm not certain of the direct timing of it,
16  Alan, but I'd say in 2015, yes, I became aware of that.
17      Q.   (By Mr. Kildow) You had known Ms. Winninger
18  during the time that you both worked together for
19  RPC-Vail/Proaxis; is that correct?
20      MS. ROEDER:  Object to form.
21      A.  Yes, that is correct.
22      Q.   (By Mr. Kildow) And did you also know her
23  after she left RPC-Vail/Proaxis and went to work for
24  the U.S. ski team?
25      MS. ROEDER:  Object to form.

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**64**

1    A.  Yeah, obviously our interactions were
2   significantly less, but, yes, I did know Lindsay from
3   her time at the ski team.
4        **Q.   (By Mr. Kildow) And what was your**
5   **understanding from your personal observation and her**
6   **general reputation as to whether she was a high quality**
7   **professional physical therapist?**
8        MS. ROEDER:  Object to form.
9    A.  Yeah.  I thought Lindsay did a good job of
10  taking care of patients and getting the outcomes that
11  they deserved.
12       **Q.   (By Mr. Kildow) Okay.**
13       MR. KILDOW:  I'm going to ask the court
14  reporter to pull up the exhibit that we had provided to
15  you as our Submission No. 2, which would be marked then
16  as Exhibit 26.
17            (Deposition Exhibit No. 26 was
18            identified to be marked for
19            identification.)
20       MS. ROEDER:  Pull it up a little bit more,
21  please.
22       MR. KILDOW:  And at the bottom, this is
23  identified as Vail Bates No. 00001912.
24       MS. ROEDER:  What's the prefix, please.
25       MR. KILDOW:  Vail, underscore, 0001912.

**65**

1        MS. ROEDER:  Thanks.
2        **Q.   (By Mr. Kildow) Is this large enough for you**
3   **to be able to read it, Mr. O'Brien?**
4    A.  Yes, it is.

**66**

**67**

20       MR. KILDOW:  Okay.  I'm going to ask Valorie,
21  our court reporter, to pull up the next exhibit that we
22  have forwarded to you.  It's our Submission No. 3.  It
23  will be, I guess, Exhibit No. 27.
24            (Deposition Exhibit No. 27 was
25            identified to be marked for



**68**

1          identification.)
2          Q.   (By Mr. Kildow) Is this document capable of
3     being read by you, Mr. O'Brien?
4          A.   Yes, it is.



72

73

74

9    Q.   Okay.  And you also understood, because of
10   your relationship with her when she was at Proaxis,
11   that she was one of the significant parts of the Dr.
12   Marc Philippon team with respect to hip surgery when
13   she worked for Proaxis, correct?
14        MS. ROEDER:  Object to form.
15        A.   Correct.  She was one member of a team that
16   saw his patients, that is correct.
17        Q.   (By Mr. Kildow) And you understood her to
18   have a good relationship with Dr. Philippon, didn't
19   you?
20        A.   Yes.

75



**76**

**77**

**78**

19    Q.    (By Mr. Kildow) Okay.
20         MS. ROEDER:  We've been going for more than
21    an hour.  Let's take another five-minute break?
22    MR. KILDOW:  Yes.
23    MS. ROEDER:  Okay.
24         (Recess taken from 11:51 a.m. to
25         12:04 p.m.)

**79**

1    Q.    (By Mr. Kildow) During the break, Mr.
2    O'Brien, I just noticed something.
3         MR. KILDOW:  I'm going to ask the court
4    reporter to pull up Exhibit 27 again.  And pull it up a
5    little higher, if you would, Valorie, so that the
6    middle of the page -- the middle of the lower email is
7    right in the middle of our page.  Good.
8    Q.    (By Mr. Kildow) And in looking at this email
9    again, Mr. O'Brien, there's just a couple of things
10    that struck me.
11         First of all, Mark Herron is the general
12    manager of the Four Seasons.  Four Seasons is a
13    reputable hotel chain.  Would you agree with that?
14         MS. ROEDER:  Object to form, foundation.
15    A.   Yes, I would.
16    Q.    (By Mr. Kildow) All right.  And why is the
17    general manager -- if you know, what was your
18    understanding or your impression of the general manager
19    of the Four Seasons telling you about a potential
20    competitor who is going to lease space in his hotel?
21    Why would he tell you that?  Wouldn't that be
22    confidential?
23         MS. ROEDER:  Object to form and foundation.
24    A.   You know, I -- I think that's a question of
25    Mark of whether it was -- and Lindsay of whatever

80

1    discussions that they had were confidential or not.

[BLACK REDACTION BOX]

20    Q.   (By Mr. Kildow) Yeah.  Now, sometime after
21    September 18 and this email exchange, you had a
22    meeting -- a coffee meeting with Lindsay Winninger.  Do
23    you recall that?
24    A.  Yes, I do.
25    Q.  And was it -- if I said that it was in the

81

1    middle of October that you had this meeting, would that
2    be close enough for you?
3        MS. ROEDER:  Object to form.
4    Q.   (By Mr. Kildow) What was the purpose of that
5    meeting?
6        MS. ROEDER:  Object to form, foundation.
7    A.  As I recall, Lindsay had asked to meet over
8    coffee to discuss an idea that she had had around
9    providing a destination physical therapy service.
10    Q.   (By Mr. Kildow) And what do you mean by a
11    destination physical therapy service?
12    A.  I believe that she wanted to start a business
13    where she -- once patients who had had surgery in Vail
14    left Vail to return to wherever their home may be, that
15    she would like -- or was interested in starting a
16    business that would provide physical therapy care in
17    their state or town or city back at their home base.
18    Q.  Okay.  And you didn't meet -- did you meet at
19    the Yeti, as I recall?
20    A.  Yes.
21    Q.  Yeti is spelled Y-E-T-I.  It's kind of a
22    popular coffee place in Vail, in the Solaris?
23    A.  Yes, yes to all of the above.
24    Q.  And how long did the meeting last?
25    A.  I don't recall exactly.  But I'll say 30

82

1    minutes.
2    Q.  Okay.  And during the course of that meeting,
3    do you remember saying to Ms. Winninger, "Competition
4    is healthy.  It gives you a chance to step back and
5    evaluate things, but technically my job is to look at
6    you as competition, and my job would be to eliminate
7    you."  Do you remember making that comment to her?
8    A.  Yeah, I can't say that's a direct quote.
9    I do believe in the competition is healthy part.  I
10    don't necessarily believe that I said that I would be
11    eliminating her.
12    Q.  Well, are you certain that you didn't say
13    that?
14        MS. ROEDER:  Object to form.
15    A.  I'm not certain that you can be certain that
16    I did say that.
17    Q.   (By Mr. Kildow) Well, no.  This is -- I want
18    to know if you're absolutely certain "I never said
19    that."
20        MS. ROEDER:  Object to form.
21    A.  Yeah.  I'm certain that I never, the part
22    about eliminating anybody.
23    Q.   (By Mr. Kildow) So if she testified that's
24    what you said, you disagree with that?
25    A.  Yes.

83

1    Q.  Okay.  Were you aware that Nico Brown met
2    with Ms. Winninger on January 8th of 2016?
3    A.  Yeah.  I'm aware that after I met with
4    Lindsay, that Nico had a meeting with Lindsay.

[BLACK REDACTION BOX]

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

84

2    Q.    (By Mr. Kildow) Okay.  And do you understand
3  that Dan Drawbaugh, the CEO of the Steadman Clinic, had
4  asked Nico to meet with Lindsay about that issue?
5        MS. ROEDER:  Object to form.
6    A.   Yes, I believe that Nico told me that Dan had
7  asked him to have that meeting.
8    Q.    (By Mr. Kildow) And to see if there was some
9  way that Lindsay could be fit into the mix with Howard
10  Head Sports Medicine, correct?
11       MS. ROEDER:  Object to form, foundation.
12    A.   I don't know about that latter comment.
13       MR. KILDOW:  Okay.  I'm going to ask the
14  court reporter to pull up the document that we
15  submitted as Submission No. 6, which I guess is going
16  to be Exhibit 28.
17             (Deposition Exhibit No. 28 was
18              identified to be marked for
19              identification.)
20       MR. KILDOW:  I'm going to start with the
21  second page of this, if you would go to the second page
22  of Exhibit 28.
23    Q.    (By Mr. Kildow) Okay.  This is -- the second
24  page of Exhibit 28 is identified by Bates number -- or
25  Bates designation Vail_0000195.

85

1        MS. ROEDER:  That's 1915 for the record.
2        MR. KILDOW:  What was that?
3        MS. ROEDER:  1915.  I think you missed a
4  digit.
5        MR. KILDOW:  Oh, excuse me.  1915.  Correct.
6  I'm sorry.
7    Q.    (By Mr. Kildow) And the email at the bottom
8  of Page 1915 is from Ryan Kolczak to Nicholas Brown.
9  It's dated January 8, 2016.  And you are not copied on
10  this document.
11        What was your understanding at the time as to
12  who Ryan Kolczak was?
13    A.   Ryan Kolczak worked in IT for Vail Health.

86

87

8        MR. KILDOW:  Okay.  And would you pull up the
9  next exhibit that we had provided to you, Valorie,
10  which is Exhibit 7.  And I guess we'll mark that as
11  Exhibit 29.
12             (Deposition Exhibit No. 29 was
13              identified to be marked for
14              identification.)
15    Q.    (By Mr. Kildow) Can you read Exhibit 29, Mr.
16  O'Brien?
17    A.   I beg your pardon?  I'm sorry.  What did you
18  ask me?
19    Q.   Do you see Exhibit 29 on your screen?
20    A.   Yes, I do.
21    Q.   Is it big enough for you to read?
22    A.   Yes, it is.
23        MR. KILDOW:  Valorie, could you go down just
24  a little bit so we can identify the Bates number of
25  this document?



88

1      Q.   (By Mr. Kildow) Okay.  This document, marked
2   as Exhibit 29, is identified by Bates Vail_00003835.
3   At the top -- if you go back up to the top -- this is
4   an email that you sent to Nicholas Brown on January 20,
5   2016.  Is that correct, Mr. O'Brien?
6      A.  Yeah, that looks to be correct.
7      Q.  And looking at this email, can you identify
8   it as an email that you sent to Mr. Brown on that day?
9      A.   Yeah.  From all the information on it, it
10  comes from my email address with my email signature.
11      MR. KILDOW:  Okay.  I offer Exhibit 29 into
12  evidence in this case.

89

25      Q.   (By Mr. Kildow) If you look at -- you've got

90

91

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**92**

**93**

10    MR. KILDOW:  Okay.  I'm going to ask the
11  court reporter to pull up our Submission No. 8, which I
12  think will be Exhibit 30.
13        (Deposition Exhibit No. 30 was
14        identified to be marked for
15        identification.)
16    MR. KILDOW:  That is -- that is not the
17  exhibit I'm looking for.  The exhibit I'm looking for
18  is what we submitted as No. 8 to you, Valorie.  It's an
19  email from Luke O'Brien to Nicholas Brown on October 4,
20  2016.
21    MS. ROEDER:  That was the email.
22    THE REPORTER:  I think that was the right
23  one, but let me put it back up again.
24        (Discussion off the record.)
25    MR. KILDOW:  This document, which has been

**94**

1  identified as Exhibit 30, is Bates Vail_00003839.
2       And if you could go up, then, to the top.  It
3  looks like this is an email from Luke O'Brien to
4  Nicholas Brown.  It's dated October 4, 2016.
5    **Q.   (By Mr. Kildow) Do you see that, Mr.**
6  **O'Brien?**
7    A.  Yes, I do.
8    **Q.   Okay.  And looking at the FYI under that and**
9  **the text, that one-line text, can you identify that as**
10  **an email that you sent to Mr. Brown on October 4, 2016?**
11    A.  Yes.
12    MR. KILDOW:  I offer Exhibit 30 into evidence
13  in this case.

**95**

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**96**

5      Q.   (By Mr. Kildow) And who is Nicole
6   Sale-Harper?
7      A.   She was a front office employee.
8      Q.   And what was her position?
9      A.   It looks from her email signature that it was
10   office coordinator.

**97**

18            MR. KILDOW:  I'm going to ask Valorie to pull
19   up Exhibit -- or the submission, I should say, that we
20   provided to you, No. 10, and ask you to mark that as
21   what I believe will be Exhibit 31.  And don't put it up
22   until I ask you to.
23      Q.   (By Mr. Kildow) Mr. O'Brien, did there come
24   a time when you became aware that a complaint had been
25   filed with the Department of Regulatory Agencies of the

**98**

1   state of Colorado against David Cimino?
2      A.   I believe that I heard that there had been a
3   complaint filed.  I don't know if that complaint was
4   actioned or not.
5      Q.   Are you aware that the initial complaint was
6   filed anonymously?
7            MS. ROEDER:  Object to form and foundation.
8      A.   Yeah, I don't have recollection of how the
9   complaint was filed.
10      Q.   (By Mr. Kildow) Were you aware of the filing
11   of a complaint against Mr. Cimino before it was filed?
12            MS. ROEDER:  Object to form, foundation.
13      A.   No, I was not.
14      Q.   (By Mr. Kildow) Were you involved in any
15   conversations relating to filing a complaint against
16   Mr. Cimino before it was filed?
17      A.   No, I was not.

**99**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



100

101

102

2      Q.   (By Mr. Kildow) Right.  And you would agree
3   with me, would you not, that Dr. Steadman was known
4   nationally and perhaps even internationally as one of
5   the pioneers in orthopedic surgery, particularly with
6   respect to knees?
7          MS. ROEDER:  Object to form and foundation.
8      A.   Absolutely I would agree.

103

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

104

105

19   Q.   (By Mr. Kildow) Okay.  And let's say in
20   2015, do you know who that was?
21        MS. ROEDER:  Object to form.
22   Q.   (By Mr. Kildow) Who was heading that billing
23   department?
24   A.   I do not know that individual.
25   Q.   Did you ever -- did you ever interact with

106

1    them on a direct basis?
2         MS. ROEDER:  Object to form and foundation.
3    A.   If I did, it was very sporadic.
4    Q.   (By Mr. Kildow) As you've testified today,
5    you've been an associate with Howard Head Sports
6    Medicine for a long time.  You were.  Did you ever hear
7    any complaints about Vail Health as a hospital being
8    too expensive?
9         MS. ROEDER:  Object to form.
10   A.   Yes, I did.
11   Q.   (By Mr. Kildow) Did you ever hear any
12   complaints about Howard Head Sports Medicine being too
13   expensive with respect to the physical therapy services
14   it offered?
15        MS. ROEDER:  Object to form.
16   A.   Yes, I did.

107

5    Q.   (By Mr. Kildow) Was it your understanding,
6    your feeling, your personal feeling, that the pricing
7    and billing issue was merely a perception problem that
8    certain members of the public had or the patients had,
9    or that there was an issue with Vail Health being too
10   expensive?
11        MS. ROEDER:  Object to form, foundation.
12   A.   I think that for a subset of patients for
13   whom they have limited or no insurance coverage,
14   receiving care at Howard Head was expensive.  However,
15   I'm not sure that that is an isolated experience to
16   Vail Health.
17   Q.   (By Mr. Kildow) It may not be an isolated
18   experience, but would you agree that Vail Health is one
19   of the most expensive hospitals in the state of
20   Colorado?
21        MS. ROEDER:  Object to form and foundation.
22   A.   I actually have -- I don't have any
23   information on the expense of the other hospitals that
24   I would be able to make an accurate call one way or
25   another, whether Vail Health is expensive relative to



Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**108**

1  its peers.
2      **Q.   (By Mr. Kildow) But you were aware of the**
3  **fact that there were articles in the Vail Daily where**
4  **certain residents of the Vail Valley were critical of**
5  **the cost of medical care at Vail Health; is that true?**
6      MS. ROEDER:  Object to form.
7      A.  Yes, that's true.
8      **Q.   (By Mr. Kildow) Now, you were at Vail Health**
9  **when there were discussions about opening a Howard Head**
10  **Sports Medicine physical therapy clinic in Summit**
11  **County and in particular Frisco; is that correct?**
12      MS. ROEDER:  Object to form.
13      A.  Alan, from when I started my role in 2012, we
14  had a Frisco clinic open.  We've always had a physical
15  therapy practice in Frisco.
16      **Q.   (By Mr. Kildow) You've always had a physical**
17  **therapy practice in Frisco?**
18      A.  Well, I mean at some point, it started, but
19  it didn't start with Nico or I.
20      **Q.  It did not?**
21      A.  It did not.
22      **Q.  Do you know about when it started?**
23      MS. ROEDER:  Object to form.
24      A.  I do not know.  It may -- it may have been
25  there before I joined Howard Head.  Honestly, because I

**109**

1  didn't work in Summit County, I couldn't tell you
2  exactly how those clinics grew.  But I can -- I'm
3  certain that when Nico and I assumed the roles that we
4  did, that the Frisco clinic was open and operational.
5      **Q.  How many physical therapists worked in the**
6  **clinic in Frisco during the time you worked for Howard**
7  **Head?**
8      MS. ROEDER:  Object to form.
9      **Q.   (By Mr. Kildow) Or at Howard Head.**
10      A.  I think what you're referring to is at any
11  given time the size of that clinic rather than the
12  total number of therapists during my time at Howard
13  Head; is that correct?
14      **Q.  Right.**
15      A.  My guess at this point is it might be a four-
16  or five-person clinic -- sized clinic.

**110**

**111**

Deposition of:  Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**116**

**117**

5      MS. ROEDER:  We've been going for more than
6   an hour.  How about a five-minute break.
7      MR. KILDOW:  Actually, I would like to take a
8   ten-minute break, if we could.
9      MS. ROEDER:  Sure.
10      THE WITNESS:  Just for my personal planning
11   purposes, do you have an estimated time of when we
12   would conclude?
13      MS. ROEDER:  Yeah, I think we -- go ahead,
14   Mr. Kildow.
15      MR. KILDOW:  I think that we're growing close
16   to the end, Mr. O'Brien.
17      THE WITNESS:  Okay.  Thank you.
18           (Recess taken from 1:13 p.m. to
19           1:25 p.m.)
20      MR. KILDOW:  Okay.  Back on the record.

**118**

**119**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



**120**

**121**

15    Q.   (By Mr. Kildow) Okay.  You were issued a
16    National Provider Identifier number in August of 2011.
17    Do you know why you were issued that NPI at that point
18    in time?
19        MS. ROEDER:  Object to form and foundation.
20        A.   Yeah, I don't know the answer to that.  I
21    don't know why that date.
22        Q.   (By Mr. Kildow) Vail Health decided to open
23    operating suites in Summit County fairly recently.  Are
24    you aware of that?
25        MS. ROEDER:  Object to form.

**122**

1        A.   I'm aware that they were building a building
2    in Summit County.  I'm not aware of the status of that
3    building.

**123**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**124**

1  Q.  (By Mr. Kildow) Okay.  Now, before -- I'm
2  going to say before you left Vail Health, it opened the
3  new wing and the new operating suites and helipad in
4  Vail; is that right?
5  A.  No, it did not.
6  Q.  Oh, it had not?
7  A.  It had not opened when I left.
8  Q.  It was under construction at the time you
9  left?
10  A.  Yes, that's correct.

**125**

**126**

7  Q.  Mr. O'Brien, I want to thank you for your
8  time.  And I wish you the best of luck.  I'm from
9  southern Wisconsin.  I remember when Lou Alcindor used
10  to be the big man with the Bucks.  But I wish you good
11  luck and your family too.  Thank you.
12  A.  I appreciate it.  Go Bucks.
13  MS. ROEDER:  Bye-bye.
14  One note for the record:  Portions of the
15  transcript that have dealt with confidential documents
16  or documents marked AEO for the time being should be
17  maintained as such, and we'll follow the protective
18  order in officially designating those.
19  MR. KILDOW:  Thank you very much.  Plaintiffs
20  are signing off.
21  (The deposition concluded at 1:44 p.m. after 3
22  hours and 35 minutes on the record.)
23
24
25

**127**

1  AFFIDAVIT
2  I have read my deposition and it is true and
3  accurate, except for any changes or corrections now
4  indicated by me on the Amendment sheet.
5  Amendment sheet attached   (  )
6  No changes to testimony    (  )
7
8  _____
   LUKE O'BRIEN
9  SUBSCRIBED AND SWORN to before me this
10  date, _____.
11
   My commission expires _____
12
13  _____
   NOTARY PUBLIC
14
15  _____
   STREET ADDRESS
16
   _____
   CITY, STATE, ZIP
17
18
19
   Return to:  MILE HIGH COURT REPORTING & VIDEO, INC.
20     14143 Denver West Parkway
       Suite 100
21     Golden, Colorado 80401
22
23
24
25

1                        REPORTER'S CERTIFICATE

2

3              I, Valorie S. Huddleston, RPR, Notary Public

4    of the State of Colorado, do hereby certify that prior

5    to the commencement of the examination of LUKE O'BRIEN,

6    said witness was remotely sworn via videoconference to

7    testify to the truth in relation to the matters in

8    controversy between the parties hereto; that identity

9    of the witness was verified via satisfactory evidence

10   per the Rules; that said examination was taken in

11   machine shorthand by me and was thereafter reduced to

12   typewritten form; and that the foregoing is a true and

13   accurate transcript of the questions asked, testimony

14   given, and proceedings had.

15             I further certify that I am not related to any

16   party herein, nor their counsel, and have no interest in

17   the result of this litigation.

18             IN WITNESS WHEREOF, I have affixed my

19   signature this 13th day of October, 2021.

20

21        VALORIE S. HUDDLESTON      Valorie S. Huddleston, RPR
              NOTARY PUBLIC
22          STATE OF COLORADO        My Commission expires 12/10/2023
           NOTARY ID 19954017709
     MY COMMISSION EXPIRES DECEMBER 10, 2023  Notary No. 19954017709

23

24

25

October 13, 2021


JACQUELINE V. ROEDER, ESQ.
Davis Graham & Stubbs LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202

RE:  Sports Rehab Consulting v. Vail Clinic
     Civil No. 1:19-CV-02075-WJM-GPG
     Deposition of:  LUKE O'BRIEN
     Taken:  Saturday, October 9, 2021


Dear Ms. Roeder,


Attached with your electronic copy of the
above-referenced deposition is the signature page from
the Court's original transcript.


In accordance with the Rule, please have the witness
read and sign his or her testimony, then return the
executed signature page and any amendment sheets used
to us within 35 days of the date of this letter.


Sincerely,


MILE HIGH COURT REPORTING & VIDEO, INC.


Encl.


cc:  Original transcript
     Alan Kildow, Esq.

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

**A**

**A-U-T-E-N**
58:7

**a.m**
1:16 41:5,6
78:24

**ability**
67:19 93:6 95:9
97:15 110:25
111:8,12
119:15

**able**
11:13 41:24
52:25 65:3
73:13 74:7
95:10 104:2
107:24 114:21
115:24

**above-referen...**
129:11

**absolute**
123:19

**absolutely**
13:14 82:18
102:8

**accept**
19:2

**acceptable**
5:15 31:23

**access**
3:14 45:12 86:1
114:22

**accounted**
52:10

**accounting**
41:25 42:22,25
43:3,4 48:6,8
48:15,16,23
53:12,17 54:1

**accurate**
21:24 51:20
55:8 89:20
97:7 107:24
127:3 128:13

**acronym**

42:12,13

**action**
4:3,23 5:20
88:14

**actioned**
98:4

**actual**
45:7

**acute**
111:15,21

**add**
123:25

**addition**
19:2 30:22
110:21

**additional**
125:1

**address**
43:23 88:10
127:15

**adept**
74:4

**adjustment**
71:13,16

**adjustments**
38:12

**administrative**
112:6,10

**admissibility**
15:5

**advantage**
101:9,14 102:12

**advantages**
101:16

**AEO**
126:16

**affidavit**
36:8,15 127:1

**affixed**
128:18

**afraid**
96:17

**Agencies**
97:25

**Agenda**
3:6

**aging**
124:15

**ago**
88:18 89:16
91:14

**agree**
30:10 40:3,11
79:13 88:24
90:8 92:3,3
102:2,8 107:18

**agreed**
89:1

**agreement**
15:19,25 16:6
16:19 18:25
19:9,11,16,25
20:3 21:2,2,21
21:25 22:4,5,8
22:11 23:9,11
23:15 30:6
37:14,19 61:5
61:8 90:8

**agreements**
20:21

**ahead**
8:8 21:9 27:21
27:22 58:2
59:17 114:19
117:13 123:12

**ailments**
114:23

**Alan**
2:2 4:2,19 8:9
11:13 15:22
23:14 29:19
31:16 38:16
43:25 55:4
63:16 102:15
104:17 108:13
110:7 115:2
119:22 129:21

**Alcindor**
126:9

**alkildow@aol....**
2:4

**allowed**

53:1

**allows**
91:8

**ambiguous**
116:6

**ambition**
14:19

**amendment**
127:4,5 129:14

**amount**
9:7 42:2

**amounts**
42:9

**and/or**
83:18 88:25

**ankle**
38:24,24

**annual**
47:5,8

**annually**
47:11,13

**anonymous**
98:19

**anonymously**
98:6

**answer**
5:12,14 8:4
11:11 14:20
21:5 22:19
26:10 27:4,8
27:21,22,23
28:1 33:6
34:19 36:18
38:16,18 48:19
48:20 50:3
51:5 53:7,9
54:18 66:14
78:3 87:3,7
94:17 104:16
115:13,15
116:8 119:24
121:5,20
122:23 123:20
125:11,25

**answered**
16:22 24:5,18

37:2 96:3
113:3 116:23

**answering**
28:2

**answers**
23:7 24:2 48:16

**Anthony's**
122:12

**antitrust**
4:21

**anybody**
17:5 26:7 39:15
82:22

**Anytime**
44:2

**apartment**
14:11

**apparently**
45:22

**APPEARAN...**
2:1

**appearing**
1:16

**appears**
49:6

**applicable**
15:14

**appointments**
96:13

**appreciate**
27:24 56:16
126:12

**approached**
102:20,20

**approaching**
72:23

**appropriate**
20:11 90:12

**appropriately**
106:23

**approval**
112:20

**Approximately**
28:15

**area**
122:6

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 2

**arena**
72:20
**arrived**
37:4,8
**articles**
108:3
**asked**
20:2 24:5,20
29:8,9 32:4
37:1,21 40:18
43:17,22 57:4
58:1 81:7 84:4
84:7 96:2
116:22 128:13
**asking**
14:23 39:10
58:3 77:1
85:14 89:3
100:8 125:10
**assigned**
43:4 52:9
**assisted**
53:24
**associate**
106:5
**associated**
9:7 16:12
**assumed**
109:3
**assumption**
73:1
**Athletic**
66:6,7,15
**Atkins**
36:2
**attached**
127:5 129:10
**attempt**
88:15
**attend**
118:1,9,14,16
**attorney**
4:20 21:7,14
25:18 28:8
29:8 40:24
58:6

**attorney-client**
26:13
**attorneys**
28:23
**ATTORNEYS'**
3:7,12,19
**audio**
122:21
**August**
121:16
**Australia**
75:19,24 76:3,5
**Australian**
36:1
**Auten**
56:13 58:7 59:3
**authenticate**
4:10
**authenticity**
15:11
**authored**
35:20 76:4 93:8
**available**
17:1 75:20
123:16
**Avenue**
2:6
**Avon**
119:11,18
**aware**
16:6 20:5,12,18
20:22 24:11
33:14,17,19,22
35:22,25 37:5
37:10,13,19,21
37:25 38:2,7
41:10,11 43:12
44:11 47:14,17
49:5,10,13
52:8 60:14,22
60:22 61:9,15
63:11,16 72:22
83:1,3 97:24
98:5,10,25
100:16,21
101:9,13 108:2

121:24 122:1,2
123:2

---
### B
**back**
16:23 34:5 36:4
41:7 48:16
54:23 56:21
59:24 76:15
81:17 82:4
83:18 88:3
92:15 93:5,23
101:23 117:20
**background**
29:10 78:4
**bailiwick**
44:17
**balance**
116:24 117:2
**banner**
89:21
**base**
55:20 81:17
**basically**
30:5,6 109:23
118:17
**basis**
15:1 27:19,20
31:12 33:5
36:12,23 91:2
106:1
**basketball**
12:10
**Bates**
59:15,19 64:23
68:5 84:24,25
87:24 88:2
94:1
**beat**
75:9
**Beaver**
119:11,18
**beg**
87:17
**began**
6:18 36:10 49:7

**beginning**
4:9 18:17 35:1
44:1 48:18
53:10 109:22
109:23 118:12
**begins**
47:15
**behalf**
4:2 72:18
**belief**
9:2 93:8
**believe**
6:18 19:23
21:24 22:7
23:16 28:4
35:20 55:6
58:13 66:16
73:18 80:6
81:12 82:9,10
84:6 97:21
98:2 99:15
110:17 119:6
119:23
**beneficial**
50:14
**benefits**
111:12 113:17
**best**
5:2,13,16 8:3
22:11 26:21,25
86:19 87:6
88:14 91:18
104:18 110:20
124:13 126:8
**better**
46:2,24 55:22
97:16
**bias**
10:12
**big**
87:21 126:10
**bigger**
115:8
**bill**
28:5 100:24
**billed**

**beginning**
41:19 42:2,9
44:20,22
105:10
**billing**
104:23 105:2,6
105:11,12,13
105:22 106:21
107:7
**bit**
5:7 32:6 47:20
52:18 59:15
64:20 87:24
88:19 112:22
**board**
118:1,9,15,16
120:21
**body**
37:6
**bold**
20:25
**Boochever**
58:23,23 59:4,4
**boss**
71:14
**Botero**
94:15,16 95:25
96:12
**bottom**
41:15 59:3,18
64:22 65:6,24
66:8 68:7 85:7
**boundaries**
90:3
**Bradley**
3:18 14:7
**brain**
116:24 117:1
**Braunschweig**
2:6 20:14 21:7
**break**
40:22,23,25
41:3 78:21
79:1 117:6,8
**briefings**
118:16
**bring**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 3

83:17
**bringing**
41:13,15
**broad**
107:1
**broaden**
74:25
**broader**
54:24
**broadly**
55:7
**Broersma**
110:3,10
**brought**
74:22 123:3
**Brown**
3:13,16,19 7:23
8:6,11,12,16
10:1,10,13,16
10:19,22 11:16
16:11 19:17
20:19 34:12
52:8 61:24
68:8 76:19
83:1 85:8,24
86:4,18 88:4,8
93:19 94:4,10
103:4 109:20
110:4 118:24
120:5,25
**Brown's**
117:25 120:20
**bruises**
55:18
**Bucks**
12:2,10,17 14:1
14:3,6,8,18
126:10,12
**budget**
8:21,22 47:4,5,5
47:8,22,24
48:15
**budgetary**
9:3
**budgets**
47:19

**building**
50:17 60:20
75:12 122:1,1
122:3
**bumps**
55:18
**business**
6:9 18:20,21
29:20 31:25
33:1 35:3,4
45:25 55:15,17
67:19 81:12,16
83:9,9,12
90:15 92:13,16
115:22 120:6,7
120:9,10,11
122:9
**Bye-bye**
126:13

_____
C
_____
**C**
94:15,15 95:25
**calculated**
52:10
**California**
36:5
**call**
10:7 12:14
18:17 41:24
48:6 54:21
55:7,18 75:25
107:24
**called**
1:15 23:18
96:13 119:3
**calls**
39:7 125:24,24
**campus**
51:6 55:12
67:13
**cancel**
96:13
**canceled**
96:21
**capabilities**

53:8
**capable**
68:2
**capacity**
34:22 123:25
125:19
**capture**
53:19
**care**
18:19 30:21,22
35:12 64:10
74:5 81:16
107:14 108:5
110:19 111:16
111:21 112:8
112:10,23
113:6,7 116:24
117:2 124:18
126:4
**Carolina**
30:1,13
**case**
4:21 35:19
37:18 68:22
86:17,22 88:12
94:13 126:6
**cause**
7:12
**caused**
9:3
**caution**
26:11
**cc**
68:8 129:20
**ccs**
76:19
**ceased**
77:15
**center**
33:25 34:5 51:2
62:14,22 63:4
122:12
**Centura**
122:11,11,25
123:3,8 125:9
125:15

**Centura-owned**
123:4
**CEO**
75:24 84:3
106:18
**certain**
5:11 9:5 31:18
53:25 63:15
82:12,15,15,18
82:21 89:23
107:8 108:4
109:3 114:21
115:2,5
**CERTIFICA...**
128:1
**certify**
128:4,15
**cetera**
29:10 44:5
**CFO**
43:23 44:6
47:21
**CFOs**
44:3
**chain**
79:13
**chance**
56:24 57:3,11
57:23,24 58:2
82:4
**change**
94:19 97:9
**changes**
46:24 127:3,6
**channels**
107:3
**characterizati...**
44:8
**characterize**
17:19 22:10
49:2 51:3 55:7
55:16,22 99:19
112:3,5 118:14
**characterized**
46:2
**charge**

54:14 109:17
**charged**
30:23 38:20
121:2
**Charles**
43:24 44:4
**chart**
20:16
**checks**
48:10
**chief**
71:4
**children**
13:9
**choice**
7:9 15:13
**choose**
17:7 26:1 57:20
**chose**
16:14
**Cimino**
98:1,11,16,22
**Cimino's**
85:15
**circle**
16:23
**circumstances**
11:23
**city**
81:17 127:16
**civil**
1:2 15:4,15
129:6
**clarify**
116:8
**clause**
15:20,25 16:7
16:14 22:2,10
22:22 90:19
**clear**
89:11 122:23
**client**
53:17
**clinic**
1:11 2:15 6:8,19
7:2 17:17

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 4

32:11 40:5,15
40:17 41:12
43:7 44:12
45:8,18 46:7
46:16,22 49:9
49:23 50:13,22
51:2 52:13
55:2,19,20,21
60:16,19,23
61:6,10,16,17
62:20 63:1,7
63:13 67:14,16
69:15,21 70:2
71:2,19,24
72:9,15,18,24
73:4,8,10,25
74:24 77:7,20
83:20 84:3
90:24 93:7
97:13 99:20
101:15,20
103:17,22
104:2,25
108:10,14
109:4,6,11,16
109:16,19
110:9 112:12
117:23 129:6
**clinic's**
46:10
**clinical**
6:8 34:9,23 35:6
35:8 46:11
55:5,12 119:10
**clinics**
109:2
**close**
51:22 81:2
101:21 117:15
**closely**
102:16
**closer**
50:12,15
**Club**
66:6,7,15
**coffee**

80:22 81:8,22
**cognizant**
39:20
**collaboration**
84:1
**colleagues**
8:14 23:17
**collected**
9:21 41:21
**collective**
120:16
**Colorado**
1:1,8,11,17 2:3
2:13 14:21
23:25 33:16,20
98:1 107:20
123:17 127:21
128:4 129:4
**combating**
94:20 97:10
**combination**
74:7 109:20
**combining**
101:10
**come**
24:21 52:7 63:2
97:23
**comes**
88:10
**comfortable**
28:2
**coming**
56:3 61:7 71:9
**commencement**
128:5
**commencing**
1:16
**comment**
17:6 82:7 84:12
**comments**
24:10
**commission**
127:11 128:22
**commonly**
22:1
**communicate**

76:10
**communicating**
66:11
**communication**
9:19 39:24
110:20 113:5
**companies**
43:2,4
**company**
1:8 30:7,10,12
41:21 42:2
70:19 83:18
**company-wide**
43:3
**compel**
20:15
**compelled**
21:12 24:12
**compensation**
21:3,13 22:18
**compete**
16:2,15 90:2,7
125:8,15
**competing**
103:23
**competition**
82:3,6,9 92:25
**competitive**
18:4 71:13,17
**competitor**
18:10 72:19,23
79:20 92:17
**competitors**
72:1
**compilation**
28:22
**compiled**
36:20
**compiling**
53:23
**complaint**
97:24 98:3,3,5,9
98:11,15,20
99:2
**complaints**
106:7,12

**complete**
94:20 97:11,17
**completed**
5:12,14 9:25
42:3 48:24
**completely**
30:10 89:22
100:7
**computer**
54:15,19
**computerized**
45:2
**concern**
71:9 116:20
**concerned**
18:19 62:6
92:19 93:3
**concierge**
83:15 90:15
**conclude**
117:12
**concluded**
126:21
**conclusion**
39:7 83:25
125:24
**conducted**
106:20
**confidential**
1:6 3:7,10,14,16
19:10 21:15
79:22 80:1
126:15
**confirmed**
58:20
**congratulate**
12:6
**conjunction**
83:19
**connection**
5:6
**consider**
17:9 25:25
74:24,25 75:3
90:12
**consideration**

26:19 67:8,10
**considered**
17:14 25:21,23
39:12 48:12
**considering**
26:8 61:16
75:17 88:20
**construction**
67:12,14,15
75:15 95:2
97:17 124:8
**Consulting**
1:8 2:9 4:21
129:6
**contact**
18:22
**contain**
15:19 22:1,4
**content**
90:11
**context**
54:24
**continue**
11:11 73:13
78:10 123:15
**continued**
93:8
**contract**
13:15 15:19,23
37:14
**contracts**
29:5,6
**contrary**
11:12
**control**
91:8,11
**controversy**
128:8
**convenient**
126:4,5
**conversation**
16:11,12 26:15
70:6 80:7
106:25
**conversations**
16:19 26:11

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 5

46:18 77:15
80:8,17 83:11
98:15
**conveying**
52:20
**Cook**
8:2 9:9,15
106:17,20
**cooperate**
23:11
**coordinated**
116:19
**coordination**
110:19,22 112:1
113:6
**coordinator**
96:10 110:14
113:21 114:3,7
114:11,14
115:4 119:7
**cope**
124:16
**copied**
58:13 85:9,24
96:12
**copy**
85:25 129:10
**corporation**
1:12
**correct**
6:4,5,10,11,13
6:14,21,22
7:10,22 10:3
12:3,23,24
13:7 14:5 18:1
18:2 19:14,18
22:15,20 24:15
24:16,18,19,21
24:22,25 25:2
25:5,7,19,20
28:10 30:7,17
30:18 33:21,25
34:1,10,11,14
34:21 37:3
45:5,9 47:8
48:25 50:4,5

50:20 54:22
61:22 62:17
63:7,9,19,21
65:8,9 66:21
68:8,16,17,19
68:20 69:2,3,6
69:7,21,23,25
70:1,16,17,19
70:24,25 74:13
74:15,16 76:18
77:9,13 83:20
84:10 85:5
88:5,6 89:9
90:16,18 93:3
93:4 95:24
96:16,19,20,25
97:2,3,6 99:9
99:11 101:1
102:23 108:11
109:13 118:20
121:14 122:17
123:13 124:10
124:21
**corrections**
127:3
**correspondin...**
5:13
**cost**
108:5 119:12
**cost-effective**
106:23
**costs**
41:15
**counsel**
6:1 26:12 78:1
128:16
**country**
14:3
**County**
4:24 5:20 36:8
108:11 109:1
121:23 122:2
123:4,8,24
125:2
**couple**
24:11 40:22

79:9
**course**
82:2 88:14
**court**
1:1 4:22,23 5:10
15:2 23:24
24:10 37:24
38:6 39:18
54:5 56:10,11
57:5 58:1
59:17 64:13
67:21 79:3
84:14 93:11
99:14,24
127:19 129:17
**Court's**
129:11
**coverage**
107:13
**covered**
33:5 39:21
107:2
**COVID**
8:19,20 9:4,7
**created**
35:14
**creating**
74:4
**Creek**
119:11,18
**Crevling**
43:24 44:4
**critical**
108:4
**cross**
126:3
**cumulatively**
12:18
**Curley**
3:18

——————
**D**
——————
**D**
62:14
**d/b/a**
1:11 2:15

**Daily**
108:3
**Dan**
58:19,21 84:3,6
**Daniels**
20:8
**Darrell**
85:24
**date**
6:3,6 20:3 21:4
26:6 121:21
127:10 129:14
**dated**
56:14 58:8
60:12,13 65:6
65:13 66:10
85:9 94:4
**dates**
5:23 43:25
**daughter**
13:12
**Dave**
88:14
**David**
85:15 98:1
**David's**
85:14
**Davis**
2:12 25:18 26:1
26:17 28:8
129:3
**day**
31:7 68:19
76:17 85:25
88:8 128:19
**day-to-day**
112:19
**days**
100:24 129:14
**dealt**
126:15
**Dear**
129:9
**decades**
102:10,11
**December**

9:14
**decided**
27:1 120:16
121:22 123:9
125:6
**deciding**
19:1
**decision**
8:2,23 26:3,4,16
27:1 123:1
**decision-**
125:5
**decision-maker**
125:5
**decision-maki...**
111:2
**decisions**
8:21 31:9
116:17 122:10
**deem**
15:16
**Defendant**
1:13 2:15
**define**
118:4
**definitely**
10:6 12:8 18:19
32:22 55:5
88:24 89:19
101:6,6 103:5
112:8,11
**delay**
5:8
**delivered**
107:3
**delivering**
7:25 74:5 89:20
**demand**
40:6,14,19
**Denver**
2:13 127:20
129:4
**department**
35:6,7 42:22,25
43:3,5 48:2,6,9
48:10,12,23

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 6

53:17,17 54:1
83:8 97:25
104:8 105:7,10
105:11,13,23
113:8
**departments**
48:25
**departure**
7:6
**depended**
47:21
**depending**
57:13,15
**depo**
16:24,25
**Deponent**
29:24
**deposed**
5:19,22
**deposition**
1:4,15 4:3,9 5:5
5:21,25 6:3,7
6:18 14:22,24
14:24 15:6,10
17:2,5 20:3
21:7 23:18,21
24:25 26:21
27:12 28:9,14
28:23 29:8
30:16 31:23
33:6 51:9
56:12,18 64:17
67:24 84:17
87:12 93:13
126:21 127:2
129:7,11
**depositions**
15:4
**describe**
22:11 28:24
29:15 30:19
35:9 43:6
**described**
30:16
**deserved**
64:11

**designate**
19:9
**designated**
21:14
**designating**
126:18
**designation**
84:25
**destination**
81:9,11
**detail**
62:4
**Determine**
90:2
**developed**
35:15 51:22
**development**
115:23 125:7
**dictate**
92:2
**dictated**
91:21
**dictating**
91:22
**difference**
55:10
**different**
18:14 35:11
39:1 42:17
55:19 116:16
120:2 125:22
**differently**
32:6 55:16
**digit**
85:4
**direct**
63:15 82:8
106:1 110:18
115:21 116:15
122:25 125:18
**directed**
44:5
**directly**
31:1,3,4 54:19
65:10
**director**

115:25 116:13
116:15
**directors**
118:2,9 120:21
**disagree**
36:24 82:24
**discovery**
17:2 20:11,22
86:22 87:5
99:14,25
**discuss**
75:25 81:8
**discussed**
66:17 89:15,23
94:20 97:10
117:4 120:19
**discussing**
51:7
**discussion**
16:12,17 56:17
61:24 62:3,4,7
93:24
**discussions**
45:23 46:1,2
49:7,13,21,25
60:14,23,25
61:1,3 62:25
78:16 80:1
88:25 100:17
100:22 102:18
103:10,25
106:19 108:9
121:8 122:5
123:1
**discussions/m...**
45:16
**displayed**
42:1
**dispute**
20:23
**disseminating**
113:7
**District**
1:1,1 23:24,24
**disturbance**
122:21

**doctors**
17:17,21 51:24
92:20,23
**document**
19:16 20:16,18
28:20 47:11
48:1 56:10,23
57:1,4,12,19
57:24 59:16,21
59:23 62:15,17
65:18,20,25
68:2,10 77:11
84:14 85:10
86:13 87:25
88:1 93:25
103:3
**documents**
28:16,18,22
35:21 126:15
126:16
**doing**
6:9,19 29:20
31:25 46:22,23
77:17 91:21
123:5
**dollar**
42:1
**Don**
58:19 59:3,8
**Donald**
56:13 58:7
**door**
24:18,21 125:13
**doorbell**
24:17
**Doris**
3:11 46:6,9 58:8
67:17 68:7
76:15,24,25
78:2 103:10
**Dr**
30:24,25 31:1
36:4 51:15,17
73:19 74:11,18
92:20 95:15,19
96:21 97:5

100:24 101:2
101:22 102:3
**draft**
38:3
**drafted**
19:19 35:15
36:11
**Drawbaugh**
58:20 84:3
**Drive**
2:2 50:18 55:13
60:20 61:11
69:5,5
**driver's**
4:5,10
**duly**
4:13
**duplicative**
35:18 37:18,24
38:6 39:18
86:22 87:5
99:14,24
**duration**
21:21 32:21
**duties**
30:20 34:24
41:11

**E**
**E-B-B-E-R-S-...**
54:11
**E-M-E-R-S-O...**
54:10
**Eagle**
4:24 5:20 36:8
55:17 56:1,2
112:13,18
**earlier**
45:24 46:20
74:3 77:12
93:5 100:24
103:3 113:4
125:4
**early**
47:23
**Ebberson**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 7

54:4,9
**educated**
104:9
**education**
29:10 35:10
113:6 116:18
**Edwards**
119:11,18
**Edwards'**
55:11
**Edwards/Avon**
99:20
**effect**
8:19 22:24
29:21
**efficient**
46:24
**either**
46:10 89:23
119:7
**electronic**
129:10
**elements**
41:11 101:18
121:9
**eliminate**
82:6
**eliminating**
82:11,22
**else's**
120:1
**email**
3:8,11,13,14,15
3:17 20:7,9,11
56:13 58:4,5
58:14,14,17,19
59:3 65:11,11
65:15,24 66:9
66:19 68:6,7
68:14 71:4
72:3 73:12
76:4,7 77:4
78:7 79:6,8
80:18,21 85:7
85:15,17,23
86:1,4,13 88:4

88:7,8,10,10
89:11,24 91:14
93:9,19,21
94:3,10 95:10
96:9,12
**emails**
29:2 60:11 65:6
66:25 76:15
86:19
**employ**
16:1 104:6,13
**employed**
11:24 12:1
29:13,19 34:14
36:21 37:12
100:4,5,9
109:18 116:13
**employee**
6:4,12 33:15,24
53:4 89:9,12
96:7 99:12
**employees**
31:11,13,13
114:21
**employer**
29:15 114:21
**employment**
6:15 9:22 13:15
14:18 15:18,22
15:25 16:6
20:21 100:8
110:8
**Encl**
129:19
**enforce**
16:13
**enlighten**
95:13
**enormously**
4:7
**ensuring**
30:23
**enter**
6:1 25:8 90:3
**entered**
30:5

**entering**
49:9
**entire**
35:5,7 57:23
**entity**
34:4 89:22 92:6
92:17
**enumerated**
90:1
**environment**
97:16,16
**Esq**
2:2,6,11 129:3
129:21
**Essentially**
19:4
**estimated**
117:11
**et**
29:10 44:5
**evaluate**
82:5
**event**
122:11,14
**events**
12:14 88:13
**eventually**
27:10
**evidence**
36:17 37:1
66:24 68:22
86:17 88:12
94:12 128:9
**evolved**
34:25 35:3
**exact**
5:23 8:15 12:20
48:7 54:18,22
55:4 66:14
91:13 99:18
118:21
**exactly**
8:18 10:8 30:11
42:1,13 50:11
81:25 100:10
109:2

**examination**
1:15 3:2 4:15
128:5,10
**examine**
57:11 106:21
**examined**
4:13
**example**
43:11 46:5,6
56:2 67:1
119:10
**excellent**
17:16
**exchange**
66:19 80:21
**excuse**
6:25 9:14 13:4
14:22 61:16
85:5 95:6
100:12
**executed**
129:14
**executive**
71:4 118:15
**exercise**
114:23
**exhibit**
56:16,18,25
57:2,14 62:11
64:14,16,17
66:23 67:21,23
67:24 68:21
76:15 79:4
84:16,17,22,24
86:16 87:9,10
87:11,12,15,19
88:2,11 93:12
93:13,17,17
94:1,12 97:19
97:21
**EXHIBITS**
3:5
**existed**
101:19
**existence**
53:3

**expand**
67:13 122:6
**expansion**
124:25
**expense**
107:23
**expenses**
41:20 42:4,16
42:19 44:22,24
44:24
**expensive**
106:8,13 107:10
107:14,19,25
**experience**
18:1 31:6
107:15,18
**experienced**
124:17
**experiences**
30:24
**experiencing**
9:6
**expires**
127:11 128:22
**explain**
52:17 55:10
91:13 116:11
**exploring**
49:22 63:3
**extensive**
36:8
**extent**
20:20 28:20
**EYES**
3:7,12,19

---
**F**
---
**face-to-face**
18:19
**facilities**
124:25
**facility**
56:2 94:24
124:15
**fact**
6:6 7:15 9:2

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

13:25 17:1
23:6 26:19
35:25 39:20
57:12 61:10
63:11 72:24
92:19 108:3
**factors**
18:14,15 74:7
**fair**
5:3 17:18,19
19:13 23:7,8
24:7,8 27:11
30:14 31:2
38:17 44:6,9
48:17 50:24
54:25 56:1,6,8
80:10 91:3,5
101:4 112:11
**fairly**
5:11 40:4 51:20
112:3 121:23
**faithful**
9:16
**fallen**
53:25
**family**
14:15,16,19
126:11
**far**
36:4 39:20 42:9
42:16 120:6,19
**federal**
4:22 15:4
**feel**
24:11 28:3
**feeling**
107:6,6
**fees**
27:5,15 121:2
**fell**
38:22 56:4 62:9
**fewer**
56:2
**fight**
18:11
**fighting**

18:15
**figure**
12:21
**filed**
24:10 36:7
97:25 98:3,6,9
98:11,16,19
99:2
**filing**
25:22,25 98:10
98:15
**filled**
48:24 49:3
**financial**
26:24 41:12
43:6,8,13 45:7
45:11,17 46:3
46:11,15
**find**
77:21
**fine**
19:7 29:1 57:25
**finish**
57:7
**finished**
100:8
**fire**
111:9
**firing**
113:11 115:9
**firm**
25:19 26:2,8
28:8
**first**
4:13 6:18 8:11
11:20 20:10
49:15,16 50:16
56:10 57:6,20
58:4 65:5 66:8
66:9 67:2 68:6
68:23,25 79:11
80:11,11 94:23
104:5,11
**firsthand**
99:1,4
**fiscal**

47:15,18
**fit**
83:15 84:9
**five**
91:14
**five-minute**
40:23,24 78:21
117:6
**five-person**
109:16
**floor**
50:17,21
**fluctuation**
47:20
**focus**
45:25,25 83:9
83:10,12 90:2
**fold**
83:18
**folks**
30:1 39:15
40:12
**follow**
15:3 126:17
**follows**
4:14
**foot**
38:24,24
**football**
69:11
**foregoing**
128:12
**forgot**
43:25
**forgotten**
33:9 63:1
**form**
8:8 9:18 10:11
10:18,25 11:5
11:10,19 13:17
13:18,20 15:21
16:5,16 17:22
18:6,12 19:22
21:23 22:6
23:13 25:1,6
26:22 27:6

29:17 30:3,8
31:15 32:2,14
32:20 33:4
35:17 36:16,25
37:9,17,23
38:5,10,15
39:6,17 40:8
40:16 41:17
42:7,11,18,23
44:7,13,18
45:4,10,21
46:8 47:1,7,12
48:4,22 49:1
49:11 50:1,10
50:19,25 51:13
51:19,25 52:5
52:14 53:5,14
53:20 54:17
55:3,14 56:7
59:5 60:4,9,17
60:21 61:4,12
61:18,21 62:1
62:8,16,23
63:8,14,20,25
64:8 66:13
67:7,11 69:9
69:17,22 70:4
70:13,20 71:6
71:11,18,23
72:5,11,21
73:6,15 74:14
75:7,10,13
76:2,13,23
77:10,25 78:17
79:14,23 80:5
80:16 81:3,6
82:14,20 83:21
84:5,11 85:16
86:6,10,21
87:4 88:21,23
89:2,10,18
90:17 91:4,12
91:23 92:4,12
93:1 95:8,17
95:23 96:2,15
96:24 98:7,12

98:21,23 99:6
99:13,23
100:20 101:5
101:12,24
102:7,14,22
103:1,6,12,18
103:24 104:7
104:14,19
105:3,16,21
106:2,9,15,24
107:11,21
108:6,12,23
109:8,21
110:16 111:1
111:18 112:7
112:14,17
113:2,12,15,18
114:4,9,15,18
115:1,19 116:5
116:14,25
118:3,11 119:4
119:14,21
120:8,22 121:4
121:13,19,25
122:8,19
123:11,18,23
124:14,22
125:3,17,23
128:12
**format**
45:2 48:2
**forming**
61:16 62:20
**forth**
91:16
**forward**
27:1 90:10
120:17
**forwarded**
3:18 67:22 78:7
**found**
19:20
**foundation**
15:11,21 18:6
19:22 22:6
25:1,6,13

Mile High Court Reporting and Video, Inc.   303-202-0210
contact@milehighreporting.com

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

26:22 30:3,8
32:2,14 34:18
35:17 36:16,25
37:9,17,23
38:5 39:6,17
40:8,16 42:23
43:10,15 47:1
47:7,12 48:4
50:25 51:13,19
52:5 53:20
55:3,14 56:7
57:8 60:4,9
61:4,12 63:8
66:13 67:7,11
70:4 77:10,25
78:17 79:14,23
81:6 83:21
84:11 85:16
86:10,21 87:4
92:4 96:24
98:7,12 99:13
101:12 102:7
102:14 103:8
103:12,18,24
104:7,14,20
105:16 106:2
107:11,21
109:21 111:1
111:18 112:14
112:17 113:2
113:12,15,18
114:9 115:1,11
115:19 116:6
116:14,25
118:3,11 119:4
119:14,21
120:8,22 121:4
121:19 123:11
123:18 124:14
124:22 125:3
125:17,23
**foundational**
43:18
**founding**
36:2
**Four**

3:11 68:24 69:1
69:4,10,15
71:3 73:4,10
73:12,25 75:1
75:4,5,17
77:23 79:12,12
79:19 80:3,13
93:7 95:22
96:23 97:1
**four-**
109:15
**fourth**
50:17,20
**framed**
90:13
**Frank**
65:7,12 66:20
**Frisco**
108:11,14,15,17
109:4,6 122:6
122:12
**front**
96:7
**FS**
73:4
**Full-time**
12:24
**fully**
52:19
**function**
67:19
**funky**
45:22
**funneled**
110:5
**further**
25:11 38:12
58:25 74:24
84:1 128:15
**FW**
94:14
**FYI**
94:8,18

**G**

gain

61:8
**game**
12:13 69:11
**games**
14:4
**garbled**
122:23
**gather**
78:11
**gathering**
120:14
**general**
47:23 64:6 69:2
79:11,17,18
124:17
**generally**
20:22 48:5
126:3
**generated**
43:13 48:5,8
53:22
**generating**
53:21
**gentleman**
36:1
**getting**
54:23 64:10
74:6 122:23
**give**
12:20 23:2,6
26:18 56:23
57:23,24
104:18 119:10
125:20
**given**
53:2 57:11
88:13 92:21
109:11 128:14
**gives**
82:4
**GM**
69:1,2
**go**
8:8 16:14 21:9
27:21,22 29:11
39:20 56:21

58:2,25 59:12
59:17,18,24
62:12 73:17
75:12 84:21
85:19,20,20
87:23 88:3
92:14 93:5
94:2 95:21
105:10,12
114:19 117:13
123:12 126:12
**goal**
46:11
**goes**
47:16 101:22
**going**
4:25 17:15 18:9
18:10 21:12
22:2 27:7
29:10,12 33:12
34:4,5 40:20
52:19 56:9
57:8,23 58:4
64:13 65:19,21
67:15,20 71:2
72:18 75:3,9
75:10,12 76:4
78:2,20 79:3
79:20 83:10,13
84:13,15,20
85:22 90:14
93:10 97:18
116:21 117:5
120:16 122:6
124:2,20
125:12
**Golden**
127:21
**good**
4:7,17,18 5:7,17
50:8 51:15,16
51:22 54:12
59:25,25 62:12
64:9 74:4,18
77:3 79:7
110:5 126:10

**goods**
9:21
**Graham**
2:12 25:18 26:1
26:17 28:8
129:3
**Granzin**
114:2
**great**
31:5,7 41:1 74:5
**Greenville**
30:1
**Gretchen**
53:24
**Gretchen's**
54:2,9
**grew**
109:2
**Griffin**
113:25 114:1
**ground**
27:13,22 39:19
**group**
101:7 120:15,16
123:3,9 125:6
125:16
**groups**
114:21
**growing**
117:15
**growth**
40:13 124:16
**guess**
26:17 67:23
84:15 85:20
87:10 104:9
109:15 119:2
**guys**
51:10
**Gypsum**
112:13,18

**H**

**Hagerman**
32:12 35:23,25
36:7,23 39:14

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 10

**hand**
116:1,13,15,18
116:19
**handling**
105:6
**hang**
18:9
**happens**
126:6
**happy**
75:25
**harass**
25:12,14
**hard**
8:21
**Harper**
3:18
**hate**
21:11
**hated**
115:23
**head**
6:9,20,25 7:3
9:12,22 10:24
11:18 12:5
18:3 30:25
32:1 34:13
35:2,5 37:12
43:7,13 52:3,9
52:11,12,16
55:1 67:13
72:2,19 75:11
83:15,20 84:10
91:18 92:3,16
95:4,20 96:14
103:16 104:25
105:6,14 106:5
106:12 107:14
108:9,25 109:7
109:9,13,18,19
110:1 114:12
116:16 117:22
119:20
**headed**
105:1

**heading**
105:22
**heads**
48:10,12
**Health**
1:11 2:15 5:20
6:4,13 7:6 9:14
9:15 11:23
13:16 15:25
16:1,13,18,19
18:4,17 19:21
22:3,13,13,23
23:3,12 25:23
26:20 27:5
28:4 32:10
33:15,19,24
34:4,14 35:14
35:20 37:13,14
37:22 38:3,7,9
40:4,12 42:21
43:9 45:16
47:15 48:3,8
49:8,23 50:7
50:14,17 51:3
52:9,24 53:4
53:18 54:16
60:19 61:15
62:20 67:5,12
71:5 73:11
75:25 77:8
80:2,8 85:13
87:2 90:14
98:19,25 99:12
100:5,6,8,12
100:13,18
101:10,13,19
102:13,20,20
103:15,23
104:6,13 105:5
106:7,18 107:9
107:16,18,25
108:5,8 113:21
114:3,8 117:23
118:1,10 121:9
121:22 122:5
123:2 124:2,11

125:1,15
**Health's**
50:23 51:4,6
54:20
**healthy**
82:4,9
**hear**
11:8 45:19
99:21 106:6,11
115:13
**heard**
17:5 61:20,22
98:2,24 99:5
**hears**
5:9
**held**
6:7
**Helen**
3:18
**helipad**
124:3
**help**
15:22
**helpful**
5:10 116:9
**helping**
23:16
**hereto**
128:8
**Herron**
68:24,25 69:8
77:21 79:11
80:3,12
**Hey**
39:15 46:21
**HHSM**
88:16,21 89:5
89:14,16,21
90:14
**high**
28:25 40:6 64:6
92:22 127:19
129:17
**higher**
79:5
**HIGHLY**

3:7
**hip**
74:12
**hips**
51:17
**hire**
110:25
**hiring**
112:2,21 113:9
115:9,22
116:17
**Hmmm**
10:12 13:19
101:13
**hold**
111:17 112:16
113:1 115:18
125:12
**home**
14:6,9 24:14,20
81:14,17
**honest**
23:5,6
**honestly**
23:2 108:25
**horse**
56:5
**hospital**
9:6 69:6 95:3
106:7 123:4
**hospital's**
8:20,22
**hospitals**
107:19,23
**hotel**
79:13,20
**hour**
40:21 78:21
117:6
**hours**
28:15 126:22
**house**
13:6 14:11,13
25:4,9
**housed**
66:15

**Howard**
6:9,20,24 7:3
9:12,22 10:24
11:18 18:3
30:25 32:1
34:13 35:2,5
37:12 43:7,13
52:3,9,11,12
52:16 55:1
67:13 72:2,19
75:11 83:15,19
84:9 91:18
92:3,16 95:3
96:14 103:16
104:24 105:6
105:14 106:5
106:12 107:14
108:9,25 109:6
109:9,12,18
110:1 114:12
114:22 116:12
116:16 117:22
119:20
**HR**
10:8
**Huddleston**
1:17 128:3,21

**I**
**idea**
44:22 50:8 63:3
73:4,7,9,10
74:22 81:8
83:14,17
**ideas**
120:14
**identification**
56:20 64:19
68:1 84:19
87:14 93:15
**identified**
56:19 64:18,23
67:25 84:18,24
87:13 88:2
93:14 94:1
**Identifier**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 11

121:16
**identify**
56:25 57:12,14
   59:15,19 65:15
   86:12 87:24
   88:7 94:9
**identifying**
53:12
**identity**
4:11 128:8
**immediate**
34:25 46:17
   66:7 120:11
**immediately**
62:9 71:3
**impact**
8:20
**implementing**
35:11
**important**
71:22 72:16
   75:23 76:11
**imposter**
4:7
**impression**
79:18
**improve**
35:12 38:12
**improvement**
110:19 124:25
**improvements**
113:7
**in-depth**
46:2
**in-person**
5:6 18:20,21
**included**
18:15,18 62:21
**including**
95:3 117:24
   120:19,25
**incorrect**
36:15
**incurred**
42:4
**incurring**

41:14
**independent**
89:22
**INDEX**
3:1
**indicated**
127:4
**indicates**
73:12
**individual**
1:9 35:23 38:20
   38:22 39:1
   43:12 48:24
   58:6 62:25
   105:5,7,24
   107:1
**individually**
46:13,15
**individuals**
32:16 38:20
   39:2
**inform**
8:16
**information**
20:6 27:9 36:14
   37:22 48:16
   53:19 54:13
   70:7 71:12,14
   88:9 107:23
   113:8 119:13
   119:19
**informed**
62:2 71:14
**initial**
58:20 98:5
**initiated**
48:23 70:6
**initiative**
91:8,11
**inpatient**
111:19,20,25
**inquiry**
27:12
**instance**
38:24
**instances**

118:19
**instruct**
27:7,20,21
**instructing**
27:23
**instruction**
11:11
**instructional**
43:17
**instructive**
12:14
**insurance**
41:21 42:2
   107:13
**intend**
14:14,16
**intent**
83:22 91:13
   97:8
**interact**
105:25
**interaction**
10:13
**interactions**
64:1
**interest**
70:3,5,9 71:2,9
   91:18 128:16
**interested**
63:3 71:25 72:3
   81:15 87:2
**interesting**
20:14
**interests**
26:21,25
**internally**
107:3
**internationally**
102:4
**interpose**
57:16
**interpretation**
97:8
**interrupt**
16:21
**interview**

26:7
**investigate**
83:14
**investment**
124:12
**invoke**
116:20
**involved**
4:23 7:23 8:2
   49:21 60:25
   98:14 100:17
   102:25 103:2,5
   103:10 110:18
   115:9 116:17
   120:12 121:1
   121:11 122:4,9
   122:24 123:1
**involving**
23:11
**Irrelevance**
27:18
**irrelevant**
27:17
**Irving**
2:6
**isolated**
107:15,17
**issue**
4:4 54:24 76:1
   76:11 84:4
   107:7,9
**issued**
121:15,17
**items**
90:1

_____
          **J**
_____
**J**
70:15 72:8
**J.A**
36:19
**Jackie**
11:7 26:15,25
**jackie.roeder...**
2:14
**JACQUELINE**

2:11 129:3
**Jamie**
13:3,4 24:18,23
**Janice**
13:2
**January**
83:2 85:9 86:14
   88:4
**Jeff**
3:9,9 65:24 66:9
**Jeff's**
66:4
**job**
12:4 30:20
   34:24 41:11
   64:9 74:5 77:4
   82:5,6
**John**
29:8 36:2
**Johnson**
3:9 65:7,12,16
   66:20
**join**
14:16
**joined**
43:8 108:25
**joint**
49:9,22,25 50:6
   61:25 62:3,21
   77:8,20 78:16
   100:18 101:10
   102:12,19
   103:14,21
   104:1
**July**
3:6 26:5,15
   56:14 58:9
   59:11 60:3,12
   60:13 77:12
   103:3
**June**
5:18
**jury**
23:23
_____
          **K**
_____

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 12

**keep**
65:18,21 85:22
**kicking**
122:13,18
**Kildow**
2:2 3:3 4:2,2,16
4:19 8:10 9:23
10:17,21 11:3
11:15,24 13:18
13:20,22 14:20
15:3,8,17,18
15:24 16:9,23
17:4,9,24 18:8
19:4,11,24
20:1,5,7,25
21:1,6,11,25
22:9 23:20
24:7 25:3,8,15
26:18 27:3,9
27:13,16,18,25
28:6,21 29:4
29:22 30:5,14
31:21 32:5,18
32:25 33:11
34:22 35:22
36:22 37:4,11
37:20 38:1,9
38:13,17 39:10
39:19 40:1,11
40:20 41:2,7,9
41:22 42:9,16
42:20 43:2,14
43:16,20 44:10
44:15,25 45:6
45:14 46:4,14
47:4,9,14
48:11 49:5,14
50:3,15,22
51:7,14,21
52:2,7,17
53:11,16 54:2
54:5,7,23 55:9
55:25 56:9,21
57:1,7,10,18
57:22 58:3,10
58:25 59:2,7

59:12,17,24
60:2,5,11,18
61:2,9,14,20
61:23 62:5,11
62:13,19 63:5
63:10,17,22
64:4,12,13,22
64:25 65:2
66:3,18,23,25
67:10,20 68:2
68:12,21,23
69:13,19,24
70:8,15,23
71:8,16,21,25
72:7,13 73:2,9
73:17 74:17
75:9,18 76:7
76:14,25 77:13
78:6,19,22
79:1,3,8,16
80:2,10,20
81:4,10 82:17
82:23 84:2,8
84:13,20,23
85:2,5,7,19,23
86:8,12,16,18
86:25 87:8,15
87:23 88:1,11
88:13 89:3,13
89:25 90:19
91:6,19,25
92:8,18 93:4
93:10,16,25
94:5,12,14
95:12,19,25
96:5,17 97:1
97:18,23 98:10
98:14,22 99:3
99:8,16 100:2
100:23 101:8
101:17 102:2,9
102:17,24
103:4,9,14,20
104:4,10,15,23
105:8,19,22
106:4,11,17

107:5,17 108:2
108:8,16 109:9
110:13,24
111:4,8,12,15
111:22 112:5
112:12,15,24
113:9,14,17,20
113:25 114:5,6
114:13,16,24
115:6,16,25
116:3,10 117:7
117:14,15,20
117:21 118:6
118:17 119:8
119:17,25
120:18,24
121:6,11,15,22
122:4,15 123:7
123:14,21
124:1,19,24
125:10,21,25
126:19 129:21
**kind**
31:14 35:4
41:16 45:3
48:9 49:9
77:18 81:21
83:9 110:21
115:10
**Kirchner**
3:11 46:6 58:8
68:7,15 76:15
103:10
**knees**
102:6
**knew**
17:21 18:3
100:23
**know**
8:4 9:5 10:4,8
10:14 11:1,4
14:13,17 15:24
21:15 23:14
28:1 30:10
31:12 35:16
38:18,19 39:8

41:25 42:24
43:20,21 44:17
51:3 53:9
54:13,18 57:22
58:23 59:4,22
60:7 61:19
62:19 63:22
64:2 66:4,14
70:10 72:17
74:2,2 77:3,21
79:17,24 80:12
82:18 83:22
84:12 87:1
89:1 94:17
97:13 98:3
99:17,18 100:2
100:13 101:14
101:20 102:17
102:24 103:2
104:1,15,16
105:2,20,24
108:22,24
115:2,5 118:14
119:22,24
120:2 121:17
121:20,21
122:10
**knowledge**
7:24 8:3 11:16
36:19 51:16
61:13 86:19
98:18 99:1,4
122:25 124:13
**known**
5:21 6:19 7:2
40:4 43:14
63:17 102:3
**knows**
57:13
**Kolczak**
3:13 85:8,12,13
85:24 86:3,14
**Kristen**
86:8,9
**Kristen's**
86:4

**L**

**L**
2:2
**lack**
116:6
**lady**
53:24
**Lake**
36:4
**landscape**
45:2 71:14,17
**language**
23:15,15
**large**
55:23 65:2
**largely**
55:21
**late**
36:10
**Laurie**
113:25 114:1
**law**
23:1 25:19 26:2
26:8 28:8
**laws**
24:3
**lawsuit**
23:10,10 25:22
36:9
**lawsuits**
23:12
**lawyer**
16:20
**lawyers**
22:1
**lay**
57:8
**lead**
38:24 74:7
111:7,11,14
112:24 113:3,4
113:21 114:1,3
114:8 116:23
117:1,3 119:5
**leader**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 13

30:17,19,20
31:8
**leadership**
32:15 120:13,15
**leads**
38:23 110:10
**learn**
10:22 49:16
**learned**
7:19 11:22
71:15
**learning**
71:3,12
**lease**
60:15,18,24
61:5,8 67:5
78:18 79:20
**leasing**
80:3,7
**leave**
7:9 13:13 14:14
28:2
**leaving**
11:23 76:5
**led**
18:14 110:13
**left**
11:21 13:16
16:1 25:4
56:15 63:23
81:14 100:12
100:13,15
118:8 124:2,7
124:9
**legal**
23:19 39:7
125:24
**length**
16:8
**let's**
13:21 38:7
40:23,24 41:1
46:5 55:11
57:21 58:25
59:12,13,24
65:5 78:21

99:19 104:4
105:19 110:20
118:6 119:10
**letter**
9:16 68:14
129:14
**letting**
39:20
**level**
28:25 44:11
78:3 120:13
**liability**
1:8
**liaising**
30:23
**license**
4:5,10
**licensed**
33:16,20
**light**
8:19 13:25
14:20
**liked**
73:7
**limited**
1:8 107:13
118:19 119:18
**Lindsay**
1:8 2:9,17 4:20
51:8 63:12
64:2,9 69:14
69:25 71:9
72:25 73:24
74:2 75:4
79:25 80:22
81:7 83:4,4,11
83:17 84:4,9
88:25 89:1
91:24 92:10
93:6 95:21
97:2
**line**
27:11 41:15
90:15 95:11,12
**lines**
47:2

**list**
52:24 115:24
**listen**
83:24
**listening**
51:8
**listing**
53:7
**litigation**
128:17
**little**
5:7 32:5 47:20
52:17 59:15
64:20 79:5
87:24 88:19
112:22
**live**
15:6
**lived**
12:22
**LLC**
1:8
**LLP**
2:12 129:3
**local**
55:18
**location**
67:18 74:8
75:11 126:4,5
**locations**
116:17
**lockdowns**
18:18
**Lodge**
66:16 67:3,6
73:13
**logged**
120:1
**login**
120:1
**logins**
119:24
**long**
8:13 12:16
14:17 28:13
78:11 81:24

101:23,23
106:6
**long-term**
78:14
**longer**
6:12 118:21
**look**
56:24 57:4,19
57:23 58:4
82:5 86:19
89:25 91:6,13
119:16
**looked**
119:17
**looking**
38:7 61:8 62:13
66:8 67:5 79:8
88:7 93:17,17
94:8
**looks**
65:20 85:17
88:6 94:3
95:14 96:9
**lot**
17:15 18:1
39:19
**Lou**
126:9
**love**
31:7
**lower**
79:6 85:21
111:4
**luck**
126:8,11
**Luke**
1:4,15 3:9,11,15
3:18 4:8,12
65:12 93:19
94:3 127:8
128:5 129:7

—————
**M**
**machine**
128:11
**Madam**

54:5
**Madden**
29:8
**main**
55:12
**maintain**
67:19
**maintained**
126:17
**majority**
112:9
**making**
82:7 125:6
**man**
23:5 31:7
126:10
**manage**
112:21 114:24
**managed**
114:11
**management**
18:1 31:24
32:13 35:2
42:14 44:19
45:17,23 46:20
48:3 72:17
83:20 110:15
116:12 117:23
119:6,9,20
**manager**
32:24 69:2
79:12,17,18
99:20 111:16
111:21 112:13
112:18 115:17
115:20 119:9
119:10
**managerial**
33:2 111:16
112:3,15,25
114:6 115:17
116:11 119:2
**managers**
110:9,11,12
**managing**
30:23 42:14

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 14

30:23 42:14
47:3,3 72:8,14
109:17 119:12
**maneuver**
88:15
**Marc**
69:20 70:15
72:8,22 74:12
77:17,19
**mark**
56:10,15 68:24
68:25 69:1,11
70:5 79:11,25
80:12 87:10
97:20
**marked**
3:5 56:19 57:2
64:15,18 67:25
84:18 87:13
88:1 93:14
126:16
**market**
90:3
**markets**
125:22 126:2
**married**
12:25
**MaryEllen**
110:3,9
**Massachusetts**
63:2
**massage**
115:3
**Master**
94:24
**Matt**
62:25 63:5
**matter**
14:8 76:16
**matters**
128:7
**Meadow**
50:18 55:12
60:20 61:11
69:5,5
**mean**

12:18,20 17:13
17:15 26:3
35:9 41:13,23
50:15 51:14
73:22 76:21
77:14 81:10
86:25 89:11,15
101:6,22
104:16 108:18
110:5 112:2
123:21 126:2
**meaning**
22:2 69:2 73:4
85:15 89:23
90:23,23 96:12
**means**
6:23 20:11
26:24
**meant**
95:11
**medical**
33:25 34:5
108:5 122:12
124:18
**Medicine**
6:9,20 7:3 9:13
10:24 11:18
18:4 32:1
34:13 37:12
43:7 52:3,10
52:12,13 55:2
72:2,19 84:10
103:16 104:25
105:14 106:6
106:12 108:10
109:19 114:12
114:22
**meet**
28:13 46:12
70:10 81:7,18
81:18 84:4
**meeting**
3:6 9:25 39:23
46:5,9 58:20
60:3,7 74:23
80:22,22 81:1

81:5,24 82:2
83:4,6,23 84:7
106:20
**meetings**
12:15 107:4
118:2,10
**Meghan**
3:18
**member**
74:15
**members**
36:3 45:16
107:8
**memory**
5:19
**meniscectomy**
90:24 91:2
**mention**
23:9 46:19
**mentioned**
80:13,15
**merely**
107:7
**message**
7:25
**messages**
29:3
**messaging**
107:2
**Messersmith**
85:25
**met**
19:17 28:7
46:14 70:10
83:1,3
**MFP**
94:20,23 97:10
**Michael**
56:14 58:7
114:2
**mid**
36:10
**middle**
48:20 59:21
65:10 79:6,6,7
81:1

**Mike**
58:21 78:7,8
102:24 103:2
**MILE**
127:19 129:17
**Millett**
51:15
**million**
124:12
**Milwaukee**
12:1,2,10 14:1,9
14:9,15,17,18
**mind**
34:2
**minimum**
83:23
**Minneapolis**
2:7
**Minnesota**
2:7
**minute**
77:19
**minutes**
76:16 82:1
120:21 126:22
**mischaracteri...**
37:1
**mischaracterize**
110:8
**mischaracteri...**
36:17 99:23
**misplaced**
4:5
**missed**
50:3 85:3
**mix**
52:16 72:10
84:9
**MJP**
70:11,15 73:19
**moment**
4:5 49:15 88:18
89:16
**moments**
118:25
**Monday**

58:8 69:10
**month**
70:11
**monthly**
42:6,8 46:5
**months**
12:21 21:19
**Morgan**
3:9 65:24 66:3
66:10,11,20
**morning**
4:17,18 24:13
**Mountain**
58:21 59:8
66:15 67:3,6
73:13
**move**
14:15 27:1
33:12 90:10
**moved**
20:15
**moving**
29:7 40:1 61:10
120:17
**MRR**
42:12 44:25
119:2
**multiple**
70:11

_____
**N**
**name**
13:2 20:9 32:1
35:23 36:2
42:10 53:11,15
54:3,6,9 58:6
63:1
**named**
32:16 53:24
65:24 69:14
**National**
121:16
**nationally**
102:4
**NBA**
14:3,4

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 15

| | | | | |
|---|---|---|---|---|
| **necessarily** 26:23 82:10 | 109:3,25 110:4 118:13,18 121:5,6,8 | 35:14 37:13 38:2 40:2 | 6:2 8:8 9:18 10:11,18,25 | 84:5,11 85:16 86:6,10,21 |
| **necessary** 15:16 | **Nico's** 44:17 48:21 | 41:10 43:9 44:2 47:15 | 11:5,19 13:17 15:21 16:5,16 | 87:4 88:23 89:10,18 90:17 |
| **need** 24:3 67:18 75:15 125:1 | 54:19 62:9 83:7 | 53:4 118:7 **NPI** 121:17 | 17:7,22 18:6 18:12 19:22 | 91:4,12,23 92:4,12 93:1 |
| **needed** 40:13 75:20 124:19 | **Nicole** 3:17 96:5 **night** | **number** 17:13 18:14 29:9 31:19 | 21:23 22:6 23:13 25:1,6 26:22 27:6 | 95:8,17,23 96:2,15,24 98:7,12,21,23 |
| **needs** 57:19 | 68:25 69:11 73:3 80:13 | 39:1 44:3 52:10 55:4,6 | 29:17 30:3,8 31:15 32:2,14 | 99:6,13,23 100:20 101:5 |
| **negative** 22:3 23:3 | **nodded** 29:24 | 59:15,19 84:24 87:24 109:12 | 32:20 33:4,4 34:18 35:17,18 | 101:12,24 102:7,14,22 |
| **negatively** 22:13,23 | **non** 90:2,7 | 116:16 117:22 121:16 | 36:16,25 37:9 37:17,23 38:5 | 103:1,6,12,18 103:24 104:7 |
| **negotiations** 77:8,19 102:18 | **noncompete** 15:20 18:24 19:1,3 90:8 | **numbers** 49:3 | 38:10,15 39:6 39:17 40:8,16 | 104:14 105:3 105:16,21 |
| **never** 17:4 45:6 58:16 61:20,22 73:7 | **noncompetes** 19:5 | ─────── **O** | 41:17 42:7,11 42:18 44:7,13 | 106:2,9,15,24 107:11,21 |
| 82:18,21 106:25 120:1 | **nondisparage...** 22:2,21 | **O'Brien** 1:4,15 3:9,11,15 | 44:18 45:4,10 45:21 46:8 | 108:6,12,23 109:8,21 |
| **new** 38:3 61:8 71:19 71:24 72:24 | **nonprofit** 1:12 | 3:18 4:4,8,12 4:17 11:25 | 47:1,7,12 48:4 49:1,11 50:1 | 110:16 111:1 111:18 112:7 |
| 124:3,3,12,19 124:20 | **nonsolicitation** 15:20 16:7,8,14 16:18 19:3 | 13:23,25 14:21 15:19 16:22,25 | 50:10,19 51:13 51:19,25 52:5 | 112:14 113:2 113:12,15,18 |
| **Nicholas** 3:13,16,18 68:8 85:8,24 88:4 | 21:20 | 19:8 20:19 21:4,5,13 | 52:14 53:5,14 53:20 54:17 | 114:4,9,15,18 115:1,11,19 |
| 93:19 94:4 | **normal** 15:3 112:3 | 26:10 27:7 28:1,19 33:6 | 55:3,14 56:7 59:5 60:4,9,17 | 116:5,14,25 118:3,11 119:4 |
| **Nico** 7:23 9:25 10:10 | **Notary** 1:17 127:13 128:3,22 | 34:19 36:18 41:9 52:18 | 60:21 61:4,12 61:18,21 62:1 | 119:14,21 120:8,22 121:4 |
| 10:13,16,19 11:16 34:12 | **note** 126:14 | 58:11 60:5 65:3,12 66:1 | 62:8,16,23 63:8,14,20,25 | 121:13,19,25 122:8,19 |
| 35:3 45:24 46:12 48:11 | **notes** 10:4,5 | 68:3 79:2,9 87:16 88:5 | 64:8 66:13 67:7,11 69:9 | 123:11,18,23 124:14,22 |
| 49:17 50:6,11 53:22 54:14 | **NOTICE** 1:14 | 93:19 94:3,6 97:23 116:7,10 | 69:17,22 70:4 70:13,20 71:6 | 125:3,17,23 **objected** |
| 61:24 74:22,23 76:19 83:1,4 | **noticed** 16:24 17:2 79:2 | 117:16 125:14 126:1,7 127:8 | 71:11,18,23 72:5,11,21 | 11:10 **objection** |
| 83:10,12,23 84:4,6 85:14 | **noticing** 17:5 40:24 | 128:5 129:7 **O'Brien's** | 73:6,15 74:14 75:7,13 76:2 | 13:18,20 14:25 15:1,9,10,11 |
| 86:24 87:6 103:4 108:19 | **November** 9:14 33:23 34:8 | 33:5 39:21 **oath** 23:22,22 **object** | 76:13,23 77:10 77:25 78:17 79:14,23 80:5 80:16 81:3,6 82:14,20 83:21 | 17:6 20:23 24:5 27:19 34:17 45:20 57:16 116:21 **objections** |

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 16

15:16 57:10
104:19 111:6
111:10,13,24
121:7
**observation**
64:5
**obvious**
76:8
**obviously**
64:1 78:3
122:24
**occupational**
111:20 113:21
114:3,8
**occupying**
61:7
**occurred**
43:8 118:22
**occurring**
60:8
**October**
1:4,16 29:13
30:15 32:10
47:16 81:1
93:19 94:4,10
128:19 129:1,7
**off-campus**
75:15
**offer**
66:23 68:21
86:16 88:11
94:12
**offered**
106:14
**office**
9:21,24 55:11
96:7,10
**officer**
71:5
**offices**
119:12
**officially**
126:18
**offsite**
67:18 73:7
**oftentimes**

45:2
**Oh**
11:9 20:20 85:5
124:6
**okay**
5:17 6:23 8:16
14:14 15:8
16:9 18:8 25:3
25:15 26:1
28:13,16 29:4
29:7 32:7,25
34:6,7 36:7,22
37:11,20 38:1
38:17 39:3
40:1 42:20
43:20 44:10
46:4 48:22
49:5 53:16
54:12,23 55:9
56:9 57:3,9
58:18,25 59:7
59:12,13,20,24
60:7,11 61:2
61:14 62:12,19
64:12 65:5,20
65:23 66:3
67:20 68:5
69:19 73:2,9
73:17 74:9
75:3,18 76:25
78:19,23 81:18
82:2 83:1 84:2
84:13,23 85:23
86:3,16 87:8
88:1,11 90:13
91:6,19,25
92:8 93:10
94:8,18 95:25
96:21 99:3
104:4,23
105:19 110:13
110:24 111:15
115:6 117:17
117:20 118:17
118:23 119:25
120:4 121:15

122:18 123:14
124:1,11,24
125:14
**old**
13:11 34:5
**once**
30:12 81:13
94:20 97:10
**oncology**
105:11,12
**one-line**
94:9
**one-on-one**
51:11
**ones**
110:4,11
**ongoing**
62:3 75:16
77:15
**op**
90:4,20 92:9
**open**
71:2 73:11 75:5
108:14 109:4
112:21 121:22
**opened**
124:2,7
**opening**
63:13 69:15
70:2 71:24
73:7 75:3
77:22 108:9
**operate**
67:16 123:4
**operated**
30:6 51:10,18
72:25
**operates**
122:11
**operating**
40:6,9,13,19
50:23 51:4,5
71:19 97:14
121:23 122:6
123:5,7,16
124:3,20 125:1

**operation**
30:9,13 35:4,5
45:17 55:6
56:3 83:16
112:1 116:18
**operational**
109:4
**operations**
112:19
**opinion**
28:24
**opportunity**
57:19
**opposed**
4:22 5:6 15:6
55:12
**option**
18:24 52:24
126:3,5
**order**
1:6 8:22 56:16
126:18
**organization**
110:21
**orientation**
35:10
**original**
129:11,20
**orthopedic**
40:7,14 50:24
51:12 101:7
102:5 123:3
125:8,16
**orthopedics**
40:5 100:16,22
101:3 122:13
122:16 124:17
**out-of-town**
89:20
**outcome**
12:6
**outcomes**
64:10 74:6
**outpatient**
91:1
**outpatient/off...**

75:11
**outside**
74:24 109:25
110:2
**overall**
43:3
**overarching**
32:24
**Overlapping**
115:12
**oversaw**
38:23
**oversight**
35:2 42:25
111:25
**owned**
72:24
**ownership**
51:2
**owning**
29:14

**P**

**P**
68:8
**p.m**
58:21 66:10
78:25 117:18
117:19 126:21
**page**
3:2 57:6 59:1,13
59:22,22,25
60:12 62:12,14
65:6,21 66:9
67:2 76:14
79:6,7 84:21
84:21,24 85:8
85:20,21,21
129:11,14
**pandemic**
9:4 18:17
**papers**
24:10
**paperwork**
10:7
**paragraph**

Mile High Court Reporting and Video, Inc.   303-202-0210
contact@milehighreporting.com

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 17

68:24 70:10
73:3 74:21
78:7
**pardon**
87:17
**parenthesis**
80:14
**Parkway**
127:20
**part**
18:23 22:7
57:20 62:6,24
65:11 67:12
82:9,21 85:21
91:20 101:3
103:25 106:19
125:5
**participate**
23:18 46:4 60:2
**participating**
21:8
**particular**
43:5 47:16,18
54:14 60:12
62:13 108:11
**particularly**
102:5
**parties**
1:15 128:8
**partner**
63:6 72:9,15
125:7,8
**partnership**
72:9 95:20
**parts**
74:11
**party**
128:16
**Patch**
2:2
**patient**
30:21,22,24
52:23 53:6
90:24 91:1
96:1 112:8,10
112:23

**patients**
16:3 30:24 52:3
52:11 55:24
64:10 74:6,16
81:13 89:17
90:4,20 92:9
92:11,23 95:21
107:8,12
112:11
**pause**
11:6
**paying**
27:5,14 28:4
**payors**
42:10
**peers**
108:1
**pending**
4:22,24 20:22
20:24
**people**
21:15 22:14
38:23 43:4
56:3 118:1,8
120:5,12 126:3
**percent**
54:25
**percentage**
104:10,12
**perception**
107:7
**perform**
40:6 50:23
**performance**
41:12 45:18
46:3,10,12,16
62:14,22 63:4
115:17,20,21
**period**
16:3 18:16
21:18 78:5
118:4,13,18
**periodic**
31:12,13 42:5
45:15
**permanently**

14:15
**permission**
119:23
**permissions**
120:3
**perplexing**
76:20,21,22
77:2,5,23
**person**
5:8,9 11:20 36:9
43:21,21 96:23
98:24,25 99:1
99:4,22 110:24
111:22 113:24
119:11
**person-to-per...**
18:22
**personal**
51:23 64:5
107:6 117:10
**personally**
16:17
**personnel**
114:24
**Philippon**
69:14,19,20
70:16 72:8,17
72:22 73:19
74:12,18 77:6
77:7,21 92:20
92:23 95:15,19
96:22 97:5
**Philippon's**
51:17
**phrase**
32:5
**physical**
6:8,19 7:2 12:5
17:11,25 30:16
31:11,25 32:11
33:15,19 34:9
34:23 35:15
36:3,12 37:7
37:15 38:4
39:4 41:12
43:7 44:12

45:8,18 46:7
46:16,22 47:6
49:22 51:10
52:4 54:25
61:17 63:13
64:7 72:20
73:14 74:5
77:22 81:9,11
81:16 87:1
92:1 96:22
100:18 103:16
104:6,11,12,24
106:13 108:10
108:14,16
109:5,17,19,23
109:24 110:11
110:14,14
111:16,19
112:24 117:23
121:2
**physician**
52:25 53:2,7
63:6 110:22
113:5
**physicians**
101:3 113:5
**pick**
54:8
**pioneers**
102:5
**place**
30:12 53:9
54:14 61:6
81:22
**Plaintiff**
2:9
**Plaintiffs**
1:10,15 4:3,6
126:19
**plan**
94:19,25 97:9
97:11,12
120:10,11
**planning**
117:10
**plans**

120:7,7,9,13
**playing**
14:6
**please**
5:1 15:1 56:21
64:21,24 65:18
65:19,22 114:5
116:2 129:13
**pm**
59:8
**point**
10:15,21 14:1
16:10,23 25:21
25:23 29:16,25
44:11 46:19
61:14 77:6
95:3 108:18
109:15 121:17
**popular**
81:22
**population**
55:19 124:18
**portion**
19:9
**Portions**
126:14
**position**
8:23 10:23 11:2
11:17 12:9
26:20 31:8
35:1 38:3,19
45:14 92:22
96:8 99:16
110:25 111:17
112:6,16 113:1
113:20 114:25
115:18 116:23
117:25,25
120:20,20
**positions**
112:21,22 117:3
117:22,24
118:9,24 119:1
120:5,18,24
**positive**
10:13

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 18

possibility
49:8
possible
14:21 100:17
post
90:4,20 92:9
post-knee
56:3
post-op
92:11
post-surgical
55:21,23
Potato
2:2
potential
71:19 79:19
power
92:2 111:3,4
practice
17:11 31:25
32:11 36:3
51:17 83:15
108:15,17
practices
110:20
preceding
118:25
precipitating
122:10,14
precise
28:21
precluded
91:1 103:23
prefix
64:24
preparation
28:9,13,23
47:24
prepare
48:14
prepared
42:21 45:7 47:6
47:9,11,13,19
present
2:17 4:10
preservation

16:25
preserve
8:22
president
6:8 10:23 11:17
34:9,13,23
35:14 37:12
38:2 40:2
44:15 45:15
62:5 72:2
105:1 118:7
presume
19:12 28:7
62:15
pretty
20:25 49:20
77:3
previous
33:6 39:21
73:12
previously
116:22 117:3
priced
106:23
pricing
106:22 107:6
121:1,9,12
primary
30:21
principal
101:2
prior
22:19 30:16
128:4
privilege
26:13
privileged
28:23
privileges
123:10
Proaxis
29:14,14,20,21
30:2,11 32:15
33:18 36:13,21
74:10,13
100:25

probably
12:21 18:13
100:23 112:9
problem
95:16,18 107:7
procedure
15:4,15
procedures
37:6,15 38:4
39:5
proceed
15:7 66:1 125:6
proceeding
23:19
proceedings
4:1 128:14
process
110:19 113:6
121:12
production
20:15
professional
1:17 8:14 51:11
51:23 64:7
profile
92:22
profit
41:16
profitability
44:12
profitable
46:25
program
114:12,16,20,20
115:4,21
programming
114:23
programmings
116:19
programs
35:10,11
project
47:3 97:17
projects
35:11
proper

92:15
proposal
91:7,16
protective
1:6 126:17
protocols
35:15 36:12,13
37:6,15 38:4,8
38:14,21 39:4
Provencher
62:25 63:5
provide
10:7 20:2 27:10
62:4 81:16
97:15
provided
10:6 24:23 25:3
32:17 43:11
56:11 64:14
87:9 97:20
103:15 104:24
123:8
provider
88:16,21 89:5,8
89:12,14
121:16
providing
81:9 92:6
106:22
provision
21:3,20
PT
69:14,24 70:18
71:2 89:14,21
90:15 97:1
111:7,14,21
PT'
88:16
PTs
110:25 111:9
public
1:17 107:3,8
127:13 128:3
pull
56:10,15 64:14
64:20 67:21

73:19,22,22
79:4,4 84:14
87:8 93:11
97:18
punch
75:10
purchased
37:14
purpose
10:6 50:8 81:4
purposes
56:11 117:11
PURSUANT
1:6,14
purview
62:10
put
8:15 13:23
19:19 33:7
36:20 42:24
49:3 91:16
93:23 97:21
118:6
putting
75:14

**Q**

quality
35:12 46:24
64:6
quarter
104:5
quarterly
42:6 46:5
question
5:1,12,15 7:17
11:10,14 13:22
21:12 27:23
29:12 33:10,18
39:13,14 43:17
43:18,22 44:5
57:8 66:2
70:21 79:24
86:23 87:7
93:2 110:5
113:4,22 114:5

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 19

116:2,6,7,22
125:18,25
**questions**
4:25 24:11 29:9
29:9 40:22
57:15 87:3
116:4 119:1
128:13
**quick**
29:12
**quite**
52:18 54:8
**quote**
8:18 82:8

**R**

**R**
56:13 58:7
**radiology**
105:9
**raise**
74:22 111:4
**ran**
31:25 114:11
115:20 116:18
**rang**
24:17
**rates**
55:11
**reach**
83:25
**read**
23:23 56:24
65:3 68:3
87:15,21 127:2
129:13
**ready**
76:10
**really**
27:10,18 28:3
36:12 39:18
69:4 116:7
122:22
**reason**
8:24,25 9:2
10:20 120:12

**reasons**
9:3,5 125:19
**recall**
4:19 10:5 26:6
39:23 46:21
48:22 50:11
54:2 55:4 66:1
80:23 81:7,19
81:25
**receive**
22:17 119:1,3,5
119:6,9,12
120:6 126:4,5
**received**
9:19 44:21,23
53:2 55:1 76:6
86:13 120:20
**receives**
119:7
**receiving**
22:18 39:24
107:14
**recency**
10:12
**Recess**
41:5 78:24
117:18
**recognize**
66:19
**Recognizing**
59:20
**recollection**
28:20 29:1
45:11 46:17
49:17 52:15
58:15,16 60:24
88:19 97:12
98:8 105:4
**recommended**
96:22
**recommending**
95:21
**record**
5:10 13:24
15:12 17:7

19:7 21:6 33:7
41:7 56:17,21
59:16 65:23
85:1 93:24
94:15 117:20
126:14,22
**recovery**
91:2
**Redacted**
3:6
**reduced**
9:7 128:11
**reduction**
9:6
**refer**
22:1 30:25
31:22 34:4
39:4
**reference**
95:5,9 97:4
**referenced**
20:16
**references**
67:1
**referral**
52:16 54:24
55:20 92:16
**referrals**
53:2,13 55:1
95:14 103:16
**referred**
22:18 35:21
39:25 44:1
52:12 65:12
78:18 118:19
118:25
**referring**
45:1 52:3,25
69:24 86:8
95:14 96:11
97:11 109:10
**refers**
70:15 94:24
**refresh**
88:19
**refreshed**

28:20,25
**regarding**
16:18 23:16
86:4
**registered**
1:17 52:23 53:6
**Regulatory**
97:25
**Rehab**
1:8 2:9 4:21
129:6
**rehabilitation**
56:4
**reiterate**
125:4
**related**
122:5 128:15
**relating**
21:3 43:6 49:25
78:16 98:15
100:17,18
**relation**
128:7
**relationship**
10:19 17:16
50:13,16 51:15
51:16,23 73:18
74:10,18 78:11
78:15 89:2
91:17 92:14,16
101:19,21
**relationships**
51:11 74:4
92:20 101:25
102:16
**relative**
44:22,23 107:25
**relevance**
27:11,20,22
**reliant**
18:21
**remember**
5:18,22,23 16:7
31:16 42:13
53:15 62:24,24
66:5 80:17

82:3,7 99:18
100:1,3,14
113:23 126:9
**remotely**
128:6
**rendered**
121:3
**renew**
61:8
**repeat**
54:7
**rephrase**
7:17
**reply**
76:6
**report**
42:3,10,14,15
42:17,17,19,20
42:21 43:1
44:25 45:24
46:20 53:1,12
53:21,22,22,23
119:2,16
**report-genera...**
53:8
**reported**
110:3,4,10,12
111:20 115:4
**reporter**
1:17 5:10 34:16
45:19 54:5
56:10,11 57:5
58:1 59:18
64:14 67:21
79:4 84:14
93:11,22
115:13 122:22
**REPORTER'S**
128:1
**reporting**
41:24 43:8
52:21 110:18
127:19 129:17
**reports**
31:17,20 41:25
42:5,8 43:13

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page  20

44:19 110:18
115:21 116:16
**represent**
26:2,9,17,19,20
**representation**
23:17 26:24
**representative**
5:20
**representatives**
16:20
**represented**
25:15
**representing**
4:20
**reputable**
79:13
**reputation**
64:6
**request**
20:6,12
**requested**
20:18
**requesting**
20:10
**require**
23:1
**required**
67:16
**requirement**
4:9
**research**
35:11
**residents**
108:4
**respect**
48:15 51:17
  62:11 74:12
  102:6 106:13
  110:22 116:23
  118:23 120:4
**responded**
20:17
**responding**
86:3
**responds**
5:9 68:18 76:16

**responsibilities**
35:1,5,7,8 83:8
112:9,16,19,20
112:25 114:7
115:17,22,23
116:11 117:2
**responsibility**
30:22 45:25
47:21 48:21
62:10 111:17
**responsible**
38:25 43:12
53:18 112:2
**restate**
5:2,2 8:9 11:13
32:3 33:17
**restoration**
86:4
**restrictions**
18:18 119:23
**result**
128:17
**retain**
26:24
**retract**
92:14
**retreading**
39:19
**return**
14:19 37:22
81:14 127:19
129:13
**returning**
63:12
**revenue**
9:7 41:14 42:15
44:20,21 119:2
119:12
**review**
28:16,18 29:4
31:11,13 46:10
**reviewed**
28:22,25 29:2,2
44:20
**Richard**
101:22

**ride**
12:8
**right**
7:4 11:7 13:2
14:4 17:21
20:13 23:20
24:9 29:23
30:2 33:11
40:22 41:1,2
42:1 50:18
51:5,24 57:21
59:25 66:18
68:18 71:10
72:7 73:14,16
76:1,17 78:14
79:7,16 85:15
89:3 93:22
95:22 96:14,23
100:25 101:23
102:2 103:5
109:14 120:2
122:16 124:4
**Rippeth**
10:1,2 19:16
**road**
12:16 14:2
**Roeder**
2:11 3:4 8:8
  9:18 10:11,18
  10:25 11:5,9
  11:19 13:17,19
  14:25 15:3,14
  15:21 16:5,16
  16:21 17:22
  18:6,12 19:7
  19:22 20:2,5
  20:10,17,20
  21:5,23 22:6
  23:13 24:5,9
  25:1,6,13,16
  26:7,10,22
  27:5,6,14,17
  27:24 28:7,19
  29:17 30:3,8
  31:15 32:2,14
  32:20 33:4

34:18 35:17
36:16,25 37:9
37:17,23 38:5
38:10,15 39:6
39:17 40:8,16
40:20 41:1,4
41:17 42:7,11
42:18,23 43:10
43:15,18,19
44:7,13,18
45:4,10,19,21
46:8 47:1,7,12
48:4 49:1,11
50:1,10,19,25
51:13,19,25
52:5,14 53:5
53:14,20 54:17
55:3,14 56:7
57:3,9,17,18
57:25 59:5,14
59:20 60:4,9
60:17,21 61:4
61:12,18,21
62:1,8,16,23
63:8,14,20,25
64:8,20,24
65:1,17 66:13
67:7,11 68:9
69:9,17,22
70:4,13,20
71:6,11,18,23
72:5,11,21
73:6,15 74:14
75:7,13 76:2
76:13,23 77:10
77:25 78:17,20
78:23 79:14,23
80:5,16 81:3,6
82:14,20 83:21
84:5,11 85:1,3
85:16 86:6,10
86:21 87:4
88:23 89:10,18
90:17 91:4,12
91:23 92:4,12
93:1,21 95:8

95:17,23 96:2
96:15,17,24
98:7,12,21,23
99:6,13,23
100:20 101:5
101:12,24
102:7,14,22
103:1,6,8,12
103:18,24
104:7,14,19
105:3,16,21
106:2,9,15,24
107:11,21
108:6,12,23
109:8,21
110:16 111:1,6
111:10,13,18
111:24 112:7
112:14,17
113:2,12,15,18
113:22 114:4,9
114:15,18
115:1,11,19
116:2,4,5,14
116:21,25
117:5,9,13
118:3,11 119:4
119:14,21
120:8,22 121:4
121:7,13,19,25
122:8,19
123:11,18,23
124:14,22
125:3,17,23
126:13 129:3,9
**role**
32:17 33:3
48:19,20 49:24
66:7 91:7
108:13 110:22
111:23 112:4
114:11 119:7
**roles**
109:3 119:6,9
**rolled**
109:24,25 110:2

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 21

110:9
room
8:5
RPC
29:14,15,20,23
36:13,21
RPC-Vail/Pro...
31:22,24 33:14
37:5,7,16,21
39:3 63:19,23
RPR
128:3,21
rule
5:21 15:2
129:13
rules
5:23 15:4,7,8,14
15:14 128:10
ruling
20:24
run
53:1 73:24
114:12
running
30:13
Ryan
3:13 85:8,12,13
85:24

S

S
1:16 128:3,21
S-T-A-N-G-E-L
86:9
SafeFit
113:21 114:2,7
114:11,11,13
114:16,20
Saint
122:11
salaries
31:9 111:5
113:14 115:10
Sale-
3:17
Sale-Harper

96:6
sat
36:11
satisfactory
128:9
satisfied
26:25
Saturday
1:4,16 24:13
129:7
saw
42:5 45:6 55:23
57:5 74:16
saying
46:21 71:1 76:9
77:18 82:3
96:12 97:5
says
58:18,19 59:3,7
67:2 68:23
70:23 75:19
76:20 77:17,21
78:6 80:11,12
88:13 90:2
91:7,20 92:9
94:14,18 97:9
SC
78:10,14
schedule
112:1,23
scheduling
112:20
scope
74:25 107:1
screen
87:19 114:22
scroll
56:22 57:5
59:14 65:17
68:9
season
12:7
seasoned
17:25
Seasons
3:11 68:25 69:1

69:4,10,15
71:4 73:4,10
73:12,25 75:1
75:4,5,17
77:23 79:12,12
79:19 80:4,13
93:7 95:22
96:23 97:2
second
11:6 18:23
20:12 58:18
84:21,21,23
125:12
secret
39:8,9,11,12
secrets
39:5,16,25
see
20:9 27:10 33:7
43:16 45:2
56:22,25 57:12
58:10,22 59:9
65:13,18 67:3
68:10,12 69:16
70:11 73:20
75:1,21 78:12
84:8 86:1,5,9
87:19 88:16,22
89:5,14 90:4,4
90:20,20 91:8
92:9,11 94:5
94:21 95:21
96:22 105:8
119:19
seeing
91:1 112:11
seen
57:14 58:14,17
62:15,17
segment
43:5
sending
96:11
sense
91:15,16
sent

20:7 48:9,15
71:4 88:4,8
94:10
sentence
22:9 75:19
80:11,11 91:20
separate
89:22
separated
18:16
separation
10:7 19:8,15,20
19:24 20:2
September
24:13 65:7,13
66:10 68:15
77:6 80:4,21
seriously
73:4,5,10
serve
89:17
server
54:21
service
9:17 81:9,11
89:21 92:7
services
53:17 73:14
104:24 105:12
106:13,23
121:3
session
118:15
set
111:12
setting
70:18 121:2
Seventeenth
2:12 129:4
severance
18:25 19:1,2,15
21:1,2,21,25
23:9
Shannon
56:14 58:8,21
78:8 102:25

shape
88:21
share
91:15
shared
29:19 45:24
46:20 49:21
67:17 72:14
74:3 93:5
103:23 125:4
sharing
70:6 77:16
sheet
127:4,5
sheets
129:14
shingle
18:9
short
118:13
shorthand
128:11
shoulder
56:5
shoulders
51:15
show
57:20
showing
57:1
shown
77:11
shut
125:12
sic
109:18
side
46:11,12 122:25
123:2
sign
22:4,15 129:13
signature
88:10 96:9
128:19 129:11
129:14
significant

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 22

72:8,12,13
74:11 92:19
**significantly**
64:2
**signing**
126:20
**similar**
42:15 54:11
**Sincerely**
129:16
**single**
39:1
**Sirotta**
44:4
**site**
75:15
**sites**
55:5
**sitting**
20:13
**situation**
18:4
**six**
90:1
**size**
109:11
**sized**
109:16
**ski**
63:24 64:3
**slanted**
10:15
**slightly**
55:16
**small**
31:19 69:15
93:7
**smooth**
30:23
**socialized**
120:11
**Solaris**
81:22
**sole**
111:2
**solely**

43:12
**solicit**
16:3
**somebody**
51:14,16 105:1
**somewhat**
45:1
**son**
13:12
**SONYA**
2:6
**sonya.braunsc...**
2:8
**soon**
9:25
**sore**
56:5
**sorry**
16:21 29:20
32:3 33:9
34:16 43:25
44:20 45:21
85:6 87:17
109:22 122:22
125:13
**South**
2:6 30:1,13 36:4
**southern**
126:9
**space**
3:9 40:19 60:19
61:6,11 66:12
66:17 67:1,5
67:16 71:4
73:11 74:24
75:4,5 77:23
79:20 80:7
95:4 97:13,16
**Space-Vail**
67:2
**spaces**
66:16 80:3
**span**
32:22,23
**speak**
9:9 22:12 40:17

77:14 80:7
**speakers**
115:12
**speaking**
22:23
**speaks**
5:8
**specific**
23:14 38:20
89:2,4
**specifically**
20:16 45:8 52:9
**speculating**
102:15
**speculation**
125:24
**speed**
74:22
**spelled**
81:21 99:10
**spelling**
77:4
**spoke**
4:23 68:24
69:11 80:12
115:14
**sporadic**
106:3
**sports**
1:8 2:9 4:21 6:9
6:20 7:3 9:13
10:24 11:18
18:4 32:1
34:13 37:12
43:7 52:3,10
52:11,12 55:1
62:14,21 63:3
72:2,19 83:20
84:10 103:16
104:25 105:14
106:5,12
108:10 109:19
114:12,22
116:12 117:22
119:20 129:6
**spring**

49:7
**SRC**
3:16 88:14,15
88:25 89:1
91:7,24 94:19
95:6,7,15 97:5
97:6
**Stadium**
14:7
**staff**
30:16 107:4
111:20 112:2,2
**Stalzer**
32:12,19,23
39:15
**standing**
46:9
**standpoint**
32:13 110:15
**Stangel**
86:9,20
**star-type**
92:22
**start**
17:11 18:20
52:22 56:23
65:5 81:12
84:20 108:19
**started**
29:22 30:2 32:9
93:2 102:18
108:13,18,22
118:7
**starting**
38:3 81:15
**state**
1:17 4:23 15:1,9
15:12,15 33:16
34:3 35:19
37:18,24 38:6
39:18 81:17
86:22 98:1
99:14,24
107:19 127:16
128:4
**stated**

5:24 37:10
**statement**
45:12 47:23
**statements**
45:7
**States**
1:1 23:24 24:4
**stating**
36:9
**statistics**
43:6
**stature**
92:21
**status**
122:2
**stay**
18:10
**staying**
18:14
**Steadman**
17:17 30:24,25
31:1 36:4 40:5
40:12,17 49:8
49:23 50:7,13
50:16,22 51:2
51:11 52:2,13
55:2 60:14,15
60:19,23 61:5
61:10,16 62:20
63:1,6 69:20
72:9,15,18
77:7,20 84:3
90:24 92:21,23
95:20 101:9,15
101:20,22
102:3,19,21
103:22 104:2
125:15
**steady**
103:15
**step**
82:4
**Sterett**
100:24 101:2
**Steve**
32:12,19,23

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 23

39:24 58:22
59:4
**Stevenson**
20:8
**stipulate**
4:7
**stop**
59:13
**stopped**
123:5
**stored**
54:13,15,19,20
**straight**
13:21
**strategic**
120:7,13
**strategies**
120:16
**strategy**
120:14
**stream**
103:15
**street**
2:12 69:5,6
127:15 129:4
**strike**
6:25 19:25
47:10
**string**
3:8,11,13 58:5
66:9
**strongly**
28:3
**struck**
79:10
**structure**
30:11 51:1
106:21
**structures**
121:9
**struggling**
113:23 124:16
**Stubbs**
2:12 129:3
**subject**
3:9,11,13,16

26:12,13 28:24
66:11 67:2
86:1 94:14
**submission**
64:15 67:22
84:15 93:11
97:19
**submit**
48:16
**submitted**
48:2 84:15
93:18
**suboptimal**
97:15
**subpoena**
24:24 25:4
**subpoenaed**
24:24
**SUBSCRIBED**
127:9
**subsection**
62:14
**subsequently**
110:3
**subset**
107:12
**substantial**
124:12
**substantive**
26:11
**success**
18:20
**successful**
73:24 74:8 93:7
**Suite**
2:12 127:20
129:4
**suites**
40:6,9,13 50:23
51:4 121:23
122:7 123:8,16
124:3,20 125:1
**summer**
47:23,25 49:7
61:23 63:11
104:5

**Summit**
40:5 100:16,22
101:3 108:10
109:1 121:23
122:2,13,15
123:3,8,24
125:2
**supervise**
32:10
**supervisory**
32:13,17 33:2
**support**
125:8
**supported**
36:3
**supporting**
94:19 95:6,6,7
97:4,5
**supports**
77:18
**sure**
8:10 11:15 12:9
15:23,24 24:2
48:6 54:21
76:3,7 106:22
107:15 114:6
115:23 117:9
**surgeons**
51:12 101:7
116:19 123:16
**surgery**
40:7,14 50:24
51:1 74:12
81:13 102:5
**surgical**
55:17
**surprise**
7:13
**surrounding**
113:7
**suspect**
123:20
**sworn**
4:13 23:22,22
127:9 128:6
**system**

52:24 53:3,12
**systems**
52:21
**systemwide**
119:20,20

_____

**T**

**table**
75:14
**Tahoe**
36:5
**take**
5:24 9:8 27:4
40:21,23,24
49:12 73:5,11
78:21 89:2
117:7 123:24
126:4
**taken**
1:15 4:4 15:5
35:18 41:5
73:3 78:24
117:18 128:10
129:7
**talk**
46:15 122:15
**talked**
34:19 80:3,14
106:20 120:6
120:25
**talking**
20:20 22:22
61:10 69:8
77:22 90:7
96:18 122:16
**Tanya**
10:1,2
**tasked**
105:5
**team**
12:10,14 14:3
30:17,19,20
31:3,8 38:23
63:24 64:3
74:12,15
110:10 111:11

114:1 119:5
**teams**
110:23 113:5
**technical**
54:22
**technically**
82:5
**tell**
8:6 11:20 28:21
44:16 47:4
50:6,8 66:6
79:21 94:15
95:10 109:1
118:20 122:18
**telling**
40:12 75:24
79:19
**ten**
32:9
**ten-minute**
117:8
**ten-year**
32:21,23
**tens**
101:25 102:11
**term**
10:8 15:23 35:4
42:1 48:7
54:22 78:11
89:5,8,9
**terminate**
8:23 111:8
**terminated**
7:11,12,20 9:3
10:23 11:2,4
11:17,21
123:10
**termination**
6:24 7:16,21,24
8:1,17 9:10
17:10 18:25
19:11 21:4
25:22
**terms**
19:8 27:14
41:14,14,16

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 24

53:6,7 89:20
120:9,14
**testified**
4:14 6:17 36:23
82:23 88:18
101:18 106:4
**testify**
19:8 128:7
**testifying**
78:1
**testimony**
15:5 22:24 23:2
23:23 26:14
35:18 36:14
37:18,24 38:6
39:18,22 51:9
99:24 127:6
128:13 129:13
**text**
29:3 59:7 94:9,9
**text/email/pho...**
75:20
**thank**
9:16 12:8 28:6
54:12 68:10
117:17 126:7
126:11,19
**thanking**
9:20
**Thanks**
65:1,23
**theirs**
16:3
**therapist**
17:25 30:17
33:15 64:7
77:22 92:1
113:4 115:3
116:24 117:1
**therapists**
31:12 33:19
51:10 87:1
104:6,11,12
109:5,12,18,24
109:25 110:2
110:12,14,14

112:25 114:22
**therapy**
6:8,19 7:2 12:5
17:11 31:25
32:11 34:9,23
35:15 36:3,13
37:7,15 38:4
39:4 41:12
43:7 44:12
45:8,18 46:7
46:16,22 47:6
49:22 52:4
55:1 61:17
63:13 72:20
73:14 74:5
81:9,11,16
96:22 100:19
103:17 104:24
106:13 108:10
108:15,17
109:19 111:16
111:19,20
116:1,13,15,18
117:23 121:3
**thereabouts**
5:19
**they'd**
56:4 112:22
**thing**
20:21 31:14
41:16 45:3
89:15 115:10
**things**
17:14,15 79:9
82:5 115:24
124:23
**think**
6:1 10:12 17:20
18:2,13 26:5
27:11,17 29:18
29:19 31:17
33:3 34:2 36:1
36:10 38:11
40:9,18,18
42:25 47:2
49:20 50:4,12

51:1,20 52:1
52:15,15,18
53:21 56:8
57:4 58:4 66:4
72:12,23 73:16
74:1,6 76:24
77:3,11 79:24
85:3,21 87:6
88:14 91:5,15
91:24 92:15
93:2,12,22
94:24 97:7
102:15 107:12
109:10 110:7
112:10 113:3
116:9 117:13
117:15 118:21
120:23 121:5
125:19
**thinking**
67:18
**thought**
57:25 64:9
73:24 74:3
78:18 93:6
101:14,15
**thoughts**
78:11 90:11
**three**
28:15 65:15
115:24
**time**
4:22 5:8 6:23
7:1,19 8:5,6,13
9:1 14:1,22,23
15:2 16:8,8,10
17:1,10 18:16
19:17,20 21:18
25:21,24 26:16
29:16,25 31:21
32:8,9 33:13
34:12,25 35:3
35:13 37:8
40:2 41:2,9
43:23,24 44:11
45:13 46:19

47:18,22,24
48:18 49:6
51:21 52:7
53:3 58:21
59:8 60:13
61:15 63:18
64:3 67:6 72:3
76:5 77:6 78:5
85:11 95:3
97:14,24 100:4
101:16 106:6
109:6,11,12,23
110:1 112:9,21
116:12 117:11
118:4,5,7,8,13
118:18 121:18
124:8 126:8,16
**times**
14:2 36:20
70:11
**timing**
49:12,14 60:24
63:15
**title**
6:7 12:4 66:5
99:19 110:20
**today**
4:6,25 6:12 11:3
11:15 22:24
23:7 25:16
27:5 106:4
**Todd**
99:7,8 100:9
**told**
8:7 9:1 11:22
49:17 84:6
100:2,3
**tomorrow**
58:20
**top**
56:14,23 59:25
67:1 68:19
76:14,15 85:19
85:23 88:3,3
94:2
**Topper**

32:12 35:23
36:19 39:14,24
**total**
109:12
**town**
81:17 89:17
92:1
**trade**
39:5,8,9,11,12
39:16,25
**training**
112:2
**transactions**
65:16
**transcript**
5:25 19:10
126:15 128:13
129:11,20
**transition**
29:13
**travel**
12:10,12,13,13
76:5 88:16
89:14 90:3,15
**traveling**
14:3 89:16
**treat**
17:2 92:22,24
**treated**
14:24 52:11
**treatment**
56:5 97:16
**trend**
116:4
**trial**
14:23,24 15:2,5
15:9 16:24
17:1
**true**
7:21 8:13 17:21
25:24 51:12
52:4,6 71:5,7
72:4,6,10,20
75:6,12 76:11
92:18 103:17
103:19 105:13

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 25

108:5,7 113:23
127:2 128:12
**trust**
10:10,15,17,20
**truth**
128:7
**truthful**
23:6 24:3
**truthfully**
23:2
**turn**
11:9
**tutorial**
27:24
**two**
13:9 19:4 22:10
  36:2 80:17
  109:20 115:7
  125:21
**two-page**
65:20,25
**two-thirds**
104:22
**type**
20:21 55:18
  56:3,5 90:15
  112:6
**typewritten**
128:12
**typical**
31:12

_____
**U**
_____
**U.S**
63:24
**ultimately**
110:5
**Umm**
26:5 33:9 66:4
  98:24 126:2
**underscore**
64:25 68:6
**understand**
5:1,3 11:22
  15:23 23:1,5
  23:21,25 24:1

24:2 52:19,20
53:1 76:20
77:16 78:8,15
83:13,24 84:2
100:7 103:9,21
105:9,18 116:3
**understanding**
50:12 51:9
  52:16 58:19
  61:3 64:5 72:1
  77:1 78:4
  79:18 83:5
  85:11 104:18
  105:15 107:5
  114:10 122:20
  123:13,15
**understood**
11:21 18:3 27:3
  74:9,17 78:9
**undertaken**
67:13
**unhappy**
7:15,20
**unit**
47:6
**United**
1:1 23:24 24:3
**update**
38:8,25
**updating**
38:21
**upper**
56:14
**use**
89:5,9 122:12
**usually**
38:22
**utilization**
55:11
**utilized**
40:10

_____
**V**
_____
**v**
1:10 2:11 129:3
  129:6

**V-A-I-L**
68:5
**VAC**
66:17
**vacation**
75:24 76:9
**vague**
116:6
**Vail**
1:11,11 2:3,15
  2:15 5:20 6:4
  6:13 7:2,6 9:13
  9:15 11:23
  12:22 13:6,13
  13:15 14:14,19
  15:25 16:1,13
  16:18,19 17:11
  18:4,10,16
  19:21 22:3,13
  22:13,23 23:3
  23:12 24:14
  25:22 26:19
  27:4 28:4
  29:14,15,20,23
  32:10,19 33:15
  33:19,24,24
  34:4,5,14 35:2
  35:14,20 36:13
  37:13,14,21
  38:3,7,9 40:4,5
  40:12 42:21
  43:8 45:16
  47:15 48:3,7
  49:8,23 50:7
  50:14,17,23
  51:3,4,5 52:9
  52:21,23 53:4
  53:18 54:16,20
  55:6,12,20
  59:8 60:3,15
  60:19 61:11,15
  62:20 63:12
  64:23,25 66:5
  66:7,15,15
  67:5,6,12,13
  68:5 70:2 71:3

71:5,10,20,24
73:11,13 75:24
77:8 80:2,8
81:13,14,22
85:13 87:1
89:17 90:14,25
97:13 98:19,25
99:12 100:5,5
100:8,12,13,16
100:18,22
101:3,10,13,19
102:13,20,20
103:15,23
104:6,11,13,21
105:5 106:7,18
107:9,16,18,25
108:3,4,5,8
109:18,24,25
110:2,4,6,9
117:23 118:1
118:10 121:9
121:22 122:5
123:2,17,25,25
124:2,4,11,25
125:1,15,16
129:6
**Vail_00001911**
3:12
**Vail_00001912**
3:10
**Vail_00001914**
3:14
**Vail_0000195**
84:25
**Vail_00003835**
3:16 88:2
**Vail_00003839**
3:19 94:1
**VailJV000136**
3:7,7 59:21
**Valley**
12:22 14:14
  17:12 18:10
  33:24 34:5
  63:12 104:11
  104:21 108:4

**Valorie**
1:16 59:18
  62:12 65:17
  67:20 68:9
  79:5 85:20
  87:9,23 93:18
  97:18 128:3,21
**varied**
55:5
**venture**
49:9,22,25 50:7
  61:25 62:3,21
  77:8,20 78:16
  100:18 101:11
  102:12,19
  103:14,21
  104:1
**verified**
49:2 128:9
**vice**
6:7 10:23 11:17
  34:8,13,22
  35:13 37:12
  38:1 40:2
  44:15 45:15
  62:5 72:1
  104:25 118:7
**VIDEO**
127:19 129:17
**videoconference**
1:4,14,16 128:6
**view**
41:24 45:13
**viewed**
45:13
**viewership**
44:19,23 120:15
**views**
10:14
**visualization**
41:18,19,20,22
**volume**
11:9 45:22
  55:17,23
  123:24
**voluntary**

Case No. 1:19-cv-02075-WJM-SKC   Document 248-1   filed 12/01/21   USDC Colorado   pg 63 of 65

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 26

7:7
**VSO**
101:10,15
122:16,18
123:2,5,7,10
123:15,16,19
**VVMC**
74:24 78:10,14

---

**W**

**W-A-R-D**
99:10
**wait**
5:11,13 57:10
77:18
**waive**
4:8
**waived**
15:10
**walked**
9:20,23
**want**
13:13,23 16:23
27:21 28:24
33:7 43:16
56:24 82:17
92:10,13,24
126:7
**wanted**
74:22 81:12
92:24
**wanting**
86:19
**Ward**
99:7,8,21 100:5
100:9
**wasn't**
7:9 8:4 22:12,12
33:17 60:25
70:5,8,9 71:1
72:22 95:18
105:4,5 122:9
123:1,20,22
125:5
**way**
5:3 7:18,23

25:12 36:11
51:18 52:22
55:22 57:16
60:3 84:9
85:18 88:21
90:13 101:23
105:17 107:24
**we'll**
15:3,6 33:7
49:14 87:10
126:17
**we're**
5:5 33:11 39:18
41:7 77:19
106:22 117:15
**we've**
20:7 22:22
40:20 78:20
92:9 108:14
117:5 118:25
120:5,19,25
**Wednesday**
28:12 74:23
**week**
75:19
**week's**
96:13
**weekly**
42:6
**went**
30:1 36:10 44:3
63:23 103:21
103:22 117:24
**weren't**
7:16 62:6,6
115:9 121:11
**west**
50:18 55:12
60:20 61:11
95:2 127:20
**WHEREOF**
128:18
**widely**
40:4
**wife**
24:17,23 25:4

25:12
**wild**
12:8
**windmill**
44:4
**wing**
95:2 124:3,12
124:21
**Winninger**
1:8 2:9,17 4:20
23:11 51:8
63:12,17 69:25
71:9 72:10
75:5 80:22
82:3 83:2,18
88:20 90:25
92:11 95:21
97:2
**Wisconsin**
126:9
**wish**
126:8,10
**withdraw**
7:17
**Withdrawn**
3:20
**withinside**
48:7
**witness**
11:6 15:6 27:20
27:23 56:23
57:11,18 58:3
117:10,17
128:6,9,18
129:13
**wondering**
101:17 102:10
**word**
5:24 9:8 49:12
122:13
**words**
8:18 105:9
121:1
**work**
6:19 14:1 42:2
63:23 78:10

109:1
**worked**
9:13 31:1,3
51:22 63:18
66:5 74:13
85:13 91:17
101:22 109:5,6
**working**
6:24 7:2 8:12
9:12 33:13,18
50:13,16 69:14
83:19 88:25
100:25 102:10
102:11,16
**works**
57:16
**wouldn't**
36:23 79:21
95:10 115:7
118:15
**wrap**
47:25 48:1
**write**
9:15
**writing**
19:12,12
**wrongful**
25:22
**wrote**
68:14 70:9 72:3

---

**X**

---

**Y**

**Y-E-T-I**
81:21
**yeah**
5:16 7:12 8:14
13:5 17:13,20
18:2 26:3
27:16 29:2,22
30:9,21 31:5
32:21 35:10
38:11,22 41:4
41:18 47:2
48:18 49:2

50:21 51:1,7
52:2,15 53:21
55:4 59:17
62:9 63:9 64:1
64:9 68:17,20
69:10 70:22
71:12 72:6,12
72:22 73:16
76:12 77:5,11
80:20 82:8,21
83:3,22 85:17
86:23 88:6,9
88:24 89:11
90:18 91:5,13
95:9,16 97:7
97:12 98:8
100:21 101:1,6
101:8,25 102:9
103:20 104:21
105:17 110:17
112:18 113:3,8
114:10 115:20
117:13 118:20
121:8,14,20
122:9,20,24
126:2
**year**
8:15 12:7,18
16:4 21:22
24:14 26:5,16
47:15,16,19
100:14 118:21
**years**
7:3 9:12,17 17:4
17:25 32:9
51:22 91:14
101:25 102:11
**Yeti**
81:19,21

---

**Z**

**zero**
118:12,12
120:23
**ZIP**
127:16

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 27

**Zoom**
5:5,6 122:20

___

**0**
**00001911**
68:6
**00001912**
64:23
**00001913**
3:10
**00001915**
3:14
**000137**
59:22
**0001912**
64:25
**01/08/16**
3:13
**01/10/16**
3:13

___

**1**
**1**
9:14,14 33:23
34:8 35:14
37:13 38:2
41:10 43:9
44:2 47:15
53:4 118:7
**1/20/16**
3:15
**1:13**
117:18
**1:19-CV-0207...**
1:2 129:6
**1:25**
117:19
**1:44**
126:21
**10**
86:14 97:20
**10/4/16**
3:17
**10:37**
41:3,4,5
**10:46**

**41:6,8**
**100**
127:20
**11:51**
78:24
**12**
21:19
**12/10/2023**
128:22
**12:04**
78:25
**12:43**
76:17
**13**
56:14 58:9
59:11 60:12
129:1
**13th**
128:19
**14143**
127:20
**15**
60:3,13 65:7
66:10
**1550**
2:12 129:4
**17**
65:13
**18**
7:3 9:12 68:15
80:4,21
**18-plus**
17:25
**1915**
85:1,3,5,8
**19954017709**
128:22

___

**2**
**2**
13:12 59:8
64:15
**20**
88:4
**200**
124:12

**2002**
6:20 12:23,24
29:23 37:5
**2011**
121:16
**2012**
9:14 29:13
30:15 32:10
33:23 34:8
35:14 37:13
38:2 40:3
41:10 43:9
44:2 53:4,10
108:13 118:7
**2015**
3:6 40:3 49:7
56:14 58:9
59:11 60:3,13
61:23 63:11,16
65:7,13,16
68:15 80:4
104:5 105:20
**2016**
40:3 83:2 85:9
86:14 88:5
93:20 94:4,10
104:5
**2018**
5:18 6:3,7,18
29:7 77:6
**2020**
6:16 7:1
**2021**
1:4,16 128:19
129:1,7
**22**
7:1
**220,000**
21:17
**22nd**
6:16
**25**
3:6 56:18 57:2
62:11
**26**
3:8 5:18 64:16

64:17 66:23
**27**
3:11 67:23,24
68:21 76:15
79:4
**28**
3:13 84:16,17
84:22,24 86:16
**29**
3:15 87:11,12
87:15,19 88:2
88:11

___

**3**
**3**
67:22 126:21
**3:00**
58:21
**3:16**
66:10
**30**
3:17 81:25
93:12,13 94:1
94:12
**30(b)(6)**
5:21 6:17
**303-892-9400**
2:13
**31**
3:20 29:13
30:15 32:10
47:16 97:21
**35**
126:22 129:14

___

**4**
**4**
3:3 90:2 93:19
94:4,10
**40**
17:4
**45**
76:16
**4th**
24:13

___

**5**
**5**
13:12
**500**
2:12 129:4
**5501**
2:6
**55419**
2:7
**56**
3:6

___

**6**
**6**
84:15 91:7
**60**
54:25 104:9
**612-819-2304**
2:7
**64**
3:8
**67**
3:11

___

**7**
**7**
87:10
**790**
2:2

___

**8**
**8**
85:9 93:11,18
**80202**
2:13 129:4
**80401**
127:21
**80s**
36:10
**81657**
2:3
**84**
3:13
**87**
3:15
**8th**

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 28

83:2

---

**9**

**9**
1:4,16 129:7
**9/15/15**
3:8
**9/17/15**
3:8
**9/18/15**
3:11
**9:35**
1:16
**90s**
36:11
**93**
3:17
**970-390-6675**
2:3