# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**COVERSHEET FOR EXHIBITS 1, 3, 4, 5, 6 AND 8 TO DEFENDANT VAIL HEALTH'S BRIEF IN OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR A PROTECTIVE ORDER UNDER FED. R. CIV. P. 26(c)**