# EXHIBIT 3

## Richards, Daniel

| | |
|---|---|
| **From:** | Stevenson, Shannon |
| **Sent:** | Monday, June 28, 2021 10:59 AM |
| **To:** | Alan Kildow; Roeder, Jackie; Richards, Daniel |
| **Cc:** | 'sonya braunschweig'; fwlawyers@gmail.com |
| **Subject:** | RE: Sports Rehab Consulting, et al. v. Vail Health--Deposition of Lindsay Winninger |

Alan – I'm sorry to hear about your emergency – I hope everything is ok.

We will cancel Ms. Winninger's deposition for Wednesday, and follow up with some proposed dates to reschedule.

Shannon

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, June 28, 2021 8:25 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; fwlawyers@gmail.com
**Subject:** Sports Rehab Consulting, et al. v. Vail Health--Deposition of Lindsay Winninger

Counsel:

The deposition of Lindsay Winninger is scheduled for June 30. I have an urgent family medical matter in Wisconsin that I must attend to, so Ms. Winninger's deposition needs to be tabled for a later date.

Alan Kildow
970-390-6675

1