# EXHIBIT 4

## Richards, Daniel

| | |
|---|---|
| **From:** | Stevenson, Shannon |
| **Sent:** | Wednesday, September 1, 2021 12:27 PM |
| **To:** | Alan Kildow |
| **Cc:** | Roeder, Jackie; Richards, Daniel; 'sonya braunschweig' |
| **Subject:** | RE: SRC v. Vail Health - Winninger deposition |

Please do provide a date for Ms. Winninger.

We can likely cover 9/15 for Mr. O'Brien – I do not know if Mr. O'Brien is available then. As I reminder, we are not authorized to accept service for him, so it seems like getting him served likely needs to occur before we set any firm dates.

I am not available at 2 pm today. As I indicated in my previous email, we need you to identify a specific issue or issues on which we need to confer before we schedule time to confer.

Thank you, Shannon

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, August 31, 2021 12:54 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: SRC v. Vail Health - Winninger deposition

Counsel:

You sent an e-mail with alternative dates for a deposition and I responded within hours. Then, within hours thereafter, you unilaterally pick the date for the deposition within hours after my e-mail. Is that good faith? Is that what the rule requires? Please let me know if that is your position as how deposition dates are to be determined. As I have indicated in my e-mail, there are numerous depositions to be taken and I think it would behoove the parties to discuss when all of them are going to be taken. How about if we schedule Luke O'Brien for September 15, would that work? Or should you have the opportunity to talk with your client about the date? We think the later. As for Ms. Winninger, we are working on dates for her deposition and will get back to you promptly.

As for the other issues mentioned (once again) in my e-mail below, since you have not indicated that there is a time for conferral as required by the rules, we will send an dial-in number for Tuesday at 2:00 M.D.T. to discuss these issues. If that doesn't work, then give us an alternative date. Soon enough the principle of good faith will be before the Court unless we can work some of this out. We will do our part and hope that you will do yours.

Alan Kildow
970-390-6675

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Tuesday, August 31, 2021 8:13 PM
**To:** Alan Kildow <alkildow@aol.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: SRC v. Vail Health - Winninger deposition

1

Alan:

Once again, this is not a good faith use of the conferral process. I will notice Ms. Winninger's deposition for September 17. If you would prefer one of the other dates I've offered, please let me know promptly.

The document issues you raise below bear no relationship to this deposition. Ms. Winninger would not have personal knowledge of any of these documents, and I do not intend to ask her about any of them. Further, these are all currently being briefed by the parties on your motions to compel, and there is nothing currently to confer about. If you disagree, please identify with specificity what you would like to discuss.

Shannon

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, August 31, 2021 3:43 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** SRC v. Vail Health - Winninger deposition

Counsel:

As we have previously mentioned, we would like to schedule a conference call to discuss the discovery schedule in terms of the production of the documents and answers to interrogatories that Plaintiffs have requested of Vail Health. In that call, we wish to discuss when that discovery will be forthcoming and at the same time discuss the depositions that the parties intend to take and how they should be scheduled. The deposition of Ms. Winninger, of course, would be included in that schedule. We suggest a call on September 3 or 7. Please let us know which date(s) and time(s) work for you.

Ms. Roeder referred in very general terms just how busy all of you seem to be, so in advance of that call we request a list of dates within the discovery period when counsel for Vail Health who will be covering these depositions will be unable to attend. If we are not able to work out a meaningful schedule for both sides of the case, we think it would be helpful if the Court (MJ Gallagher or SM Ruckriegle) could give us some help.

We look forward to a timely response to this e-mail so we can get discovery moving.

Thanks,

Alan Kildow
970-390-6675

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Tuesday, August 31, 2021 3:52 AM
**To:** Alan Kildow <Alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Subject:** RE: SRC v. Vail Health - Winninger deposition

Counsel – I'm following up again to get Ms. Winninger's deposition scheduled. I am available 9/15, 16, 17, or 20. Please advise which of these will work for you.

Thank you,

2

**SHANNON STEVENSON** ▪ **Partner**

**D: 303.892.7328** ▪ vcard

**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Tuesday, July 20, 2021 9:45 PM
**To:** Alan Kildow <Alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Subject:** SRC v. Vail Health - Winninger deposition

Counsel – I'd like to go ahead and get this deposition back on the calendar – please advise if we can get it scheduled for July 29, 30, or August 2, 3, or 4.

Thanks much.

**SHANNON STEVENSON** ▪ **Partner**

**D: 303.892.7328** ▪ vcard

**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.