# EXHIBIT 1

**Richards, Daniel**

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, December 3, 2021 8:44 AM |
| **To:** | Richards, Daniel |
| **Cc:** | Alan Kildow; Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | Re: Conferral re Motion to Restrict |

Counsel,

In response to your restriction request, please state in your motion Plaintiffs' position as follows:

Plaintiffs do not object at this time at any restrictions placed on documents in which the Court has previously ruled upon, which as you represente were Exhibits 15-18 and 24-25. Plaintiffs also do not object to the restriction for Exhibits 12. In doing so, Plaintiffs do not waive any right to challenge the restrictions at a later point in time, including any motions for summary judgment or at trial.

As to the restrictions sought for the following exhibits, Plaintiffs oppose on the following grounds:

Motion for Protective Order

Exhibits 9 and 10 are discovery responses in this action that do not disclose confidential and proprietary information. Much of what is stated is publicly available information related to the state court action. Vail Health has not identified why a lesser restriction, such as redaction for any such proprietary information, is not adequate. Nor has Vail Health identified what information is so confidential that it should be restricted in total from public view.

Exhibit 11 is a summary of patient data, but the least restricted mechanism to protect that Exhibit is to redact the patient identifier. Vail Health has not explained why redaction does not sufficiently address the protected health information issue.

Exhibit 13 are chargemaster documents, which under federal law have long been required to be disclosed.

Exhibit 14 is a standard provider agreement with BlueCross, which is 21 years old. Vail Health has not identified that any confidential or proprietary information, particularly in an agreement that is so old, requires any restrictions.

Exhibit 21 is a draft agreement for charitable contributions to Steadman Philippon Research Institute. Vail Health has not identified why a draft agreement for a charitable contribution purportedly for the public good is a confidential business agreement and should be protected from public view.

Exhibit 22 is a compilation of emails that do not disclose any proprietary or confidential information of Vail Health.

Exhibit 23 is a compilation of self-pay emails, including pricing and consent forms that must be disclosed to patients when choosing to utilize the self-pay system. The self-pay fees have been publicly disclosed on Vail Health's website. Vail Health has not identified what is confidential or proprietary about that information that would warrant restriction from public view.

Opposition to Modify Schedule

Exhibits 12 are discovery responses in this action that do not disclose confidential and proprietary information. Much of what is stated is publicly available information related to the state court action. Vail Health has not identified why a

lesser restriction, such as redaction for any such proprietary information, is not adequate. Nor has Vail Health identified what information is so confidential that it should be restricted in total from public view.

Best regards,

Sonya

On Thu, Dec 2, 2021 at 5:55 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Counsel:
>
> Please let me know whether Vail Health may file tomorrow the motions to restrict referenced below as unopposed.
>
> **DANIEL RICHARDS ▪ Associate**
>
> **D: 303.892.7452** ▪ vcard
> **Davis Graham & Stubbs LLP**
> 1550 17th Street, Suite 500 ▪ Denver, CO 80202
>
> A **LexMundi** Member
>
> ---
>
> **From:** Richards, Daniel
> **Sent:** Wednesday, December 1, 2021 10:17 AM
> **To:** Alan Kildow <alkildow@aol.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
> **Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
> **Subject:** Conferral re Motion to Restrict
>
> Counsel:
>
> Vail Health intends to file motions to restrict relating to Exhibits 9-18, and 21-25 to Vail Health's Motion for Protective Order and Exhibit 12 to Vail Health's Brief in Opposition to Plaintiffs' Motion to Modify the Scheduling Order. The Court has previously Ordered that Exhibits 15, 16, 17, 18, 24 and 25 to Vail Health's Motion for Protective Order be restricted. (Dkt. 148, 166, 167, 189, 224.) These motions are due on Friday. We would appreciate your letting us know whether you intend to oppose these motions.
>
> **DANIEL RICHARDS ▪ Associate**
>
> **D: 303.892.7452** ▪ vcard
> **Davis Graham & Stubbs LLP**
> 1550 17th Street, Suite 500 ▪ Denver, CO 80202
>
> A **LexMundi** Member

2

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.