# EXHIBIT 2

Transcript of the Deposition Testimony of:

# Luke O'Brien
October 9, 2021

**CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER**

Sports Rehab Consulting LLC

v.

Vail Clinic, Inc.

Civil No. 1:19-cv-02075-WJM-GPG



14143 Denver West Parkway, Suite 100 • Golden, Colorado 80401
(303) 202-0210 • contact@milehighreporting.com
www.milehighreporting.com

Deposition of: Luke O'Brien - 10/9/2021
Sports Rehab Consulting LLC v. Vail Clinic, Inc. - CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

82

1    minutes.
2         Q.   Okay.  And during the course of that meeting,
3    do you remember saying to Ms. Winninger, "Competition
4    is healthy.  It gives you a chance to step back and
5    evaluate things, but technically my job is to look at
6    you as competition, and my job would be to eliminate
7    you."  Do you remember making that comment to her?
8         A.   Yeah, I can't say that that's a direct quote.
9    I do believe in the competition is healthy part.  I
10   don't necessarily believe that I said that I would be
11   eliminating her.
12        Q.   Well, are you certain that you didn't say
13   that?
14             MS. ROEDER:  Object to form.
15        A.   I'm not certain that you can be certain that
16   I did say that.
17        Q.   (By Mr. Kildow) Well, no.  This is -- I want
18   to know if you're absolutely certain "I never said
19   that."
20             MS. ROEDER:  Object to form.
21        A.   Yeah.  I'm certain that I never, the part
22   about eliminating anybody.
23        Q.   (By Mr. Kildow) So if she testified that's
24   what you said, you disagree with that?
25        A.   Yes.