# EXHIBIT 2

| | |
|---|---|
| **From:** | Richards, Daniel |
| **Sent:** | Friday, November 12, 2021 2:05 PM |
| **To:** | sonya braunschweig; Alan Kildow |
| **Cc:** | Terry Ruckriegle; Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral |

Counsel:

On November 3, 2021 and November 10, 2021, Vail Health requested that Plaintiffs submit in good faith a list of discrete areas on which they seek additional discovery. Plaintiffs have refused to do so. Rather, they requested by email on November 10, 2021 to "set aside the entirety of one day" to confer regarding discovery issues. Plaintiffs' conduct represents an abuse of the discovery process. Accordingly, as we have previously indicated, Vail Health plans to file a motion for a protective order with respect to the scores of issues identified in Plaintiffs' 12-page discovery dispute chart dated November 2, 2021, many of which were not raised in Plaintiffs' motions to compel or discussed at the hearing before the Special Master, and to obtain final resolution of all purportedly outstanding discovery disputes. We presume Plaintiffs will oppose Vail Health's motion for a protective order, but please let us know if that is incorrect.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452**  ▪  vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

---

**From:** Richards, Daniel
**Sent:** Wednesday, November 10, 2021 10:59 AM
**To:** sonya braunschweig <sonya.braunschweig@gmail.com>; Alan Kildow <Alkildow@aol.com>
**Cc:** Terry Ruckriegle <terry@ruckriegle.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Counsel:

Plaintiffs have not yet responded to Vail Health's email below, which requests that Plaintiffs submit in good faith a list of discrete areas on which they seek additional discovery. Please confirm when Plaintiffs expect to disclose their revised list of discovery issues about which they wish to confer.

Per Plaintiffs' request, attached is a letter providing Plaintiffs information regarding certain searches Vail Heath has performed for responsive documents.

Regards,

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452**  ▪  vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

1

A **LexMundi** Member

---

**From:** Richards, Daniel
**Sent:** Wednesday, November 3, 2021 5:28 PM
**To:** sonya braunschweig <sonya.braunschweig@gmail.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Counsel:

Following the hearings with Judge Ruckriegle, Vail Health understood that Plaintiffs would submit in good faith a list of discrete areas on which they seek additional discovery. Plaintiffs also represented to the Court in their October 29, 2021 motion to modify the scheduling order that the parties need just "a bit more time" to resolve outstanding discovery disputes and that Plaintiffs were "optimistic that a significant number of the discovery issues can be resolved by the parties themselves."

Yesterday, Plaintiffs sent Vail Health a twelve-page, single-spaced chart raising scores of purported issues regarding Vail Health's document production and interrogatory responses. Not only does Plaintiffs' chart raise nearly all of the purported discovery issues that were the subject of Plaintiffs' motions to compel, but it also raises new issues that were not addressed in Plaintiffs' motions to compel. Moreover, Plaintiffs raised only a very small subset of the issues in their chart during the 7.5 hours of discovery hearings before the Special Master. We do not believe Judge Ruckriegle held nearly a full day of discovery hearings only for Plaintiffs to re-raise nearly every dispute raised in Plaintiffs' motions to compel.

Even responding to the myriad issues Plaintiffs have raised in their November 2 chart imposes unreasonable burdens on Vail Health, let alone performing all searches, pulling all data, and supplementing all discovery responses referenced in the chart. Vail Health requests that Plaintiffs submit a revised chart identifying a discrete, reasonable number of issues on which Plaintiffs seek further discovery, consistent with Plaintiffs' statements at the hearing before the Special Master and Judge Martinez's admonition that Plaintiffs shall not "multiply the proceedings." (Dkt. 113 at 4.) If Plaintiffs are unwilling to do so, Vail Health reserves its right to move for a protective order.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Tuesday, November 2, 2021 4:38 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Sports Rehab v Vail Health [19-2075]--Plaintiffs' List for Conferral

Counsel,

Attached is Plaintiffs' November 2, 2021 list per the Special Master's Order, which is in Word so that you can easily draft your position. We were unable to fully address certain issues, as we just received the revised privilege log a few hours ago and still have not received the search term list.  We have, however, included those issues in the attached chart.

If you have any questions, please let us know.

Best regards,

Sonya

3