# EXHIBIT 3

**From:** Stevenson, Shannon
**Sent:** Monday, November 22, 2021 2:52 PM
**To:** Alan Kildow; 'sonya braunschweig'
**Cc:** 'Terry Ruckriegle'; Richards, Daniel
**Subject:** RE: Winninger v. Vail Health - conferral on discovery

Counsel:

Your representation below is incorrect. We responded to your list on at least 4 separate occasions (November 3, November 10, November 12, and November 16) by asking you to narrow it, which you have made no effort to do. In light of our motion for protective order, we believe our obligations to further confer with you are stayed, but will nevertheless do so on the chance that some agreement can be reached.

We will send a Teams invite for 2:00 pm tomorrow. I have another meeting at 3, and cannot extend past that. We do not intend to have a court reporter, but will make a video recording that you are free to have transcribed if you want.

Talk to you tomorrow.

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, November 22, 2021 12:19 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Cc:** 'Terry Ruckriegle' <terry@ruckriegle.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Subject:** RE: Winninger v. Vail Health - conferral on discovery

Counsel:

We agree to hold the meet & confer tomorrow, Nov. 23, at 2:00 p.m., MST. We will leave it to you to arrange a Zoom conference call with a court reporter. Vail Health has not provided us with its response to Plaintiffs list as ordered by the Special Master, and therefore we request that you do so immediately. We anticipate that you will remain noncompliant with the Special Master's Order in that regard, but Plaintiffs' will proceed on the basis that some discussion is better than none. We waive no rights in doing so. We do not believe that 30 minutes will be sufficient and request that you leave further time aside so the conference can be concluded. We also ask that you keep the following day available.

Please confirm.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, November 22, 2021 9:20 AM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Cc:** 'Terry Ruckriegle' <terry@ruckriegle.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Subject:** RE: Winninger v. Vail Health - conferral on discovery

Counsel:

On Sunday morning you suggested for the first time since October 22 a meet & confer between the parties. In light of your failure to meet & confer in conformity of the Special Master's October 25 Order, Plaintiffs' many importunities for

1

such a conference, together with your filings late Friday night, Plaintiffs are unavailable this morning for the conference, but we will respond further later in the day.

Alan Kildow
970-390-6675

---

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Monday, November 22, 2021 7:32 AM
**To:** Alan Kildow <Alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Terry Ruckriegle <terry@ruckriegle.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Subject:** Re: Winninger v. Vail Health - conferral on discovery

Counsel -

I now have a conflict at 10 am on Tuesday, but could do 9-9:30.

Sent from my iPhone

> On Nov 21, 2021, at 9:31 AM, Stevenson, Shannon <Shannon.Stevenson@dgslaw.com> wrote:
>
> Counsel:
>
> I hope you have had a chance to review our motion for protective order and response to your motion to modify the scheduling order.  As laid out in detail in those papers, Vail Health has good reason to believe that plaintiffs do not have a good faith claim to any further discovery in this case.
>
> However, in the spirit of the Special Master's urgings, Vail Health is willing to hear any specific arguments you have for any additional discovery you are legitimately entitled to and genuinely need in order to prosecute your antitrust claims.  We are not inviting you to simply restate everything in the list you provided on November 2, but to provide narrow and specific requests.
>
> We can be available for this discussion at one of these times:
>
> Monday, November 22, 10-10:30 am
> Monday, November 22, 2-2:30 pm
> Tuesday, November 23, 10-10:30 am
>
> We agree with you that it is a good idea to record this conference.  We will send you a Teams invite and will make a video recording that we will be happy to share with you.
>
> **SHANNON STEVENSON ▪ Partner**
>
> D: 303.892.7328  ▪  vcard
> **Davis Graham & Stubbs LLP**
> 1550 17th Street, Suite 500  ▪  Denver, CO 80202
>
> A **LexMundi** Member

2

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.