# EXHIBIT 11

Transcript of the Deposition Testimony of:

# Charles Crevling
### July 22, 2021

Sports Rehab Consulting LLC

v.

Vail Clinic, Inc. d/b/a Vail Health

Civil No. 1:19-cv-02075-WJM-GPG



Mile High Court Reporting & Video, Inc.

14143 Denver West Parkway, Suite 100 • Golden, Colorado 80401
(303) 202-0210 • contact@milehighreporting.com
www.milehighreporting.com

**Deposition of: Charles Crevling - July 22, 2021**
**Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health**

---

Page 60

1  filed, were they filed under Vail Services or Vail
2  Clinic, Inc.?
3      A.  Vail Clinic, Inc.
4      Q.  Why not Vail Services?
5      A.  Our --
6      Q.  If you know. I'm just wondering.
7      A.  Vail Clinic, Inc. was the legal name
8  when I was there.
9      Q.  All right. And during the period of
10 time that you were a chief financial officer, there
11 were financial statements that were filed under the
12 name of Vail Services; is that correct?
13     A.  Yes. We created -- and I can't give you
14 the whole history or structure, but we created a
15 parent company.
16     Q.  And in Exhibit 12 in the financial
17 statement that was up before, there is a complete
18 explanation as to the organization of the parent
19 holding company and all that? That would be correct,
20 wouldn't it, what's in the financial statement?
21         **MS. EISELEIN:** Objection. Form.
22         **MR. RICHARDS:** Objection. Form.
23 Foundation.
24     Q.  (By Mr. Kildow) Would that be correct,
25 what's in the financial statement?

---

Page 61

1      A.  It would be.
2         **MR. RICHARDS:** Objection. Form.
3         **MS. EISELEIN:** Same objection. I'm not
4  understanding the question, Mr. Kildow.
5      Q.  (By Mr. Kildow) What was your answer,
6  Mr. Crevling?
7      A.  It would be. The explanation in the 990
8  would be correct.
9      Q.  (By Mr. Kildow) Thank you very much.
10         Now, during the time that you were the
11 chief financial officer of Vail Health, did the
12 physical therapy clinic that did business under the
13 name Howard Head Sports Medicine ever file -- did they
14 ever have -- excuse me. Was it ever incorporated that
15 you know of?
16         **MS. EISELEIN:** Objection. Form.
17 Foundation.
18         **MR. RICHARDS:** Objection to form.
19 Relevance.
20     A.  No.
21         **MR. KILDOW:** Relevance is not one of the
22 things you need to object to. You can make that
23 relevancy objection at the time.
24         **MR. RICHARDS:** Okay. Thank you,
25 Mr. Kildow.

---

Page 62

1      A.  The answer is no, Alan.
2      Q.  (By Mr. Kildow) Thank you. And did you
3  ever file -- or excuse me -- did the physical therapy
4  clinic that was doing business as Howard Head, was
5  there ever an audited financial statement --
6         **MS. EISELEIN:** Objection. Form.
7  Foundation.
8         **MR. RICHARDS:** Objection to form.
9  Foundation. Vague as to time period.
10        **THE STENOGRAPHER:** And, Mr. Kildow, I
11 didn't hear the last few words of your question. I
12 have "Was there ever an audited financial statement?"
13 Did you say something after that?
14        **MR. KILDOW:** Was an audited financial
15 statement for the physical therapy entity doing
16 business under the name Howard Head Sports Medicine
17 ever prepared during the time that Mr. Crevling was
18 the chief financial officer.
19        **MS. EISELEIN:** Objection. Form.
20 Foundational.
21        **MR. RICHARDS:** Same.
22     A.  No.
23     Q.  (By Mr. Kildow) During the time that
24 you were the financial officer of Vail Health, was the
25 physical therapy clinic ever -- did it ever become a

---

Page 63

1  subsidiary, a corporate subsidiary of Vail Health?
2      A.  It did not.
3         **MR. RICHARDS:** Objection. Form.
4         (Stenographer clarification.)
5         **MR. KILDOW:** Okay. We're going to have
6  to pull up Exhibit 14, which is our Exhibit 12, which
7  is Crevling Exhibit 2 that was sent to Aimee. It will
8  now be marked as Exhibit 14.
9         **MS. BRAUNSCHWEIG:** Alan, could you say
10 that again, which one you want? I'm sorry. I didn't
11 catch that.
12        **MR. KILDOW:** It is the 2013 and 2012
13 financial statement of Vail Health Services.
14        **MS. BRAUNSCHWEIG:** Okay.
15        **MR. KILDOW:** It was Exhibit 2 in what we
16 sent to Aimee.
17        **MS. BRAUNSCHWEIG:** Yep. I've got it.
18 Thank you.
19        (Exhibit Number 14 was marked.)
20     Q.  (By Mr. Kildow) Okay. Exhibit 14, it
21 shows on the first page a financial statement for
22 October 31, 2013, fiscal year and 2012 fiscal year.
23 Do you see that, Mr. Crevling?
24     A.  Yes.
25        **MR. KILDOW:** Let's go to the next page.

**Deposition of: Charles Crevling - July 22, 2021**
**Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health**

---

72

1  Q. Yeah. Did you work on the 2015 audited
2  financial statement?
3  A. No.
4  Q. Okay. Not at all?
5  A. No.
6  Q. Okay. Now --
7  MR. KILDOW: You can take that down,
8  Sonya.
9  Q. (By Mr. Kildow) Did you ever create --
10  strike that.
11  During the time that you were the chief
12  financial officer of Vail Health, did you create
13  income statements or statements of operation or
14  otherwise known as P&Ls, profit and loss statements,
15  for the physical therapy clinic known as Howard Head?
16  A. Never created a profit and loss
17  statement for Howard Head. We --
18  Q. Did you create any kind of an accounting
19  summary or statement for the physical therapy clinic?
20  A. Let me finish, okay, Alan?
21  Q. Oh, I'm sorry. I didn't mean to
22  interrupt.
23  A. No. We're fine because it's just a --
24  you know, we never created an income statement for
25  Howard Head or cardiology or whatever, but we did do

---

73

1  financial analysis of programs. That's not the same
2  as creating a P&L or a balance sheet or anything like
3  that.
4  Q. Fair enough. What was the -- so who is
5  responsible for doing that?
6  A. Well, if you were looking at a service
7  line, it would be the finance team and/or the director
8  of that area, and they would work with finance team
9  members.
10  Q. In the instance of the physical therapy
11  group, would the -- the manager or officer in charge
12  of that group would have been Nicholas Brown when you
13  were there?
14  A. Nicholas Brown and -- was the primary
15  contact for Howard Head after Vail Clinic, Inc. took
16  over management of the physical therapy business,
17  but -- you know.
18  Q. So after November 1, 2012, it was Brown
19  who was the principal --
20  A. Yeah. I think --
21  Q. -- manager?
22  A. -- Nicholas became the primary contact.
23  So there was two VPs, he being one and Luke O'Brien as
24  the other.
25  Q. What was the format for the financial

---

74

1  analysis for the physical therapy entity after
2  November 1, 2012?
3  MR. RICHARDS: Objection to form.
4  A. So essentially, it would be taking a
5  look at what was billed versus what was collected and
6  then looking at the direct costs related to those
7  services.
8  Q. (By Mr. Kildow) Were you involved in,
9  if not the process, per se, but reviewing those
10  numbers?
11  A. I would have been involved in reviewing
12  that type of analysis for any of the services of the
13  organization.
14  Q. And so when you say "billed" versus
15  "collected," an invoice may have gone out for $100,
16  the insurer or Medicare then paid $50, and so you
17  analyzed those two elements of revenue?
18  MR. RICHARDS: Objection to form.
19  A. Yes.
20  Q. (By Mr. Kildow) When you say "direct
21  costs," what direct -- what would you include in
22  direct costs?
23  MR. RICHARDS: Objection to form.
24  A. Basically, anything that was involved in
25  the clinics themselves of the providing of care.

---

75

1  Q. (By Mr. Kildow) Would you include the
2  allocated cost of the building costs in the -- as a
3  direct cost?
4  A. No.
5  MR. RICHARDS: Objection to form. Vague
6  as to time frame.
7  Q. (By Mr. Kildow) Let's say from
8  November 1, 2012, until the time you left in 2015,
9  okay? So the building costs were not -- how about,
10  let's say, the costs that would be associated with
11  your billing department? Was there an allocation of
12  those costs?
13  A. That's an overhead cost.
14  MR. RICHARDS: Objection to form.
15  (Stenographer clarification.)
16  A. Billing is an overhead cost, not a
17  direct cost. You know, if you were a standalone
18  entity, some -- you know, a private physician group,
19  they would be looking at full costs versus
20  contribution margins, but I don't know if we want to
21  get that deep.
22  Q. (By Mr. Kildow) Did you ever look at
23  confirmation margins?
24  A. That by -- yes, of course we did across
25  service lines.

---