IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 19-CV-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado nonprofit corporation d/b/a Vail Health,

    Defendant.

---

### MINUTE ORDER

A conference call hearing to address discovery issues was held by Special Master Ruckriegle with Plaintiff's counsel Kildow and Braunschweig, and Defendant's counsel Stevenson and Richards. After conferral, discussion, and argument, the following orders were entered:

1. Plaintiffs submitted a set of questions ("11 questions") to Defendant to which they asked follow-up questions. Plaintiffs will respond to those by today, December 10, 2021.

2. Defendant will advise Plaintiffs and Special Master what "fields", if any, in the database(s) underlying its Excel Spreadsheet can be identified as soon as possible or by December 15, 2021.

1

3. Defendant will provide answers to Plaintiffs' "11 questions" by EOB December 17, 2021.

4. Defendant will submit to Plaintiffs and Special Master, as part of discovery, a document of authentication of the information set forth in the Excel Spreadsheet previously prepared and produced by Vail Health.

5. The parties shall conduct a meet and conferral on any discovery issue raised before bringing it to the Special Master. Such conferral shall be a direct communication by phone or virtually with a good faith, reasonable exchange of alternatives to resolve the discovery issue at hand. The request for meet and confer shall set forth with specificity the issues to be discussed and be at least 48 hours in advance of the suggested date/time. A party shall timely respond and if not available, suggest a date(s) and time(s) in the alternative within 48 hours of the requested date/time.

SO ORDERED.[1]

Dated at Grand Junction, Colorado this December 13, 2021.

*W Terry Ruckriegle*

W. Terry Ruckriegle
Special Master

---

[1] The parties are notified that within 21 days of service of a copy of the Order, Report, or Recommendation, they may file written objections pursuant to Federal Rule of Civil Procedure 53(f)(2). (*See* D. 123, p. 2). All such objections will be resolved by Magistrate Judge Gallagher. If no objections are filed within the twenty-one-day period, the Court may adopt the Order, Report, or Recommendation in whole.