

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

KRISTEN L. MIX
UNITED STATES MAGISTRATE JUDGE

Alfred A. Arraj United States Courthouse
901 19th Street
Denver, Colorado 80294
Phone (303) 335-2770

Effective February 26, 2015

Dear *Pro Se* Litigant:

The purpose of this letter is to make you aware of some of the rules and practices followed in this Court, so that you are better prepared to represent yourself in your pending litigation.

1.      If your mailing address changes while your case is pending, you must provide the Clerk's office with your new address.  Send it to: Clerk of the United States District Court, 901 19th Street, Denver, CO 80294.

2.      You must appear in person in Courtroom A-401, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294, for all conferences and hearings in your case.  If you want to participate by telephone, you must file a written motion explaining why you want that permission at least one week before the Court conference or hearing.

3.      The Judge is not allowed to talk to you about your case except in the presence of the other attorneys and/or parties.  The only time when the Judge can speak to you alone is during a settlement conference.  IF a settlement conference is scheduled, you will receive a written order setting it for a particular date and time.

4.      The Judge is not allowed to take your telephone calls and will not make any decisions about your case on the basis of those calls.

5.      If you want the Judge to do something in your case, you must file a motion asking the Judge to do it and explaining why you want it done.  The Judge does not respond to letters or any other form of request except motions.

6.      Before you file *any* motion, you **must** call the attorneys for the other parties and ask

1

them whether they agree or disagree with what you want to ask the Judge to do. Once you have talked to the lawyers for the other parties, you must tell the Judge in writing whether they agree or disagree with what you want to do, at the beginning of your written motion. Failure to do this will result in your motion being denied.

7. When another party or an attorney files a motion, you must file your response to it within twenty-one (21) days if the court has not already ruled on the motion. If you don't file your response within twenty-one (21) days, the Judge will decide the motion without the benefit of your point of view.

8. If you use abusive, offensive, obscene or inappropriate language in any document you file with the Court, the Judge may strike your document and refuse to consider it.

9. If you need additional time to complete something for which the Judge has set a deadline, you must file a motion before the deadline expires asking for a specific amount of additional time and explaining why you need it.

10. Unless your case or your personal circumstances are _very_ unusual, the Judge cannot appoint an attorney to represent you in your case. If you want to ask the Judge to appoint an attorney for you, you must file a motion and explain your unusual circumstances.

11. The Judge and her law clerks are not allowed to give you legal advice.

12. There are two sets of formal rules that apply to cases in this Court: (1) the Federal Rules of Civil Procedure and (2) the Local Rules for the United States District Court for the District of Colorado. Copies of both are available in the Clerk's office on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.

13. Even though you don't have a lawyer representing you in your case, you are required to follow the Rules identified in paragraph 12 above. Failure to follow the rules and/or failure to follow Court orders may result in the Judge ordering you to pay money to the other parties or dismissing your case.

14. Even though you don't have a lawyer representing you, you are required to participate in the ordinary events associated with being a party to a lawsuit, like discovery, court hearings, and trial. If you fail to do so, the Judge may impose monetary and non-monetary sanctions on you, up to and including either dismissal of your case (if you are the plaintiff) or entry of judgment against you (if you are the defendant).

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge

2