# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**COVERSHEET FOR EXHIBITS 4-5 TO PLAINTIFFS' REPLY TO RENEWED MOTION FOR A PROTECTIVE ORDER UNDER FED. R. CIV. P. 26(c)**

---