

# Exhibit 5

12/16/21, 9:48 AM                        Gmail - Sports Rehab Consulting, et al. v. Vail Health--BKD Colorado Subpoena

 **Gmail**

**sonya braunschweig <sonya.braunschweig@gmail.com>**

## Sports Rehab Consulting, et al. v. Vail Health--BKD Colorado Subpoena

**Stevenson, Shannon** <Shannon.Stevenson@dgslaw.com>                 Fri, Dec 3, 2021 at 5:11 PM
To: "Oeltjen, Jarica" <joeltjen@bkd.com>, Alan Kildow <alkildow@aol.com>
Cc: sonya braunschweig <sonya.braunschweig@gmail.com>, "Roeder, Jackie" <Jackie.Roeder@dgslaw.com>, "Richards, Daniel" <Daniel.Richards@dgslaw.com>

Counsel:

We not believe plaintiffs' subpoena is proper.  Even as narrowed, it continues to seek information from BKD that Vail Health has either produced or has objected to the production of.  Indeed, plaintiffs filed motions to compel regarding Vail Health's objections on these issues, and those motions are currently awaiting resolution by the special master.

Plaintiffs should not be permitted to avoid Vail Health's objections by simply running to a third party.  *Va. Dept. of Corrections v. Jordan,* 921 F.3d 180, 191 (4th Cir. 2019) (affirming order quashing subpoena where plaintiff failed to explain why the nonparty "is a better source of information" than a party); *Haworth, Inc. v. Herman Miller, Inc.,* 998 F.2d 975, 978 (Fed. Cir. 1993) (court properly required plaintiff "to seek discovery from its party opponent before burdening the nonparty"); *Medcorp, Inc. v. Pinpoint Techs., Inc.,* 2009 WL 2194036 at * 3 (D. Colo. July 14, 2009) (quashing subpoena where plaintiff failed to show the defendants had not produced the requested documents or why a nonparty should be burdened with the requests).

Nor do we think Judge Gallagher's order (attached) contemplated giving Plaintiffs the right to pursue discovery they failed to complete during the initial discovery period.  Rather, it states that the extension is "predominately as a professional courtesy for the Special Master to finish analyzing the large number of motions referred to him." (Order at 5.)

Please let me know if you have any questions regarding our position.

**SHANNON STEVENSON ▪ Partner**

**D: 303.892.7328   ▪**   vcard

## Davis Graham & Stubbs LLP

1550 17th Street, Suite 500   ▪   Denver, CO 80202

**A LexMundi Member**

[Quoted text hidden]