# EXHIBIT 1

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, December 17, 2021 12:41 PM |
| **To:** | Richards, Daniel |
| **Cc:** | Alan Kildow; Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | Re: Conferral re Motion to Restrict |

Counsel,

In response to your restriction request, please state in your motion Plaintiffs' position as follows:

Plaintiffs do not object at this time at any restrictions placed on documents in which the Court has previously ruled upon, which as you represented were Exhibits 8-9, 13-14, 16, and 22-23. Plaintiffs also do not object to Exhibit 24, although the data in that document is several years old.  In doing so, Plaintiffs do not waive any right to challenge the restrictions at a later point in time, including any motions for summary judgment or at trial.

As to the restrictions sought for the following exhibits, Plaintiffs oppose on the following grounds:

Exhibits 7 are discovery responses in this action that do not disclose confidential and proprietary information.  Much of what is stated is publicly available information related to the state court action.  Vail Health has not identified why a lesser restriction, such as redaction for any such proprietary information, is not adequate.  Nor has Vail Health identified what information is so confidential that it should be restricted in total from public view.

Exhibit 10 is a summary of patient data, but the least restricted mechanism to protect that Exhibit is to redact the patient identifier. Vail Health has not explained why redaction does not sufficiently address the protected health information issue.

Exhibit 12 is the deposition of Nicholas Brown, but Vail Health has not identified any confidential and proprietary information that he disclosed in the excerpted portion of the transcript. If there was any, Vail Health has not explained why redaction of any limited portion of the deposition cannot be redacted.

Exhibit 17 are Board minutes, many of which are already redacted.  Vail Health has not explained what proprietary and confidential information is contained in the board documents that warrants the documents to be withheld from public review.  Nor has Vail Health explained why the minutes could not be redacted as to any confidential information and then publicly filed.

Exhibit 20 is an excerpt from a chargemaster.  Under federal law, a hospital must publicly disclose its chargemaster to the public.  There should be no restriction on this document.

Exhibit 21 is a compilation of emails that do not attach any reports or other information that could arguably be deemed confidential.  Vail Health has not explained why the lesser restriction of redaction should not be used to redact any information that rises to the level of protected information under the protective order.

Best regards,

Sonya

On Thu, Dec 16, 2021 at 10:07 AM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

1

Counsel:

Vail Health intends to file a motion to restrict relating to Exhibits 7-10, 12-14, 16, 17, and 20-24 to Vail Health's Proposed Findings of Fact and Conclusions of Law (Dkt. 262), as well as Plaintiffs' Exhibit 1 to their Proposed Order on Plaintiffs' Motion to Compel #2 Relating to Vail Health's Monopoly Power (Dkt. 257). The Court has previously Ordered that Exhibits 8, 9, 13, 14, 16, 22 and 23 to Vail Health's Proposed Findings of Fact and Conclusions of Law be restricted. (Dkt. 98, 103, 106, 136, 143 148, 152, 153, 166, 177, 189, 224.) This motion is due Monday, December 20, 2021. Please let us know whether you intend to oppose this motion.

**DANIEL RICHARDS** ▪ **Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

2