## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

### VAIL HEALTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REBUTTAL ANTITRUST EXPERT DISCLOSURES

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files this Unopposed Motion for Extension of Time for Rebuttal Antitrust Expert Disclosures ("Motion"). In support of this Motion, Vail Health states as follows:

*Statement of Conferral*: Pursuant to D.C. Colo.LCivR 7.1(a), counsel for Vail Health conferred with Plaintiffs' counsel via telephone and email. Plaintiffs do not oppose the relief sought in this Motion, but do not join this Motion.

1. On January 10, 2022, Plaintiffs disclosed Leslie E. Schafer, Ph.D. of Econ One Research, Inc., as their antitrust expert and produced an expert report prepared by Dr. Schafer.

2. Dr. Schafer's report relies heavily on data from the Colorado All Payer Claims Database ("CO APCD") maintained by the Center for Improving Value in Health Care ("CIVHC").

3. CIVHC did not authorize Vail Health's antitrust rebuttal expert to access the CO APCD data on which Dr. Schafer relied until January 25, 2022.

4. Given the heavy reliance of Dr. Schafer on the CO APCD data, Vail Health's rebuttal expert could not meaningfully prepare rebuttal expert disclosures without access to the CO APCD data.

5. Vail Health therefore respectfully requests a 14-day extension of the deadline for Vail Health to serve its rebuttal expert disclosures with respect to Dr. Schafer's opinions, from February 14, 2022 to February 28, 2022.

6. The expert disclosure deadlines were previously extended when one or more parties requested extensions of the fact discovery deadlines.

7. Vail Health does not request an extension of the deadline for disclosure of its rebuttal expert reports other than its rebuttal expert with respect to Dr. Schafer.

Respectfully submitted this 26th day of January, 2022.

   *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

## CERTIFICATE OF SERVICE

Pursuant to D.C. COLO.LCivR 6.1, I hereby certify that a true and correct copy of the foregoing VAIL HEALTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REBUTTAL ANTITRUST EXPERT DISCLOSURES was served contemporaneously on Vail Health.

*s/ Daniel A. Richards*