# EXHIBIT 3

**From:** Richards, Daniel
**Sent:** Wednesday, October 20, 2021 5:08 PM
**To:** Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Savage, Janet <Janet.Savage@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** SRC v. Vail Health: Data re Patient Encounters

Counsel:

Enclosed in the below links are Excel spreadsheets that include encounter-level data regarding physical therapy services provided by Vail Health in the alleged Vail Valley market. The data includes patient zip codes and the amount Vail Health was reimbursed for private payer transactions. The data is designated Attorneys' Eyes Only – Protected Health Information.

- 2014-2017:
- 2018:
- 2019-2021:

Given the very large volume and highly sensitive nature of this data, it is currently being produced via a secure file-share platform, which will allow Plaintiffs' counsel to view the data. Before providing the data in a downloadable format, Vail Health would need confirmation that the IT systems or platforms on which this data will be stored are sufficiently secure to protect this data from a potential breach. Please provide us with details regarding the IT security of the platform where Plaintiffs intend to store this data.

I will send the passwords via a subsequent email.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

1

A **LexMundi** Member