# EXHIBIT 6

| | |
|---|---|
| **From:** | Richards, Daniel |
| **Sent:** | Wednesday, December 8, 2021 9:44 AM |
| **To:** | Alan Kildow; Stevenson, Shannon |
| **Cc:** | Roeder, Jackie; 'sonya braunschweig' |
| **Subject:** | RE: Sports Rehab v Vail Health--Dec 6 Patient Data Issues |

Counsel:

==We will look into the questions you raise below, which we received yesterday at 3:03 pm, and get back to you.  Given the number of questions raised, we do not expect to have a response until sometime next week.==  We think a written response would be most helpful to Plaintiffs.  Plaintiffs have had the patient data Vail Health produced for a month and a half, since October 20.  It is unclear why Plaintiffs are just raising these questions now.

As to your statements regarding conferral generally, we have no objection to conferring orally.  However, we request that such conferrals be pre-scheduled and that the matters for conferral be identified in writing in advance of conferral.  We believe that procedure is consistent with the Special Master's statements regarding oral conferral.

Ms. Stevenson remains available to confer with you at 4:00 today regarding deposition-related matters.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, December 7, 2021 4:57 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Cc:** Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v Vail Health--Dec 6 Patient Data Issues

Counsel:

The email you sent at 4:15 today asked whether there was something beyond the depositions that we want to discuss with you.  Indeed, the issues raised by the email below are something that needs to be discussed, which was the principal reason I called you.  (It is quite apparent that you are reluctant to answer your phone, despite Judge Ruckriegle's order regarding meet & confer obligations.)  Since you are available tomorrow at 4:00, we will accept that time and have a meet & confer conference about the data that you provided to us.  By that time, hopefully you will have answers to the questions posed below.  If you decline to have a conference call about these issues tomorrow, please let us know immediately so we can contact Judge Ruckriegle and take up the issue of your spreadsheet—it was an issue discussed before the Special Master at the October 21 hearing.  So unless you inform us otherwise, we will plan on discussing the data issues raised below at 4:00 MST tomorrow.

Alan Kildow
970-390-6675

1

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Tuesday, December 7, 2021 3:03 PM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>
**Cc:** 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Sports Rehab v Vail Health--Dec 6 Patient Data Issues

Counsel,

With respect to the patient data first produced on December 6, 2021, Plaintiffs have many questions about the data and request confirmation as to other issues. We would like to hold a meet and confer this week about the patient data and are available on Wednesday, Thursday, or Friday. We suggest a call at 10 am MST on one of those days. If you decline to participate in a meet & confer call, we would appreciate knowing that immediately.

In the meantime, we would appreciate Vail Health's response to the following:

1. Please confirm that Vail Health's claims for reimbursement for physical therapy services provided to patients between FY2014 and November 11, 2020, are for all patients treated by Howard Head for the following two files, regardless of location, whether they had surgery or not, or which entity paid the claim:

   a. FY2014 – FY2018: VH_Fed_00006965_ATTORNEYS' EYES ONLY PROTECTED HEALTH INFORMATION; ATTORNEYS' EYES ONLY

   b. FY2019 – November 11, 2020: VH_Fed_00006966_ATTORNEYS' EYES ONLY PROTECTED HEALTH INFORMATION; ATTORNEYS' EYES ONLY

2. Please confirm that each record in the files listed above is a claim service line for which physical therapy services were provided to a patient for one CPT.

3. Are all claim lines in the data fully adjudicated or are there denied claim lines (or claims)? If there are denied claim lines in the data, how are they identified?

4. Does the date of service (DOS) reflect the date when the service started? If not, what is the relationship between the date of service and the quantity of each CPT?

5. Please confirm that quantity is the total units of physical services provided to a patient on one date of service. If that is not the case, please explain what is meant by "quantity" and describe how it is calculated?

6. Please explain what values are provided by the fields INS_PAY_AT, INS_ADJ_AT, PAT_PAY_AT and PAT_ADJ_AT in each record.

7. Over what unit of observation are the values aggregated? The values appear to be summed across both date and facility by patient because the values are the same for every record. Please explain.

   a. Is **allowed amount** the sum of INS_PAY_AT and PAT_PAY_AT? If so, for what unit of observation?

   b. Is **billed charge** the sum of INS_PAY_AT, INS_ADJ_AT, PAT_PAY_AT and PAT_ADJ_AT? If so, for what unit of observation?

8. Please identify the fields that identify the billed charge, allowed amount, plan liability, and patient liability for each claim line.

9. What is the meaning when PAT_ADJ_AT is positive and when it is negative?

   a. Please identify the fields that identify whether a claim line is for a facility or professional claim.

   b. Please identify the fields that identify the CMS Place of Service for professional claims or the CMS Type of Bill for facility claims.

2

        c.      Please identify the fields that identify the contract status for claims, such as in-network or out-of-network.

10.     Are all the claim lines in the data outpatient only or are there claim lines that are part of inpatient claims? If there are claim lines that are part of inpatient claims, please identify the field that identifies those that are inpatient claims.

11.     Please explain why the data in VH_Fed0006965-66 is not consistent with the limited patient data produced in other files.  *See* VH_Fed003096, VH_Fed006832.

For example, in VH_Fed003096, for THERAPEUTIC EXERCISE EA 15 MIN PT (CPT 97110), the rate per billable unit is $94 at HHSM Vail.  The December 6 production does not yield the same billable rate as found in the documents generated in the normal course of business.  Instead, it is much higher.  Please explain.

By way of another example, according to the data in the December 6 production, a single patient received 80 units of therapy service on the same date of service. Please explain how that is possible.

Additionally, those 80 units of physical therapy are further broken down into five lines of data under two CPT codes, 97110 and 97140, with the same date of service.  The INS_PAY_AT and INS_ADJ_AT for those 80 units is the same for each line of physical therapy service.  In other words, five lines of data for one patient with one date of service that have a different quantity result in the same INS_PAY and INS_ADJ for all five separate entries.  Please explain.

We look forward to your prompt response to these questions.

Alan Kildow
970-390-6675

3