# EXHIBIT 7

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, December 8, 2021 4:56 PM
**To:** 'Terry Ruckriegle' <terry@ruckriegle.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Sports Rehab Consulting LLC, et al. v. Vail Health--Request for Conference

Dear Judge Ruckriegle,

As you will likely recall, the day before the October 21 hearing, Vail Health sent certain patient data to Plaintiffs, although it was a "view only" file that could not be downloaded or provided to Plaintiffs' experts.  Late Friday, on December 3, Vail Health finally produced the patient data, which our experts downloaded that same day.  The data been analyzed, and we can now confirm that it has a number of serious deficiencies that could not have been detected by Monday because Vail Health restricted production of the data to our expert until last Friday .  Plaintiffs have attempted to address these issues with Vail Health by email and a meet and confer today.  Despite Vail Health's counsel noting their availability today for a meet and confer on another issue, Vail Health would not participate in a call that Plaintiffs held today at 4 pm specifically to address the patient data.  Instead, Vail Health responded that it would get back to Plaintiffs sometime next week about the questions Plaintiffs have raised about the patient data.

In light of impending scheduling deadlines, and that this issue is presently before you (Plaintiffs' Motion To Compel # 1), Plaintiffs respectfully request a conference call with the Special Master and counsel for Vail Health to discuss the patient data in hopes of expediting resolution of this logjam.  We will make ourselves available if such a conference is possible.

Respectfully submitted,

1

Alan Kildow
970-390-6675