# EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**STIPULATION REGARDING HOWARD HEAD DATA**

WHEREAS the Special Master's minute order, entered December 13, 2021 (Doc. 264), ordered that "Defendant will submit to Plaintiffs and Special Master, as part of discovery, a document of authentication of the information set forth in the Excel Spreadsheet previously prepared and produced by Vail Health";

Defendant Vail Clinic, Inc. ("Vail Health") hereby stipulates as follows:

1.    In the above-captioned litigation, Vail Health produced two spreadsheets bates-numbered VH_Fed_00006965 and VH_Fed_00006966.

2.    VH_Fed_00006965 and VH_Fed_00006966 contain data from Vail Health's TherapySource, Cerner, and Paragon databases, as described in Vail Health's letter dated December 17, 2021.

3. Vail Health affirms and stipulates that the data contained in VH_Fed_00006965 and VH_Fed_00006966 is authentic pursuant to Fed. R. Evid. 901.

Dated: December 17, 2021

/s/ Daniel A. Richards
Shannon S. Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Facsimile: (303) 893-1379
Email: Shannon.stevenson@dgslaw.com
　　　　Janet.savage@dgsaw.com
　　　　Jackie.roeder@dgslaw.com
　　　　Daniel.richards@dgslaw.com

*Attorneys for Defendant: VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation*