# EXHIBIT 11

| | |
|---|---|
| **From:** | Richards, Daniel |
| **Sent:** | Tuesday, January 25, 2022 6:18 PM |
| **To:** | Alan Kildow; 'sonya braunschweig' |
| **Cc:** | 'Terry Ruckriegle'; Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | SRC v. Vail Health:  Howard Head Data |
| **Attachments:** | Letter re Howard Head Data.pdf |

Counsel:

Per the Special Master's order dated January 18, 2022 (Doc. 274), Vail Health discloses the following individuals who exported data from Vail Health's TherapySource, Paragon, and Cerner databases, as described in Vail Health's December 17, 2021 letter (attached), to prepare the spreadsheets produced by Vail Health at VH_Fed_00006965 and VH_Fed_00006966:

- Geoff Montgomery, Manager, Reporting and Analytics
- Terry Bobolz, Sr. Financial Systems Analyst
- Gretchen Ebbeson, Administrative Analyst

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard

**Davis Graham & Stubbs LLP**

1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

1