**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**VAIL HEALTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REBUTTAL EXPERT DISCLOSURES**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files this Unopposed Motion for Extension of Time for Rebuttal Expert Disclosures ("Motion"). In support of this Motion, Vail Health states as follows:

*Statement of Conferral*: Pursuant to D.C. Colo.LCivR 7.1(a), counsel for Vail Health conferred with Plaintiffs' counsel via email. Plaintiffs do not oppose the relief sought in this Motion.

1. On January 31, 2022, this Court granted Vail Health's unopposed motion for extension of time to serve its rebuttal expert disclosures with respect to Dr. Schafer's opinions until February 28, 2022 [Dkt. No. 277].

2. As explained in that motion, Vail Health did not seek an extension of time for its other rebuttal expert reports and intended to serve those on February 14, 2022.

3. However, on Monday, February 7, 2022, a client representative from Vail Health was diagnosed with Covid-19 and began experiencing symptoms that precluded that person's ability to engage with the rebuttal expert witnesses and reports.

4. On Wednesday, February 9, 2022, one of Vail Health's rebuttal expert witnesses was diagnosed with Covid-19 and began experiencing symptoms that have precluded his ability to continue work on his expert report.

5. Thus, to afford Vail Health and its rebuttal expert sufficient time to recover from Covid-19 and finalize rebuttal expert reports, Vail Health respectfully requests an extension of time for all rebuttal expert reports until February 28, 2022.

6. The expert disclosure deadlines were previously extended when one or more parties requested extensions of the fact discovery deadlines and by the Court on January 31, 2022 with respect to the rebuttal to Dr. Schafer.

7. Given that the Court previously granted an extension of time to February 28, 2022, with respect to rebuttal to Dr. Schafer, this request will not result in any delay and will simply make all of Vail Health's expert rebuttal reports due on the same day (February 28, 2022).

Respectfully submitted this 11th day of February, 2022.

    *s/ Jacqueline V. Roeder*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

**CERTIFICATE OF SERVICE**

  Pursuant to D.C. COLO.LCivR 6.1, I hereby certify that a true and correct copy of the foregoing VAIL HEALTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REBUTTAL EXPERT DISCLOSURES was served contemporaneously on Vail Health.

              *s/ Paige Finnell*