# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RESPOND TO VAIL HEALTH'S PARTIAL APPEAL OF SPECIAL MASTER'S JANUARY 18, 2022 REPORT TO THE COURT

---

Plaintiffs Sports Rehab Consulting and Lindsay Winninger file this unopposed motion requesting leave to file a response to Vail Health's partial appeal of the Special Master's Report to the Court [ECF No. 278].

## STATEMENT OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs conferred with Vail Health by email on February 11, 2022, regarding this motion. On February 12, Vail Health confirmed that it does not oppose the relief requested by Plaintiffs in this motion.

## MOTION

1.    On July 20, 2021, the Court appointed Special Master Ruckriegle to decide certain discovery disputes. [ECF No. 123]. The Appointment Order addresses the procedures to be followed when objecting to any ruling by the Special Master, but it does not explicitly address whether parties are permitted to respond to any objection.

1

2. On January 18, 2022, the Special Master issued a Report to the Court in which certain discovery was ordered to be produced. In that Report, the Special Master also made several other recommendations. [ECF No. 274]. The Special Master specifically noted that the parties had 21 days to object to the Report under Fed. R. Civ. P. 53, but the Report did not explicitly address any response.

3. On February 8, 2022, Vail Health partially appealed the Special Master's Report. [ECF No. 278]. No hearing on the objection has been set.

4. Plaintiffs seek to file a response to Vail Health's objection, but the Federal Rules, Local Rules, the Practice Standards of Judge Martínez and Magistrate Judge Gallagher, Special Master Appointment Order, and Special Master Report do not address the filing of a response or its timing.

5. This Court, Magistrate Judge Neureiter presiding, recently addressed this issue in *Curtis Park Group, LLC v. Allied World Specialty Insurance Company.* Civil Action No. 20-cv-00552-CMA-NRN, 2021 U.S. Dist. LEXIS 185179 (D. Colo. Sept. 28, 2021). There, the defendants objected to a ruling by the court-appointed special master, and plaintiff sought to file a response. The Court first addressed the procedural background of the case, noting that "[t]he Federal Rules of Civil Procedure do not appear to contemplate a response to the objection of or its timing, so Curtis Park filed an unopposed motion requesting a date certain to respond to the Objection. (Dkt. #154.) The Court granted the motion and set Curtis Park's response deadline on August 31, 2021 (Dkt. #156.) The Court also ordered that no reply brief was permitted. (*Id.*)," although it later permitted one defendant to file a reply, which the other defendant joined. *Curtis Park,* 2021 U.S. Dist. LEXIS 185179, at *4-5.

2

6. Consistent with *Curtis Park,* Plaintiffs therefore request that they be permitted to respond to Vail Health's partial appeal so that the Court is fully apprised of both side's factual contentions and legal arguments before it decides Vail Health's objection. Plaintiffs further request that it be given 21 days to file its response, which is the time allowed in *Curtis Park,* which is consistent with the general response deadline for motions under Local Rule 7.1. The response date Plaintiffs propose is March 1, 2022.

7. No party will be prejudiced by Plaintiffs' three-week request to file a response, particularly when Vail Health's objection relates, in part, to Plaintiffs' motions to compel filed in August 2021. *See, e.g.,* ECF No. 127 at 12-13; ECF No. 129 at 14.

## CONCLUSION

Plaintiffs respectfully request that their unopposed motion be granted and that they be permitted to file a response to Vail Health's appeal on or before March 1, 2022.

Dated: February 12, 2022

*s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek
BoulevardSuite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail: fwlawyers@gmail.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2022, I served a true and correct copy of Plaintiffs' Unopposed Motion for Leave to Respond to Vail Health's Partial Appeal of Special Master's January 18, 2022 Report to the Court, through the ECF system on the following:

>Shannon Stevenson
>Janet A. Savage
>Jackie Roeder
>Daniel Richards
>Davis Graham & Stubbs LLP
>1550 17th Street, Suite 500
>Denver, CO  80202
>
>Counsel for Defendant Vail Health

                                                  *s/Alan L. Kildow*

4