IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF SEVEN DAYS TO RESPOND TO VAIL HEALTH'S PARTIAL APPEAL OF SPECIAL MASTER'S JANUARY 18, 2022 REPORT TO THE COURT

Plaintiffs Sports Rehab Consulting and Lindsay Winninger file this unopposed motion requesting leave for an extension of time to file a response to Vail Health's partial appeal of the Special Master's Report to the Court [ECF No. 278], which the Court previously granted Plaintiffs until March 1, 2022 to file their response.  [ECF No. 285]. Plaintiffs request an additional seven days due to the death of Mr. Kildow's mother.

### STATEMENT OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs conferred with Vail Health by email on February 18, 2022, and Vail Health confirmed it does not oppose Plaintiffs' request.

### MOTION

1.    On January 18, 2022, the Special Master issued a Report to the Court in which certain discovery was ordered to be produced.  [ECF No. 274].

2.    On February 8, 2022, Vail Health partially appealed the Special Master's Report.  [ECF No. 278].

1

3. On February 12, 2022, Plaintiffs filed an unopposed motion seeking leave to file a response to Vail Health's objection on or before March 1, 2022. [ECF No. 281].

4. On February 14, 2022, the Court granted Plaintiffs' motion and permitted Plaintiffs to file a response on or before March 1, 2022. [ECF No. 285].

5. Plaintiffs have been diligently working on their response, but on February 17, 2022, Mr. Kildow's mother passed away in Wisconsin. Mr. Kildow is unavailable to work on this case for a period of time so that he can attend the funeral and spend time with his family in Wisconsin.

6. No party will be prejudiced by this seven-day request to file a response.

## CONCLUSION

Plaintiffs respectfully request that their unopposed motion be granted and that the due date for Plaintiffs' response to Vail Health's appeal be extended until March 8, 2022.

Dated: February 18, 2022

*s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek
BoulevardSuite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail: fwlawyers@gmail.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 18, 2022, I served a true and correct copy of Plaintiffs' Unopposed Motion for Extension of Seven Days to Respond to Vail Health's Partial Appeal of Special Master's January 18, 2022 Report to the Court, through the ECF system on the following:

  Shannon Stevenson
  Janet A. Savage
  Jackie Roeder
  Daniel Richards
  Davis Graham & Stubbs LLP
  1550 17th Street, Suite 500
  Denver, CO  80202

  Counsel for Defendant Vail Health

              *s/Alan L. Kildow*

3