**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## PLAINTIFFS' RESPONSE TO VAIL HEALTH'S MOTION TO RESTRICT

Plaintiffs file the following response to Vail Health's motion to restrict that was filed on February 22, 2022 [ECF No. 289].

1.    On February 22, 2022, at 2:20 p.m. CST, Vail Health sent an email stating that it was filing a motion to restrict related to its partial appeal of the Special Master's January 18, 2022 Order.  In the email, Vail Health requested Plaintiffs' position regarding that motion to comply with the conferral requirements.  Vail Health did not attempt to contact Plaintiffs by telephone.

2.    At 6:04 p.m. CST, Plaintiffs responded by email to Vail Health, noting that Mr. Kildow was unavailable and that Ms. Braunschweig had been out of the office most of the day.  In light of the fact that Vail Health had made its request with less than 3 hours before the end of the business day and due to counsel's unavailability, Plaintiffs requested additional time to provide their response to Vail Health's motion.

3.    On February 23, 2022, at 10:30 a.m. MST, Plaintiffs provided Vail Health

with their position related to the motion to restrict. Plaintiffs requested that Vail Health provide the Court with Plaintiffs' position on the motion, which Vail Health stated in its motion to restrict that it would do once Plaintiffs provided their response.

4. As of this filing, Vail Health had not supplemented its filing with Plaintiffs' position or responded to Plaintiffs' email. Plaintiffs are therefore separately filing their response to Vail Health's motion to restrict.

5. As to Vail Health's motion to restrict, Plaintiffs do not object to the filing of Vail Health's partial appeal of the Special Master's Order in redacted form.

6. As to Exhibits 1 and 2, any protected health information can be redacted and then publicly filed in redacted form, just as Vail Health conceded is appropriate for its partial appeal. The minimal information provided in those exhibits related to patients is not current and does not disclose information that would be useful to any competitor. The less restrictive means of protecting the protected health information—which is only patient identification numbers—is to redact that information.

7. As to Exhibit 4—Vail Health's discovery responses—Vail Health has not identified the confidential information that must be protected by keeping that document under seal. Rather, the less restrictive measure is to file the discovery responses in redacted form, which Vail Health has previously done. Vail Health has not explained why the less restrictive means is not appropriate here.

Dated: February 23, 2022    *s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail:  jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Sports Rehab
Consulting LLC and Lindsay Winninger

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2022, I served a true and correct copy of Plaintiffs' Response to Vail Health's Motion to Restrict, through the ECF system on the following:

    Shannon Stevenson|
    Janet A. Savage
    Jackie Roeder
    Daniel Richards
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO  80202

    Counsel for Defendant Vail Health

                                      *s/Sonya R. Braunschweig*
                                      Sonya R. Braunschweig