## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## VAIL HEALTH'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE ITS DISPOSITIVE MOTION

Pursuant to Fed. R. Civ. P. 6(b) and D.C.Colo.LCivR 6.1(b), Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files this Unopposed Motion for Extension of Time to File Its Dispositive ("Motion") seeking a 30-day extension, to and including April 6, 2022.  In support of this Motion, Vail Health states as follows:

*Statement of Conferral*:  Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Vail Health conferred with Plaintiffs' counsel, and Plaintiffs do not oppose the relief sought in this Motion.

1. Rebuttal expert disclosures are currently due February 28, 2022.  (Doc. 284.)

2. Dispositive motions are currently due March 7, 2022, seven days after the rebuttal expert disclosure deadline.  (Doc. 242.)

3. Vail Health respectfully requests a 30-day extension of the dispositive motion deadline, from March 7, 2022, to April 6, 2022.

4. Good cause exists for a 30-day extension of the dispositive motion deadline for the following reasons:

    a. When the deadline for rebuttal expert disclosures was extended from February 14, 2022 to February 28, 2022, the deadline for dispositive motions was not extended, such that the time period between the deadline for rebuttal expert disclosures and dispositive motions was reduced from 21 days to 7 days.

    b. The current seven-day period between the deadline for rebuttal expert disclosures and dispositive motions does not provide sufficient time for Vail Health to review any rebuttal expert disclosures by Plaintiffs prior to its dispositive motion.

    c. A 30-day extension of the dispositive motion deadline will allow time for the parties to take depositions of any experts they wish to depose, including rebuttal experts, in advance of the dispositive motion deadline.

    d. Vail Health's lead counsel, Shannon Stevenson, recently concluded a 3-week trial, in *Antero Treatment, LLC v. Veolia Water Technologies, et al.*, Case No. 2020cv31009 (Denver Dist. Ct.), which commenced on January 24 and concluded on February 10, with an additional full day scheduled for February 24.

    e. Vail Health's counsel, Shannon Stevenson and Jackie Roeder, have also been engaged in extensive trial preparation during the month of February for a two-week trial in *Bustos, et al. v. Xcel Energy Services, Inc., et al.*, No. D-412-CV-2018-664 (4th Jud. Dist. Ct., San Miguel Cty., NM) that was scheduled to commence on March 29. On February 21, 2022, this trial was continued due to the unexpected illness of an expert witness; however, significant trial preparation obligations continue.

5. The dispositive motion deadline was previously extended when one or more parties requested extensions of the fact discovery deadlines.

6. No party will be prejudiced by the brief extension of the dispositive motion deadline requested herein. Trial in this matter, if any, has not yet been scheduled.

For the foregoing reasons, Vail Health respectfully requests that the Court extend the deadline for dispositive motions by 30 days to and including April 6, 2022.

Dated February 24, 2022

*s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

3

## **CERTIFICATE OF SERVICE**

       Pursuant to D.C. COLO.LCivR 6.1, I hereby certify that a true and correct copy of the foregoing VAIL HEALTH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS DISPOSITIVE MOTION was served contemporaneously on Vail Health (Katie Lawlor, Director of Risk Management & Patient Safety).

                                                *s/ Paige Finnell*