**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**COVERSHEET FOR EXHIBITS 2, 4, 8-12 TO PLAINTIFFS' RESPONSE TO VAIL HEALTH'S PARTIAL APPEAL OF SPECIAL MASTER'S JANUARY 18, 2022 REPORT TO THE COURT [ECF NO. 295]**

---