# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY--TO BE FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,** | **Civil Action No. 1:19-cv-02075-WJM-GPG** |
| **Plaintiff,** | |
| **v.** | |
| **VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation** | |
| **Defendant.** | |

**EXPERT REPORT OF LESLIE E. SCHAFER, PH.D.**

**Econ ONE Research, Inc.**

**January 10, 2022**

Suite 800
550 South Hope Street
Los Angeles, California 90071

# TABLE OF CONTENTS

**I.**     **Experience and Qualifications** ....................................................**3**

**II.**    **Introduction, Assignment, and Materials Considered** ...............**4**

**III.**   **Summary of Opinions** ................................................................**6**

**IV.**   **Background** ...............................................................................**13**

     A. Physical Therapy Healthcare Services ............................................... 13

     B. The Parties.............................................................................................. 19

         1. Lindsay Winninger ..................................................................... 19

         2. Sports Rehab Consulting LLC .................................................... 20

         3. Vail Health.................................................................................... 21

         4. Third Parties ................................................................................ 29

     C. The Vail Valley...................................................................................... 32

         1. Vail, Colorado ............................................................................. 32

         2. The Geographic Terrain of the Vail Valley................................... 35

     D. Orthopedic Surgery Referrals Important for Physical Therapy .............. 40

         1. Vail Health.................................................................................... 40

         2. Sports Rehab ............................................................................... 43

     E. Health Care Claims Data ....................................................................... 45

1. Colorado All Payer Claims Database............................................. 45

2. Vail Health Claims Data ............................................................ 46

3. Other Data Needs ................................................................... 48

**V.    Vail Health Has Monopoly Power in the Relevant Antitrust Market.......................................................................50**

A. Relevant Market Definition............................................................ 52

1. Relevant Product Market........................................................... 53

2. Relevant Geographic Market...................................................... 74

B. Economic Evidence of Vail Health's Monopoly Power.......................... 86

1. Indirect Evidence.................................................................... 87

2. Direct Evidence ..................................................................... 92

**VI.    Impact of the Challenged Conduct .......................................113**

**VII.   Procompetitive Justifications ..............................................114**

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

## I.      Experience and Qualifications

1.      My name is Dr. Leslie Schafer. I am a Managing Director at Econ One Research, Inc. ("Econ One"), an economics and statistics research and consulting firm with offices around the U.S. and abroad. I specialize in the application of economic analysis and econometrics to litigation and consulting matters in antitrust, health care reimbursement, intellectual property, and other commercial disputes.

2.      I have master and doctoral degrees in Managerial Science and Applied Economics from the University of Pennsylvania. My doctoral coursework and dissertation were completed under the Graduate Group in Managerial Science and Applied Economics, administered by Wharton Doctoral Programs at The Wharton School of Business. My doctoral work concentrated on the fields within economics known as applied empirical microeconomics and industrial organization, which involves the study of markets, pricing, competition, antitrust, and regulation, among other things. Additionally, I hold a Master of Public Policy from the University of Maryland School and a Bachelor of Arts in Political Science, *cum laude*, from Tufts University.

3.      Prior to joining Econ One, I was a Managing Economist in the Health Sciences Practice at Exponent, Inc., a Manager in the Advisory Services Practice at PricewaterhouseCoopers LLP, and a Senior Evaluator at the U.S. Government Accountability Office.

4.      I taught undergraduate and MBA-level managerial microeconomics courses at The Wharton School of Business of the University of Pennsylvania and an MBA-level microeconomics course at the McDonough School of Business at Georgetown University.

5.      I have more than 15 years of economic consulting experience. During that time, I have worked extensively on the analysis of markets and pricing, predominantly in the health care industry. This includes the economics of monopolization claims, estimating overcharges in class action antitrust matters due to most-favored nation clauses and other provisions in insurer-provider contracts, the use of benchmarking to determine usual and customary rates for reimbursement of out-of-network health care services, and health care reimbursement more generally. My health care-related work experience also includes statistical analysis of Medicare Advantage audits and

3



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

Medicare payments in False Claims Act cases. A summary of my training, experience, and prior testimony is set forth in **Exhibit 1**.

6.     Econ One is being compensated for the time I spend on this matter at $475 per hour. Econ One also is being compensated for time spent by research staff on this project at rates ranging between $140 and $400 per hour and project-related expenses (*e.g.*, data, computer charges, travel). Neither my nor Econ One's compensation are contingent upon my findings or the outcome of this dispute.

## II.   Introduction, Assignment, and Materials Considered

7.     Sports Rehab Consulting, LLC ("Sports Rehab") and Lindsay Winninger (combined, "Plaintiffs") allege that Defendant Vail Clinic, Inc. d/b/a "Vail Valley Medical Center" n/k/a "Vail Health" ("Vail Health" or "Defendant") has monopolized or attempted to monopolize the market for physical therapy ("PT") services in the Colorado Vail Valley.[1]

8.     Plaintiffs allege that "Vail Health has attempted to secure and expand its monopoly by entering into a joint arrangement with [The] Steadman [Clinic] and other orthopedic clinics to "lock up" its referral sources and keep Steadman from becoming a competitor" to Vail Health's Howard Head Sports Medicine Physical therapy unit ("Howard Head").[2]

9.     To protect its monopoly against other potential competition, Plaintiffs allege that Vail Health has also engaged in anticompetitive activities, including false statements, against the Plaintiffs after Sports Rehab attempted to enter the Vail physical therapy market.[3] Plaintiffs allege further that the consequence of Vail Health's exclusionary

---

[1] *Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health*, Civil Action No. 1:19-cv-02075-WJM-GPG, Plaintiffs' Amended Complaint and Jury Demand, (United States District Court for the District of Colorado, September 27, 2019), ("Amended Complaint").

[2] Amended Complaint at ¶ 5.

[3] Amended Complaint at ¶ 7.



a.  Physical Medicine and Rehabilitation Procedures

b.  Acupuncture Procedures

c.  Chiropractic Manipulative Treatment Procedures

d.  Surgical Procedures on the Musculoskeletal System.

94.  

95.  Volume summaries about the four types of health care services between 2012 and 2020 above are presented in **Table 6.**

**Table 6**
**Summary Statistics for Physical Therapy,**
**Acupuncture, Chiropractic and Surgical CPTs**

| | Total Claims | Total Claim Lines | Total Allowed Amount |
|---|---|---|---|
| | (Units) | (Units) | (Dollars) |
| | (1) | (2) | (3) |



(1) Includes both private-payers and government claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(3) Excludes place of service 34 (hospice).
(4) Includes private payers claim lines with allowed amounts greater than or equal to $1.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;"
Find-A-Code; Health Care Provider Taxonomy Code Set.

### 2.  Vail Health Claims Data

96.  Vail Health produced two data files, VH_Fed_00006965 and VH_Fed_00006966. These files were provided to me on December 3, 2021. A letter from whom I understand to be Vail Health's outside counsel describes the files as "information

46



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

regarding every outpatient private-payer physical therapy procedure provided by Vail Health's Howard Head physical therapy practice in the alleged Vail Valley market from November 1, 2013 through September 22, 2021."[143] Unlike the CIVHC data which provides allowed amounts by claim line, the fields for payment amounts in the data produced by Vail Health are highly aggregated across claims and facility locations. They include some OT services. Additionally, they do not include information about PT services provided by Vail Health in Summit County.

97.    I understand that there is a discovery dispute before the Court about these and other data and information regarding Vail Health claims for reimbursement of healthcare services. Until the issues related to these data are resolved by the Court, I am not able to rely on them for my opinion. When this dispute is resolved, I would like the opportunity to review any new information produced.

98.    Vail Health produced other information related to healthcare claims. For example, VH_Fed_00003096 is an Excel spreadsheet that appears to include PT and OT services provided for dates of service between November 10, 2018, and November 29, 2019.[144] The file has two tabs: (1) "Monthly Charge Reconciliation_7" and (2) "Sheet1." In the first tab, every row appears to be a health care service provided to a patient. The second tab sums the field "Qty" from the first tab by "GL Unit" (facility) and "Encounter Type" (emergency, inpatient, outpatient, etc.).

99.    The file includes 18,165 claim lines for 2,381 patient encounters with 84 different chargemaster healthcare services ("CDM"). There are also fields for either CPT or HCPCS which identify the services provided. For example, the CPTs range between 97104 and 97763, which are included in the AMA's list of procedures for physical medicine and rehabilitation, including OT.[145]

---

[143] Letter from Daniel A. Richards to Alan L. Kildow and Sonya R. Braunschweig, December 17, 2021, p.1.

[144] See file for complete set of included fields. There is also a 1391-page pdf document numbered VH_Fed_00005179 which appears to be information about health care claims between November 2014 and October 2015 but is not in a digitally-useable format.

[145] See, e.g., Heidi Jannenga. (April 22, 2019) "Physical Therapists' Guide to CPT Codes." *WebPT*. Available at: https://www.webpt.com/guides/cpt-codes/. Last accessed January 8, 2022.



100. There is an "Amount" field, co-located in the data with the CDM fields, which appears to be billed charge. Average "Amounts" range between zero for "VASOPNEUMATIC DEVICE OT" and $1,224.51 for "WRIST HAND ORTHOSIS W/ JTS OT."

101. The claims include services provided at the following Vail Health's locations:

    a.  BEAVER CREEK

    b.  HHSM Vail

    c.  HHSM Avon

    d.  HHSM Breck (Breckenridge)

    e.  HHSM Eagle

    f.  HHSM Edwards

    g.  HHSM Frisco

    h.  HHSM Gypsum

    i.  HHSM Slvrthrn (Silverthorne)

    j.  HHSM Vail East

    k.  Vail Health Hospital

102. The data also identify "Financial Class" (payer type), including a number of private, government, and other payers. For example, the list includes "Self-Pay" and "International Self-Pay."

### 3. Other Data Needs

103. Data analysis presented in this Report is focused on patients with commercial insurance (i.e., private payers) who live in Colorado.[146] If additional data are produced, I will update and expand upon the findings in this Report, as needed.

---

[146] Coloradans are defined as patients with Colorado zip codes in the CO ACPD database.



248. ██████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
████████████████████

249. ████████████████████████████████████████████
████████████████████████████████

## VII.  Procompetitive Justifications

250.  Typically, the justification of potentially restrictive practices through pro-competitive effects involves analysis showing cognizable savings that were achievable only through the use of the restrictive practices. I have seen no evidence to this effect in discovery regarding Vail Health's PT services to date.

251.  As discovery and my review of the evidence is ongoing, I may revise my opinions and/or update this Report in light of any new evidence that I see regarding this issue.

Leslie E. Schafer, Ph.D.
January 10, 2022

**Exhibit 1**

**Leslie Schafer, Ph.D.**
*Managing Director*
Los Angeles, CA
213 624 9600
lschafer@econone.com



Dr. Leslie Schafer is a Managing Director with Econ One Research, Inc. She applies economic analysis and econometrics to liability and damages estimation for litigation matters concerning antitrust, intellectual property, false advertising, and health care reimbursement. Dr. Schafer has served as a testifying expert about competition issues, the reasonable value for out-of-network health care services, false advertising, and damages for infringement of intellectual property.

Dr. Schafer's health care-related work experience also includes calculating overcharges in class action antitrust matters due to most-favored nation clauses and other provisions in hospital-payer contracts, analysis of pharmaceutical pricing, statistical analysis of Medicare Advantage audits and Medicare claims in False Claims Act cases, and forecasting retiree health care benefits and workers' claims for occupational injury. Dr. Schafer has analyzed more than a billion claims filed with Medicare or commercial payers for health care services.

For patent, trademark, copyright, trade secret, and false advertising matters, Dr. Schafer has analyzed plaintiff lost profits, defendant profits, and reasonable royalties. She has worked on a wide variety of industries such as personal mobile communication devices and other consumer electronics, information technology, automobile parts, plastic bottles, pharmaceuticals, taxicab services, clothing, and medical research. Dr. Schafer has experience with comparable licenses, company financials, complex bills of materials, and extremely large datasets of company transactions and retail point-of-sale data.

Dr. Schafer has testified in U.S. District Court and Texas State Court, and has been deposed in federal and state matters. She has spoken at conferences, on webinars, and for continuing education about patent and trademark damages and about working with experts in class action matters for the ABA, the State Bar of California, the LA County Bar Association, the Beverly Hills Bar Association, NITA, Bridgeport Continuing Education, and the Daily Journal's Patent Disputes Forum.

## EDUCATION

- Ph.D. & M.A. Managerial Sciences and Applied Economics, University of Pennsylvania, Wharton School of Business (Fields: Industrial Organization, Applied Empirical Microeconomics)
- M.P.P. University of Maryland
- B.A. Political Science, Tufts University, *cum laude*

## PROFESSIONAL EXPERIENCE

Econ One Research, Inc.
  Managing Director, January 2019 – Present
  Senior Economist, October 2011 – December 2018
McDonough School of Business at Georgetown University
  Adjunct Professor, 2010 – 2011
Exponent, Inc., Health Sciences
  Managing Economist, January 2010 – September 2011
PricewaterhouseCoopers LLP, Advisory Services
  Manager, 2006 – 2009
  Senior Associate, September 2005 – 2006

Leslie Schafer, Ph.D.
Page 2 of 11

**PROFESSIONAL EXPERIENCE, CONTINUED**

The Wharton School of Business, University of Pennsylvania
Lecturer & TA, Managerial Microeconomics (Undergraduate, MBA, and WEMBA), 1999 – 2004
United States Government Accountability Office
Senior Evaluator, 1996 – 1998
Evaluator, 1992 – 1996

**REPRESENTATIVE ENGAGEMENTS**

*Health Care Reimbursement*

*Expert Reports & Testimony*

**InPhyNet South Broward, LLC** *v. AvMed, Inc. d/b/a AvMed Health Plans*
Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida (Case No. CACE-20-004408 (08)
- Expert Report (November 2021)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

**ACS Primary Care Physicians  Southwest, PA** *v. Community Health Community Health Choice, Inc., and Community Health Choice of Texas, Inc.*
District Court of Harris County, Texas (Cause No. 2019-10294)
- Expert Report (May 2021)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

**Apollo MedFlight, LLC** *v. BlueCross BlueShield of Texas, a Division of Health Care Service Corporation*
U.S. District Court for the Northern District of Texas, Amarillo Division (Cause No. 2:18-cv-00166-D)
- Expert Report (February 2020)
- Expert opinions regarding the reasonable value of out-of-network emergency air ambulance transportation services.

**ACS Primary Care Physicians  Southwest, PA, & Emergency Services of Texas, PA** *v. Molina Healthcare, Inc. and Molina Healthcare of Texas, Inc.*
District Court of Harris County, Texas (Cause No. 2017-77084)
- Expert Report (October 2019)
- Rebuttal Expert Report (December 2019)
- Deposition (January 2020)
- Amended Expert Report (March 2020)
- Trial Testimony (June 2021)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

Leslie Schafer, Ph.D.
Page 3 of 11

***Emergency Services of Oklahoma, PC, Oklahoma Emergency Services, PC, and South Central Emergency Services, PC* v. GlobalHealth, Inc.**
District Court of Cleveland County, Oklahoma (Case No. CJ-2017-641-V)
- Expert Report (June 2019)
- Supplemental Expert Report (August 2019)
- Expert opinions about the reasonable value of out-of-network emergency medical services.

***Southeastern Emergency Physicians, LLC and ACS Emergency Services of Mississippi, Professional Association* v. Ambetter of Magnolia, Inc.**
Circuit Court of the First Judicial District of Hinds County, Mississippi (CASE 17-465)
- Expert Report (May 2019)
- Rebuttal Expert Report (January 2020)
- Deposition (January 2020)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

***Southeastern Emergency Physicians, LLC* v. Arkansas Health & Wellness Health Plan, Inc., and Celtic Insurance Company d/b/a Arkansas Health & Wellness Insurance Company**
U.S. District Court for the Eastern District of Arkansas (CASE NO. 4:17-cv-492-KGB)
- Expert Report (March 2019)
- First Supplemental Expert Report (March 2019)
- Rebuttal Expert Report (May 2019)
- Deposition (May 2020)
- Second Supplemental Expert Report (July 2020)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

***Sanjiv Goel, MD* v. *Aetna Life Insurance Company, Inc.***
U.S. District Court for the Central District of California (Case No. 2:14-cv-2406 MWF (FFmX))
- Expert Report (February 2015)
- Expert opinions regarding the reasonable value of out-of-network cardiology medical services.

***Sanjiv Goel, MD* v. *Aetna Life Insurance Company, Inc.***
Superior Court of California, County of Los Angeles (No. BC521197)
- Declaration (February 2015)
- Expert opinions regarding the reasonable value of out-of-network cardiology medical services.

***Sanjiv Goel, MD* v. Coalition America, Inc.; Multiplan, Inc.; Interplan Health Group, Inc.; *Cigna Healthcare of California; Health Net Life Insurance Company; Health Net of California, Inc.*; TC3 Health, Inc.**
U.S. District Court for the Central District of California (No. CV11-02349 GAF (Ex))
- Expert Report (January 2013)
- Expert opinions regarding the reasonable value of out-of-network cardiology medical services.

Leslie Schafer, Ph.D.
Page 4 of 11

*Other Health Care Engagements*

- Presently engaged as a testifying or consulting expert in the following areas:
    - healthcare antitrust
    - reasonable value of out-of-network medical services
    - class action matter regarding pharmaceutical-related hospital costs
    - class action matter regarding monopolization of hospital healthcare services

- Disclosed as testifying expert in <u>Texas Health Harris Methodist Hospital Alliance, et al.</u> v. Superior Healthplan, Inc., Celtic Insurance Company, and Centene Corporation. District Court of Tarrant County, Texas (No.141-318459-20) (June 2021). Matters regarding the reasonable value of out-of-network emergency medical services.

- Performed economic and econometric analysis for self-funded direct purchasers of hospital health care services in a class action antitrust matter. Analysis established that a hospital system's contract terms with payers artificially inflated class members' payments and that all or nearly all class members were injured. Case settled for $575 million. (UFCW et al. v. Sutter Health, Superior Court of the State of California for the City and County of San Francisco, Case No. CGC-14-538451 consolidated with Case No. CGC-18-565398)

- Performed economic and econometric analysis for direct purchasers of hospital health care services in a class action antitrust matter. Analysis established that a payer's most-favored nation clauses in contracts with hospitals artificially inflated class members' payments. (The Shane Group, et al. v. Blue Cross Blue Shield of Michigan, E.D. Mich., Southern Division, No. 2:10-cv-14360-DPH-MKM)

- Retained as an expert in support of multiple health insurers in a series of disputes with a cardiology practice in Federal and CA courts to opine on the reasonable value of out-of-network medical services provided by the plaintiff. Performed consulting work for certain matters in addition to expert reports and declaration noted above.

- Performed economic analysis for direct purchasers of a vaccine in a class action antitrust matter. Established: (1) that evidence common to members of the proposed class could be used to show that all or virtually all class members were overcharged and (2) that the aggregate amount of overcharge damages incurred by the proposed class could be calculated on a class-wide, formulaic basis using a reliable methodology. (Castro et al. v. Sanofi, D.N.J, Civil Action No.1-cv-07178-JLL)

- Performed statistical benchmarking analysis of usual, customary, and reasonable ("UCR") billed charges in out-of-network health care claims for a defendant health insurance carrier involved in a class action antitrust matter. (In Re: Aetna UCR Litigation, D.N.J, MDL NO. 2020, (No. 2:07-CV-3541)

- Estimated damages in a False Claims Act matter involving Medicare reimbursements for health care services.

- Performed statistical analysis of enrollees sampled in government audits of a health insurance provider with Medicare Advantage contracts. Examined appropriateness of statistical sampling

Leslie Schafer, Ph.D.
Page 5 of 11

methods selected and whether the sample selected was representative of the population of claims.

- Forecasted retiree health care benefits and workers' claims for occupational injury for an energy company. Designed economic models using publicly available data and extensive analysis of employees' claim records to present a distribution of potential liability outcomes.

### *Competition & Antitrust Matters*

#### *Expert Reports & Testimony*

**_Hannah's Boutique, Inc._ v. Barbara Ann Surdej, Roy Surdej, and Jeffrey Surdej, D/B/A Peaches Boutique**
U.S. District Court for the Northern District of Illinois, Eastern Division (Case No.: 13-cv-2564)
- Expert Report (January 2015)
- Deposition (February 2015)
- Hearing Testimony (May 2015)
- Expert opinions regarding assessments of market power in the retail apparel industry.

#### *Other Antitrust Litigation Engagements*

- Estimated damages related to antitrust and other commercial claims for a U.S. manufacturer of high-performance swimwear. Analyzed market pricing and unit sales to assess the market dominance of the defendant.

- Designed an econometric model for a U.S. industrial chemicals manufacturer to estimate potential damages from class action civil litigation following resolution of a price fixing dispute with the U.S. Department of Justice.

#### *Monitoring and Compliance Matters*

Overview of Monitoring Trustee Engagements:

- Monitored the viability and competitiveness of business divestitures of merging multinational firms as part of their compliance with structural remedies.
- Reported to government authorities about pricing, marketing plans, viability of the divestment businesses, supply chain practices, respondent technical efforts to restrict access to confidential business information in IT systems, and divestiture transition progress.
- Extensive experience analyzing retailer point-of-sale data from The Nielsen Company/Information Resources, Inc. (IRI).

Monitoring Trustee Engagements:

- For the U.S. Federal Trade Commission (FTC) and the European Commission (EC), member of monitoring team for the P&G/Gillette merger. Divestitures of the SpinBrush toothbrush business, Rembrandt (a Gillette oral care product line), Right Guard, and other Gillette deodorant brands.

Leslie Schafer, Ph.D.
Page 6 of 11

- For the FTC, case manager for team monitoring the Pernod Ricard/V&S merger. Analyzed the performance of Absolut and Stolichnaya in the "super-premium" vodka market, as well as distribution agreements for other distilled spirits.

- For the FTC and EC, case manager for U.S.-based team monitoring the BASF/Ciba merger in the chemical industry.

- For the German Bundeskartellamt (Federal Cartel Office), case manager for U.S.-German team monitoring compliance with structural remedies for the Stihl/ZAMA merger in the hand-held power tools industry. Directed meetings with parent company and potential buyers in Japan and Hong Kong and assessed controls in a Chinese manufacturing facility.

### *Intellectual Property & False Advertising*

#### *Expert Reports & Testimony*

##### *William Edward Baker v. Alpha Consolidated Holdings, Inc. and Illinois Tool Works, Inc. d/b/a Gumout*
U.S. District Court for the District of Delaware (Case No.: 18-976 (LPS)(CJB))
- Expert Report (December 2020)
- Reply Expert Report (March 2021)
- Deposition (April 2021)
- Supplemental Expert Report (August 2021)
- Supplemental Rebuttal Expert Report (August 2021)
- Second Supplemental Expert Report (August 2021)
- Deposition (August 2021)
- Expert opinions regarding a reasonable royalty and damages for patent infringement in the plastic bottle industry.

##### *Byron McKnight et al., v. Uber Technologies, Inc. and Rasier, LLC*
U.S. District Court for the Northern District of California (Case No.: 4:14-cv-05615-JST)
- Expert Report (March 2020)
- Rebuttal Expert Report (April 2020)
- Expert opinions regarding the value of injunctive relief and coupon value for a settlement in a class action false advertising matter.

##### *Jacqueline Maldonado v. Caleres, Inc. et al.*
U.S. District Court for the Central District of California (No. 2:17-cv-08596-SVW-PJW)
- Expert Report (May 2018)
- Expert opinions regarding a reasonable royalty for and defendants' profits from copyright infringement in the footwear industry.

##### *Benedict Ezeokoli et al. v. Uber Technologies Inc.*
Superior Court of California, County of Alameda (No. RG-14747166)
- Declaration (October 2017)
- Reply Declaration (August 2018)
- Expert opinions regarding reliable methodologies to estimate defendant's revenues and

Leslie Schafer, Ph.D.
Page 7 of 11

plaintiffs' aggregate actual damages from alleged false representations.

***David Escamilla* v. *M2 TECHNOLOGY, INC.***
U.S. District Court for the Eastern District of Texas, Sherman Division (No. 4:12-CV-634 RAS DDB)
- Expert Report (December 2013)
- Expert opinions regarding reasonable royalty, damages, and pre-judgment interest due to trademark infringement in the enterprise solutions and information technology industry.

*Other IP Engagements*

- Estimated reasonable royalties in multiple cases for a world-wide provider of communications technology. Assessed wide range of patents (some standard-essential) involving cellular communication, data transmission security, and hardware in mobile handsets, wearables, computers, tablets, and user applications.

- Retained as a consulting expert for a class of consumers in a false advertising matter to estimate defendants' operating profits earned from the sale of a pharmaceutical to potential class members.

- Retained as a consulting expert for a seller of auto parts in a trademark and false designation of origin matter to review plaintiff expert's assessment of actual damages and defendant's profits.

- Estimated reasonable royalties and damages for a U.S. software development and licensing company. Assessments in multiple case involved patents for stateless packet-based processing technology in application delivery and security networking products.

- Estimated reasonable royalties and damages for a U.S. software development company. Assessments involved patents for instant search processing technology.

- Estimated reasonable royalties and damages for a Canadian pharmaceutical manufacturer in a patent infringement dispute.

- Estimated reasonable royalties and damages for a U.S. manufacturer of consumer global positioning system devices in a patent infringement dispute.

- Estimated reasonable royalties for trade secrets on behalf of a Taiwanese manufacturer of broadband networking and internet routing communication devices to determine the company's shareholder contribution to a multi-national joint venture.

- Assisted a U.S. information technology outsourcer in negotiations to grant license rights to a U.S. Government department by valuing a large portfolio of information technology-related trade secrets.

- Assisted a U.S. software developer in its IP-licensing compliance efforts with antitrust-related rulings and settlement agreements with the European Commission related to FRAND rates set by standard setting organizations.

- Retained as an expert by a U.S. property and casualty insurance carrier to estimate the value of

Leslie Schafer, Ph.D.
Page 8 of 11

medical research samples that were lost due to a freezer malfunction at a major university.

- Analyzed price erosion as a component of lost profits for a U.S. manufacturer of industrial chemicals involved in a patent infringement dispute and antitrust counterclaim.

## Other Commercial Litigation

### Expert Reports & Testimony

**_H. Cristina Chen-Oster and Shanna Orlich_ v. Goldman, Sachs, & Co. and The Goldman Sachs Group, Inc.**
U.S. District Court for the Southern District of New York (Case 1:10-cv-06950-LBS -JCF)
- Expert opinions regarding duration of tenure in certain business units and frequency of cross-business unit performance reviews for potential class members involved in a gender discrimination lawsuit. (August 2014)

**Zdzislaw Ptak v _Black & Decker Corporation, Black & Decker (U.S.) Inc._, DeWALT Industrial Tool Co., and Home Depot U.S.A., Inc.,**
U.S. District Court for the Northern District of Illinois, Eastern Division (No.:08 CV 6212)
- Expert Report (June 2010)
- Deposition (August 2010)
- Expert opinions regarding consumer willingness-to-pay and cost-benefit analysis of a table saw safety feature.

### Other Engagements

- Retained as a consulting expert for an asset-based lender to estimate lost profits related to the denial of an insurance claim.

- Analyzed fair market compensation for a real estate developer in an eminent domain matter. Assessed aspects of property value diminution.

- Performed a literature review of the economics of vertical and horizontal market definition to support expert's rebuttal in MTBE litigation.

- Performed statistical and econometric analysis for a food manufacturer in response to allegations of employment discrimination.

## Economics and Business Analytics Consulting

- Estimated the market size and strategic opportunity for a specific business unit of a U.S. technology company.

- Assessed a sub-industry's economic impact on the U.S. economy for a consumer-packaged goods industry association. Analysis included estimate of the direct and indirect economic flows that result from supply chain purchases.

- Estimated the market size and drivers of political risk insurance premiums and market share.

Leslie Schafer, Ph.D.
Page 9 of 11

- Prepared an impact assessment of the free trade agreement between the United States and another country. Assessment included identification of industries and companies with highest potential to be affected by the agreement and therefore potential trading and investment partners.

**INVITED PRESENTATIONS AND PUBLICATIONS**

- "Dignity Health and Anthem Blue Cross of California Terminate Contract." Econ One *Inside Economics*, July 23, 2021.

- "Houston Jury Awards Emergency Room Doctors $19.1 Million in Out-of-Network Reimbursement Dispute." Econ One *Inside Economics*, July 16, 2021.

- "Supreme Court Alters Trademark Landscape: A Discussion of Damages Post-*Romag*." Beverly Hills Bar Association, Webinar May 28, 2020.

- "Supreme Court to Decide Whether Willfulness is Required for Trademark Infringement." Beverly Hills Bar Association, Member Articles, January 28, 2020. https://bhba.org/supreme-court-to-decide-whether-willfulness-is-required-for-trademark-infringement-damages/

- "Intellectual Property in Fashion Law: Hot Topics and Recent Developments." (Moderator) Beverly Hills Bar Association, December 5, 2019.

- "The Price of an Improperly Disclosed Social Media Ad." *Law360*, February 8, 2019 (with Vera Golosker).

- "A Look at the Numbers - Old Biases in New Media: Discussing Disparities and How to Eliminate Bias in IP, Internet and New Media Law." Beverly Hills Bar Association, January 10, 2019.

- "Royalty Accounting Demystified: Profit Participation & Contingent Compensation in Hollywood." (Moderator) Beverly Hills Bar Association, August 9, 2018.

- "An In-Depth Examination of Working with Class Action Experts," Bridgeport 2017 Class Action Litigation Conference - Los Angeles, April 7, 2017. http://bridgeportce.com/bridgeportce/live-programs/2017-class-action-litigation-conference-los-angeles.html

- "Trademark Infringement Damages: Fundamentals and Case Law," ABA Young Lawyers Practical Tips Series Webinar, January 24, 2017.

- "Presenting damages at trial: How to relate your damages case to the jury," Patent Disputes Forum North, Daily Journal Corporation, Menlo Park, CA, April 14, 2016. http://www.callawyer.com/events/patent-disputes-forum-north/

- Economic Expert Witness, National Institute for Trial Advocacy (NITA), Robert H. Hanley Advanced Trial Skills Program, San Francisco, CA, September 18, 2014.

- "Surveys Gaining Attention for Patent Damages," Patent Disputes 2014, Thomson Reuters Legal Executive

Leslie Schafer, Ph.D.
Page 10 of 11

Institute, Costa Mesa, CA, May 6, 2014.

- "Apportionment for Patent Damages," 2012 Patent Disputes Forum, Thomson Reuters West LegalEdCenter, Santa Clara, CA, November 14, s2012.

- "Expert Witness Cross-Exam Workshop," The State Bar of California 85th Annual Meeting (With the Trial Advocacy Group), October 13-14, 2012.

- "Cross Examining Expert Witnesses," LA County Bar Association (With the Trial Advocacy Group), October 8, 2012.

- "Unique Tips for Expert Witness Cross-Examination," Women Lawyers Association of Los Angeles E-Newsletter: October 2012. http://www.wlala.org/displaycommon.cfm?an=1&subarticlenbr=231

- "If You Can't Measure Income, Then Track Consumer Preferences: Did Orbitz Side Step Omitted Variable Bias with Predictive Analytics?" Econ One Twitter feed, June 28, 2012.

- "Cross Examining Expert Witnesses," LA County Bar Association (with the Trial Advocacy Group), November 11, 2011.

- "Changes in the Patent Landscape: Legislative Bills and Judicial Decisions—How They Affect Life Sciences and Other Industries," Health News - Exponent Health Sciences News Release, June 3, 2011 (J. Vanderhart, M. Villarraga, and K. Ong.)

- "Emerging Issues in Health Care Reimbursement," Health News - Exponent Health Sciences News Release, August 20, 2010 (with R. Cantor, J. Schmier, and M. Mittelman).

- "Insights from an M&A monitor." *Executive Counsel – C-level Insights for Business Leaders* 2009; 6(3):62–64 (with E. Gold and S. Andreassen-Henderson).

- "Bringing innovation to supply chain risk." Textron ETC & OEC Joint Council Meeting, November 19, 2008.

- "Crossfire: Difficult-to-measure but important metrics." Presented at Aviation Week Management Forums – Metrics Used by Top Performing Companies, September 16 – 17, 2008.

- Economic Expert Witness, National Institute for Trial Advocacy (NITA), Robert F. Hanley Advanced Advocacy Skills Program, Louisville, CO, June 27 – 28, 2007.

- PwC-Ropes & Gray Financial Expert Witness Training Program, Washington, DC, 2006.

- "International Privatization: Estimating the Returns to U.S. Acquirers of Foreign State-Owned Enterprises," Ph.D. Dissertation, 2005.

**PROFESSIONAL AND ACADEMIC HONORS**

Leslie Schafer, Ph.D.
Page 11 of 11

- PwC Chairman's Award, Washington, DC Metro - Technology Client Team, 2008
- PwC Chairman's Award, Florham Park, NJ - Grocery Manufacturers Association Team, 2007
- The Wharton School, University of Pennsylvania Doctoral Fellowship, 1998 – 2002
- GAO Special Commendation Award - Defense Acquisition Workforce Team, 1996
- The Honor Society of Phi Kappa Phi, 1992
- Excellence in Scholarship Award (For Best Graduating Student), University of Maryland School of Public Policy, 1992
- Gladys Noon Spellman Fellowship, University of Maryland School of Public Policy, 1991 – 1992
- Chessie Railroad Fellowship, University of Maryland School of Public Policy, 1990 – 1991

**MEMBERSHIPS**

- American Bar Association – Antitrust, Health Law, Intellectual Property, and Litigation Sections, *Associate Member*
- American Economic Association
- Beverly Hills Bar Association – IP, Internet & New Media Section, *Executive Board Vice Chair;* Litigation Section; Entertainment Section; Health Law Committee
- Los Angeles Intellectual Property Law Association

## Exhibit 2

### Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

<u>Materials Relied Upon</u>

**<u>Pleadings and/or Court Documents</u>**

*Lindsay Winninger, an individual, and Sports Rehab Consulting LLC, a Colorado limited liability company, v. Doris Kirchner, an individual, and Vail Clinic, INC. D/B/A Vail Valley Medical Center, Vail Clinic, INC. D/B/A Vail Valley Medical Center, a Colorado nonprofit corporation, v. Lindsay Winninger, an individual, and Sports Rehab Consulting, LLC, a Colorado limited liability company, Vail Clinic, INC, D/B/A Vail Valley Medica Center, a Colorado nonprofit corporation v. David J. Cimino, an individual. Case No. 2017CV030102* (District Court, Eagle County, State of Colorado):

> Plaintiff Lindsay Winninger and Sports Rehabs' Third Supplemental Answers and Responses to Vail Health's Fourth and Fifth Set of Discovery Requests (June 17, 2020).
> Plaintiff Sports Rehab' Fourth Supplemental Answers to Interrogatory No. 26 (October 30, 2020).

*Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG* (United States District Court for the District of Colorado):

> Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. (September 8, 2020).
> Plaintiffs' Amended Complaint and Jury Demand (September 27, 2019).
> Plaintiffs' Responses to First Set of Discovery Requests (March 30, 2021).
> Plaintiffs' Supplemental Answer to Interrogatory No. 3 to First Set of Discovery Requests (March 30, 2021).
> Plaintiffs' Responses to Second Set of Discovery Requests (March 31, 2021).
> Plaintiffs' Supplemental Answer to Interrogatory No. 14 to Second Set of Discovery Requests (April 13, 2021).
> Plaintiffs' Motion for an Expedited Determination of Their Motion to Extend Deadline for Expert Disclosures (November 11, 2021).
> Plaintiffs' Reply Motion for an Expedited Determination of Their Motion to Extend Deadline for Expert Disclosures (November 24, 2021).
> Stipulated Protective Order and HIPPA Qualified Protective Order (October 23, 2020).
> Vail Health's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents (October 9, 2020).
> Vail Health's Objections and Responses to Plaintiffs' First Set of Interrogatories and Second Requests for Production of Documents (April 30, 2021).
> Vail Health's Objections and Responses to Plaintiffs' First Set of Requests for Admission (April 30, 2021).

**<u>Expert Reports (including exhibits)</u>**

Updated Report of Cobb & Associates, Ltd., May 22, 2020.

**<u>Affidavits and Declarations (including exhibits)</u>**

*Lindsay Winninger, an individual, and Sports Rehab Consulting LLC, a Colorado limited liability company, v. Doris Kirchner, an individual, and Vail Clinic, INC. D/B/A Vail Valley Medical Center, Vail Clinic, INC. D/B/A Vail Valley Medical Center, a Colorado nonprofit corporation, v. Lindsay Winninger, an individual, and Sports Rehab Consulting, LLC, a Colorado limited liability company, Vail Clinic, INC, D/B/A Vail Valley Medica Center, a Colorado nonprofit corporation v. David J. Cimino, an individual. Case No. 2017CV030102* (District Court, Eagle County, State of Colorado):

> Affidavit of Gene "Topper" Hagerman, September 14, 2020.
> Affidavit of Sean McEnroe, April 13, 2020.
> Declaration of Lindsay Winninger, September 28, 2020.
> Declaration of Victoria Bartel, July 21, 2020.

**Exhibit 2**

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

**Materials Relied Upon**

*Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG* (United States District Court for the District of Colorado):
Declaration of Brad Schoenthaler, September 28, 2020.

**Depositions (including exhibits)**
*Lindsay Winniger, an individual, and Sports Rehab Consulting LLC, a Colorado limited liability company, v. Doris Kirchner, an individual, and Vail Clinic, INC. D/B/A Vail Valley Medical Center, Vail Clinic, INC. D/B/A Vail Valley Medical Center, a Colorado nonprofit corporation, v. Lindsay Winninger, an individual, and Sports Rehab Consulting, LLC, a Colorado limited liability company, Vail Clinic, INC, D/B/A Vail Valley Medica Center, a Colorado nonprofit corporation v. David J. Cimino, an individual. Case No. 2017CV030102* (District Court, Eagle County, State of Colorado):
30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume I (Videotaped) April 2, 2020.
30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume II (Videotaped) April 14, 2020.
30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume III (Videotaped) May 20, 2020.
Deposition of Lindsay Winninger, June 29, 2020.

*Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG* (United States District Court for the District of Colorado):
Deposition of Luke O'Brien, October 9, 2021.
Deposition of Nicholas Brown, October 19, 2021.
Deposition of Doris Kirchner, November 23, 2021.

**Bates Numbered Documents**
SHANNON0000012.
SRC-FED0002832-893.
STEADMAN-0002692-833.
VAIL_00001911.
VAIL_00003426-448.
VAIL_00003560-568.
VAIL_00001992-993.
VH_Fed_00000771-866.
VH_Fed_00000965-991
VH_Fed_00001369-370
VH_Fed_00001420.
VH_Fed_00001424-446.
VH_Fed_00001449-462.
VH_Fed_00001512-523.
VH_Fed_00001571.
VH_Fed_00001961.
VH_Fed_00002009.
VH_Fed_00002282.
VH_Fed_00002604.
VH_Fed_00003096.
VH_Fed_00003686-698.
VH_Fed_00003701.