# Exhibit 4

# UB-04 to 837I Crosswalk

The following chart provides a crosswalk for the fields listed on the CMS-1450 (UB-04) claim form, and the equivalent electronic data WSI requires in the 837I (ANSI X12, 5010 version).

| Field Location | Description | Loop ID | Segment/Data Element | Notes |
|---|---|---|---|---|
| 1 | Provider Name and Address | 2010AA | **NM1**<br>NM101 (Value 85 – Billing Provider)<br>NM102 (Value 1 - Person or 2 - Organization)<br>NM103 (Name)<br>**N3**<br>N301 (Street)<br>**N4**<br>N401 (City)<br>N402 (State)<br>N403 (Zip)<br>**REF**<br>REF01 (ID qualifier – Value EI – Employer Identification Number or SY – Social Security Number)<br>REF02 (EIN or SSN)<br>**PER**<br>PER01 (IC – Information Contact)<br>PER02 (Contact Name)<br>PER03 (Value TE)<br>PER04 (Phone Number) | N403 requires full 9-digit zip code.<br><br>Do not append '0000'.<br><br>No spaces or dashes. |
| 2 | Pay-to Name and Address | 2010AB | **NM1**<br>NM101 (Value 87 – Pay to Provider)<br>NM102 (Value 1 - Person or 2 - Organization)<br>NM103 (Name)<br>**N3**<br>N301 (Street)<br>**N4**<br>N401 (City)<br>N402 (State)<br>N403 (Zip) | |
| 3a | Patient Control # | 2300 | CLM01 (Patient Account Number) | |
| 3b | Medical Record # | 2300 | **REF**<br>REF01 (Value EA)<br>REF02 (Medical Record Number) | |
| 4 | Type of Bill | 2300 | CLM05-1 (Value 11 – Inpatient, 13 – Outpatient, or 18 – Critical Access Hospitals/Swing Beds for Sub-Acute Care)<br>CLM05-2 (Value A – Uniform Billing Claim Form Bill Type)<br>CLM05-3 (Value 1 – Original Bill, 7 – Request for Adjustment, or 8 – Request for Void of Previous Bill) | |

| Field Location | Description | Loop ID | Segment/Data Element | Notes |
|---|---|---|---|---|
| 5 | Federal Tax # | 2010AA | **REF**<br>REF01 (Value EI – Employer ID)<br>REF02 (Tax ID) | |
| 6 | Statement Covers Period (From-Through) | 2300 | **DTP**<br>DTP01 (Qualifier 434 – Statement)<br>DTP02 (Value D8, Format: CCYYMMDD or RD8 – Date Range)<br>DTP03 (Date or Dates) | |
| 7 | Unlabeled | N/A | N/A | |
| 8a | Patient Identifier | 2010BA | NM108 (Value MI – Member ID)<br>NM109 (WSI Claim Number) | Submitters can send patient SS#, **if** they send the WSI Claim# in the 2010BA or 2010CA REF*Y4 |
| 8b | Patient Name | 2010BA **if** 2010CA is not sent | **NM1**<br>NM101 (Value QC – Patient)<br>NM102 (Value 1 – Person)<br>NM103 (Last Name)<br>NM104 (First Name)<br>NM105 (Middle Name) | Expected in 2010CA since the insured is expected to be Employer in WC claims |
| 9a-e | Patient Address | 2010BA **if** 2010CA is not sent | **N3**<br>N301 (Street)<br>**N4**<br>N401 (City)<br>N402 (State)<br>N403 (Zip) | Expected in 2010CA since the insured is expected to be Employer in WC claims |
| 10 | Birthdate | 2010BA **if** 2010CA is not sent | **DMG**<br>DMG01 (Value D8 – Format: CCYYMMDD)<br>DMG02 (Birthdate) | Expected in 2010CA since the insured is expected to be Employer in WC claims |
| 11 | Sex | 2010BA **if** 2010CA is not sent | DMG03 (Value M – Male, F – Female or U – Unknown) | Expected in 2010CA since the insured is expected to be Employer in WC claims |
| 12 | Admission date | 2300 | **DTP**<br>DTP01 (Qualifier 435 – Statement)<br>DTP02 (Value D8 – Format: CCYYMMDD or DT – Format CCYYMMDDHHMM)<br>DTP 03 (Single Date or Date Range) | Admission hour not required |
| 13 | Admission hour | 2300 | | |
| 14 | Admission type | 2300 | CL101 (Admission Type Code) | Required for inpatient services |
| 15 | Admission source | 2300 | CL102 (Admission Source Code) | |
| 16 | DHR | 2300 | **DTP**<br>DTP01 (Qualifier 096 – Discharge)<br>DTP02 (Value TM – Format HHMM)<br>DTP 03 (Time) | |
| 17 | STAT | 2300 | CL103 (Status Code) | |

| Field Location | Description | Loop ID | Segment/Data Element | Notes |
|---|---|---|---|---|
| 18-28 | Condition Codes | 2300 | **HI**<br>HI01-1 (Value BG – Condition)<br>HI01-2 (Condition Code) | |
| 29 | ACDT State | 2300 | **REF**<br>REF01 (Value LU – Location number)<br>REF02 (State/Province Code) | |
| 30 | Unlabeled | N/A | N/A | |
| 31-36 | Occurrence Code/Date | 2300 | **HI**<br>HI01-1 (Value BH – Occurrence)<br>HI01-2 (Occurrence Code – see notes)<br>HI01-3 (Value D8 – Format: CCYYMMDD)<br>HI01-4 (Date) | 4 – Accident/employment<br>5 – Accident/no medical or liability coverage<br>11 – Onset of Symptoms/illness |
| 37 | Unlabeled | N/A | N/A | |
| 38 | Responsible Party Name/Address | 2000B | **SBR**<br>SBR01 (Value P – Primary)<br>SBR09 (Value WC – Worker's Comp) | North Dakota WSI (electronic) |
| 39-41 | Value Code Code/Amount | 2300 | **HI**<br>HI01-1 (Value BE – Value Code)<br>HI01-2 (Value Code)<br>HI01-5 (Amount) | |
| 42 | Revenue Code | 2400 | **SV2**<br>SV201 (Service Line Revenue Code) | |
| 43 | Description | 2400 | SV202-7 (Description) | |
| 44 | HCPCS/Rate/ HIPPS Code | 2400 | **SV202**<br>SV202-1 (Value HC – HCPCS or HP – HIPPS)<br>SV202-2 (Procedure Code)<br>SV202-3 through SV202-6 (Modifiers) | |
| 45 | Service Date | 2400 | **DTP**<br>DTP01 (Value 472 – Service date)<br>DTP02 (Value D8 – Format: CCYYMMDD or RD8 – Date Range)<br>DTP03 (Date or Dates) | |
| 46 | Service Units | 2400 | SV204 (Value DA – Days or UN – Units)<br>SV205 (Service Unit Count) | |
| 47 | Total Charges | 2400 | SV203 (Line item charge amount) | |
| 48 | Non-Covered Charges | 2400 | SV207 (Line Item Denied Charge or Non-Covered Charge Amount) | |
| 49 | Unlabeled | N/A | N/A | |
| 50 | Payer Name | 2010BB | **NM1**<br>NM101 (Value PR – Payer)<br>NM102 (Value 2 – Non-person)<br>NM103 (Payer Name) | North Dakota WSI (electronic) |
| 51 | Health Plan ID | 2010BB | NM108 (Value PI – Payer ID)<br>NM109 (NDWSI) | |
| 52 | Release of Information | 2300 | CLM09 (Value Y – Yes) | |
| 53 | Assignment of Benefits | 2300 | CLM07 (Value A – Assigned)<br>CLM08 (Value Y – Yes) | |

| Field Location | Description | Loop ID | Segment/Data Element | Notes |
|---|---|---|---|---|
| 54 | Prior Payments | 2320 | **AMT**<br>AMT01 (Value C4 – Prior Payment)<br>AMT02 (Amount) | Not required |
| 55 | Estimated Amount Due | 2300 | **AMT**<br>AMT01 (Value C5 – Claim Amount Due Estimated)<br>AMT02 (Amount) | |
| 56 | National Provider Identifier | 2010AA | NM108 (Value XX)<br>NM109 (NPI) | |
| 57 | Other Provider ID | 2010AA | NM108 (Value XX)<br>NM109 (NPI) | |
| 58 | Insured's Name | 2010BA | **NM1**<br>NM101 (Value IL – Insured)<br>NM102 (Value 1 – Person or 2 – Organization)<br>NM103 (Organization or Last Name)<br>NM104 (First Name)<br>NM105 (Middle Name) | For WSI, this information may be a Person (injured employee) or Organization (employer).<br><br>Expectation is Organization (employer) |
| 59 | Patient Relationship | 2000B | SBR02 (Value 18 – Self or 20 – Workers' Comp) | Expectation is 20 |
| 60 | Insured's Unique ID | 2010BA **Or** 2010CA | NM108 (Value MI – Member ID)<br>NM109 (WSI Claim Number)<br>**Or**<br>REF01 (Value Y4 – Claim)<br>REF02 (WSI Claim Number) | WSI claim number should not contain the dash |
| 61 | Group Name | 2000B | SBR04 | Workforce Safety & Insurance |
| 62 | Insurance Group # | 2000B | SBR03 | Not required |
| 63 | Treatment Authorization Codes | 2300 | **REF**<br>REF01 (Value 9F – Referral Number or G1 – Authorization Number<br>REF02 (Number) | Not required |
| 64 | Document Control # | 2300 | **REF**<br>REF01 (Value D9 – Document Control Number)<br>REF02 (Unique Document Number) | |
| 65 | Employer Name | 2010BA | **NM1**<br>NM101 (Value IL – Insured)<br>NM102 (Value 2 – Organization)<br>NM103 (Organization) | Expected for WC |
| 66 | Diagnosis Code Qualifier | 2300 | HI01-1 (Value ABK – ICD10) | |
| 67 | Principal Diagnosis Code and Present on Admission (POA) Indicator | 2300 | **HI**<br>HI01-1 (Value ABK – ICD10)<br>HI01-2 (Code)<br>HI01-9 (Value Y – Yes, N – No, U – Unknown, or W – Not Applicable) | |

| Field Location | Description | Loop ID | Segment/Data Element | Notes |
|---|---|---|---|---|
| 67A-Q | Other Diagnosis and POA Indicator | 2300 | **HI**<br>HI01-1 (Value ABF – ICD10)<br>HI01-2 (Code)<br>HI01-9 (Value Y – Yes, N – No, U – Unknown, or W – Not Applicable) | |
| 68 | Unlabeled | N/A | N/A | |
| 69 | Admitting Diagnosis Code | 2300 | **HI01**<br>HI01-1 (Value ABJ – ICD10)<br>HI01-2 (Code) | |
| 70a-c | Patient Reason for Visit Code | 2300 | **HI**<br>HI01-1 (Value APR – ICD10)<br>HI01-2 (Code) | |
| 71 | Prospective Payment Code | 2300 | **HI**<br>HI01-1 (Value DR – Diagnosis Related Group<br>HI01-2 (MS-DRG) | |
| 72a-c | External Cause of Injury Code and POA Indicator | 2300 | **HI**<br>HI01-1 (Value ABN – ICD10)<br>HI01-2 (Code)<br>HI01-9 (Value Y – Yes, N – No, U – Unknown, or W – Not Applicable) | EM – Employment<br>AM – Automobile |
| 73 | Unlabeled | N/A | N/A | |
| 74 | Principal Procedure Code and Date | 2300 | **HI01**<br>HI01-1 (Value BBR– ICD10)<br>HI01-2 (Code)<br>HI01-3 (Value D8 – Format: CCYYMMDD)<br>HI01-4 (Date Performed) | |
| 74a-e | Other Procedure Code and Date | 2300 | **HI01**<br>HI01-1 (Value BBQ – ICD10)<br>HI01-2 (Code)<br>HI01-3 (Value D8 – Format: CCYYMMDD)<br>HI01-4 (Date Performed) | |
| 75 | Unlabeled | N/A | | |
| 76 | Attending Provider ID, Last Name, First Name | 2310A | **NM1**<br>NM101 (Value 71 – Attending Provider)<br>NM102 (Value 1 – Person)<br>NM103 (Last Name)<br>NM104 (First Name)<br>NM105 (Middle Name)<br>NM108 (Value XX)<br>NM109 (NPI)<br>**PRV**<br>PRV01 (Value AT – Attending)<br>PRV02 (Value PXC – Taxonomy)<br>PRV03 (Taxonomy Code) | |

| Field Location | Description | Loop ID | Segment/Data Element | Notes |
|---|---|---|---|---|
| 77 | Operating Physician ID, Last Name, First Name | 2310A | **NM1**<br>NM101 (Value 72 – Operating Provider)<br>NM102 (Value 1 – Person)<br>NM103 (Last Name)<br>NM104 (First Name)<br>NM105 (Middle Name)<br>NM108 (Value XX)<br>NM109 (NPI)<br>**PRV**<br>PRV01 (Value AT – Attending)<br>PRV02 (Value PXC – Taxonomy)<br>PRV03 (Taxonomy Code) | |
| 78-79 | Other Provider ID, Last Name, First Name | 2310C<br>2310D<br>2310F | **NM1**<br>NM101 (Value DN – Referring Provider, ZZ – Other Operating Provider, or 82 – Rendering Provider)<br>NM102 (Value 1 – Person)<br>NM103 (Last Name)<br>NM104 (First Name)<br>NM105 (Middle Name)<br>NM108 (Value XX)<br>NM109 (NPI)<br>**PRV**<br>PRV01 (Value AT – Attending)<br>PRV02 (Value PXC – Taxonomy)<br>PRV03 (Taxonomy Code) | |
| 80 | Remarks | 2300 | **NTE**<br>NTE01 (Value ADD)<br>NTE02 (Notes) | |
| 81a-d | Code-Code | 2300 | HI | |