# Exhibit 9

| | |
|---|---|
| **From:** | Richards, Daniel <Daniel.Richards@dgslaw.com> |
| **Sent:** | Wednesday, December 15, 2021 6:31 PM |
| **To:** | Alan Kildow; 'sonya braunschweig' |
| **Cc:** | Stevenson, Shannon; Roeder, Jackie; Terry Ruckriegle |
| **Subject:** | SRC v. Vail Health:  Data Fields |

Counsel:

During the conference on Friday, December 10, 2021, Plaintiffs inquired for the first time whether Vail Health was able to produce a list of all data fields that are available in Vail Health's medical records databases.  We stated that because we were hearing the request for the first time, we did not have information regarding whether such a list of fields was available and did not know the burdens associated with creating such a list.  However, we agreed to look into the question and respond.  Judge Ruckriegle ordered Vail Health to respond regarding this issue no later than today.

We have since investigated whether Vail Health is able to provide a list of all fields available in Vail Health's medical records databases – namely, Cerner, Paragon, and TherapySource.  Cerner, Vail Health's current medical records and billing database, has been in use since November 2018.  Cerner replaced Paragon, which was in place prior to November 2018.  Both Cerner and, previously, Paragon are medical records and billing systems for the hospital as a whole, not just Vail Health's Howard Head physical therapy practice.  TherapySource is the system Vail Health uses to track information regarding Howard Head patient treatment, but it is not used to track payments to Vail Health concerning physical therapy services.   Our investigation of these systems included speaking directly with Vail Health personnel most knowledgeable regarding Vail Health's medical records systems, including but not limited to holding a conference call today attended by at least six Vail Health personnel who are knowledgeable regarding these systems.

We have determined that providing a list of all fields available in Vail Health's medical records and billing databases would be impracticable and unduly burdensome, if not impossible.  For example, Vail Health's Cerner and Paragon databases are extraordinarily complex systems that handle the workflow of nearly the entire hospital.  While the precise number of fields in those databases is difficult to determine, ==Vail Health personnel estimate that there are at least hundreds of thousands of available fields in Cerner and Paragon.==  The vast majority of those fields would have no bearing on the issues in dispute between the parties in this litigation, as they are unrelated to physical therapy services.  Identifying all fields available in TherapySource would also be burdensome, as it would require running scores of reports and then manually determining what fields are available from those reports.  In any event, TherapySource does not contain information regarding "amounts paid" for physical therapy services, which is what Plaintiffs request in the discovery request at issue, RFP 17.

Even if providing a list of all fields available in Cerner, Paragon, and TherapySource were feasible, Vail Health does not believe it would be warranted in the circumstances present here.  The Court recently rejected Plaintiffs' request for a lengthy extension of the discovery period, setting December 20, 2021 as the fact discovery deadline.  In so holding, the Court found that "Plaintiffs delayed progress in this case by nearly four months" and "have not been diligent in obtaining discovery within the guidelines of the Scheduling Order." (Doc. 242 at 3, 4.)  The only purpose of Vail Health providing a list of the fields available in its databases would be for Plaintiffs to identify additional fields they wish Vail Health to produce – much of which would consist of highly sensitive information regarding patient treatment.  Vail Health has already fully complied with its discovery obligations through its extensive document production, and production of additional data would serve no purpose but delay.

Per Judge Ruckriegle's order, Vail Health will respond to Plaintiffs' questions regarding the Howard Head data by December 17, 2021.

**DANIEL RICHARDS** ▪ Associate

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.