**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**VAIL HEALTH'S UNOPPOSED MOTION FOR 7-DAY
EXTENSION OF TIME TO FILE ITS DISPOSITIVE MOTION**

Pursuant to Fed. R. Civ. P. 6(b) and D.C.Colo.LCivR 6.1(b), Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files this Unopposed Motion for 7-Day Extension of Time to File Its Dispositive ("Motion") seeking a 7-day extension, to and including April 13, 2022.  In support of this Motion, Vail Health states as follows:

*Statement of Conferral*:   Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Vail Health conferred with Plaintiffs' counsel, and Plaintiffs do not oppose the relief sought in this Motion.  **Exhibit A, attached hereto.**

1.      Vail Health's dispositive motions are currently due on April 6, 2022.  (Doc. 294.)

2.      Vail Health previously requested a 30-day extension of the deadline, in light of the fact that the parties just completed rebuttal expert disclosures on February 28, 2022.  The dispositive motion deadline was also previously extended during 2021 when one or more parties requested extensions of the fact discovery deadline.

3. Good cause exists for this short 7-day extension of the dispositive motion deadline. The parties completed expert disclosures only relatively recently and have continued to work on scheduling of and preparation for expert depositions.

4. No party will be prejudiced by the brief extension of the dispositive motion deadline requested herein. Trial in this matter, if any, has not yet been scheduled.

For the foregoing reasons, Vail Health respectfully requests that the Court extend the deadline for dispositive motions by 7 days to and including April 13, 2022.

Dated March 28, 2022

*s/ Shannon Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*