# EXHIBIT A

| | |
|---|---|
| **From:** | Stevenson, Shannon |
| **Sent:** | Wednesday, March 09, 2022 5:01 PM |
| **To:** | Alan Kildow; Richards, Daniel; Roeder, Jackie |
| **Cc:** | 'sonya braunschweig' |
| **Subject:** | RE: Sports Rehab Consulting LLC v. Vail Health--Deposition of Leslie Schafer |

That works – we will get a you a depo notice.

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, March 9, 2022 11:37 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC v. Vail Health--Deposition of Leslie Schafer

We will not debate whether you have the right to determine the medium within which the deposition occurs.  We agree to a virtual deposition of Ms. Schafer on March 30.  We will further agree that Plaintiffs will not oppose a motion for a 7-day extension for Vail Health to file a summary judgment motion, so long as Vail Health agrees that it will not oppose a request by Plaintiffs for a 7-day extension in their response to the motion if we determine that is necessary.

If that is acceptable, please let us know.

Alan Kildow

**From:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Sent:** Wednesday, March 9, 2022 11:23 AM
**To:** Alan Kildow <alkildow@aol.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC v. Vail Health--Deposition of Leslie Schafer

Counsel –

We had requested a date during the week of March 14, and we also have the right to choose whether the deposition is virtual or in person.

However, we are willing to work with you to accommodate a virtual deposition on March 30, if you will agree to not oppose an additional 7-day extension of time for our summary judgment motion, should we need it.

Please let us know if that is agreeable.

Thank you – Shannon

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, March 9, 2022 11:08 AM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>

**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC v. Vail Health--Deposition of Leslie Schafer

Counsel:

We will greatly appreciate your professional courtesy in confirming the deposition of Ms. Schafer on one of the dates identified below.

Alan Kildow

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Monday, March 7, 2022 1:09 PM
**To:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** Sports Rehab Consulting LLC v. Vail Health--Deposition of Leslie Schafer

Counsel:

Ms. Schafer would be available for a deposition on March 28, 29, or 30.  The deposition would take place via Zoom.

Alan Kildow
970-390-6675

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.