IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## ORDER RELATED TO SCHEDULE FOR EXPERT DISCOVERY

On March 28, 2022, the Special Master held a telephone conference call with the parties to discuss the deposition of Plaintiffs' economics expert, set for March 30, 2022, as well as other discovery-related issues. Alan Kildow appeared on behalf of Plaintiffs and Daniel Richards appeared on behalf of Defendant Vail Health.

Based on the facts and record before the Special Master, including the arguments of counsel, the Special Master requests that the following Order related to discovery pending before the Special Master be entered.

The Special Master is presently deciding five discovery motions, and the Court has before it Vail Health's appeal of the Special Master's January 18, 2022 Report and Recommendation. Given these outstanding procedural issues, the Special Master agrees that it makes sense to hold in abeyance the deposition of Plaintiffs' expert, Dr. Leslie Schafer, until the open issues are resolved.

The Special Master therefore requests that an Order be entered that the following procedure be followed: (1) complete the briefing on the motions to compel and await the

Special Master's order(s) and the Court's order addressing Vail Health's appeal; (2) wait until the production of all data and documents ordered to be produced, if any; (3) once discovery is complete, Dr. Schafer will expeditiously submit a supplemental report that may be permitted by Fed. R. Civ. P. 26(e)(2); (4) Vail Health may then proceed with Dr. Schafer's her deposition; and (5) the deposition of Vail Health's economics expert may be taken after the process identified in 1-4 above is complete.

The procedures set forth above promote judicial efficiency through an orderly sequencing of the remaining discovery issues and minimizes the potential for future disagreements and motions. Thus, good cause exists to issue this Order.

Dated: March 30, 2022

/s/ W. Terry Ruckriegle
W. Terry Ruckriegle
Special Master