IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORAD

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MARCH 31, 2022 OBJECTION UNDER FED. R. CIV. P. 72 TO MARCH 31, 2022 ORDER DENYING MOTION FOR PROTECTIVE ORDER**

Plaintiffs hereby give notice of their withdrawal of the March 31, 2022 objection [ECF No. 308] to the March 31, 2022 Order Denying Plaintiffs' Motion for Protective Order [ECF No. 307]. The objection is therefore moot.

In accordance with prior orders of the Court, Plaintiffs request that the objection be maintained as Restricted Level 1 due to the confidential nature of issues presented in the withdrawn objection. *See* ECF Nos. 310-13.

Dated: April 5, 2022

    *s/Alan L. Kildow*
    Alan L. Kildow, MN# 0143133
    790 Potato Patch Drive
    Vail, CO 81657
    Telephone: (970) 390-6675
    E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail:  jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2022, I served a true and correct copy of Plaintiffs' Withdrawal Of Objection Under Fed. R. Civ. P. 72 To March 31, 2022 Order Denying Motion for Protective Order via the Court's ECF system on:

> Shannon Stevenson
> Janet A. Savage
> Jackie Roeder
> Daniel Richards
> Davis Graham & Stubbs LLP
> 1550 17th Street, Suite 500
> Denver, CO  80202
>
> Counsel for Defendant Vail Health

*s/Alan L. Kildow*
Alan L. Kildow,