**IN THE UNITED STATES DISTRICT COURT**
                    **FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability
company, and LINDSAY WINNINGER, an individual,

        Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

        Defendant.

---

### JOINT MOTION TO RESET SUMMARY JUDGMENT DEADLINE TO JULY 1, 2022

---

Plaintiffs Sports Rehab Consulting and Lindsay Winninger and Defendant Vail Health file this joint motion to reset the summary judgment deadline to, and including, July 1, 2022.  The parties file this request in response to the Court's March 30, 2022 Order Adopting In Part And Reversing In Part The Special Master's Report, Denying Without Prejudice Plaintiffs' Motions To Compel #1-3, And Denying The Motions For Protective Orders (the "March 30 Order") [ECF No. 307].

### STATEMENT OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs and Vail Health have conferred and agree to the relief sought in this joint motion.

### MOTION

1.      The Court has previously extended the deadline to file summary judgment motions, which is presently set for April 13, 2022 [ECF No. 304].

2.      The parties jointly request that the deadline be reset for July 1, 2022.

3.     In the Court's March 30 Order, the Court ordered "that the discovery deadline close on May 15, 2022, unless the Special Master recommends that the discovery deadline be extended and that recommendation is adopted by this Court." [ECF No. 307 at 12].  The March 30 Order also provided "that the Special Master shall resolve and issue a final Report and Recommendation regarding any remaining issues pertaining to Plaintiffs' five motions to compel by June 15, 2022." [Id. at 13.]

4.     Because of the Court's March 30 Order, good cause exists to reset the summary judgment deadline until July 1, 2022.  The parties seek to limit the burden on the Court that may result if summary judgment motions are filed before discovery is complete.

5.     No party will be prejudiced by resetting the dispositive motion deadline. No trial of this matter has yet been scheduled.

Plaintiffs and Vail Health therefore respectfully request that the dispositive motion deadline be reset to July 1, 2022.


Dated:  April 7, 2022                          s/Alan L. Kildow
                                               Alan L. Kildow, MN# 0143133
                                               790 Potato Patch Drive
                                               Vail, CO 81657
                                               Telephone: (970) 390-6675
                                               E-mail:  alkildow@aol.com

                                               Jesse Wiens, Colo. #33903
                                               Jesse Wiens Law
                                               0069 Edwards Access Road, Suite 8
                                               Edwards, Colorado 81632
                                               Telephone: (970) 855-0078
                                               E-mail:  jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and
Sports Rehab Consulting LLC


Dated:  April 7, 2022          *s/ Shannon Wells Stevenson*
                              Shannon Wells Stevenson
                              Janet A. Savage
                              Jacqueline V. Roeder
                              Daniel A. Richards
                              Davis Graham & Stubbs LLP
                              1550 17th Street, Suite 500
                              Denver, CO 80202
                              Telephone:  303.892.9400
                              E-mail:  shannon.stevenson@dgslaw.com
                                       janet.savage@dgslaw.com
                                       jackie.roeder@dgslaw.com
                                       daniel.richards@dgslaw.com

                              Attorneys for Defendant Vail Health

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I served a true and correct copy of Joint Motion To Reset Summary Judgment Deadline To July 1, 2022, through the ECF system on the following:

Shannon Stevenson
Janet A. Savage
Jackie Roeder
Daniel Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO  80202

Counsel for Defendant Vail Health

*s/Alan L. Kildow*
Alan L. Kildow