# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 19-CV-02075-WJM-GPG        Court Deputy: A. Barnes
Date:   April 8, 2022                        Recorder: Grand Junction

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,
Plaintiffs,
v.
VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.
Defendant.

_____

## MINUTES - Discovery Dispute Conference
_____

Court in Session 9:32 a.m.
Appearances all via telephone: For Plaintiffs, Alan Kildow and Sonya Braunschweig; For Defendant, Shannon Stevenson and Daniel Richards.

ORDERED:  Initially the Court addressed the recently filed Joint Motion to Reset Summary Judgment Motion Deadline to July 1, 2022 filed at D. 322, and referred to Judge Gallagher at D. 323.  The Court GRANTED this motion.

Next, the parties each presented further arguments as to the topic set forth in the discovery dispute chart which was emailed to Gallagher Chambers on April 7, 2022 and which is attached hereto as Exhibit 1 to this Order.

After discussion, for the reasons set forth on the record, the Court finds and Orders as follows.

ORDERED: As to further discovery or depositions, the Court clarified that it did not, in its Order at D. 307, fully re-open discovery, but rather was holding open discovery for Defendant to produce the previously discussed records by May 15, 2022 and also for the Special Master to make his report by June 15, 2022.

FURTHER ORDERED: The only depositions that the Court is allowing at this time is as follows:  On March 30, 2022, this Court did permit Defendant to submit an affidavit of a Vail Health witness, such as from Vail Health's billing department, who can confirm that Vail Health does not maintain data regarding the amount collected for the units of physical therapy rendered to each patient.  *See* D. 307, page 7. Should Plaintiffs wish to depose the party signing this affidavit required by the March 30th Order, Plaintiffs will be permitted to depose said party for no-more-than two hours.

Court in Recess:   10:02 a.m.
Duration: 30 minutes