**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**DEFENDANT VAIL HEALTH'S NOTICE OF FILING DECLARATION OF
CHRISTINE CLARK**

Pursuant to the Court's March 30, 2022 Order (Doc. 307 at 7), Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") hereby submits the enclosed Declaration of Christine Clark, Vail Health's Vice President, Revenue Cycle Management.

Respectfully submitted April 14, 2022

    *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **1:19-cv-02075-WJM-GPG**

**SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and LINDSAY WINNINGER, an individual**,

    **Plaintiffs**,

v.

**VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation**,

    **Defendant**.

---

### DECLARATION OF CHRISTINE CLARK PURSUANT TO 28 U.S.C. § 1746

---

I, Christine Clark, do hereby declare as follows:

1. I am Vice President, Revenue Cycle Management, of Vail Clinic, Inc. d/b/a Vail Health ("Vail Health").

2. In my current role, I am responsible for and familiar with, among other things, Vail Health's billing and revenue practices, including those with respect to Vail Health's Howard Head Sports Medicine physical therapy practice.

3. Vail Health's former medical records and billing database, which can still be accessed, is Paragon, which covers the period November 1, 2013 through November 9, 2018.

4. Vail Health's current medical records and billing database is Cerner, which covers the period November 10, 2018 through the present.

5. Vail Health's Paragon database does not track the amount Vail Health was paid by either the patient or payers for any individual physical therapy procedure.

6. Vail Health's Cerner database does not contain a field reflecting the total amount Vail Health was paid for individual physical therapy procedures. Patient payments (*e.g.*, patient responsibility after insurance and self-pay payments) are not allocated to individual physical therapy procedures; rather, such patient payments are generally applied at the level of an encounter (which typically includes multiple procedures). Vail Health sometimes receives from payers (*e.g.*, an insurance company), and loads to Cerner, data regarding the amount the *payer* paid for an individual physical therapy procedure. However, even in those cases, because patient payments are not applied at the procedure level, Cerner is not a reliable source of data regarding the total amount Vail Health was paid for individual physical therapy procedures. The availability of this

      information varies widely based on individual payers and individual patient insurance policies.

7. Aside from Paragon and Cerner, Vail Health does not maintain any other database that tracks payments to Vail Health for the physical therapy services it provided for the period November 1, 2013 through the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2022.                    *Christine Clark*
                                                                              Christine Clark