IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MARCH 28, 2022
MOTION FOR PROTECTIVE ORDER AND DISCOVERY SCHEDULE
CONSISTENT WITH SPECIAL MASTER'S ORDERS**

Plaintiffs hereby give notice of their withdrawal of Plaintiffs' March 28, 2022 Motion for Protective Order [ECF No. 301].  Since the filing of the motion, two orders have been issued addressing the expert discovery schedule [ECF No. 306] and to reset the summary judgment deadline [ECF No. 324].

On April 18, 2022, Vail Health confirmed in writing that it will not object to the Order on expert discovery [ECF No. 306], and thus Plaintiffs have agreed to withdraw the motion for protective order.

The two orders [ECF Nos. 306, 324] have addressed the issues in Plaintiffs' March 28, 2022 motion for protective order [ECF No. 301], and so the motion is now moot and thus is withdrawn by Plaintiffs.

| | |
|---|---|
| Dated:  April 18, 2022 | *s/Alan L. Kildow*<br>Alan L. Kildow, MN# 0143133<br>790 Potato Patch Drive<br>Vail, CO 81657<br>Telephone: (970) 390-6675<br>E-mail:  alkildow@aol.com<br><br>Jesse Wiens, Colo. #33903<br>Jesse Wiens Law<br>0069 Edwards Access Road, Suite 8<br>Edwards, Colorado 81632<br>Telephone: (970) 855-0078<br>E-mail:  jesse@jessewienslaw.com<br><br>Sonya R. Braunschweig, MN# 0290292<br>5501 Irving Avenue South<br>Minneapolis, MN 55419<br>Telephone: (612) 819-2304<br>E-mail:  sonya.braunschweig@gmail.com<br><br>Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC |

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2022, I served a true and correct copy of Plaintiffs' Notice of Withdrawal of March 30, 2022 Motion for Protective Order and Discovery Schedule Consistent with Special Master's Orders via the Court's ECF system on:

    Shannon Stevenson
    Janet A. Savage
    Jackie Roeder
    Daniel Richards
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO  80202

    Counsel for Defendant Vail Health

                                            *s/Alan L. Kildow*
                                            Alan L. Kildow