1

1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF COLORADO
2

3  SPORTS REHAB CONSULTING,     .   Case No.  19-cv-02075-WJM-GPG
   LLC, ET AL.,                 .
4                               .
            Plaintiffs,         .
5                               .
   vs.                          .
6                               .
   VAIL CLINIC, INC.,           .   Alfred A. Arraj Courthouse
7                               .   901 19th Street
            Defendant.          .   Denver, CO  80294
8                               .
                                .   October 23, 2019
9  . . . . . . . . . . . . . . .   9:41 a.m.

10       **TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE
          GORDON P. GALLAGHER, UNITED STATES MAGISTRATE JUDGE**
11
   APPEARANCES:
12
   For the Plaintiffs:          Alan L. Kildow, Attorney at Law
13                              By:  Alan L. Kildow*
                                790 Potato Patch Drive
14                              Vail, CO  81657
                                (970) 390-6675
15
   For the Defendant:           Davis Graham & Stubbs
16                                LLP-Denver
                                By:  Jacqueline Ventre Roeder*
17                              By:  Shannon Wells Stevenson*
                                1550 17th Street
18                              Suite 500
                                Denver, CO  80202
19                              (303) 892-9400

20 Court Recorder:              Clerk's Office
                                U.S. District Court
21                              901 19th Street
                                Denver, CO  80294
22

23

24

25

```
 1  Appearances Continued:

 2
    Transcription Service:        AB Litigation Services
 3                                216 16th Street, Suite 600
                                  Denver, CO  80202
 4                                (303) 296-0017

 5  *Appearing by telephone.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
 1                    (Time noted:  9:41 a.m.)
 2              THE COURT:  All right.  Thank you all for waiting.
 3  And I apologize for the delay.  This is Gordon Gallagher, and
 4  my last commitment ran over significantly.
 5              So we are here this morning in Sports Rehab versus
 6  Vail.  This is 19-cv-2075.  And I think, Mr. Kildow -- am I
 7  pronouncing that correctly, sir?
 8              MR. KILDOW:  Yes.  Kildow, Your Honor.
 9              THE COURT:  All right.  Mr. Kildow is on the phone
10  for Sports Rehab.  And then I believe we've got a number of
11  folks, including Ms. Stevenson, Ms. Roeder.  And that may be
12  it for the defense.
13              Anybody else that I need to know about?
14        (No audible response)
15              THE COURT:  All right.
16              UNIDENTIFIED FEMALE:  That's it, Your Honor.
17              THE COURT:  Okay.
18              We were set for a scheduling conference today.
19  I've reviewed the draft scheduling order, and in terms of
20  where we are there are also some motions that at this
21  juncture have not been referred to me.  And based on past
22  history, at least, I don't believe the motion to dismiss will
23  be referred to me.  But there is also a motion for a stay
24  under Colorado River out there that has a response coming in
25  within, I think, about the next week, and then a reply time
```

1  shortly after that.
2              I don't know if it will be referred to me once
3  responsive and reply pleadings come in or not, but before I
4  proceed with the scheduling order I wanted to review the
5  response, at the very least.  And then given the very short
6  time frame after that of a couple of weeks, I'd also like to
7  have the benefit of reviewing the reply before I make some
8  decisions in terms of proceeding with entering a scheduling
9  order or not at this juncture.  And I wanted the opportunity
10 to have the parties have argument at that point in time.
11             So what I'm going to do today, and I appreciate
12 everybody being by phone so I didn't have to waste anybody's
13 time for travel, at this point, I'm going to essentially
14 continue the scheduling order process.  Rather than clog up
15 everybody's calendars with a new date, what I'll do is as
16 soon as the reply comes in, I'll review it immediately.  And
17 then at that point in time, Ms. Barnes will get back in touch
18 with the parties in terms of when we can get a scheduling
19 conference back on the docket, if that's the appropriate
20 move.
21             But before we adjourn for the day, Mr. Kildow,
22 anything from the plaintiff's perspective that you think I
23 need to address at this point with all of that in mind?
24             MR. KILDOW:  Given what's been stated by Your
25 Honor today thus far, I don't have any comment.

                                                                    5

1                THE COURT:  Okay.
2                Ms. Stevenson or Ms. Roeder, anything from the
3    defense perspective?
4                UNIDENTIFIED FEMALE:  No, Your Honor.  Thank you.
5                THE COURT:  Okay.  Well, we'll be back together
6    shortly.  I understand the competing interests here, but I
7    want to absolutely have the benefit of a responsive pleading
8    on the motion for stay under *Colorado River* before we proceed
9    any further.  So I suspect in the next 30 days, at the very
10   latest, we'll be getting back in touch with you to proceed.
11               And again, sorry to keep you all waiting this
12   morning.  Thank you.  And we'll be in recess.
13               UNIDENTIFIED FEMALE:  Thank you, Your Honor.
14               MR. KILDOW:  Thank you.
15                         (Time noted:  9:45 a.m.)
16                              * * * * *
17
18
19
20
21
22
23
24
25

6

1                          CERTIFICATE

2       I, RANDEL RAISON, certify that the foregoing is a

3  correct transcript from the official electronic sound

4  recording of the proceedings in the above-entitled matter, to

5  the best of my ability.

6

7

8  _____          April 25, 2022

9  Randel Raison