**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**COVERSHEET FOR EXHIBITS 1-4, 7-11, AND 16 TO
PLAINTIFFS' RESTRICTED LEVEL 1 OPPOSITION TO VAIL HEALTH'S MOTION
TO SANCTION PLAINTIFFS AND HOLD THEM IN CONTEMPT FOR THEIR
INTENTIONAL DISCLOSURE OF PROTECTED INFORMATION**

---