# Exhibit 2

**Your filing has been successfully submitted to the court. Your filing is not considered final until the court accepts it.**

**Filing Information:**

| | |
|---|---|
| Filing ID: | B5B800E24926F |
| Court Location: | Eagle County |
| Case Number: | 2017CV030102 |
| Case Caption: | Winninger, Lindsay et al v. Kirchner, Doris et al |
| Authorized Date: | 03/21/2022 4:49 PM |
| Submitted By: | Jesse Wiens |

**Filing Party(ies):**

| Party | Type | Status | Attorney |
|---|---|---|---|
| Lindsay Winninger | Plaintiff | Active | JESSE LUKE WIENS (Jesse Wiens Law LLC) |
| Sports Rehab Consulting Llc | Plaintiff | Active | JESSE LUKE WIENS (Jesse Wiens Law LLC) |

**Documents:**

| Document ID | Document | Title | Statutory Fee | Security |
|---|---|---|---|---|
| 4AF1508BEB7D4 | Request | [JUDGE GRANGER] Plaintiffs' Request for Judicial Disclosure | $0.00 | Public |

**Service:**

| Party | Type | Attorney | Organization | Method |
|---|---|---|---|---|
| David J Cimino | 3rd Party Defendant | John Wm Madden III | The Madden Law Firm | E-Service |
| Doris Kirchner | Defendant | Jacqueline V Roeder | Davis Graham and Stubbs LLP | E-Service |
| Doris Kirchner | Defendant | Daniel Alexander Richards | Davis Graham and Stubbs LLP | E-Service |
| Doris Kirchner | Defendant | Daniel M Reilly | Fennemore Craig PC | E-Service |
| Doris Kirchner | Defendant | Clare Pennington | Fennemore Craig PC | E-Service |
| Doris Kirchner | Defendant | Janet A Savage | Davis Graham and Stubbs LLP | E-Service |
| Doris Kirchner | Defendant | John M Mchugh | Fennemore Craig PC | E-Service |
| Vail Clinic Inc | Defendant | Janet A Savage | Davis Graham and Stubbs LLP | E-Service |
| Vail Clinic Inc | Defendant | Jacqueline V Roeder | Davis Graham and Stubbs LLP | E-Service |
| Vail Clinic Inc | Defendant | Daniel Alexander Richards | Davis Graham and Stubbs LLP | E-Service |

**Submission Options:**

| | |
|---|---|
| Note To Clerk: | N/A |
| Authorizer: | Jesse Luke Wiens |
| Submit Options: | Submit to the court and serve selected parties. |

**Billing Information:**

| | |
|---|---|
| Statutory Filing Fees: | $0.00 |
| E-Filing Fees: | $12.00 |
| Service Fees: | $12.00 |
| Total Fees: | $24.00 |
| Billing Reference: | Winninger |