# Exhibit 3

**From:** CO E-Filing Courtesy Notices <DoNotReply@judicial.state.co.us>
**Sent:** Monday, March 21, 2022 4:51 PM
**To:** Jesse Wiens <jesse@jessewienslaw.com>
**Subject:** Submission Receipt: 2017CV030102 - Winninger, Lindsay et al v. Kirchner, Doris et al

Court: Eagle County
Case Caption: Winninger, Lindsay et al v. Kirchner, Doris et al
Case Number: 2017CV030102
Filing ID: B5B800E24926F
Date Filed: March 21, 2022 at 04:49 PM

E-File Fee: $12.00
Service Fees: $12.00
Billing Reference: Winninger

Document ID: 4AF1508BEB7D4
Document Type: Request
Document Title: [JUDGE GRANGER] Plaintiffs' Request for Judicial Disclosure

View details online at
https://www.jbits.courts.state.co.us/efiling/web/filingInformation/filingInfo.htm#/filingInfo?fid=B5B800E24926F.

For questions about this case, please contact the court.

If you need additional assistance, you may contact us at efilingsupport@judicial.state.co.us or 1-855-264-2237.

*This e-mail was sent from an automated service. Please do not reply to this e-mail directly.*