# Exhibit 4

Case Number: 2017CV030102

Filing ID: B5B800E24926F

| User | Organization | Date/Time Read |
| --- | --- | --- |
| Madden, John William, III | The Madden Law Firm | 03/21/2022 6:05 PM |
| Mchugh, John M | Fennemore Craig PC | Unread |
| Other Organization User(s) | Davis Graham and Stubbs LLP | 03/22/2022 9:11 AM |
| Other Organization User(s) | Fennemore Craig PC | 03/21/2022 5:54 PM |
| Pennington, Clare | Fennemore Craig PC | Unread |
| Reilly, Daniel M | Fennemore Craig PC | Unread |
| Richards, Daniel Alexander | Davis Graham and Stubbs LLP | 03/21/2022 6:18 PM |
| Roeder, Jacqueline V | Davis Graham and Stubbs LLP | Unread |
| Savage, Janet A | Davis Graham and Stubbs LLP | Unread |