# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

## DECLARATION OF ALAN L. KILDOW

---

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct:

1.    On March 21, 2022, Plaintiffs submitted to the Colorado State Court's e-filing system a document in the Eagle County action styled Plaintiffs' Request For Judicial Disclosure (the "Request"). On April 25, 2022, I spoke with Ronnie Sufi, Senior Customer Support Technician for the Colorado State Court Administrator, located in Denver, Colorado, about the Colorado state court electronic filing system. Mr. Sufi informed me that he was one of the individuals who was involved in developing the Colorado e-filing system and that he had personal knowledge as to how it operates.

2.    Mr. Sufi informed me that when a party to a Colorado state court case submits a document to the Colorado court e-filing system, the submission is not automatically filed in the system. It is not officially filed until the administrative clerk or his

or her its staff in each judicial district reviews the submission and "accepts" the submission as "filed."

3. Mr. Sufi informed me that when a document is submitted by a party, the public does not have access to that document until it is "accepted" by a judicial district's administrative staff.

4. Mr. Sufi informed me, however, that although the document is not "filed" until it is "accepted," the state court system automatically serves the parties involved in the lawsuit with the submission.[1]

5. Mr. Sufi informed me that during the time a submitted document is "pending" acceptance or rejection by the court's administrative staff, the document remains private to the parties and the court.

6. Mr. Sufi informed me that a document that is "pending" acceptance by the court's administrative staff is not a document that can be viewed or accessed by the public.  It is only after a document's "pending" status has been changed by the court's administrative staff to reflect "accepted" that the document can become public, that is, so long as the security setting for the document is also set as "public."

7. If a document is accepted and designated suppressed, like the Request here, the public cannot access or view the document through the court's system.

Executed on the 27th day of April 2022, in Vail, Colorado.

*s/Alan L. Kildow*  
Alan L. Kildow

---

[1] *See, e.g.,* Ex. 4 [E-service information].