# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DECLARATION OF SONYA R. BRAUNSCHWEIG

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct:

1. I am an attorney representing Plaintiffs in both the state and federal court actions involving Vail Health. This declaration is based on my personal knowledge accept as otherwise indicated.

2. Shortly after receiving the state court's March 28, 2022 Order regarding judicial disclosure in the state court action, I contacted the state court e-filing help desk. I did so to reconfirm my understanding of the e-filing system, which is that a pending submission is not available to the public but only the parties involved in a case.

3. I spoke to Ronnie Sufi, who was servicing the e-filing help desk at the time. Mr. Sufi confirmed that when a party submits a document through the state court's e-filing system that only the parties to the case can access the submission. It is only after the document is accepted by the court clerk that a document is officially docketed. And a document only becomes public, if the clerk accepts the submission and the security

setting is designated as "public."  Mr. Sufi stated the state court's e-filing system was set up that way from the start and that he has first-hand knowledge about this because he helped design and create the e-filing system for the Colorado court system.

4. Mr. Sufi also stated that he had no problem providing that information to anyone else who might be interested.

Executed on the 27th day of April 2022, in Minneapolis, Minnesota.

*s/Sonya R. Braunschweig*
Sonya R. Braunschweig

2