# Exhibit 9

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY<br>STATE OF COLORADO<br><br>885 Chambers Avenue<br>Eagle, CO 81631<br><br>**Plaintiffs:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:** DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. d/b/a VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation. | DATE FILED: March 22, 2022 11:26 AM<br>FILING ID: 121A775E3DBAF<br>CASE NUMBER: 2017CV30102<br><br><br>▲ COURT USE ONLY ▲<br><br>Case No: 2017CV030102<br><br>Div.: 3 |
| **Counter-Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado corporation,<br><br>v.<br><br>**Counter-Defendants:** LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | |
| **Third-Party Plaintiff:** VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:** DAVID J. CIMINO, an individual. | |
| Jesse Wiens, Colo. #33903<br>Jesse Wiens Law<br>0069 Edwards Access Road, Suite 8<br>Edwards, Colorado 81632<br>Telephone: (970) 855-0078<br>E-mail: jesse@jessewienslaw.com<br><br>Attorneys for Plaintiffs/Counter-Defendants LINDSAY WINNINGER and SPORTS REHAB CONSULTING LLC | |
| **[JUDGE GRANGER] PLAINTIFFS' REQUEST TO MAINTAIN MARCH 21, 2022 FILING AS SUPPRESSED** | |

On March 21, 2022, Plaintiffs filed a "Request for Judicial Disclosure." On March 22, 2022, Vail Health sent an email claiming that the Request should not be a publicly filed document because part of the information in the Request violates the federal protective order. While Plaintiffs do not believe that is correct, Plaintiffs immediately contacted the Court's clerk, Teri Farney, about the issue, forwarded Vail Health's email, and asked that the March 21 filing be treated as if filed under seal—that is, suppressed from public view. ==At the time of this filing, Plaintiffs' March 21 Request for Judicial Disclosure had not yet been accepted by the Court.==

To ensure that Plaintiffs' request that the March 21 filing be suppressed from public view, Plaintiffs' have also filed this formal request to maintain the document as suppressed. Whether the information deserves to be suppressed from public view can be dealt with at a later point in time.

Dated:  March 22, 2022                           *s/Jesse Wiens*
                                                 Jesse Wiens, Colo. #33903
                                                 Jesse Wiens Law
                                                 0069 Edwards Access Road, Suite 8
                                                 Edwards, Colorado 81632
                                                 Telephone: (970) 855-0078
                                                 E-mail:  jesse@jessewienslaw.com

                                                 Sonya R. Braunschweig (admitted *pro hac vice*)
                                                 5501 Irving Avenue South
                                                 Minneapolis, MN  55419
                                                 Telephone:  (612) 819-2304
                                                 E-mail:  sonya.braunschweig@gmail.com

                                                 Alan L. Kildow (admitted *pro hac vice*)
                                                 15204 Wildwood Road
                                                 Burnsville, MN 55306
                                                 Telephone:  (970) 390-6675
                                                 E-mail:  alkildow@aol.com

                                                 Attorneys for Plaintiffs and Counter-Defendants
                                                 Lindsay Winninger and Sports Rehab Consulting LLC

1

## CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2022, I served a true and correct copy of Plaintiffs' Request To Maintain March 21, 2022 Filing As Suppressed, through the Court's e-filing system on the following:

Janet A. Savage
Jackie Roeder
Daniel Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO  80202

Counsel for Vail Health

John W. Madden, III, #5125
The Madden Law Firm
999 18th Street
Suite 1500 South
Denver, CO  80202
Telephone:  (303) 436-1111

Counsel for David J. Cimino

                                        *s/Jesse Wiens*
                                        Jesse Wiens