# Exhibit 10

**From:** CO E-Filing Courtesy Notices <DoNotReply@judicial.state.co.us>
**Sent:** Tuesday, March 22, 2022 2:09 PM
**To:** Jesse Wiens <jesse@jessewienslaw.com>
**Subject:** Accepted Filing with Updates: 2017CV030102 - Winninger, Lindsay et al v. Kirchner, Doris et al

Court: Eagle County
Case Caption: Winninger, Lindsay et al v. Kirchner, Doris et al
Case Number: 2017CV030102
Division: Division 3
Filing ID: B5B800E24926F
Date Filed: March 21, 2022
Date Accepted: March 22, 2022

Document ID: 4AF1508BEB7D4 [JUDGE GRANGER] Plaintiffs' Request for Judicial Disclosure has been accepted by the court with the following update(s):
Document Security changed from Public to Suppressed
Clerk Name: Cleo C

View details online at
https://www.jbits.courts.state.co.us/efiling/web/filingInformation/filingInfo.htm#/filingInfo?fid=B5B800E24926F.

For questions about this case, please contact the court.

If you need additional assistance, you may contact us at efilingsupport@judicial.state.co.us or 1-855-264-2237.

*This e-mail was sent from an automated service. Please do not reply to this e-mail directly.*