

# Exhibit 16

| | |
|---|---|
| **From:** | Roeder, Jackie <Jackie.Roeder@dgslaw.com> |
| **Sent:** | Thursday, May 28, 2020 5:14 PM |
| **To:** | Alan Kildow; Sonya Braunschweig |
| **Cc:** | Madden Law; Savage, Janet; Richards, Daniel; Werth, Debbie; John McHugh |
| **Subject:** | Winninger v. VH — plaintiffs' motion to compel |

Alan and Sonya,

We see that Plaintiffs filed a motion on Friday evening, but the filing was rejected, it is not on the docket, we never received a copy, and the motion has not been refiled for almost a week.  Can you please confirm that plaintiffs do not intend to refile the motion?

Thanks.
_____

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.