# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## EXHIBITS 1 AND 5 REGARDING VAIL HEALTH'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO SANCTION PLAINTIFFS AND HOLD THEM IN CONTEMPT FOR THEIR INTENTIONAL DISCLOSURE OF PROTECTED INFORMATION

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") hereby files Exhibit 1 and Exhibit 5 as public documents regarding its reply brief in support of its Motion to Sanction Plaintiffs and Hold Them in Contempt for Their Intentional Disclosure of Protected Information (Doc. 345).

Respectfully submitted this 11th day of May, 2022.

    *s/ Shannon Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*