# EXHIBIT 5

## Richards, Daniel

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, May 11, 2022 10:48 AM |
| **To:** | Richards, Daniel; Savage, Janet |
| **Cc:** | Alan Kildow; Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | Re: SRC v. Vail Health: Motion to Restrict |

Counsel,

==Plaintiffs will be filing a motion to vacate any restriction (suppression from public view) on Plaintiffs' motion to disqualify filed in the state court action, including the Kildow affidavit and exhibits.== Plaintiffs will seek to file Exhibits 19-20 in redacted form. Under the Open Records Act, C.R.C.P. 121, 1-5, and fundamental constitutional and common law principles to open access to court records, Plaintiffs' disqualification motion must be open to public view. Please let us know your position as to this motion.  We are happy to hold a meet and confer with you about this and are available this afternoon, Thursday, or Friday this week.

In light of this, you may represent to the federal court, **as part of the conferral section of your motion,** the following:

Plaintiffs believe that the civil contempt motion and exhibits should be a matter of public record, but Plaintiffs do not oppose Vail Health's request to restrict at this time. Plaintiffs filed a motion for disqualification in the state court action on May 6, 2022, most of which was filed as suppressed to be consistent with the state court's prior filings. Plaintiffs will be moving to vacate the suppression of certain state court filings and to lift any restrictions as to the public's access to Plaintiffs' motion to disqualify in the state court, which includes many of the arguments and exhibits that Vail Health seeks to restrict from public access here.  Plaintiffs' motion to open the disqualification motion for public view is consistent with Colorado's Open Records Act, C.R.C.P. 121, 1-5, and fundamental constitutional and common law principles of open access to court records.  To the extent Plaintiffs' motion is granted in the state court system, Plaintiffs reserve the right to seek that the filing in federal court not be restricted from public view.

Please confirm that you will place Plaintiffs' entire statement in the conferral section of your motion.

Please provide us dates for a conferral on our motion in the state court action to lift the suppression.

Best regards,

Sonya

On Tue, May 10, 2022 at 10:52 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

Counsel:

Tomorrow, Vail Health plans to file a motion to maintain under Level 1 filing restrictions Plaintiffs' Opposition to Vail Health's Motion to Sanction Plaintiffs and Hold Them in Contempt for Their Intentional Disclosure of Protected Information (Doc. 339) and Exhibits 5, 12, 13, 14, and 15 thereto.  Please let us know if we may represent that the relief requested in the motion to restrict is unopposed.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi** Member

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.