IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## PLAINTIFFS' NOTICE OF FILING IN RELATED CASE

In Plaintiffs' opposition [ECF Nos. 339-40] to Vail Health's motion for civil contempt [ECF Nos. 319 (motion), 345-46 (reply)], Plaintiffs stated that it was moving to correct the state court's March 28, 2022 Order regarding statements made related to the purported public disclosure of certain "Private Medical Information." [ECF No. 339 at 7]. Plaintiffs hereby provide the Court with Notice of the Filing of the Rule 60(b) motion filed in the state court action, which is attached as Exhibit 1.

Dated: May 12, 2022

    *s/Alan L. Kildow*
    Alan L. Kildow, MN# 0143133
    790 Potato Patch Drive
    Vail, CO 81657
    Telephone: (970) 390-6675
    E-mail: alkildow@aol.com

    Jesse Wiens, Colo. #33903
    Jesse Wiens Law
    0069 Edwards Access Road, Suite 8
    Edwards, Colorado 81632
    Telephone: (970) 855-0078
    E-mail: jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

2

## CERTIFICATE OF SERVICE

 I hereby certify that on May 12, 2022, I served a true and correct copy of Plaintiffs' Notice Of Filing In Related Case, including restricted Exhibit 1, via the Court's ECF system on:

 Shannon Stevenson
 Janet A. Savage
 Jackie Roeder
 Daniel Richards
 Davis Graham & Stubbs LLP
 1550 17th Street, Suite 500
 Denver, CO  80202

 Counsel for Defendant Vail Health

        *s/Alan L. Kildow*
        Alan L. Kildow,