IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## PLAINTIFFS' NOTICE OF FILING IN RELATED CASE

In Vail Health's motion to restrict [ECF No. 344], Plaintiffs represented that it would be filing a motion to lift any restrictions with respect to their Motion to Disqualify Judicial Officer filed in the state court action, which Vail Health also referenced in its reply to the civil contempt motion. [ECF No. 345 at 8].

Plaintiffs hereby provide notice of Plaintiffs' Motion to Lift Security Restrictions And Make Public Plaintiffs' Motion To Disqualify Judicial Officer, Including All Supporting Documents that was filed in the state court action, which is attached as Exhibit 1.

Dated:  May 17, 2022          *s/Alan L. Kildow*
                                        Alan L. Kildow, MN# 0143133
                                        790 Potato Patch Drive
                                        Vail, CO 81657
                                        Telephone: (970) 390-6675
                                        E-mail:  alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail:  jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2022, I served a true and correct copy of Plaintiffs' Notice Of Filing In Related Case, including Exhibit 1, via the Court's ECF system on:

Shannon Stevenson
Janet A. Savage
Jackie Roeder
Daniel Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO  80202

Counsel for Defendant Vail Health

                                        *s/Alan L. Kildow*
                                        Alan L. Kildow