IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## VAIL HEALTH'S UNOPPOSED MOTION TO RESET SUMMARY JUDGMENT DEADLINE

Defendant Vail Clinic, Inc. d/b/a Vail Health ("Vail Health") files this motion to continue the dispositive motion deadline, currently set for July 1, 2022, 45 days, to August 15, 2022 ("Motion").

### STATEMENT OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs and Vail Health have conferred regarding the relief sought in this Motion. Vail Health initially proposed continuing the dispositive motion deadline until September 29, 2022. Plaintiffs opposed continuing the dispositive motion deadline until September 29, 2022, but *do not oppose continuing the deadline until August 15, 2022*.

### MOTION

1.    Vail Health hereby moves, with good cause, for an extension of the dispositive motion deadline for a period of 45 days to August 15, 2022 to ensure any dispositive motions are appropriately set for adjudication and to limit the burden on the Court that may result if summary judgment motions are filed at the present deadline.

1

2. The Court has previously extended the deadline to file summary judgment motions, which is presently set for July 1, 2022. (Doc. 324).

3. Good cause exists to extend the dispositive motion deadline for at least three reasons.

4. First, in the Court's March 30, 2022 Order Adopting In Part And Reversing In Part The Special Master's Report, Denying Without Prejudice Plaintiffs' Motions To Compel #1-3, And Denying The Motions For Protective Orders (the "March 30 Order"), the Court ordered "that the discovery deadline close on May 15, 2022." (Doc. 307 at 12.) The March 30 Order also provided "that the Special Master shall resolve and issue a final Report and Recommendation regarding any remaining issues pertaining to Plaintiffs' five motions to compel by June 15, 2022." (*Id.* at 13.)

5. The Special Master has not yet issued his Report and Recommendation regarding the remaining issues pertaining to Plaintiffs' motions to compel. Given that no such rulings have occurred, the Special Master's order addressing Plaintiffs' motions to compel is likely to be issued near or on June 15, 2022, which is only two weeks in advance of the current dispositive motion deadline.

6. Given the large number of issues Plaintiffs have raised in their motions to compel, it is possible that the Special Master will order Vail Health to produce additional documents or information. It is also possible that Vail Health may need to file objections to the some or all of the Special Master's Report and Recommendation.

7. The filing of objections and/or the collecting and reviewing of additional discovery, if any, ordered by the Special Master likely would need to take place in the weeks immediately following the Special Master's Report and Recommendation. Under

the current schedule, there would be insufficient time between any ruling and the July 1, 2022 dispositive motion deadline to accomplish these tasks.

8. The second reason good cause exists to extend the deadline relates to Plaintiffs' potential supplemental expert report. Plaintiffs may seek to supplement their expert report after the Special Master issues his Report and Recommendation. While Vail Health will evaluate any such request in good faith, Vail Health would likely oppose such requests. But the chance remains that a supplemental expert report will be submitted. Moreover, disputes may arise between the parties regarding what additional expert discovery, if any, is warranted. Such disputes may require briefing and take weeks or months to resolve, none of which could be accomplished before the current deadline.

9. Finally, counsel of record for Vail Health have several trials scheduled this summer, including the following:

- Mr. Richards has a three-day bench trial from June 21-23, 2022;
- Mr. Richards has a two-week bench trial from July 11-22, 2022;
- Ms. Roeder has a 5-day jury trial from July 11-15; and
- Ms. Roeder and Ms. Stevenson have a two-week, out-of-state jury trial from July 18-29.

10. This schedule necessitates the requested 45-day extension of the deadline.

11. As noted in the conferral section above, Vail Health initially proposed a longer extension, until September 29, 2022. Given Plaintiffs' opposition to a longer extension, Vail Health compromised in an effort to present the Court with an unopposed motion. However, if the Motion is granted, and Vail Health later determines that a further extension is warranted, Vail Health may need to seek an additional extension of the

3

dispositive motion deadline to ensure all discovery matters are resolved prior to summary judgment briefing.

12. Accordingly, in light of the above reasons, good cause exists to reset the summary judgment deadline until August 15, 2022.

13. No party will be prejudiced by resetting the dispositive motion deadline. No trial of this matter has yet been scheduled.

Vail Health therefore respectfully requests that the dispositive motion deadline be reset to August 15, 2022.

Dated: June 8, 2022

*s/ Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303.892.9400
E-mail: shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

Attorneys for Defendant Vail Health