**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

**DEFENDANT VAIL HEALTH'S NOTICE OF COMPLAINCE WITH ORDERS
REGARDING WESTLAW CITATIONS AND PRIVILEGE LOG**

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") submits the following notice

of compliance with Judge Gallagher's July 18, 2022 order (Doc. 363) ("Order") regarding Vail

Health's provision of its privilege log and Westlaw citations to the Special Master.

**Westlaw Citations**

The Order found as follows:  "The Parties SHALL . . . [a]s previously requested, because

the Special Master no longer has a Lexis account, [provide] a spreadsheet 'translating' the

numerous citations from LEXIS to Westlaw for each case cited in the briefs.  Plaintiffs attempted

to do so but *Defendant did not*."  (Doc. 363 at 3 (emphasis added).)

Respectfully, Vail Health states that it promptly provided the Special Master Westlaw

citations for each Lexis case cited in Vail Health's motion to compel briefing approximately a

month prior to the Order:

- On June 20, 2022, after receiving a request from the Special Master, Vail Health
  emailed to the Special Master (a) a chart providing the Westlaw citation for each Lexis

case cited in Vail Health's motion to compel briefing and (b) a PDF copy of each Lexis cased cited in Vail Health's motion to compel briefing.  (Ex. 1.)

- Between June 20, 2022 and the issuance of the Order on July 18, 2022, Vail Health received no communication from the Special Master stating that Vail Health had failed to provide Westlaw citations or requesting the information be provided in a different format.

- Approximately 20 minutes after issuance of the Order on July 18, 2022, Vail Health forwarded its June 20, 2022 email (with attachments) to the Special Master.  (Ex. 2.)

- On July 18, 2022, the Special Master responded, "Thank you, [Counsel].  I have so advised Judge Gallagher," acknowledging that the Order's conclusion that Vail Health had failed to provide Westlaw citations was incorrect.  (Ex. 3.)

**Privilege Log and Documents for *In Camera* Review**

The Order directed Vail Health to provide the Special Master with (a) "a currently accurate privilege log, compatible with the materials submitted for *in camera* review, in Word or modifiable format so that the ruling can be indicated in the final column of the spreadsheet where Privilege is indicated" and (b) "an Index, both individually and collectively, for each of the five 3-inch volumes of materials submitted for in camera review."  (Doc. 363 at 2-3.)  Additionally, according to the Order, the Special Master relayed to Magistrate Judge Gallagher that the binders of privileged documents Vail Health submitted for *in camera* review "were delivered without a related privilege log or index provided, either collectively or individually" and "were so full that some of the binder clips had opened in shipment and literally could not be closed again, and some documents were damaged and torn."  (*Id.* at 2.)

Vail Health respectfully notifies the Court that it has complied with the Order as it relates to Vail Health's privilege log and with all prior orders of the Special Master regarding submission of documents for *in camera* review:

- On October 17, 2021, Plaintiffs filed Motion to Compel No. 5 (Docs. 195, 213, 226), which challenged 346 of the 580 entries on Vail Health's privilege log.  That motion was fully briefed by November 19, 2021.

- On December 6, 2021, Vail Health filed its Proposed Findings of Fact and Conclusions of Law ("Findings") regarding Plaintiffs' five Motions to Compel, which referenced and attached as an exhibit Vail Health's privilege log.  (Docs. 261 ¶¶ 99, 165; Doc. 261-11.)  Vail Health also emailed the Special Master its Findings and accompanying exhibits, including its privilege log.  (Ex. 4.)

- On January 18, 2022, the Special Master issued an order requiring Vail Health to produce for *in camera* review "documents specifically requested and identified in Plaintiffs' Motion to Compel #5."  (Doc. 274 at 4.)

- On February 8, 2022—after compiling and circulating on January 29, 2022, a list of the documents at issue in Motion to Compel No. 5—Vail Health sent the Special Master a link containing electronic copies of the privileged documents for *in camera* review.  (Ex. 5.)  Vail Health's cover email attached a copy of its privilege log and included the following explanation regarding the materials provided:  "To facilitate your review, each document is labeled with the number corresponding to the Item Number on Vail Health's privilege log.  For example, the document corresponding to Item No. 1 on Vail Health's privilege log is labeled 'Item 001.pdf' in the below file.  Redacted text is

reflected by translucent gray boxes, which are annotated with the corresponding Item Number on Vail Health's privilege log." (*Id.*)

- On February 21, 2022, per the Special Master's request to receive hard copies, Vail Health shipped via overnight FedEx to an address provided by the Special Master in Naalehu, Hawaii, binders containing the documents Vail Health had submitted in electronic format on February 8, 2022. (Ex. 6.) Each document was preceded by a tab labeled with the "Item No." on Vail Health's privilege log.

- Following the delivery of the binders on February 22, 2022, Vail Health received no communication from the Special Master indicating that (a) the binders had been damaged in transit or (b) the Special Master preferred that the documents or privilege log be provided in a different format. Had Vail Health received such a communication, it would have promptly addressed the issue.

- After receiving the Order, Vail Health emailed the Special Master on July 20, 2022 a Word version of Vail Health's privilege log, per paragraph 1 of the Order. (Ex. 7.)

- On July 22, 2022, Vail Health emailed the Special Master an index of documents for *in camera* review, per paragraph 2 of the Order. (Ex. 8.)

Vail Health respectfully submits that it has timely and fully complied with the requirements of the Order concerning Westlaw citations and Vail Health's privilege log, and all prior orders of the Special Master concerning those matters.

Respectfully submitted this 22nd day of July, 2022.

*s/ Daniel A. Richards*

Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
        janet.savage@dgslaw.com
        jackie.roeder@dgslaw.com
        daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC.,
d/b/a VAIL HEALTH, a Colorado nonprofit
corporation*