# EXHIBIT 1

| | |
|---|---|
| **From:** | Richards, Daniel |
| **Sent:** | Monday, June 20, 2022 10:05 AM |
| **To:** | ruckriegle, terry; sonya braunschweig |
| **Cc:** | Alan Kildow; Stevenson, Shannon; Roeder, Jackie; terry@ruckriegle.com |
| **Subject:** | RE:  SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations |
| **Attachments:** | Lexis Cases for Special Master.zip; Lexis to Westlaw Cites for Special Master.pdf |

Judge Ruckriegle,

Attached is a chart identifying the corresponding Westlaw citation for each case with a Lexis citation cited in Vail Health's motion to compel briefing and proposed findings of fact and conclusions of law.  I have also attached a zip file containing copies of each Lexis case.  Please let us know if there is anything further we can provide.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452 ▪** vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi Member**

---

**From:** ruckriegle, terry <terry.ruckriegle@judicial.state.co.us>
**Sent:** Thursday, June 16, 2022 9:35 PM
**To:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Alan Kildow <alkildow@aol.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; terry@ruckriegle.com
**Subject:** RE: SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations
**Importance:** High

Thanks but it didn't work! I have to have a Lexis ID and password. So each party is directed to send the cases or Fed citations. Thank you,

*W. Terry Ruckriegle*
*Special Master*
*Box 3305*
*Breckenridge, CO 80424*
*970-390-9865 phone*

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Thursday, June 16, 2022 2:01 PM
**To:** ruckriegle, terry <terry.ruckriegle@judicial.state.co.us>
**Cc:** Alan Kildow <alkildow@aol.com>; Stevenson, Shannon <shannon.stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; terry@ruckriegle.com
**Subject:** [External] Re: SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations

CAUTION: This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1

Judge Ruckriegle,

In addition to providing you Plaintiffs' LEXIS cases by email earlier today, Plaintiffs have also attempted to capture the LEXIS cases cited by Vail Health in its responses and proposed order. Similar to Plaintiffs' earlier submission, we have attached a summary of the citations, as well as a separate file containing the cases, which is also searchable. Because we put this together as quickly as we could, we can't certify that this is 100% accurate, but if we missed something, Vail Health will likely provide LEXIS cases that we may have missed.

Best regards,

Sonya

On Thu, Jun 16, 2022 at 12:01 AM ruckriegle, terry <terry.ruckriegle@judicial.state.co.us> wrote:

> Dear Counsel,
>
>
>
> I have been working on issuing orders regarding Motions to Compel #s 1-5 and reports to the Court. It has been extremely cumbersome because my research access is through Westlaw, which was compatible in the state case.  Therefore, please provide me with either the cases or Westlaw citations for all LEXIS references.
>
> Thank you,
>
>
> *W. Terry Ruckriegle*
>
> *Special Master*
>
> *Box 3305*
>
> *Breckenridge, CO 80424*
>
> *970-390-9865 phone*

| PLEADING | LEXIS CITE | WESTLAW CITE |
|---|---|---|
| FOF-COL | *Acton v. Target Corp.,* No. C08-1149RAJ, 2009 U.S. Dist. LEXIS 104436, at *11 (W.D. Wash. 2009) | 2009 WL 3380645 |
| MTC 3 Opp'n FOF-COL | *Ajuba Int'l LLC v. Saharia,* No. 11-cv-12936, 2014 U.S. Dist. LEXIS 134873, *9 (E.D. Mich. Sept. 25, 2014) | 2014 WL 4793846 |
| MTC 5 Opp'n FOF-COL | *Austin v. City & Cnty. of Denver,* 2006 U.S. Dist. LEXIS 32048, *15-18 (D. Colo. May 18, 2006) | 2006 WL 1409543 |
| FOF-COL Supp'l Br. | *Bal Seal Eng'g, Inc. v. Nelson Prod., Inc.,* No. 8:13-cv-1880, 2017 U.S. Dist. LEXIS 231324, at *3-4 (C.D. Cal. Oct. 19, 2017) | 2018 WL 4697255 |
| FOF-COL | *Bottoms v. Liberty Life Assurance Co.,* Civil Action No. 11-cv-01606-PAB-CBS, 2011 U.S. Dist. LEXIS 143251, at *17-18 (D. Colo. Dec. 13, 2011) | 2011 WL 6181423 |
| FOF-COL | *Cartel Asset Mgmt. v. Ocwen Fin. Corp.,* No. 01-cv-01644-REB-CBS, 2010 U.S. Dist. LEXIS 17857, *41-42 (D. Colo. Feb. 8, 2010) | 2010 WL 502721 |
| MTC 1 Opp'n | *Certain Syndicate Subscribers v. Lasko Prods.*, 2009 LEXIS 148164, *12 (D.N.M. Jul. 29, 2009) | 2009 WL 10707136 |
| MTC 5 Opp'n | *De Los Santos v. City of Roswell,* 2013 LEXIS 201293, *28-29 (D.N.M. May 21, 2013) | 2013 WL 12330144 |
| MTC 5 Opp'n FOF-COL | *ePlus Inc. v. Lawson Software, Inc.,* 2012 U.S. Dist. LEXIS 177616, *25-26 (E.D. Va. Dec. 14, 2012) | 2012 WL 6562735 |
| Supp'l Br. | *Four Corners Nephrology Assocs., P.C. v. Mercy Med. Ctr.,* No. 05-2084 JAP-LFG, 2008 U.S. Dist. LEXIS 41164, at *16 (D. Colo. May 22, 2008) | 2008 WL 2355533 |
| MTC 5 Opp'n | *Galli v. Pittsburg Unified Sch. Dist.,* 2010 U.S. Dist. LEXIS 119618, *10-11 (N.D. Cal. Oct. 26, 2010) | 2010 WL 4315768 |
| MTC 5 Opp'n | *Graff v. Haverhill North Coke Co.,* 2012 U.S. Dist. LEXIS 162013, *25-28 (S.D. Oh. Nov. 13, 2012) | 2012 WL 5495514 |
| FOF-COL Supp'l Br. | *Heartland Surgical Specialty Hosp., LLC v. Midwest Div., Inc.,* No. 05-2164, 2007 U.S. Dist. LEXIS 66159, at *37 (D. Kan. Sept. 6, 2007) | 2007 WL 2668742 |
| MTC 5 Opp'n | *Heartland Surgical Specialty Hosp. LLC v. Midwest Div. Inc.,* 2007 U.S. Dist. LEXIS 53217, *19 n.5 (D. Kan. July 20, 2007) | 2007 WL 2122440 |
| MTC 3 Opp'n FOF-COL | *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,* No. 2179, 2011 U.S. Dist. LEXIS 158660, *5 (E.D. La. July 1, 2011) | 2011 WL 12663484 |
| MTC 1 Opp'n MTC 3 Opp'n MTC 2 Opp'n FOF-COL | *Kelly v. Advanta Corp.,* No. 02-250, 2003 U.S. Dist. LEXIS 30499, at *26 (D.N.M. Mar. 21, 2003) | 2003 WL 27385426 |
| MTC 1 Opp'n | *Kimberly-Clark Worldwide, Inc. v. First Quality Baby Pr.*, 2011 LEXIS 80565, *14 (M.D. Pa. Jul. 25, 2011) | 2011 WL 3033033 |

| PLEADING | LEXIS CITE | WESTLAW CITE |
|---|---|---|
| MTC 5 Opp'n | *L-3 Comm's Corp. v. Jaxon Eng'g & Maint., Inc.,* 2014 U.S. Dist. LEXIS 103157, *10-11, 22 (D. Colo. July 29, 2014). | 2014 WL 3732943 |
| MTC 2 Opp'n | *Miller v. Love's Travel Stops & Cntry Stores,* No. CIV-06-1008-D, 2008 LEXIS 130247, *21-22 (W.D. Okla. Apr. 17, 2008) | 2008 WL 11338080 |
| FOF-COL | *Nichols v. Denver Health & Hospital Authority,* No. 19-cv-02818-DDD-KLM, 2020 U.S. Dist. LEXIS 167381, at *26, 29 (D. Colo. Sep. 14, 2020) | 2020 WL 5517355 |
| MTC 5 Opp'n | *Phillips v. Boilermaker-Blacksmith Nat'l Pension Trust,* 2021 U.S. Dist. LEXIS 186381, *13-14 (D. Kan. Sept. 29, 2021) | 2021 WL 4453574 |
| FOF-COL | *Professional Recovery Services, Inc. v. General Electric Capital Corp.,* 2009 U.S. Dist. LEXIS 3889, at *4 (D.N.J. 2009) | 2009 WL 137326 |
| Supp'l Br. | *Prograde Ammo Grp. Ltd. Liab. Co. v. Perry,* Civil Action No. 14-cv-00884-PAB-MEH, 2015 U.S. Dist. LEXIS 28410 (D. Colo. Mar. 9, 2015) | 2015 WL 1064266 |
| FOF-COL Supp'l Br. | *Radio Music License Comm., Inc. v. Global Music Rights, LLC,* No. CV 19-3957, 2020 U.S. Dist. LEXIS 243375, at *16 (C.D. Cal. Jan. 2, 2020) | 2020 WL 7636281 |
| MTC 5 Opp'n | *Shopify Inc. v. Express Mobile, Inc.,* 2020 U.S. Dist. LEXIS 147101, *15-16 (N.D. Cal. Aug. 14, 2020) | 2020 WL 4732334 |
| FOF-COL | *Tolz v. Geico General Insurance Co.,* No. 08-80663-CIV, 2010 U.S. Dist. LEXIS 3775, at *8-9 (S.D. Fla. Jan. 19, 2010) | 2010 WL 298397 |
| MTC 5 Opp'n | *Valley Forge Ins. Co. v. Hartford Iron & Metal,* 2016 U.S. Dist. LEXIS 201652, *9-10 (N.D. Ind. Nov. 4, 2016) | 2016 WL 11033846 |
| FOF-COL Supp'l Br. | *Vident v. Dentsply Int'l, Inc.,* No. SA CV 06-1141, 2008 U.S. Dist. LEXIS 110399, at *6-8 (C.D. Cal. Aug. 29, 2008) | 2008 WL 4384124 |

**PDF Copies of 28 Cases Included in Zip File Omitted**

Case No. 1:19-cv-02075-WJM-SKC   Document 364-1   filed 07/22/22   USDC Colorado   pg 6 of 6