# EXHIBIT 3

| | |
|---|---|
| From: | Terry Ruckriegle <terry@ruckriegle.com> |
| Sent: | Monday, July 18, 2022 4:46 PM |
| To: | Richards, Daniel |
| Cc: | ruckriegle, terry; Stevenson, Shannon; Roeder, Jackie; Alan Kildow; sonya braunschweig |
| Subject: | Re: FW: SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations |

==Thank you, Mr. Richards. I have so advised Judge Gallagher.==

*W. Terry Ruckriegle*

*Special Master*

*Box 3305*

*Breckenridge CO 80424*

*970-390-9865*

*terry@ruckriegle.com*

On Mon, Jul 18, 2022 at 12:31 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Judge Ruckriegle,
>
> The order issued by Judge Gallagher a moment ago includes the following statement: "The Parties SHALL [provide] . . . [a]s previously requested, because the Special Master no longer has a Lexis account, a spreadsheet 'translating' the numerous citations from LEXIS to Westlaw for each case cited in the briefs. Plaintiffs attempted to do so but Defendant did not."
>
> I am forwarding the below June 20, 2022 email from Vail Health which attached (1) a spreadsheet providing the corresponding Westlaw citation for each LEXIS case cited in Vail Health's motion to compel briefing and (2) PDF copies of each of those cases.

1

If you have any difficulty accessing these materials, or if you prefer a different format, please let us know.

**DANIEL RICHARDS** ▪ Associate

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

**From:** Richards, Daniel
**Sent:** Monday, June 20, 2022 10:05 AM
**To:** ruckriegle, terry <terry.ruckriegle@judicial.state.co.us>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Alan Kildow <alkildow@aol.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; terry@ruckriegle.com
**Subject:** RE: SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations

Judge Ruckriegle,

Attached is a chart identifying the corresponding Westlaw citation for each case with a Lexis citation cited in Vail Health's motion to compel briefing and proposed findings of fact and conclusions of law. I have also attached a zip file containing copies of each Lexis case. Please let us know if there is anything further we can provide.

**DANIEL RICHARDS** ▪ Associate

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

**From:** ruckriegle, terry <terry.ruckriegle@judicial.state.co.us>
**Sent:** Thursday, June 16, 2022 9:35 PM
**To:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Alan Kildow <alkildow@aol.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; terry@ruckriegle.com
**Subject:** RE: SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations
**Importance:** High

2

Thanks but it didn't work! I have to have a Lexis ID and password. So each party is directed to send the cases or Fed citations. Thank you,

*W. Terry Ruckriegle*

*Special Master*

*Box 3305*

*Breckenridge, CO 80424*

*970-390-9865 phone*

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Thursday, June 16, 2022 2:01 PM
**To:** ruckriegle, terry <terry.ruckriegle@judicial.state.co.us>
**Cc:** Alan Kildow <alkildow@aol.com>; Stevenson, Shannon <shannon.stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; terry@ruckriegle.com
**Subject:** [External] Re: SRC v Vail Health 1:19-cv-02075-WJM-GPG - LEXIS case law citations

CAUTION: This email originated from outside of the Judicial Department. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Judge Ruckriegle,

In addition to providing you Plaintiffs' LEXIS cases by email earlier today, Plaintiffs have also attempted to capture the LEXIS cases cited by Vail Health in its responses and proposed order. Similar to Plaintiffs' earlier submission, we have attached a summary of the citations, as well as a separate file containing the cases, which is also searchable. Because we put this together as quickly as we could, we can't certify that this is 100% accurate, but if we missed something, Vail Health will likely provide LEXIS cases that we may have missed.

Best regards,

Sonya

3

On Thu, Jun 16, 2022 at 12:01 AM ruckriegle, terry <terry.ruckriegle@judicial.state.co.us> wrote:

> Dear Counsel,
>
> I have been working on issuing orders regarding Motions to Compel #s 1-5 and reports to the Court. It has been extremely cumbersome because my research access is through Westlaw, which was compatible in the state case.  Therefore, please provide me with either the cases or Westlaw citations for all LEXIS references.
>
> Thank you,
>
> *W. Terry Ruckriegle*
>
> *Special Master*
>
> *Box 3305*
>
> *Breckenridge, CO 80424*
>
> *970-390-9865 phone*

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

--

*W. Terry Ruckriegle*

*Box 3305*

*Breckenridge CO 80424*

*970-390-9865*

*terry@ruckriegle.com*