# EXHIBIT 5

| | |
|---|---|
| **From:** | Richards, Daniel |
| **Sent:** | Tuesday, February 8, 2022 12:03 PM |
| **To:** | Terry Ruckriegle |
| **Cc:** | Stevenson, Shannon; Roeder, Jackie |
| **Subject:** | Vail Health Documents for In Camera Review |
| **Attachments:** | 2021-11-02 Privilege Log.pdf; Appendix of Individuals on Vail Health's Privilege Log.pdf; VH Brief in Opposition to MTC 5.pdf; Ex. 3 to MTC 5 Oppn - Declaration of Nico Brown.pdf |

Judge Ruckriegle,

Pursuant to Paragraph 3 of the Discovery Orders of the Special Master, Vail Health submits via the below link "documents specifically requested and identified in Plaintiffs' Motion to Compel #5."  (Doc. 274 at 4.)

To facilitate your review, each document is labeled with the number corresponding to the Item Number on Vail Health's privilege log.  For example, the document corresponding to Item No. 1 on Vail Health's privilege log is labeled "Item 001.pdf" in the below file.  Redacted text is reflected by translucent gray boxes, which are annotated with the corresponding Item Number on Vail Health's privilege log.

If you have any questions or have any difficulty accessing or navigating the documents, please let us know.

LINK REDACTED

I will send the password via a subsequent email.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

**A LexMundi** Member

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 1 | VH_Fed_00006895 | 12/2/2015 | Matthew C. Jones* | Doris Kirchner; Mike Shannon; Donald R. Auten* | REDACTION: outside counsel seeking input from client in connection with providing legal advice regarding revisions to letter agreement with the Steadman Clinic | AC |
| 2 | VH_Fed_00006932 | 11/6/2015 | Donald R. Auten* | Mike Shannon; Doris Kirchner; Matthew C. Jones* | REDACTION: Email requesting information needed to formulate legal advice regarding proposed joint venture | AC |
| 3 | VH_Fed_00006932 | 11/6/2015 | Mike Shannon | Donald R. Auten*; Doris Kirchner; Matthew C. Jones* | REDACTION: Email requesting legal advice regarding negotiations with The Steadman Clinic | AC |
| 4 | VH_Fed_00006932 | 11/6/2015 | Donald R. Auten* | Mike Shannon; Doris Kirchner; Matthew C. Jones* | REDACTION: Email requesting information needed to formulate legal advice regarding negotiations with The Steadman Clinic | AC |
| 5 | VH_Fed_00006932 | 11/6/2015 | Mike Shannon | Donald R. Auten*; Doris Kirchner; Matthew C. Jones* | REDACTION: Email requesting legal advice regarding negotiations with The Steadman Clinic | AC |
| 6 | VH_Fed_00006934-39 | 7/2/2012 | | | REDACTION: Non relevant portions of Board Meeting Minutes | Not Relevant |
| 7 | VH_Fed_00006940-45 | 1/7/2013 | | | REDACTION: Non relevant portions of Board Meeting Minutes | Not Relevant |
| 8 | VH_Fed_00002226 | 12/7/2015 | | | REDACTION: Non-relevant sections of Board Meeting materials | Not Relevant |
| 9 | VH_Fed_00002232 - 37 | 1/9/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 10 | VH_Fed_00002238 - 44 | 1/9/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 11 | VH_Fed_00002245 - 50 | 10/15/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 12 | VH_Fed_00002251 | 10/15/2012 | | | REDACTION: Non-relevant sections of Board Meeting materials | Not Relevant |
| 13 | VH_Fed_00002252-58 | 10/15/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |

(*) indicates attorneys and legal professionals

1

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 14 | VH_Fed_00002259 | 10/15/2012 | | | REDACTION: Non-relevant sections of Board Meeting materials | Not Relevant |
| 15 | VH_Fed_00002260 - 65 | 3/5/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 16 | VH_Fed_00002266 - 70 | 4/9/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 17 | VH_Fed_00002271 | 7/2/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 18 | VH_Fed_00002276 | 7/2/2012 | | | REDACTION: Non-relevant sections of Board Meeting materials | Not Relevant |
| 19 | VH_Fed_00002277 - 87 | 9/17/2012 | | | REDACTION: Non-relevant sections of Board Meeting Minutes | Not Relevant |
| 20 | VH_Fed_00002436 | 12/6/2017 | | | REDACTION: Discussion of legal advice from outside counsel regarding Stark laws | AC |
| 21 | VH_Fed_00002444 - 50 | 9/13/2017 | | | REDACTION: Discussion of outside counsel's legal advice concerning enforcement of noncompete clause by competitor and strategy regarding ongoing litigation | AC; WP |
| 22 | VH_Fed_00002453 - 59 | | | | REDACTION: Discussion of outside counsel's legal advice regarding ongoing litigation, building code compliance, regulatory compliance, and employment dispute | AC; WP |

(*) indicates attorneys and legal professionals

2

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 23 | VH_Fed_00002704 - 11 | 12/6/2017 | | | REDACTION: Discussion of legal advice regarding proposed joint venture, ongoing litigation, and enforcement of non-compete clause by competitor | AC; WP |
| 24 | VH_Fed_00002713 - 18 | 12/6/2017 | | | REDACTION: Discussion of legal advice regarding proposed joint venture, ongoing litigation, and enforcement of non-compete clause by competitor | AC; WP |
| 25 | VH_Fed_00002987 - 90 | 7/5/2016 | | | REDACTION: Discussion of legal advice from outside counsel regarding proposed joint venture | AC |
| 26 | VH_Fed_00002993 - 96 | 7/5/2016 | | | REDACTION: Discussion of legal advice from outside counsel regarding proposed joint venture | AC |
| 27 | VH_Fed_00002999 - 3002 | 7/5/2016 | | | REDACTION: Discussion of legal advice from outside counsel regarding proposed joint venture | AC |
| 28 | VH_Fed_00003013 | 6/6/2016 | Doris Kirchner | Mike Shannon; Nico Brown | REDACTION: Discussion of legal advice from outside counsel regarding proposed joint venture | AC |
| 29 | VH_Fed_00003065 | 3/20/2016 | Nico Brown | Doris Kirchner | REDACTION: Discussion of legal advice from outside counsel regarding proposed joint venture | AC |

3

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 30 | VH_Fed_00003698; VH_Fed_00004005 | 9/16/2016 | Doris Kirchner | Mike Shannon | REDACTION: Discussion concerning legal advice from outside counsel Matthew Jones* regarding the TSC joint venture | AC |
| 31 | VH_Fed_00003698-99; VH_Fed_00004006 | 9/19/2016 | Doris Kirchner | Mike Shannon | REDACTION: Discussion concerning legal advice regarding the TSC joint venture | AC |
| 32 | VH_Fed_00003730 | 4/7/2016 | Mike Shannon | Doris Kirchner; Mike Shannon | REDACTION: Discussion regarding seeking legal advice concerning joint venture model | AC |
| 33 | VH_Fed_00003736 | 4/7/2016 | Mike Shannon | Doris Kirchner; Mike Shannon | REDACTION: Discussion regarding request for legal advice from outside counsel Matt Jones* regarding proposed joint venture | AC |
| 34 | VH_Fed_00003894 | 11/24/2015 | Donald Auten* | Doris Kirchner; Mike Shannon; Matthew Jones*; Thomas Totten* | REDACTION: Legal advice from outside counsel regarding Steadman lease and Steadman letter of intent | AC |
| 35 | VH_Fed_00006951-52 | 6/8/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Ted Sirotta | REDACTION: discussion with legal counsel regarding joint venture with VSO | AC |
| 36 | VH_Fed_00006951 | 6/9/2016 | Doris Kirchner | Matthew Jones*; Nicholas Brown; Ted Sirotta | REDACTION: discussion with legal counsel regarding joint venture with VSO | AC |
| 37 | VH_Fed_00006951 | 6/9/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Ted Sirotta | REDACTION: discussion with legal counsel regarding joint venture with VSO | AC |
| 38 | VH_Fed_00006953 | 4/1/2016 | Nico Brown | Matthew Jones*; Doris Kirchner | REDACTION: email seeking legal advice from counsel regarding joint venture modeling | AC |

(*) indicates attorneys and legal professionals

4

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 39 | VH_Fed_00003899 | 112215 | Nicholas Brown | Doris Kirchner | Email providing comments on attorney advice regarding additional information needed to respond to Steadman questions, with attached document created in response to questions from attorneys | AC |
| 40 | VH_Fed_00003899-901 | 11/22/2015 | Nicholas Brown | Doris Kirchner | Email commenting on attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 41 | VH_Fed_00003899-901; VH_Fed_00003903-906; VH_Fed_00006572-575; VH_Fed_00006576-578; VH_Fed_00006807-6810 | 11/22/2015 | Doris Kirchner | Nicholas Brown | Email commenting on attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 42 | VH_Fed_00003899-901; VH_Fed_00003903-906; VH_Fed_00006572-575; VH_Fed_00006576-578; VH_Fed_00006807-6810; VH_Fed_00006811-6814; VH_Fed_00006815-6817 | 11/22/2015 | Donald Auten* | Doris Kirchner; Michael Shannon; Matthew Jones* | Email seeking additional information to provide legal advice regarding response to Steadman questions | AC |

(*) indicates attorneys and legal professionals

5

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 43 | VH_Fed_00003899-901; VH_Fed_00003903-906; VH_Fed_00006572-575; VH_Fed_00006576-578; VH_Fed_00006807-6810; VH_Fed_00006811-6814; VH_Fed_00006815-6817 | 11/22/2015 | Doris Kirchner | Nicholas Brown | Email discussing attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 44 | VH_Fed_00003899-901; VH_Fed_00003903-906; VH_Fed_00006572-575; VH_Fed_00006576-578; VH_Fed_00006807-6810; VH_Fed_00006811-6814; VH_Fed_00006815-6817 | 11/22/2015 | Nicholas Brown | Doris Kirchner | Email discussing attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 45 | VH_Fed_00003903-906; VH_Fed_00006811-6814 | 11/22/2015 | Nicholas Brown | Doris Kirchner | Email commenting on attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 46 | VH_Fed_00003927 | 11/18/2015 | Matthew Jones* | Doris Kirchner; Mike Shannon; Donald Auten* | REDACTION: Email seeking input from client in connection with providing legal advice concerning proposed joint venture | AC |
| 47 | VH_Fed_00003933 | 11/17/2015 | Donald Auten* | Doris Kirchner; Mike Shannon; Matthew Jones* | REDACTION: Email seeking input from client in connection with providing legal advice concerning proposed joint venture | AC |

6

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 48 | VH_Fed_00003936-37 | 11/17/2015 | Mike Shannon | Doris Kirchner; Donald Auten*; Matthew Jones* | REDACTION: Email seeking input from client in connection with providing legal advice concerning proposed joint venture | AC |
| 49 | VH_Fed_00003951 | 11/3/2015 | Doris Kirchner | Matthew Jones*; Donald Auten*; Art Kelton; Chris Jarnot; Mike Shannon | REDACTION: Email responding to legal advice regarding documents from TSC | AC |
| 50 | VH_Fed_00003951 | 11/3/2015 | Matthew Jones* | Mike Shannon; Art Kelton; Chris Jarnot; Donald Auten*; Doris Kirchner | REDACTION: Email providing legal advice and providing attached draft summary related to documents from TSC | AC |
| 51 | VH_Fed_00003952; VH_Fed_00003957 | 11/3/2015 | Mike Shannon | Art Kelton; Chris Jarnot; Matthew Jones*; Donald Auten*; Doris Kirchner | REDACTION: Email responding to legal advice regarding documents from TSC | AC |
| 52 | VH_Fed_00003952; VH_Fed_00003957-58; VH_Fed_00003962; VH_Fed_00004170-69 | 11/3/2015 | Matthew Jones* | Mike Shannon; Art Kelton; Chris Jarnot; Donald Auten*; Doris Kirchner | REDACTION: Email providing legal advice, and seeking comment, regarding documents from TSC, with attorney draft response and summary | AC |
| 53 | VH_Fed_00003952-51; VH_Fed_00003957 | 11/3/2015 | Matthew Jones* | Mike Shannon; Art Kelton; Chris Jarnot; Donald Auten*; Doris Kirchner | REDACTION: Email providing legal advice, and seeking comment, regarding documents from TSC, with attorney draft response and summary | AC |
| 54 | VH_Fed_00003953; VH_Fed_00003958; VH_Fed_00003962-63; VH_Fed_00003966; VH_Fed_00003962; VH_Fed_00004170 | 10/31/2015 | Mike Shannon | Art Kelton; Chris Jarnot; Matthew Jones*; Donald Auten*; Doris Kirchner | REDACTION: Email seeking legal advice regarding documents from TSC | AC |

(*) indicates attorneys and legal professionals

7

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 55 | VH_Fed_00003953-52; VH_Fed_00003958; VH_Fed_00003962; VH_Fed_00004170-69 | 11/3/2015 | Matthew Jones* | Mike Shannon; Art Kelton; Chris Jarnot; Donald Auten*; Doris Kirchner | REDACTION: Email providing legal advice, and seeking comment, regarding documents from TSC | AC |
| 56 | VH_Fed_00003975 | 1/3/2017 | Doris Kirchner | Mike Shannon | REDACTION: Description of request for legal advice to outside counsel and discussion of legal advice from outside counsel regarding contemplated joint venture | AC |
| 57 | VH_Fed_00004003 | 9/17/2016 | Doris Kirchner | Nicolas Brown; Matthew Jones*; Donald Auten* | REDACTION: Request to outside counsel concerning legal advice regarding contemplated joint venture and TSC communications | AC |
| 58 | VH_Fed_00004003 | 9/17/2016 | Nico Brown | Doris Kirchner; Matthew Jones*; Donald Auten* | REDACTION: Request to outside counsel concerning legal advice regarding contemplated joint venture and TSC communications | AC |
| 59 | VH_Fed_00004003-04 | 9/17/2016 | Nico Brown | Doris Kirchner | REDACTION: concerning legal advice regarding contemplated joint venture and TSC communications | AC |
| 60 | VH_Fed_00004004 | 9/17/2016 | Doris Kirchner | Nicholas P. Brown; Matthew Jones*; Donald Auten* | REDACTION: Providing information to outside counsel in connection with seeking legal advice regarding proposed joint venture | AC |
| 61 | VH_Fed_00004005 | 9/16/2016 | Doris Kirchner | Mike Shannon | REDACTION: Conveying legal advice received from outside counsel regarding proposed joint venture | AC |
| 62 | VH_Fed_00004020 | 6/9/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Ted Sirotta | REDACTED: Email responding to legal advice regarding VSO communications related to the proposed joint venture | AC |

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 63 | VH_Fed_00004031 | 1/19/2016 | Doris Kirchner | Mike Shannon; Nico Brown | REDACTION: Description of request for legal advice to outside counsel regarding proposed joint venture | AC |
| 64 | VH_Fed_00004031 | 1/19/2016 | Doris Kirchner | Matthew Jones*; Donald Auten*; Ted Sirotta | REDACTION: Request for legal advice regarding proposed joint venture | AC |
| 65 | VH_Fed_00004034 | 1/18/2016 | Doris Kirchner | Mike Shannon; Nicholas P. Brown | REDACTION: Description of request for legal advice to outside counsel regarding proposed joint venture | AC |
| 66 | VH_Fed_00004034 | 1/18/2016 | Doris Kirchner | Mike Shannon; Nicholas P. Brown | REDACTION: Description of request for legal advice to outside counsel regarding proposed joint venture | AC |
| 67 | VH_Fed_00004037 VH_Fed_00005174; | 1/19/2016 | Doris Kirchner | Mike Shannon; Nico Brown | REDACTION: Description of request for legal advice to outside counsel regarding proposed joint venture | AC |
| 68 | VH_Fed_00004148 | 11/28/2015 | Donald Auten* | Mike Shannon; Doris Kirchner; Matthew Jones* | REDACTION: Email seeking information for counsel to use in formulating legal advice for use in responding to S. Boochever email regarding joint venture and lease issues | AC |
| 69 | VH_Fed_00004148-49 | 11/28/2015 | Mike Shannon | Donald Auten*; Matthew Jones*; Doris Kirchner | REDACTION: Email providing information for counsel to use in formulating legal advice for use in responding to S. Boochever email regarding joint venture and lease issues | AC |
| 70 | VH_Fed_00004149 | 11/28/2015 | Doris Kirchner | Donald R. Auten*; Mike Shannon | REDACTION: Email seeking legal advice for use in responding to S. Boochever email regarding joint venture and lease issues | AC |
| 71 | VH_Fed_00004154 | 11/18/2015 | Matthew Jones* | Doris Kirchner; Mike Shannon; Donald Auten* | REDACTION: communication regarding TSC LOI and internal discussion re communications | AC |

9

(*) indicates attorneys and legal professionals

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 72 | VH_Fed_00004154 | 11/18/2015 | Doris Kirchner | Ted Sirota | REDACTION: forward of outside counsel Matthew Jones* communication regarding TSC LOI and internal discussion re communications | AC |
| 73 | VH_Fed_00004161 | 11/3/2015 | Doris Kirchner | Matthew Jones*; Donald Auten* | REDACTION: communication regarding TSC legal advice | AC |
| 74 | VH_Fed_00004169 | 11/3/2015 | Doris Kirchner | Mike Shannon | REDACTION: Email forwarding outside counsel Matthew Jones* legal advice and providing attached attorney draft summary related to documents from TSC | AC |
| 75 | VH_Fed_00004535 | 4/10/2019 | Will Cook | Donald Auten*; Mike Shannon; Eric Affeldt; Harold Dupper; Nico Brown; Justin Starzyk | REDACTION: Email seeking legal advice from counsel regarding TSC email | AC |
| 76 | VH_Fed_00004536 | 4/10/2019 | Nico Brown | Donald Auten*; Will Cook | REDACTION: Email seeking legal advice from counsel regarding TSC email | AC |
| 77 | VH_Fed_00004834 | 3/3/2019 | Will Cook | Gregory Brodek* | REDACTION: Email seeking legal advice from counsel regarding TSC email | AC |
| 78 | VH_Fed_00004834 | 3/3/2019 | Gregory Brodek* | Will Cook | REDACTION: responding to request for legal advice from counsel regarding TSC email | AC |
| 79 | VH_Fed_00004834 | 3/3/2019 | Will Cook | Gregory Brodek* | REDACTION: Email concerning legal advice from counsel regarding TSC email | AC |
| 80 | VH_Fed_00004836 | 3/3/2019 | Will Cook | Gregory Brodek* | REDACTION: Email seeking legal advice from counsel regarding TSC email | AC |
| 81 | VH_Fed_00005078 | 12/6/2027 | | | REDACTION: Discussion of legal advice regarding Stark laws | AC |
| 82 | VH_Fed_00005156 | 7/26/2016 | | | REDACTION: Discussion of legal advice regarding Cimino breach, and the proposed joint venture | AC; WP |
| 83 | VH_Fed_00005162-63 | 6/1/2016 | | | REDACTION: Discussion of legal advice regarding the proposed joint venture | AC |

(*) indicates attorneys and legal professionals

10

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 84 | VH_Fed_00006572-575 | 11/22/2015 | Doris Kirchner | Nicholas Brown | Email commenting on attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 85 | VH_Fed_00006800-01 | 1/25/2016 | Nicholas Brown | Matthew Jones* | REDACTION: Request for legal advice from outside counsel regarding regulatory compliance | AC |
| 86 | VH_Fed_00006807-6810 | 11/22/2015 | Nicholas Brown | Doris Kirchner | Email commenting on attorney advice regarding additional information needed to respond to Steadman questions, with attached draft comments for counsel | AC |
| 87 | VH_Fed_00006826-30 | 11/18/2015 | | | REDACTION: Discussion of legal advice from outside counsel Matthew Jones* re the joint venture | AC |
| 88 | | 4/7/2016 | Matthew C. Jones* | Matthew C. Jones*; Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email concerning meeting and legal advice regarding the proposed joint venture with TSC | AC |
| 89 | | 4/7/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding the proposed joint venture with TSC | AC |
| 90 | | 4/7/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding the proposed joint venture with TSC | AC |
| 91 | | 4/7/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding the proposed joint venture with TSC | AC |
| 92 | | 4/7/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding the proposed joint venture with TSC | AC |
| 93 | | 4/7/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding the proposed joint venture with TSC | AC |

(*) indicates attorneys and legal professionals

11

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 94 | | 4/7/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding the proposed joint venture with TSC | AC |
| 95 | | 6/22/2018 | James Wear | Donald Auten*; Doris Kirchner | Email providing information and seeking legal advice regarding potential joint venture | AC |
| 96 | | 6/22/2018 | Donald Auten* | James Wear; Doris Kirchner | Email providing legal advice regarding potential joint venture | AC |
| 97 | | 6/22/2018 | James Wear | Donald Auten*; Doris Kirchner; Craig Cohn | Email concerning legal advice regarding potential joint venture | AC |
| 98 | | 6/22/2018 | Doris Kirchner | Donald Auten*; James Wear | Email concerning legal advice regarding potential joint venture | AC |
| 99 | | 6/22/2018 | Craig Cohn | Doris Kirchner; James Wear; Donald R. Auten* | Email concerning legal advice regarding potential joint venture | AC |
| 100 | | 1/3/2017 | Matthew C. Jones* | Doris Kirchner | Email providing legal advice related to joint ventures | AC |
| 101 | | 1/3/2017 | Doris Kirchner | Matthew C. Jones*; Nicholas P. Brown; Donald R. Auten* | Email seeking legal advice related to joint ventures | AC |
| 102 | | 1/3/2017 | Matthew C. Jones* | Doris Kirchner; Nicholas P. Brown; Donald R. Auten* | Email providing legal advice related to joint ventures | AC |
| 103 | | 1/3/2017 | Matthew C. Jones* | Nicholas P. Brown | Email providing legal advice related to joint ventures | AC |
| 104 | | 1/2/2017 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice related to joint ventures | AC |
| 105 | | 1/2/2017 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice related to joint ventures | AC |
| 106 | | 1/2/2017 | Doris Kirchner | Matthew C. Jones*; Donald R. Auten*; Nicholas P. Brown | Email seeking legal advice related to joint ventures | AC |
| 107 | | 1/3/2017 | Nicholas P. Brown | Matthew C. Jones* | Email concerning legal advice related to joint ventures | AC |

(*) indicates attorneys and legal professionals

12

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 108 | | 1/2/2017 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice related to joint ventures | AC |
| 109 | | 1/2/2017 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email concerning  legal advice related to joint ventures | AC |
| 110 | | 1/2/2017 | Nicholas P. Brown | Matthew C. Jones* | Email seeking  legal advice related to joint ventures | AC |
| 111 | | 12/23/2016 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones* | Email concerning legal advice related to TSC MSO | AC |
| 112 | | 12/23/2016 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones* | Email concerning legal advice related to TSC MSO | AC |
| 113 | | 12/23/2016 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones* | Email seeking  legal advice related to TSC MSO | AC |
| 114 | | 12/15/2016 | Nicholas P. Brown | Doris Kirchner; Mike Shannon; Ted Sirotta | Email providing documentation to legal counsel for use in advice about proposed joint ventures, with attached draft term sheets for HHSM joint venture | AC |
| 115 | | 12/15/2016 | Matthew C. Jones* | Nicholas P. Brown; Ted Sirotta; Donald R. Auten* | Email providing legal advice about proposed joint ventures, with attached attorney drafts of term sheets for HHSM joint venture | AC |
| 116 | | 12/13/2016 | Nicholas Newsad [Healthcare Transaction Advisors] | Nicholas Brown | Email providing valuation prepared at the direction of legal counsel in connection with evaluating regulatory compliance of proposed joint venture | AC |

(*) indicates attorneys and legal professionals

13

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 117 | | 12/13/2016 | Nicholas P. Brown | Doris Kirchner; Ted Sirotta; Matthew C. Jones* | Email seeking legal advice regarding potential MSO, with attached draft Healthcare Transaction Advisors Fair Market Value Analysis, and HHSM MSO 10 year projection summary | AC |
| 118 | | 9/18/2016 | Nico Brown | Doris Kirchner | Email conveying legal advice provided by outside counsel regarding contemplated joint venture, with attached supporting documents | AC |
| 119 | | 9/6/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing legal advice regarding contemplated joint venture | AC |
| 120 | | 9/6/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing legal advice regarding contemplated joint venture | AC |
| 121 | | 9/6/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing legal advice regarding contemplated joint venture | AC |
| 122 | | 9/18/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email concerning  legal advice regarding contemplated joint venture | AC |
| 123 | | 9/18/2016 | Doris Kirchner | Matthew C. Jones*; Nicholas P. Brown; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture | AC |
| 124 | | 9/18/2016 | Donald R. Auten* | Matthew C. Jones*; Nicholas P. Brown; Doris Kirchner | Email providing  legal advice regarding contemplated joint venture | AC |
| 125 | | 9/18/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing  legal advice regarding contemplated joint venture | AC |
| 126 | | 9/17/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding contemplated joint venture, with three attached forecasts  as revised by legal counsel | AC |
| 127 | | 9/16/2016 | Doris Kirchner | Nicolas Brown; Matthew Jones* | Email seeking legal advice regarding contemplated joint venture | AC |

(*) indicates attorneys and legal professionals

14

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 128 | | 9/16/2016 | Matthew C. Jones* | Doris Kirchner; Nicholas P. Brown | Email providing legal advice regarding contemplated joint venture | AC |
| 129 | | 9/16/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones* | Email discussing legal counsel's advice regarding contemplated joint venture | AC |
| 130 | | 9/18/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email discussing legal counsel's advice regarding contemplated joint venture | AC |
| 131 | | 9/18/2016 | Nicholas P. Brown | Mike Shannon; Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email conveying advice from legal counsel and revised valuations prepared at the direction of legal counsel in connection with evaluating regulatory compliance of proposed joint venture, with three attached valuations | AC |
| 132 | | 9/18/2016 | Nicholas P. Brown | Donald R. Auten*; Matthew C. Jones*; Doris Kirchner | Email providing legal advice regarding contemplated joint venture | AC |
| 133 | | 9/17/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email conveying advice from legal counsel and revised valuations prepared at the direction of legal counsel in connection with evaluating regulatory compliance of proposed joint venture, with three attached valuations | AC |
| 134 | | 9/17/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email providing information to legal counsel for counsel's use in providing advice regarding contemplated joint venture | AC |
| 135 | | 9/16/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email providing documentation for use by legal counsel and seeking legal advice regarding contemplated joint venture, with three attached valuations | AC |

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 136 | | 9/16/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones* | Email responding to legal counsel's advice regarding contemplated joint venture | AC |
| 137 | | 9/19/2016 | Donald R. Auten* | Doris Kirchner; Matthew C. Jones* | Email concerning legal advice regarding contemplated joint venture | AC |
| 138 | | 9/18/2016 | Donald R. Auten* | Doris Kirchner | Email seeking information for use in formulating legal advice concerning contemplated joint venture | AC |
| 139 | | 9/18/2016 | Matthew C. Jones* | Doris Kirchner; Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding contemplated joint venture | AC |
| 140 | | 9/18/2016 | Matthew C. Jones* | Doris Kirchner; Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding contemplated joint venture | AC |
| 141 | | 9/17/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture, with attached leadership development group PowerPoint for use in discussions | AC |
| 142 | | 9/17/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email seeking legal advice regarding contemplated joint venture | AC |
| 143 | | 9/17/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email seeking legal advice regarding contemplated joint venture | AC |
| 144 | | 9/18/2016 | Doris Kirchner | Donald R. Auten* | Email providing information to legal counsel for use in formulating legal advice concerning contemplated joint venture | AC |
| 145 | | 9/18/2016 | Doris Kirchner | Matthew C. Jones*; Nicholas P. Brown; Donald R. Auten* | Email providing information to legal counsel for use in formulating legal advice concerning contemplated joint venture | AC |
| 146 | | 9/18/2016 | Doris Kirchner | Matthew C. Jones*; Nicholas P. Brown; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture | AC |

(*) indicates attorneys and legal professionals

16

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 147 | | 9/17/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email seeking legal advice regarding contemplated joint venture | AC |
| 148 | | 9/17/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture | AC |
| 149 | | 9/17/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture | AC |
| 150 | | 9/17/2016 | Doris Kirchner | Matthew C. Jones*; Nicholas P. Brown; Donald R. Auten* | Email providing information to legal counsel concerning seeking legal advice regarding contemplated joint venture | AC |
| 151 | | 9/9/2016 | Matthew C. Jones* | Doris Kirchner | Email concerning legal advice regarding proposed joint venture | AC |
| 152 | | 9/9/2016 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding proposed joint venture | AC |
| 153 | | 9/9/2016 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding proposed joint venture | AC |
| 154 | | 9/9/2016 | Doris Kirchner | Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice regarding proposed joint venture | AC |
| 155 | | 9/9/2016 | Doris Kirchner | Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice regarding proposed joint venture | AC |
| 156 | | 8/2/2016 | Molly Murphy | Matthew C. Jones*; Nicholas P. Brown; Thomas L. Totten* | Email providing information to legal counsel for use in formulating legal advice concerning contemplated joint venture | AC |
| 157 | | 8/2/2016 | Matthew C. Jones* | Nicholas P. Brown; Molly Murphy; Thomas L. Totten* | Email seeking information needed for use in formulating legal advice concerning contemplated joint venture | AC |
| 158 | | 8/1/2016 | Ted Sirotta | Matthew C. Jones*; Doris Kirchner; Nicholas P. Brown; Donald R. Auten* | Email discussing legal advice regarding proposed joint venture | AC |

(*) indicates attorneys and legal professionals

17

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 159 | | 8/1/2016 | Matthew C. Jones* | Nicholas P. Brown | Email discussing legal advice regarding proposed joint venture | AC |
| 160 | | 8/1/2016 | Matthew C. Jones* | Nicholas P. Brown | Email discussing legal advice regarding proposed joint venture | AC |
| 161 | | 8/1/2016 | Matthew C. Jones* | Doris Kirchner; Nicholas P. Brown; Ted Sirotta; Donald R. Auten* | Email providing legal advice legal advice related to joint ventures, with attached attorney draft of Vail Valley Physical Therapy & Rehabilitation Service Operating Agreement, and attorney summary of formation of the company | AC |
| 162 | | 8/2/2016 | Nicholas P. Brown | Matthew C. Jones*; Molly Murphy; Thomas L. Totten* | Email concerning legal advice related to joint ventures | AC |
| 163 | | 8/1/2016 | Nicholas P. Brown | Matthew C. Jones*; Molly Murphy | Email providing documentation to assist counsel in providing legal advice related to joint ventures | AC |
| 164 | | 8/1/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email concerning legal advice related to joint ventures, with attached HHSM leases with landlords other than VVMC for counsel's analysis and consideration | AC |

(*) indicates attorneys and legal professionals

18

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 165 | | 9/7/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email providing documentation to counsel for use in formulating legal advice regarding contemplated MSO with TSC and VSOF, with attached 990s | AC |
| 166 | | 9/2/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture | AC |
| 167 | | 9/2/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding contemplated joint venture | AC |
| 168 | | 9/2/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice regarding contemplated MSO with TSC and VSOF, with attached model | AC |
| 169 | | 8/31/2016 | Nicholas P. Brown | Doris Kirchner; Ted Sirotta | Discussion of potential options regarding MSO for the purposes of obtaining legal advice from counsel | AC |
| 170 | | 8/31/2016 | Nicholas P. Brown | Doris Kirchner; Ted Sirotta | Discussion of potential options regarding MSO for the purposes of obtaining legal advice from counsel | AC |
| 171 | VH_Fed_00006967 | | | | Removed from privilege log and produced | |
| 172 | VH_Fed_00006970-6971 | 8/4/2016 | Matthew C. Jones* | Matthew C. Jones*; Nicholas P. Brown; Donald R. Auten*; Doris Kirchner | REDACTION: Request for legal advice from outside counsel regarding regulatory compliance of proposed joint venture | AC |
| 173 | | 8/5/2016 | Doris Kirchner | Nico Brown; Matthew Jones*; Donald Auten*; Ted Sirotta | Email providing information to legal counsel regarding contemplated joint venture in connection with obtaining legal advice | AC |

19

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 174 | | 8/5/2016 | Nicholas P. Brown | Nico Brown; Matthew Jones*; Donald Auten*; Ted Sirotta | Email providing information to legal counsel regarding contemplated joint venture in connection with obtaining legal advice, with attached draft valuations prepared at the direction of legal counsel | AC |
| 175 | | 8/4/2016 | Nicholas P. Brown | Matthew C. Jones*; Donald R. Auten*; Doris Kirchner; Ted Sirotta | Email providing information to legal counsel regarding contemplated joint venture in connection with obtaining legal advice, with attached draft financial analyses prepared at the direction of legal counsel | AC |
| 176 | | 8/3/2016 | Nicholas P. Brown | Donald R. Auten*; Doris Kirchner | Email seeking legal advice regarding contemplated joint venture | AC |
| 177 | | 8/3/2016 | Matthew C. Jones* | Nicolas Brown; Ted Sirota; Doris Kirchner | Email providing legal advice regarding contemplated joint venture | AC |
| 178 | | 8/3/2016 | Doris Kirchner | Matthew Jones*; Nicholas Brown; Donald Auten*; Ted Sirotta | Email seeking legal advice regarding contemplated joint venture | AC |
| 179 | | 7/28/2016 | Matthew Jones* | Nicholas Brown | Response to email providing legal advice regarding proposed joint venture | AC |
| 180 | | 8/2/2016 | Nicholas Brown | Matthew Jones*; Ted Sirotta; Doris Kirchner | Email seeking legal advice regarding contemplated joint venture | AC |
| 181 | | 7/28/2016 | Nicholas Brown | Matthew Jones* | Email seeking legal advice regarding contemplated joint venture | AC |
| 182 | | 7/28/2016 | Nicholas Brown | Matthew Jones* | Email seeking legal advice regarding contemplated joint venture | AC |

20

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 183 | | 8/3/2016 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Ted Sirotta; Donald R. Auten* | Email seeking legal advice and providing documentation to assist in formulating advice, regarding a contemplated MSO joint venture, with attached Proaxis PT services agreement, and MSO article | AC |
| 184 | | 7/21/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Nicholas P. Brown; Donald R. Auten* | Email providing attorneys' draft operating agreement regarding the potential joint venture | AC |
| 185 | | 7/25/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing comments to counsel's draft operating agreement regarding the proposed joint venture, with attached draft | AC |
| 186 | | 4/7/2016 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding the proposed joint venture, and attaching board materials related to advice | AC |
| 187 | | 4/6/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner | Email concerning legal advice regarding proposed joint venture | AC |
| 188 | | 4/6/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email concerning legal advice regarding proposed joint venture | AC |
| 189 | | 4/6/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner | Email concerning legal advice regarding proposed joint venture | AC |
| 190 | | 4/5/2016 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email responding to request for legal advice regarding proposed joint venture | AC |
| 191 | | 4/5/2016 | Doris Kirchner | Matthew C. Jones*; Donald R. Auten* | Email seeking legal advice from counsel regarding board resolution | AC |
| 192 | | 4/7/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding proposed joint venture | AC |
| 193 | | 4/7/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint venture, with attached summary of responses to questions to legal counsel | AC |

21

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 194 | | 4/6/2016 | Matthew C. Jones* | Nicholas P. Brown | Email providing legal advice regarding proposed joint venture, with attached documentation regarding legal regulations, and excerpt of attorneys' PowerPoint regarding the legal regulations | AC |
| 195 | | 4/7/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice regarding proposed joint venture, including a request for legal advice regarding bullet pointed questions | AC |
| 196 | | 4/6/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email seeking legal advice regarding proposed joint venture, with attached list of questions | AC |
| 197 | | 4/6/2016 | Nicholas P. Brown | Matthew C. Jones* | Email seeking legal advice regarding proposed joint venture and the Stark Exemption | AC |
| 198 | | 4/6/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email concerning legal advice regarding proposed joint venture, including a request for legal advice regarding responding to questions from the Steadman Clinic | AC |
| 199 | | 4/6/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email seeking legal advice regarding proposed joint venture, including a request for legal advice regarding responding to questions from the Steadman Clinic | AC |
| 200 | | 4/5/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email seeking legal advice regarding proposed joint venture, including a request for legal advice regarding responding to questions from the Steadman Clinic | AC |

(*) indicates attorneys and legal professionals

22

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 201 | | 4/4/2016 | Nico Brown | Mike Shannon; Doris Kirchner | Email conveying information and discussing information for the purposes of seeking legal advice regarding Joint Venture, including identifying topics to bring to legal for the purpose of obtaining legal advice | AC |
| 202 | | 4/1/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner | Email seeking legal advice regarding joint venture model, with attached draft documentation to comment on | AC |
| 203 | | 7/11/2016 | Matthew C. Jones* | Ted Sirotta; Doris Kirchner; Nicholas P. Brown; Becky Crawford; Donald R. Auten* | Email providing legal advice regarding Steadman Joint Venture extension, with attached draft fourth amendment | AC |
| 204 | | 7/11/2016 | Ted Sirotta | Doris Kirchner; Matthew C. Jones*; Nicholas P. Brown; Becky Crawford | Email seeking legal advice regarding Steadman Joint Venture extension | AC |
| 205 | | 7/12/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Ted Sirotta; Becky Crawford; Donald R. Auten* | Email concerning legal advice regarding Steadman joint venture extension | AC |
| 206 | | 7/12/2016 | Doris Kirchner | Matthew C. Jones*; Ted Sirotta; Nicholas P. Brown; Becky Crawford; Donald R. Auten* | Email concerning legal advice regarding Steadman joint venture extension | AC |
| 207 | | 5/27/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint ventures | AC |
| 208 | | 5/27/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Donald Auten* | Email providing information to legal counsel for use in formulating legal advice concerning proposed joint venture | AC |

23

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 209 | | 5/27/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint ventures | AC |
| 210 | | 5/27/2016 | Matthew C. Jones* | Nicholas P. Brown | Email concerning legal advice regarding proposed joint ventures | AC |
| 211 | | 5/27/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint ventures | AC |
| 212 | | 5/24/2016 | Mike Shannon | Nicolas Brown; Doris Kirchner | Email conveying information for the purposes of seeking legal advice regarding Joint Venture | AC |
| 213 | | 5/24/2016 | Mike Shannon | Nicolas Brown; Doris Kirchner | Email conveying information for the purposes of seeking legal advice regarding Joint Venture | AC |
| 214 | | 5/27/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email concerning legal advice regarding proposed joint ventures | AC |
| 215 | | 5/27/2016 | Nicholas P. Brown | Mike Shannon; Doris Kirchner; Ted Sirotta | Email providing information to counsel for use in formulating legal advice regarding proposed joint ventures | AC |
| 216 | | 5/27/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email providing information to counsel for use in formulating legal advice regarding proposed joint ventures | AC |
| 217 | | 5/24/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email discussion with counsel regarding valuation prepared at the direction of counsel and seeking advice regarding new valuation | AC |
| 218 | | 5/24/2016 | Nicholas P. Brown | Mike Shannon; Doris Kirchner | Email conveying information regarding the valuation and discussing valuation information for the purposes of seeking legal advice regarding proposed joint venture | AC |

24

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 219 | | 5/24/2016 | Nicholas P. Brown | Doris Kirchner; Mike Shannon | Email conveying valuation information and discussing valuation information for the purposes of seeking legal advice regarding Joint Venture, with attached supporting documentation and valuation prepared at the direction of legal counsel in connection with assessment of regulatory issues | AC |
| 220 | | 12/2/2015 | Mike Shannon | Matthew Jones*; Doris Kirchner; Donald Auten* | Email seeking legal advice regarding the proposed letter agreement | AC |
| 221 | | 12/2/2015 | Doris Kirchner | Matthew Jones*; Mike Shannon; Donald Auten* | Email seeking legal advice regarding the proposed letter agreement | AC |
| 222 | | 12/2/2015 | Mike Shannon | Matthew Jones*; Doris Kirchner; Donald Auten* | Email providing information to counsel for use in formulating legal advice regarding the proposed side letter | AC |
| 223 | | 12/2/2015 | Doris Kirchner | Matthew Jones*; Mike Shannon; Donald Auten* | Email seeking legal advice regarding the proposed side letter | AC |
| 224 | | 12/2/2015 | Mike Shannon | Matthew Jones*; Doris Kirchner; Donald Auten* | Email providing information to counsel for use in formulating legal advice regarding the proposed side letter | AC |
| 225 | | 12/2/2015 | Matthew C. Jones* | Doris Kirchner; Mike Shannon; Donald R. Auten* | Email providing legal advice regarding the proposed side letter, with revised attorney draft of the side letter | AC |
| 226 | | 12/2/2015 | Matthew C. Jones* | Doris Kirchner; Mike Shannon; Donald R. Auten* | Email providing legal advice regarding the proposed side letter, with attorney draft of the side letter | AC |
| 227 | | 3/24/2016 | Matthew C. Jones* | Mike Shannon; Nicholas Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint venture | AC |
| 228 | | 3/24/2016 | Nicholas P. Brown | Matthew C. Jones*; Mike Shannon; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding proposed joint venture, with attached revised presentation and model | AC |

(*) indicates attorneys and legal professionals

25

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 229 | | 3/23/2016 | Nicholas P. Brown | Mike Shannon; Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice and providing documentation to assist counsel regarding proposed joint venture, with attached updated presentations and model prepared at the direction of legal counsel | AC |
| 230 | | 3/23/2016 | Mike Shannon | Nicholas P. Brown; Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice regarding proposed joint venture | AC |
| 231 | | 3/23/2016 | Mike Shannon | Matthew Jones*; Doris Kirchner; Donald Auten*; Nicholas Brown | Email seeking legal advice regarding proposed joint venture | AC |
| 232 | | 3/23/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Donald Auten*; Mike Shannon | Email seeking legal advice regarding proposed joint venture | AC |
| 233 | | 3/23/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Donald Auten*; Mike Shannon | Email seeking legal advice regarding proposed joint venture | AC |
| 234 | | 3/23/2016 | Mike Shannon | Matthew Jones*; Doris Kirchner; Donald Auten*; Nicholas Brown | Email seeking legal advice regarding proposed joint venture | AC |
| 235 | | 3/23/2016 | Nicholas P. Brown | Mike Shannon; Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice and providing documentation to assist counsel in providing legal advice regarding proposed joint venture, with attached presentations and models prepared at the direction of legal counsel attached | AC |
| 236 | | 3/28/2016 | Matthew C. Jones* | Nicholas P. Brown | Email responding to information provided for use in formulating legal advice regarding potential joint venture | AC |

(*) indicates attorneys and legal professionals

26

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 237 | | 3/28/2016 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice regarding potential joint venture | AC |
| 238 | | 3/28/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice and seeking information regarding potential Joint venture, with attached draft second amended to letter of intent | AC |
| 239 | | 3/28/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice and seeking information regarding potential Joint venture | AC |
| 240 | | 4/1/2016 | Nicholas P. Brown | Elaine Lundblade | Email forwarding legal advice regarding potential joint venture, with attached draft second amended to letter of intent | AC |
| 241 | | 3/28/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Donald R. Auten* | Email providing information to counsel for use in formulating legal advice regarding proposed joint venture | AC |
| 242 | | 3/28/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Donald R. Auten* | Email providing information to counsel for use in formulating legal advice regarding proposed joint venture | AC |
| 243 | | 3/28/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner; Donald R. Auten* | Email providing information to counsel for use in formulating legal advice regarding proposed joint venture | AC |
| 244 | | 3/23/2016 | Mike Shannon | Nicholas P. Brown; Matthew C. Jones*; Doris Kirchner; Donald R. Auten*; Christie Faires | Email concerning potential joint venture and seeking legal advice regarding presentation | AC |
| 245 | | 3/23/2016 | Nicholas P. Brown | Mike Shannon; Matthew C. Jones*; Doris Kirchner; Donald R. Auten*; Christie Faires | Email concerning potential joint venture and seeking legal advice regarding presentation | AC |

27

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 246 | | 3/23/2016 | Mike Shannon | Nicholas P. Brown; Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email concerning potential joint venture and seeking legal advice regarding presentation | AC |
| 247 | | 3/23/2016 | Nicholas P. Brown | Mike Shannon; Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice regarding joint venture, with attached draft valuation screenshot for use in formulating legal advice | AC |
| 248 | | 3/23/2016 | Mike Shannon | Nicholas P. Brown; Matthew C. Jones*; Doris Kirchner; Donald R. Auten*; Christie Faires | Email concerning potential joint venture and seeking legal advice regarding presentation | AC |
| 249 | | 3/23/2016 | Mike Shannon | Nicholas P. Brown; Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email seeking legal advice regarding joint venture | AC |
| 250 | | 3/23/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Mike Shannon; Donald R. Auten* | Email seeking legal advice regarding joint venture, with attached updated draft presentation and model for attorney input | AC |
| 251 | | 3/22/2016 | Matthew C. Jones* | Nicholas Brown; Doris Kirchner; Mike Shannon | Email responding to request for legal advice regarding joint venture | AC |
| 252 | | 3/22/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Mike Shannon | Email seeking legal advice regarding joint venture, with attached updated draft presentation and valuation model for attorney input | AC |
| 253 | | 3/21/2016 | Nicholas P. Brown | Mike Shannon; Doris Kirchner; Matthew C. Jones* | Email seeking legal advice regarding joint venture, with attached draft outline, presentation and model for attorney input | AC |
| 254 | | 3/23/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Mike Shannon; Donald R. Auten* | Email providing legal advice and revised slide regarding proposed joint venture, with attached revised slide | AC |

(*) indicates attorneys and legal professionals

28

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 255 | | 4/18/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding Stark laws | AC |
| 256 | | 4/18/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding Stark laws | AC |
| 257 | | 4/18/2016 | Doris Kirchner | Matthew C. Jones*; Ted Sirotta; Nicholas P. Brown; Donald R. Auten* | Email discussing legal advice regarding Stark laws | AC |
| 258 | | 4/18/2016 | Doris Kirchner | Matthew C. Jones*; Ted Sirotta; Nicholas P. Brown; Donald R. Auten* | Email seeking legal advice regarding Stark laws | AC |
| 259 | | 4/18/2016 | Matthew C. Jones* | Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding applicability of Stark laws, and draft email to N. Olderman | AC |
| 260 | | 4/18/2016 | Matthew C. Jones* | Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding applicability of Stark laws, and draft email to N. Olderman | AC |
| 261 | | 4/15/2016 | Matthew C. Jones* | Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding applicability of Stark laws, and requesting information to include regarding draft email to N. Olderman, with attached potential back-up data | AC |
| 262 | | 4/18/2016 | Nicholas P. Brown | Matthew C. Jones*; Donald R. Auten* | Email discussing legal advice regarding applicability of Stark laws, and draft email to N. Olderman | AC |
| 263 | | 4/18/2016 | Nicholas P. Brown | Matthew C. Jones*; Donald R. Auten* | Email discussing legal advice regarding Stark laws and draft email to N. Olderman | AC |
| 264 | | 4/15/2016 | Nicholas P. Brown | Matthew C. Jones*; Donald R. Auten* | Email providing information to counsel to assist in legal advice regarding draft email to N. Olderman | AC |
| 265 | | 1/29/2016 | Nicholas P. Brown | Matthew Jones*; Doris Kirchner | Email providing information to counsel to assist in formulating legal advice regarding proposed joint venture | AC |

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 266 | | 1/29/2016 | Matthew C. Jones* | Nicolas Brown; Doris Kirchner; Donald Auten* | Email responding to information provided to counsel to assist in formulating legal advice regarding proposed joint venture | AC |
| 267 | | 2/9/2016 | Nicholas P. Brown | Matthew Jones*; Donald Auten*; Doris Kirchner; Ted Sirotta | Email providing information to counsel to assist in formulating legal advice, and requesting legal advice, regarding proposed joint venture | AC |
| 268 | | 2/14/2016 | Nicholas P. Brown | Matthew Jones*; Donald Auten*; Doris Kirchner; Ted Sirotta | Email providing information to counsel to assist in formulating legal advice, and requesting legal advice, regarding proposed joint venture | AC |
| 269 | | 2/14/2016 | Ted Sirotta | Matthew Jones*; Donald Auten*; Doris Kirchner; Nicholas Brown | Email seeking legal advice, regarding proposed joint venture | AC |
| 270 | | 2/15/2016 | Matthew C. Jones* | Ted Sirotta; Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint venture, with attorney drafts of letters of intent | AC |
| 271 | | 11/29/2015 | Donald R. Auten* | Doris Kirchner; Mike Shannon; Matthew C. Jones* | Email providing legal advice regarding responding to S. Boochever email regarding joint venture and lease issues | AC |
| 272 | | 11/28/2015 | Donald R. Auten* | Mike Shannon; Doris Kirchner; Matthew C. Jones* | Email providing legal advice regarding responding to S. Boochever email regarding joint venture and lease issues | AC |
| 273 | | 11/28/2015 | Mike Shannon | Donald R. Auten*; Doris Kirchner | Email concerning legal advice regarding responding to S. Boochever email regarding joint venture and lease issues | AC |
| 274 | | 11/28/2015 | Donald R. Auten* | Doris Kirchner; Mike Shannon | Email responding to request for legal advice for use in responding to S. Boochever email regarding joint venture and lease issues | AC |

(*) indicates attorneys and legal professionals

30

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 275 | | 11/28/2015 | Donald R. Auten* | Mike Shannon; Doris Kirchner; Matthew C. Jones* | Email requesting information for counsel to use in formulating legal advice in responding to S. Boochever email regarding joint venture and lease issues | AC |
| 276 | | 11/28/2015 | Mike Shannon | Donald R. Auten*; Doris Kirchner; Matthew C. Jones* | Email seeking legal advice for use in responding to S. Boochever email regarding joint venture and lease issues | AC |
| 277 | | 11/5/2015 | Donald R. Auten* | Michael Shannon; Doris Kirchner; Matthew C. Jones* | Email providing legal advice regarding joint venture, with attached attorney list of outstanding issues | AC |
| 278 | | 11/22/2015 | Doris Kirchner | Donald R. Auten*; Mike Shannon; Matthew C. Jones* | Email providing information and documentation to counsel needed to respond to Steadman questions, with attached document created in response to questions from attorneys | AC |
| 279 | | 11/22/2015 | Doris Kirchner | Donald R. Auten*; Matthew C. Jones*; Mike Shannon | Email to legal counsel providing information for the purposes of seeking legal advice on forthcoming additional information | AC |
| 280 | | 11/22/2015 | Nicholas Brown | Doris Kirchner | Email discussing attorney advice regarding additional information needed to respond to Steadman questions | AC |
| 281 | | 11/23/2015 | Nicholas P. Brown | Tim Wise | Email forwarding discussion of attorney advice regarding additional information needed to respond to Steadman questions, with attached document created in response to questions from attorneys | AC |
| 282 | | 11/22/2015 | Nicholas P. Brown | Matthew Jones* | Email providing information to counsel needed to respond to Steadman questions | AC |

31

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**

**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 283 | | 7/30/2016 | Nicholas P. Brown | Matthew C. Jones*; Margie Lim-Morison; Doris Kirchner | Email providing information and documentation to assist counsel in formulating opinions and drafting of joint venture agreements, with revised draft agreements attached | AC |
| 284 | | 1/28/2016 | Matthew C. Jones* | Ted Sirotta; Doris Kirchner; Donald R. Auten* | Email concerning legal advice and draft first amendment to the letter of intent | AC |
| 285 | | 1/28/2016 | Ted Sirotta | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email responding to legal advice and draft first amendment to the letter of intent | AC |
| 286 | | 1/27/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing legal advice and draft first amendment to the letter of intent, with attached letter of intent | AC |
| 287 | | 1/28/2016 | Doris Kirchner | Ted Sirotta; Matthew C. Jones*; Donald R. Auten* | Email discussing legal advice and draft first amendment to the letter of intent | AC |
| 288 | | 6/27/2016 | Matthew C. Jones* | Nicholas Brown | Email providing legal advice and board documentation used in formulating legal advice regarding proposed joint venture | AC |
| 289 | | 6/27/2016 | Nicholas P. Brown | Doris Kirchner | Email forwarding Matthew Jones* email providing legal advice and board resolution documentation concerning the proposed joint venture | AC |
| 290 | | 6/27/2016 | Nicholas P. Brown | Matthew C. Jones* | Email responding to legal advice regarding proposed joint venture | AC |

(*) indicates attorneys and legal professionals

32

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 291 | | 6/9/2016 | Nicholas P. Brown | Matthew C. Jones*; Ted Sirotta; Doris Kirchner; Donald R. Auten* | Email responding to legal advice and draft analysis regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 292 | | 6/9/2016 | Matthew C. Jones* | Nicholas P. Brown; Ted Sirotta; Doris Kirchner; Donald R. Auten* | Email providing legal advice and draft analysis regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 293 | | 6/8/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Ted Sirotta | Email seeking legal advice regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 294 | | 6/9/2016 | Nicholas P. Brown | Matthew C. Jones* | Email seeking legal advice regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 295 | | 6/9/2016 | Nicholas P. Brown | Matthew C. Jones* | Email seeking legal advice regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 296 | | 6/9/2016 | Nicholas P. Brown | Matthew C. Jones* | Email seeking legal advice regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 297 | | 6/9/2016 | Nicholas P. Brown | Matthew C. Jones*; Ted Sirotta; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding VSO communications and regulatory implications related to the proposed joint venture | AC |
| 298 | | 4/8/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner | Email seeking legal advice regarding applicability of Stark laws, with attached documentation for counsel's use in formulating opinion | AC |

(*) indicates attorneys and legal professionals

33

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 299 | | 6/9/2016 | Nicholas P. Brown | Nicholas P. Brown | Draft Email to be sent to counsel seeking legal advice regarding applicability of Stark laws, with attached documentation for counsel's use in formulating opinion | AC |
| 300 | | 12/9/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones* | Email seeking legal advice regarding joint venture | AC |
| 301 | | 12/9/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*, Matthew C. Jones* | Email seeking legal advice regarding joint venture | AC |
| 302 | | 12/9/2015 | Matthew C. Jones* | Doris Kirchner | Email responding to information provided to counsel regarding joint venture in connection with provision of legal advice | AC |
| 303 | | 12/9/2015 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones* | Email providing information to legal counsel in connection with provision of legal advice regarding joint venture | AC |
| 304 | | 12/9/2015 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones* | Email providing information to legal counsel in connection with provision of legal advice regarding joint venture | AC |
| 305 | | 12/9/2015 | Doris Kirchner | Mike Shannon; Donald R. Auten*, Matthew C. Jones*; | Email providing information to legal counsel in connection with provision of legal advice regarding joint venture | AC |
| 306 | | 12/22/2015 | Ted Sirotta | Doris Kirchner; Nicholas P. Brown | Email forwarding Matthew Jones* email providing legal advice regarding potential joint venture, with draft confidentiality agreement | AC |
| 307 | | 12/22/2015 | Matthew C. Jones* | Ted Sirotta; Nicholas P. Brown; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding potential joint venture, with draft confidentiality  agreement | AC |

34

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 308 | | 12/22/2015 | Doris Kirchner | Ted Sirotta; Nicholas P. Brown; Elaine M. Lundblade | Email discussing forwarded Matthew Jones* email providing legal advice regarding potential joint venture, with draft confidentiality agreement | AC |
| 309 | | 12/22/2015 | Ted Sirotta | Doris Kirchner; Elaine M. Lundblade; Nicholas P. Brown | Email discussing forwarded Matthew Jones* email providing legal advice regarding potential joint venture, with draft confidentiality agreement | AC |
| 310 | | 12/22/2015 | Doris Kirchner | Ted Sirotta; Nicholas P. Brown; Elaine M. Lundblade | Email commenting on forwarded Matthew Jones* email providing legal advice regarding potential joint venture, with draft confidentiality agreement | AC |
| 311 | | 11/27/2015 | Mike Shannon | Donald Auten*; Matthew Jones*; Thomas Totten* | Email seeking legal advice regarding Stark laws | AC |
| 312 | | 11/27/2015 | Donald Auten* | Mike Shannon; Matthew Jones*; Thomas Totten*; Doris Kirchner | Email responding to request for legal advice regarding Stark laws | AC |
| 313 | | 11/27/2015 | Doris Kirchner | Mike Shannon; Matthew Jones*; Thomas Totten* | Email providing information to counsel needed for formulating advice regarding Stark laws | AC |
| 314 | | 11/27/2015 | Donald Auten* | Mike Shannon; Matthew Jones*; Thomas Totten*; Doris Kirchner | Email seeking information needed to formulate legal advice regarding Stark laws | AC |
| 315 | | 11/27/2015 | Matthew C. Jones* | Doris Kirchner; Mike Shannon; Donald R. Auten*; Thomas L. Totten* | Email responding to request for legal advice regarding Stark laws | AC |
| 316 | | 12/3/2015 | Matthew C. Jones* | Doris Kirchner; Mike Shannon; Donald Auten* | Email providing legal advice regarding the proposed joint venture | AC |
| 317 | | 12/3/2015 | Doris Kirchner | Matthew Jones*; Mike Shannon; Donald Auten* | Email discussing legal advice regarding the proposed joint venture | AC |

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 318 | | 12/3/2015 | Matthew C. Jones* | Doris Kirchner | Email providing legal advice regarding the proposed joint venture, with attached draft agreement, letter of intent, and side letter | AC |
| 319 | | 12/3/2015 | Doris Kirchner | Elaine M. Lundblade; | Email forwarding legal counsel Matthew Jones* advice regarding proposed joint venture, with attached agreements, letter of intent and side letter for the purpose of printing hard copies for Ms. Kirchner's review | AC |
| 320 | | 8/1/2016 | William Mitchell | Nicholas P. Brown; Ted Sirotta; Donald R. Auten*; Matthew C. Jones*; Kirk A. Rebane | Email conveying updated valuation information prepared at the direction of counsel, for the purposes of seeking legal advice regarding proposed joint venture, with attached draft valuation | AC |
| 321 | | 8/1/2016 | Nicholas P. Brown | Doris Kirchner; Mike Shannon; Ted Sirotta | Email conveying valuation information and discussing valuation information for the purposes of seeking legal advice regarding proposed joint venture, with attached draft valuation prepared at the direction of legal counsel | AC |
| 322 | | 6/3/2016 | Bina Patel | Christie Faires; Mike Shannon; Scott Bonin | Email regarding preparation of valuation to be prepared at the direction of legal counsel in connection with analyzing regulatory risks of proposed joint venture | AC |

36

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 323 | | 6/9/2016 | Scott Bonin | Mike Shannon | Email regarding preparation of valuation to be prepared at the direction of legal counsel in connection with analyzing regulatory risks of proposed joint venture | AC |
| 324 | | 6/9/2016 | Mike Shannon | Scott Bonin; Christie Faires | Email regarding preparation of valuation to be prepared at the direction of legal counsel in connection with analyzing regulatory risks of proposed joint venture | AC |
| 325 | | 6/9/2016 | Scott Bonin | Mike Shannon; Christie Faires | Email regarding preparation of valuation to be prepared at the direction of legal counsel in connection with analyzing regulatory risks of proposed joint venture | AC |
| 326 | | 6/9/2016 | Mike Shannon | Doris Kirchner; Ted Sirotta; Nicholas P. Brown; Donald R. Auten*; Matthew Jones* | Email discussing current draft valuation and potential issues for the purposes of obtaining further legal advice regarding valuation | AC |
| 327 | | 6/9/2016 | Nico Brown | Ted Sirotta | Email discussing current draft valuation and potential issues for the purposes of obtaining further legal advice regarding valuation | AC |
| 328 | | 6/9/2016 | Ted Sirotta | Nico Brown | Email discussing current draft valuation and potential issues for the purposes of obtaining further legal advice regarding valuation | AC |
| 329 | | 6/9/2016 | Nicholas P. Brown | Ted Sirotta; Doris Kirchner; Matthew C. Jones* | Email discussing current draft valuation and potential issues for the purposes of obtaining further legal advice regarding valuation | AC |

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 330 | | 5/26/2016 | Bina Patel | Mike Shannon | Email discussing information for the purposes of obtaining legal advice regarding valuation prepared at the direction of legal counsel and regulatory issues concerning proposed joint venture | AC |
| 331 | | 5/26/2016 | Mike Shannon | Nicholas Brown | Email discussing information for the purposes of obtaining legal advice regarding valuation prepared at the direction of legal counsel and regulatory issues concerning proposed joint venture | AC |
| 332 | | 5/27/2016 | Nicholas P. Brown | Bina Patel; Mike Shannon | Email discussing information for the purposes of obtaining legal advice regarding joint venture, with attached draft valuation materials prepared at the direction of legal counsel | AC |
| 333 | | 5/27/2016 | Nicholas P. Brown | Bina Patel; Mike Shannon | Email discussing information for the purposes of obtaining legal advice and conveying legal advice from outside counsel Matthew Jones* regarding joint venture, with attached draft valuation materials prepared at the direction of legal counsel | AC |
| 334 | | 5/6/2016 | Nicholas P. Brown | Matthew C. Jones*; Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email discussing legal advice concerning Stark laws and amendment to letter of intent | AC |
| 335 | | 5/6/2016 | Matthew C. Jones* | Nicholas P. Brown; Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing legal advice concerning Stark laws and amendment to letter of intent, with draft letter of intent | AC |

(*) indicates attorneys and legal professionals

38

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|----------|----------------|------|--------|------------------------------|-------------|-----------|
| 336 | | 3/18/2016 | Nicholas Brown | Mike Shannon | Email conveying information regarding draft valuation and discussions with valuation firm for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 337 | | 3/18/2016 | Mike Shannon | Nicholas Brown | Email conveying information regarding draft valuation and discussions with valuation firm for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 338 | | 3/18/2016 | Nicholas Brown | Mike Shannon | Email conveying information regarding draft valuation and discussions with valuation firm for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 339 | | 3/18/2016 | Nicholas Brown | Mike Shannon; Doris Kirchner | Email conveying information for the purposes of seeking legal advice regarding proposed, with attached draft model prepared at the direction of legal counsel | AC |

39

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 340 | | 2/11/2016 | Nicholas Brown | Doris Kirchner | Email conveying information provided to attorneys for the purposes of seeking legal advice regarding valuation, including issues regarding the Stark Rural Provider Exemption and discussing that information to seek additional legal advice, with attached draft model and valuation prepared at the direction of legal counsel pertaining to the discussion | AC |
| 341 | | | | | Entry removed as non-responsive (relates to Vail Valley Surgery Center, not Howard Head) | |
| 342 | | | | | Entry removed as non-responsive (relates to Vail Valley Surgery Center, not Howard Head) | |
| 343 | | 2/9/2016 | Doris Kirchner | Mike Shannon | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 344 | | 2/9/2016 | Mike Shannon | Doris Kirchner | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 345 | | 2/10/2016 | Doris Kirchner | Mike Shannon | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |

40

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|----------|-----------------|------|--------|------------------------------|-------------|-----------|
| 346 | | 2/10/2016 | Mike Shannon | Doris Kirchner | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 347 | | 2/10/2016 | Doris Kirchner | Mike Shannon | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 348 | | 2/10/2016 | Mike Shannon | Doris Kirchner | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 349 | | 2/10/2016 | Doris Kirchner | Nicholas Brown | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 350 | | 2/10/2016 | Nicholas Brown | Doris Kirchner | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |
| 351 | | 2/10/2016 | Doris Kirchner | Nicholas Brown | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice | AC |

(*) indicates attorneys and legal professionals

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 352 | | 2/10/2016 | Nicholas Brown | Doris Kirchner | Email discussing valuation information prepared at the direction of legal counsel, and discussing that information for the purposes of seeking further legal advice, with attached draft model and valuation materials prepared at the direction of legal counsel pertaining to the discussion | AC |
| 353 | | 12/3/2015 | Doris Kirchner | Donald Auten*; Matthew Jones*; Elaine Lundblade | Email seeking legal advice regarding  SPRI Research Affiliation Agreement | AC |
| 354 | | 12/3/2015 | Matthew C. Jones* | Doris Kirchner; Elaine M. Lundblade; Donald Auten* | Email providing legal advice regarding  SPRI Research Affiliation Agreement | AC |
| 355 | | 12/3/2015 | Doris Kirchner | Donald Auten*; Matthew Jones*; Elaine Lundblade | Email seeking legal advice regarding  SPRI Research Affiliation Agreement | AC |
| 356 | | 12/4/2015 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding  SPRI Research Affiliation Agreement, with attached draft board materials | AC |
| 357 | | 12/4/2015 | Doris Kirchner | Elaine M. Lundblade | Email forwarding outside counsel Matthew Jones* legal advice regarding  SPRI Research Affiliation Agreement, with attached attorney draft board materials | AC |
| 358 | | 12/4/2015 | Doris Kirchner | Mike Shannon; Art Kelton | Email forwarding outside counsel Matthew Jones* legal advice regarding  SPRI Research Affiliation Agreement, with attached attorney draft board materials | AC |
| 359 | | 12/2/2015 | Mike Shannon | Matthew C. Jones*; Doris Kirchner; Donald R. Auten* | Email responding to legal advice regarding draft comments to the letter agreement | AC |

42

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 360 | | 11/29/2015 | Mike Shannon | Doris Kirchner; Chris Jarnot; Art Kelton; Donald R. Auten*; Matthew Jones*; Thomas L. Totten* | Email responding to legal advice regarding letter of intent for PT joint venture | AC |
| 361 | | 11/29/2015 | Donald Auten* | Michael Shannon; Doris Kirchner; Chris Jarnot; Thomas L. Totten*; Matthew C. Jones* | Email providing legal advice regarding letter of intent for PT joint venture, with attorney draft of the letter of intent | AC |
| 362 | | 11/29/2015 | Donald R. Auten* | Michael Shannon; Doris Kirchner; Chris Jarnot; Thomas L. Totten*; Matthew C. Jones* | Email providing legal advice regarding letter of intent for PT joint venture, with attorney draft of the letter of intent | AC |
| 363 | | 11/2/7/15 | Mike Shannon | Doris Kirchner; Chris Jarnot; Art Kelton; Donald R. Auten*; Matthew Jones*; Thomas L. Totten* | Email seeking legal advice regarding letter of intent for PT joint venture | AC |
| 364 | | 11/29/2015 | Matthew C. Jones* | Michael Shannon; Doris Kirchner; Chris Jarnot; Art Kelton; Donald R. Auten*; Thomas L. Totten* | Email providing legal advice regarding letter of intent for PT joint venture, with attorney draft of the letter of intent | AC |
| 365 | | 11/27/2015 | Mike Shannon | Doris Kirchner; Chris Jarnot; Art Kelton; Donald R. Auten*; Matthew C. Jones*; Thomas L. Totten* | Email providing legal advice regarding letter of intent for PT joint venture, with attorney draft of the letter of intent | AC |
| 366 | | 1/23/2017 | Matthew C. Jones* | Nicholas P. Brown; Donald R. Auten* | Email providing legal advice related to joint ventures | AC |
| 367 | | 1/21/2017 | Matthew C. Jones* | Nicholas P. Brown; Donald R. Auten* | Email providing legal advice  related to joint ventures | AC |
| 368 | | 1/21/2017 | Nicholas P. Brown | Matthew C. Jones*; Donald R. Auten* | Email seeking legal advice related to joint ventures | AC |
| 369 | | 1/20/2017 | Nicholas P. Brown | Matthew C. Jones* | Email seeking legal advice related to joint ventures | AC |
| 370 | | 11/11/2016 | Doris Kirchner | Nico Brown; Ted Sirotta; Matthew Jones* | Email conveying and discussing information for use in obtaining legal advice regarding joint venture | AC |

(*) indicates attorneys and legal professionals

43

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 371 | | 11/14/2016 | Doris Kirchner | Nico Brown; Ted Sirotta; Matthew Jones* | Email conveying and discussing information for use in obtaining legal advice regarding joint venture | AC |
| 372 | | 11/11/2016 | Ted Sirotta | Nico Brown | Email conveying and discussing information for use in obtaining legal advice regarding joint venture | AC |
| 373 | | 11/11/2016 | Nicholas Newsad | Nico Brown; Matthew Jones* | Email conveying valuation information for the purposes of seeking legal advice regarding proposed draft valuation, with attached documentation and valuation prepared at the direction of legal counsel | AC |
| 374 | | 11/22/2016 | Nicholas P. Brown | Mike Shannon | Email conveying information regarding valuation models and discussing that information for the purposes of seeking legal advice regarding Joint Venture, with attached valuations prepared at the direction of legal counsel | AC |
| 375 | | 11/21/2016 | Nicholas P. Brown | Mike Shannon | Email conveying information regarding valuation models and discussing that information for the purposes of seeking legal advice regarding Joint Venture, with attached valuations prepared at the direction of legal counsel | AC |

(*) indicates attorneys and legal professionals

44

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 376 | | 11/15/2016 | Nicholas P. Brown | Matthew C. Jones* | Email conveying information regarding valuation models and discussing that information for the purposes of seeking legal advice regarding Joint Venture, with attached valuations prepared at the direction of legal counsel | AC |
| 377 | | 11/14/2016 | Nicholas P. Brown | Doris Kirchner; Ted Sirotta; Matthew C. Jones* | Email conveying and discussing information for use in obtaining legal advice regarding proposed joint venture | AC |
| 378 | | 11/14/2016 | Nicholas P. Brown | Ted Sirotta | Email conveying and discussing information for use in obtaining legal advice regarding proposed joint venture | AC |
| 379 | | 11/11/2016 | Nico Brown | Doris Kirchner; Ted Sirotta | Email discussing information conveyed for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 380 | | 11/11/2016 | Doris Kirchner | Nico Brown; Ted Sirotta | Email discussing information conveyed for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 381 | | 11/11/2016 | Nico Brown | Doris Kirchner; Ted Sirotta | Email discussing information conveyed for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 382 | | 11/11/2016 | Nico Brown | Doris Kirchner; Ted Sirotta; Matthew Jones* | Email conveying summary and questions regarding valuation for the purposes of seeking legal advice regarding proposed joint venture, with attached analyses prepared at the direction of legal counsel | AC |

(*) indicates attorneys and legal professionals

45

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 383 | | 11/11/2016 | Nicholas P. Brown | Matthew C. Jones* | Email forwarding information and documentation conveyed for use in obtaining legal advice regarding proposed joint venture, with attached valuation | AC |
| 384 | | 11/11/2016 | Nicholas P. Brown | Doris Kirchner; Ted Sirotta | Email forwarding information and documentation conveyed for use in obtaining legal advice regarding proposed joint venture, with attached analysis prepared at the direction of legal counsel | AC |
| 385 | | 11/18/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones* | Email discussing counsel's legal advice regarding proposed joint venture | AC |
| 386 | | 11/18/2015 | Mike Shannon | Donald R. Auten*; Doris Kirchner; Matthew C. Jones* | Email discussing counsel's legal advice regarding proposed joint venture | AC |
| 387 | | 11/18/2015 | Donald R. Auten* | Doris Kirchner; Mike Shannon; Matthew C. Jones* | Discussion of legal advice concerning proposed response to TSC attorney regarding HH joint venture LOI | AC |
| 388 | | 11/17/2015 | Mike Shannon | Doris Kirchner | Email discussing concerns regarding valuation for the purpose of discussing those concerns with legal counsel | AC |
| 389 | | 11/17/2015 | Mike Shannon | Doris Kirchner | Email conveying information provided to attorneys for the purposes of seeking legal advice regarding Letter of Intent and Steadman comments, and discussing that information to seek additional legal advice regarding proposed joint venture | AC |

46

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 390 | | 11/17/2015 | Mike Shannon | Doris Kirchner | Email conveying information provided to attorneys for the purposes of seeking legal advice regarding Letter of Intent and Steadman comments and valuation information, and discussing that information to seek additional legal advice regarding proposed joint venture | AC |
| 391 | | 11/17/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones*; Art Kelton; Chris Jarnot | Email providing information for use in formulating legal advice regarding proposed joint venture, with attached comments for counsel | AC |
| 392 | | 11/18/2015 | Doris Kirchner | Donald R. Auten*; Mike Shannon; Matthew C. Jones* | Email discussing counsel's legal advice regarding proposed joint venture | AC |
| 393 | | 11/17/2015 | Doris Kirchner | Mike Shannon | Email conveying information provided to attorneys for the purposes of seeking legal advice regarding Letter of Intent and Steadman comments and valuation information, and discussing that information to seek additional legal advice regarding proposed joint venture | AC |
| 394 | | 11/17/2015 | Doris Kirchner | Mike Shannon | Email conveying information provided to attorneys for the purposes of seeking legal advice regarding Letter of Intent and Steadman comments and valuation information, and discussing that information to seek additional legal advice regarding proposed joint venture | AC |
| 395 | | 11/17/2015 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones*; Art Kelton; Chris Jarnot | Email responding to information for use in formulating legal advice regarding proposed joint venture | AC |

47

(*) indicates attorneys and legal professionals

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 396 | | 2/23/2016 | Doris Kirchner | Nico Brown | Email seeking comment on the draft valuation for the purposes of obtaining legal advice regarding valuation, with attached draft valuation prepared at the direction of legal counsel | AC |
| 397 | | 3/22/2016 | Nicholas P. Brown | Nicholas P. Brown | Internal email from Nicholas P. Brown to Nicholas P. Brown with draft valuation documents to print and review | AC |
| 398 | | 2/23/2016 | Doris Kirchner | Nico Brown | Email reviewing comments on the draft valuation for the purposes of obtaining legal advice regarding valuation, with attached draft valuation prepared at the direction of legal counsel | AC |
| 399 | | 2/23/2016 | William Mitchell | Doris Kirchner; Nicholas P. Brown; Ted Sirotta; Donald R. Auten*; Matthew C. Jones*; Kirk A. Rebane | Email conveying attached draft valuation prepared at the direction of legal counsel in connection with regulatory analysis | AC |
| 400 | | 2/23/2016 | Nicholas P. Brown | Doris Kirchner | Email providing comment on the draft valuation for the purposes of obtaining legal advice regarding valuation, with attached draft valuation prepared at the direction of legal counsel | AC |

48

(*) indicates attorneys and legal professionals

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 401 | | 3/18/2016 | Nico Brown | Ted Sirotta | Email conveying valuation information and documents and seeking comment on the valuation for the purposes of seeking legal advice regarding Joint Venture | AC |
| 402 | | 12/27/2016 | Tanya Rippeth | Doris Kirchner; Rick Smith | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 403 | | 12/23/2016 | Rick Smith | Doris Kirchner; Tanya Rippeth | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 404 | | 12/23/2016 | Doris Kirchner | Rick Smith; Tanya Rippeth | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 405 | | 12/27/2016 | Tanya Rippeth | Nico Brown | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 406 | | 12/27/2016 | Tanya Rippeth | Nico Brown | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 407 | | 12/23/2016 | Rick Smith | Nico Brown; Tanya Rippeth | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 408 | | 12/23/2016 | Doris Kirchner | Nico Brown | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 409 | | 12/23/2016 | Doris Kirchner | Janet Savage*; Rick Smith; Tanya Rippeth; Nico Brown | Email seeking legal advice regarding employment agreements | AC |
| 410 | | 12/27/2016 | Nico Brown | Tanya Rippeth | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |

(*) indicates attorneys and legal professionals

49

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 411 | | 12/27/2016 | Nico Brown | Tanya Rippeth | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 412 | | 12/24/2016 | Nico Brown | Rick Smith; Tanya Rippeth | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 413 | | 12/23/2016 | Nico Brown | Doris Kirchner | Discussion of request for legal advice from outside counsel regarding employment agreements | AC |
| 414 | | 11/25/2015 | Doris Kirchner | Matthew Jones*; Donald Auten* | Email seeking legal advice regarding proposed joint venture | AC |
| 415 | | 11/25/2015 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint venture and attorney draft of letter of intent and board resolutions | AC |
| 416 | | 11/27/2015 | Doris Kirchner | Art Kelton; Chris Jarnot; Mike Shannon | Email forwarding legal advice regarding proposed joint venture and attorney draft of letter of intent, with attached letter of intent and resolutions | AC |
| 417 | | 11/20/2015 | Nicholas P. Brown | Doris Kirchner | Email discussing valuation items including potential application of a research affiliation agreement so as to obtain legal advice regarding same | AC |
| 418 | | 11/20/2015 | Nicholas P. Brown | Doris Kirchner | Email discussing valuation items including potential application of a research affiliation agreement so as to obtain legal advice regarding same | AC |

(*) indicates attorneys and legal professionals

50

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 419 | | 11/20/2015 | Doris Kirchner | Nicholas P. Brown | Email discussing valuation items including potential application of a research affiliation agreement so as to obtain legal advice regarding same | AC |
| 420 | | 11/20/2015 | Doris Kirchner | Nicholas P. Brown | Email discussing valuation items including potential application of a research affiliation agreement so as to obtain legal advice regarding same | AC |
| 421 | | 11/11/2015 | Mike Shannon | Matthew Jones*; Donald Auten*; Doris Kirchner | Email requesting legal advice regarding the proposed joint venture | AC |
| 422 | | 11/11/2015 | Donald Auten* | Mike Shannon; Matthew Jones*; Doris Kirchner | Email providing legal advice regarding the proposed joint venture | AC |
| 423 | | 11/11/2015 | Mike Shannon | Matthew Jones*; Donald Auten*; Doris Kirchner | Email responding to legal advice regarding the proposed joint venture | AC |
| 424 | | 11/11/2015 | Matthew C. Jones* | Mike Shannon; Doris Kirchner; Donald R. Auten* | Email providing legal advice regarding proposed joint venture, with revised attached draft letter of intent | AC |
| 425 | | 11/9/2015 | Mike Shannon | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email providing information for use in formulating legal advice regarding proposed joint venture, with attached draft letter of intent | AC |
| 426 | | 11/6/2015 | Donald R. Auten* | Mike Shannon; Doris Kirchner; Matthew C. Jones* | Email providing legal advice regarding proposed joint venture | AC |
| 427 | | 10/24/2016 | Nico Brown | Nicholas Newsad; Matthew Jones* | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |

(*) indicates attorneys and legal professionals

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 428 | | 10/24/2016 | Nicholas Newsad | Nicholas P. Brown; Matthew Jones* | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |
| 429 | | 10/21/2016 | Nicholas Newsad | Nicholas P. Brown; Matthew Jones* | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |
| 430 | | 11/4/2016 | Nico Brown | Nicholas Newsad; Matthew Jones* | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |
| 431 | | 11/4/2016 | Nicholas Newsad | Nicholas P. Brown; Matthew Jones* | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |
| 432 | | 11/4/2016 | Nico Brown | Nicholas Newsad; Matthew Jones* | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |
| 433 | | 11/6/2015 | Kirk Rebane | Doris Kirchner; Donald Auten*, Matthew Jones*; Kirk Rebane | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |
| 434 | | 11/17/2015 | Doris Kirchner | Kirk Rebane; | Communication concerning valuation prepared at direction of legal counsel in connection with assessing regulatory compliance of proposed joint venture | AC |

52

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 435 | | 11/10/2015 | Doris Kirchner | Kirk Rebane; Donald Auten*; Matthew Jones*; Ted Sirotta | Email providing documents at the request of counsel and seeking information to provide to counsel, with attached valuation engagement | AC |
| 436 | | 11/10/2015 | Doris Kirchner | Elaine Lundblade | Email forwarding documents at the request of counsel and seeking information to provide to counsel, with attached valuation proposal | AC |
| 437 | | 11/10/2015 | Doris Kirchner | Donald R. Auten*; Matthew C. Jones*; Ted Sirotta | Email seeking legal advice regarding engagement letter, with attached valuation proposal | AC |
| 438 | | 11/30/2016 | Nicholas Newsad | Nicholas P. Brown; Matthew Jones* | Email providing valuation documents prepared at the request of counsel to attorneys for review and for the purposes of providing legal advice regarding valuation, with attached draft report | AC |
| 439 | | 12/9/2016 | Nico Brown | Ted Sirota | Email providing valuation documents for the purposes of discussing to seek further legal advice regarding the contents | AC |
| 440 | | 12/6/2016 | Nico Brown | Ted Sirota | Email providing valuation documents for the purposes of discussing to seek further legal advice regarding the contents | AC |
| 441 | | 12/1/2016 | Nico Brown | Doris Kirchner; Mike Shannon | Email providing valuation documents for the purposes of discussing to seek further legal advice regarding the contents | AC |
| 442 | | 12/8/2015 | Mike Shannon | Doris Kirchner; Daniel Pennington | Email providing  information for use in formulating legal advice regarding TSC/HH joint venture, with attached presentation | AC |

(*) indicates attorneys and legal professionals

53

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 443 | | 12/8/2015 | Doris Kirchner | Donald R. Auten*; Mike Shannon | Email providing information for use in formulating legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 444 | | 12/8/2015 | Donald Auten* | Doris Kirchner; Mike Shannon; Matthew C. Jones* | Email providing legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 445 | | 12/8/2015 | Doris Kirchner | Donald R. Auten*; Mike Shannon | Email providing information for use in formulating legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 446 | | 12/8/2015 | Donald Auten* | Doris Kirchner; Mike Shannon; Matthew C. Jones* | Email providing legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 447 | | 12/8/2015 | Mike Shannon | Doris Kirchner; Donald Auten*; Matthew C. Jones* | Email providing information for use in formulating legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 448 | | 12/8/2015 | Donald Auten* | Doris Kirchner; Mike Shannon; Matthew C. Jones* | Email providing legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 449 | | 12/8/2015 | Doris Kirchner | Donald R. Auten*; Mike Shannon; Matthew C. Jones* | Email providing information for use in formulating legal advice regarding TSC/HH joint venture, with attached presentation | AC |
| 450 | | 11/24/2015 | Thomas Totten* | Doris Kirchner; Mike Shannon; Matthew C. Jones* | Communication from outside counsel providing draft Steadman lease | AC |

(*) indicates attorneys and legal professionals

54

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 451 | | 11/25/2015 | Donald Auten* | Doris Kirchner; Mike Shannon; Matthew C. Jones*; Thomas Totten* | Communication from outside counsel requesting information from client in connection with providing legal advice regarding Steadman Lease | AC |
| 452 | | 11/25/2015 | Doris Kirchner | Donald Auten*; Mike Shannon; Matthew C. Jones*; Thomas Totten* | Communication from client providing information to outside counsel necessary to provide legal advice regarding Steadman lease | AC |
| 453 | | 11/25/2015 | Mike Shannon | Donald Auten*; Doris Kirchner; Matthew C. Jones*; Thomas Totten* | Communication from client providing information to outside counsel necessary to provide legal advice regarding Steadman lease | AC |
| 454 | | 11/25/2015 | Donald R. Auten* | Mike Shannon; Thomas L. Totten*; Doris Kirchner; Matthew C. Jones* | Email responding to request for legal advice regarding status of proposed joint venture | AC |
| 455 | | 11/25/2015 | Mike Shannon | Donald Auten*; Doris Kirchner; Matthew C. Jones*; Thomas Totten* | Email providing information to legal counsel for use in formulating legal advice regarding status of proposed joint venture | AC |
| 456 | | 4/26/2016 | William Mitchell | Nico Brown; Ted Sirotta; Kirk Rebane; Adam Weinstein | Email conveying latest draft valuation prepared at the direction of counsel for the purpose of obtaining further legal advice | AC |
| 457 | | 5/3/2016 | Nico Brown | Matthew Jones*; Donald Auten* | Email providing draft valuation prepared at the direction of counsel for the purpose of obtaining further legal advice, with attached draft valuation prepared at direction of legal counsel in connection with analyzing regulatory compliance | AC |

(*) indicates attorneys and legal professionals

55

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 458 | | 11/17/2016 | Nicholas Newsad | Nico Brown | Email conveying latest draft valuation prepared at the direction of counsel for the purpose of obtaining further legal advice | AC |
| 459 | | 11/21/2016 | Nico Brown | Matthew Jones*; Nicholas Newsad | Email discussing valuation and questions regarding valuation values for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 460 | | 11/22/2016 | Nico Brown | Matthew Jones*; Nicholas Newsad | Email discussing valuation and questions regarding valuation values for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 461 | | 11/23/2016 | Nicholas Newsad | Nico Brown; Matthew Jones* | Email responding to questions regarding valuation information for the purposes of seeking further legal advice regarding proposed joint venture | AC |
| 462 | | 11/23/2016 | Nico Brown | Matthew Jones*; Nicholas Newsad | Email discussing valuation and questions regarding valuation values for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 463 | | 11/23/2016 | Nico Brown | Matthew Jones*; Nicholas Newsad | Email discussing valuation and questions regarding valuation values for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 464 | | 11/23/2016 | Nico Brown | Matthew Jones*; Nicholas Newsad | Email discussing valuation and questions regarding valuation values for the purposes of seeking legal advice regarding proposed joint venture | AC |

(*) indicates attorneys and legal professionals

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 465 | | 11/23/2016 | Nicholas Newsad | Nico Brown; Matthew Jones* | Email discussing valuation and questions regarding valuation values for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 466 | | 11/23/2016 | Nico Brown | Matthew Jones*; Nicholas Newsad | Email conveying information and discussing that information for the purposes of seeking legal advice regarding proposed joint venture | AC |
| 467 | | 11/23/2016 | Nicholas Newsad | Nico Brown; Matthew Jones* | Email responding to questions regarding valuation information for the purposes of seeking further legal advice regarding proposed joint venture | AC |
| 468 | | 11/23/2016 | Nico Brown | Doris Kirchner; Ted Sirotta | Email conveying information and discussing that information for the purposes of seeking legal advice regarding proposed joint venture, with attached draft valuations prepared at the direction of legal counsel in connection with ensuring regulatory compliance | AC |
| 469 | | 7/1/2016 | Nico Brown | Ted Sirotta | Email discussing information for the purposes of obtaining legal advice regarding joint venture | AC |
| 470 | | 7/3/2016 | Nico Brown | Ted Sirotta | Email discussing information for the purposes of obtaining legal advice regarding joint venture, with attached valuations prepared at the direction of legal counsel | AC |
| 471 | | 1/25/2016 | Matthew C. Jones* | Nicholas P. Brown; Donald R. Auten* | Email providing legal advice regarding proposed joint venture, with attached opinion | AC |

(*) indicates attorneys and legal professionals

57

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 472 | | 2/13/2016 | Nicholas P. Brown | Mike Shannon | Email forwarding Matthew Jones* email providing legal advice regarding potential joint venture, with attached opinion | AC |
| 473 | | 2/11/2016 | Nico Brown | Donald R. Auten* | Email providing valuation documents to attorneys for review in advance of meeting and seeking legal advice on documents related to joint venture, with attached documentation and valuations prepared at direction of legal counsel | AC |
| 474 | | 2/11/2016 | Nico Brown | Doris Kirchner; Mike Shannon | Discussing documents to provide to outside counsel in connection with seeking legal advice regarding proposed joint venture | AC |
| 475 | | 2/10/2016 | Nico Brown | Doris Kirchner | Discussing documents to provide to outside counsel in connection with seeking legal advice regarding proposed joint venture | AC |
| 476 | | 1/25/2016 | Nicholas P. Brown | Donald R. Auten* | Email responding to legal advice regarding proposed joint venture, with attached opinion | AC |
| 477 | | 1/25/2016 | Nicholas P. Brown | Matthew Jones* | Seeking legal advice regarding position on Stark Exemption for VSO joint venture | AC |

58

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 478 | | 2/19/2018 | Fran Stinsman | Harold Dupper; Doris Kirchner; Donald R. Auten*; Gregory A. Brodek*; Elaine M. Lundblade; Theresa Doris; Cheryl A. Dalessandro* | Email providing weekly summary documentation concerning legal matters including Steadman lease and MSO, with attached attorney summary | AC |
| 479 | | 11/14/2017 | Renee Depew | Harold Dupper; Doris Kirchner; Gregory A. Brodek*; Donald R. Auten*; Cheryl A. Dalessandro*; Theresa Doris | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 480 | | 11/7/2017 | Fran Stinsman | Doris Kirchner; Donald R. Auten*; Harold Dupper; Gregory A. Brodek*; Renee Depew; Cheryl A. Dalessandro*; Theresa Doris | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 481 | | 10/30/2017 | Renee Depew | Donald R. Auten*; Doris Kirchner; Harold Dupper; Gregory A. Brodek*; Cheryl A. Dalessandro*; Theresa Doris; Fran Stinsman* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 482 | | 10/25/2017 | Renee Depew | William Schloss; Donald R. Auten*; Doris Kirchner; Gregory A. Brodek*; Cheryl A. Dalessandro* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 483 | | 10/19/2017 | Gregory A. Brodek* | Doris Kirchner; William Schloss; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |

(*) indicates attorneys and legal professionals

59

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 484 | | 10/10/2017 | Renee Depew | Doris Kirchner; Gregory A. Brodek*; Donald R. Auten*; William Schloss; Cheryl A. Dalessandro* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 485 | | 10/5/2017 | Gregory A. Brodek* | Doris Kirchner; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 486 | | 9/28/2017 | Donald R. Auten* | Doris Kirchner; Ted Sirotta; Gregory A. Brodek* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 487 | | 9/19/2017 | Renee Depew | Ted Sirotta; Doris Kirchner; Donald R. Auten*; Gregory A. Brodek*; Cheryl A. Dalessandro* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 488 | | 9/12/2017 | Gregory A. Brodek* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 489 | | 9/5/2017 | Renee Depew | Donald R. Auten*; Ted Sirotta; Doris Kirchner; Cheryl A. Dalessandro*; Theresa Doris | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 490 | | 9/1/2017 | Renee Depew | Donald R. Auten*; Ted Sirotta; Doris Kirchner; Cheryl A. Dalessandro*; Theresa Doris | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |

(*) indicates attorneys and legal professionals

60

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 491 | | 8/23/2017 | Gregory A. Brodek* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman lease, with attached attorney summary | AC |
| 492 | | 8/14/2017 | Gregory A. Brodek* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman lease, with attached attorney summary | AC |
| 493 | | 8/8/2017 | Gregory A. Brodek* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman lease, with attached attorney summary | AC |
| 494 | | 7/25/2017 | Gregory A. Brodek* | Doris Kirchner; Ted Sirotta; Donald R. Auten*; Renee Depew; Cheryl A. Dalessandro* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 495 | | 7/18/2017 | Gregory A. Brodek* | Doris Kirchner; Donald R. Auten*; Ted Sirotta; Renee Depew | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 496 | | 7/11/2017 | Gregory A. Brodek* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 497 | | 10/26/2016 | Matthew Jones* | Doris Kirchner; Ted Sirotta; Donald Auten*; Mike Shannon | Email providing legal advice related to HH joint venture valuation prepared at the direction of legal counsel | AC |

(*) indicates attorneys and legal professionals

61

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 498 | | 5/24/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 499 | | 5/17/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 500 | | 5/10/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 501 | | 5/6/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 502 | | 4/26/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 503 | | 4/25/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing attorney advice regarding potential joint venture, with attached summary | AC |
| 504 | | 4/5/2016 | Nicholas P. Brown | Doris Kirchner; Mike Shannon; Ted Sirotta | Email conveying valuation information prepared at the request of counsel for the purposes of seeking further legal advice regarding Joint Venture, with attached draft valuation materials | AC |

(*) indicates attorneys and legal professionals

62

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 505 | | 4/5/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 506 | | 3/29/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 507 | | 3/22/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 508 | | 3/14/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 509 | | 3/10/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 510 | | 3/1/2016 | Matthew C. Jones* | Doris Kirchner | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 511 | | 3/1/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 512 | | 2/26/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 513 | | 2/23/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 514 | | 2/16/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 515 | | 2/9/2016 | Matthew C. Jones* | Doris Kirchner | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 516 | | 2/9/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 517 | | 2/2/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including joint venture matters, with attached attorney summary | AC |
| 518 | | 1/28/2016 | Ted Sirotta | Matthew C. Jones*; Doris Kirchner | Email providing documentation to counsel regarding joint venture | AC |

(*) indicates attorneys and legal professionals

64

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 519 | | 1/19/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including VSO/HH joint venture with attached attorney summary | AC |
| 520 | | 1/12/2016 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including VSO/HH joint venture with attached attorney summary | AC |
| 521 | | 12/29/2015 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including VSO/HH joint venture with attached attorney summary | AC |
| 522 | | 12/18/2015 | Nicholas P. Brown | Matthew C. Jones*; Ted Sirotta; Donald R. Auten*; Doris Kirchner | Email providing information and background materials in seeking legal advice regarding contemplated joint venture, with attachments | AC |
| 523 | | 11/28/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones*; Thomas L. Totten* | Email providing information and documentation to counsel for use in formulating legal advice regarding the SPRI Agreement, with attached summary of terms | AC |
| 524 | | 11/27/2015 | Mike Shannon | Donald R. Auten*; Doris Kirchner; Matthew C. Jones* | Email seeking legal counsel's advice regarding SPRI strategic alignment, with draft presentation attached | AC |
| 525 | | 11/22/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones* | Email providing information and documentation regarding proposed joint venture, with attached discussion summary | AC |

(*) indicates attorneys and legal professionals

65

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 526 | | 11/17/2015 | Mike Shannon | Doris Kirchner; Donald R. Auten*; Matthew C. Jones* | Email providing legal advice regarding proposed joint venture, with attached draft attorney response | AC |
| 527 | | 11/17/2015 | Matthew C. Jones* | Doris Kirchner; Ted Sirotta; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 528 | | 11/11/2015 | Donald R. Auten* | Mike Shannon; Matthew C. Jones*; Doris Kirchner | Email providing legal advice regarding proposed joint venture, with revised attached draft letter of intent | AC |
| 529 | | 111/10/15 | Elaine Lundblade | Doris Kirchner | Email sending document provided for purposes of seeking legal advice, with attached HH TSC joint venture valuation proposal | AC |
| 530 | | 11/9/2015 | Matthew C. Jones* | Doris Kirchner; Donald R. Auten* | Email providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 531 | | 11/9/2015 | Matthew C. Jones* | Doris Kirchner; Mike Shannon; Donald R. Auten* | Email providing legal advice and attorney drafts of the letter of intent and term sheet regarding the joint venture, with attached documents | AC |
| 532 | | 11/5/2015 | Matthew C. Jones* | Donald R. Auten*; Michael Shannon; Doris Kirchner | Email providing legal advice regarding joint venture, with attached attorney list of outstanding issues | AC |
| 533 | | 11/4/2015 | Mike Shannon | Doris Kirchner; Donald Auten*; Matthew Jones* | Email requesting legal advice regarding draft documents for SPRI agreement | AC |
| 534 | | 11/5/2015 | Matthew C. Jones* | Mike Shannon; Doris Kirchner; Donald R. Auten* | Email responding to request for legal advice regarding draft documents for SPRI agreement | AC |

(*) indicates attorneys and legal professionals

66

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 535 | | 7/5/2018 | Doris Kirchner | Donald R. Auten*; Nicholas P. Brown; Gregory A. Brodek* | Email discussing legal advice regarding proposed joint venture | AC |
| 536 | | 4/4/2017 | Doris Kirchner | Matthew C. Jones*; Donald R. Auten* | Email requesting legal assistance regarding proposed joint venture, with document for S. Boochever to review | AC |
| 537 | | 1/3/2017 | Doris Kirchner | Nicholas P. Brown; Matthew C. Jones*; Donald R. Auten* | Email providing information to counsel for use in formulating legal advice regarding the MSO | AC |
| 538 | | 6/4/2016 | Doris Kirchner | Mike Shannon; Nicholas P. Brown; Ted Sirotta; Matthew C. Jones* | Email seeking legal advice regarding VSO joint venture and the Stark Rural Exemption | AC |
| 539 | | 3/16/2016 | Doris Kirchner | Mike Shannon; Janet Savage*; Nicholas P. Brown | Email requesting legal advice regarding proposed joint venture and PHI breach | AC; WP |
| 540 | | 11/30/2015 | Doris Kirchner | Matthew C. Jones*; Donald R. Auten*; Thomas L. Totten* | Email providing information and documentation to legal counsel seeking advice regarding draft presentation regarding SPRI Strategic Alignment, with attached presentation | AC |
| 541 | | 11/27/2015 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones* | Email seeking legal advice regarding draft presentation regarding SPRI Strategic Alignment, with attached presentation | AC |
| 542 | | 11/17/2015 | Doris Kirchner | Mike Shannon; Donald R. Auten*; Matthew C. Jones* | Email responding to legal advice regarding proposed joint venture | AC |

67

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 543 | | 11/9/2015 | Doris Kirchner | Ted Sirotta | Email forwarded from legal counsel providing weekly summary documentation concerning legal matters including Steadman and SPRI lease and joint venture matters, with attached attorney summary | AC |
| 544 | | 1/17/2019 | Nicholas P. Brown | Will Cook | Email providing confidential documents and information from 2015-2017 joint venture internally for purposes of enabling new CEO to obtain further legal advice on new proposed joint venture, with attached valuations | AC |
| 545 | | 1/3/2019 | Doris Kirchner | Donald R. Auten*; Gregory A. Brodek*; Will Cook | Email seeking legal advice regarding TSC email, with attached discussion materials | AC |
| 546 | | 3/17/2019 | Donald Auten* | Will Cook | Email responding to request for legal advice regarding TSC joint venture | AC |
| 547 | | 3/17/2019 | Will Cook | Donald Auten* | Email seeking legal advice regarding TSC joint venture | AC |
| 548 | | 3/17/2019 | Donald Auten* | Will Cook | Email responding to request for legal advice regarding TSC joint venture | AC |
| 549 | | 3/17/2019 | Will Cook | Donald Auten* | Email seeking legal advice regarding TSC joint venture | AC |
| 550 | | 3/17/2019 | Will Cook | Donald Auten* | Email seeking legal advice regarding TSC joint venture | AC |

(*) indicates attorneys and legal professionals

68

SRC v. Vail Health, 1:19-cv-02075-WJM-GPG
Vail Health's Privilege Log 11/2/2021

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 551 | | 2/5/2019 | Doris Kirchner | Will Cook; Donald R. Auten*; Harold Dupper; Gregory A. Brodek* | Seeking legal advice from counsel regarding TSC joint venture | AC |
| 552 | | 2/5/2019 | Will Cook | Doris Kirchner; Donald R. Auten*; Harold Dupper; Gregory A. Brodek* | Seeking legal advice from counsel regarding TSC joint venture | AC |
| 553 | | 2/5/2019 | Doris Kirchner | Will Cook; Donald R. Auten*; Harold Dupper; Gregory A. Brodek* | Seeking legal advice from counsel regarding TSC joint venture | AC |
| 554 | VH_Fed_00006968-6969 | | | | Removed from privilege log and produced | |
| 555 | | 12/19/2016 | Nicholas P. Brown | Matthew Jones* | Email discussing attorney advice related to joint ventures | AC |
| 556 | | 12/13/2016 | Ted Sirotta | Matthew C. Jones*; Nicholas P. Brown | Email seeking legal advice regarding proposed joint venture, with attached questions and comments to the Term Sheet | AC |
| 557 | | 12/13/2016 | Matthew C. Jones* | Nicholas P. Brown; Ted Sirotta | Email providing legal advice regarding proposed joint venture, with attached term sheets for TSC joint venture | AC |
| 558 | | 12/9/2016 | Matthew C. Jones* | Doris Kirchner; Nicholas P. Brown; Ted Sirotta; Donald R. Auten* | Email providing legal advice regarding proposed joint venture, with attached term sheet for TSC joint venture | AC |
| 559 | | 11/4/2016 | HHEDW@VVMC | Nico Brown | Internal scan of HTC agreement for purposes of review to seek legal advice | AC |
| 560 | | 8/2/2016 | William Mitchell | Nicholas P. Brown; Ted Sirotta; Donald R. Auten*; Matthew C. Jones*; Kirk A. Rebane | Email providing draft valuation prepared at the request of counsel,  with attached draft valuation | AC |
| 561 | | 5/3/2016 | Doris Kirchner | Nicholas P. Brown | Email forwarding Matthew Jones* legal advice regarding potential joint venture, with attached summary | AC |

(*) indicates attorneys and legal professionals

69

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 562 | | 4/5/2016 | Mike Shannon | Ted Sirotta; Nicholas P. Brown; Doris Kirchner; Donald R. Auten*; Matthew C. Jones* | Email seeking legal advice from counsel regarding the HH joint venture structure with TSC with attached draft valuation | AC |
| 563 | | 4/5/2016 | William Mitchell | Nicholas P. Brown; Ted Sirotta; Donald R. Auten*; Matthew C. Jones*; Kirk A. Rebane | Email providing draft valuation prepared at the request of counsel, with attached draft valuation | AC |
| 564 | | 11/23/2015 | Tim Wise | Nico Brown | Email preparing components of draft valuation prepared at the direction of counsel in connection with assessing regulatory compliance | AC |
| 565 | | 1/2/2017 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice related to joint ventures | AC |
| 566 | | 1/2/2017 | Nicholas P. Brown | Doris Kirchner; Matthew C. Jones*; Donald R. Auten* | Email concerning legal advice related to joint ventures | AC |
| 567 | | 12/19/2016 | Nicholas P. Brown | Ted Sirota | Email forwarding communications with outside counsel Matthew Jones* discussing work product related to joint ventures, with attached draft term sheet | AC |
| 568 | | 12/19/2016 | Nicholas P. Brown | Matthew C. Jones* | Email seeking legal advice regarding VSO term sheet, VSO term sheet attached | AC |

(*) indicates attorneys and legal professionals

70

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|---|---|---|---|---|---|---|
| 569 | | 12/15/2016 | Nicholas P. Brown | Matthew C. Jones* | Email providing documentation to counsel in connection with obtaining legal advice, with attachments pertaining to the joint venture | AC |
| 570 | | 12/14/2016 | Nicholas P. Brown | Ted Sirotta; Matthew C. Jones* | Email providing  legal advice regarding proposed joint venture, with attached responses questions and comments to the Term Sheet | AC |
| 571 | | 12/12/2016 | Nicholas P. Brown | Ted Sirotta; Matthew C. Jones* | Email providing information to counsel regarding MSO joint venture, with draft valuation prepared at the direction of legal counsel in connection with analyzing regulatory compliance | AC |
| 572 | | 9/21/2016 | Nico Brown | Mike Shannon; Doris Kirchner | Email conveying information and discussing that information for the purposes of seeking legal advice regarding Joint Venture | AC |
| 573 | | 6/10/2016 | Nicholas P. Brown | Doris Kirchner; Ted Sirotta; Matthew C. Jones*; Donald R. Auten* | Email providing information to legal counsel regarding VSO joint venture, with attached data | AC |
| 574 | | 4/6/2016 | Nico Brown | Tim Wise | Email forwarding outside counsel Matthew Jones* legal advice and seeking input requested by attorney, with attached draft analyses prepared at the direction of legal counsel | AC |
| 575 | | 2/18/2016 | Nicholas P. Brown | Luke O'Brien | Email forwarding Matthew Jones* email providing legal advice regarding potential joint venture, with draft confidentiality agreement | AC |

71

(*) indicates attorneys and legal professionals

**SRC v. Vail Health, 1:19-cv-02075-WJM-GPG**
**Vail Health's Privilege Log 11/2/2021**

| Item No. | Production Nos. | Date | Author | Recipient(s) including cc's | Description | Privilege |
|----------|-----------------|------|--------|------------------------------|-------------|-----------|
| 576 | | 2/11/2016 | Nico Brown | Terry Schroeder; Ted Sirotta | Email discussing information for the purposes of obtaining legal advice regarding joint venture | AC |
| 577 | | 2/1/2016 | Nicholas P. Brown | Matthew Jones* | Email seeking legal advice regarding contemplated joint venture | AC |
| 578 | | 11/18/2015 | Nico Brown | Diana Layman | Legal advice from attorneys as to joint venture issues | AC |
| 579 | | 7/31/2016 | Matthew Jones* | Nicholas Brown; Margie-Lim Morison; Doris Kirchner | Email discussion with counsel seeking legal advice regarding potential joint venture | AC |
| 580 | | 1/21/2016 | Nicholas Brown | Matthew Jones* | Request for legal advice from outside counsel regarding analysis of regulatory compliance of proposed joint venture | AC |

(*) indicates attorneys and legal professionals

72

***Sports Rehab Consulting LLC v. Vail Clinic, Inc. d/b/a Vail Health***
**No. 1:19-cv-02075-WJM-GPG (D. Colo.)**

Appendix of Individuals on Vail Health's Privilege Log

| Name | Title |
|------|-------|
| Matthew C. Jones | Attorney, Duane Morris LLP |
| Doris Kirchner | President and CEO, Vail Health |
| Mike Shannon | Chair, Vail Health Board of Directors |
| Donald R. Auten | Attorney, Duane Morris LLP |
| Nicholas Brown | Senior Vice President, Howard Head Sports Medicine Operations and Vail Health Total Joint Care |
| Thomas Totten | Attorney, Duane Morris LLP |
| Ted Sirotta | Sr. VP, Finance and CFO, Vail Health |
| Art Kelton | Member, Vail Health Board of Directors |
| Chris Jarnot | Member, Vail Health Board of Directors |
| Will Cook | CEO, Vail Health |
| Harold Dupper | SR.VP Finance, CFO, Vail Health |
| Eric Affeldt | Member, Vail Health Board of Directors |
| Justin Starzyk | Member, Vail Health Board of Directors |
| Gregory Brodek | Attorney, Duane Morris, LLP |
| James Wear | Attorney, Wear Travers Perkins LLC |
| Craig Cohn | V.P. of Real Estate Development, Vail Health |
| Nicholas Newsad | Healthcare Transaction Advisors |
| Molly Murphy | Property Coordinator, Vail Health |
| Becky Crawford | Compliance and Risk Specialist, Vail Health |
| Elaine Lundblade | Executive Assistant to Doris Kirchner, Vail Health |
| Christie Faires | Executive Assistant to Mike Shannon, Chair of Vail Health's Board of Directors |
| Tim Wise | Senior Business Projects Manager, Vail Health |
| Margie Lim-Morison | VP, Risk Management, Quality, HIM (Attorney), Vail Health |
| Kirk Rebane | Haverford Healthcare Advisors |
| Bina Patel | Deloitte |
| Scott Bonin | Deloitte |
| William Mitchell | Haverford Healthcare Advisors |
| Rick Smith | Sr. VP of Human Resources, Vail Health |
| Tanya Rippeth | Director, Human Resources, Vail Health |
| Janet Savage | Attorney, Davis Graham & Stubbs LLP |
| Daniel Pennington | President, Vail Health Foundation |
| Adam Weinstein | Haverford Healthcare Advisors |
| Fran Stinsman | Legal Assistant, Duane Morris LLP |
| Theresa Doris | Executive Assistant to the CFO, Chief Real Estate Development, Compliance Officer, Vail Health |
| Cheryl A. Dalessandro | Legal Assistant, Duane Morris LLP |
| Renee Depew | Legal Assistant, Duane Morris LLP |
| Luke O'Brien | Vice President, Howard Head Sports Medicine, Vail Health |
| Terry Schroeder | Financial Analyst, Vail Health |
| Diana Layman | Executive Assistant, Administration Offices, Vail Health |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

**DEFENDANT VAIL HEALTH'S RESPONSE TO PLAINTIFFS' RULE 37 MOTION TO COMPEL #5 RELATING TO DOCUMENTS IN VAIL HEALTH'S PRIVILEGE LOG OR ALTERNATIVELY, *IN CAMERA* REVIEW AT VAIL HEALTH'S COST**

---

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") submits this response to Plaintiffs Sports Rehab Consulting LLC's and Lindsay Winninger's (collectively, "Plaintiffs") Rule 37 Motion to Compel #5 Relating to Documents in Vail Health's Privilege Log, or Alternatively, *In Camera* Review at Vail Health's Cost ("Motion").

## PRELIMINARY STATEMENT

This is Plaintiffs' fifth Motion to Compel, representing a continuation of the same vexatious litigation tactics for which they were twice reprimanded in June of this year. (Dkt. 113, 118.) Notwithstanding Plaintiffs representation that they have attempted to confer with Vail Health, Plaintiffs ignore the fact that Vail Health had already agreed to provide—and has provided—an amended log, addressing the deficiencies Plaintiffs claim existed. Vail Health remains willing to address any additional reasonable issues Plaintiffs raise. The filing of this Motion indicates that Plaintiffs are less concerned with the adequacy of Vail Health's privilege

log and more concerned about continuing to multiply the burdens of this litigation. It should be
denied.

## **ARGUMENT**

**I.**   **Vail Health's Privilege Log Was Timely Served and Meets the Requirements Set
Forth in This Circuit.**

Plaintiffs allege Vail Health's privilege log is deficient because it does not provide

company affiliation for each individual, does not provide email addresses, does not differentiate

between direct and copied recipients, fails to provide meaningful descriptions, includes entries

that are business communications and not legal advice, includes factual information, and

contains entries summarizing legal matters. (Dkt. 195 at 4-7.) Plaintiffs also argue that Vail

Health's privilege log was untimely served. Plaintiffs' arguments should be rejected.

**A.**   **Vail Health's Privilege Log is Compliant**.

Privilege logs must contain "the author or origin of the document; any documents or

materials attached to the document; all recipients of the document, including addresses and

persons or entities receiving copies; the date of the origin of the document; and a description of

the contents of the document in sufficient detail as to reveal why it is subject to the asserted

privilege." *Wildearth Guardians v. United States Forest Serv.*, 713 F. Supp. 2d 1243, 1266 (D.

Colo. 2010) (internal citations omitted). Vail Health's privilege log contains the required

information. (Dkt. 195-4.)

i.   Vail Health has Sufficiently Identified Individuals.

Plaintiffs argue that Vail Health should be required to identify every individual by

company affiliation, and claim, disingenuously, that because an appraiser was identified by

company, this "begs the question that information was originally in the log and later removed."

(Dkt. 195 at 3.) Plaintiffs' accusations are baseless,[1] and Vail Health is not required to provide a company affiliation for every individual identified. *Id.* (listing requirements). Vail Health has already explained to Plaintiffs that to the extent that an individual is listed on Vail Health's privilege log, they are a Vail Health employee, a Vail Health Board Member, an attorney or legal professional,[2] or an agent retained by Vail Health. (Dkt. 195-2.) However, to address this concern, on November 2, 2021 Vail Health provided Plaintiffs with an appendix containing a list of the individuals appearing on the privilege log and their company affiliation. (**Exhibit 1**, Appendix of Individuals on Log.)

      ii.      Vail Health is not Obligated to Differentiate Between Direct Recipients and Copied Recipients.

Plaintiffs provide no authority for the proposition that a privilege log must identify whether an attorney is a direct recipient or is instead copied on an email. Instead, they argue that it is "impossible to ascertain" whether legal advice was requested or provided without knowing if an attorney is a direct recipient. (Dkt. 195 at 5.)

This proposition ignores the reality of business e-mail practice, where the placement of a recipient as a direct recipient versus a carbon copy is virtually meaningless. The location of an attorney's name on an email does not strip the email of its privileged nature. *ePlus Inc. v. Lawson Software, Inc.*, 2012 U.S. Dist. LEXIS 177616, *25-26 (E.D. Va. Dec. 14, 2012) (emails carbon copying attorney were privileged); *Santrade, Ltd. v. GE*, 150 F.R.D. 539, 545 (E.D.N.C.

---

[1] This is not the first time that Plaintiffs have made such baseless, false, and vexatious statements. This is consistent with their prior history, and this Court should not countenance these kinds of remarks. (Dkt. 113 at 5, 6-7.)

[2] Plaintiffs also claim that Vail Health's use of the phrase "attorneys and legal professionals" is deficient. To the extent that an individual is identified as an attorney or legal professional, they are either an attorney or work for an attorney and are included in the privilege. *United States ex rel. Stone v. Rockwell Int'l. Corp.*, 144 F.R.D. 396, 399 (D. Colo. 1992) (adopting *United States v. United Shoe Mach. Corp.*, 89 F. Supp. 357, 358 (D. Mass. 1950)).

1993) ("document need not be authored or addressed to an attorney in order to be properly withheld on attorney-client privilege grounds"). Vail Health has properly withheld documents and communications seeking legal advice, and Plaintiffs' argument should be rejected.

### iii. Vail Health's Log Provides Sufficient Description.

Plaintiffs argue that Vail Health has not provided a meaningful description because Vail Health excluded the email's subject matter line. Plaintiffs ignore that Vail Health is not required to include an email subject matter line. *E.g.*, *Wildearth*, 713 F. Supp. 2d at 1266. In addition, Plaintiffs claim that documents containing a third-party recipient or sender are not privileged. Third party recipients do not void privilege where, as here, third parties such as Healthcare Transaction Advisors, Haverford, and Deloitte acted as Vail Health's agent. *United States v. Kovel*, 296 F.2d 918, 923 (2d. Cir. 1961) (third party communication to obtain legal advice made in confidence privileged); *Phillips v. Boilermaker-Blacksmith Nat'l Pension Trust*, 2021 U.S. Dist. LEXIS 186381, *13-14 (D. Kan. Sept. 29, 2021); *Austin v. City & Cnty. of Denver*, 2006 U.S. Dist. LEXIS 32048, *15-18 (D. Colo. May 18, 2006).

As to entry 342, Vail Health has previously explained to Plaintiffs why this was included in the log. (Dkt. 195-2 at 5.) The first two emails in the chain are not relevant to this matter, as they contain a discussion about a surgical center unrelated to physical therapy. The second email in the chain is the only one on which individuals from The Steadman Clinic and Vail Summit Othopedics are copied. The remaining emails on the chain—which were included because they are arguably responsive and relevant—are privileged.

### iv. Documents and Communications Included in the Privilege Log Are Requests for Legal Advice or Responses Containing Legal Advice.

Plaintiffs next argue that there are multiple entries that do not reflect a request for or provision of legal advice. Plaintiffs claim many emails appear to be internal business

communications, with an attorney copied at a later point in time. As discussed in Section II.A, *infra*, the documents and communications in question largely relate to regulatory concerns raised by myriad complex healthcare laws.

Plaintiffs also argue that Vail Health circulated documents containing factual information and that these documents are not privileged. Plaintiffs are wrong. Courts have agreed that where documents are provided for the purposes of obtaining legal advice, they are privileged. *FTC v. Boehringer Ingelheim Pharms., Inc.*, 180 F. Supp. 3d 1, 31 (D.D.C. 2016); *Williams v. Sprint/United Mgmt. Co.*, 238 F.R.D. 633, 640 (D. Kan. 2006) (communications and documents circulated internally to non-attorney employees for the purpose of discussing or seeking legal advice were privileged). Plaintiffs point to entry 544, but this entry relates to an email sent by Nicholas Brown to incoming CEO Will Cook, attaching documents previously prepared to assist counsel in addressing regulatory concerns, and which were provided to Mr. Cook so that he could understand the prior approach to the regulatory issues. **Exhibit 3**, Declaration of Nicholas Brown, ¶ 15; Dkt 195-4 at 77.

> v.      Vail Health Has Appropriately Withheld Communications Sent By Its Attorneys.

Plaintiffs next claim that there are several entries that are deficient because they do not identify legal advice requested or obtained. Plaintiffs are incorrect. The entries that Plaintiffs identify are emails from legal assistants, document specialists, or attorneys at Duane Morris LLP providing Vail Health with an update as to many ongoing legal issues. By way of example, log entry 478-79[3] is an email from Fran Stinsman (a document specialist) to Vail Health and Duane

---

[3] Entries 480 – 96, 498 – 02, 505 – 17, 519 – 21, 527 and 530 are the same kinds of documents. Renee Depew is a legal administrative assistant at Duane Morris, and Gregory Brodek, Donald Auten, and Matthew Jones are or were attorneys with Duane Morris. These individuals are included in the attorney-client privilege. *Rockwell*, 144 F.R.D. at 399 (D. Colo. 1992).

Morris attorneys, attaching a document containing a weekly report from those attorneys as to ongoing legal matters. This is a textbook example of attorney-client privilege—a document prepared by counsel for their client about ongoing legal matters to provide legal services and advice. To the extent Plaintiffs argue otherwise, their arguments are baseless.

**B.   Vail Health's Log Was Timely Served**.

Plaintiffs argue that Vail Health's privilege log is untimely and that a determination that privilege has been waived is appropriate. Plaintiffs claim, disingenuously, that Vail Health has not explained why it served its log only after Plaintiffs filed a motion to compel and that waiver of any asserted privilege is appropriate. Plaintiffs also claim that they have given Vail Health "more than ample time to address its deficient privilege log." (Dkt. 195 at 8.) Plaintiffs are mistaken.

Following this Court's June 10, 2021 Order clarifying the relevant timeframe for discovery, Vail Health engaged in significant additional review of documents. (Dkt. 107 at 6.) As Vail Health explained in its response to Plaintiffs' Motion to Compel #3, it substantially completed its document production on August 6, 2021. (Dkt. 154 at 10.)  Plaintiffs filed their Motion to Compel #1 on August 5, 2021, their second Motion to Compel on August 10, 2021, and their third Motion to Compel on August 12, 2021.[4] (Dkt. 154 at 10-11.) While Vail Health was diligently working to complete its 580-entry privilege log, it was also forced to devote considerable time responding to these motions. On September 7, 2021, three days before Vail Health served its privilege log, Plaintiffs filed their fourth Motion to Compel. (Dkt. 157.) On

---

[4] Notably, despite Plaintiffs' claims that Vail Health's privilege log was untimely, they did not serve their own log until August 12, 2021, despite serving their discovery responses on March 30 and 31, 2021. To the extent Plaintiffs believe an untimely production warrants waiver, that argument applies with equal force to Plaintiffs' own privilege log.

September 10, 2021, Vail Health provided Plaintiffs with a privilege log comprising 580 entries. Vail Health's privilege log was timely served.

Vail Health has since served its amended privilege log on November 2, 2021, to address various concerns raised by Plaintiffs. Between the time that Vail Health received Plaintiffs initial complaints about its privilege log and the time in which it provided the amended log, Vail Health was also required to brief Plaintiffs' four motions to compel, prepare for and participate in approximately eight hours of hearing on these motions to compel,[5] take and defend multiple depositions scheduled or rescheduled by Plaintiffs,[6] and file numerous Motions to Restrict and respond to Plaintiffs' oppositions thereto.

Waiver of privilege is not appropriate here. Vail Health has worked in good faith to timely produce its original and amended privilege log. *White v. Graceland College Ctr. for Prof'l Dev. & Lifelong Learning, Inc.*, 586 F. Supp. 2d 1250, 1266 (D. Kan. 2008) (waiver unwarranted where good faith attempts at compliance and other mitigating circumstances); *Salazar v. Bocanegra*, 2012 U.S. Dist. LEXIS 196660, *12 (D.N.M. July 27, 2012). Nothing about Vail Health's conduct here would warrant the extreme sanction of waiver of its attorney-client privilege.

---

[5] Dkt. 182 – 183, setting hearing dates and times.
[6] By way of example, Plaintiffs rescheduled the deposition of Nicholas Brown for four hours on October 19, 2021. On October 14, 2021 Plaintiffs informed Vail Health they were adjourning his deposition and would file a motion to extend his deposition from four to seven hours. Vail Health objected to this tactic, and ultimately this dispute required the intervention of this Court. (Dkt. 198.) In addition, Plaintiff Lindsay Winninger was scheduled to be deposed on October 1, 2021. The day before, counsel for Plaintiffs unilaterally cancelled her deposition and rescheduled it for the following week. (**Exhibit 2**, September 30, 2021 Email from Plaintiffs' Counsel.)

## II.     The Documents and Communications Listed in Vail Health's Log Are Privileged.

Plaintiffs make four broad arguments to support their contention that certain documents are not privileged. Each of these arguments is flawed and should be disregarded.

### A.     Valuation Documents were Prepared at the Request of Counsel and Are Privileged.

Plaintiffs claim that certain entries relate to valuations conducted by independent appraisers and that these documents are not privileged.[7] Plaintiffs' argument first fails because Plaintiffs appear to suggest that any communication regarding these valuations is not privileged, without any individualized assessment of the sender, recipients, and subject of the emails. Second, Plaintiffs assume that the fair market valuation analyses at issue were created for purposes unrelated to legal advice. As discussed below, however, and as Vail Health has previously explained in its Response to Plaintiffs' Motion to Compel #4, appraisal firms were retained as agents by Vail Health to perform valuations of potential joint ventures to assist Vail Health's attorneys in assessing regulatory risks associated with those potential joint ventures. *Kovel*, 296 F.2d at 923 (2d. Cir. 1961); *Austin*, 2006 U.S. Dist. LEXIS 32048 at *15-18. Thus, they are privileged. However, to expedite resolution of this matter, Vail Health has no objection to providing these documents for an *in camera* review.

The documents and communications identified by Plaintiffs fall into four broad categories. (Pls.' Motion at 9, n.42.)  First, there are **attorney-client communications**. This includes entries 117, 131, 133, 135, 174, 217, 247, 252, 293, 329, 376, 383, 437, 457, 473, and 571. (Exhibit 3, Declaration of Nicholas Brown at ¶ 6; Dkt. 195-4.) These documents are privileged. They are communications from a client to an attorney seeking legal advice. Exhibit 1;

---

[7] Plaintiffs cite to a number of cases, but none address a situation where valuation documents were prepared to assist legal counsel in assessing regulatory compliance issues.

*In re Qwest Comm'ns. Int'l*, 450 F.3d 1179, 1185 (10th Cir. 2006). By way of example, entry 252 is an email from Nicholas Brown to Matthew Jones, one of Vail Health's attorneys, then-CEO Doris Kirchner, and then-Board Chair Michael Shannon, seeking legal input on a draft presentation. (Dkt. 195-4 at 32.) Similarly, entry 376 is an email from Nicholas Brown to Matthew Jones, seeking legal advice on the Stark Law after an internal discussion about a valuation. (Dkt. 195-4 at 51; Exhibit 3, ¶ 17). Plaintiffs offer no explanation as to why these documents are not privileged.

Second, there are **client-client communications**. This includes entries 219, 321, 331, 340, 374, 375, 396, 397, 436, 439, 440, 441, 468, 470, 474, 504, 529, 544, 559, and 564. These documents are privileged because they discuss legal advice provided or are discussing information for the purpose of obtaining legal advice. *Graff v. Haverhill North Coke Co.*, 2012 U.S. Dist. LEXIS 162013, *25-28 (S.D. Oh. Nov. 13, 2012); *White*, 586 F. Supp. 2d at 1269 (corporate communications privileged where communication was for primary purpose of obtaining legal advice); *Williams*, 238 F.R.D. at 640. By way of example, entries 440 and 441 are communications from Nicholas Brown to Ted Sirotta, then-Senior Vice President and CFO at Vail Health and to Doris Kirchner and Michael Shannon, providing a copy of the latest draft valuation for their review so that Vail Health could approach its attorneys with further questions about regulatory compliance.[8] (Exhibit 3, ¶ 13).

---

[8] Plaintiffs' argument that Vail Health's internal communications are not privileged is flawed. First, their use of VH_Fed_00001942 – 1945 (Ex. 33 to Plaintiffs' Motion to Compel #4) is a violation of Fed. R. Civ. P. 25(b)(5)(B). Vail Health reserves the right to file a motion as to this violation. In addition, VH_Fed_00001942 – 1945 is attorney-client privileged. (Dkt. 196-5.) A request for legal advice need not be express. *Hercules Inc. v. Exxon Corp.*, 434 F. Supp. 136, 144 (D. Del. 1977). This is an email chain between Nicholas Brown, the appraiser, Doris Kirchner, Ted Sirotta, and outside counsel Matthew Jones, where Vail Health and its counsel were collectively evaluating whether a different structure for the proposed joint venture would address

Third, there are **attorney-client-appraiser communications**. These include entries 320, 341, 373, 399, 427, 428, 429, 430, 431, 432, 433, 435, 438, 459, 460-67, 554, 560, 562, and 563. These communications are privileged because the appraisers were retained for the purposes of assisting Vail Health's attorneys in providing legal advice. Exhibit 3, ¶¶ 6-8; *Valley Forge*, 2016 U.S. Dist. LEXIS 201652 at *9-10; *Kovel*, 296 F.2d at 923 (2d. Cir. 1961); *Austin*, 2006 U.S. Dist. LEXIS 32048, at *15-18. Healthcare is a highly regulated industry and healthcare providers are required to comply with the Stark Law and the Anti-Kickback Statute. 42 U.S.C. § 1395nn; 42 U.S.C. § 1320a-7b. Vail Health engaged appraisal firms to conduct valuations to enable their attorneys to assess regulatory risks associated with these laws. Exhibit 3, ¶¶ 6-8. These valuations were critical to that assessment because transactions between hospitals and physicians must generally occur at fair market value. 42 U.S.C. § 1395nn(e)(7) (requiring group practice arrangements to be compensated at fair market value); *Heartland Surgical Specialty Hosp. LLC v. Midwest Div. Inc.*, 2007 U.S. Dist. LEXIS 53217, *19 n.5 (D. Kan. July 20, 2007) ("to avoid violations of Stark and anti-kickback laws physician compensation must be based on the fair market value of the services performed"). These valuations were undertaken on the advice of counsel and were then provided to counsel for the purposes of obtaining legal advice regarding regulatory risks. *Graff*, 2012 U.S. Dist. LEXIS 162013, at *25-28 (audit documents requested by legal counsel, for the purpose of providing legal advice were privileged); *Boehringer*, 180 F. Supp. 3d at 31; Exhibit 3, ¶ 8. By way of example, entry 435 is an email from an appraisal firm sent to Doris Kirchner, then-CEO of Vail Health at the request of Vail Health's attorneys, and

---

the legal issues posed by the fair market value requirements. Exhibit 3 at ¶ 14; *Valley Forge Ins. Co. v. Hartford Iron & Metal*, 2016 U.S. Dist. LEXIS 201652, *9-10 (N.D. Ind. Nov. 4, 2016) (attorney client privilege extends to third parties who assist a lawyer in giving advice); *Williams*, 238 F.R.D. at 640. This document is, contrary to Plaintiffs' assertion, privileged.

entry 438 is an email from an appraisal firm to Nicholas Brown and Vail Health's attorneys, providing a draft valuation report. (Dkt. 195-4 at 60.)

Finally, there are **appraiser-client communications**, including entries 116, 322-325, 330, 332, 333, 434, 456, and 458. These communications are privileged for the same reason as above—the appraiser was retained to assist Vail Health's attorneys in providing legal advice relating to regulatory compliance. By way of example, entry 116 is an email from an appraisal firm providing a draft valuation, which was prepared to enable counsel to assess regulatory implications. (Dkt. 195-4 at 16.) Entry 116 was then internally circulated to other Vail Health employees, along with a discussion of a call that Nicholas Brown had with Vail Health attorneys about regulatory concerns. (Dkt. 195-4 at 16, entry 117.) These communications were required to be kept confidential and were not disclosed to third parties. (*See, e.g.*, **Exhibit 4**, Haverford Engagement Letter at page 8, discussing confidentiality.) These are privileged communications.

Plaintiffs argue that any analysis performed by Vail Health's counsel as to the Stark Law was conducted before the valuation firms were engaged, citing to VH_Fed_00003708, 6798. (Dkt. 195 at 10, Dkt. 196-2.) This is not so. While VH_Fed_00003708 and 6798 reflect a preliminary legal analysis of the Stark Law's rural provider exception, which does not concern a fair market valuation, they do not discuss the Anti-Kickback Statute or any other regulatory issues. Further, Plaintiffs' broad claim that any appraisal was "required to be shared with all parties" is inaccurate. (Dkt. 195 at 10-11.) The term sheets are clear that fair market value would govern initial capital contributions, purchase of membership interests, and dissolution. (Dkt. 196-3, 196-4.) They do not require that any *draft* appraisals be provided to the potential joint venture partners. *Id*. To the extent that the draft valuation documents were provided to the potential joint

venture partner, Vail Health has produced those documents to Plaintiffs. Because the potential

joint ventures were never consummated, final valuation documents were not prepared or shared.

Plaintiffs next argue that VH_Fed_00004020 is not privileged. (Dkt 195-5 at 12; Dkt.

196-6.) Vail Health agrees that the unredacted portion of the document is not privileged—that is

why it was produced. The redacted portion of the email was sent to Vail Health's attorneys

seeking legal advice regarding potential regulatory implications concerning the unredacted

portion of the document. These communications are privileged.

In addition, Plaintiffs argue that meeting invitations are not privileged. Vail Health agrees

that entries 171 and 554 on the log are not privileged, they were inadvertently withheld, and it

has produced these documents. However, entry 172 is a meeting request from Vail Health to

discuss concerns about safe harbor regulations and Stark Law issues. The bulk of this document

is privileged, but Vail Health has produced a redacted version of this email.

**B.** **Documents and Communications Sent to Vail Health Board Members Are Privileged**.

Plaintiffs argue that Vail Health has waived the privilege as to documents sent to Vail

Health Board members. Plaintiffs argue that Vail Health did not communicate with Board

members "through Vail Health's email system, personal emails, or through a Board portal" and

that therefore any privilege has been waived. Plaintiffs are incorrect.

Plaintiffs rely on *L-3 Comm's Corp. v. Jaxon Eng'g & Maint., Inc.*, for the proposition

that the use of business emails to transmit privileged information results in a waiver of the

privilege. (Dkt. 195 at 13.) But that is not what *L-3* provides. *L-3* explains that an otherwise

privileged email lost its privilege when it was forwarded to the *wife* of a co-worker and

commented that business communications may be exempt from claims of *spousal* privilege.

2014 U.S. Dist. LEXIS 103157, *10-11, 22 (D. Colo. July 29, 2014). It contains no discussion of

whether attorney-client privileged communications lose their privilege simply because they are sent to the business email of a Board member.

As for Plaintiffs' contention that Vail Health's log is deficient because Vail Health has not provided Plaintiffs with the email addresses for Board members, such information is not required. Corporate officers and Board of Directors members are responsible for exercising the attorney-client privilege of the corporate entity. *Sprague v. Thorn Ams.*, 129 F.3d 1355, 1371 (10th Cir. 1997). Simply because a Board member used a work email does not waive the privilege. *Galli v. Pittsburg Unified Sch. Dist.*, 2010 U.S. Dist. LEXIS 119618, *10-11 (N.D. Cal. Oct. 26, 2010) (the Board, as a body, held the attorney-client privilege for the corporation, individual Board member cannot waive that privilege). Board members owe a fiduciary duty of loyalty to their corporation, and there is nothing to suggest these emails were otherwise forwarded or somehow broke any applicable attorney-client privilege. *Commodity Futures Trading Com. v. Weintraub*, 471 U.S. 343, 348 (1985) ("power to waive the corporate attorney-client privilege rests with the corporation's management and is normally exercised by its officers and directors"); *Galli*, 2010 U.S. Dist. LEXIS 119618 at *10-11.

Further, Plaintiffs provide no authority for the proposition that the inclusion of the administrative assistant to Michael Shannon—former Board Chair—somehow waived the privilege. Mr. Shannon was part of Vail Health when he acted in his capacity as Board Chair. *Weintraub*, 471 U.S. at 348 (1985). Mr. Shannon's administrative assistant is therefore included in the privilege. *Kovel*, 296 F.2d at 922; *Shopify Inc. v. Express Mobile, Inc.*, 2020 U.S. Dist. LEXIS 147101, *15-16 (N.D. Cal. Aug. 14, 2020) (administrative assistant to CEO included in privilege); *Abbott Lab v. Airco, Inc.*, 1985 U.S. Dist. LEXIS 14140, *11-13 (N.D. Ill. Nov. 5,

1985) (communications from secretary acting as ministerial agent of either attorney or management were privileged).

### C. Vail Health Has Not Selectively Waived Privilege as to Appraisal Documents.

Plaintiffs argue Vail Health has selectively waived the privilege as to certain appraisal documents, thereby resulting in subject matter waiver. This is inaccurate.

To the extent that Vail Health provided appraisal documents to the Plaintiffs, it is either because those documents had previously been shared with the potential joint venture partner, resulting in a waiver of privilege as to that document, or because the communication was unrelated to legal advice and was instead purely business analysis.[9] Vail Health is not—as Plaintiffs baselessly claim—attempting to gain a tactical advantage. Instead, it has complied with its obligations to produce responsive, non-privileged documents. A finding of subject matter waiver is wholly unwarranted. *De Los Santos v. City of Roswell*, 2013 LEXIS 201293, *28-29 (D.N.M. May 21, 2013) (where there was no evidence that documents selectively disclosed to gain strategic advantage, undisclosed documents would not be compelled).

### D. Documents Provided to Third Parties Have Been Produced.

Plaintiffs argue that documents intended to be disseminated to third parties are not privileged. In support of this claim, Plaintiffs point to a term sheet for a potential joint venture between Vail Health and Vail Summit Orthopedics.[10] Vail Health agrees that the term sheet that

---

[9] For example, VH_Fed_00002980 – 81 is a communication unrelated to legal advice. VH_Fed_00002557 – 2601 is a communication created for the purpose of obtaining legal advice relating to regulatory issues. This privilege was waived when it was provided to VSO.

[10] In addition, Plaintiffs complain that Vail Health has not confirmed whether the Steadman Clinic was given a similar term sheet at the December 16, 2016 meeting. Plaintiffs apparently ignore the appendix to Exhibit 7, which was produced, and is a nearly identical version of the term sheet provided by VSO. (Dkt. 196-3). This issue was raised and fully briefed in the Plaintiffs' Motion to Compel #4 and responses, and Vail Health will not address it further except to note that non-privileged term sheets have been provided.

it provided to a non-agent, third party must be produced. But there is a difference between producing documents that *were* disseminated to third parties and producing privileged communications regarding draft documents that convey legal advice from attorneys. As Vail Health has explained to Plaintiffs both by email and in response to Plaintiffs' Motion to Compel #4, although it conducted an extensive search of its documents, the only version of the VSO term sheet it found was privileged. (Dkt. 176 at 4-5.) Given that VSO produced the final version of the term sheet provided during the December 2016 meeting with Vail Health, this is a moot issue.

## III.   Plaintiffs Are Not Entitled to Their Attorneys Fees.

As with their previous four Motions to Compel, Plaintiffs also claim they are entitled to their attorneys' fees. They are not. Vail Health's decisions surrounding its privilege log are substantially justified. In addition, Plaintiffs failed to confer with Vail Health on several issues it now raises, including meeting invitations and documents containing weekly status updates from counsel as to ongoing legal issues. Attorneys' fees should instead be awarded to Vail Health.

## CONCLUSION

For the reasons set forth above, this Court should deny Plaintiffs' Motion and award Vail Health its fees and costs in responding to the Motion.

Respectfully submitted this 8th day of November, 2021.

s/ Shannon Stevenson

Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
        janet.savage@dgslaw.com
        jackie.roeder@dgslaw.com
        daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC.,
d/b/a VAIL HEALTH, a Colorado nonprofit
corporation*

# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

       Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

       Defendant.

## DECLARATION OF NICHOLAS BROWN PURSUANT TO 28 U.S.C. § 1746

I, Nicholas Brown, do hereby declare as follows:

1. I am a former employee of the defendant in this case, Vail Clinic, Inc. d/b/a Vail Health ("Vail Health"). From 2019 to 2021, I was Senior Vice President of Howard Head Sports Medicine and Vail Health Business Development. From 2017 to 2019, I was the Senior Vice President of Howard Head Sports Medicine and Vail Health Total Joint Care. From 2012 to 2017, I was the Vice President of Howard Head Sports Medicine Operations.

2. In these roles, I received financial information relating to Howard Head Sports Medicine ("HHSM"), a department of Vail Health, and was responsible for providing updates to Vail Health's CEO and senior executive team and for working on initiatives relating to HHSM.

3. One of these initiatives related to identifying potential joint venture opportunities with other organizations for the provision of physical therapy services.

4. Beginning in 2015, I worked with Vail Health and potential joint venture partners to explore whether a joint venture opportunity was mutually beneficial.

5. As part of this exploration, I worked directly with Vail Health's attorneys at Duane Morris LLP to determine what legal issues were posed by these potential joint ventures, including but not limited to compliance with the Stark Law and the Anti-Kickback Statute.

6. In the course of doing this, I frequently sought and received advice from these attorneys on a variety of legal issues. For example, entry 293 of Vail Health's privilege log is an

email I sent to Matthew Jones, an attorney at Duane Morris, asking for advice on potential regulatory implications raised by a potential joint venture.

7. At the direction of Vail Health's attorneys at Duane Morris, I, on behalf of Vail Health, worked with several appraisal firms to conduct fair market value analyses regarding HHSM. These included Haverford Healthcare Advisors, Deloitte, and Healthcare Transaction Advisors.

8. These fair market value analyses were necessary for Duane Morris to provide legal advice because the Stark Law and Anti-Kickback Statute prohibit certain transactions between a healthcare facility and physician practice unless such transactions are conducted at fair market value. Thus, determining whether a transaction between a healthcare facility and physician practice is lawful often requires an analysis of the fair market value of the asset or services that are the subject of the transaction.

9. When I received draft fair market value analyses from the appraisal firms, I, or the appraisal firm, provided this information to attorneys at Duane Morris so they could assess any legal compliance issues, including those under the Stark Law and Anti-Kickback Statute, after reviewing the fair market value analyses.

10. The purpose of these fair market value analyses was to provide information to the attorneys at Duane Morris so they could advise Vail Health regarding regulatory issues, including compliance with the Stark Act and Anti-Kickback Statute.

11. For example, entry 438 of Vail Health's privilege log is an email from a valuation firm to me and attorneys at Duane Morris, attaching a draft valuation report so that Duane Morris could review the fair market value analysis to assess any regulatory issues.

12. In addition, I, along with other members of Vail Health leadership, would discuss the contents of the fair market value analyses along with the advice provided by Duane Morris so that we could determine what further advice we needed to make a decision about the joint venture while complying with all applicable laws and regulations.

13. For example, entries 440 and 441 of Vail Health's privilege log are email communications where I circulated a draft fair market value analysis to then-CEO Doris Kirchner, then-Board Chair Mike Shannon, and then-Senior Vice President and Chief Financial Officer Ted Sirotta, asking for their thoughts on the draft so that we could approach Vail Health's attorneys with additional compliance questions.

14. Similarly, the email chain labeled VH_Fed_001942-45 is a discussion among me, an appraiser from Healthcare Transaction Advisors (Nicholas A. Newsad), our CEO Doris Kirchner, our CFO Ted Sirotta, and outside counsel Matthew Jones, where we are collectively evaluating whether a different structure for the proposed joint venture would address the legal issues posed by the fair market value requirements.

15. Entry 544 is an email from me to our incoming CEO, Will Cook, providing him fair market value analyses that had been previously generated at the direction of counsel, so that he could understand the history of the prior regulatory issues we had faced when considering past joint venture opportunities.

16. After Vail Health and our attorneys at Duane Morris reviewed the draft fair market value analyses, we would discuss whether there were additional compliance issues based on our understanding of the fair market value analyses.

17. For example, entry 376 of Vail Health's privilege log is an email that I sent to Duane Morris attorneys after discussing the valuation with Doris Kirchner and Ted Sirotta, discussing the impact of the fair market value analysis on compliance of the proposed joint venture with applicable laws.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2021.         <u>    s/ Nicholas P. Brown    </u>
                                                    Nicholas P. Brown