# EXHIBIT 6

[(https://www.fedex.com/en-us/home.html)] 

# FedEx® Tracking



No signature required
Package delivered to recipient address

⬇  Obtain Proof of delivery

**DELIVERY STATUS**

Delivered  ✓

✉  Get Status Updates

**TRACKING ID**

516473864550  ✎  ☆

**FROM**
DENVER, CO US

**PACKAGE RECEIVED BY FEDEX**

**IN TRANSIT**

**OUT FOR DELIVERY**

**DELIVERED**
NAALEHU, HI US

*DELIVERED*
2/22/2022 at 4:34 PM

↓  View travel history

# Shipment facts

📦 Shipment overview

**TRACKING NUMBER**

516473864550

[FedEx] (https://www.fedex.com/en-us/home.html)

**SHIP DATE**
2/21/22

**ACTUAL DELIVERY**
2/22/22 at 4:34 pm

## 🚚 Services

**SERVICE**
FedEx Priority Overnight

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery, No Signature Required

## 📦 Package details

↑ Back to top

# Travel history

**SORT BY DATE/TIME**
Ascending ⌄

**TIME ZONE**
Local Scan Time ⌄

Tuesday, 2/22/2022

✓ 4:34 PM
**Delivered**
Package delivered to recipient address - release authorized
NAALEHU, HI

↑ Back to top

**OUR COMPANY**
About FedEx (https://www.fedex.com/en-us/about.html)



(https://www.fedex.com/en-us/home.html)

FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**

FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

**LANGUAGE**

 Change Country/Territory(https://www.fedex.com/?location=home)

**FOLLOW FEDEX**  (https://www.fedex.com/en-us/email.html)   (Https://www.facebook.com/FedEx/)
(Https://twitter.com/fedex)   (https://www.instagram.com/fedex/)   (https://www.linkedin.com/company/fedex)
(https://www.youtube.com/fedex)   (https://www.pinterest.com/FedEx/)

© FedEx 1995-2022

Site Map (https://www.fedex.com/en-us/sitemap.html) | Terms of Use (https://www.fedex.com/en-us/terms-of-use.html) | Privacy & Security (https://www.fedex.com/en-us/trust-center.html)