# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY--TO BE FILED UNDER SEAL SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,**<br><br>**Plaintiff,**<br><br>v.<br><br>**VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation**<br><br>**Defendant.** | **Civil Action No. 1:19-cv-02075-WJM-GPG** |

### EXPERT REPORT OF LESLIE E. SCHAFER, PH.D.

**Econ ONE Research, Inc.**

**January 10, 2022**

Suite 800
550 South Hope Street
Los Angeles, California 90071

# TABLE OF CONTENTS

**I.   Experience and Qualifications** .....................................................**3**

**II.   Introduction, Assignment, and Materials Considered** ...............**4**

**III.   Summary of Opinions** ...............................................................**6**

**IV.   Background** ...........................................................................**13**

A. Physical Therapy Healthcare Services ............................................... 13

B. The Parties........................................................................................ 19

    1. Lindsay Winninger .................................................................... 19

    2. Sports Rehab Consulting LLC .................................................... 20

    3. Vail Health............................................................................... 21

    4. Third Parties ............................................................................ 29

C. The Vail Valley.................................................................................. 32

    1. Vail, Colorado ......................................................................... 32

    2. The Geographic Terrain of the Vail Valley................................... 35

D. Orthopedic Surgery Referrals Important for Physical Therapy .............. 40

    1. Vail Health............................................................................... 40

    2. Sports Rehab ........................................................................... 43

E. Health Care Claims Data ................................................................... 45

1.  Colorado All Payer Claims Database............................................. 45

2.  Vail Health Claims Data ......................................................... 46

3.  Other Data Needs ................................................................ 48

**V.  Vail Health Has Monopoly Power in the Relevant Antitrust Market.................................................................50**

A.  Relevant Market Definition.............................................. 52

1.  Relevant Product Market ........................................... 53

2.  Relevant Geographic Market ...................................... 74

B.  Economic Evidence of Vail Health's Monopoly Power.......................... 86

1.  Indirect Evidence.................................................... 87

2.  Direct Evidence ..................................................... 92

**VI.   Impact of the Challenged Conduct .......................................113**

**VII.  Procompetitive Justifications ..............................................114**

## I.    Experience and Qualifications

1.    My name is Dr. Leslie Schafer. I am a Managing Director at Econ One Research, Inc. ("Econ One"), an economics and statistics research and consulting firm with offices around the U.S. and abroad. I specialize in the application of economic analysis and econometrics to litigation and consulting matters in antitrust, health care reimbursement, intellectual property, and other commercial disputes.

2.    I have master and doctoral degrees in Managerial Science and Applied Economics from the University of Pennsylvania. My doctoral coursework and dissertation were completed under the Graduate Group in Managerial Science and Applied Economics, administered by Wharton Doctoral Programs at The Wharton School of Business. My doctoral work concentrated on the fields within economics known as applied empirical microeconomics and industrial organization, which involves the study of markets, pricing, competition, antitrust, and regulation, among other things. Additionally, I hold a Master of Public Policy from the University of Maryland School and a Bachelor of Arts in Political Science, *cum laude*, from Tufts University.

3.    Prior to joining Econ One, I was a Managing Economist in the Health Sciences Practice at Exponent, Inc., a Manager in the Advisory Services Practice at PricewaterhouseCoopers LLP, and a Senior Evaluator at the U.S. Government Accountability Office.

4.    I taught undergraduate and MBA-level managerial microeconomics courses at The Wharton School of Business of the University of Pennsylvania and an MBA-level microeconomics course at the McDonough School of Business at Georgetown University.

5.    I have more than 15 years of economic consulting experience. During that time, I have worked extensively on the analysis of markets and pricing, predominantly in the health care industry. This includes the economics of monopolization claims, estimating overcharges in class action antitrust matters due to most-favored nation clauses and other provisions in insurer-provider contracts, the use of benchmarking to determine usual and customary rates for reimbursement of out-of-network health care services, and health care reimbursement more generally. My health care-related work experience also includes statistical analysis of Medicare Advantage audits and



3

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

Medicare payments in False Claims Act cases. A summary of my training, experience, and prior testimony is set forth in **Exhibit 1**.

6.  Econ One is being compensated for the time I spend on this matter at $475 per hour. Econ One also is being compensated for time spent by research staff on this project at rates ranging between $140 and $400 per hour and project-related expenses (*e.g.*, data, computer charges, travel). Neither my nor Econ One's compensation are contingent upon my findings or the outcome of this dispute.

## II.   Introduction, Assignment, and Materials Considered

7.  Sports Rehab Consulting, LLC ("Sports Rehab") and Lindsay Winninger (combined, "Plaintiffs") allege that Defendant Vail Clinic, Inc. d/b/a "Vail Valley Medical Center" n/k/a "Vail Health" ("Vail Health" or "Defendant") has monopolized or attempted to monopolize the market for physical therapy ("PT") services in the Colorado Vail Valley.[1]

8.  Plaintiffs allege that "Vail Health has attempted to secure and expand its monopoly by entering into a joint arrangement with [The] Steadman [Clinic] and other orthopedic clinics to "lock up" its referral sources and keep Steadman from becoming a competitor" to Vail Health's Howard Head Sports Medicine Physical therapy unit ("Howard Head").[2]

9.  To protect its monopoly against other potential competition, Plaintiffs allege that Vail Health has also engaged in anticompetitive activities, including false statements, against the Plaintiffs after Sports Rehab attempted to enter the Vail physical therapy market.[3] Plaintiffs allege further that the consequence of Vail Health's exclusionary

---

[1] *Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health*, Civil Action No. 1:19-cv-02075-WJM-GPG, Plaintiffs' Amended Complaint and Jury Demand, (United States District Court for the District of Colorado, September 27, 2019), ("Amended Complaint").

[2] Amended Complaint at ¶ 5.

[3] Amended Complaint at ¶ 7.



conduct was to "[destroy] Winninger and Sports Rehab's business relationships in the Vail Valley."[4]

10.      I was retained by counsel for Plaintiffs to perform an economic assessment of Plaintiffs' antitrust allegations in this case. In particular, I was asked to determine:

     a.    whether the economic evidence supports Plaintiffs' alleged definition of the relevant antitrust market as:

         i.    the product market for physical therapy services—specifically, physical therapy services most often provided for the treatment of orthopedic physical injury ("physical therapy for orthopedic injury").

         ii.    the geographic market of Colorado's Vail Valley.

     b.    whether it is economically plausible that Vail Health possesses or potentially possesses monopoly power in the relevant antitrust market as defined by the Plaintiffs.

     c.    whether economic evidence supports Plaintiffs' allegation that Vail Health engages in activities to monopolize or potentially monopolize the relevant antitrust market which harm consumers and competition.

11.      In the course of completing our work, my staff and I have reviewed materials including, but not limited to, the complaint and other pleadings; interrogatory responses and other documents and data produced in discovery; and documents, data, literature, and other information gathered from publicly available sources. Materials I have relied upon in preparing this expert report are set forth in the footnotes and/or in **Exhibit 2**.

12.      As discovery and my review of the evidence is ongoing, I may revise my opinions and/or update this Report in light of any new evidence that I see, including, for example, additional data, expert reports, declarations, or depositions.

---

[4] Amended Complaint at ¶ 8.



### III. Summary of Opinions

13. The following is a summary of conclusions related to my assignment. Analysis of healthcare services quantities, prices, and other statistics in this Report are based on data in the Colorado All Payer Claims Database ("CO APCD"), obtained from the Center for Improving Value in Health Care ("CIVHC").

14. Economic evidence supports Plaintiff's definition of physical therapy as the relevant antitrust product market in this case. Other healthcare-related services such as acupuncture, chiropractic, orthopedics, massage, and personal fitness training are not in the relevant antitrust market. There are supply and demand factors which lead me to this conclusion.

   a. On the supply side:

      i. The physical therapy field has extensive and time-consuming educational and licensure requirements which act as a barrier to entry.

      ii. It would not be economically logical for providers of services with higher average wages than physical therapy (i.e., physicians and surgeons) to invest in the education and licensing required to switch to physical therapy.

      iii. Barriers to entry deter providers of services with lower average wages (e.g., massage and personal fitness training) from switching to physical therapy.

   b. On the demand side:

      i. Movements over time in prices for physical therapy and quantities of acupuncture, chiropractic, and orthopedic surgery services do not suggest these products are substitutes.

      ii. An economic indicator called cross-price elasticity of demand measures the responsiveness of the quantity demanded of one good or service when the price for another good or service changes.

      iii. Statistical analysis of cross-price elasticities between prices for physical therapy and quantities demanded of acupuncture, chiropractic, and



orthopedic surgery confirm that these other health care services are not substitutes for physical therapy.

   iv. The cross-price elasticity of demand for chiropractic services with respect to the price of physical therapy is negative, indicating that these two healthcare services are complements.

   v. The cross-price elasticities between physical therapy prices and quantities demanded of both acupuncture and orthopedic surgery services are statistically zero.

15. Direct and indirect economic evidence of Vail Health's monopoly power supports the town of Vail as a plausible relevant antitrust geographic market.

   a. Vail Health is a monopolist in hospital services. It is the only hospital in the town of Vail.

   b. Vail Health has extremely high market share in the town of Vail.

      i. Hospitals provide inpatient and outpatient healthcare services. Inpatient services mean that a patient spends the night at the hospital. For outpatients services they do not. Hospitals are not expected to have monopoly power in outpatient services due to competition from non-hospital providers of the same services (in addition to other hospitals).

      ii. However, Vail Health has an extremely high outpatient physical therapy market share in the town of Vail. Between 2012 and 2020, Vail Health provided between 82.1% and 92.2% of the units of physical therapy services in Vail to Coloradans with private insurance. It earned between 90.8% and 97.5% of the revenue.

      iii. These extremely high market shares provide inferential evidence that Vail Health had monopoly power from (1) 2012 to March 2017 (the "earlier conduct period") and (2) April 2017 to 2020 (the "later conduct period").

   c. Physical therapy services in the town of Vail are extremely concentrated.



    i. The Herfindahl-Hirschman Index ("HHI") is an index of market concentration commonly used to measure competitiveness. HHI ranges from zero to 10,000. The higher the value, the more concentrated and less competitive is a market.

    ii. The U.S. Department of Justice ("DOJ") and U.S. Federal Trade Commission ("FTC") consider an HHI of 2,600 to be highly concentrated.

    iii. From 2012 to 2020, the HHI for physical therapy services in Vail ranged between 8,298 and 9,517. This is extremely concentrated.

d. Vail Health has been able to sustain supra-competitive prices in the Vail physical therapy market since at least 2012.

    i. Vail Health's average price per unit in Vail was $86 between 2012 and 2020. The average price per unit of other providers in Vail during that time was $33 to $35.

    ii. Econometric regression analysis which controls for market supply and demand factors shows that Vail Health's prices for physical therapy services in Vail were 77.5% higher, on average, than other providers in the Vail Valley between 2012 and 2020. This means Vail Health was able to charges prices for physical therapy services in Vail that were above prices that could otherwise be sustained in a competitive market.

    iii. Vail Health maintained supra-competitive prices over a sustained period covering the earlier and later conduct periods. This is direct evidence of Vail Health's monopoly power in Vail.

    iv. On top of this monopoly power, Vail Health was also able to raise prices even higher in the town of Vail during the later conduct period by approximately 18.2%.

e. As an economic matter, if Vail Health did not have monopoly power, its prices would have been driven down by competitors entering the market and through price cutting by competitors in the market.

8



16.    The relevant antitrust geographic market is no larger than Plaintiffs' proposed definition as the Colorado Vail Valley.

   a.   The geographical terrain is the predominant factor limiting the relevant geographic market. The Vail Valley is demarcated by dramatic and sometimes dangerous geological features: (1) the 10,662-foot-high Vail Pass to the East, (2) the 12.5 mile Glenwood Canyon of the Colorado River to the West, and (3) mountains surrounding it to the North and the South.

   b.   Cross-price elasticities show that patients do not substitute out of the Vail Valley for physical therapy services.

17.    Vail Health possesses monopoly power in the Vail Valley. Direct and indirect evidence support this conclusion.

   a.   Direct Evidence:

      i.   Vail Health is a monopolist in hospital services. It is the only hospital in the Vail Valley.

      ii.   The structure of the market for physical therapy services in the Vail Valley is such that Vail Health is the overwhelmingly dominant provider. The remainder of the providers are much smaller groups or individuals which do not pose significant competitive threats to the dominance of Vail Health.

      iii.   Vail Health's prices for physical therapy were significantly above other providers in the Vail Valley across the earlier and later conduct periods. Between 2012 and 2020, Vail Health's prices averaged between 73% and 175% above other providers.

      iv.   Vail Health has been able to sustain supra-competitive prices in the Vail Valley physical therapy market since at least 2012. Econometric regression analysis which controls for supply and demand factors shows that Vail Health's prices for physical therapy services were 37.7% higher, on average, than other providers between 2012 and 2020. This means Vail Health was able to charge prices for physical

9



therapy services in the Vail Valley that were above prices that could otherwise be sustained in a competitive market.

v. Vail Health maintained surpa-competitive prices over a sustained period covering the earlier and later conduct periods.

vi. On top of this monopoly power, Vail Health was also able to raise its average prices in the Vail Valley during the later conduct period by nearly 27%. As an economic matter, if Vail Health did not have monopoly power, its prices would have been driven down by competitors entering the market and through price cutting by competitors in the market.

vii. Vail Health's facilities which provide physical therapy services in the Vail Valley, outside of the town of Vail, exercise market power through their ownership by Vail Health. This is demonstrated by the fact that Vail Health was able to raise prices at its facilities outside of Vail by 32.6% above the competitive level during the later conduct period. This indicates that ties to the hospital system enabled Vail Health to stretch its market power into the rest of the Vail Valley. These results are consistent with literature discussing how hospital. systems are able to raise prices in competitive areas due to system-wide market power because other facilities are considered "must have" for insurer networks.

viii. A firm with a high profit margin is understood to have market power because high profit margins mean it was able to charge prices far in excess of its costs. As an industry, hospitals are not particularly profitable. In Colorado, non-profit hospitals earned 2.1% in patient service profits margins in 2021. Information produced by Howard Head suggests that its operating profit margins in fiscal years 2016, 2017, and 2018 were about 14%, 13.2%, and 11.6%, respectively. However, other data available from an internal Vail Health analysis shows that Howard Head's patient contribution margins for self-pay and private payers was 32.2% in fiscal year 2019.

econ ONE

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

ix. There is direct evidence of exclusion of competition through Vail Health's conduct. Vail Health had the financial strength to induce Steadman not to enter the physical therapy market in the Vail Valley by providing it and its affiliates with substantial financial benefits.

x. This evidence is coincident to a distribution structure that steers patients of Steadman and VSO to Vail Health's physical therapy practice. Steadman engages in marketing initiatives with Vail Health. Vail Health markets to Steadman patients about its Howard Head physical therapy services prior to their orthopedic surgery.

xi. Vail Health allegedly made certain false statements to the management of Steadman, which ultimately led to the termination of Ms. Winninger from her consulting contract with Steadman, and resulted in the cessation of PT referrals from Steadman to Sports Rehab.

b. Indirect Evidence:

i. Between 2012 and 2020, Vail Health provided between 42.5% and 68.1% of the units for physical therapy services in the Vail Valley. It earned between 62.1% and 78.7% of the revenue. These high market shares provide inferential evidence that Vail Health has monopoly power in the Vail Valley.

ii. Between 2012 and 2020, the HHI for physical therapy services in the Vail Valley ranged between 4,214 and 6,303. This is highly concentrated.

iii. Significant entry barriers impede new competitors from entering the Vail Valley physical therapy market, and therefore protect Vail Health from competition. Those barriers include: (1) the existence of restrictive non-compete covenants in Vail Health's employment agreements with physical therapists which limit the availability of labor; (2) the entrenched referral preferences of The Steadman Clinic and Vail Summit Orthopedics for Howard Head and significant financial relationships between Vail Health and Steadman, and Vail Health and VSO; (3) advantages afforded Vail Health because of its status as the

only general acute care hospital in the Vail Valley; and (4) high entry costs such as employee housing (that makes it more difficult to maintain qualified physical therapists over the long term) and the high cost of commercial real estate in the Vail Valley (which makes it difficult to start a new physical therapy practice).

iv.  It was advantageous for Vail Health that RPC-Vail created a successful physical therapy practice which Vail Health took over on November 1, 2012. Vail Health started with a 78.7% market share in the Vail Valley (86.1% in the town of Vail). It did not have to grow or develop the physical therapy practice as the result of a superior service, skill, or business acumen.

18.  Economic evidence supports Plaintiffs' allegation that Vail Health engages in activities to monopolize or potentially monopolize the relevant antitrust market which harm consumers and competition.

a.  Plaintiffs Lindsay Winninger and Sports Rehab allege that Vail Health has excluded competition in the market for physical therapy services in Vail by preventing the Steadman Clinic from offering its own physical therapy services on Vail Health property and through false statements about Ms. Winninger and Sports Rehab in 2016. As an economic matter, this behavior causes anticompetitive harm because it reduces the supply of physical therapy services in the Vail Valley. All else equal, when supply is restricted, prices increase. A basic premise of economics is that competition benefits consumers.

b.  Above and beyond its average monopoly power across the earlier and later conduct periods, Vail Health's prices for physical therapy services in Vail were further inflated in the later conduct period by approximately 18.2%. Paid claims data from the CO APCD database show that private payers allowed $8.1 million in payments for physical therapy services provided at Vail Health hospital between April 2017 and December 2020. Therefore, Vail Health was overpaid by approximately $1.5 million (18.2% of $8.1 million) on insured claims for Coloradans which received physical therapy services from Vail Health in Vail during this time period.



c. Vail Health's prices outside of Vail were inflated by 32.6% in the later conduct period. Paid claims data from the CO APCD database show that insurers allowed $329,172 in payments for physical therapy services outside of Vail between April 2017 and December 2020. Therefore, Vail Health was overpaid by approximately $107,237 (32.6% of $329,172) on insured claims for Coloradans which received physical therapy services from Vail Health outside of Vail during this time period.

## IV.   Background

### A. Physical Therapy Healthcare Services

19.   This case concerns the provision of medical care known as physical therapy ("PT") services—specifically, physical therapy services that are most often provided for the treatment of orthopedic physical injury (*i.e.,* "injury to a knee, hip, shoulder, back, or other possible injuries to the human anatomy").[5] Physical therapists provide services to help people who have been injured to improve their mobility and manage pain.[6] In Colorado, the Physical Therapy Practice Act defines physical therapy as:

> the examination, physical therapy diagnosis, treatment, or instruction of patients and clients to detect, assess, prevent, correct, alleviate, or limit physical disability, movement dysfunction, bodily malfunction, or pain from injury, disease, and other bodily conditions.[7]

---

[5] Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. September 8, 2020, at p. 20.

[6] U.S. Bureau of Labor Statistics. "Occupational Outlook Handbook - Physical Therapists – What Physical Therapist Do." Available at: https://www.bls.gov/ooh/healthcare/physical-therapists.htm#tab-2. Last accessed January 7, 2022.

[7] C.R.S. § 12-285. Available at: https://drive.google.com/file/d/0B-K5DhxXxJZbZWgxLW9sYWRwbEE/view?resourcekey=0-hPQ_8xsw2m2HQ6bKe7hDZQ. Last accessed January 7, 2022. *See also,* Colorado General Assembly. "Comparative Table." Available at: https://leg.colorado.gov/sites/default/files/images/olls/title-12-2019-table.pdf. Last accessed January 7, 2022.

For the purposes of this report, PT services are focused on rehabilitation and exclude PT services provided to hospice patients.



20.   The Act defines explicitly what constitute the kinds of physical measures, activities, and devices which therapists can use with patients. It also defines the agents (e.g., heat, cold, water, air, sound, light, compression, electricity, and electromagnetic energy) which they can use to effectuate those measures.[8]

21.   Physical therapists are highly-educated professionals.[9] Prior to 2020, the educational requirement for physical therapists included a 4-year college degree and at least two additional years of full-time study in physical therapy to obtain a Masters in Physical Therapy (See **Table 7**, p.56 below).[10] Now, physical therapists are required to obtain a Doctorate in Physical Therapy. [11] In addition to academic training, they are required to pass a written examination for state licensure in order to practice.[12] The Colorado Physical Therapy Practice Act specifically defines a physical therapist as a person who

---

[8] C.R.S. § 12-285.

[9] Brown Deposition, Exhibit 37 at VH_Fed_00001451

[10] See also, Department of Health and Human Services. (May 1, 2006) "Physical Therapy Billed by Physicians." Available at: https://oig.hhs.gov/oei/reports/oei-09-02-00200.pdf. Last accessed January 7, 2022.

[11] Prior to 2020, physical therapists were required to obtain a Masters in Physical Therapy (MPT). Since early 2020, they now need a Doctorate in Physical Therapy. *See, e.g.*, Radius Staffing Solutions. (July 10, 2019) "MPT vs DPT: What You Need to Know." Available at: https://radiusstaffingsolutions.com/physical-therapy-mpt-dpt/. Last accessed January 7, 2022..

> A typical MPT program is two years long with fifteen weeks of clinical experience, which had been the norm for years. In comparison, a typical DPT program is three years long and requires one full year of clinical experience. A program with one added year as well as almost six times the amount of clinical experience arguably gives students much better preparation for entering the workforce.

[12] Physical Therapy Practice Act 12-285-109. License required and 12-285-110. Licensure by examination.

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. "Welcome to the Physical Therapy Homepage." Available at: https://dpo.colorado.gov/PhysicalTherapy. Last accessed January 7, 2022. ("The Colorado State Physical Therapy Board regulates individual physical therapists and physical therapist assistants. The Board meets regularly to approve license/certification applications and enforce the rules, regulations, and practice act that governs the profession.") *See also*, VH_Fed_00001432-446 at 435.

14



is licensed to practice physical therapy.[13] Therefore, if you are not licensed as a physical therapist then you cannot provide physical therapy services in Colorado.[14]

22.    Some physical therapists obtain additional education and training in subspecialties. The American Board of Physical Therapy Specialties offers board-certification in nine specialties: Cardiovascular and Pulmonary, Clinical Electrophysiology, Geriatrics, Neurology, Oncology, Orthopaedics,[15] Pediatrics, Sports, Women's Health, and Wound Management.[16]

23.    Therapists are required to maintain their professional competency.[17] The Colorado State Physical Therapy Board regulates physical therapists and their assistants. "The Board meets regularly to approve license/certification applications and enforce the rules, regulations, and [practices] that governs the profession."[18] The Board is authorized by the state to take disciplinary action against therapists who violate the Physical Therapy Practice Act.

---

[13] C.R.S. § 12-285.

[14] Physical Therapy Practice Act 12-285-107. Use of titles restricted.

> A person licensed as a physical therapist may use the title "physical therapist" or the letters "P.T." or any other generally accepted terms, letters, or figures that indicate that the person is a physical therapist. No other person shall be so designated or shall use the terms "physical therapist", "licensed physical therapist", "physiotherapist", or "physical therapy technician", or the letters "P.T." or "L.P.T."

In Colorado, some physical therapists are able to become licensed "by endorsement," where they are able to port a license to Colorado that was received out-of-state. (12-285-112. Licensure by endorsement.).

[15] In this report, the terms orthopedic and orthopaedic are used interchangeably.

[16] American Physical Therapy Association. "Specialist Certification." Available at: https://www.apta.org/your-career/career-advancement/specialist-certification. Last accessed January 7, 2022.

[17] C.R.S. § 12-285-119. Continuing professional competency - definition - rules.

[18] Colorado Department of Regulatory Agencies. Division of Professions and Occupations. "Welcome to the Physical Therapy Homepage." Available at: https://dpo.colorado.gov/PhysicalTherapy. Last accessed January 7, 2022.



24.     When providers file claims with insurers, they include five-digit codes, known as CPT codes, which identify the kinds of health care services that were provided.[19] The primary CPT codes for physical therapy begin with 97, for Physical Medicine and Rehabilitation Procedures.[20]

25.     In 2015, the year in which Sports Rehab entered the Vail market, there were 4,046 providers of PT services in Colorado which were reimbursed for claims filed with private-payers.[21] Forty-four of the providers were in the Vail Valley, of which 10 were in the town of Vail.  In 2020, there were 3,199 providers of PT services in Colorado which were reimbursed for claims filed with private-payers. Twenty-seven of the providers were in the Vail Valley, of which seven were in the town of Vail.

26.     Physical therapists typically work in private offices and clinics, hospitals, patients' homes, and nursing homes.[22] From 2012 to 2020, most PT services covered by private insurance in Colorado were provided in private offices and clinics, hospitals, and patients' homes (**Table 1**). Patients are often seen in a series of multiple visits.

---

[19] Outpatient healthcare services are identified by a five-digit code called a "CPT," which stands for Current Procedural Terminology. CPT codes are part of the HealthCare Common Procedure Coding System ("HCPCS"), a system maintained by the American Medical Association to catalog physician services. The purpose of using CPT (and other HCPCS) codes is to standardize coding and payments across claims for similar services. American Medical Association. "CPT® Overview." Last accessed January 7, 2022. https://www.ama-assn.org/amaone/cpt-current-procedural-terminology. American Medical Association. "CPT® purpose & mission." Last accessed January 7, 2022. https://www.ama-assn.org/about/cpt-editorial-panel/cpt-purpose-mission. *See, e.g.,* AAPC. "What is a CPT®?" Last accessed January 7, 2022. https://www.aapc.com/resources/medical-coding/cpt.aspx.

[20] Find-a-code. CPT Code Set "Physical Medicine and Rehabilitation Procedures." Available at: https://www.findacode.com/code-set.php?set=CPT&i=37238 Last accessed January 7, 2022. The code set beginning with 97 also includes codes for occupational therapy. They have been excluded from this analysis because occupational therapy is a different profession.

[21] Physical therapists are counted by billing NPI. When billing NPI is missing, service NPI is counted.

[22] U.S. Bureau of Labor Statistics. "Occupational Outlook Handbook - Summary." Available at: https://www.bls.gov/ooh/healthcare/physical-therapists.htm. Last accessed January 7, 2022. *See also,* U.S. Bureau of Labor Statistics. "Occupational Outlook Handbook – Work Environment." Available at: https://www.bls.gov/ooh/healthcare/physical-therapists.htm#tab-3. Last accessed January 7, 2022. *See also,* VH_Fed_00001432-446, at 435.

16



**Table 1**
**Physical Therapy Services in Colorado**

| Location | Claims (1) | Units (2) | Allowed Amounts (Dollars) (3) | Average Allowed Amount per Unit (4) |
|---|---|---|---|---|
| Private Offices and Clinics | 4,080,296 | 10,731,238 | $ 348,770,624 | $ 33 |
| Hospitals | 492,369 | 2,153,700 | 179,343,942 | 83 |
| In-Home | 33,954 | 434,968 | 8,226,857 | 19 |
| All Other | 93,494 | 554,942 | 13,158,258 | 24 |
| **Total** | 4,700,113 | 13,874,848 | 549,499,681 | 40 |

Notes:
(1) Includes private-payers claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.
(3) Private Offices and Clinics includes claims with Place of Service 11. Hospitals includes claims with Type of Bill starting with 11, 12, and 13, and Place of Service 19, 21, 22, and 23. In-Home includes Place of Service 12.
(4) Excludes place of service 34 (hospice).

Sources:  Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

27.    The quantity of PT services provided on an outpatient basis at hospitals has outpaced inpatient PT for many years. Since 2012, the average annual outpatient share of PT units provided in hospitals has exceeded 99%.[23] Vail Health reports that PT services provided by Howard Head Sports Medicine is 95% outpatient.[24]

28.    **Table 2** presents descriptive information about the volume of PT services provided in the Vail Valley.

---

[23] Based on data in the Colorado All Payers Claim Database ("CO APCD") obtained from the Center for Improving Value in Health Care ("CIVHC").

[24] Brown Deposition, Exhibit 37 at VH_Fed_00001451. See Section IV.B.3.a for a description of Howard Head.

17



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

**Table 2**

**Physical Therapy Services in Vail Valley**

| Location | Claims (Units) (1) | Units (2) | Allowed Amounts (Dollars) (3) | Average Allowed Amount per Unit (4) |
|---|---|---|---|---|
| Private Offices and Clinics | 76,246 | 227,682 | $ 7,903,313 | $ 35 |
| Hospitals | 20,305 | 175,543 | 14,868,942 | 85 |
| In-Home | 76 | 194 | 5,785 | 30 |
| All Other | 680 | 1,667 | 65,893 | 40 |
| **Total** | 97,307 | 405,086 | 22,843,934 | 56 |

Notes:

(1) Includes private-payers claim lines with allowed amounts greater than or equal to $1.

(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.

(3) Private Offices and Clinics includes claims with Place of Service 11. Hospitals includes claims with Type of Bill starting with 11, 12, and 13, and Place of Service 19, 21, 22, and 23. In-Home includes Place of Service 12.

(4) Excludes place of service 34 (hospice).

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

29.   **Table 3** present descriptive information about the volume of PT services provided in the town of Vail.

**Table 3**

**Physical Therapy Services in Vail**

| Location | Claims (Units) (1) | Units (2) | Allowed Amounts (Dollars) (3) | Average Allowed Amount per Unit (4) |
|---|---|---|---|---|
| Private Offices and Clinics | 6,628 | 22,045 | $ 751,246 | $ 34 |
| Hospitals | 19,096 | 172,708 | 14,794,808 | 86 |
| In-Home | NA | NA | NA | NA |
| All Other | 29 | 157 | 5,036 | 32 |
| **Total** | 25,753 | 194,910 | 15,551,091 | 80 |

Notes:

(1) Includes private-payers claim lines with allowed amounts greater than or equal to $1.

(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.

(3) Private Offices and Clinics includes claims with Place of Service 11. Hospitals includes claims with Type of Bill starting with 11, 12, and 13, and Place of Service 19, 21, 22, and 23. In-Home includes Place of Service 12.

(4) Excludes place of service 34 (hospice).

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

18



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

30. **Tables 1-3** include 76 different procedures codes used by providers and insurers for coding physical therapy services in claims for reimbursement. Analyses in this report focus on PT services for rehabilitation. They exclude PT services provided to hospice patients.

## B. The Parties

### 1. Lindsay Winninger

31. Lindsay Winninger, PT, MPT, ("Winninger") a Plaintiff in this matter, is a licensed sports physical therapist and the owner of Sports Rehab Consulting LLP ("Sports Rehab"). Ms. Winninger has been a practicing physical therapist for 13 years.[25] She has particular expertise in the evaluation and treatment of knee injuries.[26]

32. Prior to starting her own PT practice, Ms. Winninger worked from 2008 to 2012 at Rehabilitation & Performance Center at Vail, LLC ("RPC-Vail"),[27] which was the exclusive provider of PT services doing business under the trade name Howard Head Sports Medicine at the time. As an employee of RPC-Vail, Ms. Winninger treated RPC-Vail's patients.[28]

33. After leaving RPC-Vail, Ms. Winninger worked for the U.S. Women's Ski Team from May 2012 to April 2014, including during the 2014 Winter Olympic Games in Sochi, Russia. After the Olympics, Ms. Winninger became the private, full-time physical therapist for world-renowned skier Lindsey Vonn.

34. Ms. Winninger opened Sports Rehab Consulting LLC in Denver, Colorado in early 2015 and Vail, Colorado in December, 2015 (described in Section IV.B.2 below).

---

[25] LinkedIn. "Lindsay Winninger." Available at: https://www.linkedin.com/in/lindsaywinninger/. Last accessed January 7, 2022.

[26] Case Text. "Sports Rehab Consulting LLC v. Vail Clinic, Inc." Available at: https://casetext.com/case/sports-rehab-consulting-llc-v-vail-clinic-inc. Last accessed January 7, 2022.

[27] Also known as Proaxis Therapy.

[28] Declaration of Lindsay Winninger, September 28, 2020 at ¶¶ 80-82.



35.     Since September 2019, Ms. Winninger has also been a physical therapist with the Orlando Magic basketball team.[29] In February 2020, she became the Magic's Director of Rehabilitation and in September 2020, its Director of High Performance. In this role she "[oversees] the daily operations and staff collaboration surrounding player performance." Her responsibilities include "strength and conditioning, physical therapy and injury rehab, sports science, athletic training, manual treatment, and recovery."[30]

### 2.  Sports Rehab Consulting LLC

36.     Sports Rehab, a Plaintiff in this matter, provides physical therapy services to assist professional athletes and others with rehabilitation after orthopedic injury or surgery. Sports Rehab specializes in designing individualized, patient-focused care PT plans, including concierge-style services for some patients.[31] This may include travel to a patient's location rather than providing PT services at a Sports Rehab facility.[32]

37.     I understand that the professionals working for Sports Rehab hold either Master's or Doctorate degrees. They also work or have worked for prominent athletes such as the U.S. Olympic Sports Medicine team, the International Triathlon Union's Sports

---

[29] LinkedIn. "Lindsay Winninger." Available at: https://www.linkedin.com/in/lindsaywinninger/. Last accessed January 7, 2022. *See also*, Orland Magic. "Orlando Magic Name Lindsay Winninger High Performance Director." Available at: https://www.nba.com/magic/orlando-magic-name-lindsay-winninger-high-performance-director-20200909. Last accessed January 7, 2022.

[30] LinkedIn. "Lindsay Winninger." Available at: https://www.linkedin.com/in/lindsaywinninger/. Last accessed January 7, 2022.

[31] The term "concierge-style" means "a cash-based healthcare model involving customized delivery and payment methods." (Meredith Castin. (January 30, 2019) "What is Concierge Physical Therapy & Why is it Trending?" *WebPT*. Available at: https://www.webpt.com/blog/what-is-concierge-pt-and-why-is-it-getting-so-popular/. Last accessed January 7, 2022. Sport Rehab Consulting. "Who We Are." Available at: https://sportsrehabconsulting.com/. Last accessed January 7, 2022. *See also*, LinkedIn. "Lindsay Winninger." Available at: https://www.linkedin.com/in/lindsaywinninger/. Last accessed January 7, 2022.

[32] 30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume I (Videotaped) April 2, 2020 in the Matter of Lindsay Winninger, et al. v. Doris Kirchner, et al. (Case No. 2017CV030102) ("Schoenthaler Deposition, Vol. I") at 70:13.



Medicine Development team, the NBA, NCAA, NFL, NHL, PGA, USSA, MLB, and professional ballet companies.[33]

38.   Ms. Winninger opened the first Sports Rehab location in Denver, Colorado in early 2015. This location currently employs six physical therapists, in addition to Ms. Winninger.[34] The second location opened in Vail in December 2015 at the Four Seasons Hotel at 1 Vail Road, Vail Colorado, 81657. The Vail location closed in about September 2018.[35]

39.   I understand that the performance of Sports Rehab, projections for future revenues, costs, and profits, as well as damages, are the subject of the Report of Mr. Arthur H. Cobb & Associates, LTD.

### 3.  Vail Health

40.   Vail Health is a community hospital system about 125 miles from Denver, CO. Its principal hospital location at 181 West Meadow Drive, Suite 100, Vail, Colorado 81657.[36] The system includes both for-profit and non-profit entities.[37]

41.   Founded in 1965 as Vail Clinic, Vail Health grew to a full-service hospital named "Vail Valley Medical Center" in 1980 and became a regional medical facility in 1989

---

[33] LinkedIn. "Lindsay Winninger." Available at: https://www.linkedin.com/in/lindsaywinninger/. Last accessed January 7, 2022. *See also*, Sports Rehab Consulting. "Lindsay Donath, PT, DPT, ATC." Available at: https://sportsrehabconsulting.com/about/lindsay-donath/. Last accessed January 7, 2022. Sports Rehab Consulting. "Kristen Douhan, PT, DPT, ATC, CSCS." Available at: https://sportsrehabconsulting.com/about/kristen-douhan/. Last accessed January 7, 2022.

[34] Sports Rehab Consulting. "About Us." Available at: https://sportsrehabconsulting.com/about/. Last accessed January 9, 2022.

[35] Amended Complaint at ¶ 11.

[36] Vail Health. "About." Available at: https://www.vailhealth.org/about. Last accessed January 7, 2022. *See also*, SRC-FED0002832-893 at 833. *See also*, Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. September 8, 2020, at p. 5.

[37] Vail Health. (February 06, 2020). "Vail Health CEO gives a progress report on his first year on the job." Available at: https://www.vailhealth.org/news/vail-health-ceo-gives-a-progress-report-on-his-first-year-on-the-job. Last accessed January 7, 2022.



after a 30,000 square foot expansion.[38] The hospital system was renamed Vail Health in August 2017.[39] Currently, Vail Health claims to be the "world's most advanced mountain healthcare system"[40] with 56 beds, a level III trauma center, and a helipad. [41] At least between 2016 and 2019, Vail Health received a four-star quality ranking from CMS.[42]

42.    Vail Health is the only general acute care hospital in the Vail Valley.[43] The nearest other emergency facility is Beaver Creek Medical Center in Avon, CO, which only operates in the winter, about 12 miles away.[44]

43.    The nearest general acute care hospital to the east is St. Anthony Summit Medical Center in Frisco, CO. St. Anthony Summit is about 30 miles from Vail.[45] The nearest general acute care hospital to the west, Valley View Hospital, is 60 miles away in Glenwood Springs.[46]

44.    In addition to its hospital in the town of Vail, Vail Health also has ancillary facilities along the I-70 west corridor within Eagle and Summit Counties.[47] In 2019, Vail

---

[38] VH_Fed_00000771-866 at 776. See Vail Health. "History." Available at: https://www.vailhealth.org/about/history Last accessed January 7, 2022.

[39] John Laconte. (August 24, 2017) "Vail Valley Medical Center Vail Valley Medical Center unveils new west wing, changes name." *The Denver Post*. Available at: https://www.denverpost.com/2017/08/24/vail-valley-medical-center-unveils-new-west-wing/. Last accessed January 7, 2022.

[40] Vail Health. "History." Available at: https://www.vailhealth.org/about/history. Last accessed January 7, 2022.

[41] Vail Health. "About." Available at: https://www.vailhealth.org/about. Last accessed January 7, 2022.

[42] VH_Fed_00000771-866 at 788.

[43] See Section IV.C for a description of the Vail Valley.

[44] Vail Health. "Beaver Creek." Available at: https://www.vailhealth.org/locations/beaver-creek. Last accessed January 7, 2022. *See also*, Google Maps. Available at: https://goo.gl/maps/4sdz9J3ZkcKM65xs6. Last accessed January 7, 2022.

[45] Colorado Hospital Association. "Find a Hospital." Available at: https://cha.com/colorado-hospitals/find-a-hospital/. Last accessed January 7, 2022.

[46] Valley View. Available at: https://www.vvh.org/. Last accessed January 7, 2022.

[47] SRC-FED0002832-893 at 838. Locations outside of Vail include Avon, Beaver Creek, Breckenridge, Dillon,



Health and Colorado Mountain Medical (CMM) started a new partnership.[48] CMM has offices in Vail, Eagle and Avon.[49] In July 2021, Vail Health took over management of an urgent care facility in Avon.[50]

45.     Vail Health describes its full set of facilities as follows:

> Vail Health provides a wide array of services and access points
> including Beaver Creek Medical Center, urgent care clinics in Avon and
> Gypsum, our Edwards medical campus, Eagle Healthcare Center and a
> multispecialty clinic in Frisco. Howard Head Sports Medicine offers
> physical therapy services at 10 locations and works closely with our
> internationally renowned orthopaedic partners at The Steadman Clinic
> and Vail-Summit Orthopaedics. In addition, Vail Health's Shaw Cancer
> Center and Sonnenalp Breast Center are the region's only fully
> accredited cancer treatment center and comprehensive breast center.[51]

46.     Because of its ongoing relationships with orthopedic surgeons at the Steadman Clinic and Vail-Summit Orthopedics (described in Section IV.B.4), premier athletes have

---

Eagle, Edwards, Frisco, Gypsum. Leadville, Silverthorne. Vail Health. "Locations." Available at: https://www.vailhealth.org/locations. Last accessed January 7, 2022.

[48] Vail Health. (July 15, 2019). "Vail Health and Colorado Mountain Medical Announce New Partnership." Available at: https://www.vailhealth.org/news/vail-health-and-colorado-mountain-medical-announce-new-partnership. Last accessed January 7, 2022.

[49] Vail Health. (July 15, 2019). "Vail Health and Colorado Mountain Medical Announce New Partnership." Available at: https://www.vailhealth.org/news/vail-health-and-colorado-mountain-medical-announce-new-partnership. Last accessed January 7, 2022.

[50] Vail Health (July 2, 2021). "Urgent Care Changes in Avon: Vail Health takes over urgent care in Bucks Creek Medical Plaza." Available at: https://www.vailhealth.org/news/urgent-care-changes-in-avon-vail-health-takes-over-urgent-care-in-buck-creek-medical-plaza. Last accessed January 7, 2022.

[51] LinkedIn. "Vail Health." Available at: https://www.linkedin.com/company/vailhealth/. Last accessed January 7, 2022.



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

had surgery at Vail.[52] Vail Health describes itself as "a location for 'destination surgery.'"[53]

47.    Vail Health depends on its orthopedic and sports medicine specializations. Its contribution margin from orthopedics was 50.1% in 2015.[54] Between 2015 to 2018, 77% of Vail Health's inpatients received orthopedic treatments. More than half of its outpatients receive PT services.[55] Vail Health considers its lack of diversification in other medical and surgical subspecialties to be a weakness.[56]

### a.  Howard Head Sports Medicine

48.    Since November 1, 2012, Howard Head Sports Medicine ("Howard Head" or "HHSM") has offered physical and occupational therapy rehabilitation services for Vail Health.[57] The use of the trade name, Howard Head, was established in 1990, funded by a personal donation.[58] Howard Head offers the following subspecialties: orthopedics, sports, women's health, neurology, aquatics, acute care, oncology, hand rehabilitation, and pediatrics.[59]

---

[52] Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. September 8, 2020, at p. 6. *See also*, e.g., Vail Health, "Orthopaedics." Available at: https://www.vailhealth.org/services/orthopaedics. Last accessed January 7, 2022. *See also*, STEADMAN-0002692-833, at 754. VH_Fed_00000771-866 at 776.

[53] Vail Health. "Travel to Vail." Available at: https://www.vailhealth.org/services/surgery/travel-to-vail. Last accessed January 7, 2022.

[54] VH_Fed_00000771-886 at 805.

[55] VH_Fed_00001432-446 at 440. Howard Head discussed in Section IV.B.3.a.

[56] STEADMAN-0002692-833, at 754.

[57] VH_fed_00001512-523, at 514. VH_Fed_00001432-446, at 438.

[58] VH Responses to Pls 1st Set of RFA, No. 12. Vail Health Hospital. "Howard Head Sports Medicine." Available at https://www.howardhead.org/. Last accessed January 6, 2022. *See also*, VailDaily. (July 28, 2012) "Vail hospital to take over Howard Head.". Available at: https://www.vaildaily.com/news/vail-hospital-to-take-over-howard-head/. Last accessed January 7, 2022. *See also*, VH_fed_00001512-523, at 515.

[59] VH_Fed_00001432-446, at 438.

24



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

49.　As a brand, Howard Head is considered one of Vail Health's strengths.[60] It is currently an official medical provider for U.S. Ski & Snowboard and USA Climbing[61] and has supported other athletic organizations in the past.[62]

50.　Howard Head has 10 locations (seen in the graphic below).　Seven are in the Vail Valley and three are in Summit County.[63] Vail Health describes these locations as being "strategically located in the major population centers of each of the respective [Eagle and Summit] counties, providing convenient access for patients."[64]



Source: Vail Health

51.　**Table 4** presents a summary of the volume of Vail Health's PT services by year for private-pay outpatients from Colorado. Panel A presents information about Vail Health's PT services in the town of Vail. Panel B presents information about Vail Health's PT services provided at its clinics outside of Vail. Panel C presents information about PT services of other PT providers in the Vail Valley for comparison. Vail Health receives much higher reimbursement for PT services

---

[60] STEADMAN-0002692-833, at 754.

[61] Vail Health Hospital. "Howard Head Sports Medicine." Available at https://www.howardhead.org/VailDaily. Last accessed January 6, 2022.

[62] VH_Fed_00000771-866, at 771. VH_Fed_00001512-523, at 514.

[63] Howard Head Sports Medicine. "Locations." Available at: https://www.howardhead.org/locations. Last accessed January 7, 2022.

[64] VH_Fed_00001432-446, at 438.



provided in Vail (where it has a hospital and a clinic) than its other facilities, or for PT service of other providers.

**Table 4**

**Vail Health and Other Provider Physical Therapy Services in the Vail Valley**

| | Claims | Units | Allowed Amounts | Allowed Amounts Per Unit |
|---|---|---|---|---|
| | | (Units) | (Dollar) | |
| | (1) | (2) | (3) | (4) |
| **Panel A: Vail Health - Vail** | | | | |
| 2012 | 1,144 | 12,088 | $ 1,009,711 | $ 84 |
| 2013 | 952 | 9,581 | 751,212 | 78 |
| 2014 | 1,416 | 14,833 | 1,184,461 | 80 |
| 2015 | 1,955 | 18,972 | 1,545,304 | 81 |
| 2016 | 2,101 | 24,345 | 1,776,512 | 73 |
| 2017 | 2,173 | 21,683 | 1,657,868 | 76 |
| 2018 | 3,134 | 24,891 | 2,371,752 | 95 |
| 2019 | 3,220 | 25,729 | 2,418,266 | 94 |
| 2020 | 3,037 | 20,675 | 2,081,472 | 101 |
| **Total** | 19,132 | 172,797 | 14,796,557 | 86 |
| **Panel B: Vail Health - Outside Vail** | | | | |
| 2012 | 750 | 2,051 | $ 60,054 | $ 29 |
| 2013 | 800 | 2,462 | 74,735 | 30 |
| 2014 | 720 | 2,303 | 68,593 | 30 |
| 2015 | 1,003 | 3,173 | 106,581 | 34 |
| 2016 | 822 | 2,915 | 102,126 | 35 |
| 2017 | 675 | 2,063 | 75,206 | 36 |
| 2018 | 859 | 2,285 | 87,156 | 38 |
| 2019 | 938 | 2,664 | 87,283 | 33 |
| 2020 | 866 | 2,981 | 102,072 | 34 |
| **Total** | 7,433 | 22,897 | 763,807 | 33 |
| **Panel C: Other Vail Valley Providers** | | | | |
| 2012 | 2,150 | 6,611 | $ 289,875 | $ 44 |
| 2013 | 4,414 | 12,390 | 504,461 | 41 |
| 2014 | 5,857 | 17,267 | 620,144 | 36 |
| 2015 | 8,648 | 23,234 | 800,151 | 34 |
| 2016 | 8,947 | 24,095 | 820,526 | 34 |
| 2017 | 9,880 | 29,545 | 1,034,168 | 35 |
| 2018 | 11,731 | 36,822 | 1,230,370 | 33 |
| 2019 | 11,005 | 34,828 | 1,159,214 | 33 |
| 2020 | 8,097 | 24,600 | 824,662 | 34 |
| **Total** | 70,729 | 209,392 | 7,283,570 | 35 |

Notes:

(1) Includes private-payers claim lines with allowed amounts greater than or equal to $1.

(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.

(3) Excludes place of service 34 (hospice).

Sources:  Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

27



52. Until October 31, 2012, PT services were designed and executed by a third party company called Rehabilitation & Performance Center at Vail, LLC ("RPC-Vail").[65] Vail Health made available the facilities where PT services were provided by RPC-Vail, and also did the billing.[66]

53. On November 1, 2012, Vail Health took over the PT services from RPC-Vail.[67] It hired away most of the employees from RPC-Vail. The change prompted a group of 17 therapists and six other staff to separate and form a new practice—called Axis Sports Medicine—under the umbrella of RPC-Vail's previous parent company, Proaxis Therapy.[68] Axis Sports Medicine presently operates in Avon, Breckenridge, Eagle, Edwards, Frisco, and Silverthorne.

54. As seen in **Table 4**, there was a noticeable decline in Howard Head's volume in Vail in 2013 following the departure of staff for Axis Sports Medicine. It was able to rebound the next year. Vail Health reports that between FY 2013 and July 2017, Howard Head grew 36%.[69] It had 47 physical therapists in 2015-2016[70] and more than 65 in July 2017.[71] Since at least 2018, the total number of PT/PT aides employed has been about 50 to 60.[72]

---

[65] RPC-Vail is described in Section IV.B.4.a below.

[66] VH Responses to Pls 1st Set of RFA, No. 12. VailDaily. (July 28, 2012) "Vail hospital to take over Howard Head." Available at: https://www.vaildaily.com/news/vail-hospital-to-take-over-howard-head/. Last accessed January 7, 2022.

[67] VailDaily. (July 28, 2012) "Vail hospital to take over Howard Head." Available at: https://www.vaildaily.com/news/vail-hospital-to-take-over-howard-head/. Last accessed January 7, 2022.

[68] VailDaily. (November 7, 2012). "Physical therapists start new group." Available at: https://www.vaildaily.com/news/physical-therapists-start-new-group/. Last accessed January 7, 2022.

[69] VH_Fed_00001514-523, at 521.

[70] VH_Fed_00000771-866 at 817.

[71] VH_Fed_00001514-523, at 515. Elsewhere, Howard Head says that it employs "65 clinicians (54 PT/11 OT)" in its "primary market." (VH_Fed_00001432-446, at 439.)

[72] Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. September 8, 2020, at p. 13. VH_Fed_00001432-446, at 439. Vail Health Hospital. "Howard Head Sports Medicine." Available at: https://www.howardhead.org/. Last accessed January 7, 2022. (dynamic graphics)



### 4. Third Parties

#### a. Rehabilitation & Performance Center at Vail, LLC ("RPC-Vail")

55.     RPC-Vail was an independent contractor which provided PT services. As noted above, RPC-Vail was the exclusive provider of PT services doing business under the trade name Howard Head until October 31, 2012.[73] The agreement between RPC-Vail and Vail Health had a strict non-complete clause. Should that agreement terminate, then RPC-Vail owners were not permitted to "engage in the practice or delivery of physical therapy services in any medical services facility in Summit or Eagle Counties, Colorado, without the prior written consent of the Hospital" during the term of the agreement or for one year after.[74]

#### b. The Steadman Clinic

56.     The Steadman Clinic ("Steadman" or "Clinic") is an orthopedic clinic which specializes in the repair of knee, hip, shoulder, elbow, hand, spine, foot, and ankle injuries.[75] Its offices are located on Vail Health property and its surgeons perform many surgeries in Vail Health's Surgery Centers.[76] In a 2015 bond offering, Vail Health stated that in 2014, five Steadman doctors provided 25% of Vail Health's gross revenue.[77]

---

[73] VH Responses to Pls 1st Set RFAs, No. 6, No. 10. Vail Health Objections and Responses to Plaintiffs' First Set of Requests for Admission ("VH Responses to Pls 1st Set RFAs"), No. 1 and VAIL_00003426. ("the services to be provided at the Hospital shall be provided exclusively by or through [RPC-Vail] […]." )

[74] VAIL_00003426, Section 6(a).

[75] The Steadman Clinic and Steadman Philippon Research Institute. "The Steadman Clinic." Available at: https://www.thesteadmanclinic.com/. Last accessed January 7, 2022. *See also*, Vail Health. "The Steadman Clinic." Available at: https://www.vailhealth.org/services/orthopaedics/the-steadman-clinic. Last accessed January 7, 2022.

[76] The Steadman Clinic and Steadman Philippon Research Institute. "The Steadman Clinic - Vail, CO." Available at: https://www.thesteadmanclinic.com/locations. Last accessed January 7, 2022. *See also*, Vail Health. "The Steadman Clinic." Available at: https://www.vailhealth.org/services/orthopaedics/the-steadman-clinic. Last accessed January 7, 2022.

[77] Deposition of Doris Kirchner, November 23, 2021. , Exhibit 50 at A-19.



57.     Steadman treats patients from all over the world, including professional and recreational athletes.[78] After surgery, many of its patients receive PT rehabilitation services at Howard Head or at other facilities.[79] As Vail Health describes Steadman on its web site, "The Steadman Clinic's approach to wellness relies on the collaboration of the physician, the patient and the physical therapist."[80]

58.     Vail Health documents show that in 2014, 60% of Howard Head's billable units for PT came from Steadman referrals. In 2015, it was 54%.[81] I understand there is a discovery dispute before the Court regarding Vail Health's production of similar information for other years.

59.     Vail Health and Steadman considered entering into a joint venture for PT services.[82]

### c.  Vail-Summit Orthopaedics & Neurosurgery

60.     Vail Orthopaedics and Neurosurgery ("VSO") has provided orthopedic and neurosurgery services since 1979. Currently, it has locations in Edwards, Frisco, and Vail.[83]

61.     Like Steadman, VSO is located on Vail Health property.[84] As Vail Health explains, "[i]f surgery is required to correct an orthopaedic disorder or injury, VSO physicians

---

[78] The Steadman Clinic and Steadman Philippon Research Institute. "The Steadman Clinic." Available at: https://www.thesteadmanclinic.com/. Last accessed January 7, 2022. *See also*, Vail Health. "The Steadman Clinic." Available at: https://www.vailhealth.org/services/orthopaedics/the-steadman-clinic. Last accessed January 7, 2022.

[79] Of surgeries for which Steadman filed a professional claim between 2012 and 2020, the facility where it was performed can be identified in 6,152claims. Of these, 92%were performed at Vail Health.

[80] Vail Health. "The Steadman Clinic." Available at: https://www.vailhealth.org/services/orthopaedics/the-steadman-clinic. Last accessed January 7, 2022.

[81] VH_Fed_00002009. Section IV.D provides further information about PT referrals for orthopedic patients.

[82] VH Responses to Pls 1st Set RFAs, No. 114. VAIL_00003560-568.

[83] Vail-Summit Orthopaedics & Neurosurgery. "About VSON." Available at https://www.vsortho.com/. Last accessed on January 7, 2022.

[84] Vail-Summit Orthopaedics & Neurosurgery. "Vail Summit Orthopaedics Vail." Available at https://www.vsortho.com/vail. Last accessed on January 7, 2022. *See also*, Vail Health. "Vail-Summit Orthopaedics and Neurosurgery." Available at: https://www.vailhealth.org/services/orthopaedics/vail-

---



have access to Vail Valley Surgery Center with two convenient, state-of-the-art facilities in Vail and Edwards." Likewise, if other types of treatments are required, VSO refers patients to other specialists, including Howard Head Sports Medicine.[85] Vail Health states that they have a strong relationship with VSO, as well as Steadman, and the growth of these organizations have a positive impact on Vail Health.[86]

62.     On its web site, Vail Health says, "if other types of treatments are required, VSO refers patients to other specialists, including Howard Head Sports Medicine."[87]

63.     Vail Health and VSO considered entering into a joint venture for PT services.[88] One of the issues that VSO had with the joint venture was a noncompete in Summit County.[89] In about 2018, VSO acquired Avalanche Physical Therapy. VSO estimated that 80% of Avalanche's referral business in Summit County came from VSO.[90] At one point, Vail Health contemplated purchasing Avalanche.[91] I am not aware of documents produced about the outcome. On November 16, 2021, Vail Health opened a facility in Dillon, CO, which includes space for VSO, Steadman, and Howard Head.[92] I am not aware of the current status of the non-compete.[93]

---

summit-orthopaedics. Last accessed January 7, 2022.

[85] Vail Health. "Vail-Summit Orthopaedics and Neurosurgery." Available at: https://www.vailhealth.org/services/orthopaedics/vail-summit-orthopaedics. Last accessed January 7, 2022.

[86] VH_Fed_00001432-446, at 440.

[87] Vail Health. "Vail-Summit Orthopaedics and Neurosurgery." Available at: https://www.vailhealth.org/services/orthopaedics/vail-summit-orthopaedics. Last accessed January 7, 2022.

[88] Brown Dep, Ex. 42, 43; Kirshner Dep., Ex. 81, 83.

[89] VH_Fed_00003701.

[90] VH_Fed_00004031

[91] VH_Fed_00002604.

[92] Vail Health. "NOW OPEN: Dillon Health Center." Available at: https://www.vailhealth.org/locations/dillon. Last Accessed January 8, 2022.

[93] VH_Fed_00004034. Former Vail Health Bond Chair Michael Shannon stated that "We could figure it out so combine them all with the right non-competes."



64. Vail Health documents show that in 2014, 18% of Howard Head's billable units for PT came from VSO referrals. In 2015, it was 15%.[94] I understand there is a discovery dispute before the Court regarding Vail Health's production of similar information for other years.

## C. The Vail Valley

65. The Vail Valley is a 50+-mile stretch through the Colorado Rocky Mountains. It includes the following ten towns from west to east: Gypsum, Eagle, Wolcott, Edwards, Avon, Eagle-Vail, Beaver Creek, Minturn, Red Cliff, and Vail.[95]

### 1. Vail, Colorado

66. Vail, Colorado is a resort town in the Vail Valley.[96] Vail Mountain, with a base elevation of 8,150 feet above sea level and a peak elevation at 11,570 feet, was first developed as a ski resort in 1962.[97] The town of Vail was then incorporated in 1966.

67. Vail is the largest and most-visited world-class ski resort in the United States ("U.S.").[98] Approximately 1.3 to 1.75 million people visit Vail annually—about half in

---

[94] VH_Fed_00002009. Section IV.D provides further information about PT referrals for orthopedic patients.

[95] Vail Valley Partnership. Available at: https://www.vailvalleypartnership.com/. Last accessed January 7, 2022. *See also*, EMSI. (Q4 2019) "Eagle County, CO." Available at: https://files.vailvalleypartnership.com/sites/4/2020/01/Economy_Overview_Eagle_County_CO_9523.pdf. Last accessed January 7, 2022. These towns include the zip codes 81657, 81649, 81620, 81632, 81645, 81631, 81637. The zip code 81637 also includes the small town of Dostero, west of Gypsum.  Google maps. "Dostero, CO." Available at https://www.google.com/maps/place/Dostero,+CO+81637/@39.6490692,-107.0735097,14z/data=!3m1!4b1!4m5!3m4!1s0x8741bd00451b68e5:0x384a3f5f71f21279!8m2!3d39.649071!4d-107.056. Last accessed January 7, 2022.

[96] Google Maps. "Vail, CO." Available at: https://goo.gl/maps/qMtW8nmrM7F64Y2S7. Last accessed January 7, 2022.

[97] Town of Vail. "History of Vail." Available at: https://www.vailgov.com/history-of-vail. Last accessed January 7, 2022. Vail Resorts. "Fact Sheet." Available at: https://news.beavercreek.vailresorts.com/mountain/vail/fact-sheet/. Last accessed January 7, 2022.

[98] Sarah L. Stewart. (January 07, 2013) "America's Most-Visited Ski Resorts." *Travel + Leisure*. Available at: https://www.travelandleisure.com/hotels-resorts/mountain-ski-resorts/americas-most-visited-ski-resorts#:~:text=1%20Vail%20Mountain%2C%20CO&text=Vail%20is%20not%20only%20the,the%20largest%2C%20sprawling%205%2C289%20acres. Last accessed January 7, 2022.

32



the winter and half in the summer.[99] Currently, Vail has a population of 5,305 permanent residents and an additional 5,000 part-time residents with vacation properties.[100]

68.    Vail is one of the most expensive towns in the Vail Valley. While the U.S. as a whole has a cost of living index of 100, Vail's cost of living is 190.9.[101] This means Vail is 90.9% more expensive than U.S. average. Due to its costs, it is difficult to hire physical therapists in Vail. Vail Health points to cost of living, available housing, and spouse employment as drivers of employee turnover in key clinical areas and in attracting new hires.[102]

---

[99] A visit is defined as a person in Vail for at least one day. (Swift Luxe-The Affluent Marketing Network. "Vail Demographics." Available at: https://www.swiftluxe.com/our-markets/colorado-vail/demographics/. Last accessed January 7, 2022. *See also,* Sarah L. Stewart. (January 07, 2013) "America's Most-Visited Ski Resorts." *Travel + Leisure.* Available at: https://www.travelandleisure.com/hotels-resorts/mountain-ski-resorts/americas-most-visited-ski-resorts#:~:text=1%20Vail%20Mountain%2C%20CO&text=Vail%20is%20not%20only%20the,the%20largest%2C%20sprawling%205%2C289%20acres. Last accessed January 7, 2022.

[100] Town of Vail. "Welcome to Vail!" Available at: https://www.vailgov.com/visiting/welcome-to-vail. Last accessed January 7, 2022.

[101] Best Places. "Cost of Living in Vail, Colorado." Available at: https://www.bestplaces.net/cost_of_living/city/colorado/vail. Last accessed January 7, 2022. Edwards is the most expensive, with a cost-of-living index of 202.6. (Best Places. "Cost of Living in Edwards, Colorado" Available at: https://www.bestplaces.net/cost_of_living/city/colorado/edwards. Last accessed January 7, 2022.

[102] VH_Fed_00001449-462 at 457-458.



**Figure 1: Cost of Living in the Vail Valley**



Source: Best Places[103]

69. Housing costs are the prime driver for Vail's high index. The median listing home price in October 2021 was $2 million, with a price per square foot of $1,000.[104] Single-family homes currently list for approximately It is $1.85 million to $45 million.[105]

70. Even more importantly for hiring physical therapists, the average rent for a one-bedroom apartment in the Vail Valley is between approximately $2,000 to $3,400.[106]

---

[103] Best Places. "Cost of Living in Vail, Colorado." Available at: https://www.bestplaces.net/cost_of_living/city/colorado/vail. Last accessed January 7, 2022.

[104] Realtor.com. "Vail, CP Real Estate Market. Available at: https://www.realtor.com/realestateandhomes-search/Vail_CO/overview. Last accessed January 7, 2022.

[105] Realtor.com. "Vail, CO Single Family Homes for Sale." Available at: https://www.realtor.com/realestateandhomes-search/Vail_CO/type-single-family-home/sby-1. Last accessed January 7, 2022.

[106] Classifieds. "Find your next purchase/gig/home and more!" Available at: https://classifieds.cmnm.org/marketplace/cmnm/category/Rentals. Last accessed January 10, 2022.



71. Retail commercial space in Vail is also at a premium. This is a barrier to entry for new PT clinics (discussed in Section V.B.1.b below). In 2019, costs to lease commercial real estate in Vail Village (the central area of the town) was approximately $120 per square foot.[107]

72. Low vacancy rates drive rental prices. In 2018, the retail vacancy rate in town was merely 0.45%.[108] As a comparator, the retail vacancy rate in Denver in 2018 was 5.2%. "The cost to rent, buy or build, combined with an employee shortage, is crimping potential economic growth in the valley."[109]

### 2. The Geographic Terrain of the Vail Valley

73. The geographic terrain of the Vail Valley plays an extremely important role in defining the relevant geographic market in this case, discussed below in Section V.A.2. The Vail Valley is demarcated by dramatic geological features: (1) the 10,662-foot-high Vail Pass to the East, (2) the 12.5 mile Glenwood Canyon of the Colorado River to the West, and (3) mountains surrounding it to the North and the South.[110]

74. The U.S. interstate 70 highway ("I-70"), which crosses the entire state of Colorado, is the major road through the Vail Valley.[111]

75. The Vail Pass is a high mountain pass along I-70 just to the west of the Continental Divide.[112] It is approximately 14 miles east of Vail and six miles west of Copper

---

[107] Scott Miller. (March 1, 2019) "Vail Valley commercial property is in pretty short supply." *VailDaily*. Available at: https://www.vaildaily.com/news/vail-valley-commercial-property-is-in-pretty-short-supply/. Last accessed January 7, 2022.

[108] Scott Miller. (March 1, 2019).

[109] "While commercial rent in the rest of the valley is still lower than the peaks seen in 2007, for the past few years rent in Vail has surpassed that high-water mark from the previous decade." Scott Miller. (March 1, 2019).

[110] SRC-FED0002832-2893 at -37. *See also*, Vail Valley Economic Development. "Business Search & Details." Available at: https://vailvalleymeansbusiness.com/data-center/top-employers/. Last accessed January 7, 2022.

[111] US Ends.com. "End of US highway 70." Available at: https://www.usends.com/70.html. Last accessed January 7, 2022.

[112] Crash Forensics.com. "Vail Pass." Available at: https://www.crashforensics.com/vailpass.cfm. Last



Mountain.[113] The Pass is the boundary between Eagle and Summit Counties. Vail Pass is one of three steep grades on I-70 between Denver and Utah.[114] It is considered the most dangerous.[115]

> The highway is extremely steep on both sides (eastbound or westbound) and has at least a 7 to 8 percent grade at one point or another. Much like Loveland Pass, its windy nature features hairpin turns and brutal winter weather. The pass crests at 10,660 feet above sea level and two runaway truck ramps exist on the westbound side for victims of brake failure. The steep sides provide drivers with little room for error. These slippery mountain stretches are notoriously dangerous in the winter and are prone to multi-car accidents because it's easy for drivers to lose control of their autos.

76.     Traffic accidents on I-70—specifically at the Vail Pass—can cause major delays and road closures.[116] "[The Vail Pass] is frequently closed by local authorities during severe snowstorms, as conditions become underivable. Travelers should be prepared

---

accessed January 7, 2022.

[113] Google Maps. Available at:
https://www.google.com/maps/dir/Vail,+Colorado+81657/Vail+Pass,+Colorado+80443/@39.5885155,-106.3666769,12z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x876a7005515dcf07:0xc9ccc01f7e9aa3c4!2m2!1d-106.3780801!2d39.6433243!1m5!1m1!1s0x876a61081b68ad9b:0xf4ccee5b882c3c83!2m2!1d-106.2176294!2d39.5293441!3e0. Last accessed January 4, 2022.
Google Maps. Available at:
https://www.google.com/maps/dir/Copper+Mountain,+209+Ten+Mile+Cir,+Frisco,+CO+80443/Vail+Pass,+Colorado+80443/@39.5156128,-106.2146844,13z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x876a5ff8a6c85dfb:0xb77361e448db681!2m2!1d-106.1497036!2d39.5021728!1m5!1m1!1s0x876a61081b68ad9b:0xf4ccee5b882c3c83!2m2!1d-106.2176294!2d39.5293441!3e0. Last accessed January 7, 2022.

[114] Crash Forensics.com. "Vail Pass." Available at: https://www.crashforensics.com/vailpass.cfm. Last accessed January 7, 2022.

[115] Dangerousroads. "Vail Pass, a difficult road in Colorado." Available at:
https://www.dangerousroads.org/north-america/usa/4424-vail-pass.html. Last accessed January 7, 2022.

[116] "Traffic incidents on the I-70 mountain corridor can create major delays or cause a full closure of the interstate." (Colorado Department of Transportation. "Travel Center - I-70 West Traffic Management." Available at:  https://www.codot.gov/travel/winter-driving/I-70WestTrafficMgmt.html. Last accessed January 7, 2022.

36



for changing conditions and near-zero visibility in winters." [117] Eagle County sends out "EC Alerts" and "Wireless Emergency Alerts"[118] when there are imminent threats for extreme weather and other threats to life or property. [119] These alerts, and news outlets, report road closures in or near the Vail Pass on a regular basis. There was a multi-vehicle accident was on November 11, 2021.[120] In mid-December 2021, I-70 had rolling closures between Vail and Silverthorne in both directions due to wind and snow.[121]

---

[117] Dangerousroads. "Vail Pass, a difficult road in Colorado." Available at: https://www.dangerousroads.org/north-america/usa/4424-vail-pass.html. Last accessed January 7, 2022.

[118] Eagle County. "Emergency Notifications and FAQ." Available at: https://www.eaglecounty.us/emergencymanagement/emergencynotificationsandFAQ. Last accessed January 7, 2022. ("Eagle County Alert is an emergency communication system used by governments, emergency management agencies and first responders to send emergency alerts, notifications and updates to your landline phone, cell phone, pager, BlackBerry, PDA and/or email account based on your location and the alert categories that you have chosen.")

[119] Taylor Sienkiewicz. (October 6, 2021) "1 killed, another seriously injured in I-70 crash Tuesday night." *Summit Daily.* Available at: https://www.summitdaily.com/news/local/i-70-closed-between-loveland-pass-and-silverthorne/. Last accessed January 7, 2021. *See also,* Sawyer D'Argonne. (October 14, 2021) "Update: I-70 eastbound reopens between Frisco and Loveland Pass following fatal crash." *Summit Daily.* Available at: https://www.summitdaily.com/news/crime/crash-closes-i-70-eastbound-between-frisco-and-loveland-pass/. Last accessed January 7, 2021. *See also,* John LaConte. (September 26, 2021). "Motorcyclist killed in crash that closed I-70 on Saturday." Available at: https://www.vaildaily.com/news/motorcyclist-killed-in-crash-that-closed-i-70-on-saturday/. *VailDaily.* Last accessed January 7, 2021. *See also,* VailDaily. (April 22, 2021) "I-70 at Vail Pass reopens." Available at: https://www.vaildaily.com/news/i-70-at-vail-pass-closed-in-both-directions-due-to-accidents/. Last accessed January 7, 2021.

[120] David Mullen. (November 11, 2021) "I-70 reopens at Vail Pass summit." *OutThere Colorado.* Available at: https://www.outtherecolorado.com/news/i-70-reopens-at-vail-pass-summit/article_1f6363f0-829f-5e33-9e74-ce62300ef54b.html. Last accessed January 7, 2022.

[121] Jake Shapiro. (December 15, 2021). "Rolling I-70 closures expected throughout Wednesday due to snow, winds." *The Denver Post.* Available at: https://www.denverpost.com/2021/12/15/i-70-closed-wednesday-snow-wind/?trk_msg=IOP4EQNOA4U43BNF9F0CIG67K8&trk_contact=9CJABTEVGLVQT8B2JOBGDNE6HG&trk_sid=JU9GV0OFKK5L7U23C23A0BCEMG&trk_link=4GSUIE3LSV0K79SS2VK076LVNG&utm_email=544C35E3641314A8D4F18486F8&g2i_eui=gjSdC%2f4oDQ9vgLJjrGnDWuv6yujjUcJa&g2i_source=newsletter&lctg=544C35E3641314A8D4F18486F8&active=no&utm_source=listrak&utm_medium=email&utm_term=https%3a%2f%2fwww.denverpost.com%2f2021%2f12%2f15%2fi-70-closed-wednesday-snow-wind%2f&utm_campaign=denver-mile-high-roundup&utm_content=manual. Last accessed January 7, 2022.





**A jackknifed trailer blocks I-70 at Vail Pass west of the summit**
*Photo Courtesy CDOT*

77.     Glenwood canyon, to the west of the Vail Valley, has its own geological challenges which can make transportation difficult. In addition to winter storms, there are also risks of closures on this portion of the I-70 due to flooding and mudslides in the summer.[122]



*Latest picture from today (Aug. 1, 2021)*

---

[122] Colorado Department of Transportation. "Travel Center – I-70 Glenwood Canyon." Available at: https://www.codot.gov/travel/glenwoodcanyon. Last accessed January 7, 2022. *See also*, Colorado Department of Transportation. (August 1, 2021) "I-70 through Glenwood Canyon will continue to be closed due to extreme damage from the latest mudslides." Available at: https://www.codot.gov/news/2021/august-2021/i70-glenwood-canyon-remains-closed-mudslides. Last accessed January 7, 2022.

78.     In 2021, a road closure led to a detour all the way from Rifle to Silverthorne around the I-70 between Glenwood Springs and the Vail Valley.[123]

> CDOT strongly asks that motorists use the recommended northern alternate route via I-70 — CO 9 — US 40 — CO 13. Westbound motorists from the Denver metro area should exit I-70 at Exit 205 (Silverthorne) and travel north on Colorado Highway 9 towards Kremmling. Travelers will continue west on US Highway 40 and then south on CO 13 to complete the alternate route and return to westbound I-70 at Rifle (Exit 90). Eastbound travelers can detour using the same route in reverse.[124]



Source: Colorado Department of Transportation

79.     The challenges of the geographic terrain bordering the Vail Valley are obstacles for patients to travel for PT services.

---

[123] The Gazette. (August 5, 2021) "Best I-70 Glenwood Canyon detour options in Colorado." Available at: https://gazette.com/news/best-i-70-glenwood-canyon-detour-options-in-colorado/article_2c1a8392-f47b-11eb-bf1e-0fa661b722ad.html. Last accessed January 10, 2022.

[124] Colorado Department of Transportation. (August 1, 2021) "I-70 through Glenwood Canyon will continue to be closed due to extreme damage from the latest mudslides." Available at https://www.codot.gov/news/2021/august-2021/i70-glenwood-canyon-remains-closed-mudslides. Last accessed January 7, 2022.



### D. Orthopedic Surgery Referrals Important for Physical Therapy

80.     Patient referrals by orthopedic surgeons can be an extremely important pipeline for physical therapy practices. This is especially so in the Vail Valley. This section discusses how referrals from orthopedic surgical practices like the Steadman Clinic and VSO are integral to Vail Heath's alleged anticompetitive conduct in this case.

#### 1. Vail Health

81.     Orthopedic surgeries performed at Vail Health by outside physicians are an important financial driver for the hospital system—particularly from Steadman and VSO. Between 2012 and 2020, there were 8,737 orthopedic surgeries performed at Vail Health where it filed a facility claim with a private payer. 79.7% (6,963) were accompanied by a professional claim filed by Steadman or VSO for the same patient.

82.     **Figure 2** plots the daily count of patients who received orthopedic surgery at Vail Health between 2012 and 2020. Overall, there were an average of about 4 to 5 orthopedic surgeries at Vail Health per day. The volume of orthopedic surgeries have been increasing since 2017. This trend is consistent with a report by Vail Resorts that skier visits were up 6.8% at its North American resorts in 2018-19 compared with the 2017-18 ski season.[125]



---

[125] Taylor Sienkiewicz. (January 7, 2021) "Newly released data sheds light on rate of traumatic injuries at Colorado ski resorts." *VailDaily*. Available at https://www.vaildaily.com/entertainment/outdoors/newly-released-data-sheds-light-on-rate-of-traumatic-injuries-at-colorado-ski-resorts/. Last accessed January 7, 2022.



83.     Orthopedic surgeries performed at Vail Health by Steadman and VSO physicians earned Vail Health $119.9 million in revenue. Steadman earned $34.5 million, and VSO earned $6.7 million. As seen in **Table 5**, revenue for these surgeries has been increasing steadily over time.

### Table 5
### Revenue from Surgeries by Year

| | Vail Health | | The Steadman Clinic | | Vail-Summit Orthopaedics & Neurosurgery | |
|---|---|---|---|---|---|---|
| | (Dollars) | | | | | |
| | (1) | | (2) | | (3) | |
| 2012 | $ | 4,792,520 | $ | 1,488,427 | $ | 306,294 |
| 2013 | | 5,483,473 | | 1,639,034 | | 329,960 |
| 2014 | | 5,867,987 | | 1,672,040 | | 406,159 |
| 2015 | | 8,189,195 | | 2,688,004 | | 475,608 |
| 2016 | | 10,441,539 | | 3,367,615 | | 727,452 |
| 2017 | | 14,495,469 | | 4,197,517 | | 796,838 |
| 2018 | | 18,194,670 | | 5,948,201 | | 819,909 |
| 2019 | | 22,371,194 | | 6,084,793 | | 1,273,634 |
| 2020 | | 30,077,216 | | 7,384,408 | | 1,607,769 |
| **Total** | | 119,913,262 | | 34,470,039 | | 6,743,622 |

Notes:
(1) Includes private-payors claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.

Sources:  Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

84.     Howard Head is also "[h]eavily reliant on [Steadman] for referrals."[126] An internal Vail Health presentation says that "Howard Head has a strong relationship with both

---

[126] VH_Fed_00001432-446 at 439.



[of] VH's [independent] orthopedic groups, the Steadman Clinic and VSO, and the growth of those organizations has positively impacted HHSM."[127] An internal "HHSM Referral Source Analysis" shows that 51% of Howard Head's referrals came from Steadman or VSO in fiscal year 2014 and 57% came from Steadman or VSO in fiscal year 15. In terms of billable units of PT, these percentages are 78% and 69%, respectively.[128] In internal documents, Vail Health says, "[t]he Plan should focus on opportunities to expand/leverage the Steadman Clinic and develop competitive hospital and ancillary services."[129]

85.     Vail Health's percentages are consistent with estimates using CO APCD claims data. Of 6,963 orthopedic surgeries performed at Vail Health by Steadman and VSO surgeons between 2012 and 2020, 78.9% (5,496) had PT services within 180 days.[130] These patients received 259,010 units of PT from 666 providers (twenty-six in the Vail Valley) between 2012 and 2020. Vail Health's Howard Head performed the most, by far. Thirty-eight percent (98,059) of PT services were provided by Howard Head. The next largest provider of PT for these surgical patients was Axis Sports Medicine, LLC, with 8.0%.[131]

86.     Vail Health earned $8.3 million in allowed amounts from these PT services. This is 53.6% of the revenue earned by PT providers following a Vail Health surgery. By comparison, the second largest provider, Axis, earned only 4.7% of the revenue. By including a restrictive covenant in its long-term contract with Steadman prohibiting the clinic from providing PT services in its leased space, Vail Health reinforced its ability to retain Steadman's surgical patients as PT patients at Howard Head.

---

[127] VH_Fed_00001432-446 at 440. It said also that its retail expansion strategy in Eagle and Summit Counties has also driven volume growth.

[128] Brown Deposition, Exhibit 36 (VH_Fed_00002009).

[129] STEADMAN-0002692-833, at 758.

[130] Brad Schoenthaler said a person who had shoulder surgery would have PT for four or five months.  See Schoenthaler Depo Vol 2 at p.100:3-4

[131] Axis has three locations in the Vail Valley (Avon, Eagle, and Edwards) and three in Summit County (Breckenridge, Frisco, and Silverthorne). Axis Sports Medicine. Available at: https://axissportsmedicine.com/. Last accessed January 7, 2022.



### 2. Sports Rehab

87.     Patient referrals from Steadman were integral to Sports Rehab's business strategy for its Vail location.[132] Before Vail Health's allegations against her and Sports Rehab, Ms. Winninger's reputation with Vail Health and Steadman was excellent. Mr. Luke O'Brien, former Vice President of Clinical Physical Therapy at Howard Head and current Head of Physical Therapy for the Milwaukee Bucks, believed Ms. Winninger would be successful in Vail.

> I know that — as I shared with you earlier, I thought that she had a — was adept at creating good relationships and that she did a great job of delivering physical therapy care for patients and getting outcomes. And I think that those combination of factors would lead her to being able to be successful in that location.[133]

88.     In early 2016 Steadman and the Steadman Philippon Research Institute ("SPRI") reached out to Ms. Winninger to engage her services to develop patient-centered programming.[134] Ms. Winninger entered consulting services agreements with Steadman and SPRI in August 2016. However, these consulting agreements were terminated in March 2017 after Vail Health publicly alleged that Ms. Winninger and Sports Rehab were engaging in unlawful behavior. This resulted in a cessation of PT referrals from Steadman to Sports Rehab.[135] Mr. Brad Schoenthaler, managing partner at Sports Rehab,[136] explained at his 30(b)(6) deposition.

---

[132] 30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume I (Videotaped) April 2, 2020 in the Matter of Lindsay Winninger, et al. v. Doris Kirchner, et al. (Case No. 2017CV030102) ("Schoenthaler Deposition, Vol. I") at 45:24-46:11.

[133] Deposition of Luke O'Brien, October 9, 2021, at 75:2-8

[134] Amended Complaint at ¶ 27.

[135]  Deposition of Lindsay Winninger, June 29, 2020 at pp. 198-200. Declaration of Brad Schoenthaler, September 28, 2020 at ¶14. Plaintiff Lindsay Winninger and Sports Rehabs' Third Supplemental Answers and Responses to Vail Health's Fourth and Fifth Set of Discovery Requests, June 17, 2020 at Integratory No. 26. Plaintiff Sports Rehab' Fourth Supplemental Answers to Interrogatory No. 26, October 30. 2020 in the state court action. Plaintiffs' Supplemental Answer to Interrogatory No. 14 to Second Set of Discovery Requests, April 13, 2021 in the federal action.

[136] Sports Rehab Consulting. "Brad Schoenthaler." https://sportsrehabconsulting.com/about/brad-



> The general consensus I got back from Lindsay from all of her conversations with the doctor group was that they were essentially trying to steer clear of us until this situation is resolved. Because of the statements that had been out, they were, for the most part, avoiding our company.[137]

89.   Mr. Schoenthaler also explained that referrals from Steadman were an important aspect of growth for the company. Therefore, losing referrals was extremely impactful.

> We have specific loss of referrals from a group that at the time was our primary referral source and who we had originally worked with closely in discussions of our services, how we could work together, how we could provide services that catered to that group. And with discussions within people in that orthopedic group, we were seeing most of our business and a lot of our growth from that company. And that was very consistent up until all of these things started to happen conveniently in the spring of 2016 So we have evidence of a significant drop in referrals from doctors who prior to spring of 2016 supplied us with a large percentage of our client volume.[138]

90.   Mr. Schoenthaler says also, "most of the damages that I see are on the business side of things in terms of patient volume, patient referrals, relationship and growth with [the Steadman Clinic] we used to have a really good relationship with."[139]

---

schoenthaler/. Last accessed January 7, 2022.

[137] Schoenthaler Deposition, Vol. I at 49:16-21.

[138] Schoenthaler Deposition, Vol. I at 45:24-46:11. *See also*, Plaintiffs Supplemental Answer to Interrogatory No. 14 to Second Set of Discovery Requests, No. 14., at pp. 7-11.

[139] Schoenthaler Deposition, Vol. I at 54:4-9.



### E. Health Care Claims Data

#### 1. Colorado All Payer Claims Database

91.  Analysis of healthcare services quantities, prices, and other statistics in this Report are based on data in the Colorado All Payer Claims Database ("CO APCD"). I obtained these data from the Center for Improving Value in Health Care ("CIVHC"). CIVHC is a non-profit organization in Colorado whose mission is to "to empower individuals, communities, and organizations through collaborative support services and health care information to advance the Triple Aim of better health, better care, and lower costs."[140]

92.  Claims data were provided for facility and professional claims for musculoskeletal healthcare services covered by government or private payers from January 2012 to March 2021.[141] For each claim line, the data provided identify date of service, place of service, procedure characteristics, provider characteristics, and billing and payment information such as type of claim filed (facility or professional), billed charge, allowed amount, plan liability and patient liability, among other things.

93.  The original dataset provided has 745,162,871 rows (claims lines) which account for 308,754,765 unique claim IDs. Analysis in this Report includes the following types of health care services:[142]

---

[140] Center for Improving Value in Health Care (CIVHC). "Who We Are." Available at: https://www.civhc.org/about-civhc/who-we-are/. Last accessed January 7, 2022.

[141] Only 6,987 claim lines were included for services provided in 2021. Analysis in the report is limited to 2021-2020.

[142] Analyses exclude claim lines where place of service is equal to 34 (hospital). Analyses also from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8. (Find-A-Code. "CPT® 97165 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97165. Last accessed January 7, 2022. Find-A-Code. "CPT® 97166 in section: Occupational Therapy Evaluations." Last accessed December 27, 2021. Available at: https://www.findacode.com/code.php?set=CPT&c=97166. Find-A-Code. "CPT® 97167 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97167. Last accessed January 7, 2022. Find-A-Code. "CPT® 97168 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97168. Last accessed January 7, 2022. *See also*, Taxonomy, "Health Care Provider Taxonomy Code Set." Available at: https://taxonomy.nucc.org/. Last accessed January 7, 2022.)



a.  Physical Medicine and Rehabilitation Procedures

b.  Acupuncture Procedures

c.  Chiropractic Manipulative Treatment Procedures

d.  Surgical Procedures on the Musculoskeletal System.

94.  Analysis includes 45,886,997 of 66,637,280 claim lines (for 17,915,868 unique claim IDs) for these four categories.

95.  Volume summaries about the four types of health care services between 2012 and 2020 above are presented in **Table 6.**

### Table 6
### Summary Statistics for Physical Therapy, Acupuncture, Chiropractic and Surgical CPTs

| | Total Claims | Total Claim Lines | Total Allowed Amount |
|---|---|---|---|
| | (Units) | | (Dollars) |
| | (1) | (2) | (3) |
| Physical Therapy [1] [2] [3] | 15,274,820 | 41,726,166 | $ 1,878,923,306 |
| Acupuncture [2] [3] [4] [5] | 96,436 | 178,863 | 8,285,838 |
| Chiropractic [2] [3] [4] [5] | 1,594,771 | 2,074,147 | 86,304,933 |
| Orthopedic Surgery [2] [3] [4] | 1,480,882 | 1,907,821 | 1,859,142,283 |

Notes:
(1) Includes both private-payers and government claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(3) Excludes place of service 34 (hospice).
(4) Includes private payers claim lines with allowed amounts greater than or equal to $1.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set.

### 2. Vail Health Claims Data

96.  Vail Health produced two data files, VH_Fed_00006965 and VH_Fed_00006966. These files were provided to me on December 3, 2021. A letter from whom I understand to be Vail Health's outside counsel describes the files as "information

46



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

regarding every outpatient private-payer physical therapy procedure provided by Vail Health's Howard Head physical therapy practice in the alleged Vail Valley market from November 1, 2013 through September 22, 2021."[143] Unlike the CIVHC data which provides allowed amounts by claim line, the fields for payment amounts in the data produced by Vail Health are highly aggregated across claims and facility locations. They include some OT services. Additionally, they do not include information about PT services provided by Vail Health in Summit County.

97.     I understand that there is a discovery dispute before the Court about these and other data and information regarding Vail Health claims for reimbursement of healthcare services. Until the issues related to these data are resolved by the Court, I am not able to rely on them for my opinion. When this dispute is resolved, I would like the opportunity to review any new information produced.

98.     Vail Health produced other information related to healthcare claims. For example, VH_Fed_00003096 is an Excel spreadsheet that appears to include PT and OT services provided for dates of service between November 10, 2018, and November 29, 2019.[144] The file has two tabs: (1) "Monthly Charge Reconciliation_7" and (2) "Sheet1." In the first tab, every row appears to be a health care service provided to a patient. The second tab sums the field "Qty" from the first tab by "GL Unit" (facility) and "Encounter Type" (emergency, inpatient, outpatient, etc.).

99.     The file includes 18,165 claim lines for 2,381 patient encounters with 84 different chargemaster healthcare services ("CDM"). There are also fields for either CPT or HCPCS which identify the services provided. For example, the CPTs range between 97104 and 97763, which are included in the AMA's list of procedures for physical medicine and rehabilitation, including OT.[145]

---

[143] Letter from Daniel A. Richards to Alan L. Kildow and Sonya R. Braunschweig, December 17, 2021, p.1.

[144] See file for complete set of included fields. There is also a 1391-page pdf document numbered VH_Fed_00005179 which appears to be information about health care claims between November 2014 and October 2015 but is not in a digitally-useable format.

[145] See, e.g., Heidi Jannenga. (April 22, 2019) "Physical Therapists' Guide to CPT Codes." WebPT. Available at: https://www.webpt.com/guides/cpt-codes/. Last accessed January 8, 2022.



100. There is an "Amount" field, co-located in the data with the CDM fields, which appears to be billed charge. Average "Amounts" range between zero for "VASOPNEUMATIC DEVICE OT" and $1,224.51 for "WRIST HAND ORTHOSIS W/ JTS OT."

101. The claims include services provided at the following Vail Health's locations:

     a.  BEAVER CREEK

     b.  HHSM Vail

     c.  HHSM Avon

     d.  HHSM Breck (Breckenridge)

     e.  HHSM Eagle

     f.  HHSM Edwards

     g.  HHSM Frisco

     h.  HHSM Gypsum

     i.  HHSM Slvrthrn (Silverthorne)

     j.  HHSM Vail East

     k.  Vail Health Hospital

102. The data also identify "Financial Class" (payer type), including a number of private, government, and other payers. For example, the list includes "Self-Pay" and "International Self-Pay."

### 3. Other Data Needs

103. Data analysis presented in this Report is focused on patients with commercial insurance (i.e., private payers) who live in Colorado.[146] If additional data are produced, I will update and expand upon the findings in this Report, as needed.

---

[146] Coloradans are defined as patients with Colorado zip codes in the CO ACPD database.



### a. Patients from Out-of-State

104.    CIVHC's mission is focused on the health and welfare of Coloradans. Therefore, nearly all of the CO APCD claims provided are for people who live in Colorado.[147] Claims for PT provided in a ski resort area would be expected to include patients from out of state. In fiscal year 2015, approximately 18% of Vail Health's orthopedic patients were from out-of-state.[148] In 2018, an internal Vail Health presentation noted that over 76% of Howard Head patients are from Colorado.[149]

105.    I have been informed by counsel for Plaintiffs that information relating to out-of-state patients of acupuncture, chiropractic, and orthopedic surgery has not been produced by Vail Health. If that information becomes available, I would like the opportunity to review it.

### b. Vail Health's Self-Pay Patients

106.    Vail Health reported in 2018 that 0.3% of its patients were self-pay.[150] 6.9% of the rows in VH_Fed_00006965 and VH_Fed_00006966 are for self-pay patients. The CO APCD database includes only claims for patients covered by insurance, either private payor or Medicare.

### c. Vail Health NPI's for Vail & Summit County

107.    Healthcare providers are identified by their unique National Provider Identifier numbers ("NPI").[151] One of the limitations of the analysis presented in this Report is that Vail Health uses the same three NPIs for claims it files with payers for services

---

[147] 3% of claims for patients have out-of-state zip codes. Of the private-payer claims, 0.46% have out-of-state zip codes. They appear to be related military bases and have been excluded from my analysis.

[148] VH_Fed_00000771-866 at 790.

[149] Brown Deposition, Ex. 37 at VH_Fed_00001458.

[150] Brown Deposition, Exhibit 37 at VH_Fed_00001451.

[151] U.S. Centers for Medicare and Medicaid Services ("CMS"). "National Provider Identifier Standard (NPI)." Available at: https://www.cms.gov/Regulations-and-Guidance/Administrative-Simplification/NationalProvIdentStand Last accessed January 7, 2022.



provided in Summit County as it does in Eagle County.[152] This is confirmed in the CO ACPD data. Most are in the town of Vail and none are in Summit County. VH_Fed_00003096 indicate that this it is possible for Vail Health to identify services provided in Summit County.

108.   Vail Health is aware that it has problems with its claims filing practices.

> Vail Health — which is a complex organization that includes both nonprofit and for-profit arms — needs to be better about its financial reporting. That includes billing, which Cook acknowledged is "broken." "That takes time," he said. "We have to… untangle how it's been done, and totally rebuild it"[153]

109.   If information becomes available which identifies Vail Health's claims in Summit County, I would like the opportunity to review that information.

## V.   Vail Health Has Monopoly Power in the Relevant Antitrust Market

110.   Market power is the ability of a firm (or firms) to profitably raise prices above the competitive level.[154] The Sherman Act (15 U.S. Code § 2) prohibits firms from using market power to exclude competition.[155]

111.   Monopoly power is often described not only as the ability of a firm to profitably maintain prices significantly above competitive levels, but also to do it for a sustained

---

[152] VH_Fed_00001424-431 at 424-25 ("[A]ll the HHSM facilities have the same NPIs which are registered in Eagle County, despite the physical location of the facility, they will all count in Eagle, not in Summit.")

[153] Vail Health. (February 06, 2020) "Vail Health CEO gives a progress report on his first year on the job." Available at: https://www.vailhealth.org/news/vail-health-ceo-gives-a-progress-report-on-his-first-year-on-the-job. Last accessed January 7, 2022.

[154] Carlton, D. and J. Perloff, *Modern Industrial Organization*, 3rd edition (2000), New York ("Carlton and Perloff"), p. 8 ("The ability to price profitably above the competitive level is referred to as *market power*….") (Emphasis in original.)).

[155] *NCAA v. Board of Regents of Univ. of Oklahoma*, 468 U.S. 85, 109 n.38 (1984) ("[m]arket power is the ability to raise prices above those that would be charged in a competitive market"); *U.S. v. Grinnell Corp.*, 384 U.S. 563, 571 (1966) (defining monopoly power as "the power to control prices or exclude competition.") (quotation omitted). *Lenox MacLaren Surgical Corp. v. Medtronic, Inc.*, 762 F.3d. 1114, 1123. (10th Circuit 2014).



period of time. Monopoly power has been referred to as "substantial market power" that is sustained, coupled with the ability to "exclude competition."[156]

112.   The U.S. Department of Justice ("DOJ") and Federal Trade Commission ("FTC"), in their Horizontal Merger Guidelines ("Merger Guidelines"), define this threshold as the ability to profitably raise prices for a non-transitory period by more than five percent above the level that otherwise would prevail.[157] To understand why Vail Health would want to foreclose its rivals, monopoly power effects could explain this conduct.

113.   When a firm is able to sustain elevated prices (or reduced output or quality) relative to competitive levels, that is considered direct evidence of monopoly power. In a competitive market, a firm would not find it profitable to raise or maintain prices above the competitive level. This is because higher prices will lead to one or two things: (1) customers purchase the product from lower-priced competitors and/or (2) new firms enter the market to earn profits from the supra-competitive prices. This, in turn, expands the quantity supplied in the market, which pushes prices back down to the competitive level. The result for the firm which raised its prices in the first place would be lower sales and lower profits.[158]

114.   Economists may also look at indirect structural evidence such as market share, concentration, elasticity, and entry barriers from which they draw inferences about the presence and degree of market power. This kind of evidence is often

---

[156] *Reazin v. Blue Cross & Blue Shield of Kansas, Inc.* 899 F. 2d 951, 967 (10th Circuit, 1990). *See, also* American Bar Association. Market Power Handbook. Competition Law and Economic Foundations, 2nd Ed. (2012) at p. 1 ("ABA Market Power Handbook") ("Economists often define market power as the ability of a firm or group of firms within a market to *profitably* charge prices above the *competitive level* for a *sustained period of time*"). This also relates to reductions in output or reduced service quality. *See also, Coastal Fuels of Puerto Rico, Inc. v. Caribbean Petroleum,* 79 F.3d 182 (1st Cir. 1996) (hereafter, "*Coastal Fuels*"), p. 196 quoting IIA Phillip Areeda, *et al., Antitrust Law* ¶ 501 (1995) ("'[S]ubstantial market power that concerns antitrust law arises when the defendant (1) can profitably set prices well above its costs and (2) enjoys some protection against [a] rival's entry or expansion that would erode such supracompetitive prices and profits.'"); U.S. Department of Justice (DOJ) and Federal Trade Commission (FTC), *Horizontal Merger Guidelines,* (2010) (hereafter, "Merger Guidelines"), §§ 1-2. Available at https://www.justice.gov/atr/horizontal-merger-guidelines-08192010. Last accessed January 7, 2022.

[157] Merger Guidelines, § 4.1.2. "five percent lasting for the foreseeable future" Merger Guidelines, p. 14.

[158] ABA Market Power Handbook at p. 2.



supplemented with internal documents from the firm in question about pricing considerations and the nature and degree of competition.[159] The centerpiece of this inferential exercise is relevant market definition.

### A. Relevant Market Definition

115.   A relevant market defined for antitrust purposes is not the same thing as a "market" in the everyday sense of the term. Rather, for antitrust purposes, relevant market is the market in which the impact on competition due to challenged conduct is analyzed.[160] A relevant antitrust market is an analytical construct designed to identify the sources of competitive discipline that would prevent the alleged conduct from resulting in supra-competitive pricing and/or lower output or quality. Specifically, the goal is to identify substitutes in product and geographic dimensions, if any, that would prevent the firm in question from acquiring or maintaining monopoly power.[161]

116.   A relevant antitrust market is defined specifically in relation to the particular conduct in question.[162] The conduct in question in this case is Vail Health's efforts to

---

[159] There is extensive economics literature addressing the relationship between market share and market power. (*See, e.g.,* Schmalansee, R., "Inter-Industry Studies of Structure and Performance," *Handbook of Industrial Organization*, Vol. II, 1989, Ch. 16, and references therein.) This literature generally stands for the proposition that a firm with a dominant share of the market in which it competes will be able to exercise market power (i.e., raise prices). In this same vein, conduct which serves to consolidate a firm's market share will improve the firm's ability to raise prices. *See also* U.S. Department of Justice (DOJ) and Federal Trade Commission (FTC), *Horizontal Merger Guidelines* (2010) (hereafter "Merger Guidelines"), § 2.1.3.

[160] ABA Antitrust Health Care Handbook at p.27. American Bar Association Section of Antitrust Law. Econometrics. Legal, Practical, and Technical Issues, 2nd Ed. (2014) at ("ABA Econometrics") at p.215.

[161] Merger Guidelines, § 4. ABA Econometrics at p. 217.

[162] "Because there are frequently many possible markets one can take into consideration, the relevant markets depend on the competitive concerns that are at issue." Edlin, A. and D. Rubinfeld, "Exclusion or Efficient Pricing: The 'Big Deal' Bundling of Academic Journals," *Antitrust Law Journal*, v.72, no.1, 2004 at 126.  *See also*, Baker, J., "Market Definition: An Analytical Overview," *Antitrust Law Journal*, v.74, no.1, 2007 at 173 ("Moreover, market definition does not take place in a vacuum: in any particular case, demand substitution must be evaluated with reference to the specific allegations of anticompetitive effect in the matter under review."); Larner, R. and C. Nelson, "Market Definition in Cases Involving Branded and Generic Pharmaceuticals," *ABA Economics Committee Newsletter*, v.7, no. 2, Fall 2007 at 4-7 ("[…]the proper antitrust market in a case is the market relevant to an analysis of the competitive effects of the alleged behavior. For example, if the allegation is that a manufacturer of a therapeutically unique brand-name prescription drug has

---



eliminate competition for referrals of physical therapy services from orthopedic surgeons in order to retain the referrals for itself.

### 1. Relevant Product Market

117.    A framework for product market definition that is widely used by economists is called the hypothetical monopolist test. This test is set forth in the U.S. DOJ/FTC Horizontal Merger Guidelines.[163] The operative principle is that the relevant product market should only include the smallest number of competing alternative products that would prevent the Defendant from profitably increasing prices through its alleged anticompetitive conduct.[164] Within the framework, products belong in the relevant market if a hypothetical monopolist would need to control them (either in terms of price or output) in order to have significant market power and sustain higher prices. This is known as a small, but significant, non-transitory increase in price (what the U.S. antitrust agencies refer to using the acronym "SSNIP").[165]

118.    This framework begins with a candidate market that consists of just the product at issue in the case. The framework then considers whether a hypothetical monopolist controlling just that product would find it profitable to impose a SSNIP (*i.e.,* set price above the competitive level). If so, that is the relevant product market. If not, the

---

engaged in exclusionary behavior to prevent or delay entry by the first generic supplier of the drug, the proper market for evaluating the competitive effects of such conduct is likely the molecule, because the alleged anticompetitive effect is suppression of competition between the brand and the generic.").

[163] Merger Guidelines, , § 4.1.1. *Federal Trade Commission v. OSF Healthcare System*, 852 F.Supp.2d 1069, 1075 (N.D. Ill. 2012) ("A relevant product market is one in which a hypothetical monopolist could increase prices profitably by a 'small but significant' amount for a meaningful period of time."); *Saint Alphonsus Med. Ctr.-Nampa Inc. v. St. Luke's Health Sys., Ltd.*, 778 F.3d 775, 784 (9th Cir. 2015) (Merger Guidelines SSNIP test is a "common method" for determining the scope of the relevant market); *U.S. v. Bazaarvoice, Inc.*, 13-cv-00133-WHO, ¶128 (N.D. Cal. Jan. 8, 2014) ("Courts often employ a 'hypothetical monopolist' test as an analytical method to aid the determination of the relevant product market. The hypothetical monopolist test is endorsed by the Merger Guidelines.") (Internal citation omitted).

[164] Merger Guidelines, § 4.1.1 ("… the purpose of defining the [relevant] market and measuring market shares is to illuminate the evaluation of competitive effects.").

[165] The DOJ/FTC "most often" define a SSNIP (small, significant but non-transitory price increase) to be 5 percent. *See also*, Merger Guidelines, § 4.1.2 ("The SSNIP is intended to represent a 'small but significant' increase in the prices charged by firms in the candidate market for the value they contribute to the networks or services used by customers.").



candidate market is expanded to include the next closest substitute. This process is repeated until the candidate relevant market is broad enough such that the hypothetical monopolist would have sufficient market power. Any products outside the relevant market are "ignored or treated as a single 'all other' category."[166]

119.   No one piece of evidence or analysis defines a relevant product market.[167] Some additional factors to consider include legal or regulatory constraints, interchangeability,[168] conduct of other suppliers, product characteristics and switching costs, and cross-price elasticity.[169]

120.   The key issue about these factors, however, is not simply whether any are present when it comes to other alternatives, but whether they exist to a sufficient degree as to confer competitive pressure on pricing, output, and/or quality under the specific conduct at issue. "To provide an accurate basis for analyzing market power, the definition of the market must be congruent with the theory of economic harm."[170]

121.   The alleged economic harm in this case is exclusion of competition for physical therapy services. Therefore, I begin the assessment of market definition by considering whether physical therapy services constitute a relevant market and then expand the analysis to other health care services provided to patients with orthopedic injury.

---

[166] ABA Econometrics at p. 217.

[167] ABA Econometrics at p. 218, note 10 ("Economists and lawyers can support a particular market definition using a variety of sources, including documents, testimony, and data.")

[168] ABA Econometrics at p. 218, note 12 ("As noted by the Supreme Court, "[t]he outer boundaries of a product market are determined by the reasonable interchangeability of use or the cross-elasticity of demand between the product itself and substitutes for it." *See Brown Shoe v. United States*, 370 U.S. 294, 325 (1962)"). "The relevant network market . . . 'is composed of networks that have reasonable interchangeability for the purposes for which they are produced . . .'" *Found. For Interior Design Educ. Research v. Savannah Coll. of Art & Design*, 244 F.3d 521, 531 (6th Cir. 2001) (quoting *United States v. E.I. DuPont de Nemours & Co.*, 351 U.S. 377, 404 (1956)); See also *Worldwide basketball & Sport Tours, Inc. v. Nat'l Collegiate Athletic Ass'n*, 388 F.3d 955, 961 (6th Cir. 2004) (citing *White & White, Inc. v. Am. Hosp. Supply Corp.*, 723 F.2d 495, 500 (6th Cir. 1983)).

[169] ABA Market Definition Handbook, pp.39-43.

[170] ABA Section of Antitrust Law. Market Definition in Antitrust: Theory and Case Studies. (2012) ("ABA Market Definition") at p. 21 and note 89.



### a.  Economic Evidence Defining the Relevant Product Market

122.  The economic evidence in this case supports Plaintiffs' alleged definition of the relevant antitrust product market for physical therapy services. There are three factors which lead me to this conclusion:

    a.  Physical therapy and the other healthcare-related fields have distinct educational and licensure requirements. Switching costs and other barriers to entry deter shifts across professions.

    b.  Price trends for PT services and quantity trends in other musculoskeletal/orthopedic health care services such as acupuncture, chiropractic, and orthopedic surgery do not indicate that they are substitutes for PT.

    c.  Statistical analysis shows that physical therapy and these other medical fields are not substitute products.

#### 1)  Health care fields have distinct educational and licensure requirements

123.  Vail Health considers "medical or surgical interventions, personal training, massage therapy, acupuncture, and chiropractic" to be substitutes for PT.[171]  These additional health care fields are not in the relevant antitrust market because PT has distinct educational and licensure requirements which act as a barrier to entry to supply substitution.

124.  If the market for physical therapy was competitive, with no barriers to entry, and a hypothetical monopolist raised its prices for a non-transitory period of time, then current suppliers of PT in other locations and suppliers other healthcare fields would enter the market to reap the rewards of the supra-competitive prices. In economics, this is known as a supply-side response, or cross-elasticity of supply. One court explained it as "the extent to which produces of one product would be willing to shift

---

[171] Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. September 8, 2020, at p. 20. See also, VH_Fed_00001369. In an internal e-mail, Nicholas Brown refers to chiropractic as an "external [service]" that "directly compete[s]" with PT. However, the same document describes PT as a complement to chiropractic because it is performed "in conjunction with the chiropractic services." See, VH_Fed_00001369-370.



their resources to producing another product in response to an increase in the price of the other product."[172] If firms can easily switch, they will do so. The courts consider products to be in the same relevant antitrust market if "firms can readily switch their production capabilities between them."[173]

125.   However, the requirements for PT licensure are costly and time-consuming barriers to entry.[174] **Tables 7a-7c** are summaries of the educational and licensure requirements in Colorado for physical therapy and these other occupations. Each field has distinct educational and licensure requirements. Even though credentialed in their own fields, these other professionals cannot provide physical therapy services without obtaining the required education and licensing for PT.[175]

---

[172] Market Power Handbook at p.66.

[173] Market Power Handbook at p.67.

[174] See Section V.B.2.b for a discussion of barriers to entry in Vail and the Vail Valley market for physical therapy.

[175] Medicare allows physicians to bill for physical therapy provided by non-physician staff under the physician's direct supervision if the care is "incident to" the professional services provided by the physician. *See,* Department of Health and Human Services. (May 1. 2006) "Physical Therapy Billed by Physicians." Available at https://oig.hhs.gov/oei/reports/oei-09-02-00200.pdf. Last accessed January 7, 2022.



**Table 7a**
**Educational and Licensing Requirements**

|  | Physical Therapy | Acupuncture | Chiropractic |
|---|---|---|---|
| **Regulatory Body** | Colorado State Physical Therapy Board | Colorado Office of Acupuncture Licensure | Colorado Board of Chiropractic Examiners |
| **Statutes & Regulations** | C.R.S. § 12-285 | C.R.S. § 12-200 | C.R.S. § 12-215 |
| **Undergraduate Degree Requirement** | Most programs require a bachelor's degree | No | No, but many require 90 hours of undergraduate coursework |
| **Advanced Degree Requirement** | Yes (Doctor of Physical Therapy) | No | Yes (Doctor of Chiropractic) |
| **Special Program Requirements** | Commission on Accreditation in Physical Therapy Education (CAPTE)-accredited institution | A program in acupuncture and Oriental medicine accredited by the Accreditation Commission for Acupuncture and Oriental Medicine (ACAOM) | An institution(s) accredited by an agency recognized by the U.S. Department of Education or an equivalent foreign agency |
| **Length in years** | 2.5 to 3 years (doctoral program) | 3 - 4 years | 4 years (in addition to undergraduate degree) |
| **Clinical Requirements** | 38 weeks | 660 - 870 hours | 10 to 120 hours (depends on specialty) |
| **Certification Requirement** | National Physical Therapy Exam (NPTE) | National Certification Commission for Acupuncture and Oriental Medicine ("NCCAOM") Board Exams | License from Colorado Board of Chiropractic Examiners. Continuing education: 15 hours per year; 30 hours per 2-year renewal cycle (4 hours of record-keeping and documentation over 2-year renewal period) |
|  | **Sources** | **Sources** | **Sources** |
|  | A Guide to Physical Therapy Salary | Acupuncture Association of Colorado | C.R.S. § 12-215 |
|  | American Physical Therapy Association | C.R.S. § 12-200 | Colorado Board of Chiropractic Examiners |
|  | C.R.S. § 12-285 | Colorado Office of Acupuncture Licensure | Colorado Chiropractic Association |
|  | Occupational Therapy License | Department of Regulatory Agencies - Office of Acupuncture Licensure | Department of Regulatory Agencies - Board of Chiropractic Examiners |
|  | University of Colorado Physical Therapy | National Certification Commission for Acupuncture and Oriental Medicine | The Association of Chiropractic Colleges |



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

**Table 7b**
**Educational and Licensing Requirements**

| | Athletic Training | Fitness/Personal Trainer | Massage Therapy |
|---|---|---|---|
| Regulatory Body | Colorado Office of Athletic Trainer Licensure | NA | Colorado Office of Massage Therapy Licensure |
| Statutes & Regulations | C.R.S. § 12-205 | NA | C.R.S. § 12-235 |
| Undergraduate Degree Requirement | Yes | No | No |
| Advanced Degree Requirement | "The current minimum entry point into the profession of athletic training is the baccalaureate level, however it was recently decided by the AT Strategic Alliance that the minimum professional degree level will be a master's, a change to be implemented within the next several years. More than 70 percent of athletic trainers hold at least a master's degree." (National Athletic Trainers' Association) | No | No |
| Special Program Requirements | Academic major or graduate equivalent major program that is accredited by the Commission on Accreditation of Athletic Training Education (CAATE). | NA | Applicant must register with the Colorado Department of Regulatory Agencies<br>Program has to be from an approved massage school by the Colorado Department of Regulatory Agencies |
| Length in years | 2 years | NA | 500 hours of coursework and work from a massage school approved by the Colorado Department of Regulatory Agencies |
| Clinical Requirements | If the licensure is by endorsement, then 400 hours per year for the two years immediately preceding the receipt of the application | NA | 500 hours of coursework and work from a massage school approved by the Colorado Department of Regulatory Agencies |
| Certification Requirement | Comprehensive test administered by the Board of Certification (BOC) | A. Holds a current CPR/AED certification<br>B. Received a passing score on the National Strength and Conditioning Association's Certified Personal Trainer (NSCA-CPT) or other certification organizations exams: National Strength and Conditioning Association's Certified Strength and Conditioning Specialist (NSCA-CSCS), National Federation of Professional Trainers (NFPT), National Endurance and Sports Trainers Association (NESTA), International Fitness Professionals Association (IFPA), The Cooper Institute, The American Council on Exercise (ACE), The National Academy of Sports Medicine (NASM), The American College of Sports Medicine (ACSM), and American Fitness Professionals and Associates (AFPA). | Pass one of the exams:<br>A. The Federation of State Massage Therapy Boards licensing examination<br>B. The National Certification Examination for Therapeutic Massage (NCETM)<br>C. The National Certification Examination for Therapeutic Massage & Bodywork (NCETMB)<br>D. Another examination approved by the Director. |
| | **Sources** | **Sources** | **Sources** |
| | C.R.S. § 12-205<br>Department of Regulatory Agencies - Office of Athletic Trainer Licensure<br>National Athletic Trainers' Association, "Athletic Training Education"<br>National Athletic Trainers' Association, "Become Certified" | Athletic Trainers – Not "Trainers"<br>How To Become A Personal Trainer in Colorado in 2021<br>National Personal Training Association: Becoming a Personal Trainer in Colorado<br>NSCA Certification Handbook | Academy of Natural Therapy<br>C.R.S. § 12-235<br>Colorado Office of Massage Therapy Licensure<br>Department of Regulatory Agencies - Massage Therapy License |

58



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

**Table 7c**
**Educational and Licensing Requirements**

| | Family Practice Medicine | Orthopedic Surgery |
|---|---|---|
| Regulatory Body | Colorado Medical Board | Colorado Medical Board |
| Statutes & Regulations | C.R.S. § 12-240 | C.R.S. § 12-240 |
| Undergraduate Degree Requirement | Yes | Yes |
| Advanced Degree Requirement | Yes (Doctor of Medicine) | Yes (Doctor of Medicine) |
| Special Program Requirements | United States Medical College Admission Test (MCAT) Fellowship program should be accredited by Accreditation Council for Graduate Medical Education or the American Osteopathic Association | MCAT Medical School United States Medical Licensing Examination Step 1 Fellowship program should be accredited by Accreditation Council for Graduate Medical Education or the American Osteopathic Association |
| Length in years | 4 years (in addition to undergraduate degree) | 4 years (in addition to undergraduate degree) and 60 months of residence |
| Clinical Requirements | 22 months of residence | 60 months of residence |
| Certification Requirement | A. USMLE exams. B. Proof of medical school graduation (for both approved domestic schools and international medical schools), C. Proof of attendance in, and completion of postgraduate training in internships, residencies, and fellowships, D. Letters of reference, E. Proof of malpractice insurance or claim of exemption, F. Passage of medical exams (National Board of Medical Examiners, United States Medical Licensing Examination, state written exam): National Board of Medical Examiners (NBME); United States Medical Licensing Examination (USMLE) G. Passage of Educational Commission for Foreign Medical Graduates Exam (ECFMG). (International medical graduates only. This applies to individuals licensed in another state on the basis of the FLEX exam.): Educational Commission for Foreign Medical Graduates (ECFMG) H. National Practitioner Data Bank Self-Query Form: National Practitioner Data Bank I. Federation of State Medical Boards (FSMB) verification of disciplinary history | A. USMLE exams. B. Proof of medical school graduation (for both approved domestic schools and international medical schools), C. Proof of attendance in, and completion of postgraduate training in internships, residencies, and fellowships, D. Letters of reference, E. Proof of malpractice insurance or claim of exemption, F. Passage of medical exams (National Board of Medical Examiners, United States Medical Licensing Examination, state written exam): National Board of Medical Examiners (NBME); United States Medical Licensing Examination (USMLE) G. Passage of Educational Commission for Foreign Medical Graduates Exam (ECFMG). (International medical graduates only. This applies to individuals licensed in another state on the basis of the FLEX exam.): Educational Commission for Foreign Medical Graduates (ECFMG) H. National Practitioner Data Bank Self-Query Form: National Practitioner Data Bank I. Federation of State Medical Boards (FSMB) verification of disciplinary history J. American Board of Orthopedic Surgery Certification |
| | Sources | Sources |
| | C.R.S. § 12-240 Colorado Medical Board Colorado Medical Board: Physician Licensing Requirements The Princeton Review U.S. News Education. "How Long is Medical School and What Is it like?" University of Colorado Anschutz Medical Campus, "Our Tracks" | C.R.S. § 12-240 Bounder Center for Orthopedics & Spine Colorado Medical Board Colorado Medical Board: Physician Licensing Requirements The Princeton Review University of Colorado Anschutz Medical Campus, "Prospective Residents" University of Colorado Anschutz Medical Campus, "Residence" |



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

126.    For potential entrants who have already obtained credentials for the other occupations, supply-side substitution would incur considerable switching costs. Furthermore, it would be illogical for doctors to undergo the educational and licensing investment of becoming a physical therapist when they already earn more in their current professions.[176]

127.    Labor supply in the Vail Valley indicates that individuals are not switching to PT from other professions in any considerable numbers which would indicate substitution. In fiscal year 2016, Vail Health described the labor problem as follows: "8 PT offers were made and declined by the PT due to cost of living and/or salary. Issues are lack of affordable housing, lack of day care services and cost of living." Vail Health noted further: "We need to consider the Valley's high cost of living and make necessary adjustments to wage rates for hard to fill positions or these positions will go unfilled or filled with substandard staff." Vail Health stated in its internal documents that it costs two times annual salary to recruit physical therapists.

### 2) Price and quantity trends in musculoskeletal/orthopedic health care

128.    Price trends for PT services and quantity trends in other musculoskeletal/orthopedic health care services such as acupuncture, chiropractic, and orthopedic surgery do not indicate that they are substitute for PT. In this section, first I examine price and quantity trends for each of these healthcare services. Then, I compare price trends in PT with quantity trends in the other health care services.

129.    **Figure 3** plot prices and quantities for PT services over time in Colorado. After a 57% increase in demand for PT services from 2014 to 2015 from about 1.1 million to

---

[176] In FY16, Vail Health's average pay for PTs with 3-4 years of experience was $79,000 (VH_Fed_00001457).

The U.S. Bureau of Labor Statistics reports that the annual mean salaries in Colorado for PT, general internal medicine physicians, and surgeons in 2020 were $87,250, $219,310, and $276,700, respectively. (U.S. Bureau of Labor Statistics. (May 2020) "May 2020 State Occupational Employment and Wage Estimates." Available at: https://www.bls.gov/oes/current/oes_co.htm#29-0000. Last accessed January 7, 2022.) The average salary for osteopathic physicians as of December 27, 2021, was $194,550. (Salary.com. "Osteopathic Physician Salary in Colorado." Available at: https://www.salary.com/research/salary/posting/osteopathic-physician-salary/co. Last accessed January 7, 2022.



1.7 million units of PT provided have remained relatively steady. The increase in PT services in 2015 is consistent with the introduction of PT direct-access laws.[177] Twenty states, including Colorado, have allowed total unrestricted access to physical therapy without a prescription from a physician since 2015.[178] Vail Health noted that "some insurance payer [sic] will only cover care with a valid physician script."[179]

130.  Direct access to physical therapy for patients with musculoskeletal injuries was thought to "decrease costs and improve patient outcomes compared with physical therapy by physician referral." [180] Average prices for PT in Colorado have been relatively constant since 2012. There was a small drop in average prices in 2015 coincident with the introduction of direct-access law in Colorado, and then a small increase.

---

[177] Colorado Physical Therapy Network Website. "Direct Access Basics." Available at: https://coloradophysicaltherapynetwork.com/direct-access-basics/. Last accessed January 7, 2022.

[178] Federation of State Boards of Physical Therapy. "Jurisdiction Licensure Reference Guide - Topic: Direct Access Language." Available at: https://www.fsbpt.org/Portals/0/documents/free-resources/JLRG_DirectAccessLawsAndRegs_201408.pdf. Last accessed January 7, 2021. *See also*, Kylie McKee. (December 8, 2017) "Direct Access Laws by State." *WebPT.* Available at: https://www.webpt.com/blog/direct-access-laws-state-alabama-hawaii/. Last accessed January 7, 2021.

[179] VH_Fed_00001432-446 at 439.

[180] Ojha, Heidi A. et al., "Direct Access Compared With Referred Physical Therapy Episodes of Care: A Systematic Review," *Journal of the American Physical Therapy Association and de Fysiotherapeit.* 94, no. 1 (January 2014): 14-30, doi: 10.2522/ptj.20130096. (https://aptawi.org/pdfs/2014_05%20DirectAccess%20PTJ%201-14.pdf).

61





131.    **Figure 4** plot prices and quantities for PT services over time in the Vail Valley. Demand for PT increased at a faster pace in the Vail Valley than in Colorado. Annual units of PT provided in the Vail Valley increased from 20,749 in 2012 to 63,837 in 2018 and 63,219 in 2019. Demand for PT services dropped precipitously in 2020 during the Covid-19 pandemic. After a sharp drop from $66 to $54 approximately in 2013, average PT prices per unit declined slowly until 2017.  In 2018, per unit in the Vail Valley increased 11% from $52 to $58. Prices increased again in 2020.

62

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.



132. **Figure 5** plot prices and quantities for acupuncture services over time in Colorado. Demand for acupuncture services increased between 2012 to 2019 and then declined in 2020. Prices declined from 2012 to 2019, and then increased slightly in 2020. **Figure 6** plot prices and quantities for acupuncture services over time in the Vail Valley.



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.



133.   **Figure 7** plot prices and quantities for chiropractic services over time in Colorado. Demand for chiropractic services increased between 2012 to 2019 and then declined in 2020. Prices declined from 2017 to 2018, and then increased slightly in 2019. **Figure 8** plot prices and quantities for chiropractic services over time in the Vail Valley.

65

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.





134.   **Figure 9** plot prices and quantities for orthopedic surgery services over time in Colorado. Demand for orthopedic surgery services increased between 2012 to 2019 and then declined in 2020. Prices held relatively steady between 2012 and 2015, and then increased slightly through 2020. **Figure 10** plot prices and quantities for orthopedic surgery services over time in the Vail Valley.



Figure 9
Average Allowed Amount per Unit vs. Total Units for Surgical CPTs
Colorado: 2012-2020

Notes:
(1) Annual values weighted by CPT unit count.
(2) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(3) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(4) Excludes place of service 34 (hospice).
(5) Includes providers with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC), 'Colorado All-Payer Claims Database,' Find-A-Code; Health Care Provider Taxonomy Code Set.



### 3) Other healthcare services are not substitutes for physical therapy

135.   An economic concept known as price elasticity of demand measures the responsiveness of the quantity demanded of a good as its price changes. When price elasticity is negative, consumers demand less of the good as its price increases. For example, when the price of butter increases, people may buy less of it. When price decreases, people buy more of it.[181] In technical terms, demand is considered elastic if the percentage change in quantity demanded exceeds the percentage change in price.[182] However, elasticity is a matter of degree. The higher the value, the more elastic.

---

[181] Mike Moffatt. (September 17, 2017) "Determining Price Elasticity. How to Use Cross-Price and Own-Price of Demand." *Thought Co.* Available at: https://www.thoughtco.com/using-cross-price-and-own-price-elasticity-1147842. Last accessed January 7, 2022.

[182] ABA Market Definition in Antitrust, pp. 40-41.



136.   The cross-price elasticity of demand measures the responsiveness of the quantity demanded of one good when the price for another good changes. When cross-price elasticity between two goods is positive, consumers switch from one good to the other as the price of the first good increases. These are called substitutes. For example, when the price of butter increases, people may switch to using margarine because it is less expensive. When cross-price elasticity is negative, consumers buy less of one good as the price of the other good increases. These are called complements. For example, people who put butter on toast (but don't like the taste of margarine) may buy less bread when the price of butter increases because they are also buying less butter.

137.   Product space models estimate the demand for a product as a function of both its own price and the prices of available alternatives.[183] The model indicates, through cross-price elasticities, whether or not the alternatives are substitutes. Analysis of CO APCD healthcare claims data from 2012 to 2020 confirms that acupuncture, chiropractic services, and orthopedic surgery were not substitutes for PT in Colorado during this time period.

138.   Health care providers generally compete in two stages.[184] In the first stage, providers and insurers negotiate contract terms. Providers may agree to discounted prices

---

[183] ABA Econometrics at p. 222.

[184] See, e.g., *FTC v. Penn State Hershey Medical Center*, 838 F. 3d 327 (3rd Cir. 2016) ("*Penn State Hershey*") at p. 342

> As the FTC and several courts have recognized, the healthcare market is represented by a two-stage model of competition. See *St. Alphonsus*, 778 F.3d at 784 n.10 (calling the two-stage model the "accepted model"). In the first stage, hospitals compete to be included in an insurance plan's hospital network. In the second stage, hospitals compete to attract individual members of an insurer's plan. Gregory Vistnes, Hospitals, Mergers, and Two-Stage Competition, 67 *Antitrust L.J.* 671, 672 (2000). Patients are largely insensitive to healthcare prices because they utilize insurance, which covers the majority of their healthcare costs. Because of this, our analysis must focus, at least in part, on the payers who will feel the impact of any price increase. Id. at 682, 692.

> Available at https://www.leagle.com/decision/infco20160927098. Last accessed January 7, 2022.



known as "allowed amounts,"[185] in order to be included in an insurer's network.[186] In the second stage, providers compete for patients, who may be less sensitive to prices when they have insurance.

139.    To test statistically whether there is a relationship between the prices (allowed amounts) and quantities of PT, chiropractic services, acupuncture, and orthopedic surgery demanded, I use a series of product space econometric models to estimate own-price and cross-price elasticities of demand for each healthcare service. Assuming that healthcare services have non-linear downward-sloping demand curves with constant elasticity, they can take the form:

$$Q_i = \alpha P_i{}^{\beta}$$

Where:

- $Q_i$ is the the quantity of units demanded,

- $P_i$ is the average allowed amount per unit (i.e., price),

- $\alpha$ is a shift parameter, and

- $\beta < 0$, for a downward-sloping demand curve.

140.    Under this functional form, price elasticity of demand for each healthcare service and the cross-price elasticity of demand between healthcare services can be estimated with OLS linear regression by transforming prices and quantities using natural logs, as shown in model (1):[187]

$$\ln(Q_i) = \beta_0 + P'\beta_{i,j} + Geographic\ Area\ FE + Place\ of\ Service\ FE + Year\ FE + \epsilon$$

---

[185] Allowed amount is "The maximum amount a plan will pay for a covered health care service. May also be called "eligible expense," "payment allowance," or "negotiated rate." (Healthcare.gov. "Allowed Amount." Available at https://www.healthcare.gov/glossary/allowed-amount/. Last accessed January 7, 2022.)

[186] Kongstvedt, Peter R. 2013. *Essentials of Managed Health Care*, Sixth Edition. Burlington, Massachusetts: Jones & Bartlett Learning. ("Kongstvedt, *Essentials* (2013)"), p. 58.

[187] ABA Econometrics at p. 223.



Where:

- $ln(Q_i)$ is the natural logarithm of the quantity of units demanded, aggregated by geographic area, place of service, and year, for the following healthcare services:

    - PT

    - acupuncture

    - chiropractic

    - orthopedics.

- $\beta_0$ is the intercept ($ln(\alpha)$).

- $P$ are a set of the natural logarithms of the average prices for PT, accupuncture, chiropractic medicine, and outpatient orthopedic surgery by geographic area, place of service, and year. Prices may vary by CPT due to cost and market factors. Therefore, average prices are weighted by volume of units per CPT.

- *Year FE* are indicator variables for years.

- *Geographic Area FE* are indicator variables for geographic areas of Colorado:[188]

    - The Vail Valley

    - Glenwood Springs

---

[188] Geographic areas are defined as follows:

- if county in ('Adams','Arapahoe','Boulder', 'Broomfield','Clear Creek','Denver','Douglas', 'El Paso','Elbert','Gilpin','Jefferson','Larimer', 'Park', 'Teller','Weld') then area="CO Front Range";
- if zipcode in ("81657","81649","81620","81632","81645", "81631","81637") then area="Vail Valley";
- if zipcode in ("81601") then area="Glenwood Springs";
- if county="Summit" then area="Summit";
- all else, area="1 Other".

71



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

- o  Summit County

- o  Front Range Urban Area

- o  Other Colorado

- **Place of Service FE** are indicator variables for the type of facility where a patient received healthcare services, identified by Type of Bill ("TOB") for facility claims and Place of Service ("POS") for professional claims:[189]

- o  Hospital – facility claims (TOB 11, 12, 13)

- o  Hospital – professional claims (POS 19, 21, 22, 23)

- o  Office visits (POS 11)

- o  All other POS and TOB

- ε is an error term.

141.   Regression results in **Table 8** below show that the relationship between the price of PT in Colorado, ln(allowed amount), and the quantity of PT services demanded is somewhat elastic. The own-price elasticity for physical therapy in Colorado in this model is -0.978. In other words, for every 1% increase in the price of physical therapy, the quantity demanded declines by 0.978%.

---

[189] Includes Type of Bill = 11, 12, 13, all Type of Bill for surgical CPTs, and all Place of Service. TOB are reported by healthcare facilities on the UB-04 claim form submitted to payers. POS are reported by healthcare facilities on the CMS 1500 claim form submitted to payers. See, e.g., Center for Disease Control and Prevention (CDC). "UB-40-P." Available at: https://www.cdc.gov/wtc/pdfs/policies/ub-40-P.pdf. Last accessed January 7, 2022. *See also*, U.S. Centers for Medicare and Medicaid Services ("CMS"). "Health Insurance Claim Form." Available at: https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/CMS1500.pdf. Last accessed January 7, 2022.



**Table 8**
**Product Market Elasticities**

| Dependent Variable: ln(PT Units) --> | Physical Therapy | Acupuncture | Chiropratic | Surgical |
|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) |
| | (2) | (3) | (4) | (5) |
| Independent Variables: | | | | |
| ln(Allowed Amount)[1] | | | | |
| Physical Therapy | -0.978 | -0.620 | -2.550*** | 0.507 |
| | [0.661] | [0.535] | [0.746] | [0.444] |
| Acupuncture | -0.243 | -0.730 | -0.718 | 0.021 |
| | [0.556] | [0.559] | [0.527] | [0.568] |
| Chiropratic | -0.417 | 1.424*** | 1.694*** | 0.775** |
| | [0.332] | [0.392] | [0.405] | [0.363] |
| Orthopedic Surgery | 0.067 | 0.560 | 0.010 | 1.082** |
| | [0.371] | [0.385] | [0.471] | [0.467] |
| | | | | |
| Observations | 107 | 107 | 107 | 107 |
| Adjusted R-squared | 0.804 | 0.721 | 0.743 | 0.837 |
| Geographic Area FE | Yes | Yes | Yes | Yes |
| Place of Service FE | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes |

Notes:
(1) Weighted average allowed amount by units per CPT.
(2) Data at Year - Geographic Area - Place of Service Level.
(3) Robust standard errors in brackets.
(4) *** p<0.01, ** p<0.05, * p<0.1
(5) Includes private-payers claim lines with allowed amounts greater than or equal to $1.
(6) Front Range includes the following counties: Adams, Arapahoe, Broomfield, Boulder, Clear Creek, Denver, Douglas, El Paso, Elbert, Gilpin, Jefferson, Larimer, Park, Teller, and Weld.
(7) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(8) Excludes place of service 34 (hospice).
(9) Limited to providers with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set; Metropolitan Policy Program at Brookings. "A Profile of Colorado's Front Range."

142.  The coefficient for the price of PT is negative in the acupuncture and chiropractic models, showing that these services are complements to PT, not substitutes.[190]

---

[190] The coefficient for acupuncture is not statistically significant at conventional levels. The term statistically significant refers to "[r]ejecting the null hypothesis that a parameter is equal to zero against the specified alternative, at the chosen significance level." Conventional levels used are typically 10%, 5%, or 1%. (*See, e.g.,* Wooldridge, Jeffrey M. 2012. *Introductory Econometrics, A Modern Approach*, Fifth Edition. South-Western Cengage Learning, at p. 138 and p. 858).



143.    The coefficient for the price of PT is positive in the orthopedic surgery model. However, it is not statistically significant at conventional levels. The 95% confidence interval which covers the point estimate (0.507) ranges between -0.375 and 1.389, crossing zero. One cannot reject the possibility that the relationship between the price of PT and the quantity of orthopedic surgery is zero.

144.    The regression analysis is further confirmation that acupuncture, chiropractic, and orthopedic surgery are not substitutes for PT.

### 2. Relevant Geographic Market

145.    The relevant geographic market is another dimension to assessing market power. In *United States v. Philadelphia National Bank*, the Supreme Court explained that the relevant geographic market is "the area of effective competition […] in which the seller operates, and to which the buyer can practically turn for supplies[.]"[191] It is "the narrowest market which is wide enough so that products from adjacent areas cannot compete on substantial parity with those included in the market."[192]

146.    In many industries, the relevant geographic market is defined using a two-step process.

    a.    In the first step, the area directly affected by the conduct at issue is identified. This is known as the "candidate" geographic market. In this dispute, it would be the town of Vail, where Vail Health's exclusionary conduct is alleged to have occurred. The candidate geographic market is assessed to determine whether it is broad enough to include most of the defendant's sales of the relevant product that originate from within the affected areas. This is known as the defendant's "trade area" affected by the conduct.[193] For hospital

---

[191] *United States v. Philadelphia Nat'l. Bank*, 374 U.S. 321, 359 (1963).

[192] *Westman Com'n Co. v. Hobart Intern., Inc.*, 796 F.2d 1216 (10th Cir. 1986), at 1222.

[193] *Little Rock Cardiology Clinic, P.A. v. Baptist Health*, 573 F. Supp. 2d 1125, 1148 (E.D. Ark. 2008) ("[I]t seems logical that the relevant geographic market will not be smaller and usually will be larger than the trade area because, by definition, the business is competing for customers throughout its trade area….").



healthcare services, this method might entail measuring how many patients, claims, or revenue originate within the affected area.

b. In the second step, the defendant's trade area is expanded, as necessary. This is intended to capture other nearby sellers whose presence would prevent a hypothetical monopolist in the defendant's trade area from raising prices. For healthcare services, the area from which patients travel for health care is expanded if the original candidate market does not meet some threshold share of Vail Health's volume or allowed amounts.

147.   This method seems to make intuitive sense. If a firm in a geographic area could not profit by raising prices, then it must be the case that consumers view firms outside the area as close substitutes.[194] The geographic market should be expanded to include these additional firms.

148.   In Vail Health's case, 18% of the PT units it provided in 2016 were to patients who lived in the town of Vail and 56.7% were to patients who lived in the Vail Valley overall. In 2020, 15% of its PT revenue came from patients who lived in the town of Vail and 63.7% came from patients who lived in the Vail Valley overall. These metrics would suggest that Vail Health does not have monopoly power in the town of Vail or the Vail Valley.

149.   However, this method does not make economic sense for this case. First, assessing market definition based on patient flows has been rejected by economists and the courts as leading to an overly-broad geographic market for hospital healthcare services.[195] Second, as will be described below, there are unique features of the Vail

---

[194] Similarly, if a set of firms in a geographic area could not profit by collectively raising prices, then it must be the case that consumers view firms outside the area as close substitutes.

[195] *FTC vs. Evanston Northwestern Healthcare Corp.* (Initial Decision of Stephen J. McGuire, *In the Matter of Evanston Northwestern Healthcare Corporation,* Federal Trade Commission, Docket No. 9315 (October 20, 2005) at pp. 30 – 31. Available at: https://www.ftc.gov/sites/default/files/documents/cases/2005/10/051020initialdecision.pdf. Last accessed January 7, 2022. (hereafter "*In the Matter of Evanston Northwestern Healthcare Corporation* (2005)"). The opinion was later affirmed by the FTC. (Opinion of the Commission, *In the Matter of Evanston Northwestern Healthcare Corporation*, Federal Trade Commission, Docket No. 9315 (August 6, 2007), at pp. 75 – 78. Available at: https://www.ftc.gov/sites/default/files/documents/cases/2007/08/070806opinion.pdf. Last accessed January 7, 2022. ("In the Matter of Evanston Northwestern Healthcare Corporation (2007)").



Valley and Vail as a resort town which make an assessment of market definition based on the location of Vail Health patients the wrong methodology.

### a. Economic Evidence Defining Relevant Geographic Market

150.  As of the date of this Report, I understand that Vail Health offers no opinion about the relevant antitrust geographic market in this case. No one piece of evidence or analysis defines a geographic market. The assessment of market power in Section V.B below shows that the town of Vail is a plausible relevant antitrust geographic market. There are four qualitative and two quantitative pieces of evidence which lead me to conclude that the relevant geographic market is also no larger than the Vail Valley.

### 1) Geographic Boundaries

151.  One of the most important aspects of defining the relevant geographic market in this case is geographic terrain. Sandwiched in by mountains, a steep mountain pass, and dangerous canyons, the geographic terrain of the Vail Valley provides a natural boundary for defining the relevant geographic market. The Merger Guidelines explain "[t]he arena of competition affected by the merger may be geographically bounded if geography limits some customers' willingness to or ability to substitute to some products, or some suppliers willingness or ability to serve some customers."[196]

152.  Vail Health and its potential competitors in the Vail Valley are located along the I-70/U.S. Route 6[197] and U.S. Route 24 which runs south from I-70 between Eagle-Vail and Vail. For example, zip code 81655, a large geographic area directly north of the I-70/U.S. 6, has no providers of PT, acupuncture, chiropractic, or orthopedic surgery in the CO APCD data.

153.  Vail Health agrees that geography defines its service area. In its 2013 Community Health Needs Assessment (CHNA), Vail Health explained its geographic location as follows:

---

[196] Merger Guidelines § 4.2.

[197] I-70 and U.S. 6 are largely the same road within the Vail Valley.



> The service area of VVMC is largely determined by local geography. The primary campus sits to the west of the summit of Vail Pass (elevation 10,662 feet) and within the town of Vail on the northern perimeter of the Vail ski resort. Mountainous terrain exists throughout Eagle County with the base elevation of the Town of Vail at 8,150 feet. The east-to-west distance of Eagle County, measured from its boundaries at the Vail Pass summit to the entrance of Glenwood Canyon along Interstate 70, is nearly 60 miles.[198]

154.    Later in the same document, Vail Health says:

> "To this day travel within Eagle County remains challenging in the winter months, as snow and ice related events can significantly slow or restrict driving. It is not uncommon for portions of I-70 to be closed following moderate to severe weather events with associated motor vehicle accidents. There are extremely limited alternate routes along the course of I-70 in the event of its closure. For these reasons, VVMC serves primarily Eagle County residents and guests along with providing acute care services to travelers passing through the county. In 2011, 58 percent of patients seen at VVMC were from the resident Eagle County.

---

[198] SRC-FED0002832-893 at 840.



### 2)  Vail Health Mission

155.   Vail Health's stated mission is to "serve Eagle County residents."[199]  In its first Community Health Needs Assessment in 2013,[200] Vail Health determined that its service area was Eagle County.[201]

### 3)  Vail Health Financial Disclosures

156.   Vail Health has represented to the State, the County, and investors that its new $200 million hospital wing and $100 million in bonds serve Eagle County.[202]

### 4)  Vail Health Strategic Plans

157.   In its strategic plans, Vail Health describes its "primary market areas" for PT as Eagle and Summit Counties.[203] Hospital planning documents chronicle Vail Health's efforts to expand into Summit County. Because Eagle County is "saturated," the only way to grow is to expand across the Vail Pass to Summit County.

158.   This is not necessarily a geographic market for antitrust purposes. Press reports by the new CEO further articulate that Vail Health is expanding to Summit County for the convenience of Summit County residents, not Eagle County residents.

---

[199] SRC-FED0002832-893 at 837.

[200] The Patient Protection and Affordable Care Act of 2010 mandated that tax-exempt hospitals like Vail Health conduct a community assessment and develop a community benefit plan every three years. CHNA's include "A definition of community that encompasses both a significant enough area to allow for population-wide interventions and measurable results and includes a targeted focus to address disparities among subpopulations." *See also*, U.S. Centers for Disease Control and Prevention. "Community Health Assessments & Health Improvement Plans." Available at: https://www.cdc.gov/publichealthgateway/cha/plan.html. Last accessed January 7, 2022. *See also*, SRC-FED0002832-93 at -37.

[201] SRC-FED0002832-893 at 837

[202] Kirchner Deposition, Ex. 50.

[203] Brown Deposition, Exhibit 37 at VH_Fed_00001455.



### 5)  Patients Prefer Medical Services Near Home

159.    In general, patients prefer to access health care near where they live and work.[204] For example, there are numerous patients who have orthopedic surgery at Vail Health, with Steadman or VSO surgeons, who then have all or nearly all of their PT near home. PT prices in their home geographic areas likely have little to no bearing on the PT prices charged by Vail Health in the Vail Valley.

160.    As noted in the Brown Deposition (Exhibit 37), Vail Health thinks about patients as the combination of their surgery and PT. In the CO APCD dataset, 12,522 (78%) orthopedic surgeries at Vail Health were followed by at least one PT visit (at Vail Health or elsewhere).

161.    Of Vail Health's patients, from town of Vail, who had orthopedic surgery followed by PT, 63.8% had all of their PT care at Vail Health. About 65.8% of Vail Health surgical patients had at least 80% of their PT care at Vail Health.

162.    70% of the orthopedic surgery patients at Vail Health are from outside the Vail Valley; only 7% are from the town of Vail. 63% of the PT units provided to patients outside of the Vail Valley post-surgery are within 15 miles of their homes.

163.    Analysis in the next section shows that patients do not substitute away from the Vail Valley for PT services. This means that pricing outside of the Vail Valley does not constrain prices within the Vail Valley.

### 6)  PT in Other Geographic Areas are not Substitutes for PT in the Vail Valley

164.    Like the determination of the relevant antitrust product market, a similar assessment can be made about the relevant antitrust geographic market. As noted in Section V.A.2, the determination of what is relevant geographic market begins with an assessment of the smallest candidate geographic area.

165.    As seen in **Figure 11**, Vail Health's prices in the town of Vail are far higher than its prices for services provided outside of Vail.

---

[204] *See* Kongstvedt, Peter R. 2009. *Managed Care: What it is and How it Works*, Third Edition. Massachusetts: Jones & Bartlett Publishers at p. 75. ("Kongstvedt, *Managed Care*").





166. **Figure 12** presents Vail Health's prices over time in Vail and in Edwards as well as prices for other providers in towns within the Vail Valley. Vail Health's average price in Vail between 2012 and 2020 was $86. The average price of other providers in Vail between 2012 and 2020 was $34. Vail Health was able to charge a price more than 150% higher than other providers in Vail for an extended period of time. Even though the prices are different, the same CPTs are used in the claims.

167. Vail Health's ability to sustain significantly higher prices over an extended period of time indicates that the town of Vail is a relevant geographic market. Other PT providers do not provide competitive pressure on Vail Health's prices. As seen in **Table 3** above, Vail Health earns 97% of the PT revenue in Vail. Statistical analysis of Vail Health's prices in Vail are discussed further in Section IV.B.2.a.

80

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.



168. Of locations presented in **Figure 11**, Vail Health's prices in Vail are most consistent with those in Glenwood Springs—which is made up predominantly of claims from Valley View Hospital.[205] It is important to note that the two hospital's prices diverge in 2018. Vail Health's prices in Vail increase while those of Valley View decline.

169. The challenges of the geographic terrain make it unlikely that anyone would drive the 60 miles from Vail to Glenwood Springs for PT services. Similarly, Summit County is not a plausible relevant geographic market due to the geographic impediments of the Vail Pass--especially in winter. It is also implausible that residents of Summit County would travel over the Vail Pass to incur substantially higher prices from Vail Health in Vail or pay similar prices from other Vail Valley PT providers on the other side of Vail to what they would pay in Summit County. "The empirical question is to what degree the cost of travel causes a geographic market boundary."[206]

---

[205] Both hospitals appear to file facility claims for outpatient PT services.

[206] ABA Market Definition in Antitrust, p. 15.



170.   These opinions are supported by the fact that after building a $200 million wing on its main facility in Vail, which opened in 2020, Vail Health would not have expanded its facilities in Summit County if it was in the same relevant geographic market as the Vail Valley. If they were the same relevant geographic market, Vail Health would have marketed to Summit County residents to travel over the Vail Pass to Vail so it could amortize its $200 million investment in the new wing.

171.   Conversely, if Summit County and the Vail Valley were the same relevant geographic market, a rational profit maximizing firm would not have invested $60 million in new facilities in Frisco, Colorado, to serve Summit County residents, as Vail Health did in 2021. These facts strongly suggest that Summit County and the Vail Valley are two separate geographic markets for the purposes of antitrust analysis.

172.   Because there may be a chance that Valley View Hospital or providers in Summit County provide a substitute for PT provider in the Vail Valley, however small, I estimate elasticities and cross-price elasticities to determine whether other geographic areas, like Glenwood Springs and Summit, can be considered substitutes. Due to data limitations, I am unable to test elasticities with respect to the town of Vail. Therefore, I start with the Vail Valley, and move outwards to determine whether the next closest location(s) are substitute markets. These geographic areas are presented in **Figure 13**.



173. To assess whether the relevant geographic market is no larger than the Vail Valley, I have estimated the price elasticity of demand for PT in the Vail Valley and the cross-price elasticity of demand between different geographic areas shown below in model (2). The mathematical equation represents a series of five econometric regression models to evaluate whether PT patients consider different geographic areas to be reasonable substitutes for the Vail Valley.

$$\ln(Q_i) = \beta_0 + P'\beta_{i,J} + \textbf{\textit{Place of Service FE}} + \textbf{\textit{Year FE}} + \epsilon$$

Where:

- *ln(Qᵢ)* is the natural logarithm of the quantity of units demanded for PT, aggregated by geographic area, place of service, and year for the follwing areas of Colorado:

  o The Vail Valley

  o Glenwood Springs



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

- o   Summit County

- o   Front Range Urban Area

- o   Other Colorado.[207]

- $\beta_0$ is the intercept ($\ln(\alpha)$).

a.   **P** are natural logarithms of the average prices for PT in the Vail Valley, Glenwood Springs, Summit County, the Front Range Urban Area, and the rest of Colorado. Values are aggregated within geographic area by place of service, and year. Prices for PT may vary by specific procedure due. Therefore, average prices are weighted by volume of units per CPT.

- **Year FE** are indicator variables for year, 2012-2020.

- **Place of Service FE** are indicator variables for the type of facility where a patient received healthcare services, identified by Type of Bill ("TOB") for facility claims and Place of Service ("POS") for professional claims:

  - o   Hospital – facility claims (TOB 11, 12, 13)

  - o   Hospital – professional claims (POS 19, 21, 22, 23)

  - o   Office visits (POS 11)

  - o   All other POS.

- ε is an error term.

174.   Regression results in **Table 9** show that the relationship between the quantity of PT services demanded and the price of PT in the Vail Valley is elastic. The own-price elasticity for physical therapy in the Vail Valley in this model is -5.684 and statistically significant at better than a 1% level. This means that for every 1% increase in the price of physical therapy, the quantity demanded declines by -5.684%.[208] This

---

[207] See, *supra*, note 188.

[208] In a PT-only model of the Vail Valley seen below in Section V.A.2.a.5), PT services are more elastic, suggesting that other healthcare services not only do not provide competitive discipline, but actually show



elasticity is greater than that in the product market regression. This may occur because the geographic model is limited to PT services and so does not account for the influence of complementary products. However, as seen below, patients did not substitute outwards to other geographic areas for PT.

**Table 9**
**Geographic Market Elasticities**

| Dependent Variable: Natural Log of PT Units --> | Vail Valley | Glenwood Springs | Summit | Front Range | Other CO |
|---|---|---|---|---|---|
| | (1) | (2) | (3) | (4) | (5) | (6) |
| | (2) | (3) | (4) | (5) | (6) |
| Independent Variables: | | | | | |
| Natural Log of PT Allowed Amount[1] | | | | | |
| Vail Valley | -5.684*** | -0.999 | 0.962 | 0.428 | 0.509 |
| | [1.093] | [0.946] | [1.171] | [1.276] | [0.658] |
| Glenwood Springs | 0.129 | -1.398 | -1.029 | -1.734** | -1.329* |
| | [1.046] | [1.151] | [1.091] | [0.748] | [0.674] |
| Summit | -0.297 | -0.571 | -1.961*** | 0.192 | -0.792 |
| | [0.695] | [0.643] | [0.545] | [0.592] | [0.544] |
| Front Range | 2.864 | -3.147* | -0.264 | -1.196 | -1.743 |
| | [1.672] | [1.708] | [1.723] | [1.488] | [0.985] |
| Observations | 29 | 29 | 29 | 29 | 29 |
| Adjusted R-squared | 0.948 | 0.884 | 0.942 | 0.912 | 0.969 |
| Geographic Area FE | No | No | No | No | No |
| Period (Year-Season) FE | Yes | Yes | Yes | Yes | Yes |
| Year FE | Yes | Yes | Yes | Yes | Yes |

Notes:
(1) Weighted average allowed amount by units per CPT.
(2) Data at Year - Geographic Area - Place of Service Level.
(3) Robust standard errors in brackets.
(4) *** p<0.01, ** p<0.05, * p<0.1
(5) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(6) Front Range includes the following counties: Adams, Arapahoe, Broomfield, Boulder, Clear Creek, Denver, Douglas, El Paso, Elbert, Gilpin, Jefferson, Larimer, Park, Teller, and Weld.
(7) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(8) Excludes place of service 34 (hospice).
(9) Limited to providers with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set; Metropolitan Policy Program at Brookings. "A Profile of Colorado's Front Range."

175.     Following the steps of the relevant geographic market method, I move outwards to the next geographic areas which are contiguous to the Vail Valley along I-70. Glenwood Springs is to the West. Summit County is to the East. In both locations, the cross-price elasticity of demand with respect to the price of PT in the Vail Valley

---

that the market for PT is less elastic than it appears in its own model.



85

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

is inelastic. Statistically, one cannot reject that the cross-price elasticities are zero. The results dictate that the method stops here. It is my opinion that, while it is defensible that the relevant antitrust geographic market is the town of Vail, it is certainly no larger than the Vail Valley.

## B. Economic Evidence of Vail Health's Monopoly Power

176. As described above in the introduction to Section V, the evidence used to evaluate market power can be divided into two broad categories: (a) indirect, or inferential evidence and (b) direct evidence.

    a. Indirect evidence consists of facts from which one can infer there is monopoly power. This typically involves demonstrating that (1) a firm controls a large share of sales within a relevant market and (2) that there are barriers to entry providing at least some protection against potential competitors.

    b. Direct evidence is directly tied to monopoly power. For example, supra-competitive prices or higher profit margins are sources of direct evidence. Exclusion of competitors is another.[209]

177. Both indirect and direct evidence show that Vail Health has monopoly power in the market for PT services in the Vail Valley.

---

[209] *FTC v. Ind. Fed'n of Dentists*, 476 U.S. 447, 460–61 (1986) ("Since the purpose of the inquiries into market definition and market power is to determine whether an arrangement has the potential for genuine adverse effects on competition, 'proof of actual detrimental effects, such as reduction of output,' can obviate the need for an inquiry into market power, which is but a 'surrogate for detrimental effects.'"); *Toys "R" Us, Inc. v. FTC*, 221 F.3d 928, 937 (7th Cir. 2000) ("[T]he share a firm has in a properly defined relevant market is only a way of estimating market power, which is the ultimate consideration. The Supreme Court has made it clear that there are two ways of proving market power. One is through direct evidence of anticompetitive effects.") (citations omitted); *In re Schering-Plough Corp.*, 136 F.T.C. 956, 974–75 (2003) (stating that for purposes of determining whether an agreement is a prohibited restraint of trade, "it is not necessary to rely on indirect proof that Schering has a monopoly share in a relevant market when the competitive effects of the 'restraint' can be shown directly"), rev'd on other grounds, *Schering-Plough Corp. v. FTC*, 402 F.3d 1056 (11th Cir. 2005); *Re/Max Int'l Inc. v. Realty One, Inc.*, 173 F.3d 995, 1018 (6th Cir. 1999) (citing *Byars v. Bluff City News Co.*, 609 F.2d 843, 850 (6th Cir. 1979)) ("[T]he simplest way of showing monopoly power is to marshal evidence showing the exercise of actual control over prices or the actual exclusion of competitors."). Merger Guidelines, §§ 2.1.2-2.1.3. *See also*, *Rebel Oil Co. v. Atl. Richfield Co.*, 51 F. 2d 1421 , 1434 (9th Cir. 1993) regarding output restrictions as direct evidence.



### 1. Indirect Evidence

#### a. Market Share & Concentration

178. A high market share may indicate that a firm has market power in the relevant antitrust market. [210] Vail Health has extremely high market share in Vail. From 2012 to 2020, Vail Health provided between 82.1% and 92.2% of the PT units and earned between 90.8% and 97.5% of the revenue for PT services in the town of Vail.

179. Vail Health's market share is also high in the Vail Valley. Between 2012 and 2020, Vail Health provided between 42.5% and 68.1% of the PT units and earned 62.1% and 78.7% of the revenue for PT services overall in the Vail Valley. **Table 10** shows Vail Health's market share by units and allowed amount over time.

**Table 10**
**Vail Health Share of Units and Allowed Amounts**

| | Vail Health - Vail | | Vail Health - Other Towns | | Vail Health Total - Vail Valley | |
|---|---|---|---|---|---|---|
| | Units | Allowed Amounts | Units | Allowed Amounts | Units | Allowed Amounts |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| 2012 | 86.1% | 92.9% | 30.5% | 22.0% | 68.1% | 78.7% |
| 2013 | 82.1% | 90.8% | 19.3% | 14.9% | 49.3% | 62.1% |
| 2014 | 84.4% | 93.2% | 13.7% | 11.4% | 49.8% | 66.9% |
| 2015 | 87.9% | 94.1% | 13.3% | 13.2% | 48.8% | 67.4% |
| 2016 | 92.2% | 96.4% | 11.7% | 11.9% | 53.1% | 69.6% |
| 2017 | 90.1% | 95.0% | 7.1% | 7.3% | 44.6% | 62.6% |
| 2018 | 85.7% | 94.3% | 6.6% | 7.4% | 42.5% | 66.7% |
| 2019 | 92.2% | 97.3% | 7.5% | 7.4% | 44.9% | 68.4% |
| 2020 | 91.5% | 97.5% | 11.6% | 11.7% | 49.0% | 72.6% |

Notes:
(1) Includes private-payer outpatient claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.
(3) Excludes place of service 34 (hospice).
(4) Includes providers and CPTs with at least 11 claim lines.

Sources:  Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

---

[210] *Toys "R" Us, Inc. v. FTC*, 221 F.3d 928, 937 (7th Cir. 2000) ("[T]he share a firm has in a properly defined relevant market is only a way of estimating market power, which is the ultimate consideration.")



180.   Vail Health dominates over the size of its next largest competitors. For example, in 2016, the year during which the alleged anticompetitive conduct commenced, Vail Health provided 53.1% of the PT units and earned 69.6% of the revenue for PT services in the Vail Valley (**Table 11**). The next largest competitor, Axis Sports Medicine, provided 23% of the units and earned 14.9% of the revenue. Jointworx, number three, provided 10.6% of the units and earned 7.2% of the revenue.

**Table 11**
**Market Share of Physical Therapy Units and Allowed Amount in Vail Valley 2016**

| Provider Name | Share of Units | Share of Allowed Amount |
|---|---|---|
| | (Percent) | |
| | (1) | (2) |
| **Vail Health - Vail** | 47.4% | 65.8% |
| **Vail Health - Other** | 5.7% | 3.8% |
| **Axis Sports Medicine** | 23.0% | 14.9% |
| **Jointworx** | 10.6% | 7.2% |
| **Vail Sports Medicine Physical Therapy** | 2.9% | 1.9% |
| **Other Providers** | 10.4% | 6.4% |
| **Total** | 100% | 100% |

Notes:
(1) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(3) Excludes place of service 34 (hospice).
(4) Other Providers includes the rest of providers in Vail Valley.
(5) Vail Health - Vail only includes Vail Health claims in Vail.
(6) Includes providers and CPTs with at least 11 claim lines.

Sources:  Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set.

181.   Vail Health's revenue share is presented over time in **Figure 14**.



88

*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.



Figure 14
Physical Therapy Vail Valley Provider Share – Allowed Amount
2012-2020

182. The literature notes that "increased concentration in markets for hospital services has been associated with higher prices for those services."[211] A well-accepted measure of industry concentration is the Herfindahl–Hirschman Index ("HHI"). It is calculated as the sum of the squares of the market share of each market participant.[212] The

---

[211] Haas-Wilson (2003), as quoted in Haas-Wilson, Deborah and Christopher Garmen. 2011. "Hospital Mergers and Competitive Effects: Two Retrospective Analyses." *Int. J. of the Economics of Business,* Vol. 18, No. 1, pp. 17-32 at p. 19.  *See also,* Melnick, Glenn and Keeler, Emmett. 2007. "The effects of multi-hospital systems on hospital prices." *Journal of Health Economics.* Vol. 26, No. 2 pp. 400-413. Dranove, David, Richard Lindrooth, William D. White, and Jack Zwanziger. 2008. "Is the impact of managed care on hospital prices decreasing?" *Journal of Health Economics,* Vol. 27, No. 2 pp. 362-376.

[212] "The HHI takes into account the relative size distribution of the firms in a market. It approaches zero when a market is occupied by a large number of firms of relatively equal size and reaches its maximum of 10,000 points when a market is controlled by a single firm. The HHI increases both as the number of firms in the market decreases and as the disparity in size between those firms increases." U.S. Department of Justice. "Herfindahl–Hirschman Index." Available at:  https://www.justice.gov/atr/herfindahl-hirschman-index. Last accessed January 7, 2022.



index ranges between zero and 10,000. The FTC and the DOJ consider markets with an HHI above 2,600 to be highly concentrated.

183.   The town of Vail and the Vail Valley as whole are very concentrated for PT services. **Table 12** shows the annual HHI for the town of Vail, the rest of the Vail Valley, and the Vail Valley including Vail.[213] In 2016, the year of the alleged anticompetitive conduct, Vail had an HHI of 9,307. The Vail Valley without Vail had an HHI of 2,891. The Vail Valley overall had an HHI of 5,125.

### Table 12
### HHI in the Vail Valley by Year

|  | Vail | Other Towns | Vail Valley |
|---|---|---|---|
|  | (Units) | | |
|  | (1) | (2) | (3) |
| 2012 | 8,674 | 2,610 | 6,303 |
| 2013 | 8,298 | 2,559 | 4,214 |
| 2014 | 8,707 | 2,485 | 4,733 |
| 2015 | 8,879 | 2,876 | 4,844 |
| 2016 | 9,307 | 2,891 | 5,125 |
| 2017 | 9,033 | 2,940 | 4,322 |
| 2018 | 8,906 | 2,973 | 4,748 |
| 2019 | 9,470 | 3,132 | 4,995 |
| 2020 | 9,517 | 2,828 | 5,498 |

Notes:
(1) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.
(3) Excludes place of service 34 (hospice).
(4) Includes providers and CPTs with at least 11 claim lines.

Sources:  Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Health Care

---

[213] U.S. Department of Justice. "Herfindahl–Hirschman Index." Available at: https://www.justice.gov/atr/herfindahl-hirschman-index Last accessed January 7, 2022.



### b. Barriers to Entry Help Vail Health Maintain Market Power

184. The DOJ has indicated that barriers to entry are a concern if they prevent entry from being "timely, likely, and sufficient in magnitude, character and scope to deter or counteract the [anti]competitive effects of concern."[214] There are several significant barriers to entry into the Vail Valley PT market which facilitate Vail Health's ability to maintain monopoly power.

### 1) Physical Therapist Labor Market

185. The Vail Valley presents a challenging labor market for physical therapy providers in that there are significant barriers to entry. One of them is that Vail Health has locked in their employment by requiring non-compete and/or non-solicitation restrictions in their employment contracts. If a new entrant to the PT market hired away a physical therapist from Vail Health, that therapist would not be able to provide PT services to any patients who used Vail Health for any service—not just PT—for one year.[215]

186. In a Howard Head presentation, Vail Health noted the following clinical staffing challenges in 2017:

    i.  Increased nationwide demand for high quality therapists

    ii.  Increased educational requirements

    iii.  Increased compensation benchmarks.[216]

### 2) Entrenched physical therapy referral networks

187. As noted in Section IV.D above, Orthopedic surgeries performed at Vail Health by outside physicians are an important financial driver for the hospital system. 79.7% of facility claims filed by Vail Health with private payers for orthopedic surgery were accompanied by professional claims filed by Steadman or VSO for the same patient.

---

[214] DOJ/FTC Horizontal Merger Guidelines (2010) §9.0.

[215] VH_Fed_0000965-991, VH_Fed_0000994-996.

[216] VH_Fed_00001512-523, at 518.



Steadman referrals constitute about 65% of Vail Health's total physical therapy referrals.

### 3) Vail Health is a General Acute Care Hospital Facility

188. There are advantages afforded Vail Health because of its status as the only hospital in the Vail Valley. These benefits erect barriers to entry for new PT providers.

    a. Patients see Vail Health as a provider that can offer an integrated service, e.g.: surgery, recovery rooms, hospital bed, physical therapy.

    b. Vail Health's non-profit tax status, lower-cost structure and economies of scale are considerable advantages over new entrants.

    c. Association with the hospital provides marketing advantages to Howard Head which are barriers to new entrants.

        i. Howard Head has a first-mover advantage to offer PT services to Vail Health's orthopedic surgical patients.

        ii. As discussed in Section V.B.2.a below, Vail Health's locations outside of the town of Vail have been able to earn prices 32% higher than its competitors even though, on its own, it does not have market power. Instead, it rides the coattails of the hospital.

### 4) High Entry Costs

189. As Vail Health former Senior Vice President for Howard Head, Nicholas Brown, testified in his deposition, any potential entrant to the Vail valley PT market would face significant "barriers to entry."[217]

### 2. Direct Evidence

190. This section discussions the direct evidence of Vail Health's monopoly power: (1) pricing, (2) margins, and (3) exclusionary conduct.

---

[217] Brown Deposition Tr. 144,145,149; Deposition Ex. 41; VH_Fed_0001571.

92

 *Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

### a. Pricing

191.   As seen in Section V.A, demand for physical therapy in the Vail Valley was price sensitive from 2012 to 2020. Normally, this would mean that providers would not be able to raise or maintain prices above the competitive level. This section of my Report shows that Vail Health was able to sustain prices far above the competitive level in the Vail Valley between 2012 and 2020 even given this price sensitivity. It was also able to increase prices after its alleged anticompetitive conduct began.

### 1) Vail Health's Facility Pricing

192.   Vail Health bills nearly all of its PT claims as outpatient facility charges. Some hospitals in Colorado use both facility and professional charges for PT. Non-hospital PT services are billed as professional charges.

193.   In 2019, Vail Health did an internal analysis of its pricing structure by comparing what revenue it would have earned if it had billed professional claims instead of facility claims. The analysis showed that for private payers, government payers, and self-pay combined, Vail Health earned more than 49% more revenue by coding its outpatient PT claims as facility instead of professional.[218] For non-governmental payers (private payers and self-pay), Vail Health earned 92% more revenue by filing its outpatient PT claims as facility instead of professional.[219] In a September 2016 email, Doris Kirchner remarks "Obviously, there will be many issues for VVMC if TSC pursues the independent [PT] route. [text redacted]  and the reimbursement rates will be greatly reduced if hospital rates are not part of the billing."[220]

194.   Notably, if Vail Health had billed its outpatient PT services as professional instead of facility claims, it would have incurred a net loss. One potential consequence of a firm

---

[218] VH_Fed_00006607. The email accompanying this document notes that Aetna, a private payer, is missing from the analysis.

[219] Government includes Medicare, Medicaid, contracts with Eagle County, and workers' compensation. (VH_Fed_00006607).

[220] Brown Depo, Ex. 40 (VH_Fed_00004004).



with market power can be a reduction in cost efficiency because of a lack of competitive market discipline on its prices.[221]

### 2) Vail Health's Hospital Prices for PT Services Exceed Prices of Other Vail Valley Providers

195.   The strongest indication of Vail Health's market power has been its ability to maintain and/or increase prices for PT services in the Vail Valley between 2012 and 2020 by far more than the DOJ/FTC benchmark of 5% above the competitive level.

196.   Even though Vail Health bills its PT services as facility charges and other PT providers in the Vail Valley bill professional charges, it is reasonable to compare their prices to each other because Vail Health identifies them as its competition. Vail Health references the following three types of competing PT providers:[222]

   a.   Clinics in Eagle and Summit Counties, such as:

   i.   Axis Sports Medicine (Eagle & Summit Co.)

   ii.   Jointworx Physical Therapy (Edwards & Avon)

   iii.   Vail Integrative Medical Group (Edwards, Vail, & Eagle)

   iv.   Sports Rehab Consultants (Vail & home visits)

   b.   Other small local PT groups/chiropractors

   c.   PT options back home (for destination patients).[223]

---

[221] Berger, Allen N., and Timothy H. Hannan. "The Efficiency Cost of Market Power in the Banking Industry: A Test of the 'Quiet Life' and Related Hypotheses." *Review of Economics and Statistics* 80, no. 3 (1998): 454–65. doi:10.1162/003465398557555.

[222] VH_FED00000771-866 at -833 (2016 Strategic Planning). *See also*, VH_Fed_00001961.

[223] This category may include hospitals near where patients live and work.



197.  In 2017, Howard Head listed 17 PT providers in Eagle County as competitors ("down from 22").[224] It considers Axis Sports Medicine to be its "closest" competitor in Eagle County.

198.  In an internal strategy document, Howard Head ties its own growth to loss of market share by Axis and other PT providers. It says: "It is reasonable to assume that we are winning market share from Axis and other PT providers."[225] Howard Head also notes that "growth and consolidation is driving the positive volume trends for both [its] inpatient and outpatient [volume]."[226]

199.  **Figure 15** below shows how Vail Health's PT prices in the town of Vail were consistently higher than its price outside of Vail and the average prices of its competitors in the Vail Valley between 2012 and 2016. **Figure 15** also shows that Vail Health increased its prices in 2017. Between 2012 and 2020, Vail Health's prices overall averaged between 73% and 175% above other providers.

---

[224] Vail Health included "Lindsay W" as a competitor in 2017. (VH_Fed_00001512-523 at 518.)

[225] VH_Fed_00001432-446 at 439.

[226] VH_Fed_00001432-446 at 440..





200. In the analysis below I refer to January 2012 – March 2017 as the "early conduct period" and April 2017 to 2020 as the "later conduct period."

201. In addition to Vail Health, there are 74 other PT providers in the Vail Valley. **Table 13** shows the average allowed amounts for Vail Health versus other PT providers in the Vail Valley in the early conduct period (2012 – March 2017) and the later conduct period (April 2017 – 2020). In the early conduct period, Vail Health's average price for PT services was $71 per unit. In the later conduct period, it increased to $88 per unit. Vail Health's prices grew 24%.

202. The average price of PT services by other providers was $36 per unit during the early conduct period. It declined to $34 per unit in the later conduct period. On average, prices of other PT providers in the Vail Valley declined by 7%.

203. The gap between Vail Health and other PT providers grew from a 97% difference in the early conduct period to a 161% difference during the later conduct period. This is an increase of 66%.

**Table 13**

**Weighted Average Allowed Amount Per Unit by Periods and Providers**

| | Average Allowed Amount Per Unit | | | Percent Difference |
|---|---|---|---|---|
| | 2012 - March 2017 | | April 2017 - 2020 | |
| | (Dollars) | | | (Percentage) |
| | (1) | | (2) | (3) |
| Vail Health - ALL | $ | 71 | $ 88 | 24% |
| Other PT Providers in Vail Valley | | 36 | 34 | -7% |
| Percent Difference | | 97% | 161% | |

Notes:

(1) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.

(2) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs 97165-8.

(3) Excludes place of service 34 (hospice).

(4) Includes providers and CPTs with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database"; Find-A-Code; Health Care Provider Taxonomy Code Set.

204.   The PT prices described above may be influenced by market supply and demand factors (e.g., time, provider size or type, procedures performed, location). These factors might explain the changing magnitude of the difference between Vail Health's prices and those of its competitors in the Vail Valley between the two periods of time.

205.   Therefore, I have built an econometric regression model which incorporates these supply and demand factors to assess whether (1) Vail Health's prices were genuinely more than 5% higher than its competitors in the Vail Valley for a sustained period of time (the DOJ/FTC benchmark) and (2) whether Vail Health increased its prices in early 2017 after the alleged anticompetitive conduct began. Finding these to be true, they are direct evidence of market power in the relevant antitrust market.

206.   The prices of other PT providers during the early and later conduct periods (along with that of Vail Health in the earlier conduct period) are used to estimate the "normal" pricing behavior expected from Vail Health during the later conduct period.

207.   Insofar as Vail Health's prices in the earlier conduct period and the prices of other PT providers were free from the alleged anticompetitive conduct, they offer a suitable

97



benchmark for analyzing Vail Health's prices during the later conduct period. The effect of Vail Health's alleged conduct is estimated as the statistical difference between its "normal" and actual prices for PT services during the later conduct period. This kind of econometric analysis is widely employed as a means for identifying supra-competitive prices associated with anticompetitive behavior.[227]

208.   Because the model measures how the difference in pricing between Vail Health and other PT providers has changed over time, it belongs to a class of models called difference-in-differences models. This methodology is also widely used in economic research and well-accepted by the courts.[228]

---

[227] *See, e.g.*, ABA Section of Antitrust Law. 2010. *Proving Antitrust Damages: Legal and Economic Issues.* Chicago: ABA Publishing at pp. 125-126.

> Econometric and regression analyses are particularly useful in separating the impact of an alleged anticompetitive act on market outcomes (such as pricing) from the impact of other influences. . . . In particular, econometric analyses can test whether the data are consistent or inconsistent with the proposition that the relevant explanatory variable 'caused' changes in the dependent variable.

[228] For a discussion of difference-in-differences ("DID") regression analysis, *see*, James H. Stock and Mark W. Watson. 2007. *Introduction to Econometrics*, Edition 2.  Boston: Pearson Education, Inc. at pp. 480-483.

For examples of DID used by economists, *see*, Waldfogel, Joel and Jeffrey Milyo. 1999. "The Effect of Price Advertising on Prices: Evidence in the Wake of 44 Liquormart." *American Economic Review*, Vol. 89, No. 5 pp. 1081-1096; Hastings, Justine S. 2004. "Vertical Relationships and Competition in Retail Gasoline Markets: Empirical Evidence from Contract Changes in Southern California." *American Economic Review*, Vol. 94, No. 1 pp. 317–328; Borenstein, Severin. 1990. "Airline Mergers, Airport Dominance, and Market Power." *American Economic Review*, Vol. 80, No. 2 pp. 400–404; Card, David and Alan B. Krueger. 1994. "Minimum Wages and Employment: A Case Study of the Fast-Food Industry in New Jersey and Pennsylvania." *American Economic Review*, Vol. 84, No. 4 pp. 772–93; Angrist, Joshua D. and Alan B. Krueger. 1991. "Does Compulsory School Attendance Affect Schooling and Earnings?" *The Quarterly Journal of Economics*, Vol. 106, No. 4 pp. 979–1014; Haas-Wilson, Deborah and Christopher Garmon. 2011. "Hospital Mergers and Competitive Effects:  Two Retrospective Analyses." *Int. J. of the Economics of Business*, Vol. 18, No. 1 at pp. 17-32.

For examples where DID has been accepted by the courts, *see Messner v. Northshore Univ. HealthSystem*, 669 F.3d 802, 815-16 (7th Cir. 2012);*In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation*, No. 07-cv-4446, 2009 WL 497345 (N.D. Ill. February 18, 2009) (Expert Report of Dr. David Dranove Supporting Motion for Class Certification, Redacted Version for Public File, henceforth "Dranove Expert Report"); *In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation*, No. 07-cv-4446, 2009 WL 4883942 (N.D. Ill. December 8, 2009) (Reply Report of Dr. David Dranove Supporting Motion for Class Certification, Redacted Version for Public File , henceforth "Dranove Reply Report"); *In the Matter of Evanston Northwestern Healthcare Corporation and ENH Medical Group, Inc.*, No. 9315 (Fed. Trade Comm'n April 28, 2008), Initial Decision of

98

 *Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

209.    I used PT claims data for the Vail Valley from the CO APCD for this analysis. Data selection is structured as follows:

    a.    I include claim lines for outpatient PT services provided in the Vail Valley between 2012 and 2020 which were reimbursed by private insurers.

    b.    PT services are identified by CPT codes for Physical Medicine and Rehabilitation Procedures, which begin with "97."[229]

    c.    I exclude PT services provided for hospice patients as they may have different supply and demand conditions than PT services provided for rehabilitation of orthopedic injury.[230]

    d.    Within rehabilitation PT, I exclude services provided for occupational therapy. It also may have different supply and demand conditions because it has different objectives than physical therapy.[231]

---

Chief Administrative Law Judge Stephen J. McGuire (Aug. 6, 2007) as cited in Dranove Expert Report at pp. 1 and 3; *In the Matter of Evanston Northwestern Healthcare Corporation and ENH Medical Group, Inc.*, No. 9315 (Fed. Trade Comm'n April 28, 2008), Opinion of Chairman Majoras (Aug. 6, 2007) as cited in Dranove Expert Report at pp. 1 and 4.

[229] The data produced by Vail Health include some other CPTs for PT. More than 99% of Vail Health's data include CPTs which begin with "97."

[230] Hospice is identified as CMS place of service 34. *See*, U.S. Centers for Medicare & Medicaid Services. "Place of Service Code Set." Available at: https://www.cms.gov/Medicare/Coding/place-of-service-codes/Place_of_Service_Code_Set. Last accessed January 7, 2022.

[231] Occupational therapy is identified by CPTs 97165-8 and provider taxonomy starting with "225X" or "224Z". (Find-A-Code. "CPT® 97165 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97165. Last accessed January 7, 2022. Find-A-Code. "CPT® 97166 in section: Occupational Therapy Evaluations." Last accessed December 27, 2021. Available at: https://www.findacode.com/code.php?set=CPT&c=97166. Find-A-Code. "CPT® 97167 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97167. Last accessed January 7, 2022. Find-A-Code. "CPT® 97168 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97168. Last accessed January 7, 2022. *See also*, Taxonomy, "Health Care Provider Taxonomy Code Set." Available at: https://taxonomy.nucc.org/.) Last accessed January 7, 2022. "Physical therapy aims to reduce pain, improve and restore mobility and function, and prevent disability. Occupational therapy aims to help individuals across the lifespan engage in occupations, or everyday activities, that individuals want and need to do" (U.S. Olympic and Paralympic Training Center. (November 25, 2016) "The Difference Between Physical Therapy and Occupational



e.  Analysis includes providers and CPTs with at least 11 claim lines.

210.  The econometric regression model of prices for PT services in the Vail Valley is represented by model (3):

$$\ln(P_i) = \alpha_0 + \beta_1 \text{Conduct Period} + \beta_2 \text{Vail Health} + \beta_3 \text{Vail Health} \\ * \text{Conduct Period} + \beta_4 \text{Revenue Share}_{pt} + \beta_5 \text{COVID} \\ + \textbf{Other PT Provider FE} + \textbf{CPT FE} + \textbf{Year FE} + \epsilon$$

Where:

- the unit of observation is a PT claim line in the CO APCD data.

- $ln(P_{ipct})$ is the natural logarithm of allowed amount per unit.

- i is claim line, p is provider, and t is year-quarter.

- $\alpha_0$ is the intercept.

- *Conduct Period* equals one between April 2017 and December 2020, and zero otherwise. This variable captures any difference in average Vail Valley prices unique to the later conduct period relative to the earlier conduct period.  In that way, it controls for industry-wide effects of changing technology, quality, or health care demand that may have been unique to this period. Accordingly, to the extent the earlier conduct period events caused the experience of other Vail Valley PT providers to change in some systematic way between the early and later conduct periods, this variable will account for that effect.

- *Vail Health* equals one for PT services provided by Vail Health and zero otherwise. This variable measures Vail Health's market power as a system across the early and later conduct periods.

- *Vail Health*Conduct Period* equals one for services provided by Vail Health between April 2017 and December 2020, and zero otherwise. This variable measures the impact of Vail Health's alleged conduct in 2016-2017 on its

---

Therapy." Available at: https://ccoe.us/news/the-difference-between-physical-therapy-and-occupational-therapy/. Last accessed January 7, 2022)



prices in the later conduct period relative to the other controls included in the model.

- *Revenue Share* is the provider's share of revenue from PT services in the Vail Valley in the quarter prior to the date of a claim. This is a measure of each PT provider's pricing power derived from its size.

- *COVID* equals one between March 13, 2020, and December 2020 and zero otherwise to control for supply and demand shifts during the pandemic.[232]

- **Other PT Provider FE** are indicator variables for each PT provider. Because providers are largely stationary geographically, each indicator controls not only for systematic differences across providers, but also for systematic macroeconomic differences across towns in the Vail Valley.

- **CPT FE** are indicator variables for each procedure.

- **Year FE** are indicator variables for each year.

- ε is an error term.

- The model was estimated using Ordinary Least Squares (OLS) with robust standard errors.

211.   Price is allowed amount per unit because it incorporates the two stages of competition in health care pricing: (1) negotiations between providers and insurers and (2) selection of providers by patients. As the court said in *Penn State Hershey*: "our analysis must focus, at least in part, on the payers who will feel the impact of any price increase."[233]

212.   **Table 14a** presents the results of regression model (3). The coefficient for *Conduct Period* is negative and statistically significant at better than a 1% level. PT prices in the

---

[232] The White House. March 13, 2020. "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak." Available at https://trumpwhitehouse.archives.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/. Last accessed January 9, 2022.

[233] *Penn State Hershey* at p. 342.



Vail Valley declined by 7.5%, on average, between the early and later conduct periods.[234]

213.   The coefficient for *Vail Health* is large, positive, and statistically significant at better than a 1% level. With PT prices 37.7% higher than other Vail Valley providers across the early and later conduct periods, Vail Health had market power in the Vail Valley far greater than the DOJ/FTC's 5% benchmark for a sustained period of time.

214.   The coefficient for *Vail Health\*Conduct Period* is positive and statistically significant at better than a 1% level. Above and beyond its baseline market power, Vail Health was able to raise PT prices during the later conduct period by almost 27%, on average, across its system.

---

[234] Percent differences are calculated using the formula: exp(coefficient) -1.



**Table 14a**
**Direct Effect Regressions**
**Aggregated**

| Variable | Coefficient | Percent Difference |
|---|---|---|
| (1) | (2) | (3) |
| Vail Health x Conduct Period | 0.239*** | 27.0% |
| | [0.005] | |
| Vail Health | 0.320*** | 37.7% |
| | [0.031] | |
| Conduct Period: April 2017 - December 2020 | -0.078*** | -7.5% |
| | [0.008] | |
| Vail Valley Market Share (Allowed Amounts) | 0.565*** | 75.9% |
| | [0.041] | |
| Covid-19 Pandemic Indicator | -0.075*** | -7.2% |
| | [0.008] | |
| CPT FE | Yes | |
| Provider FE | Yes | |
| Year FE | Yes | |
| Adjusted R-squared | 0.245 | |
| Claim Lines | 292,308 | |

Notes:
(1) Robust standard errors.
(2) *** p<0.01, ** p<0.05, * p<0.1
(3) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(4) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(5) Excludes place of service 34 (hospice).
(6) Includes providers and CPTs with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set.

### 3) Model Evidence Showing Persistence of Inflated Prices Across Locations

215.    As seen in **Figure 15** above, Vail Health has higher prices for PT services in the town of Vail than it has outside of Vail. Therefore, it may have different levels of market power in Vail relative to elsewhere in the Vail Valley. This could affect its ability to price above the competitive level in different locations. Model (3) was adjusted by dividing Vail Health into two parts: (1) the town of Vail and (2) outside of Vail.

216.    **Table 14b** presents the results of regression model (4). The coefficient for *Conduct Period* is still negative and statistically significant at better than a 1% level.

103



*Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

217.   The coefficient for *Vail Health (Vail)* is extremely large, positive, and statistically significant at better than a 1% level. Vail Health's prices in Vail were 77.5% higher than other Vail Valley PT providers. Vail Health had market power in the town of Vail far greater than the DOJ/FTC 5% benchmark for a sustained period of time. This coefficient measures Vail Health's dominant position in Vail and confirms that Vail is a plausible relevant antitrust geographic market.

218.   The coefficient for *Vail Health (Vail)\*Conduct Period* is positive and statistically significant at better than a 1% level. On top of its already dominating market power, Vail Health was able to increase its prices in the town of Vail during the later conduct period by more than 18%.

219.   The coefficient for *Vail Health (Other)* is negative and statistically significant at better than a 1% level. However, the coefficient for *Vail Health (Other)\*Conduct Period* is positive and statistically significant at better than a 1% level. Vail Health increased PT prices at its facilities outside of the town of Vail by more than 32% above the competitive level for the Vail Valley during the later conduct period. This is an indicator of Vail Health's system-wide market power. Ties to the hospital system enabled Vail Health to stretch its market power to facilities in the rest of the Vail Valley.

220.   These results are consistent with the discussion in the literature that hospital systems are able to raise prices in competitive areas due to system-wide market power because of facilities considered "must have" for insurer networks.[235]

---

[235] The term "must-have" is often used to describe a provider that is so important to enough enrollees in a health plan that the plan would not be able to offer a competitive insurance product without including that provider in its network. *See, e.g.*, Berenson, R., Ginsburg, P., and Kemper, N., "Unchecked Provider Clout in California Foreshadows Challenges to Health Reform," Health Affairs, vol. 29, no. 4 (2010).



**Table 14b**
**Direct Effect Regressions**
**Vail Health in Vail and Vail Health in Other Locations**

| Variable | Coefficient | Percent Difference |
|---|---|---|
| (1) | (2) | (3) |
| Vail Hospital (Vail) x Conduct Period | 0.167*** | 18.2% |
| | [0.005] | |
| Vail Health (Vail) | 0.574*** | 77.5% |
| | [0.028] | |
| Vail Hospital (Other) x Conduct Period | 0.282*** | 32.6% |
| | [0.009] | |
| Vail Health (Other) | -0.107*** | -10.1% |
| | [0.015] | |
| Conduct Period: April 2017 - December 2020 | -0.060*** | -5.8% |
| | [0.008] | |
| Vail Valley Market Share (Allowed Amounts) | 0.409*** | 50.5% |
| | [0.038] | |
| Covid-19 Pandemic Indicator | -0.055*** | -5.4% |
| | [0.007] | |
| CPT FE | Yes | |
| Provider FE | Yes | |
| Year FE | Yes | |
| Adjusted R-squared | 0.316 | |
| Claim Lines | 292,308 | |

Notes:
(1) Robust standard errors.
(2) *** p<0.01, ** p<0.05, * p<0.1
(3) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(4) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(5) Excludes place of service 34 (hospice).
(6) Includes providers and CPTs with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set.



### 4) Model Evidence Showing Persistence of Inflated Prices Over Time

221.    I made a further adjustment to the model, adding annual time indicators in place of one indicator for the later conduct period. Coefficients for this adjusted model are presented in **Table 14c**. These results continue to show Vail Health's dominance with prices more than 129% higher than other PT providers, and inflated prices during the later conduct period on an annual basis in the town of Vail and outside of Vail.[236]

---

[236] The results for all but the first Vail Health-Vail time period are statistically significant at conventional levels. Given that Vail Health operates on a fiscal year calendar beginning in October, it is not unexpected that the first time period is not statistically significant as Vail Health likely set its prices for 2017 prior to the alleged conduct occurring.

**Table 14c**
**Direct Effect Regressions**
**Vail Health in Vail and Vail Health in Other Locations**
**Conduct by Year**

| Variable | Coefficient | Percent Difference |
|---|---|---|
| (1) | (2) | (3) |
| Vail Hospital (Vail) x Conduct Period: Apr - Dec 2017[1] | 0.011 | 1.1% |
| | [0.009] | |
| Vail Hospital (Vail) x Conduct Period: 2018 | 0.134*** | 14.3% |
| | [0.008] | |
| Vail Hospital (Vail) x Conduct Period: 2019 | 0.197*** | 21.8% |
| | [0.007] | |
| Vail Hospital (Vail) x Conduct Period: 2020 | 0.298*** | 34.7% |
| | [0.008] | |
| Vail Health (Vail) | 0.830*** | 129.3% |
| | [0.029] | |
| Vail Hospital (Other) x Conduct Period: Apr - Dec 2017 | 0.242*** | 27.4% |
| | [0.021] | |
| Vail Hospital (Other) x Conduct Period: 2018 | 0.348*** | 41.6% |
| | [0.016] | |
| Vail Hospital (Other) x Conduct Period: 2019 | 0.212*** | 23.6% |
| | [0.013] | |
| Vail Hospital (Other) x Conduct Period: 2020 | 0.320*** | 37.7% |
| | [0.011] | |
| Vail Health (Other) | -0.083*** | -8.0% |
| | [0.015] | |
| Conduct Period: 2018 | -0.124*** | -11.7% |
| | [0.007] | |
| Conduct Period: 2019 | -0.114*** | -10.8% |
| | [0.007] | |
| Conduct Period: 2020 | -0.084*** | -8.1% |
| | [0.009] | |
| Vail Valley Market Share (Allowed Amounts) | 0.028 | 2.8% |
| | [0.040] | |
| Covid-19 Pandemic Indicator | -0.056*** | -5.4% |
| | [0.007] | |
| CPT FE | Yes | |
| Provider FE | Yes | |
| Year FE | Yes | |
| Adjusted R-squared | 0.317 | |
| Claim Lines | 292,308 | |

Notes:
(1) Coefficient p-value is equal to 0.214.
(2) Robust standard errors.
(3) *** p<0.01, ** p<0.05, * p<0.1
(4) Includes private-payers outpatient claim lines with allowed amounts greater than or equal to $1.
(5) Excludes claim lines from providers with primary taxonomies of occupational therapists or occupational therapist assistants, and CPTs: 97165-8.
(6) Excludes place of service 34 (hospice).
(7) Includes providers and CPTs with at least 11 claim lines.

Sources: Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database;" Find-A-Code; Health Care Provider Taxonomy Code Set.



222.   As noted in Section IV.E.3.c above, one of the limitations of the analysis I have presented in this report to date is that Vail Health uses the same NPIs for claims it files with payers in Vail and in Summit County..

### b. Margins

223.   The hypothetical monopolist SSNIP test also asks whether the hypothetical monopolist is able to sustain higher prices profitably.[237] One method for assessing a firm's market power is to examine its profit margins. A firm with high profit margins is understood to have market power because high profit margins mean it was able to charge prices far in excess of its costs.[238]

224.   What is important for determining whether Vail Health's profit margin indicates market power, however, is not whether the level of its profit margin itself is high, but that the level of its profit margin is high relative to other non-profit hospitals in a competitive market and whether Vail Health can sustain higher margins.

225.   As an industry, hospitals are not particularly profitable. Non-profit hospitals in the United States had a median operating profit margin of 2.4% in FY 2019.[239] In Colorado, non-profit hospitals earned 2.1% in patient service profits margins across the state.[240] The American Hospital Association reports that about 30% of hospitals have a negative operating margin at any one time.[241]

---

[237] *Federal Trade Commission v. OSF Healthcare System*, 852 F.Supp.2d 1069, 1075 (N.D. Ill. 2012) ("A relevant product market is one in which a hypothetical monopolist could increase prices profitably by a 'small but significant' amount for a meaningful period of time.").

[238] VH_Fed_00001457.

[239] Advisory Board. (March 30, 2021) "Our take: Moody's shows hospital margins are 'wholly unsustainable'." Available at: https://www.advisory.com/en/daily-briefing/2021/03/30/moodys-report#:~:text=Specifically%2C%20nonprofit%20hospitals%20had%20a,from%208.4%25%20in%20FY%202019. Last accessed January 7, 2022.

[240] Colorado Department of Health Care Policy & Financing. "Hospital Cost, Price & Profit Review. (August 2021) at p. 39.

[241] American Hospital Association. (2018) "Trendwatch Chartbook 2018 – Trends Affecting Hospitals and Health Systems." Available at: https://www.aha.org/system/files/2018-05/2018-AHA-Chartbook_0.pdf. Last accessed January 7, 2022, at p. 37, chart 4.1.



226.     Howard Head produced an Excel spreadsheet with a title "HH Income Statement Rollup" with financial information for fiscal years 2016-2018. The information suggests that Howard Head's s operating profit margins in fiscal years 2016, 2017, and 2018 were about 14%, 13%, and 12%, respectively.[242] Data available from an internal Vail Health analysis of billing professional rather than facility claims shows that Howard Head's patient contribution margins for self-pay and private payers was 32% in FY 2019.[243]

227.     Howard Head's operating profit margins are more consistent with estimates of the total profit margin (patient plus non-patient profit) of Colorado's for-profit and non-profit hospitals, which was 15.6% in 2018.

228.     In July, 2017, Howard Head projected an end-of-fiscal year contribution margin of $13.24 million (a 22.7% increase from fiscal year 2013). It's contribution margin in fiscal year 2013 was $3.48 million. It grew to $3.95 million in fiscal year 2016. In July, 2017, it projected an end-of-fiscal year contribution margin of $4.39 million (an 11.1% increase from fiscal year 2013).[244]

229.     Howard Head management obtained an independent outside estimate of its financial performance. In fiscal year 2016, HHSM earned a gross margin of $51.17 per visit and net income of $21.49 per visit.[245]

         a.  Exclusionary Conduct

230.     Until October 31, 2012, RPC-Vail was the exclusive operator providing PT services doing business under the trade name Howard Head.[246] The evidence indicates that

---

[242] VH_Fed_00001420. Calculated as net patient revenue.

[243] Analysis using VH_Fed_00006607. Excludes Aetna.

[244] VH_Fed_00001512-523, at 522.

[245] VH_Fed_00001432-446, at 441.

[246] VH_Fed_00003426. Affidavit of Gene "Topper" Hagerman, September 14, 2020 ("Hagerman Affidavit") at ¶ 22. Affidavit of Sean McEnroe, April 13, 2020 ("McEnroe Affidavit") at ¶ 8. I understand that these Affidavits are from the related state court action.



Vail Health did not operate the clinic or supervise the physical therapists that were employed by RPC-Vail until November 1, 2012.[247]

231.   The departure of RPC-Vail and Vail Health's acquisition of a majority of RPC-Vail's employees as of November 1, 2012[248] is consistent with the antitrust monopolization concept that Vail Health "acquired" the Howard Head PT clinic, rather than building the practice itself. I have seen no evidence that prior to November 1, 2012, Vail Health achieved the monopoly power in the market for physical therapy services in the Vail Valley described in this Report as the result of its own knowledge, skill, or superior service.

232.   Upon acquiring the physical therapy practice as of November 1, 2012, evidence indicates that Vail Health engaged in certain anticompetitive, exclusionary conduct that resulted in the maintenance and expansion of its monopoly power.

233.   For example, I understand that the employment agreements that Vail Health required its physical therapists to sign precluded them from soliciting past or prospective business for one year if they left employment by Vail Health.[249] Restrictions such as this constrain the free flow of labor for a considerable segment of the Vail Valley labor pool for physical therapists.

234.   In another example, Vail Health refused to return to RPC-Vail certain documents that it stored on a separate drive related to its PT group.[250]

235.   Documents produced in discovery suggest that in or about September 2015, Vail Health believed Steadman was contemplating opening its own PT clinic with Lindsay Winninger when Ms. Winninger was opening a Sports Rehab clinic in Vail.[251] Vail

---

[247] Hagerman Affidavit at ¶¶ 24-25. Declaration of Lindsay Winninger, September 28, 2020, at ¶¶ 81-82. Deposition of Victoria Bartel, July 21, 2020 at pp. 68-72. I understand that these Affidavits are from the related state court action.

[248] Vail Health estimated that it hired 92-93% of RPC-Vail's "workforce." VH_Fed_00002277 at 2282.

[249] For examples of Vail Health employment agreements, *see, e.g.*, VH_Fed_00000965-991, 994-96.

[250] Hagerman Affidavit at ¶¶ 22-27. McEnroe Affidavit at ¶¶ 10-11. Declaration of Brad Schoenthaler, September 28, 2020 at ¶¶ 25-29.

[251] VAIL00001911. Shannon0000012.



Health learned also that VSO was considering the acquisition of its own PT clinic.[252] Vail Health estimated that if Steadman and VSO started their own PT clinics, Vail Health could lose a substantial volume of its PT business.[253]

236.     In December 2015, Vail Health and Steadman entered into a Letter of Intent to explore forming a PT joint venture (including with other physicians, such as VSO).[254] The term sheets for the joint ventures included a one-year noncompete, precluding Steadman (and perhaps also VSO, although that is unclear) from competing with the joint venture in Eagle, Garfield, Lake, Pitkin, Routt, and Summit Counties.[255]

237.     In September 2016, Steadman informed Vail Health that it was pursuing other opportunities, including the possibility of opening its own PT clinic.[256] Doris Kirchner says "Obviously, there will be many issues for VVMC if TSC pursues the independent route. [redacted] and the reimbursement rates will be greatly reduced if hospital rates are not part of the billing."

238.     The evidence in this timeline is consistent with the premise that the joint venture with Steadman and VSO was an attempt by Vail Health to exclude two potential competitors from the PT market in the Vail Valley (and other places). If successful, this would likely have secured a steady flow of referrals to its own PT facilities, maintaining, and possibly expanding, its monopoly power.

239.     The joint venture was not finalized. However, Vail Health pursued an alternative, three-pronged, strategy that essentially achieved the same result: (1) financial donations, (2) facility investments, and (3) PT non-competes.

---

[252] VH_Fed_00003775

[253] VH_Fed_00002200 (Modeling assumptions based on referral source analysis of 45% loss if Steadman started its own clinic in 2017 and 12% loss if VSO started its own clinic in 2017).

[254] VH_Fed_00003560.

[255] VAIL_00003567. VSO_Fed005.

[256] VH_Fed_00003698.



240.    The evidence indicates that Vail Health agreed to transfer considerable amounts of money to a Steadman affiliate and provide Steadman with other financial benefits.[257] VSO and its foundation apparently also received financial benefits.[258]

241.    Additionally Vail Health, Steadman, and VSO entered into an arrangement in Summit County for a $70 million facility in Dillon, which includes PT.[259] Vail Health and Steadman also entered into an arrangement for a new facility in Basalt, CO, also including PT.[260]

242.    Finally, Vail Health restricted Steadman from providing PT in the clinical facilities it leased from Vail Health.[261] (I understand there are discovery disputes before the court regarding the production of lease agreements between Vail Health and VSO). This has the effect of limiting the geographic scope where Steadman would be able to offer PT services to its patients, further reinforcing Vail Health's monopoly power in the Vail Valley market.

243.    In addition to the conduct discussed above, Vail Health allegedly made certain false statements to the management of Steadman, which ultimately led to the termination of Ms. Winninger from her consulting contract with Steadman,[262] and resulted in the cessation of PT referrals from Steadman to Sports Rehab.[263]

---

[257] VH_Fed_00004067.

[258] Kirchner Depo, Ex. 50 at A-15. VH_Fed_00003686-697.

[259] Vail Health. "NOW OPEN: Dillion Health Center." Available at: https://www.vailhealth.org/locations/dillon Last accessed January 9, 2022. 9News. "New $70 million medical facility opens in Dillon." https://www.9news.com/article/news/health/vail-health-opens-medical-facility-dillon/73-98de73ce-d4e0-4efb-8d26-b842a5d92839

[260] Vail Health. (October 8, 2020) "Construction begins on a state-of-the-art medical facility in Basalt." Available at: https://www.vailhealth.org/news/construction-begins-on-a-state-of-the-art-medical-facility-in-basalt. Last accessed January 9, 2022.

[261] VAIl_00001992-993.

[262] Deposition of Lindsay Winninger, June 29, 2020 at pp. 198-200. I understand that this deposition was taken in the related state court action.

[263] Declaration of Brad Schoenthaler, September 28, 2020 at ¶ 14. Plaintiff Lindsay Winninger's and Sports Rehab's Third Supplemental Answers and Responses to Vail Health's Fourth and Fifth Set of Discovery



244.   Taken together, if the record evidence indicated above is proven at trial, it would be my opinion that Vail Health's conduct caused or significantly contributed to the acquisition, maintenance, and attempt to acquire or maintain, monopoly power in PT services. As set forth below, that conduct caused injury to competition and consumers in the market for PT services in the Vail Valley.

## VI.   Impact of the Challenged Conduct

245.   Plaintiffs Lindsay Winninger and Sports Rehab allege that Vail Health has excluded competition in the market for physical therapy services in the Vail Valley. As an economic matter, this behavior causes anticompetitive harm because it reduces the supply of PT services in the Vail Valley. All else equal, when supply is restricted, prices increase. A basic premise of economics is that more competition benefits consumers.[264]

246.   The econometric analysis of PT pricing in the Vail Valley analyzed above demonstrates that Vail Health's conduct did have anticompetitive effects which harm consumers. I describe these effects below.

247.   The direct effects regression model shows that the Vail Health's prices for PT services at the hospital in Vail were inflated by approximately 18.2% above and beyond significant monopoly power during the later conduct period. Paid claims data from the CO APCD database show that private payers allowed $8.1 million in payments for PT services at Vail Health's hospital between April 2017 and December 2020. Therefore, Vail Health was overpaid by approximately $1.5 million (18% of $8.1 million) on insured claims for Coloradans which received PT services from Vail Health in Vail during this time period.

---

Requests in the state court action, June 17, 2020 at Interrogatory No. 26. Plaintiff Sports Rehab's Fourth Supplemental Answers to Interrogatory No. 26, October 30, 2020 in the state court action. Plaintiffs' Supplemental Answer to Interrogatory No. 14 to Second Set of Discovery Requests, April 13, 2021, in the federal action.

[264] See, e.g., Federal Trade Commission. "Consumers Win When Business Compete." ("Competition in America is about price, selection, and service. It benefits consumers by keeping prices low and the quality and choice of goods and services high.") Available At: https://www.ftc.gov/sites/default/files/attachments/competition-counts/zgen01.pdf. Last accessed January 7, 2022.



248. The direct effects regression model also shows that Vail Health's prices outside of Vail were inflated by 32.6% during the later conduct period. Paid claims data from the CO APCD database show that insurers allowed $329,172 in payments for PT services outside of Vail between April 2017 and December 2020. Therefore, Vail Health was overpaid by approximately $107,237 (32.6% of $329,172) on insured claims for Coloradans which received PT services from Vail Health outside of Vail during this time period.

249. For all insured PT services provided to Coloradans by Vail Health during the conduct period, Vail Health was overpaid $1.6 million.

## VII. Procompetitive Justifications

250. Typically, the justification of potentially restrictive practices through pro-competitive effects involves analysis showing cognizable savings that were achievable only through the use of the restrictive practices. I have seen no evidence to this effect in discovery regarding Vail Health's PT services to date.

251. As discovery and my review of the evidence is ongoing, I may revise my opinions and/or update this Report in light of any new evidence that I see regarding this issue.

_____

Leslie E. Schafer, Ph.D.
January 10, 2022

114

 *Sports Rehab v. Vail Health* • Expert Report of Leslie E. Schafer, Ph.D.

**Exhibit 1**

**Leslie Schafer, Ph.D.**
*Managing Director*
Los Angeles, CA
213 624 9600
lschafer@econone.com



Dr. Leslie Schafer is a Managing Director with Econ One Research, Inc. She applies economic analysis and econometrics to liability and damages estimation for litigation matters concerning antitrust, intellectual property, false advertising, and health care reimbursement. Dr. Schafer has served as a testifying expert about competition issues, the reasonable value for out-of-network health care services, false advertising, and damages for infringement of intellectual property.

Dr. Schafer's health care-related work experience also includes calculating overcharges in class action antitrust matters due to most-favored nation clauses and other provisions in hospital-payer contracts, analysis of pharmaceutical pricing, statistical analysis of Medicare Advantage audits and Medicare claims in False Claims Act cases, and forecasting retiree health care benefits and workers' claims for occupational injury. Dr. Schafer has analyzed more than a billion claims filed with Medicare or commercial payers for health care services.

For patent, trademark, copyright, trade secret, and false advertising matters, Dr. Schafer has analyzed plaintiff lost profits, defendant profits, and reasonable royalties. She has worked on a wide variety of industries such as personal mobile communication devices and other consumer electronics, information technology, automobile parts, plastic bottles, pharmaceuticals, taxicab services, clothing, and medical research. Dr. Schafer has experience with comparable licenses, company financials, complex bills of materials, and extremely large datasets of company transactions and retail point-of-sale data.

Dr. Schafer has testified in U.S. District Court and Texas State Court, and has been deposed in federal and state matters. She has spoken at conferences, on webinars, and for continuing education about patent and trademark damages and about working with experts in class action matters for the ABA, the State Bar of California, the LA County Bar Association, the Beverly Hills Bar Association, NITA, Bridgeport Continuing Education, and the Daily Journal's Patent Disputes Forum.

## EDUCATION

- Ph.D. & M.A. Managerial Sciences and Applied Economics, University of Pennsylvania, Wharton School of Business (Fields: Industrial Organization, Applied Empirical Microeconomics)
- M.P.P. University of Maryland
- B.A. Political Science, Tufts University, *cum laude*

## PROFESSIONAL EXPERIENCE

Econ One Research, Inc.
    Managing Director, January 2019 – Present
    Senior Economist, October 2011 – December 2018
McDonough School of Business at Georgetown University
    Adjunct Professor, 2010 – 2011
Exponent, Inc., Health Sciences
    Managing Economist, January 2010 – September 2011
PricewaterhouseCoopers LLP, Advisory Services
    Manager, 2006 – 2009
    Senior Associate, September 2005 – 2006

Leslie Schafer, Ph.D.
Page 2 of 11

**PROFESSIONAL EXPERIENCE, CONTINUED**

The Wharton School of Business, University of Pennsylvania
    Lecturer & TA, Managerial Microeconomics (Undergraduate, MBA, and WEMBA), 1999 – 2004
United States Government Accountability Office
    Senior Evaluator, 1996 – 1998
    Evaluator, 1992 – 1996

**REPRESENTATIVE ENGAGEMENTS**

***Health Care Reimbursement***

*Expert Reports & Testimony*

**InPhyNet South Broward, LLC *v. AvMed, Inc. d/b/a AvMed Health Plans***
Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida (Case No. CACE-20-004408 (08)
- Expert Report (November 2021)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

**ACS Primary Care Physicians  Southwest, PA *v. Community Health Community Health Choice, Inc., and Community Health Choice of Texas, Inc.***
District Court of Harris County, Texas (Cause No. 2019-10294)
- Expert Report (May 2021)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

**Apollo MedFlight, LLC *v. BlueCross BlueShield of Texas, a Division of Health Care Service Corporation***
U.S. District Court for the Northern District of Texas, Amarillo Division (Cause No. 2:18-cv-00166-D)
- Expert Report (February 2020)
- Expert opinions regarding the reasonable value of out-of-network emergency air ambulance transportation services.

**ACS Primary Care Physicians  Southwest, PA, & Emergency Services of Texas, PA *v. Molina Healthcare, Inc. and Molina Healthcare of Texas, Inc.***
District Court of Harris County, Texas (Cause No. 2017-77084)
- Expert Report (October 2019)
- Rebuttal Expert Report (December 2019)
- Deposition (January 2020)
- Amended Expert Report (March 2020)
- Trial Testimony (June 2021)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

Leslie Schafer, Ph.D.
Page 3 of 11

***Emergency Services of Oklahoma, PC, Oklahoma Emergency Services, PC, and South Central Emergency Services, PC** v. GlobalHealth, Inc.*

District Court of Cleveland County, Oklahoma (Case No. CJ-2017-641-V)

- Expert Report (June 2019)
- Supplemental Expert Report (August 2019)
- Expert opinions about the reasonable value of out-of-network emergency medical services.

***Southeastern Emergency Physicians, LLC and ACS Emergency Services of Mississippi, Professional Association** v. Ambetter of Magnolia, Inc.*

Circuit Court of the First Judicial District of Hinds County, Mississippi (CASE 17-465)

- Expert Report (May 2019)
- Rebuttal Expert Report (January 2020)
- Deposition (January 2020)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

***Southeastern Emergency Physicians, LLC** v. Arkansas Health & Wellness Health Plan, Inc., and Celtic Insurance Company d/b/a Arkansas Health & Wellness Insurance Company*

U.S. District Court for the Eastern District of Arkansas (CASE NO. 4:17-cv-492-KGB)

- Expert Report (March 2019)
- First Supplemental Expert Report (March 2019)
- Rebuttal Expert Report (May 2019)
- Deposition (May 2020)
- Second Supplemental Expert Report (July 2020)
- Expert opinions regarding the reasonable value of out-of-network emergency medical services.

***Sanjiv Goel, MD** v. Aetna Life Insurance Company, Inc.*

U.S. District Court for the Central District of California (Case No. 2:14-cv-2406 MWF (FFmX))

- Expert Report (February 2015)
- Expert opinions regarding the reasonable value of out-of-network cardiology medical services.

***Sanjiv Goel, MD** v. Aetna Life Insurance Company, Inc.*

Superior Court of California, County of Los Angeles (No. BC521197)

- Declaration (February 2015)
- Expert opinions regarding the reasonable value of out-of-network cardiology medical services.

***Sanjiv Goel, MD** v. Coalition America, Inc.; Multiplan, Inc.; Interplan Health Group, Inc.; Cigna Healthcare of California; Health Net Life Insurance Company; Health Net of California, Inc.; TC3 Health, Inc.*

U.S. District Court for the Central District of California (No. CV11-02349 GAF (Ex))

- Expert Report (January 2013)
- Expert opinions regarding the reasonable value of out-of-network cardiology medical services.

Leslie Schafer, Ph.D.
Page 4 of 11

*Other Health Care Engagements*

- Presently engaged as a testifying or consulting expert in the following areas:
    - healthcare antitrust
    - reasonable value of out-of-network medical services
    - class action matter regarding pharmaceutical-related hospital costs
    - class action matter regarding monopolization of hospital healthcare services

- Disclosed as testifying expert in <u>Texas Health Harris Methodist Hospital Alliance, et al.</u> v. Superior Healthplan, Inc., Celtic Insurance Company, and Centene Corporation. District Court of Tarrant County, Texas (No.141-318459-20) (June 2021). Matters regarding the reasonable value of out-of-network emergency medical services.

- Performed economic and econometric analysis for self-funded direct purchasers of hospital health care services in a class action antitrust matter. Analysis established that a hospital system's contract terms with payers artificially inflated class members' payments and that all or nearly all class members were injured. Case settled for $575 million. (UFCW et al. v. Sutter Health, Superior Court of the State of California for the City and County of San Francisco, Case No. CGC-14-538451 consolidated with Case No. CGC-18-565398)

- Performed economic and econometric analysis for direct purchasers of hospital health care services in a class action antitrust matter. Analysis established that a payer's most-favored nation clauses in contracts with hospitals artificially inflated class members' payments. (The Shane Group, et al. v. Blue Cross Blue Shield of Michigan, E.D. Mich., Southern Division, No. 2:10-cv-14360-DPH-MKM)

- Retained as an expert in support of multiple health insurers in a series of disputes with a cardiology practice in Federal and CA courts to opine on the reasonable value of out-of-network medical services provided by the plaintiff. Performed consulting work for certain matters in addition to expert reports and declaration noted above.

- Performed economic analysis for direct purchasers of a vaccine in a class action antitrust matter. Established: (1) that evidence common to members of the proposed class could be used to show that all or virtually all class members were overcharged and (2) that the aggregate amount of overcharge damages incurred by the proposed class could be calculated on a class-wide, formulaic basis using a reliable methodology. (Castro et al. v. Sanofi, D.N.J, Civil Action No.1-cv-07178-JLL)

- Performed statistical benchmarking analysis of usual, customary, and reasonable ("UCR") billed charges in out-of-network health care claims for a defendant health insurance carrier involved in a class action antitrust matter. (In Re: Aetna UCR Litigation, D.N.J, MDL NO. 2020, (No. 2:07-CV-3541)

- Estimated damages in a False Claims Act matter involving Medicare reimbursements for health care services.

- Performed statistical analysis of enrollees sampled in government audits of a health insurance provider with Medicare Advantage contracts. Examined appropriateness of statistical sampling

Leslie Schafer, Ph.D.
Page 5 of 11

methods selected and whether the sample selected was representative of the population of claims.

- Forecasted retiree health care benefits and workers' claims for occupational injury for an energy company. Designed economic models using publicly available data and extensive analysis of employees' claim records to present a distribution of potential liability outcomes.

### Competition & Antitrust Matters

#### Expert Reports & Testimony

**_Hannah's Boutique, Inc._ v. Barbara Ann Surdej, Roy Surdej, and Jeffrey Surdej, D/B/A Peaches Boutique**
U.S. District Court for the Northern District of Illinois, Eastern Division (Case No.: 13-cv-2564)
- Expert Report (January 2015)
- Deposition (February 2015)
- Hearing Testimony (May 2015)
- Expert opinions regarding assessments of market power in the retail apparel industry.

#### Other Antitrust Litigation Engagements

- Estimated damages related to antitrust and other commercial claims for a U.S. manufacturer of high-performance swimwear. Analyzed market pricing and unit sales to assess the market dominance of the defendant.

- Designed an econometric model for a U.S. industrial chemicals manufacturer to estimate potential damages from class action civil litigation following resolution of a price fixing dispute with the U.S. Department of Justice.

#### Monitoring and Compliance Matters

Overview of Monitoring Trustee Engagements:

- Monitored the viability and competitiveness of business divestitures of merging multinational firms as part of their compliance with structural remedies.
- Reported to government authorities about pricing, marketing plans, viability of the divestment businesses, supply chain practices, respondent technical efforts to restrict access to confidential business information in IT systems, and divestiture transition progress.
- Extensive experience analyzing retailer point-of-sale data from The Nielsen Company/Information Resources, Inc. (IRI).

Monitoring Trustee Engagements:

- For the U.S. Federal Trade Commission (FTC) and the European Commission (EC), member of monitoring team for the P&G/Gillette merger. Divestitures of the SpinBrush toothbrush business, Rembrandt (a Gillette oral care product line), Right Guard, and other Gillette deodorant brands.

Leslie Schafer, Ph.D.
Page 6 of 11

- For the FTC, case manager for team monitoring the Pernod Ricard/V&S merger. Analyzed the performance of Absolut and Stolichnaya in the "super-premium" vodka market, as well as distribution agreements for other distilled spirits.

- For the FTC and EC, case manager for U.S.-based team monitoring the BASF/Ciba merger in the chemical industry.

- For the German Bundeskartellamt (Federal Cartel Office), case manager for U.S.-German team monitoring compliance with structural remedies for the Stihl/ZAMA merger in the hand-held power tools industry. Directed meetings with parent company and potential buyers in Japan and Hong Kong and assessed controls in a Chinese manufacturing facility.

### *Intellectual Property & False Advertising*

#### *Expert Reports & Testimony*

##### <u>*William Edward Baker*</u> *v. Alpha Consolidated Holdings, Inc. and Illinois Tool Works, Inc. d/b/a Gumout*
U.S. District Court for the District of Delaware (Case No.: 18-976 (LPS)(CJB))
- Expert Report (December 2020)
- Reply Expert Report (March 2021)
- Deposition (April 2021)
- Supplemental Expert Report (August 2021)
- Supplemental Rebuttal Expert Report (August 2021)
- Second Supplemental Expert Report (August 2021)
- Deposition (August 2021)
- Expert opinions regarding a reasonable royalty and damages for patent infringement in the plastic bottle industry.

##### <u>*Byron McKnight et al.,*</u> *v. Uber Technologies, Inc. and Rasier, LLC*
U.S. District Court for the Northern District of California (Case No.: 4:14-cv-05615-JST)
- Expert Report (March 2020)
- Rebuttal Expert Report (April 2020)
- Expert opinions regarding the value of injunctive relief and coupon value for a settlement in a class action false advertising matter.

##### <u>*Jacqueline Maldonado*</u> *v. Caleres, Inc. et al.*
U.S. District Court for the Central District of California (No. 2:17-cv-08596-SVW-PJW)
- Expert Report (May 2018)
- Expert opinions regarding a reasonable royalty for and defendants' profits from copyright infringement in the footwear industry.

##### <u>*Benedict Ezeokoli et al.*</u> *v. Uber Technologies Inc.*
Superior Court of California, County of Alameda (No. RG-14747166)
- Declaration (October 2017)
- Reply Declaration (August 2018)
- Expert opinions regarding reliable methodologies to estimate defendant's revenues and

plaintiffs' aggregate actual damages from alleged false representations.

### _David Escamilla v. M2 TECHNOLOGY, INC._

U.S. District Court for the Eastern District of Texas, Sherman Division (No. 4:12-CV-634 RAS DDB)

- Expert Report (December 2013)
- Expert opinions regarding reasonable royalty, damages, and pre-judgment interest due to trademark infringement in the enterprise solutions and information technology industry.

### _Other IP Engagements_

- Estimated reasonable royalties in multiple cases for a world-wide provider of communications technology. Assessed wide range of patents (some standard-essential) involving cellular communication, data transmission security, and hardware in mobile handsets, wearables, computers, tablets, and user applications.

- Retained as a consulting expert for a class of consumers in a false advertising matter to estimate defendants' operating profits earned from the sale of a pharmaceutical to potential class members.

- Retained as a consulting expert for a seller of auto parts in a trademark and false designation of origin matter to review plaintiff expert's assessment of actual damages and defendant's profits.

- Estimated reasonable royalties and damages for a U.S. software development and licensing company. Assessments in multiple case involved patents for stateless packet-based processing technology in application delivery and security networking products.

- Estimated reasonable royalties and damages for a U.S. software development company. Assessments involved patents for instant search processing technology.

- Estimated reasonable royalties and damages for a Canadian pharmaceutical manufacturer in a patent infringement dispute.

- Estimated reasonable royalties and damages for a U.S. manufacturer of consumer global positioning system devices in a patent infringement dispute.

- Estimated reasonable royalties for trade secrets on behalf of a Taiwanese manufacturer of broadband networking and internet routing communication devices to determine the company's shareholder contribution to a multi-national joint venture.

- Assisted a U.S. information technology outsourcer in negotiations to grant license rights to a U.S. Government department by valuing a large portfolio of information technology-related trade secrets.

- Assisted a U.S. software developer in its IP-licensing compliance efforts with antitrust-related rulings and settlement agreements with the European Commission related to FRAND rates set by standard setting organizations.

- Retained as an expert by a U.S. property and casualty insurance carrier to estimate the value of

Leslie Schafer, Ph.D.
Page 8 of 11

medical research samples that were lost due to a freezer malfunction at a major university.

- Analyzed price erosion as a component of lost profits for a U.S. manufacturer of industrial chemicals involved in a patent infringement dispute and antitrust counterclaim.

### Other Commercial Litigation

#### Expert Reports & Testimony

**_H. Cristina Chen-Oster and Shanna Orlich_ v. Goldman, Sachs, & Co. and The Goldman Sachs Group, Inc.**
U.S. District Court for the Southern District of New York (Case 1:10-cv-06950-LBS -JCF)
- Expert opinions regarding duration of tenure in certain business units and frequency of cross-business unit performance reviews for potential class members involved in a gender discrimination lawsuit. (August 2014)

**_Zdzislaw Ptak v Black & Decker Corporation, Black & Decker (U.S.) Inc._, DeWALT Industrial Tool Co., and Home Depot U.S.A., Inc.,**
U.S. District Court for the Northern District of Illinois, Eastern Division (No.:08 CV 6212)
- Expert Report (June 2010)
- Deposition (August 2010)
- Expert opinions regarding consumer willingness-to-pay and cost-benefit analysis of a table saw safety feature.

#### Other Engagements

- Retained as a consulting expert for an asset-based lender to estimate lost profits related to the denial of an insurance claim.

- Analyzed fair market compensation for a real estate developer in an eminent domain matter. Assessed aspects of property value diminution.

- Performed a literature review of the economics of vertical and horizontal market definition to support expert's rebuttal in MTBE litigation.

- Performed statistical and econometric analysis for a food manufacturer in response to allegations of employment discrimination.

### Economics and Business Analytics Consulting

- Estimated the market size and strategic opportunity for a specific business unit of a U.S. technology company.

- Assessed a sub-industry's economic impact on the U.S. economy for a consumer-packaged goods industry association. Analysis included estimate of the direct and indirect economic flows that result from supply chain purchases.

- Estimated the market size and drivers of political risk insurance premiums and market share.

Leslie Schafer, Ph.D.
Page 9 of 11

- Prepared an impact assessment of the free trade agreement between the United States and another country. Assessment included identification of industries and companies with highest potential to be affected by the agreement and therefore potential trading and investment partners.

**INVITED PRESENTATIONS AND PUBLICATIONS**

- "Dignity Health and Anthem Blue Cross of California Terminate Contract." Econ One *Inside Economics*, July 23, 2021.

- "Houston Jury Awards Emergency Room Doctors $19.1 Million in Out-of-Network Reimbursement Dispute." Econ One *Inside Economics*, July 16, 2021.

- "Supreme Court Alters Trademark Landscape: A Discussion of Damages Post-*Romag*." Beverly Hills Bar Association, Webinar May 28, 2020.

- "Supreme Court to Decide Whether Willfulness is Required for Trademark Infringement." Beverly Hills Bar Association, Member Articles, January 28, 2020. https://bhba.org/supreme-court-to-decide-whether-willfulness-is-required-for-trademark-infringement-damages/

- "Intellectual Property in Fashion Law: Hot Topics and Recent Developments." (Moderator) Beverly Hills Bar Association, December 5, 2019.

- "The Price of an Improperly Disclosed Social Media Ad." *Law360*, February 8, 2019 (with Vera Golosker).

- "A Look at the Numbers - Old Biases in New Media: Discussing Disparities and How to Eliminate Bias in IP, Internet and New Media Law." Beverly Hills Bar Association, January 10, 2019.

- "Royalty Accounting Demystified: Profit Participation & Contingent Compensation in Hollywood." (Moderator) Beverly Hills Bar Association, August 9, 2018.

- "An In-Depth Examination of Working with Class Action Experts," Bridgeport 2017 Class Action Litigation Conference - Los Angeles, April 7, 2017. http://bridgeportce.com/bridgeportce/live-programs/2017-class-action-litigation-conference-los-angeles.html

- "Trademark Infringement Damages: Fundamentals and Case Law," ABA Young Lawyers Practical Tips Series Webinar, January 24, 2017.

- "Presenting damages at trial: How to relate your damages case to the jury," Patent Disputes Forum North, Daily Journal Corporation, Menlo Park, CA, April 14, 2016. http://www.callawyer.com/events/patent-disputes-forum-north/

- Economic Expert Witness, National Institute for Trial Advocacy (NITA), Robert H. Hanley Advanced Trial Skills Program, San Francisco, CA, September 18, 2014.

- "Surveys Gaining Attention for Patent Damages," Patent Disputes 2014, Thomson Reuters Legal Executive

Leslie Schafer, Ph.D.
Page 10 of 11

Institute, Costa Mesa, CA, May 6, 2014.

- "Apportionment for Patent Damages," 2012 Patent Disputes Forum, Thomson Reuters West LegalEdCenter, Santa Clara, CA, November 14, s2012.

- "Expert Witness Cross-Exam Workshop," The State Bar of California 85th Annual Meeting (With the Trial Advocacy Group), October 13-14, 2012.

- "Cross Examining Expert Witnesses," LA County Bar Association (With the Trial Advocacy Group), October 8, 2012.

- "Unique Tips for Expert Witness Cross-Examination," Women Lawyers Association of Los Angeles E-Newsletter: October 2012. http://www.wlala.org/displaycommon.cfm?an=1&subarticlenbr=231

- "If You Can't Measure Income, Then Track Consumer Preferences: Did Orbitz Side Step Omitted Variable Bias with Predictive Analytics?" Econ One Twitter feed, June 28, 2012.

- "Cross Examining Expert Witnesses," LA County Bar Association (with the Trial Advocacy Group), November 11, 2011.

- "Changes in the Patent Landscape: Legislative Bills and Judicial Decisions—How They Affect Life Sciences and Other Industries," Health News - Exponent Health Sciences News Release, June 3, 2011 (J. Vanderhart, M. Villarraga, and K. Ong.)

- "Emerging Issues in Health Care Reimbursement," Health News - Exponent Health Sciences News Release, August 20, 2010 (with R. Cantor, J. Schmier, and M. Mittelman).

- "Insights from an M&A monitor." *Executive Counsel – C-level Insights for Business Leaders* 2009; 6(3):62–64 (with E. Gold and S. Andreassen-Henderson).

- "Bringing innovation to supply chain risk." Textron ETC & OEC Joint Council Meeting, November 19, 2008.

- "Crossfire: Difficult-to-measure but important metrics." Presented at Aviation Week Management Forums – Metrics Used by Top Performing Companies, September 16 – 17, 2008.

- Economic Expert Witness, National Institute for Trial Advocacy (NITA), Robert F. Hanley Advanced Advocacy Skills Program, Louisville, CO, June 27 – 28, 2007.

- PwC-Ropes & Gray Financial Expert Witness Training Program, Washington, DC, 2006.

- "International Privatization: Estimating the Returns to U.S. Acquirers of Foreign State-Owned Enterprises," Ph.D. Dissertation, 2005.

**PROFESSIONAL AND ACADEMIC HONORS**

Leslie Schafer, Ph.D.
Page 11 of 11

- PwC Chairman's Award, Washington, DC Metro - Technology Client Team, 2008
- PwC Chairman's Award, Florham Park, NJ - Grocery Manufacturers Association Team, 2007
- The Wharton School, University of Pennsylvania Doctoral Fellowship, 1998 – 2002
- GAO Special Commendation Award - Defense Acquisition Workforce Team, 1996
- The Honor Society of Phi Kappa Phi, 1992
- Excellence in Scholarship Award (For Best Graduating Student), University of Maryland School of Public Policy, 1992
- Gladys Noon Spellman Fellowship, University of Maryland School of Public Policy, 1991 – 1992
- Chessie Railroad Fellowship, University of Maryland School of Public Policy, 1990 – 1991

**MEMBERSHIPS**

- American Bar Association – Antitrust, Health Law, Intellectual Property, and Litigation Sections, *Associate Member*
- American Economic Association
- Beverly Hills Bar Association – IP, Internet & New Media Section, *Executive Board Vice Chair;* Litigation Section; Entertainment Section; Health Law Committee
- Los Angeles Intellectual Property Law Association

**Exhibit 2**

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

<u>Materials Relied Upon</u>

<u>Pleadings and/or Court Documents</u>

*Lindsay Winninger, an individual, and Sports Rehab Consulting LLC, a Colorado limited liability company, v. Doris Kirchner, an individual, and Vail Clinic, INC. D/B/A Vail Valley Medical Center, Vail Clinic, INC. D/B/A Vail Valley Medical Center, a Colorado nonprofit corporation, v. Lindsay Winninger, an individual, and Sports Rehab Consulting, LLC, a Colorado limited liability company, Vail Clinic, INC, D/B/A Vail Valley Medica Center, a Colorado nonprofit corporation v. David J. Cimino, an individual. Case No. 2017CV030102* (District Court, Eagle County, State of Colorado):

> Plaintiff Lindsay Winninger and Sports Rehabs' Third Supplemental Answers and Responses to Vail Health's Fourth and Fifth Set of Discovery Requests (June 17, 2020).
> Plaintiff Sports Rehab' Fourth Supplemental Answers to Interrogatory No. 26 (October 30, 2020).

*Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG* (United States District Court for the District of Colorado):

> Defendant Vail Health's Answer to Plaintiffs' Amended Complaint and Jury Demand. (September 8, 2020).
> Plaintiffs' Amended Complaint and Jury Demand (September 27, 2019).
> Plaintiffs' Responses to First Set of Discovery Requests (March 30, 2021).
> Plaintiffs' Supplemental Answer to Interrogatory No. 3 to First Set of Discovery Requests (March 30, 2021).
> Plaintiffs' Responses to Second Set of Discovery Requests (March 31, 2021).
> Plaintiffs' Supplemental Answer to Interrogatory No. 14 to Second Set of Discovery Requests (April 13, 2021).
> Plaintiffs' Motion for an Expedited Determination of Their Motion to Extend Deadline for Expert Disclosures (November 11, 2021).
> Plaintiffs' Reply Motion for an Expedited Determination of Their Motion to Extend Deadline for Expert Disclosures (November 24, 2021).
> Stipulated Protective Order and HIPPA Qualified Protective Order (October 23, 2020).
> Vail Health's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents (October 9, 2020).
> Vail Health's Objections and Responses to Plaintiffs' First Set of Interrogatories and Second Requests for Production of Documents (April 30, 2021).
> Vail Health's Objections and Responses to Plaintiffs' First Set of Requests for Admission (April 30, 2021).

<u>Expert Reports (including exhibits)</u>

Updated Report of Cobb & Associates, Ltd., May 22, 2020.

<u>Affidavits and Declarations (including exhibits)</u>

*Lindsay Winniger, an individual, and Sports Rehab Consulting LLC, a Colorado limited liability company, v. Doris Kirchner, an individual, and Vail Clinic, INC. D/B/A Vail Valley Medical Center, Vail Clinic, INC. D/B/A Vail Valley Medical Center, a Colorado nonprofit corporation, v. Lindsay Winninger, an individual, and Sports Rehab Consulting, LLC, a Colorado limited liability company, Vail Clinic, INC, D/B/A Vail Valley Medica Center, a Colorado nonprofit corporation v. David J. Cimino, an individual. Case No. 2017CV030102* (District Court, Eagle County, State of Colorado):

> Affidavit of Gene "Topper" Hagerman, September 14, 2020.
> Affidavit of Sean McEnroe, April 13, 2020.
> Declaration of Lindsay Winninger, September 28, 2020.
> Declaration of Victoria Bartel, July 21, 2020.

**Exhibit 2**

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

**Materials Relied Upon**

*Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG* (United States District Court for the District of Colorado)*:*
　　Declaration of Brad Schoenthaler, September 28, 2020.

**Depositions (including exhibits)**

*Lindsay Winniger, an individual, and Sports Rehab Consulting LLC, a Colorado limited liability company, v. Doris Kirchner, an individual, and Vail Clinic, INC. D/B/A Vail Valley Medical Center, Vail Clinic, INC. D/B/A Vail Valley Medical Center, a Colorado nonprofit corporation, v. Lindsay Winninger, an individual, and Sports Rehab Consulting, LLC, a Colorado limited liability company, Vail Clinic, INC, D/B/A Vail Valley Medica Center, a Colorado nonprofit corporation v. David J. Cimino, an individual. Case No. 2017CV030102* (District Court, Eagle County, State of Colorado):
　　30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume I (Videotaped) April 2, 2020.
　　30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume II (Videotaped) April 14, 2020.
　　30(b)(6) Deposition of: Sports Rehab Consulting through Brad Schoenthaler, Volume III (Videotaped) May 20, 2020.
　　Deposition of Lindsay Winninger, June 29, 2020.

*Sports Rehab Consulting, LLC and Lindsay Winninger v. Vail Clinic, Inc. d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG* (United States District Court for the District of Colorado):
　　Deposition of Luke O'Brien, October 9, 2021.
　　Deposition of Nicholas Brown, October 19, 2021.
　　Deposition of Doris Kirchner, November 23, 2021.

**Bates Numbered Documents**

　　SHANNON0000012.
　　SRC-FED0002832-893.
　　STEADMAN-0002692-833.
　　VAIL_00001911.
　　VAIL_00003426-448.
　　VAIL_00003560-568.
　　VAIL_00001992-993.
　　VH_Fed_00000771-866.
　　VH_Fed_00000965-991
　　VH_Fed_00001369-370
　　VH_Fed_00001420.
　　VH_Fed_00001424-446.
　　VH_Fed_00001449-462.
　　VH_Fed_00001512-523.
　　VH_Fed_00001571.
　　VH_Fed_00001961.
　　VH_Fed_00002009.
　　VH_Fed_00002282.
　　VH_Fed_00002604.
　　VH_Fed_00003096.
　　VH_Fed_00003686-698.
　　VH_Fed_00003701.

**Exhibit 2**

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

**Materials Relied Upon**

VH_Fed_00003986.
VH_Fed_00004004.
VH_Fed_00004031.
VH_Fed_00004034.
VH_Fed_00004067.
VH_Fed_00006607.
VSO_Fed001-6.

## Data

Center for Improving Value in Healthcare (CIVHC). "Colorado All-Payer Claims Database:"
    21.131 Extract Cover sheet and QC check list 7.27.2021.xlsx.
    Claim_Level_Value_Add_DRG.txt.
    DDL_x21131_Claim_Level_Value_Add_DRG.sql.
    DDL_x21131_Medical_Claims_Dx.sql.
    DDL_x21131_Medical_Claims_Header.sql.
    DDL_x21131_Medical_Claims_Line.sql.
    DDL_x21131_Medical_Claims_Procedures.sql.
    DDL_x21131_Member.sql.
    DDL_x21131_Member_Composite.sql.
    DDL_x21131_Member_Eligibility.sql.
    DDL_x21131_Member_to_Member_Composite_Crosswalk.sql.
    DDL_x21131_Provider_Composite.sql.
    DDL_x21131_Provider_Composite_Address.sql.
    DDL_x21131_Provider_Composite_to_Provider_Composite_Address_Crosswalk.sql.
    Medical_Claims_Dx.txt.
    Medical_Claims_Header.txt.
    Medical_Claims_Line.txt.
    Medical_Claims_Procedures.txt.
    Member.txt.
    Member_Composite.txt.
    Member_Eligibility.txt.
    Member_to_Member_Composite_Crosswalk.txt.
    Provider_Composite.txt.
    Provider_Composite_Address.txt.
    Provider_Composite_to_Provider_Composite_Address_Crosswalk.txt.
VH_Fed_00006965-966.

## Publicly Available Materials

AAPC. "What is a CPT®?" Available at: https://www.aapc.com/resources/medical-coding/cpt.aspx.
ABA Antitrust Health Care Handbook. American Bar Association Section of Antitrust Law.
ABA Section of Antitrust Law. 2010. *Proving Antitrust Damages: Legal and Economic Issues*. Chicago: ABA Publishing.
Academia of Natural Therapy. "Requirements of Massage Schools in Colorado." Available at: https://www.natural-therapy.com/blog/requirements-of-massage-schools-in-colorado/.
Acupuncture Association of Colorado. Our Training. "Acupuncturist Education, Training & Credentialing." Available at: https://acucol.com/Our-Training.
Advisory Board. (March 30, 2021) "Our take: Moody's shows hospital margins are 'wholly unsustainable'." Available at: https://www.advisory.com/en/daily-briefing/2021/03/30/moodys-

**Exhibit 2**

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

**Materials Relied Upon**

report#:~:text=Specifically%2C%20nonprofit%20hospitals%20had%20a,from%208.4%25%20in%20FY%202019.

American Bar Association. Market Power Handbook. Competition Law and Economic Foundations, 2nd Ed. (2012).

American Hospital Association. (2018) "Trendwatch Chartbook 2018 – Trends Affecting Hospitals and Health Systems." Available at: https://www.aha.org/system/files/2018-05/2018-AHA-Chartbook_0.pdf.

American Medical Association. "CPT® Overview." Available at: https://www.ama-assn.org/about/cpt-editorial-panel/cpt-purpose-mission.

American Physical Therapy Association. "Becoming a PT." Available at: https://www.apta.org/your-career/careers-in-physical-therapy/becoming-a-pt.

American Physical Therapy Association. "Specialist Certification." Available at: https://www.apta.org/your-career/career-advancement/specialist-certification.

Angrist, J. D. and Krueger. A. B. 1991. "Does Compulsory School Attendance Affect Schooling and Earnings?" *The Quarterly Journal of Economics*, Vol. 106, No. 4.

Axis Sports Medicine. Available at: https://axissportsmedicine.com/.

Baker, J., "Market Definition: An Analytical Overview," *Antitrust Law Journal*, v.74, no.1, 2007.

Berenson, R., Ginsburg, P., and Kemper, N., "Unchecked Provider Clout in California Foreshadows Challenges to Health Reform," *Health Affairs*, vol. 29, no. 4 (2010).

Berger, A. N., and Hannan T. H. "The Efficiency Cost of Market Power in the Banking Industry: A Test of the 'Quiet Life' and Related Hypotheses." *Review of Economics and Statistics*. 80, no. 3 (1998). doi:10.1162/003465398557555.

Best Places. "Cost of Living in Edwards, Colorado" Available at: https://www.bestplaces.net/cost_of_living/city/colorado/edwards.

Best Places. "Cost of Living in Vail, Colorado." Available at: https://www.bestplaces.net/cost_of_living/city/colorado/vail.

Borenstein, S. 1990. "Airline Mergers, Airport Dominance, and Market Power." *American Economic Review*, Vol. 80, No. 2.

Boulder Center for Orthopedics & Spine. "Orthopedic Specialists." Available at: https://www.bouldercentre.com/patient-resources/faq/orthopedic-specialists.

*Brown Shoe v. United States*, 370 U.S. 294, 325 (1962).

Card, D. and Krueger A. B. 1994. "Minimum Wages and Employment: A Case Study of the Fast-Food Industry in New Jersey and Pennsylvania." *American Economic Review*, Vol. 84, No. 4.

Carlton, D. and J. Perloff, Modern Industrial Organization, 3rd edition (2000), New York

Case Text. "Sports Rehab Consulting LLC v. Vail Clinic, Inc." Available at: https://casetext.com/case/sports-rehab-consulting-llc-v-vail-clinic-inc.

Castin. M. (January 30, 2019) "What is Concierge Physical Therapy & Why is it Trending?" *WebPT.* Available at: https://www.webpt.com/blog/what-is-concierge-pt-and-why-is-it-getting-so-popular/.

Center for Improving Value in Health Care (CIVHC). "Who We Are." Available at: https://www.civhc.org/about-civhc/who-we-are/.

CISION-PRWeb. (May 16, 2011) "Same Quality Care. Same Great People.". Available at: https://www.prweb.com/releases/2011/5/prweb8376517.htm.

Classifields. "Find your next purchase/gig/home and more!" Available at: https://classifields.cmnm.org/marketplace/cmnm/category/Rentals.

*Coastal Fuels of Puerto Rico, Inc. v. Caribbean Petroleum*, 79 F.3d 182.

Colorado Chiropractic Association. "Chiropractic Education." Available at: https://coloradochiropractic.org/chiropractic-education/.

## Exhibit 2

## Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

## Materials Relied Upon

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. "Colorado Medical Board: Physician Licensing Requirements." Available at: https://dpo.colorado.gov/PhysicianLicensingRequirements.

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. Colorado Office of Acupuncture Licensure. "Welcome to the Acupuncture Homepage." Available at: https://dpo.colorado.gov/Acupuncture.

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. Colorado Board of Chiropractic Examiners. "Welcome to the Chiropractic Homepage." Available at: https://dpo.colorado.gov/Chiropractic.

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. Colorado Office of Massage Therapy Licensure. Welcome to Massage Therapy Homepage" Available at: https://dpo.colorado.gov/MassageTherapy.

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. Colorado Medical Board. "Welcome to the Medical Homepage." Available at: https://dpo.colorado.gov/Medical.

Colorado Department of Regulatory Agencies. Division of Professions and Occupations. "Welcome to the Physical Therapy Homepage." Available at: https://dpo.colorado.gov/PhysicalTherapy

Colorado Department of Health Care Policy & Financing. (August 2021). "Hospital Cost, Price & Profit Review.

Colorado Department of Transportation. (August 1, 2021) "I-70 through Glenwood Canyon will continue to be closed due to extreme damage from the latest mudslides." Available at: https://www.codot.gov/news/2021/august-2021/i70-glenwood-canyon-remains-closed-mudslides.

Colorado Department of Transportation. "Travel Center – I-70 Glenwood Canyon." Available at: https://www.codot.gov/travel/glenwoodcanyon.

Colorado Department of Transportation. "Travel Center - I-70 West Traffic Management." Available at: https://www.codot.gov/travel/winter-driving/I-70WestTrafficMgmt.html.

Colorado General Assembly. "Comparative Table." Available at: https://leg.colorado.gov/sites/default/files/images/olls/title-12-2019-table.pdf.

Colorado Hospital Association. "Find a Hospital." Available at: https://cha.com/colorado-hospitals/find-a-hospital/.

Colorado Physical Therapy Network Website. "Direct Access Basics." Available at: https://coloradophysicaltherapynetwork.com/direct-access-basics/.

Colorado Revised Statutes 2021. C.R.S. § 12-200.

Colorado Revised Statutes 2021. C.R.S. § 12-205.

Colorado Revised Statutes 2021. C.R.S. § 12-215.

Colorado Revised Statutes 2021. C.R.S. § 12-235.

Colorado Revised Statutes 2021. C.R.S. § 12-240.

Colorado Revised Statutes 2021. C.R.S. § 12-285.

Crash Forensics.com. "Vail Pass." Available at: https://www.crashforensics.com/vailpass.cfm.

D'Argonne. S. (October 14, 2021) "Update: I-70 eastbound reopens between Frisco and Loveland Pass following fatal crash." *Summit Daily*. Available at: https://www.summitdaily.com/news/crime/crash-closes-i-70-eastbound-between-frisco-and-loveland-pass/.

Dangerousroads. "Vail Pass, a difficult road in Colorado." Available at: https://www.dangerousroads.org/north-america/usa/4424-vail-pass.html.

Department of Health and Human Services. (May 1, 2006) "Physical Therapy Billed by Physicians." Available at: https://oig.hhs.gov/oei/reports/oei-09-02-00200.pdf.

Department of Regulatory Agencies. "Acupuncture Licensure." Available at: https://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=6748&fileName=4%20CCR%20738-1.

## Exhibit 2

## Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

### Materials Relied Upon

Department of Regulatory Agencies. "Athletic Trainer Licensure Rules and Regulations." Available at: https://members.nata.org/gov/state/regulatory-boards/Rules-Regulations/Colorado.pdf.

Department of Regulatory Agencies. "Colorado State Board of Chiropractic Examiners Rules and Regulations." Available at: https://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=5187.

Department of Regulatory Agencies. "Massage Therapy Licensure Rules and Regulations." Available at: https://www.sos.state.co.us/CCR/GenerateRulePdf.do?ruleVersionId=9502&fileName=3%20CCR%20722-1.

Dranove, D., Lindrooth R., White W. D., and Zwanziger J. 2008. "Is the impact of managed care on hospital prices decreasing?" *Journal of Health Economics*, Vol. 27, No. 2.

Eagle County. "Emergency Notifications and FAQ." Available at: https://www.eaglecounty.us/emergencymanagement/emergencynotificationsandFAQ.

Econometrics. Legal, Practical, and Technical Issues, 2nd Ed. (2014).

Edlin, A. and D. Rubinfeld, "Exclusion or Efficient Pricing:  The 'Big Deal' Bundling of Academic Journals," *Antitrust Law Journal*, v.72, no.1, 2004.

EMSI. (Q4 2019) "Eagle County, CO." Available at: https://files.vailvalleypartnership.com/sites/4/2020/01/Economy_Overview_Eagle_County_CO_9523.pdf.

Expert Report of Dr. David Dranove Supporting Motion for Class Certification, Redacted Version for Public File.

Federation of State Boards of Physical Therapy. "Jurisdiction Licensure Reference Guide - Topic: Direct Access Language." Available at: https://www.fsbpt.org/Portals/0/documents/free-resources/JLRG_DirectAccessLawsAndRegs_201408.pdf.

Federal Trade Commission. "Consumers Win When Business Compete." ("Competition in America is about price, selection, and service. It benefits consumers by keeping prices low and the quality and choice of goods and services high.") Available At: https://www.ftc.gov/sites/default/files/attachments/competition-counts/zgen01.pdf.

*Federal Trade Commission v. OSF Healthcare System*, 852 F.Supp.2d 1069, 1075 (N.D. Ill. 2012).

Find-A-Code. "CPT® 97165 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97165.

Find-A-Code. "CPT® 97166 in section: Occupational Therapy Evaluations." Last accessed December 27, 2021. Available at: https://www.findacode.com/code.php?set=CPT&c=97166.

Find-A-Code. "CPT® 97167 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97167.

Find-A-Code. "CPT® 97168 in section: Occupational Therapy Evaluations." Available at: https://www.findacode.com/code.php?set=CPT&c=97168.

Find-a-code. CPT Code Set "Physical Medicine and Rehabilitation Procedures." Available at: https://www.findacode.com/code-set.php?set=CPT&i=37238.

*Found. For Interior Design Educ. Research v. Savannah Coll. of Art & Design*, 244 F.3d 521, 531 (6th Cir. 2001).

FTC. "Competition Counts: How Consumers Win When Businesses Compete." Available at: https://www.ftc.gov/sites/default/files/attachments/competition-counts/zgen01.pdf.

*FTC v. Ind. Fed'n of Dentists*, 476 U.S. 447, 460–61 (1986).

*FTC v. Penn State Hershey Medical Center*, 838 F. 3d 327 (3rd Cir. 2016).

*FTC vs. Evanston Northwestern Healthcare Corp*. Available at: https://www.ftc.gov/sites/default/files/documents/cases/2005/10/051020initialdecision.pdf.

Glenn M. and Keeler, E. 2007. "The effects of multi-hospital systems on hospital prices." *Journal of Health Economics*. Vol. 26, No. 2.

Google Maps. Available at: https://goo.gl/maps/4sdz9J3ZkcKM65xs6.

**Exhibit 2**

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

<u>Materials Relied Upon</u>

Google Maps. Available at:
https://www.google.com/maps/dir/Vail,+Colorado+81657/Vail+Pass,+Colorado+80443/@39.58
85155,-
106.3666769,12z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x876a7005515dcf07:0xc9ccc01f7e9aa3c4!
2m2!1d-106.3780801!2d39.6433243!1m5!1m1!1s0x876a61081b68ad9b:0xf42cee5b882c3c83!2m2!1d-
106.2176294!2d39.5293441!3e0.

Google Maps. Available at:
https://www.google.com/maps/dir/Copper+Mountain,+209+Ten+Mile+Cir,+Frisco,+CO+80443
/Vail+Pass,+Colorado+80443/@39.5156128,-
106.2146844,13z/data=!3m1!4b1!4m14!4m13!1m5!1m1!1s0x876a5ff8a6c85dfb:0xb77361e448db681!
2m2!1d-106.1497036!2d39.5021728!1m5!1m1!1s0x876a61081b68ad9b:0xf42cee5b882c3c83!2m2!1d-
106.2176294!2d39.5293441!3e0.

Google maps. "Dostero, CO." Available at
https://www.google.com/maps/place/Dotsero,+CO+81637/@39.6490692,-
107.0735097,14z/data=!3m1!4b1!4m5!3m4!1s0x8741bd00451b68e5:0x384a3f5f71f21279!8m2!3d39.6
49071!4d-107.056.

Google Maps. "Vail, CO." Available at: https://goo.gl/maps/qMtW8nmrM7F64Y2S7.

Haas-Wilson, D. and Garmen C. 2011. "Hospital Mergers and Competitive Effects: Two Retrospective
Analyses." *Int. J. of the Economics of Business*, Vol. 18, No. 1. Doi: 10.1080/13571516.2011.542952.

Hastings, J. S. 2004. "Vertical Relationships and Competition in Retail Gasoline Markets: Empirical
Evidence from Contract Changes in Southern California." *American Economic Review*, Vol. 94, No. 1.

Healthcare.gov. "Allowed Amount." Available at https://www.healthcare.gov/glossary/allowed-
amount/.

Howard Head Sports Medicine. "Locations." Available at: https://www.howardhead.org/locations.

*In re: Evanston Northwestern Healthcare Corporation Antitrust Litigation*, No. 07-cv-4446, 2009 WL 497345
(N.D. Ill. February 18, 2009).

*In re Schering-Plough Corp.*, 136 F.T.C. 956, 974–75 (2003).

*In the Matter of Evanston Northwestern Healthcare Corporation and ENH Medical Group, Inc.*, No. 9315 (Fed.
Trade Comm'n April 28, 2008).

Jannenga H. (April 22, 2019) "Physical Therapists' Guide to CPT Codes." *WebPT*. Available at:
https://www.webpt.com/guides/cpt-codes/.

Kongstvedt, Peter R. 2009. *Managed Care: What it is and How it Works*, Third Edition. Massachusetts: Jones
& Bartlett Publishers.

Kongstvedt, P. R. 2013. *Essentials of Managed Health Care*, Sixth Edition. Burlington, Massachusetts: Jones
& Bartlett Learning.

Kowarski, Ilana (2018) "How Long Is Medical School and What Is it Like?" U.S. News. (Dec 13, 2018)
Available at: https://www.usnews.com/education/best-graduate-schools/top-medical-
schools/articles/2018-12-13/how-long-is-medical-school-and-what-is-it-like.

Laconte. J. (August 24, 2017) "Vail Valley Medical Center Vail Valley Medical Center unveils new west
wing, changes name." *The Denver Post*. Available at: https://www.denverpost.com/2017/08/24/vail-
valley-medical-center-unveils-new-west-wing/.

LaConte. J. (September 26, 2021). "Motorcyclist killed in crash that closed I-70 on Saturday." *VailDaily*.
Available at: https://www.vaildaily.com/news/motorcyclist-killed-in-crash-that-closed-i-70-on-
saturday/.

Landes, W. and Posner R., "Market Power in Antitrust Cases," *Harvard Law Review*, Vol. 94, No. 5, 1981.

Larner, R. and C. Nelson, "Market Definition in Cases Involving Branded and Generic Pharmaceuticals,"
*ABA Economics Committee Newsletter*, v.7, no. 2, Fall 2007.

*Lenox MacLaren Surgical Corp. v. Medtronic, Inc.*, 762 F 3d. 1114, 1123.

Econ One
1/10/2022

## Exhibit 2

### Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

### Materials Relied Upon

LinkedIn. "Aaron C. Castonguay DPT, OCS, CSCS." Available at: https://www.linkedin.com/in/aaron-c-castonguay-dpt-ocs-cscs-30222a36.

LinkedIn. "Barry Hammaker." Available at: https://www.linkedin.com/in/barry-hammaker-14b1a024

LinkedIn. "Brian Maurer." Available at: https://www.linkedin.com/in/brian-maurer-384028117.

LinkedIn. "Carrie Eckenhoff, PT, DPT, OCS, FAAOMPT." Available at: https://www.linkedin.com/in/carrie-eckenhoff-pt-dpt-ocs-faaompt-133a28186.

LinkedIn. "Dr. Donald Corenman, M.D., D.C." Available at: https://www.linkedin.com/in/drdonaldcorenmanspinesurgeon.

LinkedIn. "Jennifer Martin." Available at: https://www.linkedin.com/in/findjennifermartin.

LinkedIn. "Joel Dekanich, FNP-C, MSN, DC, MS." Available at: https://www.linkedin.com/in/joel-dekanich-fnp-c-msn-dc-ms-4b741143.

LinkedIn. "Julie Peterson." Available at: https://www.linkedin.com/in/julie-peterson-44914a52.

LinkedIn. "Leslie Vidal, MD." Available at: https://www.linkedin.com/in/leslie-vidal-md.

LinkedIn. "Katie Weigand, PT, DPT, SCS." Available at: https://www.linkedin.com/in/katie-weigand-pt-dpt-scs-03b138165.

LinkedIn. "Kristen Douhan." Available at: https://www.linkedin.com/in/kristen-douhan-a2493167.

LinkedIn. "Lindsay Winninger." Available at: https://www.linkedin.com/in/lindsaywinninger/.

LinkedIn. "Marc Philippon." Available at: https://www.linkedin.com/in/marcphilipponhipsurgeon.

LinkedIn. "Mark Pitcher DC, MSc, CCSP." Available at: https://www.linkedin.com/in/markjpitcher.

LinkedIn. "Mary Witt." Available at: https://www.linkedin.com/in/mary-witt-655b6455/.

LinkedIn. "Meredith Mueller." Available at: https://www.linkedin.com/in/meredith-mueller-1075b89a/.

LinkedIn. "Peter J. Millett." Available at: https://www.linkedin.com/in/petermillettorthopedicsurgeon/.

LinkedIn. "Randy Viola." Available at: https://www.linkedin.com/in/randyviolaorthopedicsurgeon/.

LinkedIn. "Sarah Ellefson, PT, DPT, OCS." Available at: https://www.linkedin.com/in/sarah-ellefson-pt-dpt-ocs-8850525a.

LinkedIn. "Sean Juarez." Available at: https://www.linkedin.com/in/sean-juarez-34709614a.

LinkedIn. "Shannon Irish." Available at: https://www.linkedin.com/in/shannon-irish-b9b47822.

LinkedIn. "Scott Wacker, PT, DPT, OCS, CSCS, CGFI-M3, MCT." Available at: https://www.linkedin.com/in/scott-wacker-pt-dpt-ocs-cscs-cgfi-m3-mct-22555239/.

LinkedIn. "Vail Health." Available at: https://www.linkedin.com/company/vailhealth/.

*Little Rock Cardiology Clinic, P.A. v. Baptist Health*, 573 F. Supp. 2d 1125, 1148 (E.D. Ark. 2008).

*Little Rock Cardiology Clinic, P.A. v. Baptist Health*, 591 F.3d 591, 598 (8th Circ. 209) cirt. denied 130 S. Ct. 3506 (2010).

McKee. K. (December 8, 2017) "Direct Access Laws by State." *WebPT*. Available at: https://www.webpt.com/blog/direct-access-laws-state-alabama-hawaii/.

*Messner v. Northshore Univ. HealthSystem*, 669 F.3d 802, 815-16 (7th Cir. 2012).

Miller. S. (March 1, 2019) "Vail Valley commercial property is in pretty short supply." VailDaily. Available at: https://www.vaildaily.com/news/vail-valley-commercial-property-is-in-pretty-short-supply/.

Miller S. (February 27, 2020). "Vail physical therapist David Honda retiring this week." *VailDaily*. Available at: https://www.vaildaily.com/news/vail-physical-therapist-david-honda-retiring-this-week/.

Moffatt. M. (September 17, 2017) "Determining Price Elasticity. How to Use Cross-Price and Own-Price of Demand." *Thought Co.* Available at: https://www.thoughtco.com/using-cross-price-and-own-price-elasticity-1147842.

Mullen. D. (November 11, 2021) "I-70 reopens at Vail Pass summit." *OutThere Colorado*. Available at: https://www.outtherecolorado.com/news/i-70-reopens-at-vail-pass-summit/article_1f6363f0-829f-5e33-9e74-ce62300ef54b.html.

## Exhibit 2

**Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health**

## Materials Relied Upon

National Athletic Trainer's Association. "Athletic Trainers – not "Trainers"." Available at: https://www.nata.org/sites/default/files/ATs_vs_PTs.pdf.

National Athletic Trainer's Association. "Athletic Training Education." Available at: https://www.nata.org/about/athletic-training/education-overview.

National Athletic Trainer's Association. "Become Certified." Available at: https://www.nata.org/about/athletic-training/obtain-certification.

National Certification Commission for Acupuncture and Oriental Medicine. Available at: "Educational Requirements for NCCAOM Certification – Eligibility Overview." Available at: https://www.nccaom.org/certification/nccaom-certification-eligibility/educational-eligibility/.

National Personal Training Association. "Becoming a Personal Trainer in Colorado." Available at: https://www.personaltrainercertification.us/locations/colorado.

National Strength and Conditioning Association. "NSCA Certification Handbook." Available at: https://www.nsca.com/globalassets/certification/certification-pdfs/certification-handbook.pdf.

*NCAA v. Board of Regents of Univ. of Oklahoma*, 468 U.S. 85, 109 n.38 (1984).

OccupationalTherapyLicense.org. "Colorado Physical Therapist/ Physical Therapy Assistant Certification and Licensure." Available at: https://www.occupationaltherapylicense.org/colorado-physical-therapy-certification.html.

Ojha H. A., Snyder R. S., & Davenport T. E. "Direct Access Compared With Referred Physical Therapy Episodes of Care: A Systematic Review." *Journal of the American Physical Therapy Association and de Fysiotherapeit*. 94, no. 1 (January 2014): 14-30, doi: 10.2522/ptj.20130096.

Opinion of the Commission, *In the Matter of Evanston Northwestern Healthcare Corporation*, Federal Trade Commission, Docket No. 9315 (August 6, 2007) at pp. 75 – 78. Available at: https://www.ftc.gov/sites/default/files/documents/cases/2007/08/070806opinion.pdf.

Orland Magic. "Orlando Magic Name Lindsay Winninger High Performance Director." Available at: https://www.nba.com/magic/orlando-magic-name-lindsay-winninger-high-performance-director-20200909.

Physical Therapist Salary. "A Guide to Physical Therapist Salary." Available at: https://physicaltherapistsalary.com/.

Radius Staffing Solutions. (July 10, 2019). "MPT vs DPT: What You Need to Know." Available at: https://radiusstaffingsolutions.com/physical-therapy-mpt-dpt/.

*Re/Max Int'l Inc. v. Realty One, Inc.*, 173 F.3d 995, 1018 (6th Cir. 1999).

Realtor.com. "Condos for Sale in Vail.CO." Available at: https://www.realtor.com/realestateandhomes-search/Vail_CO/type-condo/sby-1/pg-3.

Realtor.com. "Vail, CP Real Estate Market. Available at: https://www.realtor.com/realestateandhomes-search/Vail_CO/overview.

Realtor.com. "Vail, CO Single Family Homes for Sale." Available at: https://www.realtor.com/realestateandhomes-search/Vail_CO/type-single-family-home/sby-1.

*Reazin v. Blue Cross & Blue Shield of Kansas*, Inc. 899 F. 2d 951, 967 (10th Circuit, 1990)

*Rebel Oil Co. v. Atl. Richfield Co.*, 51 F. 2d 1421, 1434 (9th Cir. 1993).

Reply Report of Dr. David Dranove Supporting Motion for Class Certification, Redacted Version for Public File.

*Saint Alphonsus Med. Ctr.-Nampa Inc. v. St. Luke's Health Sys.*, Ltd., 778 F.3d 775, 784 (9th Cir. 2015).

Salary.com. "Osteopathic Physician Salary in Colorado." Available at: https://www.salary.com/research/salary/posting/osteopathic-physician-salary/co.

*Schering-Plough Corp. v. FTC*, 402 F.3d 1056 (11th Cir. 2005).

Schmalansee, R., "Inter-Industry Studies of Structure and Performance," *Handbook of Industrial Organization*, Vol. II, 1989.

Shapiro. J. (December 15, 2021). "Rolling I-70 closures expected throughout Wednesday due to snow, winds." *The Denver Post*. Available at: https://www.denverpost.com/2021/12/15/i-70-closed-

## Exhibit 2

## Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

### Materials Relied Upon

wednesday-snow-wind/?trk_msg=IOP4EQNOA4U43BNF9F0CIG67K8&trk_contact=9CJABTEVGLVQT8B2JOBGDNE6HG&trk_sid=JU9GV0OFKK5L7U23C23A0BCEMG&trk_link=4GSUIE3LSV0K79SS2VK076LVNG&utm_email=544C35E3641314A8D4F18486F8&g2i_eui=gjSdC%2f4oDQ9vgLJjrGnDWuv6yujjUcJa&g2i_source=newsletter&lctg=544C35E3641314A8D4F18486F8&active=no&utm_source=listrak&utm_medium=email&utm_term=https%3a%2f%2fwww.denverpost.com%2f2021%2f12%2f15%2fi-70-closed-wednesday-snow-wind%2f&utm_campaign=denver-mile-high-roundup&utm_content=manual.

Sports Rehab Consulting. "About Us." Available at: https://sportsrehabconsulting.com/about/.

Sports Rehab Consulting. "Brad Schoenthaler." https://sportsrehabconsulting.com/about/brad-schoenthaler/.

Sport Rehab Consulting. "Who We Are." Available at: https://sportsrehabconsulting.com/.

Sports Rehab Consulting. "Kristen Douhan, PT, DPT, ATC, CSCS." Available at: https://sportsrehabconsulting.com/about/kristen-douhan/.

Sports Rehab Consulting. "Lindsay Donath, PT, DPT, ATC." Available at: https://sportsrehabconsulting.com/about/lindsay-donath/.

Sienkiewicz. T. (January 7, 2021) "Newly released data sheds light on rate of traumatic injuries at Colorado ski resorts." *VailDaily.* Available at: https://www.vaildaily.com/entertainment/outdoors/newly-released-data-sheds-light-on-rate-of-traumatic-injuries-at-colorado-ski-resorts/.

Sienkiewicz. T. (October 6, 2021) "1 killed, another seriously injured in I-70 crash Tuesday night." *Summit Daily.* Available at: https://www.summitdaily.com/news/local/i-70-closed-between-loveland-pass-and-silverthorne/.

Stewart. S. L. (January 07, 2013) "America's Most-Visited Ski Resorts." Travel + Leisure. Available at: https://www.travelandleisure.com/hotels-resorts/mountain-ski-resorts/americas-most-visited-ski-resorts#:~:text=1%20Vail%20Mountain%2C%20CO&text=Vail%20is%20not%20only%20the,the%20largest%2C%20sprawling%205%2C289%20acres.

Stock J. H. and Watson M. W. 2007. *Introduction to Econometrics,* Edition 2. Boston: Pearson Education, Inc.

Swift Luxe-The Affluent Marketing Network. "Vail Demographics." Available at: https://www.swiftluxe.com/our-markets/colorado-vail/demographics/.

Taxonomy, "Health Care Provider Taxonomy Code Set." Available at: https://taxonomy.nucc.org/.

The Association of Chiropractic Colleges. "Academic Requirements." Available at: https://www.chirocolleges.org/academic-requirements.

The Gazette. (August 5, 2021) "Best I-70 Glenwood Canyon detour options in Colorado." Available at: https://gazette.com/news/best-i-70-glenwood-canyon-detour-options-in-colorado/article_2c1a8392-f47b-11eb-bf1e-0fa661b722ad.html.

The Princeton Review. "What is the USMLE?" Available at: https://www.princetonreview.com/med-school-advice/usmle.

The Steadman Clinic and Steadman Philippon Research Institute. "The Steadman Clinic." Available at: https://www.thesteadmanclinic.com/.

The Steadman Clinic and Steadman Philippon Research Institute. "The Steadman Clinic - Vail, CO." Available at: https://www.thesteadmanclinic.com/locations.

The White House. March 13, 2020. "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak." Available at https://trumpwhitehouse.archives.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/.

*Toys "R" Us, Inc. v. FTC, 221 F.3d 928,* 937 (7th Cir. 2000).

Town of Vail. "History of Vail." Available at: https://www.vailgov.com/history-of-vail.

## Exhibit 2

### Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

### Materials Relied Upon

Town of Vail. "Welcome to Vail!" Available at: https://www.vailgov.com/visiting/welcome-to-vail.

Tyler R. (July 5, 2021) "How To Become A Personal Trainer in Colorado in 2022." *PTP*. Available at: https://www.ptpioneer.com/become-a-personal-trainer-in-colorado/#personal-trainer-certifications-in-colorado.

University of Colorado – Department of Family Medicine. "Our Training Tracks." Available at: https://medschool.cuanschutz.edu/family-medicine/education-and-training/residencies/university-of-colorado-family-medicine-residency/tracks.

University of Colorado – Department of Orthopedics. "Prospective Residents." Available at: https://medschool.cuanschutz.edu/orthopedics/education/residency/prospective-residents.

University of Colorado – Department of Orthopedics. "Residency." Available at: https://medschool.cuanschutz.edu/orthopedics/education/residency.

University of Colorado Physical Therapy. "About CU's DPT Program." Available at: https://medschool.cuanschutz.edu/physical-therapy-program/education-programs/doctor-of-physical-therapy/about-our-program.

U.S. Bureau of Labor Statistics. (May 2020) "May 2020 State Occupational Employment and Wage Estimates." Available at: https://www.bls.gov/oes/current/oes_co.htm#29-0000.

U.S. Bureau of Labor Statistics. "Occupational Outlook Handbook - Physical Therapists – What Physical Therapist Do." Available at: https://www.bls.gov/ooh/healthcare/physical-therapists.htm#tab-2.

U.S. Bureau of Labor Statistics. "Occupational Outlook Handbook - Summary." Available at: https://www.bls.gov/ooh/healthcare/physical-therapists.htm.

U.S. Bureau of Labor Statistics. "Occupational Outlook Handbook – Work Environment." Available at: : https://www.bls.gov/ooh/healthcare/physical-therapists.htm#tab-3.

U.S. Center for Disease Control and Prevention. "CDC Museum COVID-19 Timeline." Available at: https://www.cdc.gov/museum/timeline/covid19.htm.

U.S. Centers for Disease Control and Prevention. "Community Health Assessments & Health Improvement Plans." Available at: https://www.cdc.gov/publichealthgateway/cha/plan.html.

U.S. Center for Disease Control and Prevention. "UB-40-P." Available at: https://www.cdc.gov/wtc/pdfs/policies/ub-40-P.pdf.

U.S. Centers for Medicare and Medicaid Services. "Health Insurance Claim Form." Available at: https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/Downloads/CMS1500.pdf.

U.S. Centers for Medicare & Medicaid Services. "Place of Service Code Set." Available at: https://www.cms.gov/Medicare/Coding/place-of-service-codes/Place_of_Service_Code_Set.

U.S. Centers for Medicare and Medicaid Services. "National Provider Identifier Standard (NPI)." Available at: https://www.cms.gov/Regulations-and-Guidance/Administrative-Simplification/NationalProvIdentStand.

U.S. Department of Justice. "Herfindahl–Hirschman Index." Available at: https://www.justice.gov/atr/herfindahl-hirschman-index.

U.S. Department of Justice and Federal Trade Commission, Horizontal Merger Guidelines, (2010). Available at https://www.justice.gov/atr/horizontal-merger-guidelines-08192010.

U.S. Olympic and Paralympic Training Center. (November 25, 2016) "The Difference Between Physical Therapy and Occupational Therapy." Available at: https://ccoe.us/news/the-difference-between-physical-therapy-and-occupational-therapy/.

*U.S. v. Bazaarvoice, Inc., 13-cv-00133-WHO,* ¶128 (N.D. Cal. Jan. 8, 2014.

*U.S. v. Grinnell Corp.,* 384 U.S. 563, 571 (1966).

*United States v. Phidelphia Nat'l. Bank*, 374 U.S. 321, 359 (1963).

US Ends.com. "End of US highway 70." Available at: https://www.usends.com/70.html.

VailDaily. (July 28, 2012) "Vail hospital to take over Howard Head." Available at: https://www.vaildaily.com/news/vail-hospital-to-take-over-howard-head/.

## Exhibit 2

### Sports Rehab Consulting LLC and Lindsay Winninger vs. Vail Clinic d/b/a Vail Health

### Materials Relied Upon

VailDaily. (November 7, 2012). "Physical therapists start new group." Available at: https://www.vaildaily.com/news/physical-therapists-start-new-group/.

VailDaily. (April 22, 2021) "I-70 at Vail Pass reopens." Available at: https://www.vaildaily.com/news/i-70-at-vail-pass-closed-in-both-directions-due-to-accidents/.

Vail Health. (October 8, 2020) "Construction begins on a state-of-the-art medical facility in Basalt." Available at: https://www.vailhealth.org/news/construction-begins-on-a-state-of-the-art-medical-facility-in-basalt.

Vail Health. (July 15, 2019). "Vail Health and Colorado Mountain Medical Announce New Partnership." Available at: https://www.vailhealth.org/news/vail-health-and-colorado-mountain-medical-announce-new-partnership.

Vail Health. (February 06, 2020). "Vail Health CEO gives a progress report on his first year on the job." Available at: https://www.vailhealth.org/news/vail-health-ceo-gives-a-progress-report-on-his-first-year-on-the-job.

Vail Health (July 2, 2021). "Urgent Care Changes in Avon: Vail Health takes over urgent care in Bucks Creek Medical Plaza." Available at: https://www.vailhealth.org/news/urgent-care-changes-in-avon-vail-health-takes-over-urgent-care-in-buck-creek-medical-plaza.

Vail Health. "About." Available at: https://www.vailhealth.org/about.

Vail Health. "Beaver Creek." Available at: https://www.vailhealth.org/locations/beaver-creek.

Vail Health. "History." Available at: https://www.vailhealth.org/about/history.

Vail Health. "Locations." Available at: https://www.vailhealth.org/locations.

Vail Health. "NOW OPEN: Dillon Health Center." Available at: https://www.vailhealth.org/locations/dillon.

Vail Health, "Orthopaedics." Available at: https://www.vailhealth.org/services/orthopaedics.

Vail Health. "The Steadman Clinic." Available at: https://www.vailhealth.org/services/orthopaedics/the-steadman-clinic.

Vail Health. "Travel to Vail." Available at: https://www.vailhealth.org/services/surgery/travel-to-vail.

Vail Health. "Vail-Summit Orthopaedics and Neurosurgery." Available at: https://www.vailhealth.org/services/orthopaedics/vail-summit-orthopaedics.

Vail Health Hospital. "Howard Head Sports Medicine." Available at https://www.howardhead.org/.

Vail Resorts. "Fact Sheet." Available at: https://news.beavercreek.vailresorts.com/mountain/vail/fact-sheet/.

Vail-Summit Orthopaedics & Neurosurgery. "About VSON." Available at https://www.vsortho.com/.

Vail-Summit Orthopaedics & Neurosurgery. "Vail Summit Orthopaedics Vail." Available at https://www.vsortho.com/vail.

Vail Valley Economic Development. "Business Search & Details." Available at: https://vailvalleymeansbusiness.com/data-center/top-employers/.

Vail Valley Partnership. Available at: https://www.vailvalleypartnership.com/.

Valley View. Available at: https://www.vvh.org/.

Waldfogel, J. and Milyo J. 1999. "The Effect of Price Advertising on Prices: Evidence in the Wake of 44 Liquormart." *American Economic Review*, Vol. 89, No. 5.

*Westman Com'n Co. v. Hobart Intern., Inc.,* 796 F.2d 1216 (10th Cir. 1986).

*Worldwide basketball & Sport Tours, Inc. v. Nat'l Collegiate Athletic Ass'n, 388 F.3d 955*, 961 (6th Cir. 2004).

Wooldridge, J. M. 2012. Introductory Econometrics, A Modern Approach, Fifth Edition. South-Western Cengage Learning.

**Also includes documents, studies, and articles cited in the Report.**