**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**COVERSHEET FOR EXHIBITS 3 AND 5 TO VAIL HEALTH'S PARTIAL APPEAL
OF SPECIAL MASTER'S JULY 6, 2022 REPORT TO THE COURT (ECF NO. 365)**

1