# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

**SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual**,

      **Plaintiffs**,

v.

**VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation**,

      **Defendant**.

---

**DECLARATION OF MONICA NOETHER, PH.D. PURSUANT TO 28 U.S.C. § 1746**

---

I, Monica Noether, Ph.D., do hereby declare as follows:

1. I am a vice president of Charles River Associates, an economic consulting firm.

2. I was asked by counsel for Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") to evaluate, from the perspective of a health economist, the allegations that Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger raise in their Amended Complaint. Specifically, I was asked to assess the analysis and conclusions provided by Plaintiffs' economist, Dr. Leslie Schafer.

3. My opinions are described in the Expert Report of Monica Noether, Ph.D., dated February 28, 2022 ("Report").

4. Applying my experience as a health economist, I reached the opinions in my Report based on (a) documents produced in the above-captioned litigation or related state case ("Litigation"); (b) publicly available information (links to which are provided in my Report); and (c) data on which Plaintiffs' economist relied.

5. My Report contains 224 footnotes that identify with specificity the documents and data on which I relied in reaching my opinions.  Also, Appendix B to my Report includes a list of materials relied upon.

6. Neither Vail Health nor its counsel provided me with Vail Health data or documents that were not produced in the Litigation, and I did not review, consider, or rely upon any such data or documents in forming my opinions or preparing my Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2022.

_____
Monica Noether, Ph.D.