# EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**DECLARATION OF NICHOLAS BROWN PURSUANT TO 28 U.S.C. § 1746**

I, Nicholas Brown, do hereby declare as follows:

1. I am Chief Strategy Officer of Vail Clinic, Inc., d/b/a Vail Health ("Vail Health"). From 2019 to 2021, I was Senior Vice President of Howard Head Sports Medicine and Vail Health Business Development. From 2017 to 2019, I was the Senior Vice President of Howard Head Sports Medicine and Vail Health Total Joint Care. From 2012 to 2017, I was the Vice President of Howard Head Sports Medicine Operations.

2. I submit this declaration in response to the July 6, 2022 Report to the Court, Discovery Orders, and Recommendations to the Court Regarding Plaintiffs' Motion to Compel #1 (Doc. 362) ("Report").

3. In response to paragraph 31 of the Report, I state as follows. On behalf of Vail Health, I explored a joint venture opportunity with Vail-Summit Orthopaedics ("VSO") concerning physical therapy services. However, as I testified to during my October 19, 2021 deposition in this litigation (*e.g.*, Brown Dep. Tr. 141:17-142:4, 155:11-23, 168:12-21), the outcome of those discussions was that Vail Health never entered into a joint venture with VSO concerning the provision of physical therapy services in the alleged Vail Valley market.

4. In response to paragraph 31 and page 15 of the Report, I state as follows. Since 2012, Vail Health has not acquired, consolidated with, or sought to acquire or consolidate with, any competitor of Howard Head in the alleged Vail Valley market. Vail Health never acquired, consolidated with, or sought to acquire or consolidate with, Axis Sports Medicine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2022.

_____
Nicholas Brown