# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**VAIL HEALTH'S MOTION TO RESET SUMMARY JUDGMENT DEADLINE, FOR EXPEDITED BRIEFING, AND FOR A STATUS CONFERENCE**

---

Defendant Vail Clinic, Inc. ("Vail Health") respectfully requests that the Court vacate and reset the dispositive motion deadline and set a status conference to establish a comprehensive set of deadlines.  The existing schedule would require the parties to file dispositive motions on August 15, 2022, despite pending motions to compel and outstanding expert depositions.  It would serve the interests of neither the parties nor the Court to proceed with summary judgment before the Special Master issues his recommendations on the outstanding motions to compel and the completion of resulting discovery, if any. Vail Health also believes that establishing a clear and comprehensive set of deadlines will further facilitate a prompt resolution of all remaining issues. Accordingly, Vail Health respectfully requests that the Court reset the deadline for dispositive motions from August 15, 2022, to October 14, 2022 and further set a status conference to occur promptly upon resolution of the remaining issues by the Special Master, which the Court has directed to occur no later than August 17, 2022.

**Statement of Conferral:** Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs and Vail Health have conferred regarding the relief sought in this Motion. Plaintiffs oppose vacating and resetting the dispositive motion deadline.

## MOTION

1. Vail Health respectfully submits that the current procedural posture of this case, namely unresolved discovery disputes and outstanding expert deposition discovery, makes the current August 15, 2022 dispositive motion deadline unworkable.

2. In many respects, this case is at an advanced stage. Fact discovery in this case terminated on December 20, 2021. (Doc. 242 at 7.) Plaintiffs served their expert reports on January 10, 2022, and Vail Health served its rebuttal expert reports on February 28, 2022.

3. As the Court is aware, between August and October 2021, Plaintiffs filed five motions to compel, which were referred to the Special Master. While the Special Master has decided several discrete discovery issues, many of the issues raised in Plaintiffs' motions to compel have not yet been resolved. Because of these outstanding disputes, the dispositive motion deadline in this matter has previously been extended several times for good cause. (Doc. 361; Doc. 324; Doc. 242.)

4. On July 6, 2022, the Special Master issued an order regarding Plaintiffs' Motion to Compel No. 1. Vail Health complied with the Special Master's order by producing certain declarations and amended discovery responses on July 20, 2022, but Vail Health filed a partial appeal of the Special Master's order insofar as it expands the scope of discovery beyond Plaintiffs' alleged geographic market. (Doc. 365.)

5. On July 18, 2022, Magistrate Judge Gallagher ordered that "the Special Master SHALL submit recommendations as to all pending matters within thirty (30) days of

2

this Order"—*i.e.*, by August 17, 2022.  (Doc. 363 at 4 ("July 18 Order").)  That deadline is two days after the current dispositive motion deadline.

6. Following issuance of the July 18 Order, the parties conferred regarding which outstanding discovery disputes Plaintiffs intend to pursue.  Through that process, Plaintiffs identified more than 15 discovery issues that remain for adjudication by the Special Master.

7. Once the Special Master adjudicates or otherwise resolves all outstanding discovery issues by August 17, 2022, there will be several additional steps that the parties and Court may need to take:

- Vail Health will need to produce additional discovery, if any is ordered by the Special Master;
- the Court will need to adjudicate appeals, if any, of the Special Master's orders;
- Plaintiffs may seek to submit a supplemental expert report, which the Special Master has indicated he may permit; and
- Expert depositions will need to be scheduled and conducted.

8. In light of the procedural posture described above, Vail Health respectfully requests that the Court reset the dispositive motion deadline to October 14, 2022.

9. Vail Health also respectfully requests that the Court schedule a status conference for a date shortly after the Special Master issues his final order (*e.g.*, during the week of August 22, 2022).  Vail Health proposes that the parties promptly confer following the issuance of the Special Master's final order and propose to the Court, in advance of the status conference, concrete and comprehensive deadlines for any remaining fact or expert discovery.

10. While Vail Health proposes resetting the dispositive motion deadline to October 14, 2022 and setting a status conference as the most efficient means to bring this case to an orderly conclusion, Vail Health welcomes the Court's guidance.

In light of the above good cause, Vail Health respectfully requests that the dispositive motion deadline be reset to October 14, 2022. Vail Health also requests that the Court hold a status conference at which the Court and parties can discuss how to promptly bring this case to resolution. Finally, Vail Health requests that the Court order Plaintiffs to respond to this motion within seven days to ensure its resolution in advance of the current deadline.

Dated: July 29, 2022

*s/ Shannon Wells Stevenson*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303.892.9400
E-mail: shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

Attorneys for Defendant Vail Health