IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO VAIL HEALTH'S PARTIAL APPEAL OF SPECIAL MASTER'S JULY 6, 2022 REPORT TO THE COURT**

---

Plaintiffs Sports Rehab Consulting and Lindsay Winninger file this unopposed motion requesting leave to file a response to Vail Health's partial appeal of the Special Master's Report to the Court [ECF No. 362] filed July 27, 2022 [ECF No. 365].

**STATEMENT OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiffs conferred with Vail Health by email on August 1, 2022, concerning Plaintiffs' motion for leave to file a response to Vail Health's partial appeal. Vail Health stated that its agreement would be conditional on Vail Health being permitted to file a reply 7 days after the response is filed. Plaintiffs' informed counsel for Vail Health that there was no reply when Plaintiffs filed their motion for leave to respond to the Vail Health's Appeal/Objection to the Special Master's January 12, 2022 Report, and the Court did not indicate one way or the other whether such a reply could be filed. Plaintiffs do not believe that a reply is warranted and setting a precedent for a reply will compound the delays in resolving these discovery disputes.

1

**MOTION FOR LEAVE TO FILE A RESPONSE**

1. On July 20, 2021, the Court appointed Special Master Ruckriegle to decide certain discovery disputes. [ECF No. 123]. The Appointment Order addresses the procedures to be followed when objecting to any ruling by the Special Master, but it does not explicitly address whether parties are permitted to respond to any objection.

2. On July 6, 2022, the Special Master issued a Report and Recommendation to the Court in which certain discovery was ordered to be produced in response to Plaintiffs' Motion To Compel #1. [ECF No. 362].

3. On July 27, 2022, Vail Health filed a partial appeal of the Special Master's Report. [ECF No. 365]. No hearing on the objection has been set.

4. Plaintiffs seek to file a response to Vail Health's appeal, but the Federal Rules, Local Rules, the Practice Standards of Judge Martínez and Magistrate Judge Gallagher, Appointment Order, or Special Master Report do not specify the response of filing procedures for such a response or its timing.

5. When previously faced with a similar request related to Vail Health's prior objection to the Special Master's January 2022 Report, this Court granted Plaintiffs' request to file a response. [ECF No. 285]. The Court, Magistrate Judge Neureiter presiding, also reached the same conclusion in *Curtis Park Group, LLC v. Allied World Specialty Insurance Company,* Civil Action No. 20-cv-00552-CMA-NRN, 2021 U.S. Dist. LEXIS 185179, 2021 WL 4438037 (D. Colo. Sept. 28, 2021), when the Court similarly granted a response deadline of 21 days.

6. Consistent with this Court's prior Order and *Curtis Park,* Plaintiffs seek permission to file a response to Vail Health's partial appeal of the Special Master's Report. Plaintiffs also request that it be given 21 days from the date of Vail Health's filing of its partial

2

appeal to do so. Plaintiffs' 21-day request follows the general response deadline under D.C.COLO.LCivR 7.1.

7.  No party will be prejudiced by Plaintiffs' 21-day request to file a response, particularly when Vail Health's objection relates to Plaintiffs' motions to compel filed in August 2021.

8.  Plaintiffs therefore request that they be permitted to respond to Vail Health's partial appeal so that the Court is fully apprised of both side's factual contentions and legal arguments before it decides Vail Health's objection.

**CONCLUSION**

Plaintiffs respectfully request that their motion for leave to file a response to Vail Health's partial appeal of the Special Master's Report be granted and that they be permitted to file a response on or before August 17, 2022.

Dated: August 1, 2022

    *s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek
BoulevardSuite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail: fwlawyers@gmail.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I served a true and correct copy of Plaintiffs' Motion for Leave to Respond to Vail Health's Partial Appeal of Special Master's July 6, 2022 Report to the Court, through the ECF system on the following:

Shannon Stevenson
Jackie Roeder
Daniel Richards
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO  80202

Counsel for Defendant Vail Health

*s/Alan L. Kildow*