# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Case. No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING, LLC, a Colorado Limited Liability Company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado Nonprofit Corporation, d/b/a Vail Health,

    Defendant.

---

## REQUEST FOR EXTENSION OF TIME FOR SPECIAL MASTER RECOMMENDATION TO COURT

---

    Comes now the Special Master and requests an extension of time to submit the recommendations to the Court, and states as follows:

    1.    The Special Master submitted his REPORT TO THE COURT, DISCOVERY ORDERS, AND RECOMMENDATIONS TO THE COURT REGARDING PLAINTIFFS' MOTION COMPEL #1 on July 6, 2022,. At that time, the SM requested an additional thirty (30) days to submit the final Recommendations to the Court.

    2.    Magistrate Judge Gallagher entered the ORDER DENYING, WITHOUT PREJUDICE, D. 157 and D. 195, REFERRING THOSE MATTERS BACK TO THE SPECIAL MASTER AS INFORMAL DISCOVERY DISPUTES, AND ORDER AS TO SPECIFIC

**1**

ITEMS WHICH MUST BE PROVIDED TO THE SPECIAL MASTER NO LATER THAN JULY 22, 2022 on July 18, 2022.

3. On July 22, 2022, Vail Health submitted its Notice of Compliance With Orders Regarding Westlaw Citations and Privilege Log. However, neither party submitted the any other specific items ordered above on July 22, 2022 that had been requested by the Special Master.

4. On July 27, 2022, the Special Master sent an eamil to counsel for the parties advising them that None of the "currently remaining issues in conflict" per Orders of Judge Gallagher had been complied with. The SM directed them to confer and set July 29, 2022 as the deadline to submit.

5. On July 28, 2022 Plaintiffs they submitted a draft of issues they proposed to Defendant as issues in dispute with respect to Motions to Compel ##2-5, as part of our meet & confer session tomorrow morning.

6. On July 27, 2022 Defendant filed its Partial Appeal/Objection of Special Master's July 6, 2022 Report to the Court, thus triggering a de novo review of the Special Master's Report.

7. The Special Master submitted a set of questions for clarification to counsel on August 2, 2022, which both parties responded and submitted attachments that same day.

**2**

8. On July 29, 2022 the parties had a conferral and later submitted a transcript of the parties' conferral.

9. On august 8, 2022, Defendant submitted "Attached is a chart that identifies where, by page reference, in Vail Health's motion to compel briefing and proposed findings of fact and conclusions of law Vail Health addressed each of the remaining discovery issues. The chart includes a column into which Plaintiffs may add references to their briefing, if they wish to do so." That chart was very lengthy, and today, on August 12, 2022 Plaintiffs submitted its citations on said chart referenced above, along with several other documents.

10. The Special Master appreciates the materials Plaintiffs and Defendant haver now submitted. However, It has now been been 21 days since the deadline set by Magistrate Judge Gallagher. The Special Master respectfully requests an Extension of Deadline to submit the final Recommendations to the Court.

Dated at Grand Junction, Colorado this August 12, 2022.

s/
_____
W. Terry Ruckriegle
Special Master