**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## DEFENDANT VAIL HEALTH'S UNOPPOSED MOTION TO PLACE EXHIBITS UNDER FILING RESTRICTIONS

Pursuant to Fed. R. Civ. P. 5.2 and D.C.COLO.LCivR 7.2, Defendant Vail Clinic Inc., d/b/a Vail Health ("Vail Health") moves to maintain Level 1 filing restrictions on the following exhibits to Vail Health's Partial Appeal of Special Master's July 6, 2022 Report to the Court ("Vail Health's Partial Appeal"): Exhibit 1 (Doc. 365-1), Exhibit 2 (Doc. 365-2), and Exhibit 6 (Doc. 365-4). In support of this motion, Vail Health states as follows:

Pursuant to D.C.COLO.LCivR 7.1(a), Vail Health's counsel conferred with Plaintiffs' counsel regarding this motion. Plaintiffs do not oppose, at this time, maintaining Level 1 filing restrictions on Exhibit 1 (Doc. 365-1), Exhibit 2 (Doc. 365-2), and Exhibit 6 (Doc. 365-4) to Vail Health's Partial Appeal. After conferral with Plaintiffs, Vail Health does not seek to maintain filing restrictions on Vail Health's Partial Appeal (Doc. 365) or Docs. 365-3, 366-1, or 366-2.

1.    Exhibit 1, Doc. 365-1, is the January 10, 2022, expert report of Leslie E. Schafer, Ph.D. The Court's April 12, 2022, Order (Doc. 329) granted Vail Health's Motion to Restrict (Doc. 327) and to maintain this document under Level 1 filing restrictions.

2. Exhibit 2, Doc. 365-2, is the February 28, 2022, expert report of Monica Noether, Ph.D. The Court's April 12, 2022, Order (Doc. 329) granted Vail Health's Motion to Restrict (Doc. 327) and to maintain this document under Level 1 filing restrictions.

3. Exhibit 6, Doc. 365-4, is Vail Health's Amended Response to Interrogatory No. 9 dated July 20, 2022, which attaches a copy of the February 28, 2022, expert report of Monica Noether, Ph.D (Doc. 365-2). Vail Health designated Exhibit 6 as Confidential.

4. On October 23, 2020, the Court entered the Parties' Stipulated Protective Order ("Protective Order") (Doc. 76). Under the Protective Order, the parties are permitted to designate documents as "CONFIDENTIAL," "ATTORNEYS' EYES ONLY," or "ATTORNEYS' EYES ONLY PROTECTED HEALTH INFORMATION."

5. Under the Protective Order, documents designated as "CONFIDENTIAL" may be disclosed only to: (1) the court and its staff; (2) attorneys, their law firms, and outside vendors; (3) a party; (4) a person shown on the face of the confidential document to have authored or received it; or (5) any outside independent persons who sign the written assurance in substantially the form attached as Exhibit A to the Protective Order.

6. Documents designated as "ATTORNEYS' EYES ONLY" or "ATTORNEYS' EYES ONLY, PROTECTED HEALTH INFORMATION" may be disclosed only to: (1) the court and its staff; (2) attorneys, their law firms, and outside vendors; (3) for those documents produced in the Eagle County action, a party representative as necessary to assist with the prosecution of or defense of the action . . .; (4) for those documents produced in this action, any outside independent persons that are not competitors or potential competitors of the producing party and who sign the written assurance in substantially the same form attached as Exhibit A.

- 3 -

7. Public filing of Exhibit 1 (Doc. 365-1), Exhibit 2 (Doc. 365-2), and Exhibit 6 (Doc. 365-4) to Vail Health's Partial Appeal would improperly reveal Vail Health's confidential commercial information and information received from third parties that may not be publicly disclosed.

8. The Court has previously held that the documents filed at Doc. 365-1 and Doc. 365-2 should be maintained under Level 1 restrictions, and Doc. 365-4 is substantially similar to Doc. 365-2.

9. Redaction of Exhibit 1 (Doc. 365-1), Exhibit 2 (Doc. 365-2), and Exhibit 6 (Doc. 365-4) to Vail Health's Partial Appeal is not practical.

10. A Level 1 restriction in CM/ECF is the least restrictive means available to protect the information discussed above.

11. For the reasons set forth above, Vail Health respectfully requests that this Court grant this Motion to Restrict and maintain Exhibit 1 (Doc. 365-1), Exhibit 2 (Doc. 365-2), and Exhibit 6 (Doc. 365-4) to Vail Health's Partial Appeal at a Level 1 filing restriction.

Respectfully submitted August 17, 2022

   *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*