**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case. No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING, LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado Nonprofit Corporation, d/b/a Vail Health,

    Defendant.

---

SPECIAL MASTER'S STATUS REPORT AND REQUEST FOR EXTENSION OF TIME TO ISSUE RECOMMENDATION TO COURT

---

Comes now the Special Master to submit a Status Report, Request Clarification from the Parties and Request a Supplemental Extension of Time to Submit the Report and Recommendations to the Court, and states as follows:

    1. The Special Master submitted his REPORT TO THE COURT, DISCOVERY ORDERS, AND RECOMMENDATIONS TO THE COURT REGARDING PLAINTIFFS' MOTION COMPEL #1 on July 6, 2022.

    2. On July 18, 2022, Magistrate Judge Gallagher entered his ORDER DENYING, WITHOUT PREJUDICE, D. 157 and D. 195, REFERRING THOSE MATTERS BACK TO THE SPECIAL MASTER AS INFORMAL DISCOVERY DISPUTES, AND ORDER AS TO SPECIFIC ITEMS WHICH MUST BE PROVIDED TO THE SPECIAL MASTER NO LATER THAN JULY 22, 2022. He further ordered the Special Master to submit Recommendations as to all pending matters within 30 days.

    3. As of July 22, 2022, neither party had submitted any other specific items ordered by the Court that had been requested by the Special Master.

4. The Special Master sent an email to counsel for the parties on July 27, 2022, advising them that None of the "currently remaining issues in conflict" per Orders of Judge Gallagher, had been complied with. The Special Master directed them to confer and set July 29, 2022 as the deadline to submit. The report from the parties after conferral was that they had failed to reach any agreement on the remaining issues.

5. On July 27, 2022, Defendant filed its Partial Appeal/Objection of Special Master's July 6, 2022 Report to the Court, thus triggering a de novo review of the Special Master's Report and Recommendations.

6. Plaintiffs then presented a draft they proposed to Defendant on July 28, 2022 as issues in dispute with respect to Motions to Compel ##2-5, in advance of their meet & confer.

7. The Special Master submitted a set of questions for clarification to counsel on August 2, 2022, which both parties responded to, along with attachments.

8. On August 8, 2022, Defendant sent an email to the Special Master stating the following: "Attached is a chart that identifies where, by page reference, in Vail Health's motion to compel briefing and proposed findings of fact and conclusions of law, Vail Health addressed each of the remaining discovery issues. The chart includes a column into which Plaintiffs may add references to their briefing, if they wish to do so." That chart was detailed and lengthy, and on August 12, 2022, Plaintiffs submitted its citations on said chart, along with several other identified documents.

9. On August 12, 2022, the Special Master submitted a Request for Extension of Time to Submit Recommendations to the Court as a result of some additional delays in material production and responses being submitted to the Special Master.

10. On August 15, 2022 Magistrate Judge Gallagher granted an extension to file the Report and Recommendation to the Court until September 19, 2022.

11. Since that time, the Special Master has focused on Motions to Compel #2, 3, 4 , as well as #5, and the voluminous documents, attachments and exhibits accompanying them.

12. On September 15, 2022, the Special Master issued the Report and Recommendations Regarding Motions to Compel ##2, 3, and 4, and directed the parties to comply within 30 days.

13. In the meantime, the Special Master continued to conduct the *in camera* review of documents related to Motion to Compel #5. The purpose of the *in camera* review was to evaluate the Privilege Log which Defendant ultimately submitted. Several Items (denoted Item No. on the Privilege Log) contained multiple repeated portions of emails-some overlapping up to 5 or 6 times-rather than in a chronological email string. This has required a greater amount of time to flip back and forth for comparison. Some of those materials were withheld or redacted on the basis of "not relevant". Because it was the Special Master's purpose to conduct an *in camera* review for confidential or attorney-client privileged matters, not a relevancy review, all such redacted materials withheld on a "not relevant" basis are overruled and denied. Those are directed to be produced within 14 days. Otherwise, they can be determined for admissibility purposes at pretrial or trial. To the extent any of those materials objected to on relevancy grounds were ruled on in the Report and Recommendations re Motions to Compel #2, 3, 4, said rulings shall apply.

14. During the preliminary review of the materials submitted by Defendant, the Special Master observed that numerous items identified in Vail Health's Privilege Log were NOT included with those 5 volumes of extensive materials submitted to the Special Master. Therefore, the Special Master directs Defendant to advise whether those materials are still claimed to be privileged. If not, all such documents and attachments shall be produced to Plaintiffs within 14 days, in an unredacted form, if applicable. If, on the other hand, Vail Health still claims those Item No.s to be privileged, they shall be provided to the Special Master for *in camera* review within 14 days. The following is a list of such Item No.s : 6-27; 39-41;43-45; 76-88; 90; 92-94;100; 102-103; 107; 110; 112; 114-115; 118-121;124-126; 128;137-140; 145; 151-153; 159-161; 167; 169-170; 177; 179; 181-200; 203; 207; 209-211; 226; 236; 238-240; 255-256; 259-264; 270;280-282; 284;286; 288-290; 294-296; 299;302; 304; 306-307; 318-319; 366-369; 398; 405-413; 415; 468; 471; 475-477; 534; 543; 546-550; 555; 557-558; 561; 567-569; 574-580.

15. Based upon the continuing need to review the extensive materials set forth above, the Special Master respectfully requests a Supplemental Extension of Deadline to submit the final Report and Recommendations to the Court for at least 30 days.

*W Terry Ruckriegle*

W. Terry Ruckriegle
Special Master