IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**VAIL HEALTH'S PARTIAL APPEAL OF SPECIAL MASTER'S ORDERS REGARDING PLAINTIFFS' MOTIONS TO COMPEL NO. 3 AND 4, INCORPORATING PRIOR APPEAL**

---

Pursuant to Fed. R. Civ. P. 53(f)(2), Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this partial appeal of the Special Master's Report and Recommendation Regarding Motion to Compel No. 3 (Doc. 382) and Report and Recommendation Regarding Motion to Compel No. 4 (Doc. 383), insofar as they order Vail Health to supplement its interrogatory responses with information regarding or produce additional documents regarding joint ventures, collaborations, or strategic partnerships concerning the provision of physical therapy services outside the alleged Vail Valley market, the same issue raised in Vail Health's prior appeal (Docs. 365, 380).

On September 15, 2022, Special Master Ruckriegle issued Reports and Recommendations regarding Plaintiffs' Motions to Compel No. 2, 3, and 4. (Docs. 381, 382, 383.) Vail Health is not appealing, and will comply with, the Special Master's order regarding Motion to Compel No. 2. (Doc. 381.) Vail Health also will comply with the Special Master's orders regarding Motions to Compel No. 3 and 4 (Docs. 382, 383) to the extent not within the scope of this appeal.

1

However, because certain of the Special Master's orders regarding Motions to Compel No. 3 and 4 raise the same issues as Vail Health's July 27, 2022, Partial Appeal of the Special Master's July 6, 2022 Report to the Court (Docs. 365, 380) ("July 27 Appeal"), which is fully briefed, Vail Health files this partial appeal. Vail Health appeals the Special Master's orders regarding the following discovery requests, to the extent they require disclosure of documents or information regarding joint ventures, collaborations, or strategic partnerships concerning the provision of physical therapy services outside the alleged Vail Valley market:

- Motion to Compel No. 3: Interrogatory No. 12 (Doc. 382 at 4); Interrogatory No. 13 (*id.* at 4-5); Interrogatory No. 20(e) & (f) (*id.* at 5-6); and Interrogatory No. 21(d) & (e) (*id.* at 5-6, 7).

- Motion to Compel No. 4: Requests for Production No. 7 & 8 (Doc. 383 at 3); and Interrogatory No. 11 (*id.* at 5).

To avoid burdening the Court with duplicative briefing, Vail Health relies upon and incorporates herein its briefing regarding its July 27 Appeal (Docs. 365, 380), which explains why documents and information regarding events outside the alleged Vail Valley market are irrelevant and not discoverable.

Respectfully submitted this 29th day of September, 2022.

    *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
       janet.savage@dgslaw.com
       jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*