IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**JOINT MOTION FOR LEAVE TO RESPOND TO PARTIAL APPEALS OF SPECIAL MASTER'S REPORTS TO THE COURT**

Plaintiffs Sports Rehab Consulting and Lindsay Winninger and Defendant Vail Health file this joint motion requesting leave to file a response to each party's respective partial appeal of the Special Master's Reports to the Court. *See* ECF Nos. 386-87.

**STATEMENT OF CONFERRAL**

The parties conferred and agreed to file this joint motion.

**MOTION FOR LEAVE TO FILE A RESPONSE**

1.    On July 20, 2021, the Court appointed Special Master Ruckriegle to decide certain discovery disputes. [ECF No. 123]. The Appointment Order addresses the procedures to be followed when objecting to any ruling by the Special Master, but it does not explicitly address whether parties are permitted to respond to any objection.

2.    The Court has previously allowed responses to be filed to certain objections that Vail Health has made related to prior Special Master Reports. *See* ECF Nos. 285, 374.

1

3.  Consistent with this Court's prior Orders, Plaintiffs seek permission to file a response to Vail Health's partial objection to the Special Master's Orders addressing Plaintiffs' Motions #3 and #4.  Correspondingly, Vail Health seeks permission to file a response to Plaintiffs' partial objection to the Special Master's Order addressing Plaintiffs' Motion #4.

4.  Plaintiffs and Vail Health request that they be given 21 days from the date of each party's respective filing, September 29, to file their responses. This 21-day request follows the general response deadline under D.C.COLO.LCivR 7.1(d).

5.  The parties agree that no party will be prejudiced by the parties' 21-day request to file a response.

6.  The parties therefore request that they be permitted to respond to each other's partial appeal so that the Court is fully apprised of both side's factual contentions and legal arguments before deciding the objections.

## CONCLUSION

Plaintiffs and Vail Health respectfully request that their joint motion for leave to file responses to the parties' partial appeals of the Special Master's Reports be granted and that they be permitted to file a response on or before October 20, 2022.

Dated:  October 3, 2022

*s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail:  alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek
BoulevardSuite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail:  fwlawyers@gmail.com

                                    Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

Dated: October 3, 2022

*s/Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
Davis Graham & Stubbs
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Email: shannon.stevenson@dgslaw.com
janet.savage@dgslaw.com
jackie.roeder@dgslaw.com
daniel.richards@dgslaw.com

Attorneys for Defendant Vail Clinic, Inc. d/b/a Vail Health

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2022, I served a true and correct copy of Joint Motion for Leave to Respond to Partial Appeals of Special Master's Reports to the Court, through the ECF system on the following:

    Shannon Stevenson
    Jackie Roeder
    Daniel Richards
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO  80202

    Counsel for Defendant Vail Health

                                      *s/Alan L. Kildow*