**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

        Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

        Defendant.

---

**DEFENDANT VAIL HEALTH'S MOTION TO PLACE MOTION AND EXHIBITS
UNDER FILING RESTRICTIONS**

---

Pursuant to Fed. R. Civ. P. 5.2 and D.C.COLO.LCivR 7.2, Defendant Vail Clinic Inc.,

d/b/a Vail Health ("Vail Health") moves to maintain Level 1 filing restrictions on Plaintiffs' Partial

Appeal of Special Master's Report Regarding Plaintiffs' Rule 37 Motion to Compel #4 Relating

to Joint Ventures and Other Combinations ("Plaintiffs' Partial Appeal") (Doc. 387-1) and

Exhibit 2 thereto (Doc. 387-2). In support of this motion, Vail Health states as follows:

Pursuant to D.C.COLO.LCivR 7.1(a), Vail Health's counsel conferred with Plaintiffs'

counsel regarding this motion.  Plaintiffs oppose maintaining Level 1 filing restrictions on

Plaintiffs' Partial Appeal (Doc. 387-1) and Exhibit 2 (Doc. 387-2).

1.      Plaintiffs' Partial Appeal, Doc. 387-1, refers throughout to Vail Health's

confidential commercial information and confidential information Vail Health received from third

parties, including data regarding Vail Health's financial performance, confidential contract terms,

and details regarding confidential contract negotiations.  Plaintiffs source this information

primarily from restricted exhibits, including Docs. 157-13, 157-16, 128-2, 158-8, 158-9, 158-24, 192-2, and 193-3.  *See* Plaintiffs' Partial Appeal at 4-8.

2.      Exhibit 2, Doc. 387-2, is a draft of the Amended and Restated Research Affiliation Agreement between Vail Clinic, Inc., d/b/a Vail Valley Medical Center and Steadman Philippon Research Institute. Vail Health has designated this document CONFIDENTIAL because it contains sensitive and confidential draft contract terms (including financial terms) and line edits to the agreement reflecting confidential contract negotiations, the public disclosure of which could cause competitive harm to Vail Health and breach confidentiality obligations to third parties.

3.      On October 23, 2020, the Court entered the Parties' Stipulated Protective Order ("Protective Order") (Doc. 76). Under the Protective Order, the parties are permitted to designate documents as "CONFIDENTIAL," "ATTORNEYS' EYES ONLY," or "ATTORNEYS' EYES ONLY PROTECTED HEALTH INFORMATION."

4.      Under the Protective Order, documents designated as "CONFIDENTIAL" may be disclosed only to: (1) the court and its staff; (2) attorneys, their law firms, and outside vendors; (3) a party; (4) a person shown on the face of the confidential document to have authored or received it; or (5) any outside independent persons who sign the written assurance in substantially the form attached as Exhibit A to the Protective Order.

5.      Documents designated as "ATTORNEYS' EYES ONLY" or "ATTORNEYS' EYES ONLY, PROTECTED HEALTH INFORMATION" may be disclosed only to: (1) the court and its staff; (2) attorneys, their law firms, and outside vendors; (3) for those documents produced in the Eagle County action, a party representative as necessary to assist with the prosecution of or defense of the action . . .; (4) for those documents produced in this action, any outside independent

- 3 -

persons that are not competitors or potential competitors of the producing party and who sign the written assurance in substantially the same form attached as Exhibit A.

6.      Public filing of Plaintiffs' Partial Appeal (Doc. 387-1) and Exhibit 2 (Doc. 387-2) would improperly reveal Vail Health's confidential commercial information and confidential information received from third parties that may not be publicly disclosed.

7.      Redaction of Plaintiffs' Partial Appeal (Doc. 387-1) and Exhibit 2 (Doc. 387-2) is not practical.

8.      A Level 1 restriction in CM/ECF is the least restrictive means available to protect the information discussed above.

9.      For the reasons set forth above, Vail Health respectfully requests that this Court grant this Motion to Restrict and maintain Plaintiffs' Partial Appeal (Doc. 387-1) and Exhibit 2 (Doc. 387-2) at a Level 1 filing restriction.

- 4 -

Respectfully submitted October 13, 2022

*s/ Daniel A. Richards*

Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
          janet.savage@dgslaw.com
          jackie.roeder@dgslaw.com
          daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC.,*
*d/b/a VAIL HEALTH, a Colorado nonprofit*
*corporation*