**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case. No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING, LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC., a Colorado Nonprofit Corporation, d/b/a Vail Health,

      Defendant.

---

SPECIAL MASTER'S ORDER DIRECTING FILING OF AMENDED PRIVILEGE LOG

---

In reviewing the briefing regarding Motion to Compel #5, the Special Master notes that Vail Health's response to that motion (D. 213) makes reference to an Amended Privilege Log dated November 2, 2021. *Id.* at 7. Although mentioned in that response, it does not appear that the Amended Privilege Log was filed as an exhibit, nor has the Special Master located a copy of it among the documents conventionally produced for *in camera* review. As best the Special Master can tell, the only privilege log currently in the record is Vail Health's September 10, 2021 log at D. 195-4.

Accordingly, on or before Monday, October 17, 2022, Vail Health shall file a copy of the

November 2, 2021 Amended Privilege Log on the docket of this case.

Dated at Grand Junction, Colorado this October 13, 2022.

*W. Terry Ruckriegle*

*Special Master*

*Box 3305*

*Breckenridge, CO 80424*

*970-390-9865 phone*