# Exhibit 4



| Browse Issuers | Tools and Resources | Market Activity | MyEMMA® | EMMA Dataport | A-  100%  A+ |

Home > Issuers By State > Colorado > Issuer Homepage > Issue Details

## Issue Details

**COLORADO HEALTH FACILITIES AUTHORITY HOSPITAL REVENUE BONDS (VAIL VALLEY MEDICAL CENTER PROJECT) SERIES 2015 (CO)**
COLORADO HEALTH FACS AUTH REV HOSP REV BDS VAIL VALLEY MED CTR 2015 (CO)*

| | |
|---|---|
| Dated Date: | 10/21/2015 |
| Underwriting Spread Amount: | Disclosed in Official Statement |
| Closing Date: | 10/21/2015 |
| Time of Formal Award: | 10/01/2015 05:08 PM |
| Time of First Execution: | 10/02/2015 11:00 AM |

Final Scale | Official Statement | Continuing Disclosure | Trade Activity

View continuing disclosure or advance refunding document, which provides important information about the security after initial issuance.

**FINANCIAL INFORMATION & DOCUMENTS**   Collapse ▲

  Vail Health Services (Vail Valley Medical Center) 3rd Quarter Fiscal 2022 Interim Financial Statements.pdf for the quarter ended 07/31/2022 posted 09/14/2022 (8 KB)   details

**Annual Financial Information and Operating Data**

| Document | |
|---|---|
| Vail Valley Annual Operating Data for the year ended 12/31/2021 posted 02/28/2022 (104 KB) | details |
| Vail Valley Medical Center annual operating data for the year ended 10/31/2019 posted 02/28/2020 (720 KB) | details |
| Vail Valley Medical Center Audited financial statements for the fiscal year ended October 31, 2019 for the year ended 10/31/2019 posted 02/28/2020 (344 KB) | details |
| Vail Health Services Annual Operating Data for the year ended 10/31/2018 posted 02/28/2019 (705 KB) | details |
| Utlization, Liquidity, Historical and Pro Forma DS Coverage, Sources of Revenue for the year ended 10/31/2017 posted 02/27/2018 (132 KB) | details |
| Vail Valley Medical Center Annual Financial Information and Operating Data for the year ended 10/31/2016 posted 02/28/2017 (87 KB) (Modified 02/28/2017) | details |
| Vail Health Services Audited Financial statements for the year ended 10/31/2016 posted 02/28/2017 (221 KB) (Modified 03/03/2017) | details |
| Vail Valley Medical Center Annual Operating Data October 31, 2015 posted 03/28/2016 for the year ended 10/31/2015 posted 03/28/2016 (96 KB) | details |

**Audited Financial Statements or ACFR**

| Document | |
|---|---|
| vail health services 10-31-21 - Obligated.pdf for the year ended 12/31/2021 posted 02/28/2022 (693 KB) | details |
| Vail Health Services Annual Financial Statements for the year ended 10/31/2018 posted 02/28/2019 (363 KB) | details |
| Vail Valley Medical Center Annual Financials for the year ended 10/31/2017 posted 02/27/2018 (325 KB) | details |
| Vail Valley Medical Center Audited Financial Statements October 31, 2015 posted March 28, 2016 for the year ended 10/31/2015 posted 03/28/2016 (184 KB) | details |

**Quarterly / Monthly Financial Information**

| Document | |
|---|---|
| Vail Health Services (Vail Valley Medical Center) 3rd Quarter Fiscal 2022 Interim Financial Statements.pdf for the quarter ended 07/31/2022 posted 09/14/2022 (8 KB) | details |
| Vail Health Services (Vail Valley Medical Center) 2nd Quarter Fiscal 2022 Interim Financial Statements.pdf for the quarter ended 04/30/2022 posted 06/15/2022 (9 KB) | details |
| Vail Health Services (Vail Valley Medical Center) 1st Quarter Fiscal 2022 Interim Financial Statements.pdf for the quarter ended 03/31/2022 posted 03/15/2022 (9 KB) | details |
| Vail Health Services (Vail Valley Medical Center) 3rd Quarter Fiscal 2021 Interim Financial Statements for the quarter ended 07/31/2021 posted 09/08/2021 (10 KB) | details |
| Vail Health Services (Vail Valley Medical Center) 2nd Quarter Fiscal 2021 Interim Financial Stmt for the quarter ended 04/30/2021 posted 06/08/2021 (10 KB) | details |

**Links to Former NRMSIRs**

Until 2009, the organizations listed below served as Nationally Recognized Municipal Securities Information Repositories (NRMSIRs) and may have primary market and continuing disclosure documents produced before July 1, 2009, when the EMMA website became the official repository for municipal market disclosures.

- Bloomberg L.P.
- DPC Data
- ICE Data Services (formerly Interactive Data Pricing and Reference Data)
- Standard & Poor's

| | |
|---|---|
| Vail Health Services Q1 2021 Financials for the quarter ended 03/15/2021 posted 03/15/2021 (9 KB) | details |
| Vail Health Services (Vail Valley Medical Center) 4th Quarter Fiscal 2020 Interim Financial Statements for the quarter ended 10/31/2020 posted 03/01/2021 (854 KB) | details |
| VVMC Q3 2020 Financials for the quarter ended 07/31/2020 posted 09/14/2020 (9 KB) | details |
| Vail Health Services (Vail Valley Medical Center) 2nd Quarter Fiscal 2020 Interim Financial Statements for the quarter ended 04/30/2020 posted 06/11/2020 (28 KB) | details |
| Vail Health Q1 2020 Financials for the quarter ended 01/31/2020 posted 03/13/2020 (35 KB) | details |
| Vail Valley Medical Center Q3 2019 Financial Statements for the quarter ended 07/31/2019 posted 09/13/2019 (34 KB) | details |
| Vail Health Services-Corrected Quarterly Financials DTD 4/30/2019 for the quarter ended 04/30/2019 posted 07/18/2019 (29 KB) | details |
| Vail health Services 2Q 2019 Interm Financial Stmts for the quarter ended 04/30/2019 posted 06/11/2019 (40 KB) | details |
| Vail Valley Medical Center Project - Unaudited Interim Financials for 1st Quarter for the quarter ended 01/31/2019 posted 03/06/2019 (27 KB) | details |
| Vail Valley Medical Center Project - Unaudited Interim Financials for 3rd Quarter for the quarter ended 07/31/2018 posted 09/11/2018 (35 KB) | details |
| Vail Valley Medical Center Project - Unaudited Interim Financials for 2nd Quarter for the quarter ended 04/30/2018 posted 06/06/2018 (41 KB) | details |
| Vail Valley Medical Center Project - Unaudited Interim Financials for 1st Quarter for the quarter ended 01/31/2018 posted 03/14/2018 (33 KB) | details |
| 3rd Quarter FY 2017 Unaudited Interim Financial Statements for the quarter ended 07/31/2017 posted 09/08/2017 (33 KB) | details |
| Vail Valley Medical Center Project - Unaudited Interim Financials for 2nd Quarter for the quarter ended 04/30/2017 posted 06/14/2017 (21 KB) | details |
| 1st Qtr FY 2017 Unaudited Interim Financial Statement for the quarter ended 01/31/2017 posted 03/15/2017 (34 KB) | details |
| Vail Valley Medical Center Quarterly Financials for period ending 7/31/2016 posted 09/15/2016 for the quarter ended 07/31/2016 posted 09/15/2016 (60 KB) | details |
| Vail Valley Medical Center Unaudited Financials for period ending 04/30/2016 posted 06/14/2016 for the quarter ended 04/30/2016 posted 06/14/2016 (43 KB) | details |
| Vail Valley Medical Center Quarterly Financials for period ending 01/31/2016 posted 03/09/2016 for the quarter ended 01/31/2016 posted 03/09/2016 (42 KB) | details |

**EVENT NOTICES** Collapse ▲

The MSRB began collecting continuing disclosures on July 1, 2009. No event notices have been received for this security.

 View Document Archive

**NOTICE:** * CUSIP numbers and certain related descriptive information are copyrighted by the American Bankers Association (ABA) and are used with permission from CUSIP Global Services managed on behalf of the ABA by Standard & Poor's. © 2022 ABA See EMMA's Terms and Conditions of Use for a description of proprietary rights in and restrictions on use of such data. "CUSIP" is a registered trademark of ABA.

About EMMA | Sitemap | Privacy Policy | Terms of Use | DMCA Policy | MSRB.org | MSRB Systems Status

© 2022 Municipal Securities Rulemaking Board

EMMA is a service of the Municipal Securities Rulemaking Board, which protects investors, state and local governments, and the public interest. Portions of EMMA data provided by ICE Data Pricing & Reference Data, LLC., CUSIP Global Services & American Bankers Association.

Ratings data are provided by the following and are reprinted with permission, and copyright notices for the respective owners are as follows: Copyright © 2022, Fitch, Inc. All rights reserved. Copyright © 2022, Kroll Bond Rating Agency, Inc., and/or its licensors and affiliates (together, "KBRA"). All rights reserved. Copyright © 2022, Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved. Copyright © 2022, Standard and Poor's Financial Services LLC. All rights reserved.

1.0.9462-.39-P2