**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

### VAIL HEALTH'S NOTICE OF FILING OF AMENDED PRIVILEGE LOG

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this Notice of Filing of Amended Privilege Log.

On October 14, 2022, the Special Master issued an order directing Vail Health's filing of its November 2, 2021 Amended Privilege Log, "on or before Monday, October 17, 2022, . . . on the docket of this case." (Doc. 394 at 2.) While this November 2, 2021 Amended Privilege Log is already on the docket in multiple Docket Entries (as shown below), attached as Exhibit 1 and filed herewith is Vail Health's November 2, 2021 Amended Privilege Log ("Amended Privilege Log").

As stated above, the following previous filings and submissions included Vail Health's Amended Privilege Log:

- On December 6, 2021, Vail Health filed its Proposed Findings of Fact and Conclusions of Law ("Findings") regarding Plaintiffs' five Motions to Compel, which referenced and attached as an exhibit Vail Health's Amended Privilege Log. (**Doc. 261 ¶¶ 99, 165; Doc. 261-11**.)

1

- On February 8, 2022, Vail Health emailed the Special Master a link containing electronic copies of privileged documents for *in camera* review and attached to the email a copy of the Amended Privilege Log.  (**Doc. 364-5**.)

- On July 20, 2022, in response to Judge Gallagher's July 18, 2022 Order (Doc. 363), Vail Health emailed a Word version of its Amended Privilege Log to the Special Master.  (**Doc. 364-7**.)

- On July 22, 2022, Vail Health filed its Notice of Compliance with Orders Regarding Westlaw Citations and Privilege Log, which attached Vail Health's Amended Privilege Log.  (**Docs. 364, 364-5, 364-7**.)

Respectfully submitted this 17th day of October, 2022.

 *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
    janet.savage@dgslaw.com
    jackie.roeder@dgslaw.com
    daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*