# Exhibit 2

https://www.aspendailynews.com/news/from-breaking-ground-in-2020-to-cutting-ribbons-in-2022-new-state-of-the-art/article_ad4efb86-bc68-11ec-9153-f3d08b6c2dfb.html

# From breaking ground in 2020 to cutting ribbons in 2022, new state-of-the-art facility comes to Willits

Megan Tackett, Aspen Daily News Editor
Apr 15, 2022



A ribbon-cutting ceremony held Thursday afternoon at a much-anticipated, 65,000-square-foot orthopedic clinic at the Willits Town Center made tangible the partnership between The Steadman Clinic and Steadman Philippon Research Institute (SPRI), Orthopedic Care Partners, Aspen Valley Hospital and Vail Health.

The joint initiative broke ground in October 2020, with construction beginning the following month. The new facility includes offices and patient-care space for The Steadman Clinic, along with a 37,000-square-foot ambulatory surgery center. The ambulatory surgery center occupies the second floor of the building, with four operating rooms — the same capacity as Aspen Valley Hospital — and two shelled for future growth.

"It will also have a procedure room, a biologics lab, nine pre-op and post-op rooms and 14 total recovery rooms," an AVH press release notes.

Howard Head Sports will also provide rehabilitation services, and SPRI will maintain a regenerative medicine laboratory, conference space and offices focused on orthopedics and healthy-aging research at the new Willits clinic, meaning locals will have the

opportunity to participate in cutting-edge research and trials.

"Roaring Fork Valley, how cool is this?" Aspen Valley Hospital CEO Dave Ressler said in his address to the packed lobby area. "We're standing here today after 16 and a half months since Aspen Valley Hospital and this partnership came together … and during that time, we have cared for thousands of patients and provided many hundreds of surgeries for patients from all over this valley, all over this community and from all over the world. That's really what this partnership is all about — and that's what we're going to continue to do together."

The strategic partnership between The Steadman Clinic and Orthopedic Care Partners and Aspen Valley Hospital came together in September 2020, with the announcement of the plans for the Willits clinic. While Diane Merkt, chief administrative officer for The Steadman Clinic and who coordinated the construction efforts of the building, did not disclose the total investment that went into making such a state-of-the-art facility a reality, a tour sufficiently demonstrated that no expense was spared, from the design — allowing natural light and views of the landscape whenever possible, complete with "hospitality" coffee and tea bars and a concierge space in one patient check-in area — to the decor — large murals and photography depicting mountains and the sports that happen on them (several photographs of specific athletes that dotted the spacious hallways were signed with messages of thanks by said athletes) — to the medical equipment, such as the 12,000-pound Canon 3-Tesla MRI machine — the first in the Roaring Fork Valley.





"Prior to opening, we did not have an MRI in the Roaring Fork Valley, and we referred out all of our MRIs from our Aspen physicians," Merkt said. "I think a highlight [was] last week, we performed 23 MRIs — our first week of opening, there were 23 MRI referrals."

Nathan Dulude, the MRI manager at the new Willits clinic, chimed in, too, adding that in his professional experience, the Roaring Fork Valley facility is far more patient friendly than other clinics in which he's worked, largely due to the sheer size of the space.

"It's really nice — this was built with patients in mind. Like, the changing rooms are nice ... Whereas if you've worked with anybody else that's been an MRI, this is not the case in any place," he said.

And as for the Canon 3-Tesla MRI? Dulude described it as "the orthopedic standard for MRI."

One part of the tour that was not accessible was the operating room area itself — it was already completely sterilized and ready for today's surgery, the second one since opening. On Wednesday, a patient underwent the first surgery — a knee surgery, thanks to a ski injury — at the clinic.

Should that patient choose, physical therapy is available on site, at Howard Head Sports Medicine, managed by Doug Emerson. It, too, is a spacious, well-lit area with all the equipment and medical supervision a patient could hope for.

"Traditionally, let's say after an ACL repair, there's usually a timeline that people follow, and they say, 'OK, six weeks you can do this, 16 weeks you can get back to running,'" Emerson explained, adding that at Howard Head Sports, physical therapists take a different approach to rehabilitation. "We use a criteria-based progression, which is based on strength measurements done with digital dynamometry or other types of machines that can measure actual force production. So we take that, and we say, 'OK, once you reach this goal, then you can move onto the next.' We do that with range of motion and with strength training."

Roaring Fork Valley patients will see a combination of existing Aspen Valley Hospital physicians and newly recruited physicians, as well as physicians from The Steadman Clinic in Vail who will also now rotate to the Aspen area.

One thing that both AVH's Ressler, Vail Health President and CEO Will Cook and everyone else on the leadership team of the strategic partnership is steadfastly committed to? Making sure that elite-level care is accessible for everyone who needs it — and that starts with affordability, Cook emphasized Thursday.

"It's affordability, accessibility, population health and sustainability," Cook said of Vail Health's recently reworked mission. "We're starting with affordability because if you can't afford it, you can't access it. We don't care … if you're a billionaire or you're working two or three jobs to make ends meet, we want everybody to be able to access this.

"To that end, we're in the process of negotiating with all the various commercial insurance contractors for our surgery center — and really ,it's more affordable to have surgery in an outpatient surgery center than it is in an inpatient hospital setting … so that should help make it more affordable," he continued. "And in Howard Head, we feel that you'll see that our rates are very comparable to what the rates are anywhere else in this valley, but if at any point we hear that people can't access it, we will work with the insurance companies to make sure that we're giving them their rate reductions that are necessary to ensure that they can bring the premiums down or what have you."

---

Megan Tackett is the editor for the Aspen Daily News. She can be reached at megan@aspendailynews.com or on Twitter @MeganTackett10.

## Megan Tackett

Editor in Chief