IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**VAIL HEALTH'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE OBJECTIONS TO SPECIAL MASTER'S OCTOBER 21, 2022 REPORT AND RECOMMENDATION REGARDING MOTION TO COMPEL #5**

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") respectfully submits this Unopposed Motion for One-Week Extension of Time to File Objections to Special Master's October 21, 2022 Report and Recommendation Regarding Motion to Compel #5 ("Motion").

### STATEMENT OF CONFERRAL

Vail Health conferred with Plaintiffs regarding the Motion via email on October 24 & 25, 2022. Plaintiffs' position regarding the Motion is as follows: "While Plaintiffs believe that 14 days should be sufficient to appeal any issues related to the Special Master's Report on Motion to Compel #5 [ECF No. 398], Plaintiffs do not oppose Vail Health's request for 7 additional days."

### MOTION

1. On October 21, 2022, the Special Master issued a Report and Recommendation Regarding Plaintiffs' Motion to Compel #5 (Dkt. No. 398) ("Report").

2. The Report directs that any objections be filed within 14 days—*i.e.*, by November 4, 2022.

3. Vail Health seeks to extend that deadline by one week, to and including November 11, 2022.

4. Pursuant to Fed. R. Civ. P. 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

5. D.C.COLO.LCivR 6.1(b) provides that "[a] motion for extension of time or continuance shall state the reason for an extension or continuance, the length of the requested extension or continuance, and the total number of extensions or continuances granted previously."

6. Pursuant to Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1(b), there is good cause to extend Vail Health's deadline to object to the Report by one week, through November 11, 2022, including the following:

   a. The Report is 22 single-spaced pages.

   b. The Report adjudicates Plaintiffs' Motion to Compel No. 5 (Docs. 195, 213, 226), which challenged more than 300 entries on Vail Health's privilege log.

   c. The Report implicates important issues of attorney-client privilege.

   d. Detailed analysis of the Report will be required to determine which documents the Report orders Vail Health to produce and which of those orders, if any, Vail Health wishes to appeal.

7. Vail Health has not previously requested an extension of time to file objections to the Report.

8.  Pursuant to D.C.COLO.LCivR 6.1(c), this Motion will be served contemporaneously by counsel on his client.

## CONCLUSION

Vail Health respectfully requests that the Court grant this Motion and extend Vail Health's deadline to object to the Report by one week, through November 11, 2022.

Respectfully submitted this 26th day of October, 2022.

    *s/ Daniel A. Richards*
Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email: shannon.stevenson@dgslaw.com
      janet.savage@dgslaw.com
      jackie.roeder@dgslaw.com
      daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*