IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**PLAINTIFFS' ERRATA TO PARTIAL APPEAL OF SPECIAL MASTER'S RECOMMENDATION REGARDING PLAINTIFFS' RULE 37 MOTION TO COMPEL #4 RELATING TO JOINT VENTURES AND OTHER COMBINATIONS [ECF NO. 387]**

---

    Plaintiffs submit this errata to clarify certain statements made in Plaintiffs' partial appeal related to Exhibit 2 attached to the motion.[1] At page 14, Plaintiffs argued that Vail Health waived any argument to produce the final research affiliation agreement with the Steadman Philippon Research Institute because as Exhibit 2 shows,[2] Vail Health voluntarily produced a draft of the agreement in discovery.[3]

    In its response, Vail Health made certain representations about the production of the email and attachments referenced in Exhibit 2, specifically that Vail Health produced the entire email, including its attachments, in discovery,[4] which included the joint venture letter of intent. Vail Health's statements leave the impression that Plaintiffs' Exhibit 2 is not an accurate representation of what was produced to Plaintiffs and that Plaintiffs

---

[1]    ECF No. 387-1, 387-2.
[2]    ECF No. 387-2.
[3]    ECF No. 387-1.
[4]    ECF No. 399.

manipulated the evidence by omitting the letter of intent when it filed Exhibit 2. Notably, Vail Health did not attach the email and all the attachments when filing its response.

Upon receipt of Vail Health's response, Plaintiffs immediately contacted Vail Health to identify the email and all attachments that had apparently been produced and to correct the record as to Vail Health's misstatements.[5] Vail Health claimed its statements were accurate and identified the bates numbers of the documents purportedly supporting its statements as:[6]

> VH_Fed_00003907 (email)
> VH_Fed_00003908 (draft Amended and Restated Research Affiliation Agreement – Clean)
> VH_Fed_00003917 (draft Amended and Restated Research Affiliation Agreement – Redline)
> VH_Fed_00006913 (draft Physical Therapy JV Letter of Intensnt – Clean)
> VH_Fed_00006922 (draft Physical Therapy JV Letter of Intent – Redline)

As is evident from the bates numbers Vail Health identified, the email and the research agreement were produced sequentially and at the same time. That production occurred in July 2021. A draft letter of intent, however, was not produced until two months later in September 2021, and as two standalone documents. No parent email was provided with that production so Plaintiffs could not know, and still do not know, whether the two drafts documents are the ones attached to the email produced two months before. Plaintiffs' Exhibit 2 is thus a correct representation of what was produced to Plaintiffs as one document in discovery.

Plaintiffs asked that Vail Health explain why the July production did not include the entire email and attachments and why this was not fully explained in its response to the Court. To confirm that the September 2021 standalone documents are actually what Vail

---

[5]   Ex. 1 at 2 [email].
[6]   *Id.* at 1.

Health represents them to be, Plaintiffs also requested that Vail Health produce the email and all attachments at one time. This way, the parties can avoid any authentication issues later.[7]  Vail Health has not responded.

Dated:  November 4, 2022         *s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail: jesse@jessewienslaw.com

Sonya R. Braunschweig (MN# 0290282)
5501 Irving Avenue South
Minneapolis, MN  55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

---

[7]     *Id.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2022, I served a true and correct copy of Plaintiffs' Errata To Partial Objection and Appeal of the Special Master's Report and Recommendation Regarding Motion to Compel #4 Relating To Joint Ventures And Other Combinations [ECF No. 387], including exhibit, via the Court's ECF system on:

> Shannon Stevenson
> Janet A. Savage
> Jackie Roeder
> Daniel Richards
> Davis Graham & Stubbs LLP
> 1550 17th Street, Suite 500
> Denver, CO  80202
>
> Counsel for Defendant

                                          *s/ Alan L. Kildow*
                                          Alan L. Kildow