# Exhibit 1

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, October 26, 2022 4:41 PM |
| **To:** | Richards, Daniel |
| **Cc:** | Alan Kildow; Roeder, Jackie; Stevenson, Shannon |
| **Subject:** | Re: Sports Rehab v Vail Health [19-2075]--Oct 25 Opposition |

Counsel,

If the two sets of documents (1) the email/and research agreement and (2) the letter of intent that you just identified were attached to the same email, then please explain why the email and all attachments were not produced in July when VH_Fed00003902 and the research agreement were produced?  Instead, the letter of intent was produced **two months later** in September as standalone documents without any email or explanation. And why did you not fully explain this to the Court?  Please produce the entire email (VH_Fed00003902) with all attachments as there is an authentication issue as to how the documents were produced, among other things.

The dial-in information for the conferral tomorrow at 3 pm is 605-472-5307; pass code is 175061#.

Best regards,

Sonya


On Wed, Oct 26, 2022 at 12:31 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Counsel:
>
> The quoted statement in Vail Health's brief is accurate.  Vail Health produced the November 21, 2015 email from Don Auten to Stephen Boochever and all of its attachments as follows:
>
> VH_Fed_00003907 (email)
>
> VH_Fed_00003908 (draft Amended and Restated Research Affiliation Agreement – Clean)
>
> VH_Fed_00003917 (draft Amended and Restated Research Affiliation Agreement – Redline)
>
> VH_Fed_00006913 (draft Physical Therapy JV Letter of Intent – Clean)
>
> VH_Fed_00006922 (draft Physical Therapy JV Letter of Intent – Redline)
>
>
> Regards,
>
>
> **DANIEL RICHARDS ▪ Associate**

1

**D:** 303.892.7452 ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Wednesday, October 26, 2022 10:29 AM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2075]--Oct 25 Opposition

If this is not corrected by no later than the close of business today, we request a meet and confer for 3 pm tomorrow. The dial in information will be sent separately.

On Wed, Oct 26, 2022 at 11:28 AM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:

> Mr. Richards,
>
> I am addressing this email directly to you as the signatory to the response filed yesterday in federal court related to Plaintiffs' partial appeal of the Special Master's Order #4.
>
> In Vail Health's response, signed by you, Vail Health states that: "Vail Health produced the email because it discussed **and attached a Letter of Intent** concerning a contemplated, but unconsummated, physical therapy joint venture between Steadman and Vail Health. However, the same email also attached a draft Amended and Restated Research Affiliation Agreement between Vail Health and SPRI, which was unrelated to physical therapy. **Because Vail Health produced the entire email, including its attachments,** Vail Health necessarily produced the draft Amended and Restated Research Affiliation Agreement."
>
> Please produce the email that you are referring to in which the letter of intent was produced along with the Research Affiliation Agreement.  Notably, you did not attach the email to Vail Health's response because, as I'm sure you are aware, the representations made to the Court are false.  The letter of intent was *not* produced with the email attached as Exhibit 2 to Plaintiffs' appeal.  See attached document produced to Plaintiffs.
>
> Please correct the false statements immediately by filing an errata sheet with the Court.  The errata sheet should clearly state that Vail Health did not produce the entire email and attachments.  It instead produced the email and only the research affiliation agreement.  The letter of intent was not produced. We request that this be done immediately.  If you do not, Plaintiffs will file the appropriate motions.

2

Best regards,

Sonya

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.