IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**PLAINTIFFS' NOTICE OF FILING OPPOSITION TO VAIL HEALTH'S MOTION TO PLACE CERTAIN FILINGS UNDER FILING RESTRICTIONS IN ACCORDANCE WITH APRIL 1, 2022 ORDER ALLOWING 14 DAYS TO RESPOND**

On November 8, 2022, Vail Health filed a motion to place certain filings under filing restrictions [ECF No. 410]. In the April 1, 2022 Order, the Court outlined the process for filing and responding to motions to restrict [ECF No. 313]. As to the deadline to respond to the motion to restrict, the Court ordered the responsive deadline to be 14 days from the date the motion to restrict is filed. [*Id.* at 3.]

Plaintiffs hereby provide notice that they will be filing an opposition to Vail Health's motion to restrict on or before November 22, 2022, in accordance with the Court's April 1, 2022 Order [*Id.*].

Dated:  November 11, 2022

*s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail:  jesse@jessewienslaw.com

Sonya R. Braunschweig (MN# 0290282)
5501 Irving Avenue South
Minneapolis, MN  55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2022, I served a true and correct copy of Plaintiffs' Notice Of Filing Opposition to Vail Health's Motion To Place Certain Filings Under Filing Restrictions In Accordance With April 1, 2022 Order Allowing 14 Days To Respond via the Court's ECF system on:

    Shannon Stevenson
    Janet A. Savage
    Jackie Roeder
    Daniel Richards
    Davis Graham & Stubbs LLP
    1550 17th Street, Suite 500
    Denver, CO  80202

    Counsel for Defendant

                                      *s/ Alan L. Kildow*
                                      Alan L. Kildow