# Exhibit 1

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Monday, October 18, 2021 10:53 AM |
| **To:** | 'Stevenson, Shannon'; 'Roeder, Jackie'; 'Richards, Daniel' |
| **Cc:** | 'sonya braunschweig' |
| **Subject:** | Monthly Financial Information of Howard Head |

Counsel:

A few minutes ago you represented to Magistrate Judge Gallagher that Vail Health had produced "monthly financial information relating to Howard Head going back to 2012." Our records do not indicate that your statement was correct. Lin light of the deposition of Mr. Brown tomorrow, please provide us with the bates numbers for the documents to which you were referring.

Alan Kildow
970-390-6675