# Exhibit 5

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Tuesday, November 1, 2022 11:11 AM
**To:** Richards, Daniel
**Cc:** Stevenson, Shannon; Alan Kildow; Terry Ruckriegle
**Subject:** Re: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel,

Please respond to our multiple requests for a meet and confer on the issues outlined in this email string.

Best regards,

Sonya

On Mon, Oct 31, 2022 at 1:40 PM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:
> Counsel:
>
> On Thursday, I sent the email immediately in response to your request for a time to confer today.  We did not hear from you until now, approximately 1 1/2 hours before the scheduled conferral.  Please explain why you waited until now to respond.  Please provide us times that you are available today to hold the conferral.  We will consider your refusal to participate in a conferral today as contrary to Special Master Ruckriegle's and Magistrate Judge Gallagher's repeated admonitions that the parties are to timely confer.
>
> As to the issues to be conferred about, I stated this already:  (1) the representations in Vail Health's response to Plaintiffs' partial appeal related to Plaintiffs' Exhibit 2 (which is not resolved); and (2) the failure to produce the attachments as ordered at page 3 of Order #4.
>
> Best regards,
>
> Sonya
>
> On Mon, Oct 31, 2022 at 1:20 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:
>>
>> Counsel:
>>
>> We requested below that Plaintiffs identify their availability for a conferral, not that Plaintiffs propose a single time for a conferral.  We have a number of schedules to coordinate on our end, so it is most helpful when Plaintiffs identify a range of times they can be available.  I will be at an out-of-office event at 2 pm today, so that time (the only time proposed) does not work.
>>
>> Moreover, we ask that Plaintiffs identify a discrete list of the issues they wish to confer about in advance of the conferral.  We've received a large number of emails from Plaintiffs in the last few weeks, so it is unclear to us what issue or issues Plaintiffs wish to confer about.

1

With respect to VH_Fed_00003907 and its attachments, it remains unclear what Plaintiffs wish to confer about.  Plaintiffs claimed Vail Health did not produce all attachments to VH_Fed_00003907.  Plaintiffs' contention was incorrect, as noted in my October 26, 2022 email.  This matter appears to have been resolved.

**DANIEL RICHARDS** ▪ Associate

**D: 303.892.7452** ▪  vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Thursday, October 27, 2022 9:42 AM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

2 pm on Monday.  Same dial in.

Sonya

On Thu, Oct 27, 2022 at 10:32 AM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Counsel:
>
> We are not available for a conferral today at 3 pm.  Please provide your availability for a conferral on Monday.
>
> **DANIEL RICHARDS** ▪ Associate
>
> **D: 303.892.7452** ▪  vcard
> **Davis Graham & Stubbs LLP**
> 1550 17th Street, Suite 500  ▪  Denver, CO 80202
>
> A **LexMundi** Member

2

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Wednesday, October 26, 2022 3:46 PM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel,

Tomorrow, we have a conferral scheduled related to the production of VH_Fed00003902 and the attachments.  Because that document is related to your representations that all attachments to emails have been produced, we would also like to include this issue in tomorrow's conferral at 3 pm.  The dial-in information for the conferral is 605-472-5307; pass code is 175061#.

Best regards,

Sonya

On Tue, Oct 25, 2022 at 11:04 AM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:

> Counsel,
>
> Your email yesterday made the same statements that the Special Master rejected in his Order #4 at 3--"in every circumstance where a responsive, non-privileged email contained a non-privileged attachment, Vail Health shall produce that attachment."
>
> Your email is ambiguous as to whether after receiving Order #4, Vail Health (or its agents) reviewed the emails to ensure that all such attachments were produced.  If that has been done, is it Vail Health's position that attachments referenced in emails that have not been produced no longer exist and were destroyed?  If so, please confirm.  Or, is it Vail Health's position that it did not have to review the emails after the Order was issued to ensure attachments were produced?  If that is the case, then please explain in detail how that complies with the Special Master's Order.
>
> Last week, Plaintiffs requested a meet and confer on this issue, as well as many others set out in separate emails related to Vail Health's noncompliance with the Special Master's Orders #2-4.  Other than claiming that Vail Health

3

has purportedly complied, which we do not agree, we have not heard anything further on our requests for a conferral on the various issues.

We would like to get these issues resolved without the need for the Court's intervention, so please provide us times this week that you are available to discuss the issues outlined in the emails sent last week related to the Special Master's Orders #2-4. We are generally available in the mornings all this week.

Best regards,

Sonya

On Mon, Oct 24, 2022 at 4:56 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

Counsel:

Vail Health disagrees with Plaintiffs' contention that there are unresolved issues concerning Plaintiffs' Motions to Compel No. 2, 3, and 4, or that any of the Special Master's orders have not been complied with.

With respect to the matter identified in Plaintiffs' email below, it was directly addressed in Vail Health's October 17, 2022 letter to the Special Master, which confirmed that Vail Health is not withholding nonprivileged attachments to nonprivileged, responsive emails it produced.  (10/17/2022 Letter at 9.)  Please let us know of any questions.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452**  ▪  vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Tuesday, October 18, 2022 4:33 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>

4

**Cc:** Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel,

We are in receipt of your email and production yesterday related to Vail Health's Response to Orders on Motions to Compel #2-4.  There are a number of issues that remain unresolved, and others that have not been complied with.  Plaintiffs will be addressing those issues shortly and hope that the parties will be able to resolve them in light of the Special Master's Orders.

By way of example, in Order #4 at page 3, the Special Master ordered with respect to email attachments to produce "in every circumstance where a responsive non-privileged email contained a non-privileged attachment, Vail Health shall produce that attachment."  The production yesterday did not include any such documents, and Vail Health did not file any appeal as to that portion of the Special Master's Order.

Please confirm that Vail Health will comply with the Special Master's Order and provide us the date that we can expect to receive the production.  We are available for a conferral anytime this week except Friday.

Best regards,

Sonya

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.