# Exhibit 6

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, November 3, 2022 3:11 PM
**To:** 'Richards, Daniel'
**Cc:** 'Stevenson, Shannon'; 'Terry Ruckriegle'; 'sonya braunschweig'
**Subject:** RE: Sports Rehab v Vail Health [19-2705]--Compliance With Orders

Mr. Richards:

You did not join the conference that I requested for 2:00 today, so I called your Davis Graham office number (again) just a minute ago.  You did not answer the call so I left a voicemail to call me directly at 970-390-6675 for the meet and confer call.  I would anticipate that professional courtesy would dictate at least some type of response, even if you have contacted the chambers of Magistrate Judge Gallagher.  So I look forward to hearing from you.

Alan Kildow
970-390-6675

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, November 3, 2022 2:00 PM
**To:** 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Terry Ruckriegle' <terry@ruckriegle.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2705]--Compliance With Orders

Counsel:

In my email below, I provided you with the incorrect diao-in number.  It is 605-472-5307.  PC is the same.

Alan Kildow

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, November 3, 2022 10:53 AM
**To:** 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Terry Ruckriegle' <terry@ruckriegle.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2705]--Compliance With Orders

Counsel:

With respect to the issues that we have identified to you in writing thus far (over 2 weeks ago), we have scheduled a meet and conference for today at 2:00 MDT.  Magistrate Judge Gallagher stated that the disputed discovery issues need to be identified in an email, and we have done that with respect to the issues identified to date.  (There are more issues that will be identified shortly, and we will deal with them seriatim.)  For now, we will be on the call today to discuss the issues already identified, and do so in an oral fashion.  The dial in number is 605-819-2304; PC 175061#.  We request that you join, but we are not inclined to participate in yet another procedure, as outlined in your email below, that will last weeks.  A meet and confer conference is what has been ordered.  It is your choice whether you obey those orders or not.

Please do us the professional courtesy of confirming your participation at 2:00 today.  If you decline to participate, we will proceed accordingly with Rule 37 motions for failure to comply with the Special Master's Reports.

Alan Kildow
970-390-6675

---

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Thursday, November 3, 2022 10:18 AM
**To:** Alan Kildow <alkildow@aol.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; 'Terry Ruckriegle' <terry@ruckriegle.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2705]--Compliance With Orders

Counsel:

As reflected in the email below, Vail Health is not refusing to participate in conferrals.  Rather, Vail Health proposes that (1) Plaintiffs identify *all* issues that they contend remain outstanding, (2) Vail Health respond to each of those issues in writing, and then (3) the parties hold an oral conferral focused on issues where there may be room for compromise.  Plaintiffs' conduct in the last several weeks of sending scores of emails raising issues seriatim and then demanding immediate conferrals on each separate issue is unworkable.

Plaintiffs' email states that Plaintiffs have received "no response" to the issues they have raised.  That is false.  As you know, Vail Health has responded in writing to numerous issues Plaintiffs have raised in emails dated 10/21, 10/24, 10/25, 10/26, 10/31, 11/1, and 11/2.

Vail Health intends to follow the procedure outlined in our 11/2 email below and expect Plaintiffs to do so as well.  If Plaintiffs disagree, we suggest the parties request a status conference with Magistrate Judge Gallagher to resolve the parties' dispute.

**DANIEL RICHARDS** ▪ Associate

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Wednesday, November 2, 2022 4:52 PM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; 'Terry Ruckriegle' <terry@ruckriegle.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2705]--Compliance With Orders


Counsel,

Over two weeks ago, Plaintiffs sent emails to you both addressing discovery that Vail Health has been ordered to produce by the Special Master yet has not complied with his instructions.  The written discovery at issue was propounded on Vail Health over 4 years ago as to the first set and over 2 ½ years ago as to the second.  In our recent emails we have repeatedly asked for conferrals to discuss these issues.  Although we finally scheduled one such conference on Monday, shortly before that call Mr. Daniels cancelled it and would not provide us any alternative

times.  Despite the numerous orders, instructions and admonitions of the Special Master and Magistrate Judge Gallagher to do so,  not to mention the requirement set forth in the rules, you continue to avoid any conferrals, even on the simplest of issues.

Sonya and I have placed phone calls to you and Ms. Stevenson although neither of you seem to answer your phone.  We have left voicemails requesting that you return our calls, but once again, there is not the slightest indication of any attempt to extend to us the professional courtesy of calling us back.  Your refusals to participate in conferrals alone warrant sanctions under Rule 37.

The proposal set forth in your email below is not acceptable for several reasons.  *First*, we are over 4 years into this case and there is no end in sight with respect to completion of discovery.  Continued delay is not acceptable to Plaintiffs.  *Second*, if Vail Health has indeed complied with the requirements of the Special Master's Reports, then it should be very easy for you to explain to us in conferral conferences when and how Vail Health has done so.  Since you have represented to us and the Special Master that you are the lead attorney responsible for discovery, answers to the issues we have already identified should be readily and easily available.  *Third*, there is no need for you to put together another chart.  We have identified the issues as the party that will be filing the Rule 37 motions, so there is no need for a delay of another week for something that will not facilitate anything.  All you need to do is tell us whether you are going to comply with the orders and produce the required discovery.

Given the passage of over two weeks with no response, we believe that you should have had sufficient time to determine your responses to the issues we have identified.  Given all this, we would like a conferral on Thursday at 2:00 MDT to discuss whether there is a need for Plaintiffs to file one or more Rule 37 motions to compel your compliance with court orders.  We will look forward to your prompt confirmation of your participation on that call.  If you will not do so, please let us know so we can take the appropriate steps to get a conferral going.

Alan Kildow
970-390-6675

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Wednesday, November 2, 2022 9:36 AM
**To:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** RE: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel:

On October 17, 2022, Vail Health submitted a detailed letter to the Special Master documenting its compliance with the Special Master's orders regarding Motions to Compel Nos. 2, 3, and 4.  Since that date, we have received 24 emails from Plaintiffs raising various purported discovery disputes.  Several of those emails demand immediate conferrals.  Some raise issues wholly unrelated to Plaintiffs' motions to compel, despite the discovery period in this case closing many months ago.  One attached a twelve-page, single spaced letter requesting production of additional patient data.

Vail Heath is, in good faith, looking into each of the issues Plaintiffs have raised.  However, it is important that the parties confer regarding these issues in an orderly manner.  Plaintiffs' current procedure of raising purported discovery issues seriatim and requesting immediate conferrals as to each is unworkable and has the effect of multiplying these proceedings unreasonably and vexatiously, contrary to Judge Martinez's caution to Plaintiffs.  (*See* Doc. 113 at 4.)

To facilitate orderly conferral regarding the issues Plaintiffs contend remain outstanding, by November 9 Vail Health will provide a chart identifying the issues raised, any response Vail Health has already provided (or, alternatively, when it believes it will have a response), and whether we believe any dispute remains.  If you intend to raise any additional issues, please advise us of those no later than COB Thursday, November 3.

3

Once we have done that, we can discuss what, if any, issues remain to confer about.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Tuesday, November 1, 2022 10:11 AM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel,

Please respond to our multiple requests for a meet and confer on the issues outlined in this email string.

Best regards,

Sonya

On Mon, Oct 31, 2022 at 1:40 PM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:

> Counsel:
>
> On Thursday, I sent the email immediately in response to your request for a time to confer today. We did not hear from you until now, approximately 1 1/2 hours before the scheduled conferral. Please explain why you waited until now to respond. Please provide us times that you are available today to hold the conferral. We will consider your refusal to participate in a conferral today as contrary to Special Master Ruckriegle's and Magistrate Judge Gallagher's repeated admonitions that the parties are to timely confer.
>
> As to the issues to be conferred about, I stated this already: (1) the representations in Vail Health's response to Plaintiffs' partial appeal related to Plaintiffs' Exhibit 2 (which is not resolved); and (2) the failure to produce the attachments as ordered at page 3 of Order #4.
>
> Best regards,
>
> Sonya
>
> On Mon, Oct 31, 2022 at 1:20 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:
>
>> Counsel:
>>
>> We requested below that Plaintiffs identify their availability for a conferral, not that Plaintiffs propose a single time for a conferral. We have a number of schedules to coordinate on our end, so it is most helpful when Plaintiffs identify a range of times they can be available. I will be at an out-of-office event at 2 pm today, so that time (the only time proposed) does not work.

4

Moreover, we ask that Plaintiffs identify a discrete list of the issues they wish to confer about in advance of the conferral. We've received a large number of emails from Plaintiffs in the last few weeks, so it is unclear to us what issue or issues Plaintiffs wish to confer about.

With respect to VH_Fed_00003907 and its attachments, it remains unclear what Plaintiffs wish to confer about. Plaintiffs claimed Vail Health did not produce all attachments to VH_Fed_00003907. Plaintiffs' contention was incorrect, as noted in my October 26, 2022 email. This matter appears to have been resolved.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Thursday, October 27, 2022 9:42 AM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

2 pm on Monday. Same dial in.

Sonya

On Thu, Oct 27, 2022 at 10:32 AM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Counsel:
>
> We are not available for a conferral today at 3 pm. Please provide your availability for a conferral on Monday.

5

**DANIEL RICHARDS** ▪ Associate

**D: 303.892.7452** ▪ vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Wednesday, October 26, 2022 3:46 PM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel,

Tomorrow, we have a conferral scheduled related to the production of VH_Fed00003902 and the attachments.  Because that document is related to your representations that all attachments to emails have been produced, we would also like to include this issue in tomorrow's conferral at 3 pm.  The dial-in information for the conferral is 605-472-5307; pass code is 175061#.

Best regards,

Sonya

On Tue, Oct 25, 2022 at 11:04 AM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:

> Counsel,
>
> Your email yesterday made the same statements that the Special Master rejected in his Order #4 at 3--"in every circumstance where a responsive, non-privileged email contained a non-privileged attachment, Vail Health shall produce that attachment."

Your email is ambiguous as to whether after receiving Order #4, Vail Health (or its agents) reviewed the emails to ensure that all such attachments were produced.  If that has been done, is it Vail Health's position that attachments referenced in emails that have not been produced no longer exist and were destroyed?  If so, please confirm.  Or, is it Vail Health's position that it did not have to review the emails after the Order was issued to ensure attachments were produced?  If that is the case, then please explain in detail how that complies with the Special Master's Order.

Last week, Plaintiffs requested a meet and confer on this issue, as well as many others set out in separate emails related to Vail Health's noncompliance with the Special Master's Orders #2-4.  Other than claiming that Vail Health has purportedly complied, which we do not agree, we have not heard anything further on our requests for a conferral on the various issues.

We would like to get these issues resolved without the need for the Court's intervention, so please provide us times this week that you are available to discuss the issues outlined in the emails sent last week related to the Special Master's Orders #2-4. We are generally available in the mornings all this week.

Best regards,

Sonya

On Mon, Oct 24, 2022 at 4:56 PM Richards, Daniel <Daniel.Richards@dgslaw.com> wrote:

> Counsel:
>
> Vail Health disagrees with Plaintiffs' contention that there are unresolved issues concerning Plaintiffs' Motions to Compel No. 2, 3, and 4, or that any of the Special Master's orders have not been complied with.
>
> With respect to the matter identified in Plaintiffs' email below, it was directly addressed in Vail Health's October 17, 2022 letter to the Special Master, which confirmed that Vail Health is not withholding nonprivileged attachments to nonprivileged, responsive emails it produced.  (10/17/2022 Letter at 9.)  Please let us know of any questions.
>
> **DANIEL RICHARDS ▪ Associate**
>
> **D: 303.892.7452** ▪ vcard
> **Davis Graham & Stubbs LLP**
> 1550 17th Street, Suite 500 ▪ Denver, CO 80202

7

A **LexMundi** Member

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Tuesday, October 18, 2022 4:33 PM
**To:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>; Terry Ruckriegle <terry@ruckriegle.com>
**Subject:** Sports Rehab v Vail Health [19-2705]--Compliance of Orders

Counsel,

We are in receipt of your email and production yesterday related to Vail Health's Response to Orders on Motions to Compel #2-4.  There are a number of issues that remain unresolved, and others that have not been complied with.  Plaintiffs will be addressing those issues shortly and hope that the parties will be able to resolve them in light of the Special Master's Orders.

By way of example, in Order #4 at page 3, the Special Master ordered with respect to email attachments to produce "in every circumstance where a responsive non-privileged email contained a non-privileged attachment, Vail Health shall produce that attachment."  The production yesterday did not include any such documents, and Vail Health did not file any appeal as to that portion of the Special Master's Order.

Please confirm that Vail Health will comply with the Special Master's Order and provide us the date that we can expect to receive the production.  We are available for a conferral anytime this week except Friday.

Best regards,

Sonya

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.