# Exhibit 7

| | |
|---|---|
| **From:** | Angela Barnes <Angela_Barnes@cod.uscourts.gov> |
| **Sent:** | Monday, November 7, 2022 11:07 AM |
| **To:** | Alan Kildow; 'Richards, Daniel' |
| **Cc:** | 'sonya braunschweig'; 'Stevenson, Shannon'; 'Roeder, Jackie' |
| **Subject:** | RE: Sports Rehab v. Vail Health, Case No. 1:19-cv-2075-WJM-GPG:  Request for Discovery Conference |

Hello:

Judge Gallagher has indicated that the parties should continue to confer and may file appropriate motions as to any outstanding discovery issues.  Please be advised that Judge Gallagher intends to strictly apply the conferral requirements of Local Rule 7.1(a) and that motions and responses should specifically address the nature and contents of the parties' conferral as to each and every separate request.

Angela Barnes
Judicial Asst for Magistrate Judge Gordon P. Gallagher
400 Rood Avenue, Aspinall Federal Bldg.
Grand Jct CO 81501
970-241-8932, Option 0

**From:** Angela Barnes
**Sent:** Friday, November 04, 2022 1:50 PM
**To:** Alan Kildow <alkildow@aol.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>
**Subject:** RE: Sports Rehab v. Vail Health, Case No. 1:19-cv-2075-WJM-GPG: Request for Discovery Conference

Hello – Judge Gallagher was in trial yesterday and still is today.  He said he will give this matter his attention this weekend.

Angela Barnes
Judicial Asst for Magistrate Judge Gordon P. Gallagher
400 Rood Avenue, Aspinall Federal Bldg.
Grand Jct CO 81501
970-241-8932, Option 0

**From:** Angela Barnes
**Sent:** Thursday, November 03, 2022 1:11 PM
**To:** Alan Kildow <alkildow@aol.com>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; Gallagher Chambers <Gallagher_Chambers@cod.uscourts.gov>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>
**Subject:** RE: Sports Rehab v. Vail Health, Case No. 1:19-cv-2075-WJM-GPG: Request for Discovery Conference

Rec'd and will pass this along. Thank you.

Angela Barnes
Judicial Asst for Magistrate Judge Gordon P. Gallagher
400 Rood Avenue, Aspinall Federal Bldg.
Grand Jct CO 81501

1

970-241-8932, Option 0

**From:** Alan Kildow <alkildow@aol.com>
**Sent:** Thursday, November 03, 2022 1:07 PM
**To:** Angela Barnes <Angela_Barnes@cod.uscourts.gov>; 'Richards, Daniel' <Daniel.Richards@dgslaw.com>; Gallagher Chambers <Gallagher_Chambers@cod.uscourts.gov>
**Cc:** 'sonya braunschweig' <sonya.braunschweig@gmail.com>; 'Stevenson, Shannon' <Shannon.Stevenson@dgslaw.com>; 'Roeder, Jackie' <Jackie.Roeder@dgslaw.com>
**Subject:** RE: Sports Rehab v. Vail Health, Case No. 1:19-cv-2075-WJM-GPG: Request for Discovery Conference

**CAUTION - EXTERNAL:**

Ms. Barnes:

Thank you very much for your attention to this matter. Without being argumentative, we simply wish to state that Plaintiffs do not agree with a significant number of statements in the email of Mr. Richards below. At all events, we will look forward to hearing from you regarding Mr. Richard's request.

Regards,

Alan Kildow
970-390-6675

**From:** Angela Barnes <Angela_Barnes@cod.uscourts.gov>
**Sent:** Thursday, November 3, 2022 12:51 PM
**To:** Richards, Daniel <Daniel.Richards@dgslaw.com>; Gallagher Chambers <Gallagher_Chambers@cod.uscourts.gov>
**Cc:** Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** RE: Sports Rehab v. Vail Health, Case No. 1:19-cv-2075-WJM-GPG: Request for Discovery Conference

Hello:  Let me check with the judge/s (referral and maybe presiding) on this matter and get back with you.  Have a nice day.

Angela Barnes
Judicial Asst for Magistrate Judge Gordon P. Gallagher
400 Rood Avenue, Aspinall Federal Bldg.
Grand Jct CO 81501
970-241-8932, Option 0

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Thursday, November 03, 2022 12:48 PM
**To:** Angela Barnes <Angela_Barnes@cod.uscourts.gov>; Gallagher Chambers <Gallagher_Chambers@cod.uscourts.gov>
**Cc:** Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** Sports Rehab v. Vail Health, Case No. 1:19-cv-2075-WJM-GPG: Request for Discovery Conference

**CAUTION - EXTERNAL:**

Dear Ms. Barnes,

2

Defendant Vail Health in *Sports Rehab v. Vail Health*, Case No. 1:19-cv-2075-WJM-GPG, respectfully requests that the Court schedule a discovery dispute conference in this matter.

On October 17, 2022, Vail Health submitted a detailed letter to Special Master Ruckriegle describing the measures it took to comply with the Special Master's orders regarding Plaintiffs' Motions to Compel No. 2, 3, and 4 (Docs. 381, 382, and 383).  Since that date, Vail Health's counsel has received 28 emails from Plaintiffs' counsel raising a large number of discovery issues seriatim and demanding immediate conferrals.  Many of these issues appear unrelated to the Special Master's orders.  Vail Health has already responded to many of these issues in writing, but Plaintiffs have indicated they have more to raise.

Vail Health seeks the Court's guidance to establish an orderly procedure for the scope, identification, and resolution of any discovery issues Plaintiffs wish to raise.  Vail Health has proposed that Plaintiffs identify all issues they contend remain outstanding by a specified date, the parties exchange their positions in writing, and then the parties confer regarding any issues where there may be room for compromise.

The parties have been unable to reach agreement on such a procedure.  Thus, Vail Health seeks the Court's guidance on this issue, and believes a conference with Judge Gallagher is warranted.  We would appreciate it if you can provide us with some dates and times Judge Gallagher has available for a conference.  Vail Health can be available next Tuesday, November 8 before 1 pm, or Wednesday, November 9 before 10:30 am.

Respectfully submitted,

**DANIEL RICHARDS** ▪ Associate

D: 303.892.7452  ▪  vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.