

# Exhibit 19

Our Company   Our Solutions   Our Customers

Our Resources

StrataJazz®

# The #1 Planning, Analytics, and Performance Platform



|  Plan |  Analyze |  Perform |
|---|---|---|

### The Problem

The overall budgeting process for hospitals is badly broken. The typical organization spends three to six months and 100,000+ hours producing a budget that is usually tens of millions of dollars off the mark and out-of-date the moment it is finalized. There has to be a better way… and there is.

### The Solution

StrataJazz is the deepest Advanced Planning tool on the market, radically simplifying and streamlining how healthcare providers plan, budget, forecast and manage their operating and capital expenses. The end result is a planning process that is more efficient, accurate, and agile.

StrataJazz® is a single, modular, cloud-based platform that helps healthcare providers better plan, analyze and perform… driving margin to fuel their clinical mission.

financial planning modules                                             Expand All

## Operating Budget 

StrataJazz leverages top-down rolling planning approaches, seamless integration of relevant cost data, and best-practice automation, workflow, and analysis to deliver a collaborative, results-

- Significantly decreases the amount of time required to complete a budget by leveraging driver-based, top-down planning approaches.
- Seamlessly incorporates utilization and accurate, relevant cost information from StrataJazz Cost Accounting to more precisely budget and forecast changes for your organization.

oriented budgeting process and plan that is significantly more accurate and radically less time-intensive.

**Resources**

Guides: Strategy Report: Successful Cost Reduction Strategies in the Wake of COVID-19

- Streamlines the planning process, by enabling a more continuous, rolling approach to financial planning. StrataJazz Dynamic Planning leverages a similar approach as Beyond Budgeting, providing the ability to update an 18 to 24 month plan on a monthly, quarterly or as needed basis.

- Simultaneously provides both a traditional **department** (cost center) structure and clinical service line based budget and plan.

- Supports the entire organization, not just the acute care setting, through dedicated and purpose built physician, corporate, reimbursement and allocation models.

- Provides a level of trust and accountability with multiple levels of approval, automated notifications, security management and customized workflows.

## Management Reporting

StrataJazz drives accountability with clear, actionable reporting on profitability and productivity. Provide managers with interactive scorecards, graphs, and ad hoc reports that can help them understand underlying causes of variance and key metrics via an intuitive and engaging management reporting process.

**Resources**

Guides: Industry Report: Signals, Trends and KPIs – The Changing Face of Healthcare Finance

- Drives accountability and results with clear and actionable reporting on profitability and productivity that align with monthly variance surveys.

- Helps managers understand underlying causes of variance from budget with interactive scorecards focused on key performance indicators, graphs and ad-hoc reporting

- Identifies opportunities to reduce waste by utilizing budgets, flex budgets, productivity standards, benchmarks and continuous improvement targets.

- Provides drill-downs into AP, materials management and journal entry detail to help you understand the underlying cause of variances.

- Summarizes performance and action plans at all levels of the organization via executive summaries and dashboards.

- Seamlessly consolidates financial results across the organization with Income Statement, Balance Sheet and Cash Flow as well as financial indicators reporting.

## Productivity Reporting

StrataJazz Productivity Reporting provides ongoing visibility into your organization's labor productivity metrics on a daily and bi-weekly basis, leading to increased accountability over **department**al labor expenses.

**Resources**

Webinars/events: COVID-19 Recovery Tactics: Managing Your Labor Expense

- Provides best practice reports, key dashboards, and email notifications to drive accountability

- Interactive dashboards display key **department** productivity measures

- Identifies missed targets and actions staff can take to improve the **department**'s operating margin

- Provides metrics on number of hours worked against specific targets like hours per unit of service, overtime, contract labor and more

- Delivers dynamic, multi-**department**al views of volume, hours and productivity measures in drill down reports, allowing managers to monitor utilization and optimize labor productivity with fluctuating volumes on a daily or bi-weekly time period

- Enables more informed decisions and reduces unnecessary spending on overtime, agency or call back labor

## Long Range Financial Planning

StrataJazz helps you analyze the future impact of local changes and major shifts in the market. Evaluate long-range investment goals, operational plans, and strategic initiatives. See their impact on your P&L, balance sheet, and cash flow.

**Resources**

Guides: Leveraging Strategic Planning at Your Healthcare System

- Analyzes scenarios and quantifies the effect of changes in volume, reimbursement, salaries and business plans will have on your financial performance.
- Utilizes sensitivity analysis and risk assessment tools to allow you to gauge uncertainty and decide what action to take.
- Leverages decision support data to evaluate the impact of strategies such as physician recruitment on specific service lines.
- Provides full Balance Sheet and Cash Flow modeling capabilities, including investment, project and debt planning.
- Provides ability to compare forecast to credit rating agency medians (S&P, Moody's and Fitch) across a variety of ratios and indicators. Leverages debt and capital capacity planning tools to understand leverage and capital constraints.

## Rolling Forecasting 

StrataJazz assesses how receding volumes, new payment models, and increasing costs will impact your profitability. Proactively respond to change and identify improvement opportunities, with access to more timely and accurate monthly projections and financial performance statistics.

**Resources**

: Rolling Forecasting

- Leverages a library of forecasting algorithms to drive your baseline plan, so you can spend your time modeling and analyzing new opportunities and risks.
- Helps organizations improve their planning over time by providing automated lookback analyses to identify the most accurate methodologies.
- Allows complex health systems to update the forecast in days, whether on a monthly, quarterly or as needed basis with streamlined rolling forecast models.

## Capital Planning and Management 

StrataJazz assists in planning, prioritizing, tracking, and managing the right mix of future capital investments for your organization while accommodating emergency or off-cycle requests. Leverage forecast models to assess the incremental impact of capital requests and make more informed decisions.

**Resources**

Articles: Rolling Capital: Managing Investments in a Value-Based Care World

- Provides a level of trust and accountability via multiple levels of approval, automated notifications, security management and workflows
- Helps take the problems and politics out of capital approvals by providing visibility into the decision making process.
- Reduces capital spend by identifying group purchasing and bundling opportunities to enable you to negotiate more effectively with vendors.
- Provides forecast models to assess the incremental impact of capital requests so that you can make more informed decisions.

- Responds to changes in operations, priorities and scope and provides you the ability to adjust your portfolio of capital projects accordingly

## Equipment Replacement 

StrataJazz helps you prioritize equipment replacement using criteria and considerations like useful life, maintenance history, patient safety, physician satisfaction, and financial impact. Gain visibility across multiple sites and service areas and anticipate expenses three to five years in the future.

**Resources**

Articles: Why Age Is Not Enough: A Better Approach to Equipment Replacement

- Analyzes how you can drive down direct costs from parts or maintenance, analyze and reallocate under-used assets and assesses if the downtime or cost to repair an item outweighs its replacement cost.

- Provides proactive standardization to help you reduce FTE time and money spent on the manual tracking and planning of assets.

- Eliminates possibility of "near miss" events and increases caregiver satisfaction with appropriately-timed replacement of aged equipment.

## Mobile 

StrataJazz® Mobile provides users with dashboards that include key financial data, visualizations, and analytics from the StrataJazz platform to help them make crucial decisions while on the go. If you are an existing Strata customer, StrataJazz Mobile does not require additional product licensing, cost or implementation effort.

- Gain mobile access to your StrataJazz dashboards on Apple and Android devices

- Easily navigate with sleek & modern mobile interface to access visualizations and information

- Help clinical, operational, and financial teams make more informed decisions while on the go

- Manage security access and dashboard access for users

- Use Executive Dashboards on StrataJazz Mobile to access data while on the go

- Use the Service Line Scorecard for visibility into IP/OP volumes, average LOS, and key cost drivers

- Use the Physician Scorecard to identify the variances in case volume against the target, the average cost per case, and the trends in new patient visits

## Services

- **Strategic Planning-as-a-Service:** We will help you develop and maintain your long-range financial plan and rolling forecasts by managing data reconciliation, entering and running forecasts and scenarios, and supporting monthly/quarterly processes and report distribution.

- **Monthly Management Reporting-as-a-Service:** We will manage field mapping and configuration on a monthly basis, monitor flex budgeting rules, and facilitate the rollout of monthly variance surveys.

- **Capital Optimization-as-a-Service:** We will review forecasted capital spend for projects, incorporate changes into the operational plan, and facilitate organizational alignment on capital investment decisions. We will also provide reports and seek consensus from your organization

- to adjust, delay, advance, or cancel components of the capital plan.

- **Advanced Planning Professional Services:** We will support or execute the rollout of your Advanced Planning strategy, including agile approaches to long range planning, forecasting, budgeting, and capital planning. We will help you develop a robust Performance Management process focuses on improving upon prior year targets, leveraging variance reporting to instill a culture of continuous improvement.

### See StrataJazz in action

Schedule A Demo

StrataJazz has successfully passed the Healthcare Financial Management Association's (HFMA) Peer Review process. The Peer Reviewed process consists of a thorough eleven-step high-level screening process by current customers, prospects, and expert HFMA Peer Review panel members judging its performance claims were reviewed based on effectiveness, quality and usability, price, value and customer and technical support.

*HFMA staff and volunteers determined that these healthcare business solutions have met specific criteria developed under the HFMA Peer Review process. HFMA does not endorse or guarantee the use of these healthcare business solutions or that any results will be obtained.

explore resources

### CIO Panel: The Future of Data in Healthcare
Read Blog ›

### How to Build a Financial Plan That Lasts
Read Blog ›

### Strategic Healthcare Planning for the Road to Financial Recovery
Read Blog ›

the strata difference

# The "Gold Standard" for Financial Planning, Analytics and Performance

 

#1 in KLAS

For 16 years, we have received the prestigious "Best in KLAS" rating from the "Consumer Reports" of healthcare information technology. This #1 rating for Business Decision Support reflects our focus on delivering world-class experiences for our customers.

Trusted

Our customer base includes over 400 of our nation's most prominent healthcare delivery systems. With over 2,000 hospitals in the Strata network, there is not only safety in numbers, but a ton of learning and best practices that are leveraged.



Complete Financial Platform

Our solutions are the enterprise-wide single source of truth for financial planning, decision support, and continuous improvement —one application to cover the entire continuum of care.



Cloud-Based SaaS Solution

Our cloud-based solutions require limited IT staff time for implementation and little to no time for maintenance and upgrades. The end result: lower total cost of ownership.



Proven Integration

Our solutions integrate with leading EHR, ERP, and EDW solutions, including two-way integration with EPIC. We are experts at delivering actionable insights by marrying clinical and financial data.



Laser Focused for 20+ Years

For over 20 years we have been 100% focused on building and delivering our solution for healthcare organizations. We are not distracted by other products or markets – we have one product and we built 100% of it.



Rapid Implementation & Results

We consistently implement our solution in less than 50% of the time of other companies. We pride ourselves on delivering a 98% improvement in efficiency and millions of dollars in cost savings.

Financially Solid

We are part of Roper Technologies, a publicly-traded holding company (NYSE: ROP) with a $50 billion market cap. Our financial stability allows us to invest and innovate to better serve our clients.



Guaranteed

We pride ourselves on creating great partnerships with our customers, which is why we provide a six month buyer's remorse guarantee.

Want to see StrataJazz in action?   Request A Demo

| Our Company | Our Solutions | Our Customers | Our Resources | Contact Us |
| --- | --- | --- | --- | --- |
| Why Strata | Cloud Solution | Testimonials | Education | Email Preferences |

| Careers | Financial Planning | Impact Stories | Insights | Privacy Policy |
| Leadership | Software for Hospitals | User Groups | Articles | |
| News | Decision Support | | Blog | |
| Press Releases | Continuous Improvement | | Events | |
| Insights | On–Prem Solution | | Impact Stories | |
| Awards | Decision Support | | Guides | |
| Contact Us | Budgeting & Planning | | eBooks | |
| | Community Solution | | Guides | |
| | StrataSphere® | | Videos | |
| | National Patient and Procedure Volume Tracker | | | |
| | StrataSphere Compare | | | |
| | Strata Advisory Services | | | |

200 E Randolph St. Chicago, IL 60601 | (312) 726–1227

© 2022 Strata Decision Technology. All rights reserved.