# Exhibit 24

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

## PROPOSED NOTICE OF RULE 30(b)(6) DEPOSITION TAKING OF VAIL HEALTH THROUGH WITNESS KAREN HANNAH

---

**PLEASE TAKE NOTICE** that Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger shall take the Fed. R. Civ. P. 30(b)(6) deposition of Vail Health by and through its representative witness, Karen Hannah. The topics to be covered in the Rule 30(b)(6) deposition are set forth in the attached Schedule A. Plaintiffs reserve the right to amend the topics identified consistent with issues presented in Plaintiffs' Rule 37(b) Motion #1 filed on December 19, 2022 and any rulings by the Court or Special Master.

    The deposition shall take place by video conferencing on [Date], beginning at 9:30 a.m. and will continue until completed in the time allowed, or at another time mutually convenient for the parties. All parties and court reporter will be appearing at separate and remote locations with the deposition being recorded by stenographic means.

The court reporter for the deposition will be, unless otherwise indicated, Mile High Court Reporting, 14143 Denver West Parkway #100, Golden, Colorado 80401, telephone 303.202.0210. Mile High will contact the parties with instructions on how to participate in the video conference for the deposition.

Dated:

    Alan L. Kildow, MN# 0143133
    790 Potato Patch Drive
    Vail, CO 81657
    Telephone: (970) 390-6675
    E-mail: alkildow@aol.com

    Jesse Wiens, Colo. #33903
    Jesse Wiens Law
    0069 Edwards Access Road, Suite 8
    Edwards, Colorado 81632
    Telephone: (970) 855-0078
    E-mail: jesse@jessewienslaw.com

    Sonya R. Braunschweig, MN# 0290292
    5501 Irving Avenue South
    Minneapolis, MN 55419
    Telephone: (612) 819-2304
    E-mail: sonya.braunschweig@gmail.com

    Attorneys for Plaintiffs Lindsay Winninger and
    Sports Rehab Consulting LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on [INSERT DATE], I served a true and correct copy of Plaintiffs' Rule 30(b)(6) Notice Of Deposition Taking Of Vail Health Through Witness Karen Hannah on the following:

>Janet Savage Jacqueline V. Roeder
>Shannon Wells
>Stevenson
>Daniel A. Richards
>Davis Graham & Stubbs LLP1550
>17th Street, Suite 500
>Denver, CO 80202
>janet.savage@dgslaw.com
>jackie.roeder@dgslaw.com
>shannon.stevenson@dgslaw.com
>daniel.richards@dgslaw.com

Counsel for Defendant Vail Clinic, Inc.

_____
Alan L. Kildow

## SCHEDULE A

1. **Definitions.** As used in this Rule 30(b)(6) Notice:

    (a)  "Relevant period" means from November 1, 2012 to the present.

    (b)  "Vail Health," "Vail Clinic, Inc.," or "Vail Clinic" means the hospital with its primary location at 180 South Frontage Road West, Vail, Colorado, including all departments such as accounting, finance, and decision support and any employees employed by Vail Health.

    (c)  "Howard Head Sports Medicine" or "Howard Head" means all locations and employees of the physical therapy clinic, including management, that Vail Health took over the operations of on or about November 1, 2012 and still operates today.

    (d)  "Financial data" means financial information maintained in any way for Howard Head, including electronically, that summarizes Howard Head's financial condition by reporting revenues, gains, losses, assets, liabilities, and costs/expenses, and includes the types of information generally found in an income statement, profit & loss statement, balance sheet, cash flow, or cost/expense report.

    (e)  "Costs/expenses" means both direct and indirect costs and expenses and includes such things as salaries, wages, benefits, administration, billing, collection, accounting, real estate, equipment, depreciation, malpractice insurance, etc.

2. **Rule 30(b)(6) Topics.** Vail Health, through Karen Hannah, is requested to testify on the following topics. The subject matter at issue is identified below and pertains to the "relevant period" defined above unless otherwise indicated.

    - The location(s) where Howard Head financial data has been or is presently stored.

    - The systems Vail Health has used or is presently using to manage, store, or maintain Howard Head financial data.

    - Whether any Howard Head financial data has been destroyed, and if so, what data, when was the data destroyed, and why was it destroyed.

    - The litigation hold, if any, that was implemented by Vail Health and/or Howard Head to preserve Howard Head financial data.

- The ability of Vail Health to export Howard Head financial data from any of the systems where the Howard Head financial data is stored or maintained.

- The types of Howard Head financial data that is routinely provided to management, officers, managers, or employees, which includes any reports that are provided to these individuals on a weekly, monthly, or annual basis.

- The requests of Howard Head employees, such as Nicholas Brown, for Howard Head financial data, including income statements and other reports that summarize Howard Head's financial data.

- The process undertaken to search for Howard Head financial data in response to Plaintiffs' Requests for Production Nos. 2 and 4, including the locations searched, the individual employees consulted, and any exports of Howard Head financial data.

- The export of VH_Fed_00764, including the fields chosen, the individuals involved with or consulted regarding the fields chosen, the information reported, the existence of underlying data supporting the aggregate information, and whether the information in VH_Fed_00764 was ever a report generated in the normal course of business.

- Vail Health's and Howard Head's production of data and materials to any consultants, such as Haverford, Deloitte, and Healthcare Transaction Advisors related to a physical therapy joint venture involving Vail Health, Howard Head, The Steadman Clinic, Steadman Philippon Research Institute, Vail-Summit Orthopaedics, and Vail-Summit Orthopaedics Foundation, as well as a private equity transaction involving Vail Health, Howard Head, and Steadman.