# EXHIBIT 1

# Richards, Daniel

| | |
|---|---|
| **From:** | alkildow@aol.com |
| **Sent:** | Tuesday, December 27, 2022 11:04 AM |
| **To:** | Richards, Daniel |
| **Cc:** | Stevenson, Shannon; Roeder, Jackie; sonya braunschweig |
| **Subject:** | RE: SRC v. Vail Health:  Conferral |

Counsel:

As you may recall, the issue to which you refer was raised in the notice of noncompliance that Plaintiffs provided you on November 8 and was the subject of a meet & confer that occurred on November 11—7weeks ago.   By the time of the meet & confer, you must have had a very defined response in mind justifying your refusal to comply with the order of the Special Master, so it is difficult to understand why you now need additional time to address the motion.  It is doubly mystifying that additional time is needed when the underlying issues regarding the financial information at issue were briefed and argued in the underlying motions to compel.  The recent Rule 37(b)(2) motion, therefore, presents nothing new that would justify such an extension.

Moreover, you have withheld data, or the spoliation thereof, for over 3 years.  You have 21 days to respond, which should provide you with more than enough time to draft a reply.  You have not provided any good cause for the extension.  A request for 14 days *in addition to* the 21 days already permitted by the rule merely confirms your intent to delay substantive responses to Plaintiffs' discovery.  January 9 is the due date.  We would agree to a filing date of January 13, but Plaintiffs will not agree to any extensions beyond that date.

Alan Kildow
970-390-6675

**From:** Richards, Daniel <Daniel.Richards@dgslaw.com>
**Sent:** Wednesday, December 21, 2022 4:36 PM
**To:** sonya braunschweig <sonya.braunschweig@gmail.com>; Alan Kildow <alkildow@aol.com>
**Cc:** Stevenson, Shannon <Shannon.Stevenson@dgslaw.com>; Roeder, Jackie <Jackie.Roeder@dgslaw.com>
**Subject:** SRC v. Vail Health: Conferral

Counsel:

On December 19, 2022, Plaintiffs filed their Rule 37(b) Motion #1 to Compel Compliance with Special Master's Orders Related to Howard Head Financials (Doc. 425).  In light of the upcoming holidays, Vail Health plans to file a motion for a 14-day extension of Vail Health's response deadline.  Please let us know if we may represent that the motion is unopposed.

**DANIEL RICHARDS ▪ Associate**

**D: 303.892.7452**  ▪   vcard
**Davis Graham & Stubbs LLP**
1550 17th Street, Suite 500  ▪  Denver, CO 80202

A **LexMundi** Member

1

This email message (including any attachments),  weeks agdelivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.