# Exhibit 1

# Chris Neubecker

**From:** Shelley Bellm
**Sent:** Wednesday, June 19, 2019 8:24 AM
**To:** Chris Neubecker
**Subject:** FW: East Vail Housing Support

**From:** Karen Hannah [mailto:karen.hannah@vailhealth.org]
**Sent:** Wednesday, June 19, 2019 7:57 AM
**To:** CommDev; Council Dist List
**Subject:** East Vail Housing Support

Dear Planning Commission,

My name is Karen Hannah. I work for Vail Health and moved here with my husband 2.5 years ago.  He works for CDOT on Vail Pass.  We both work on the east side Dowd Junction.  And we also were lucky enough to win the lottery and move into Chamonix Vail at a time when we were desperate to find a home that fit our Vail-centric lives.

I want to convey to you how truly hard it is to find a home here in Vail.  Both of us have good jobs and were excited to move here.  But it took us two moves in rentals, including a stint in a hotel room for many months before we were able to find a home that we could afford, in the spot that we need to be.  Luckily this was just when the Town of Vail was underway with the Chamonix - and we were lucky enough to win the lottery and buy a home that we could afford.

I now find myself on the other side of that dilemma.  I'm trying to grow my department at the hospital and hiring people is increasingly difficult because of housing.  Of my small staff, one works remotely and commutes from Denver, one commutes from Leadville each day and the other one just resigned because the cost of living is too expensive.  This is a really hard place to afford to live.  We all know that.  But I'm here to put a name and face to the problem.  We are a married couple with two good jobs who needed to be close work.  A new development like Booth Heights will provide the next Hannah family a place to live - and without it there likely won't be a place for families like ours to move.

Chamonix has been a wonderful neighborhood for us.  It is a real neighborhood where all the homes have lights on daily and there is a true sense of neighborhood.  Building more neighborhoods like Chamonix is definitely the right thing to do.

I understand how wildlife is important.  But homes for people like my husband and I are also really important.  And we are lucky enough to live and work here because the Town facilitated the creation of a neighborhood for locals.  The Town should feel good about doing its part to support these neighborhoods and in this case, maybe that is simply taking the lead on helping the big horn sheep herd that we read about in the Vail Daily several times a week.  But the Planning Commission and Town Council should also find a way to say "yes" the Development Application.

Thank you,

**Karen J. Hannah**
*Director of Decision Support*
Vail Health | Decision Support
(970) 479-5117 | vailhealth.org
*Our mission is to provide superior health services with compassion and exceptional outcomes.*

This message (and any included attachments) is from Vail Health, Vail Valley Surgery Center or Howard Head Sports Medicine and is intended only for the addressee(s). The information contained herein may include privileged or otherwise confidential information. Unauthorized review, forwarding, printing,

copying, distributing, or using such information is strictly prohibited and may be unlawful. If you received this message in error, or have reason to believe you are not authorized to receive it, please promptly delete this message and notify the sender by e-mail. If you have any question regarding this notice or the email that you have received, please respond to [postmaster@vailhealth.org](mailto:postmaster@vailhealth.org).

2