# Exhibit 2

# Cost Accounting - Time Driven Costing™

**Jason Olivera**

Director, Cost Accounting

Montefiore



THE STRATA VIRTUAL SUMMIT
ONLINE | SEPTEMBER 22-23





# Housekeeping



## CPE Credits

- All Keynotes and Breakout sessions are eligible for CPE credits

- To receive CPE credit you must complete a survey that will be provided at the end of the day



## Session Content

- The content related to this session is available for download now

- This session will also be available on-demand after today's session through the Strata Virtual Summit website



## Questions

- Please submit your questions directly to us on the Community page

- Strata's team will follow up with you directly following the session



© Strata Decision Technology

# Time-Driven Costing: A Precise and Accurate Solution that Scales



## Billing Activity + Employee-level Payroll +
# Timestamps
### (Procedure Log, Other EHR, RLTS, etc.)





✓ Quantify cost of patient & staff-level variation

✓ Eliminate care processes that don't add value

✓ Identify and eliminate excess and wasteful labor spending

✓ **Leverage automation to achieve scale across continuum of care**



© Strata Decision Technology



# Costing with RVUs vs. TDC

## RVUs

| 10 - 4000 - OPERATING ROOM | Surgery RN Time | Units Of Service | RVU Methodology Unit Cost |
|---|---|---|---|
| 10001453 - HB GENERAL SURGERY 1 | | | |
| 1032871349 | 751 | 3 | $46 |
| 1033061030 | 403 | 2 | $46 |
| 1033685851 | 395 | 5 | $46 |
| 1034378250 | 300 | 2 | $46 |
| 1034167171 | 279 | 1 | $46 |
| 1035150593 | 279 | 3 | $46 |
| 1031953512 | 271 | 1 | $46 |
| 1034926559 | 255 | 3 | $46 |
| 1034950973 | 255 | 3 | $46 |
| 1034952673 | 255 | 3 | $46 |

## TDC

| 10 - 4000 - OPERATING ROOM | Surgery RN Time | Units Of Service | Time Based Unit Cost |
|---|---|---|---|
| 10001453 - HB GENERAL SURGERY 1 | | | |
| 1032871349 | 751 | 3 | $247 |
| 1033061030 | 403 | 2 | $199 |
| 1033685851 | 395 | 5 | $78 |
| 1034378250 | 300 | 2 | $148 |
| 1034167171 | 279 | 1 | $275 |
| 1035150593 | 279 | 3 | $95 |
| 1031953512 | 271 | 1 | $267 |
| 1034926559 | 255 | 3 | $84 |
| 1034950973 | 255 | 3 | $84 |
| 1034952673 | 255 | 3 | $84 |



© Strata Decision Technology



# TDC @ Strata Family



# Organizations using TDC for Surgery

- PeaceHealth
- Tower Health
- JPS Health Network
- Fairview
- Cleveland Clinic
- Holland Hospital
- Kaiser
- Mary Washington Healthcare

- MaineHealth
- UPMC Pinnacle
- CHOP
- Northwestern Medicine
- UConn Health
- Owensboro Health
- Gundersen Health
- ProMedica

- Rochester Regional Health
- St. Charles
- Care New England
- Forrest General
- University of Missouri Health Care System
- Spectrum
- Vail Health
- Bayhealth

- WellSpan Health
- St. Lukes
- Montefiore
- Cone Health
- University of Wisconsin
- East Tennessee Childrens Hospital
- Saint Lukes KC
- Edward Elmhurst



© Strata Decision Technology

# Organizations using TDC outside of Surgery

- Radiology
  - Montefiore

- Physician Office Visits
  - Novant
  - Arkansas Children's (In progress)

- Emergency Room
  - Montefiore

- Nursing Floors
  - Owensboro



© Strata Decision Technology



# TDC @ Montefiore



© Strata Decision Technology

# Our goal today:
# Go "Under the hood" of Time Driven Costing



**Data** — Understand how to efficiently extract and validate data

**Costing Setup** — Understand best practices for setting up TDC in your cost model

**Bending the Cost Curve** — Understand how **industry leaders** are utilizing advanced cost accounting today and focusing in the future





© Strata Decision Technology



**BEFORE:**
RVUs, TD-ABC

**NOW:**
TDC

Manual Data Entry  Automated Data Extraction & Integration

*Q: How can I be confident that my data is high-quality and valid?*



© Strata Decision Technology



# TDC Data Traps

**Our clinical process data is far from perfect. There are several logical data traps at the point of data extraction to correct various gaps in timestamp data**

| Revenue Department | Data Sources | Example Data Traps |
|---|---|---|
| **OpTime Managed Departments** | **Cogito Surgical Case Fact** | · **If Anesthesia Start is Null, then take In Room**<br>· **If Out of Room is Null then take End of Procedure**<br>· **If End of Procedure is Null then take End of Anesthesia**<br>· **If Nurse Clock Out is Null then take End of Procedure** |
| **Imaging Departments** | **HSP_Transactions**<br><br>**V_IMG_STUDY**<br><br>**Order_Proc** | · **Trap > 180, <0, and Null durations**<br>· **Replace with Transaction Amount / Average Charge Per Minute** |
| **Emergency Departments** | **Clarity ED_IEV_Event _Info and HSP_Transactions** | · **If there are two arrivals, take 2nd latest arrival times**<br>· **If current event time is less than prior, take the recording time**<br>· **Investigate negative time math and adjust data traps accordingly** |



© Strata Decision Technology



# TDC Monitoring

**Before running a cost model, we validate the time stamp data appears there and within tolerance of expected monthly volume. Clearly we are not ready for February 2020 costing yet**

| | | Cases | Surgical Cases | Charge | Units Of Service | Price | Time Stamps | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | Custom Surgery Time | Custom Recovery Time | Custom Anesthesia Time | Surgery Nursing Time | Surgery Technician Time | Surgery Physician Time | Surgery Anesthesia Provider Time | ED Room to Departed Time | Imaging Time |
| **Anesthesia** | | | | | | | | | | | | | | | |
| January | | 3,443 | 3,521 | $7,763,805 | 3,521 | $2,205 | 0 | 0 | 474,983 | 0 | 0 | 0 | 469,397 | 0 | 0 |
| February | | 3,287 | 3,367 | $7,422,030 | 3,366 | $2,205 | 0 | 0 | 120,964 | 0 | 0 | 0 | 120,133 | 0 | 0 |
| March | | 805 | 813 | $1,792,665 | 813 | $2,205 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cardiopulmonary** | | | | | | | | | | | | | | | |
| January | | 877 | 906 | $26,995,500 | 3,928 | $6,873 | 132,048 | 0 | 0 | 0 | 0 | 72,251 | 0 | 0 | 5,161 |
| February | | 766 | 768 | $22,932,380 | 3,437 | $6,672 | 37,210 | 0 | 0 | 0 | 0 | 15,990 | 0 | 0 | 432 |
| March | | 136 | 108 | $2,968,809 | 476 | $6,237 | 715 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CAT Scan** | | | | | | | | | | | | | | | |
| January | | 6,042 | 125 | $24,919,945 | 8,781 | $2,838 | 2,735 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 153,226 |
| February | | 5,752 | 126 | $24,809,144 | 8,566 | $2,896 | 2,189 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,905 |
| March | | 1,348 | 43 | $5,339,712 | 1,846 | $2,893 | 366 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Delivery Labor Rooms** | | | | | | | | | | | | | | | |
| January | | 945 | 148 | $9,979,072 | 2,354 | $4,239 | 17,750 | 0 | 0 | 12,304 | 4,561 | 16,816 | 0 | 0 | 0 |
| February | | 790 | 129 | $9,067,775 | 1,809 | $5,013 | 5,211 | 0 | 0 | 4,391 | 634 | 3,897 | 0 | 0 | 0 |
| March | | 110 | 28 | $1,562,390 | 229 | $6,823 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Emergency Room** | | | | | | | | | | | | | | | |
| January | | 29,848 | 1 | $116,812,716 | 89,007 | $1,312 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,256,084 | 0 |
| February | | 25,969 | 1 | $100,623,634 | 74,601 | $1,349 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,102,304 | 0 |
| March | | 4,812 | 1 | $16,984,460 | 12,954 | $1,311 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |



© Strata Decision Technology

# Our goal today:
# Go "Under the hood" of Time Driven Costing



**Data**

Understand how to efficiently extract and validate data

**Costing Setup**

Understand best practices for setting up TDC in your cost model

**Bending the Cost Curve**

Understand how **industry leaders** are utilizing advanced cost accounting today and focusing in the future



© Strata Decision Technology

*BEFORE:*
RVUs, TD-ABC

*NOW:*
TDC



| Manual RVU updates |  | Automated Data Transformation, Aggregation & Merging |

| Complexity level | Initial 30 min ($) | Each additional per 30 min ($) |
|---|---|---|
| 3 | 3.693 | 1.488 |
| 4 | 4.961 | 2.426 |
| 5 | 5.513 | 2.756 |

Level 3: Abdominal/Vaginal
Level 4: Laparoscopy
Level 5: Robot

## Q: Can TDC Work with the way my organization charges in the OR?

© Strata Decision Technology







# Were there any hurdles to validating costs when you first set up TDC?



© Strata Decision Technology



# What are biggest differences in costing validation before and after TDC?



© Strata Decision Technology

# Our goal today:
# Go "Under the hood" of Time Driven Costing





**Data** — Understand how to efficiently extract and validate data

**Costing Setup** — Understand best practices for setting up TDC in your cost model



**Bending the Cost Curve** — Understand how **industry leaders** are utilizing advanced cost accounting today and focusing in the future



© Strata Decision Technology



# Using TDC to reduce excess OR Labor Capacity

**In addition to the pure improvement in patient level costing used in all margin analytics, we developed a Perioperative capacity utilization report within the reporting cube**

| | Billed Accounts | Surgical Cases | Nursing Capacity Utilization | Technician Capacity Utilization | Nursing Cost of Unutilized Capacity | Tech Cost of Unutilized Capacity | Nursing Time | Nursing Productive Minutes | Technician Time | Technician Productive Minutes |
|---|---|---|---|---|---|---|---|---|---|---|
| 001000 - 0020 - OPERATING ROOM | 17,697 | 18,098 | 37.18% | 50.77% | $7,701,402 | $3,571,211 | 3,448,977 | 9,276,869 | 2,596,398 | 5,113,910 |
| 001002 - 0020 - OPERATING ROOM | 7,241 | 7,767 | 35.93% | 37.44% | $3,401,619 | $2,256,001 | 1,424,722 | 3,965,293 | 1,103,385 | 2,946,925 |
| 001003 - 0020 - OPERATING ROOM | 4,475 | 4,577 | 33.95% | 54.61% | $1,774,622 | $769,336 | 718,218 | 2,115,368 | 762,072 | 1,395,537 |
| 001004 - 0020 - OPERATING ROOM | 6,356 | 6,339 | 30.76% | 58.76% | $1,809,304 | $156,301 | 686,168 | 2,230,556 | 171,167 | 291,295 |
| 001005 - 0020 - OPERATING ROOM | 11,589 | 11,558 | 28.01% | 54.49% | $4,610,707 | $1,005,222 | 1,441,510 | 5,146,093 | 1,093,247 | 2,006,292 |
| **Total Department** | 47,117 | 48,271 | 33.96% | 48.72% | $19,333,221 | $7,765,813 | 7,719,595 | 22,734,179 | 5,726,269 | 11,753,958 |



© Strata Decision Technology

# Using TDC to reduce unwarranted Variation





© Strata Decision Technology



# What are most common user questions now with TDC data?



© Strata Decision Technology



# Where are you looking to expand TDC next?



© Strata Decision Technology



# How has TDC helped with understanding the cost of COVID-19?



© Strata Decision Technology



# Questions?



© Strata Decision Technology



# 2 Ways to Continue the Discussion

## The Strata Virtual Summit Expert Bars

### Thursday (9/24) & Friday (9/25)

Schedule a **20-minute session** with one of Strata's experts to learn more about any of the topics included in today's discussion

**Sign-Up Today**

stratadecision.com/**expertbars2020**



## StrataJazz Administrator Certification Program
### On-going

Receive a $100 discount for our Q4 StrataJazz® Administrator Certification Program using the code **Summit2020**

**Register Today**

stratadecision.com/**stratajazzadministratorcertification**



© Strata Decision Technology



# Our Services

## *Strata offers a variety of services to help clients realize the impact*

**As a Service:**

- Solution Maintenance & Utilization:
  - Data Integration, Cost Accounting, Contract Analytics, Strategic Pricing
- Solution Insights:
  - Strategic Pricing Transparency Assessment
  - Cost Savings Opportunity Identification

**Professional Services:**

- Organizational transformation:
  - Using Costing Data to Drive Action
  - Cost Savings Program Assessment & Design





© Strata Decision Technology



