**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**COVERSHEET FOR EXHIBITS 3, 10, 11, 12, 13 TO VAIL HEALTH'S RESPONSE TO PLAINTIFFS' 37(B) MOTION #1 TO COMPEL COMPLIANCE WITH SPECIAL MASTER'S ORDERS RELATED TO HOWARD HEAD FINANCIALS (ECF NO. 436)**

1