# EXHIBIT 11

| | |
|---|---|
| **From:** | Alan Kildow <alkildow@aol.com> |
| **Sent:** | Monday, November 29, 2021 8:02 AM |
| **To:** | Stevenson, Shannon; Richards, Daniel; Roeder, Jackie |
| **Cc:** | 'sonya braunschweig' |
| **Subject:** | Sports Rehab Consulting, et al. v. Vail Health |

Counsel:

Plaintiffs intend to proceed with the following depositions. Pursuant to Local Rule 30.1, therefore, we will appreciate your input as to whether the dates below are acceptable to you:

**December 13:** Vail Health Rule 30(b)(6) deposition on the following topics:

- Medicare cost report and cost analysis:, which includes analysis of physical therapy direct and indirect costs
- Physical therapy coding, billing, invoicing, and facility v. non-facility (professional charges) billing
- Authentication of documents produced by Vail Health
- Process undertaken for searching for documents responsive to plaintiffs' discovery requests

**December 14:** BKD Rule 30(b)(6) deposition on the following topics

- Authentication of financial statements audited by BKD
- Medicare cost report and cost analysis, which includes physical therapy direct and indirect costs

**December 15:** Will Cook

**December 20:** T ed Sirotta

If you are going to continue to object to the deposition of Will Cook, please let us know immediately so we can bring a motion. We will be sending you a Rule 30(b)(6) notice for the Vail Health deposition. Please let us at your earlies convenience if these dates work for you and your clients.

Alan Kildow
970-390-6675

1