# EXHIBIT 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

## NOTICE OF RULE 30(b)(6) DEPOSITION TAKING OF VAIL HEALTH

---

**PLEASE TAKE NOTICE** that Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger shall take the Fed. R. Civ. P. 30(b)(6) deposition of Vail Health by and through its representative witness(es). The topics to be covered in the Rule 30(b)(6) deposition are set forth in the attached Schedule A.

The deposition shall take place by video conferencing on December 13, 2021, beginning at 9:30 a.m. and will continue until completed in the time allowed, or at another time mutually convenient for the parties. Due to COVID-19, the witness(es), all parties, and court reporter will be appearing at separate and remote locations with the deposition being recorded by stenographic means.

The court reporter for the deposition will be, unless otherwise indicated, Mile High Court Reporting, 14143 Denver West Parkway #100, Golden, Colorado 80401, telephone 303.202.0210. Mile High will contact the parties with instructions on how to participate in the video conference for the deposition.

| | |
|---|---|
| Dated: November 29, 2021 | *s/ Alan L. Kildow* <br> Alan L. Kildow, MN# 0143133 <br> 790 Potato Patch Drive <br> Vail, CO 81657 <br> Telephone: (970) 390-6675 <br> E-mail: alkildow@aol.com <br><br> Jesse Wiens, Colo. #33903 <br> Fahrenholtz & Wiens LLC <br> 100 West Beaver Creek Boulevard <br> Suite 236 <br> Avon, CO 81620 <br> Telephone: (970) 949-6500 <br> E-mail: fwlawyers@gmail.com <br><br> Sonya R. Braunschweig, MN# 0280292 <br> 5501 Irving Avenue South <br> Minneapolis, MN  55419 <br> Telephone:  (612) 819-2304 <br> E-mail: sonya.braunschweig@gmail.com <br><br> Counsel for Plaintiffs Sports Rehab Consulting and Lindsay Winninger |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 29, 2021, I served a true and correct copy of Plaintiffs' Rule 30(b)(6) Notice of Deposition Taking of Vail Health on the following:

  Janet Savage
  Jacqueline V. Roeder
  Shannon Wells Stevenson
  Daniel A. Richards
  Davis Graham & Stubbs LLP
  1550 17th Street, Suite 500
  Denver, CO 80202
  janet.savage@dgslaw.com
  jackie.roeder@dgslaw.com
  shannon.stevenson@dgslaw.com
  daniel.richards@dgslaw.com

  Counsel for Defendant Vail Clinic, Inc.


          *s/ Alan L. Kildow*
          Alan L. Kildow

# SCHEDULE A

1. **Definitions.** As used in this Rule 30(b)(6) Notice:

    (a)   "Relevant period" means from November 1, 2012 to the present.

    (b)   "Vail Health," "Vail Clinic, Inc.," or "Vail Clinic" means the hospital with its primary location at 180 South Frontage Road West, Vail, Colorado and all predecessors or affiliated entities, including Vail Health Services, Vail Valley Medical Center, Vail Health Foundation, the physical therapy clinic doing business under the name Howard Head Sports Medicine.

2. **Rule 30(b)(6) Topics.** Vail health is requested to testify on the following topics. The subject matter at issue is identified in bold.

    1. **Authentication of certain Vail Health documents** within the categories set forth below, copies of which will be provided to Vail Health one week prior to the deposition.

        - Audited financial statements from November 1, 2012 to the present.

        - Vail Health's Series 2015 Bond $100 million bond offering memorandum and exhibits relating to the renovation of its headquarters building.

        - Documents, data, and information related to Howard Head's revenues and costs, including salaries, wages, benefits, administration, billing, collection, accounting, real estate, equipment, depreciation, malpractice insurance, etc. for each fiscal year during the relevant time period.

        - Howard Head Sports Medicine financial statements and any other financial analyses, including income statements, for each fiscal year, all interim periods for which financial statements or other financial analyses were prepared or could be generated, such as quarterly, monthly, or any other interim period.

    2. **Vail Health's annual Medicare/Medicaid cost reports** submitted to the appropriate Medicare Administrative Contractor (the "MAC"), acting on behalf of the Centers for Medicare & Medicaid Services, Department of Health and Human Services ("CMS") pursuant to 42 C.F.R. § 413.20 ("Vail Health Medicare Cost Report"), for each fiscal year during the relevant time period. This information includes work papers created or relied upon for the preparation of the Medicare Cost Report for each year, including, but not limited to, such information as facility characteristics and costs such as salaries, wages, bonuses, benefits, administration, billing, collection,

2

        accounting, real estate, equipment, depreciation, malpractice insurance, and charges by cost centers (in total and for Medicare).

3. **Physical therapy coding, billing, invoicing, and facility v. non-facility (professional charges) billing for physical therapy services undertaken at Howard Head.**

4. **The process undertaken for searching for documents responsive to Plaintiffs' discovery requests**.

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

---

**AMENDED NOTICE OF RULE 30(b)(6) DEPOSITION TAKING OF BKD, LLP**

---

**PLEASE TAKE NOTICE** that under Fed. R. Civ. P. 30(b)(6), Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC shall take the deposition of BKD, LLP., by video conferencing on December 14, 2021 beginning at 9:30 a.m. MDT, or at a time mutually convenient for the parties, and will continue until completed in the time allowed. Due to COVID-19, the witness, all parties, and court reporter will be appearing at separate and remote locations with the deposition being recorded by stenographic means.

The court reporter for the deposition will be, unless otherwise indicated, Mile High Court Reporting, 14143 Denver West Parkway #100, Golden, Colorado 80401, telephone 303.202.0210.  Mile High will contact the parties with instructions on how to participate in the video conference for the deposition.

BKD is requested to designate one or more officers, directors, managing agents, employees, or other persons most knowledgeable to testify on its behalf about the topics in the attached Schedule A.  Additionally, Vail Health is requested to disclose the identity

of the designated individual(s) to Plaintiffs and the topics on which each person will testify at least seven (7) days before commencement of the deposition.

Dated: November 30, 2021        *s/ Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail:  alkildow@aol.com

Jesse Wiens, Colo. #33903
Fahrenholtz & Wiens LLC
100 West Beaver Creek Boulevard
Suite 236
Avon, CO 81620
Telephone: (970) 949-6500
E-mail:  fwlawyers@gmail.com

Sonya R. Braunschweig, MN#0290292
5501 Irving Avenue South
Minneapolis, MN  55419
Telephone:  (612) 819-2304
E-mail:  sonya.braunschweig@gmail.com

2

## SCHEDULE A

1. **Definitions.** As used in this Fed. R. Civ. P. 30(b)(6) Notice:

    (a) "Subpoenaed documents" mean the documents requested in the subpoena *duces tecum* contemporaneously served with this Notice of Deposition Taking.

    (b) "Howard Head Sports Medicine" and "Howard Head" means the physical therapy trade name or department of Vail Clinic, Inc. that provided physical therapy services during the relevant period and includes all in-patient and out-patient locations in Colorado.

    (c) "Physical therapy services" means documents related to in-patient and out-patient rehabilitation performed by Vail Health under the trade name Howard Head Sports Medicine during the relevant period.

    (d) "Relevant period" means from November 1, 2012 to the end of BKD's engagement by Vail Health.

    (e) "Vail Health," "Vail Clinic, Inc.," or "Vail Clinic" means the hospital with its primary location at 180 South Frontage Road West, Vail, Colorado and all predecessors or affiliated entities, including Vail Valley Medical Center, Vail Health Foundation, the physical therapy clinic doing business under the name Howard Head Sports Medicine, and all other locations.

    (f) "You" means BKD, LLP and all predecessors or affiliated entities, including all accountants who may have worked on matters for Vail Health.

2. **Rule 30(b)(6) Topics.** You are requested to testify on the following topics

    (a) Authentication of the subpoenaed documents.

    (b) The preparation of Vail Health's audited financial statements, including income statements and balance sheets, for each fiscal year during the relevant period, including the information you relied upon or considered.

    (c) The preparation of Vail Health's audited financial statements, during the relevant period, including the information you relied upon or considered.

    (d) Communications with Vail Health regarding the preparation of audited financial statements and tax returns for each fiscal year during the relevant period.

    (e) The preparation of any financial statements or analyses related to physical therapy services during the relevant period.

    (f) Communications with Vail Health regarding the preparation of any financial statements or analyses related to physical therapy services for each fiscal year during the relevant period.

3

4

(g) The preparation of Vail Health's Medicare/Medicaid cost reports for each fiscal year during the relevant period, including the information you relied upon or considered.

(h) The preparation of any Medicare/Medicaid cost reports related to physical therapy services for each fiscal year during the relevant period, including the information you relied upon or considered.

(i) Communications with Vail Health related to any Medicare/Medicaid cost reports for each fiscal year during the relevant period.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2021, I served a true and correct copy of Amended Notice of Deposition Taking of BKD, including Schedule A, via U.S. mail and e-mail on:

>Shannon Stevenson
>Janet A. Savage
>Jackie Roeder
>Daniel Richards
>Davis Graham & Stubbs LLP
>1550 17th Street, Suite 500
>Denver, CO  80202
>
>Counsel for Defendant

                                        *s/ Alan L. Kildow*
                                        Alan L. Kildow