# Exhibit 1

**Comparing Plaintiffs' Email Listing Fields Of Financial Data
With Plaintiffs' Motion To Compel #2, Exhibits 18-20[1]**

| **Plaintiffs' Email** [ECF No. 426-3 at 3] | **Haverford Statement** [Ex. 18, ECF No. 462-2 at VH_Fed02041] | **Howard Head Financial Rollup** [Ex. 19, ECF No. 462-2 at VH_Fed01420] | **Howard Head Financial Rollup** [Ex. 20, ECF No. 462-2 after VH_Fed04682] |
|---|---|---|---|
| Gross revenues (inpatient and outpatient)<br>Revenue deductions<br>Net patient revenue<br>Other miscellaneous revenue<br>Net operating revenue<br>Net patient revenue less provision for bad debt<br>Operating expenses by each category<ul><li>Salaries and wages by productive and nonproductive)</li><li>Employee benefits</li><li>Supplies and materials</li><li>Medical supplies</li><li>Pharmaceuticals</li><li>Oher supplies</li><li>Contracted services</li><li>Professional fees</li><li>Consulting fees</li><li>Advertising and marketing</li><li>Utilities</li><li>Rental lease costs</li><li>Other operating expenses</li><li>Purchased department functions</li><li>Repairs and maintenance</li><li>Depreciation</li><li>Insurance service</li><li>Other indirect allocations</li></ul>Total operating expenses<br>Net operating income<br>Nonoperating income (expense),<br>Total nonoperating income (expense)<br>Excess of revenues over expenses<br>Indirect expenses/allocation for such things as information services, health information management, patient financial services, insurance verification, human resources | Inpatient Services<br>Outpatient Services<br>GROSS PATIENT SERVICE REVENUE<br>NET PATIENT SERVICE REVENUE<br>NET PT REV LESS PROVISION FOR BAD DEBT<br>OTHER OPERATING REVENUE<br>Misellaneous<br>TOTAL OPERATING REVENUE<br>SALARIES AND BENEFITS<br>Productive<br>Non Productive<br>Total Salaries and Wages<br>Total Salaries, Wages & Benefits<br>NON LABOR EXPENSES<br>Professional Fees<br>Purchased Deparmental Functions<br>Purchased Dept Functions<br>Consulting Fees<br>Supplies and Materials<br>Medical Supplies<br>Pharmaceuticals<br>Other Supplies<br>Patient Chargeables<br>Repairs and Maintenance<br>Other Direct Expenses<br>Advertising & Marketing<br>Utilities<br>Other Operating<br>Rental Lease Costs<br>TOTAL OPERATING EXPENSE<br>HOSPITAL OPERATING GAIN(LOSS)<br>CONSOLIDATED OPERATING GAIN OR LOSS<br>NON OPERATING INCOME<br>Total Non Operating Income<br>EXCESS REVENUES OVER EXPENSES | Gross Patient Revenue<br>  Inpatient<br>  Outpatient<br>  Total Gross Patient Revenue<br>Revenue Deductions<br>  Total Revenue Deductions<br>Net Patient Revenue<br>    *Contractual Adjustments*<br>Other Revenue<br>  Other Revenue<br>Net Operating Revenue<br>Operating Expenses<br>  Salaries and Wages<br>  Employee Benefits<br>  Supplies<br>  Contracted Services and Insurance<br>  Repairs and Maintenance<br>  Depreciation<br>  Other (op)<br>  Indirect Allocations<br>  Total Operating Expenses<br>Net Operating Income<br>Non Operating Income (Expense)<br>  Other (non op)<br>  Total Non Operating Income (Expense)<br>Excess of Revenues Over Expenses<br>    *Percent Margin*<br><br>***See also*** **Assumptions:**<br>Indirect Allocation for Information Services, Health Information Management, Patient Financial Services and Insurance Verification allocated based on percent of patient net revenue, Human Resources allocated based on percent of benefits | Gross Patient Revenue<br>  Inpatient<br>  Outpatient<br>  Total Gross Patient Revenue<br>Revenue Deductions<br>  Total Revenue Deductions<br>Net Patient Revenue<br>Other Revenue<br>  Other Revenue<br>Net Operating Revenue<br>Operating Expenses<br>  Salaries and Wages<br>  Employee Benefits<br>  Supplies<br>  Contracted Services and Insurance<br>  Rent<br>  Repairs and Maintenance<br>  Depreciation<br>  Other (op)<br>  Indirect Allocations<br>  Total Operating Expenses<br>Net Operating Income<br>Non Operating Income (Expense)<br>  Other (non op)<br>  Total Non Operating Income (Expense)<br>Excess of Revenues Over Expenses<br><br>***See also*** **Assumptions:**<br>Indirect Allocation for Information Services, Health Information Management, Patient Financial Services and Insurance Verification allocated based on percent of patient net revenue, Human Resources allocated based on percent of benefits |

---

[1] Exhibits are attached to ECF No. 462-2, which is the email identifying the list of Howard Head source data that Plaintiffs sought in Motion to Compel #2. There is nothing unique about the categories identified above. Vail Health's publicly-available income statement (unaudited) confirms this. *See* Vail Health Income Statement for period ending July 21, 2021, available at https://emma.msrb.org/P21493731-P21156777-P21571090.pdf.