# Exhibit 1

| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: April 21, 2021<br>CASE NUMBER: 2021SA87 |
| Original Proceeding<br>District Court, Eagle County, 2017CV30102 | |
| **In Re:**<br><br>**Plaintiffs:**<br><br>Lindsay Winninger, an individual and Sports Rehab Consulting LLC, a Colorado limited liability company,<br><br>**v.**<br><br>**Defendants:**<br><br>Doris Kirchner, an individual and Vail Clinic, Inc. d/b/a Vail Valley Medical Center, a Colorado nonprofit corporation,<br><br>**3rd Party Defendant:**<br><br>David J. Cimino, an individual. | Supreme Court Case No:<br>2021SA87 |
| ORDER OF COURT | |

Upon consideration of the "Respondent's Motion to Limit Access to Certain Exhibits to their Response to Rule to Show Cause pursuant to District Court's Protective Order" and the "Opposition to Respondents' Motion to Limit Access to Certain Exhibits to their Response to Show Cause pursuant to District Court's Protective Order" and now being sufficiently advised in the premises, the Court ORDERS the following:

The Court DENIES Respondents' request to limit public access to Exhibits B, D, E, G, I, L, M, and N. Effective immediately, these documents are publicly available.

The Court GRANTS Respondents leave to FILE REDACTED VERSIONS of the following Exhibits to their Response to Show Cause as directed below:

- <u>Exhibit O</u> (Excerpts from Cimino Deposition): Redact client names appearing on pages 75–78.

- <u>Exhibit P</u> (Text Excerpts): Redact client names only.

- <u>Exhibit R</u> (Bernard Declaration): Redact patient names appearing on attachment to declaration.

Respondents have up to and including April 28, 2021 in which to submit redacted versions of Exhibits O, P, and R, which must be publicly filed and will be publicly available. If redacted versions of Exhibits O, P and R are not submitted, these three exhibits filed on April 13, 2021 will be STRICKEN.

BY THE COURT, APRIL 21, 2021.

DATE FILED: April 13, 2021 5:16 PM
FILING ID: 4D9C7AFD699B0
CASE NUMBER: 2021SA87

# EXHIBIT N

# SUPPRESSED



**Vail Valley Medical Center**

*Extraordinary people. Extraordinary care.*

08/2012

<u>Confidential</u>

RE: Offer of Employment

Dear David,

This letter will serve to summarize an offer from Vail Valley Medical Center ("the Medical Center") to join us as a Physical Therapist (PT) at Howard Head. The effective date of your employment is November 1, 2012. Your initial responsibilities are detailed in the job description that will be established on or before your start date. In addition to those specific duties, you will be participating in a variety of staff functions related to the many activities currently undertaken or being considered by the Medical Center. I know that you will find the Medical Center a great place to work and one that will be both personally fulfilling as well as professionally challenging. Even more importantly, I know that your skills and experience will be a terrific asset for our organization.

The Medical Center's hours of operation are Monday through Friday 8:00 am to 5:00 pm. Since we are a Medical Center and operate 24 hours 7 day a week, your work schedule may vary by department. There may be times when staff is expected to work weekends and and/or additional hours based on business need. Please note that time away from work should be scheduled through your manager in advance of the absence and according to the Medical Center's policy and paid time-off (PTO) usage.

Outlined below are key elements of our offer.

1. <u>Compensation</u>

Your annual rate of pay is $75,000.00. You will be paid on a bi-weekly basis. Annual salary reviews may be effective November of each year, consistent with that performed for the entire administrative staff at the end of the fiscal year. You may be eligible for a salary adjustment at that time.

You will receive a sign on bonus in the amount of $5,000.00. You will be asked to sign a promissory note in which you agree to repay these amounts in full if you leave voluntarily within one year of the commencement of your employment. As part of that promissory note, you will also agree that the Medical Center can deduct those amounts from your paychecks.

CONFIDENTIAL

VAIL_00001847



2. <u>Health Insurance and Other Benefits</u>

The standard health, major medical, dental, vision, life, worker's compensation, disability, PTO, retirement and other benefits the hospital makes available to its employees will be provided, as detailed in our employee handbook. The Medical Center will honor years of services attained under the employment of ProAxis Therapy. From time to time, the Medical Center may change its benefits.

Parking is allotted at Lionshead or another available parking structure until the Medical Center has availability for parking.

In addition, the Medical Center will provide for an educational reimbursement to be used for CEU, licenses, dues, fees up to $5000 per fiscal year. You will be required to provide receipts/canceled checks as part of the Medical Center's reimbursement policy.

3. <u>Employment at Will</u>

By signing below, you agree that you are an employee at will and just as you are free to terminate your employment at any time for any reason, the Medical Center is also free to terminate your employment at any time, with or without notice or cause or for any reason or no reason at all.

4. <u>Policies and Procedures.</u>

You agree to comply with all policies and procedures of the Medical Center.

5. <u>Confidential Information</u>

During the course of your employment, you shall obtain and have access to information or knowledge concerning the Medical Center's finances, strategic plans, long-range plans, marketing, systems of operation and other proprietary data and information unique to the Medical Center's operation. You shall maintain confidentiality with respect to such information that you receive during the course of your employment and not disclose any such information. You shall not, either during the term of employment or thereafter, use or permit the use of any information in connection with any activity or business other than the business of the Medical Center and shall not divulge such information to any person, firm or corporation whatsoever, except as may be necessary in the performance of your duties hereunder or as may be required by law or legal process.

6. <u>Non Solicitation</u>

During the term of your employment and for a period of one year thereafter, you shall not hire, offer to hire (or participate in the hiring or offer to hire of) any officer or employee of the Medical Center or directly or indirectly, solicit, divert or take away or attempt to solicit, divert or take away any business the Medical Center has enjoyed or solicited prior to the date hereof or at any time during your employment with the Medical Center. This

CONFIDENTIAL
VAIL_00001848

provision, however, shall not be construed to require Employee to violate any law forbidding anti-competitive practices or any law regarding anti-trust.

7. <u>Background check</u>

Please understand that this offer and your continuing employment are contingent on your successful completion of a background check.

Finally, I want to emphasize how excited we are about the prospect of your joining us as an employee of the Medical Center. I look forward to working with you and am certain I can speak for the entire team in saying that we will provide our full support to making your transition and the successful accomplishment of your responsibilities as smooth as possible. Please let us know how we can be of assistance in your transition. We look forward to your arrival.

If you are in agreement with this proposal, please sign this offer letter and return to me by close of business, Monday, August 13, 2012.

Sincerely,

*[signature]*

Jaime K. Paulus
Employment Manager


I accept the terms of this agreement.

*[signature]* DPT CKS
David Cimino, PT

CONFIDENTIAL

VAIL_00001849