**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado Limited Liability Company, and
LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

**DEFENDANT VAIL HEALTH'S NOTICE OF FILING RESTRICTED
DOCUMENTS**

---

Pursuant to the Court's Opinion and Order Granting in Part and Denying in Part Motions

to Restrict Access and Denying Motions to Strike and for Sanctions (Doc. 445) ("Order"),

Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files concurrently herewith

redacted versions of Document 278 and Document 295-1, as separate docket entries.  This is in

response to the Order, which granted Vail Health's motion seeking to place those documents,

among others, under filing restrictions (Doc. 331).  Document 278 is Vail Health's Partial

Appeal of Special Master's January 18, 2022 Report to the Court, and Document 295-1 is

Plaintiff's Response to Vail Health's Partial Appeal of Special Master's January 18, 2022 Report

to the Court.

- 2 -

Dated:  February 24, 2023

*s/ Daniel A. Richards*

Shannon Wells Stevenson
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  shannon.stevenson@dgslaw.com
        janet.savage@dgslaw.com
        jackie.roeder@dgslaw.com
        daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC.,
d/b/a VAIL HEALTH, a Colorado nonprofit
corporation.*