**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

**MOTION TO WITHDRAW JANET A. SAVAGE
AS COUNSEL OF RECORD**

Pursuant to D.C.COLO.LAttyR 5(b), Janet A. Savage respectfully moves this Court to permit her withdrawal as counsel for Defendant Vail Clinic, Inc. d/b/a Vail Health ("Vail Health").

This motion is supported by good cause as follows:

1. Effective January 1, 2023, Janet A. Savage retired from the partnership of Davis Graham & Stubbs LLP.  While Ms. Savage remains Senior of Counsel at Davis Graham & Stubbs LLP, Ms. Savage plans to substantially reduce her caseload and does not intend to remain actively involved in litigating this case.

2. Vail Health will continue to be represented in this case by attorneys of Davis Graham & Stubbs LLP who have entered an appearance, currently Jacqueline V. Roeder and Daniel A. Richards, who are both Partners at Davis Graham & Stubbs LLP.

3. Vail Health has been notified of Ms. Savage's intention to withdraw and consents to her withdrawal.

4. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral with opposing counsel is not required on a motion to withdraw as counsel under D.C.COLO.LAttyR 5(b).

A copy of this motion is being served on Vail Health and all counsel of record.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting Janet A. Savage to withdraw as counsel of record for Vail Health and removing her from all service lists pertaining to this action.

Respectfully submitted this 27th day of February, 2023.

*s/ Janet A. Savage*
Janet A. Savage
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  janet.savage@dgslaw.com
         jackie.roeder@dgslaw.com
         daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*