**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**VAIL HEALTH'S MOTION FOR 7-DAY**
**EXTENSION OF TIME TO APPEAL COURT ORDER**

---

Pursuant to Fed. R. Civ. P. 6(b) and D.C.Colo.LCivR 6.1(b), Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files this Motion for 7-Day Extension of the Time to Appeal the Court's Opinion and Order Granting in Part and Denying in Part Motions to Restrict Access and Denying Motions to Strike and for Sanctions ("Order") (Dkt. 445), seeking a 7-day extension, to and including March 10, 2023 to file an appeal, if any, of the Order. In support of this Motion, Vail Health states as follows:

*Statement of Conferral*: Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Vail Health conferred with Plaintiffs' counsel. Plaintiffs' position is described in the email attached as Exhibit A.

1. The Order required public disclosure of certain documents that Vail Health sought to maintain under Level 1 filing restrictions, including the lengthy expert reports of both parties and confidential financial information of Vail Health.

2. The deadline to obtain further review of the Order is currently March 3, 2023. (Doc. 445.)

3. Vail Health has not previously requested an extension of this deadline.

4.      Good cause exists for this short 7-day extension of the deadline to appeal the Order.  Former lead counsel for Vail Health, Ms. Stevenson, recently accepted an appointment to serve as Solicitor General of the State of Colorado and, as a result, withdrew her representation in this matter.  (Dkt. 449).  Remaining counsel of record for Vail Health have had inadequate time to determine whether to seek additional review of the Order, and to confer with their client regarding the same, due to personal and professional conflicts.  Mr. Richards was on vacation from February 17 (the date the Order issued) to February 22, and Ms. Roeder was in a multi-week jury trial from February 6 to February 23.

5.      No party will be prejudiced by the brief extension of the deadline to file an appeal, if any, with respect to the Order.  Trial in this matter, if any, has not yet been scheduled.

For the foregoing reasons, Vail Health respectfully requests that the Court extend the deadline to seek review of the Order by 7 days to and including March 10, 2023.  Vail Health further requests that the documents that are the subject of the Order be maintained under Level 1 filing restrictions through at least March 10, 2023.

Dated March 2, 2023

      *s/ Daniel A. Richards*
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*

2