# EXHIBIT A

**Kokesh, Molly**

| | |
|---|---|
| **From:** | alkildow@aol.com |
| **Sent:** | Thursday, March 2, 2023 8:22 AM |
| **To:** | Richards, Daniel |
| **Cc:** | Roeder, Jackie; sonya braunschweig; Alan Kildow |
| **Subject:** | Conferral re MTR Appeal Extension |

Mr. Richards:

You have known about the order for some time now, yet you apparently have done little to either arrange for an extension (again waiting until the last minute, which is your usual tactic) or file an appeal within the time prescribed by the rule.  It is difficult to believe that you have waited until this late date to discuss the order with your client which, if true, does not speak of a very high standard of legal practice.  Any excuse concerning Ms. Stephenson is equally feeble given that her resignation was announced over a month ago on the firm's website, thus leaving you with sufficient time to undertake the work yourself or find other lawyers from your firm to assist you with the writing.  It is also an unavailing excuse--from our perspective--that you chose to take a vacation knowing when any appeal would be due and that your partners would not be available to assist you with its filing.  And finally, you have characterized your email below as a "conferral," which it obviously is not.  You have, again, failed to heed the repeated admonitions and orders of Magistrate Judge Gallagher and Special Master Ruckriegle regarding what constitutes a conferral.

So let's schedule a meet & confer conference by telephone for this afternoon when we can discuss the issue in greater detail so Plaintiffs can determine whether they will oppose or agree to some type of extension.  In that conference, be prepared to explain which portions of the order Vail Health intends to appeal.  We will be available after 2:00 MST.  In the meantime, if you file a motion for an extension in the absence of a meet & confer, do not represent that one has occurred (it has not) or suggest  that Plaintiffs agree or disagree with an extension (because we have not made any such determination as of yet).

Alan Kildow
970-390-6675

-----Original Message-----
From: Richards, Daniel <Daniel.Richards@dgslaw.com>
Sent: Wednesday, March 1, 2023 4:40 PM
To: Alan Kildow <alkildow@aol.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
Cc: Roeder, Jackie <Jackie.Roeder@dgslaw.com>
Subject: Conferral re MTR Appeal Extension

Counsel:

Vail Health plans to file a motion for a 7 day extension of the deadline for Vail Health to appeal Judge Gallagher's recent order on Vail Health's motions to restrict, from 3/3 to 3/10.  We require additional time to confer with our client regarding which portions of the order we may appeal, if any.  This additional time is necessary in light of Ms. Stevenson's departure, the fact that I was on vacation from 2/17-2/22, and the fact that Ms. Roeder had a multi-week trial that ended 2/23.

Please let us know if we may represent that Plaintiffs do not oppose.

Daniel A. Richards

1

Davis Graham & Stubbs LLP
_____

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.