IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**VAIL HEALTH'S <u>UNOPPOSED</u> MOTION FOR 14-DAY EXTENSION OF TIME TO APPEAL AND 30-DAY EXTENSION OF TIME TO COMPLY WITH DISCOVERY ORDER**

---

Pursuant to Fed. R. Civ. P. 6(b) and D.C.Colo.LCivR 6.1(b), Defendant Vail Clinic, Inc., d/b/a Vail Health ("Vail Health") files this Unopposed Motion for a 14-Day Extension of Time to Appeal and 30-Day Extension of Time to Comply with the Court's Opinion and Order Overruling Objections to Special Master's Reports and Adopting Reports (Dkt. 457) ("Order"). Vail Health requests a 14-day extension, to and including April 10, 2023, to file an appeal, if any, of the Order, and a 30-day extension, to and including April 26, 2023, to produce the items directed by the Order.

In support of this Motion, Vail Health states as follows:

*Statement of Conferral*:  Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Vail Health conferred with Plaintiffs' counsel.  Plaintiffs <u>do not oppose</u> the relief requested in this motion.

    1.    The Order ruled on five Objections to the Special Master's Reports (Dkts. 367, 386, 387, 408, 414), which addressed five Reports issued by the Special Master between July 2022 and October 2022 (Dkts. 362, 381, 382, 383, 398).

    2.    The Order adopted the Special Master's Reports and overruled the parties' Objections thereto.  (Dkt. 457 at 29.)

3. The Order compels Vail Health to produce additional documents and information, including, for example, data for Howard Head locations outside Plaintiffs' alleged Vail Valley market and information Vail Health claimed as privileged.

4. The deadlines for Vail Health to obtain further review of the Order and to produce the items directed by the Special Master are both currently March 27, 2023.  (Dkt. 457 at 29-30.)

5. Good cause exists for a 14-day extension of the deadline to file an appeal (if any) regarding the Order and a 30-day extension of the deadline to comply with the Order. Considering the complex procedural history and breadth of the Order and the information it requires Vail Health to produce, Vail Health requires additional time to determine whether to file an appeal, if any, with respect to the Order.

6. Regardless of whether Vail Health appeals the Order, the Order requires Vail Health to produce documents and information that have not previously been collected and that reside with various people and document systems within the Vail Health organization.  The 14-day period provided by the Order does not afford Vail Health sufficient time to analyze the scope of the Order, determine the information to be collected and feasible methods for collecting it, and then to review and produce it.  Thus, Vail Health requests a 30-day extension of that deadline. The effort required to collect, review, and produce the information may be significant.  Vail Health may seek leave for additional time to comply with certain aspects of the Order, if necessary.

7. Vail Health has not previously requested an extension of this deadline.

8.       No party will be prejudiced by the extension of the deadline to file an appeal, if any, with respect to the Order.  Nor will any party be prejudiced by the extension of the deadline to produce items directed by the Order.  Trial in this matter, if any, has not yet been scheduled.

9.       Pursuant to D.C.COLO.LCivR 6.1(c), this motion will be contemporaneously served on Vail Health.

For the foregoing reasons, Vail Health respectfully requests that the Court extend by (1) 14 days, to and including April 10, 2023, the deadline to seek review (if any) of the Order and (2) 30 days, to and including April 26, 2023, the deadline to produce items directed by the Order.

Dated: March 22, 2023

    *s/ Daniel A. Richards*
Jacqueline V. Roeder
Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation*