# Exhibit 1

*SRC v. Vail Health*
Proposed Search Terms—4/12/2023

| Actual or Potential Counterparty | Search Term |
| --- | --- |
| Aspen Sports Medicine | ("Aspen Sports Medicine" OR ASM) AND ("Howard Head" OR HH OR PT OR "physical therapy") |
| Aspen Valley Hospital | ("Aspen Valley Hospital" OR AVH) AND ("Howard Head" OR HH OR PT OR "physical therapy") |
| Avalanche Physical Therapy | Avalanche AND ("Howard Head" OR HH OR PT OR "physical therapy") |
| Basalt Orthopedic Surgery Center, LLC (Therapy Services Agreement) | Basalt AND "Therapy Services Agreement" |
| Basalt Orthopedic Surgery Center, LLC (lease) | Basalt AND lease AND ("Howard Head" OR HH OR PT OR "physical therapy") |
| Dillon Orthopedic Surgery Center, LLC (Therapy Services Agreement) | Dillon AND "Therapy Services Agreement" |
| Dillon Orthopedic Surgery Center, LLC (lease) | Dillon AND lease AND ("Howard Head" OR HH OR PT OR "physical therapy") |