# Exhibit 2

*SRC v. Vail Health*
**Proposed Search Terms re Additional Ordered Searches Outside Alleged Vail Valley Market**
**Plaintiffs' Response:** Plaintiffs received this revised list of search terms 15 minutes before our April 20, 2023 conferral. A similar thing occurred on April 12, when we received Vail Health's search term list an hour before the call. While this list is an improvement over the last one, there are still several gaps and modifications that Plaintiffs contend need to be addressed. Plaintiffs did discuss certain redlined issues with Vail Health over the call, some of which Vail Health appeared to agree it would include.

| | Search Term |
|---|---|
| Aspen Sports Medicine (Plaintiffs understand this to fall with last category of competitors) | ("Aspen Sports ~~Medicine~~" OR ASM) AND ("Howard Head" OR HH OR HHSM OR PT OR "physical therapy") <br><br> Plaintiffs explained that "Aspen Sports Medicine" as one phrase was overly restrictive. Plaintiffs proposed "Aspen" given the qualifier after the "AND," which would only pull in Howard Head or physical therapy. Plaintiffs also proposed "HH*" or "HHSM" so as to capture the acronym for Howard Head Sports Medicine, which Vail Health appeared to agree it would include. Plaintiffs also have reservations about the use of "physical therapy" rather than "therapy," and thus reserve the right to seek that term removed depending on the search ultimately agreed to and the actual production of documents. |
| Aspen Valley Hospital (same as above) | ("Aspen Valley ~~Hospital~~" OR AVH) AND ("Howard Head" OR HH OR HHSM OR PT OR "physical therapy") <br><br> Same as above. Plaintiffs also noted that the search does not capture if anyone discussed used "Aspen hospital." One way to structure these two searches as it relates to "Aspen" would be (Aspen w/10 sports OR medicine OR valley OR hospital), along with the acronyms identified as "AVH" and "ASM." |
| Avalanche Physical Therapy (same as above) | Avalanche AND ("Howard Head" OR HH OR HHSM OR PT OR "physical therapy") <br> Same as above. |
| Physical Therapy Aspects of Basalt Surgery Center | Basalt AND ("Howard Head" OR HH OR PT OR "physical therapy") <br><br> Plaintiffs contend that this search does not comply with the March 13, 2023 Order and Special Master Order #1-4. It is limited to a specific location where a new facility was built and does not capture the other 17 locations that Vail Health, Steadman, etc. contemplated. Vail Health has also stated that it will not produce any documents that would be responsive to Plaintiffs' RFP #2 and 4, relating to costs, prices, revenues, financial statements, projections, forecasts, or valuations related to Dillon, Basalt, or other locations outside the Vail Valley (except for the limited materials previously produced). Plaintiffs explained that in response to RFP #2 and 4, Vail Health stated that it "will produce financial statements, projections, land financial analyses for Howard Head Sports Medicine created after December 2015 to the extent that they exist." The March 13, 2023 Order confirms that Vail Health is obligated to produce documents outside the Vail Valley, and because Vail Health did not object or limit these two requests, it is obligated to supplement under Fed. R. Civ. P. 26(e) because its production was incomplete and incorrect. Supplementation is required in such situations regardless of whether the discovery period is closed or not. |

| | |
|---|---|
| Physical Therapy Aspects of Dillon Surgery Center | Dillon AND ("Howard Head" OR HH OR PT OR "physical therapy")<br><br>Same as above. |
| Involvement of Hammes, Percival, or Remedy in Physical Therapy Aspects of Dillon / Basalt Surgery Center | ("Howard Head" OR HH OR HHSM OR "physical therapy" OR PT) AND (*Hammes* OR *Percival* OR *Remedy*) AND (Dillon OR Basalt)<br><br>Plaintiffs explained "HHSM" in the first category above.  As to "physical therapy," Hammes often used the term "therapy," and so the restriction to "physical therapy" is overly restrictive.  Plaintiffs also stated that an asterisk needs to be used with the consultant names so that responsive documents are captured by way of the email address.  Vail Health indicated that it was respective to including "HHSM" and the asterisk.  As to Dillon and Basalt, Plaintiffs explained that the terms did not capture the geographic areas noted by the Special Master and Magistrate Judge Orders.  Additionally, Plaintiffs previously explained that if Vail Health was willing to strike all other locations from Dr. Noether's report related to the relevant geographic market, then Plaintiffs would agree to Dillon and Basalt.  Vail Health would not agree to do so, and thus the Orders make it clear that Plaintiffs "are entitled to discovery that is reasonably calculated to allow them to test the contours of the market that Dr. Noether has identified," [ECF No. 457 at 8], which as the Special Master noted, extended east through Denver and west past Rifle, including Glenwood Springs, Breckenridge, Frisco, Dillon, and Silverthorne.  [ECF No. 362 at 4, 6]  And so data and documents for those locations in Summit, Garfield, and Basalt are relevant, and include any other hospitals that Dr. Noether refers to in her report.  [*Id.* at 3-4.]  Vail Health's answer to Interrogatory No. 9 also included Glenwood Springs and the Frisco/Dillon/ Silverthorne areas…."  [*Id.* at 4.]  At the conferral on April 20, Vail Health stated that locations other than Dillon and Basalt were not relevant and not proportional.  That ship has already sailed.  Both the Special Master and the Magistrate Judge rejected that argument.  *See* ECF No. 457 at 9 ("Nor does Vail Health meaningfully contend that the discovery directed by the Special Master is overly burdensome or otherwise disproportionate to **the *importance* of the question of the appropriate geographic market**."). |
| Howard Head Competitors in Basalt, and Summit and Garfield Counties | ("Howard Head" OR HH OR HHSM OR "physical therapy" OR PT) AND (Avalanche OR Axis OR "Glenwood Medical Associates" OR GMA OR "Breckenridge PT" OR "Breck PT") OR "Breckenridge physical therapy" OR "concierge PT" OR "concierge physical therapy" OR "Panorama physical therapy" OR "Panorama PT" OR "Valley View PT" OR "Valley View physical therapy" OR VVH)<br><br>Plaintiffs questioned the restrictive nature of including "physical therapy" and "PT" with most of the entities' names, as common sense would dictate that parties discussing a particular company would reference them in shorthand terms, such as Panorama, or Valley View.  Plaintiffs suggested that the entity name could be used within a certain number of words, such as (Breck Or Breckrenridge or concierge or Panorama or "Valley View" w/15 "physical therapy OR PT).  Vail Health indicated that it would get back to Plaintiffs |

| | |
|---|---|
| | regarding that issue.  Plaintiffs also requested that "Breck*" be used to capture documents that use "Breck PT."  Instead, Vail Health stated it would agree to include "Breck PT" as a search term.  Vail Health also stated that Plaintiffs could identify additional physical therapy operators in Basalt, Summit, and Garfield counties to possibly be included.  Plaintiffs will get back to Vail Health shortly as to that issue, but one other competitor that was identified by Vail Health was "Summit Chiro*".  Additionally, Panorama is referred to as "Panorama Summit," which has not been included either. |
| **Geographic Market** | Vail Health has not included a search to capture the geographic market issues as outlined in the March 13, 2023 Order and Special Master Orders #1-4.  Plaintiffs have previously proposed such a search and include that search here, although modified slightly:<br><br>("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*market* OR expansion OR geograph*) AND (Summit OR Garfield OR Pitkin OR Basalt OR Willits OR Aspen OR Frisco OR Basecamp OR Breckenridge OR Silverthorne OR Dillon OR Glenwood OR Rifle) |
| **Howard Head Financial Information** | *See* Plaintiffs' Response to Basalt and Howard Head above related to RFP #2 and 4.  Plaintiffs have previously proposed searches related to financial information and patient charges as requested in RFP #2 and 4, which is provided again here with some slight modifications.  The search below is similar to the one above but it focuses instead on financial data and information outside the Vail Valley.  Plaintiffs have included many of the same search terms that Vail Health represented it used to search for documents responsive to RFP #2 and 4 related to the Vail Valley.  The following specific terms used by Vail Health are included in the search below:  cost*, price*, revenue*, financ*, projection*, forecast*, valuation.*<br><br>("Howard Head" OR HH OR HHSM OR therapy or PT) AND (Summit OR Garfield OR Pitkin OR Basalt OR Willits OR Aspen OR Frisco OR Basecamp OR Breckenridge OR Silverthorne OR Dillon OR Glenwood OR Rifle) AND ("finance* OR price* OR revenue* OR cost* OR projection* OR forecast* OR valuation OR "income statement" OR expense OR overhead OR "operat* margin*" OR "contribution margin*") |
| **Combinations with Steadman and VSO** | RFP #7 and 8 seeks documents related to proposed and consummated joint ventures, mergers, or other combinations between Vail Health and (1) Steadman; or (2) VSO relating in any way to providing physical therapy services.  Vail Health has not proposed any search to capture these documents, instead claiming that they would be captured by the search related to Dillon and Basalt.  Plaintiffs specifically asked whether there were any restrictive covenants or other terms in any of the leases with these entities that address physical therapy.  Vail Health's counsel could not say and stated that they would follow up |

| | |
|---|---|
| | with their client about this issue, which is surprising because this has been an issue for over two years.  In any event, Plaintiffs repeatedly proposed a search to capture these documents, which has been modified slightly:<br><br>("Howard Head" OR HH OR HHSM OR therapy or PT) AND (Summit OR Garfield OR Pitkin OR Basalt OR Willits OR Aspen OR Frisco OR Basecamp OR Breckenridge OR Silverthorne OR Dillon OR Glenwood OR Rifle) AND (*Steadman* OR TSC OR "Vail Summit" OR *VSO*) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR agreement OR contract OR lease)<br><br>The search terms referenced above, such as partner*, *align*, etc. are common terms that both Vail Health and Steadman have used regarding their relationship. |
| **Plaintiffs' reservation** | It would have been helpful to have Vail Health's revised list of searches yesterday, instead of 15 minutes before the call.  It is clear that Vail Health had some of this information available as you stated that searches had already been started using the revised competitor search.  Given that this is an iterative process, Plaintiffs reserve the right to further modify these searches and reconsider their position.  This process can only work if Vail Health discloses the number of documents identified and provides examples of responsive and nonresponsive documents so that Plaintiffs can suggest and agree to modifications to the searches.  To date, Vail Health has not agreed to this process. |

**CUSTODIANS**

During our call today, Vail Health confirmed that it would not produce ESI for Michael Shannon or Harold Dupper, the two additional custodians requested by Plaintiffs.  Plaintiffs have repeatedly asked whether Vail Health has reviewed Michael Shannon's emails and texts, and in each of those instances, Mr. Richards and Ms. Roeder refused to provide any answer.  When Plaintiffs asked again today whether Vail Health had obtained and reviewed Michael Shannon's emails and texts, Mr. Richards responded for the first time that "Vail Health does not have custody or control of Mr. Shannon's emails or texts."

Additionally, Plaintiffs previously requested that Vail Health produce the text messages of the four custodians, Doris Kirchner, Will Cook, Nico Brown, and Mary Ellen Broersma.  To date, Vail Health still has not confirmed whether it has the texts or that it will produce the texts of these individuals, despite Ms. Kirchner stating she had conducted a self-review and turned over her texts to Davis Graham.