# EXHIBIT A

# DAVIS GRAHAM & STUBBS

Daniel Richards
303.892.7452
daniel.richards@dgslaw.com

November 10, 2021

**Via Email**

Alan L. Kildow
790 Potato Patch Drive
Vail, CO 81657
alkildow@aol.com

Sonya R. Braunschweig
5501 Irving Avenue South
Minneapolis, MN 55419
sonya.braunschweig@gmail.com

Re:    Sports Rehab Consulting LLC and Lindsay Winninger v. Vail Clinic Inc., d/b/a Vail Health, Civil Action No. 1:19-cv-02075-WJM-GPG

Counsel:

This letter responds to Plaintiffs' request that Vail Clinic, Inc. ("Vail Health") summarize the measures it has taken to search for documents responsive to Plaintiffs' discovery requests in *Sports Rehab Consulting LLC and Lindsay Winninger v. Vail Clinic, Inc.*, No. 1:19-cv-2075 (D. Colo.) ("Federal Case").

As a preliminary matter, Vail Health notes that Plaintiffs did not raise the issue of search terms in a timely manner in the Federal Case. Judge Gallagher issued the discovery scheduling order on October 9, 2020. (Dkt. 71.) However, Plaintiffs waited more than a year to inquire regarding what search terms Vail Health had used to search for responsive documents in the Federal Case. Plaintiffs' delay has created a situation where any additional searches performed would extend discovery well beyond the November 1, 2021 fact discovery deadline.

## I.     State Case Discovery

As you know, the litigation Plaintiffs brought against Vail Health has been pending for more than four and a half years, and discovery has been ongoing for nearly as long. Plaintiffs filed their complaint in the related state case (No. 2017CV30102, Dist. Ct., Eagle County) ("State Case") in April 2017. Since that time, Vail Health and its counsel have spent thousands of hours searching for and reviewing documents in connection with the State Case and this case.

Parties and non-parties in the State Case have produced more than 70,000 pages of documents. Vail Health will not attempt to summarize in this letter the years of document collection, searches, and

Alan L. Kildow
Sonya R. Braunschweig
November 10, 2021
Page 2

review by Vail Health, forensic examination, and third-party discovery that led to the production of such a large volume of discovery in the State Case. However, many of the documents produced in the State Case, to which Plaintiffs have had access for years, relate to Plaintiffs' allegations in the Federal Case. For example, via the State Case, Plaintiffs have had access to:

- Documents regarding the contemplated joint venture agreement between Vail Health and The Steadman Clinic (*e.g.*, VAILJV000001-198, VAIL_00003482-3569);
- The office lease between Vail Health and Steadman (VAIL_00001965) and the First Amendment to Office Lease (VAIL_00002043);
- Examples of Howard Head offer letters, employee handbooks, and employment policies (*e.g.*, VAIL_00000625, VAIL_00003219, VAIL_00003407, VAIL_00003405);
- Documents related to the termination of the Physical Therapy Services Agreement between Vail Health and RPC-Vail (*e.g.*, VAIL_00003418-3473, VAIL_00024658-24662, VAIL_00024675-24680, VAIL_00048825-48832);
- Documents and information regarding Vail Health's self-pay system, including adjustment forms and invoices containing pricing information (*see, e.g.*, PNY_VVM003-009897, -011688, -011690, -012244, -009891);
- Communications regarding the allegedly defamatory statements by Vail Health, which Judge Granger recently found were substantially true, resulting in dismissal of all of Plaintiffs' claims against Vail Health (*see* 11/4/2021 Order Granting Defendants' Motion for Summary Judgment).

In addition to the many searches for responsive documents Vail Health performed in the State Case, Vail Health performed searches specifically requested *by Plaintiffs*. For example, in 2018 (a) Plaintiffs requested that Vail Health search custodians' emails using the terms "Cimino," "Lindsay," "LW," "Sports Rehab," "SRC," and "Winninger," and (b) Vail Health ran those search terms against the email files of the following **twenty-four** custodians: Doris Kirchner; Nicholas Brown; Luke O'Brien; Rick Smith; Margie Lim Morison; Darrell Messersmith; Ryan Kolczak; Tanya Rippeth; Mary Crumbaker; Cherie Chavez; Zach Smith; Gretchen Ebbeson; Kathleen Gwinn; Matt Mymern; Meghan Gallegos; Jenna Jones; Erin Schmitt; Ana Robinson; Brooke Delvecchio; Melissa Strzelinski; Kelly Platt; Laurie Griffin; Thomas Olson; and Dirk Kokmeyer.

## II.   Federal Case Discovery

As Plaintiffs' know, the Court's Scheduling Order in this matter provided that "the parties have agreed that discovery conducted in the State Court Action may be used in this matter . . . ." (Dkt. 71 ¶ 6(f).) Thus, from the outset of this litigation, Plaintiffs have had access to extensive discovery from the State Case.

However, Vail Health did not merely rely on discovery produced in the State Case. In the Federal Case, Vail Health has produced more than 6,900 pages of documents (VAIL_Fed_00000001 - VH_Fed_00006971). Moreover, the bates numbers of Vail Health's production substantially understate the volume of information produced because Vail Health has produced more than 200 Excel files in native format, each of which is reflected by a single bates number.

Alan L. Kildow
Sonya R. Braunschweig
November 10, 2021
Page 3

In addition to the search terms identified below, Vail Health collected multiple categories of documents without relying on search terms.  These categories of documents include, but are not limited to:

- Spreadsheets containing more than 1 million rows of encounter-level data regarding physical therapy services provided by Vail Health in the alleged Vail Valley market, which include patient zip codes and the amount Vail Health was reimbursed for every private payer transaction from FY2014-September 2021;
- Monthly Howard Head financial data, including Unique FIN, Charge, Payment Amount, Direct Cost, Contribution Margin, Indirect Cost, and Net Income;
- Vail Health / Howard Head chargemasters, which reflect Vail Health's standard prices for its services;
- Payer contracts, which reflect discounts provided to payers from Vail Health's chargemaster prices;
- Exemplars of offers letters to Howard Head physical therapists; and
- Vail Health Board minutes and agendas concerning Howard Head.

In addition, Vail Health searched the email files of the following four custodians:

- Nicholas Brown, Senior Vice President of Howard Head Sports Medicine and Vail Health Business Development (2019-2021), Senior Vice President of Howard Head Sports Medicine and Vail Health Total Joint Care (2017-2019), and Vice President of Howard Head Sports Medicine Operations (2012-2017)
- MaryEllen Broersma, Director of Operations for Howard Head Sports Medicine (2018-present)
- Will Cook, President and CEO of Vail Health (January 2019 – present)
- Doris Kirchner, President and CEO of Vail Health (2009 – December 2018)

In searching the above four custodians' email files, Vail Health applied the following search terms:

- Steadman AND "joint venture"
- Steadman AND JV
- Steadman AND MSO
- Steadman AND "management services organization"
- Steadman AND "managed services"
- TSC AND "joint venture"
- TSC AND JV
- TSC AND MSO
- TSC AND "management services organization"
- TSC AND "managed services"
- SPRI AND "joint venture"
- SPRI AND JV
- SPRI AND MSO
- SPRI AND "management services organization"
- SPRI AND "managed services"
- VSO AND "joint venture"
- VSO AND JV

Alan L. Kildow
Sonya R. Braunschweig
November 10, 2021
Page 4

- VSO AND MSO
- VSO AND "management services organization"
- VSO AND "managed services"
- "Vail-Summit Orthopaedics" AND "joint venture"
- "Vail-Summit Orthopaedics" AND JV
- "Vail-Summit Orthopaedics" AND MSO
- "Vail-Summit Orthopaedics" AND "management services organization"
- "Vail-Summit Orthopaedics" AND "managed services"
- "Howard Head" AND competit* w/30 therapy
- "Howard Head" AND competit* w/30 PT
- HH AND competit* w/30 therapy
- HH AND competit* w/30 PT
- "physical therapy" w/30 cost*
- "physical therapy" w/30 price*
- "physical therapy" w/30 revenue*
- "physical therapy" w/30 financ*
- "physical therapy" w/30 projection*
- "physical therapy" w/30 forecast*
- "physical therapy" w/30 valuation*
- "Howard Head" AND market w/30 PT
- "Howard Head" AND market w/30 therapy
- "Howard Head" AND alternative w/30 PT
- "Howard Head" AND alternative w/30 therapy
- "Howard Head" AND substitute w/30 PT
- "Howard Head" AND substitute w/30 therapy
- HH AND market w/30 PT
- HH AND market w/30 therapy
- HH AND alternative w/30 PT
- HH AND alternative w/30 therapy
- HH AND substitute w/30 PT
- HH AND substitute w/30 therapy

Vail Health's outside counsel reviewed all documents that hit on the above search terms from the email files of Mr. Cook, Ms. Kirchner, Mr. Brown, and Ms. Broersma, as well as any family members of those documents (*e.g.*, attachments to emails).  Through this process, Vail Health's outside counsel reviewed at least an additional 12,000 documents for responsiveness and privilege.

\* \* \*

Alan L. Kildow
Sonya R. Braunschweig
November 10, 2021
Page 5


In sum, Vail Health has conducted an extensive, burdensome, and years-long search for documents related to Plaintiffs' claims in the State Case and Federal Case.

Sincerely,

Daniel Richards
Associate
for
DAVIS GRAHAM & STUBBS LLP