IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 19-cv-02075-WJM-SKC | Date: April 26, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                    *Counsel:*

SPORTS REHAB CONSULTING LLC, et al.,          Alan Kildow
                                                                     Sonya Braunschweig (by phone)

     Plaintiff,

v.

VAIL CLINIC, INC.,                                          Daniel Richards
                                                                     Jacqueline Roeder

     Defendant,

W. TERRY RUCKRIEGLE,                                 William Ruckriegle (by phone)

     Special Master.

---

## COURTROOM MINUTES

**HEARING: DISCOVERY HEARING**
**Court in session: 09:32 a.m.**
Court calls case.  Appearances of counsel.

This hearing is before the Court regarding a discovery dispute.  The Court has reviewed the briefs submitted by the parties.  The issues regard the scope of Special Master Ruckriegle's order which was adopted by Judge Gallagher.

The Court construes today's discussions as a joint motion to clarify Judge Gallagher's order.  Special Master Ruckriegle provides clarification on the record.

In light of the clarification provided today, the parties shall confer regarding search terms and custodians.  Parties shall come to an agreement by May 17, 2023.  If parties require the assistance of the Special Master, they shall coordinate together to meet this deadline.  Once an agreement has been made, the defendant shall conduct the searches and produce the information produced from the searches to Plaintiff by June 7, 2023.

Further discussion regarding non-privileged documents.  Special Master Ruckriegle provides clarification on the record.  Parties shall continue to confer and shall enlist help from the Special Master as needed.

Hearing Concluded.

**Court in recess: 11:00 a.m.**
Total time in court: 01:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.