**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

        Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

        Defendant.

---

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

Pursuant to C.R.C.P. 121 § 1-1, 2(a), attorneys Jacqueline V. Roeder and Daniel A.

Richards, of the law firm of Davis Graham & Stubbs LLP, hereby collectively withdraw as

counsel for Defendant Vail Clinic, Inc. ("Vail Health").

Simultaneously, Evan M. Rothstein and Colin O'Brien, of Arnold & Porter Kaye Scholer

LLP ("Arnold & Porter"), hereby enter their appearance as counsel on behalf of Defendant Vail

Health.  Messrs. Rothstein and O'Brien should receive a copy of all future correspondence and

documentation in the above-captioned proceeding.  Pursuant to D.C.COLO.LAttyR 5(a)(3)(B),

Messrs. Rothstein's and O'Brien's contact information is contained in the signature block below.

Pursuant to D.C.COLO.LAttyR 5(a)(3)(C), Messrs. Rothstein and O'Brien hereby certify they

are members in good standing of the bar of this Court.

Additionally, James L. Cooper, of Arnold & Porter, will be entering his appearance as counsel on behalf of Defendant Vail Health.  Application for Mr. Cooper's admission to the bar of this court is pending at the time of this filing.

Dated: April 28, 2023.                              Respectfully submitted,

 /s/ *Colin O'Brien*                                  /s/ *Evan M. Rothstein*
Colin O'Brien (Bar No. 41402)          Evan M. Rothstein (Bar No. 35990)
ARNOLD & PORTER KAYE              ARNOLD & PORTER KAYE
   SCHOLER LLP                                    SCHOLER   LLP
1144 Fifteenth Street, Suite 3100         1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202                     Denver, Colorado 80202
Tel: (303) 863-1000                             Tel: (303) 863-1000
Fax: (303) 863-2301                            Fax: (303) 863-2301
Colin.Obrien@arnoldporter.com         Evan.Rothstein@arnoldporter.com

**Counsel for Defendant Vail Health**      **Counsel for Defendant Vail Health**


 /s/ *Jacqueline V. Roeder*                    /s/ *Daniel A. Richards*
Jacqueline V. Roeder                          Daniel A. Richards
DAVIS GRAHAM & STUBBS LLP        DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500                  1550 17th Street, Suite 500
Denver, Colorado, 80202                     Denver, Colorado, 80202
Telephone: 303.892.9400                    Telephone: 303.892.9400
Facsimile: 303.893.1379                      Facsimile: 303.893.1379
jackie.roeder@dgslaw.com                 daniel.richards@dgslaw.com

**Withdrawing Counsel**                         **Withdrawing Counsel**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, I served via CM/ECF the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on all counsel of record.

*/s/ Rebecca A. Golz*