IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation.

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to D.C.COLO.LAttyR 5(b), Jacqueline V. Roeder and Daniel A. Richards respectfully move this Court to permit their withdrawal as counsel for Defendant Vail Clinic, Inc. d/b/a Vail Health ("Vail Health").

This motion is supported by good cause as follows:

1. Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") has been engaged to represent Vail Health in this case.

2. Evan M. Rothstein and Colin O'Brien of Arnold & Porter entered their appearance as counsel for Vail Health on April 28, 2023. (Doc. 470).

3. In compliance with D.C.COLO.LAttyR 5(b), Vail Health has been notified of Ms. Roeder's and Mr. Richards' intention to withdraw and consents to their withdrawal.

4. Ms. Roeder and Mr. Richards hereby further notify Vail Health that Vail Health is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

5. Furthermore, because Vail Health is a legal entity, Vail Health may not appear without counsel admitted to the bar of this Court, and, absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

6. However, as stated above, substitute counsel for Vail Health already has entered their appearance. (Doc. 470).

7. Pursuant to D.C.COLO.LCivR 7.1(b)(4), conferral with opposing counsel is not required on a motion to withdraw as counsel under D.C.COLO.LAttyR 5(b).

A copy of this motion is being served contemporaneously on Vail Health and all counsel of record.

WHEREFORE, the undersigned respectfully requests that the Court enter an order permitting Jacqueline V. Roeder and Daniel A. Richards to withdraw as counsel of record for Vail Health and removing them from all service lists pertaining to this action.

Respectfully submitted this 1st day of May, 2023.

  *s/ Jacqueline V. Roeder*
Jacqueline V. Roeder

  *s/ Daniel A. Richards*
Daniel A. Richards

DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:  jackie.roeder@dgslaw.com
       daniel.richards@dgslaw.com

*Attorneys for Defendant VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation.*