IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

## ENTRY OF APPEARANCE

Francesca Pisano of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters her appearance on behalf of Defendant Vail Clinic, Inc. ("Vail Health"). The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that she is a member in good standing of the bar of this Court.

Dated: May 10, 2023.

Respectfully submitted,

 /s/ Francesca Pisano
Francesca Pisano
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Fax: (202) 942-5999
Francesca.Pisano@arnoldporter.com
**Counsel for Defendant Vail Health**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I served via CM/ECF the foregoing **ENTRY OF APPEARANCE** on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Rebecca A. Golz*