**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

## ENTRY OF APPEARANCE

James L. Cooper of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Defendant Vail Clinic, Inc. ("Vail Health"). The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

Dated: May 10, 2023.

Respectfully submitted,

 /s/ *James L. Cooper*
James L. Cooper
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Fax: (202) 942-5999
James.Cooper@arnoldporter.com
***Counsel for Defendant Vail Health***

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I served via CM/ECF the foregoing **ENTRY OF APPEARANCE** on all counsel of record.

 */s/ Rebecca A. Golz*

2