# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

       Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

       Defendant.

---

## ENTRY OF APPEARANCE

---

       David S. Jelsma of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"),

hereby enters his appearance on behalf of Defendant Vail Clinic, Inc. ("Vail Health").

The undersigned's firm name, office address, telephone number, and primary CM/ECF

email address are set forth in the signature block below, and the undersigned hereby

certifies that he is a member in good standing of the bar of this Court.

  Dated: May 10, 2023.            Respectfully submitted,

                        */s/ David S. Jelsma*
                        David S. Jelsma
                        ARNOLD & PORTER KAYE SCHOLER LLP
                        1144 Fifteenth Street, Suite 3100
                        Denver, CO 80202-2569
                        Tel: (303) 863-1000
                        Fax: (303) 863-2301
                        David.Jelsma@arnoldporter.com
                        ***Counsel for Defendant Vail Health***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2023, I served via CM/ECF the foregoing **ENTRY**

**OF APPEARANCE** on all counsel of record.


*/s/ Rebecca A. Golz*