## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

## ENTRY OF APPEARANCE

---

      Sam Sullivan of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby

enters his appearance on behalf of Defendant Vail Clinic, Inc. ("Vail Health"). The

undersigned's firm name, office address, telephone number, and primary CM/ECF email

address are set forth in the signature block below, and the undersigned hereby certifies

that he is a member in good standing of the bar of this Court.

  Dated: May 18, 2023.            Respectfully submitted,

                                  */s/ Sam Sullivan*
                                Sam Sullivan
                                ARNOLD & PORTER KAYE SCHOLER LLP
                                250 West 55th Street
                                New York, NY 10019-9710
                                Tel: (212) 836-8000
                                Fax: (212) 836-8689
                                Sam.Sullivan@arnoldporter.com
                                ***Counsel for Defendant Vail Health***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 18, 2023, I served via CM/ECF the foregoing **ENTRY**

**OF APPEARANCE** on all counsel of record.


*/s/ Rebecca A. Golz*