**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

  Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

  Defendant.

## ENTRY OF APPEARANCE

Leah Schultz of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters her appearance on behalf of Defendant Vail Clinic, Inc. ("Vail Health"). The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that she is a member in good standing of the bar of this Court.

Dated: May 23, 2023.

        Respectfully submitted,

        */s/ Leah Schultz*
        Leah Schultz
        ARNOLD & PORTER KAYE SCHOLER LLP
        700 Louisiana Street | Suite 4000
        Houston, TX 77002-2755
        Tel: (713) 576-2400
        Fax: (713) 576-2499
        Leah.Schultz@arnoldporter.com
        ***Counsel for Defendant Vail Health***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, I served via CM/ECF the foregoing **ENTRY OF APPEARANCE** on all counsel of record.

　　　　　　　　　　　　　　　　　　　　 */s/ Rebecca A. Golz*