# EXHIBIT A

# Schultz, Leah

| | |
|---|---|
| **From:** | Rothstein, Evan M. |
| **Sent:** | Thursday, June 15, 2023 12:33 PM |
| **To:** | alkildow@aol.com; sonya braunschweig |
| **Cc:** | O'Brien, Colin M.; Cooper, James L.; Pisano, Francesca; Schultz, Leah; Ellingsen, Andrew |
| **Subject:** | SRC/Vail |
| **Attachments:** | (Joint) Motion to Enter Scheduling Order_(US_174099000_1).DOCX |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Alan/Sonya-

Attached, please find a draft Joint Motion to set a new Scheduling Order, including a proposed schedule. We can be available Tuesday or Wednesday to discuss; please let us know some times that work on your end. If you have thoughts or comments in the meantime, please let us know.

Thank you

Evan

_____

Evan Rothstein
Partner | Bio

**Arnold & Porter**

1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2308
Evan.Rothstein@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

  Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

  Defendant.

## [JOINT] MOTION TO ENTER SCHEDULING ORDER

  The Parties jointly move the Court to enter a Scheduling Order. This lawsuit was filed on July 17, 2019, nearly four years ago. Discovery closed in December 2021. At that time, certain motions to compel remained pending before the Court-appointed Special Master. The Special Master resolved those motions after the close of discovery in early Fall 2022. Certain of the Special Master's Orders were clarified on appeal during a hearing before Judge Crews in April 2023. The Parties have since actively engaged to complete the remaining follow-on discovery related to the Special Master's Orders and to narrow or eliminate any further discovery disputes. The Parties are jointly committed to expeditious completion of the remaining discovery process.

The Parties also mutually desire to push this case to completion. Average time from filing to completion of cases of this type is only two and a half years; accordingly, this case has been pending far beyond the average time of pendency in this Court. While the Parties are actively working together to move forward, there is no scheduling order or trial setting in place. Therefore, good cause exists to enter a new Scheduling Order to push this case to completion.

Wherefore, the Parties respectfully request that the Court enter a Scheduling Order putting into place all remaining deadlines necessary ensure this case reaches finality, including a trial setting. The Parties have conferred and jointly propose the following dates, subject to the Court's approval:

| Event | Proposed Deadline |
| --- | --- |
| Deadline to request input of the Special Master on any unresolved disputes related to his orders | July 23, 2023 |
| Deadline to complete remaining discovery required and permitted by Special Master's orders | August 25, 2023 |
| Deadline to serve supplemental or revised affirmative expert reports, if any | September 15, 2023 |
| Deadline to serve supplemental or revised rebuttal expert reports, if any | October 27, 2023 |
| Deadline to file motions for Summary Judgment | November 17, 2023 |
| Deadline to file motions challenging experts | January 13, 2024 |
| Pretrial Conference (Magistrate Judge Crews) | February 3, 2024 |
| Final Trial Preparation Conference (Judge Martinez) | Two weeks prior to trial |
| Trial (Judge Martinez) | April 2024 |

Dated: June ___, 2023.                              Respectfully submitted,

  */s/ DRAFT*                                          */s/ DRAFT*

2

Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail: jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

***Counsel for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC***

Evan M. Rothstein (Bar No. 35990)
Colin O'Brien (Bar No. 41402)
David S. Jelsma (Bar No. 53916)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Tel: (303) 863-1000
Evan.Rothstein@arnoldporter.com
Colin.Obrien@arnoldporter.com
David.Jelsma@arnoldporter.com

James L. Cooper
Francesca Pisano
Andrew Ellingsen
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
James.Cooper@arnoldporter.com
Francesca.Pisano@arnoldporter.com
Andrew.Ellingsen@arnoldporter.com

Leah Schultz
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
Tel: (713) 576-2400
Leah.Schultz@arnoldporter.com

Sam Sullivan
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Sam.Sullivan@arnoldporter.com
***Counsel for Defendant Vail Health***

3

5

## CERTIFICATE OF SERVICE

I hereby certify that on June ____, 2023, I served via CM/ECF the foregoing **[JOINT] MOTION TO ENTER SCHEDULING ORDER** on all counsel of record.

*/s/ DRAFT*