# EXHIBIT D

# Arnold & Porter

**Evan M. Rothstein**
+1 303.863.2308 Direct
Evan.Rothstein@arnoldporter.com

July 27, 2023

Sonya Braunschweig
sonya.braunschweig@gmail.com

Alan Kildow
alkildow@aol.com

Re:    Sports Rehab v. Vail Health Discovery

Dear Alan and Sonya:

I write regarding the parties' ongoing discussions concerning outstanding discovery in compliance with the Special Master's Orders on the Motions to Compel. In short, we believe the discussions have run their course. Vail Health has complied with its obligations under the Special Master's Orders which is the only outstanding discovery properly at issue. Those obligations will be fully satisfied over the coming weeks. In addition to ensuring Vail Health's full compliance with the Special Master's Orders, we have spent the past three months making significant efforts to accommodate Plaintiffs' additional discovery demands beyond what is called for in the Orders. Despite these efforts, Plaintiffs have only increased their demands, constantly changed positions, and taken inconsistent demands even amongst its counsel. Plaintiffs' updated "discovery plan" and the moving-target responses to Vail Health's months'-long request for a scheduling order are only the most recent examples. This protracted back-and-forth must cease.

Thus, Vail Health will move forward with completing its obligations under the Special Master's Orders as follows:

First, we will use the attached as Plaintiffs' final set of search terms and custodians. The attached reflects the finalized set of search terms you sent us on Monday, July 24. While this process will require Vail Health to review in excess of 20,000 additional emails and attachments, we remain committed to completing the review and production by September 8, 2023. We want to be clear that Vail Health will oppose further efforts by Plaintiffs to extend or revise its search terms or collections. We have already collected

Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100 | Denver, CO 80202-2569 | www.arnoldporter.com

# Arnold & Porter

Alan Kildow
Sonya Braunschweig

July 27, 2023
Page 2

emails for all nine of the additional custodians requested, we have run dozens of searches at your request, and we have worked diligently with you to finalize these search terms and custodians. In doing so, Vail Health has more than fulfilled its obligations under the Special Master's Orders.

Second, we will provide Vail Health's updated interrogatory responses for each of the interrogatories identified by Plaintiffs as requiring supplementation in light of the Special Master's Orders. We targeted completing those updated interrogatory responses by August 4, 2023, and we remain on schedule to do so.

Third, we already produced the patient data covered by the Special Master's Orders. As previously explained, the Special Master's Orders concerned the production of patient data for Howard Head locations *outside* the Vail Valley, of the same type Vail Health had already produced for Howard Head locations *inside* the Vail Valley. Vail Health produced precisely that, i.e., data for Howard Head locations outside the Vail Valley that mirrored the data already produced for Howard Head locations inside the Vail Valley. Vail Health provided data through May 11, 2022, consistent with the date range used on patient data for Howard Head locations within the Vail Valley. This was appropriate, particularly given Plaintiffs' previous complaints about inconsistencies in how data was pulled in the past. Vail Health has fully complied with the Special Master's Orders on patient data.

Fourth, we have already complied with the Court's and the Special Master's Orders related to privileged documents. We independently reviewed all of the documents identified by Plaintiffs as subject to the Special Master's Orders. We diligently sought to narrow the claims of privilege and any outstanding disputes. Vail Health maintained its privileged claims on only 116 of the hundreds of documents Plaintiffs asserted were subject to the Special Master's Orders. Plaintiffs declined to compromise. And, consistent with the direction of Judge Crews, Vail Health filed its papers with the Special Master to clarify whether he intended the remaining documents to be covered by his previous order.

In completing the above items, Vail Health will have satisfied its obligations under the Special Master's Orders and we consider those matters closed.

Nonetheless, Vail Health agreed to go beyond the obligations under the Orders, in an effort to eliminate any further dispute, and as part of its efforts to move this case towards resolution. We remain committed to doing so and will move forward with the following additional compromises:

# Arnold&Porter

Alan Kildow
Sonya Braunschweig

July 27, 2023
Page 3

- We will voluntarily produce a Rule 30(b)(6) witness or witnesses on appropriately tailored financial topics, notwithstanding the pending appeal of the motion to compel.

- We will voluntarily produce the lease agreements between Steadman and VSO, including the ASC lease agreements and the SPRI and VSOF lease agreements, notwithstanding the pending appeal of the motion to compel.

- We will voluntarily produce the text messages of Nico Brown, notwithstanding the absence of any order or obligation to do so.

The foregoing reflects Vail Health's continued efforts to avoid unnecessary discovery disputes and to move this case forward. Should Plaintiffs feel they are entitled to additional discovery for some reason, Plaintiffs can move the Court or Special Master. In light of the above, this would be unfortunate.

Finally, we understand you have requested a meet and confer on these issues. We are happy to discuss with you on Monday at 11 a.m. (MT) or at another agreeable time you may propose. At that time, please be prepared to provide a basis upon which Plaintiffs believe they are entitled to anything beyond what is addressed above. Regardless, we will move forward with seeking the imposition of a case schedule for this lawsuit, including those deadlines indicated above, supplemental expert reports, expert discovery and summary judgment, and all common trial-related practices.

Thank you,

Evan M. Rothstein

## *SPORTS REHAB v. VAIL HEALTH*
**FINAL AGREED LIST OF SEARCH TERMS AND CUSTODIANS**

### Nico Brown in TO/FROM/CC/BCC

| Search Terms |
|---|
| ("Howard Head" OR HH OR HHSM OR therapy or PT) AND (*Steadman* OR TSC OR SPRI OR "Steadman Philippon" OR "Vail Summit" OR *VSO*) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR MSO OR "manage* service*" OR exclusiv* OR restrict* OR agreement OR contract OR lease OR Stark OR "anti kickback" OR antitrust OR "private equity" OR amp) |
| ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (JV OR "joint venture" OR MSO OR "manage* service*") AND (payer* OR payor* OR reimbursement) |
| (("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*facility* w/3 billing)) |
| (("Howard Head" OR HH OR HHSM OR therapy OR PT) AND ("sensitivity analysis")) |

### "FROM" Karen Hannah "TO" Nico Brown

| Search Terms | |
|---|---|
| **Howard Head financial information** | Emails with attachments that provide any Howard Head financial data, analyses, reports, etc. |

### Mike Shannon "TO" OR "FROM" Doris Kirchner

| Search Terms | |
|---|---|
| **Competitors inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND ((Aspen w/10 (sports OR medicine OR valley OR hospital)) OR AVH OR Avalanche OR Axis OR (Glenwood Med*) OR GMA OR "Panorama Summit" OR (Summit Chiro*) OR ((Breck* OR Concierge OR Panorama OR "Valley View" OR VVH) w/15 (PT OR therapy)) OR "Sports Rehab" OR "SRC" OR Winninger OR JointWor* OR "Vail Integrative" OR VIMG OR "Align Vail" OR Ascent OR Movement OR "Competitive Edge") |
| **Consultants involved in** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*Hammes* OR |

## *SPORTS REHAB v. VAIL HEALTH*
**FINAL AGREED LIST OF SEARCH TERMS AND CUSTODIANS**

| | Search Terms |
|---|---|
| **JVs & expansion plans inside and outside the Vail Valley** | *Percival* OR *Remedy* OR *Deloitte* OR *Jornada* OR *Cain* OR "Boston Consulting" OR *BCG* or *amtrim* OR *Haverford* OR "Healthcare Transactions" OR HTA OR intrinsic*) |
| **Geographic Market inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*market* OR expansion OR expand OR geograph*) Plaintiffs' modified search on 7.19.2023; "hits" to be updated |
| **Combinations with Steadman and VSO inside and outside of Vail Valley (with Sonya's email amendments)** | (("Howard Head" OR HH OR HHSM OR therapy or PT) AND (*Steadman* OR TSC OR SPRI OR "Steadman Philippon" OR "Vail Summit" OR *VSO*)) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR MSO OR "manage* service*" OR exclusiv* OR restrict* OR agreement OR contract OR lease OR Stark OR "anti kickback" OR antitrust OR "private equity" OR amp) |
| **Joint Venture inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (JV OR "joint venture" OR MSO OR "manage* service*") AND (payer* OR payor* OR reimbursement) |
| **Howard Head Financial Data** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (expense* OR forecast OR projection OR valuation* OR "income statement*" OR "operat* margin*" OR "contribution margin*" OR charge* OR (*facility* w/3 billing) OR ("sensitivity analysis")) Plaintiffs' modified search on 7.19.2023; "hits" to be updated |

## *SPORTS REHAB v. VAIL HEALTH*
**FINAL AGREED LIST OF SEARCH TERMS AND CUSTODIANS**

### Will Cook Either "TO" OR "FROM"

| | Search Terms |
|---|---|
| **Competitors inside and outside the Vail Valley** (search modified 7.24.2023) | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND AVH OR Avalanche OR Axis OR (Glenwood Med*) OR GMA OR "Panorama Summit" OR ((Breck* OR Concierge OR Panorama OR "Valley View" OR VVH) w/15 (PT OR therapy)) OR "Sports Rehab" OR Winninger OR JointWor* OR "Vail Integrative" OR VIMG OR Ascent OR "Competitive Edge") |
| **Consultants involved in JVs & expansion plans inside and outside the Vail Valley** (search modified 7.24.2023) | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*Hammes* OR *Percival* OR *Deloitte* OR *Cain*) |
| **Geographic Market inside and outside the Vail Valley** search modified 7.24.2023) | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*market* OR expansion OR expand OR geographic) |
| **Combinations with Steadman and VSO inside and outside of Vail Valley** (search modified 7.24.2023) | ("Howard Head" OR HH OR HHSM OR therapy or PT) AND (*Steadman* OR TSC OR SPRI OR "Steadman Philippon" OR "Vail Summit" OR *VSO*) AND (partners* OR *align* OR relations* OR reset OR collaborat* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR MSO OR "manage* service*" OR exclusiv* OR restrict* OR lease OR Stark OR "anti kickback" OR antitrust OR "private equity") |
| **Joint Venture inside and** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (JV OR "joint |

## *SPORTS REHAB v. VAIL HEALTH*
**FINAL AGREED LIST OF SEARCH TERMS AND CUSTODIANS**

| Search Terms | |
|---|---|
| **outside the Vail Valley** (search modified 7.24.2023) | venture" OR MSO OR "manage* service*") AND (payor*) |
| **Howard Head Financial Data** (search modified 7.24.2023) | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND ("income statement*" OR "contribution margin*" OR (*facility* w/3 billing) OR ("sensitivity analysis")) |