# EXHIBIT E

# Schultz, Leah

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Monday, July 24, 2023 9:36 AM |
| **To:** | Schultz, Leah; O'Brien, Colin M. |
| **Cc:** | Alan Kildow |
| **Subject:** | Sports Rehab v Vail Health--Revised Discovery Plan |
| **Attachments:** | SRC v VH Draft Discovery Plan Pls July 21, 2023 Version.docx |

External E-mail

Counsel,

Attached is a revised discovery plan. One search was added, and we would like it in the order proposed. Also, if you could please update the "hits" with the number of documents for the new search Shannon/Kirchner, and Cook once finalized, it would be much appreciated.

Sonya

1

## *SPORTS REHAB v. VAIL HEALTH* DISCOVERY PLAN
(Version Date: 7.21.2023)

### Nico Brown "Above the Line"

| Search Terms | Hits | Families | Begin Date | Production Date |
|---|---|---|---|---|
| ("Howard Head" OR HH OR HHSM OR therapy or PT) AND (*Steadman* OR TSC OR SPRI OR "Steadman Philippon" OR "Vail Summit" OR *VSO*) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR MSO OR "manage* service*" OR exclusiv* OR restrict* OR agreement OR contract OR lease OR Stark OR "anti kickback" OR antitrust OR "private equity" OR amp) | 9,618 | 17,705 | | 6.30.2023 (partial)<br><br>7.14.2023 (partial)<br><br>7.28.2023 (finish??) |
| ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (JV OR "joint venture" OR MSO OR "manage* service*") AND (payer* OR payor* OR reimbursement) | 1,563 | 4,850 | | 6.17.2023 |
| (("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*facility* w/3 billing)) | 285 | 795 | May 22, 2023 | 6.3.2023 |
| (("Howard Head" OR HH OR HHSM OR therapy OR PT) AND ("sensitivity analysis")) | 113 | 293 | May 22, 2023 | 6.3.2023 |
| **Total De-Duped** | 10,872 | 20,468 | | |

### "FROM" Karen Hannah "TO" Nico Brown (July 23, 2023)

| | Search Terms | "Hits" | Begin Date | Production Date |
|---|---|---|---|---|
| **Howard Head financial information** | Emails with attachments that provide any Howard Head financial data, analyses, reports, etc. | | | |

### Shannon And Kirchner Either As "TO" OR "FROM"

| | Search Terms | "Hits" | Begin Date | Production Date |
|---|---|---|---|---|
| **Competitors inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND ((Aspen w/10 (sports OR medicine OR valley OR hospital)) OR AVH OR Avalanche OR Axis OR (Glenwood Med*) OR GMA OR "Panorama Summit" OR (Summit Chiro*) OR ((Breck* OR Concierge OR Panorama OR "Valley View" OR VVH) w/15 (PT OR therapy)) OR "Sports Rehab" OR "SRC" OR Winninger OR JointWor* OR "Vail Integrative" OR VIMG OR "Align Vail" OR Ascent OR Movement OR "Competitive Edge") | 1,833 | | |

## ***SPORTS REHAB v. VAIL HEALTH*** DISCOVERY PLAN
(Version Date: 7.21.2023)

| | **Search Terms** | **"Hits"** | **Begin Date** | **Production Date** |
|---|---|---|---|---|
| **Consultants involved in JVs & expansion plans inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*Hammes* OR *Percival* OR *Remedy* OR *Deloitte* OR *Jornada* OR *Cain* OR "Boston Consulting" OR *BCG* or *amtrim* OR *Haverford* OR "Healthcare Transactions" OR HTA OR intrinsic*) | 466 | | |
| **Geographic Market inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*market* OR expansion OR expand OR geograph*) Plaintiffs' modified search on 7.19.2023; "hits" to be updated | | | |
| **Combinations with Steadman and VSO inside and outside of Vail Valley (with Sonya's email amendments)** | (("Howard Head" OR HH OR HHSM OR therapy or PT) AND (*Steadman* OR TSC OR SPRI OR "Steadman Philippon" OR "Vail Summit" OR *VSO*)) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR MSO OR "manage* service*" OR exclusiv* OR restrict* OR agreement OR contract OR lease OR Stark OR "anti kickback" OR antitrust OR "private equity" OR amp) | 2,801 | | |
| **Joint Venture inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (JV OR "joint venture" OR MSO OR "manage* service*") AND (payer* OR payor* OR reimbursement) | 351 | | |
| **Howard Head Financial Data** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (expense* OR forecast OR projection OR valuation* OR "income statement*" OR "operat* margin*" OR "contribution margin*" OR charge* OR (*facility* w/3 billing) OR ("sensitivity analysis")) Plaintiffs' modified search on 7.19.2023; "hits" to be updated | | | |

## Cook Either As "TO" OR "FROM"
[Presently Under Modification; Need Clarification That "Hits" Are Correct]

| | **Search Terms** | **"Hits"** | **Begin Date** | **Production Date** |
|---|---|---|---|---|
| **Competitors inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND ((Aspen w/10 (sports OR medicine OR valley OR hospital)) OR AVH OR Avalanche OR Axis OR (Glenwood Med*) OR GMA OR "Panorama Summit" OR (Summit | 7,954 | | |

## ***SPORTS REHAB v. VAIL HEALTH*** DISCOVERY PLAN
(Version Date: 7.21.2023)

| | Search Terms | "Hits" | Begin Date | Production Date |
|---|---|---|---|---|
| | Chiro*) OR ((Breck* OR Concierge OR Panorama OR "Valley View" OR VVH) w/15 (PT OR therapy)) OR "Sports Rehab" OR "SRC" OR Winninger OR JointWor* OR "Vail Integrative" OR VIMG OR "Align Vail" OR Ascent OR Movement OR "Competitive Edge") | | | |
| **Consultants involved in JVs & expansion plans inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*Hammes* OR *Percival* OR *Remedy* OR *Deloitte* OR *Jornada* OR *Cain* OR "Boston Consulting" OR *BCG* or *amtrim* OR *Haverford* OR "Healthcare Transactions" OR HTA OR intrinsic*) | 3,769 | | |
| **Geographic Market inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*market* OR expansion OR expand OR geograph* OR "in state" OR "out of state") | 33,494 | | |
| **Combinations with Steadman and VSO inside and outside of Vail Valley (with Sonya's email amendments)** | (("Howard Head" OR HH OR HHSM OR therapy or PT) AND (*Steadman* OR TSC OR SPRI OR "Steadman Philippon" OR "Vail Summit" OR *VSO*) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR MSO OR "manage* service*" OR exclusiv* OR restrict* OR agreement OR contract OR lease OR Stark OR "anti kickback" OR antitrust OR "private equity" OR amp) | 23,224 | | |
| **Joint Venture inside and outside the Vail Valley** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (JV OR "joint venture" OR MSO OR "manage* service*") AND (payer* OR payor* OR reimbursement) | 1,952 | | |
| **Howard Head Financial Data** | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (financ* OR pric* OR revenue* OR cost* OR expense* OR forecast OR projection OR valuation* OR "income statement*" OR overhead OR "operat* margin*" OR "contribution margin*" OR charge* OR (*facility* w/3 billing) OR ("sensitivity analysis")) | 47,224 | | |

## ***SPORTS REHAB v. VAIL HEALTH* DISCOVERY PLAN**
(Version Date: 7.21.2023)

## **OTHER OUTSTANDING DISCOVERY ISSUES**

| Steadman And SPRI Related Agreements | Production Date |
|---|---|
| Steadman lease agreements, including all amendments, with Vail Health or any of its entities for every location inside and outside the Vail Valley**[1] | |
| SPRI lease agreements, including all amendments, with Vail Health or any of its entities for every location inside and outside the Vail Valley** | |
| SPRI Research Affiliation Agreement entered into in approximately November or December 2015, including all amendments** | |
| Ambulatory surgical center agreements, including with VVSC, for every location inside and outside the Vail Valley (if individual agreements with doctors, then one example is all we need)** | |
| Any other agreements related to Dillon and Aspen facilities, including joint ventures | |
| **VSO AND VSOF Related Agreements** | **Production Date** |
| VSO lease agreements, including all amendments, with Vail Health or any of its entities for every location inside and outside the Vail Valley** | |
| VSOF lease agreements, including all amendments, with Vail Health or any of its entities for every location inside and outside the Vail Valley** | |
| VSOF research related or funding agreements including all amendments** | |
| Any other agreements related to Dillon facilities, including joint ventures | |
| **Howard Head/Vail Health Agreements** | **Production Date** |
| Lease agreements in Basalt | |
| Joint venture or any other agreements related to Dillon or Basalt | |
| **Third-Party Consultant Reports/Analyses** | **Production Date** |
| All Hammes Group reports related to expansion plans, some are identified as "Steering Committee," a portion of which Steadman produced [For an example, *see* Plaintiffs' Motion to Compel #1, Exhibit 22]<br><br>We also would like to know who was on the "Steering Committee" and received the reports. | |
| Percival Health Advisors Reports related to expansion plans<br>According to publicly-available information, Percival conducted a detailed analysis of the local healthcare market as well as a TSC and VSO alignment impact assessment and validated volume projections for physician groups.<br><br>We also would like to know who received the reports. | |

---

[1] **This would resolve Plaintiffs' pending motion. Vail Health previously agreed to produce most of these agreements. In a follow-up discussion with Colin on June 26, Plaintiffs asked that the SPRI and VSOF research funding agreements be added to the production. Vail Health has not yet responded.

Case No. 1:19-cv-02075-WJM-SKC   Document 484-5   filed 07/27/23   USDC Colorado   pg 7 of 7

## *SPORTS REHAB v. VAIL HEALTH* DISCOVERY PLAN
(Version Date: 7.21.2023)

| Third-Party Consultant Reports/Analyses (cont'd) | Production Date |
|---|---|
| Remedy Reports related to expansion plans<br><br>According to publicly-available information, Remedy is affiliated with Percival and was involved in the development of the new Dillon facility.<br><br>We also would like to know who received the reports. | |
| Deloitte Reports<br><br>According to various emails and presentations, Deloitte was involved with analyzing the physical therapy joint venture, the ambulatory surgical centers that includes VVSC, and other issues. None of those reports or analyses have yet been produced. [For reference, *see, e.g.,* VH_00852, VH_Fed004168, VH_Fed0010072; emails with Bina Patel or Scott Bonin, both of Deloitte]<br><br>We also would like to know who received the reports. | |
| **Additional Items** | **Production Date** |
| Supplemental log identifying production of entries from privilege log | |
| Production of privilege log(s) from A&P review | |
| Supplemental Answers to Interrogatory Nos. Nos. 11–14, 18, 20(e)-(f), 21(d)-(e) and 24. | 8-4-2023 per Vail Health |
| Text messages of Nico Brown | |
| Patient encounter data for Dillon and Basalt; previous production did not appear to include a full data set for these two locations; Plaintiffs proposed updating production with just Dillon and Basalt locations | |
| Rule 30(b)(6) deposition related to Howard Head financial data | |
| Plaintiffs' identification of missing attachments to emails, or embedded emails with attachments that have not been produced | In progress |