# EXHIBIT F

# Schultz, Leah

| | |
|---|---|
| **From:** | O'Brien, Colin M. |
| **Sent:** | Wednesday, June 21, 2023 6:47 PM |
| **To:** | sonya braunschweig |
| **Cc:** | Schultz, Leah |
| **Subject:** | SRC/Vail Health - Proposal re Global Resolution on Outstanding Discovery Matters/Disagreements |

Sonya,

We seek to continue our cooperative approach to resolving outstanding discovery matters and disagreements. In that vein, to reach global resolution of all outstanding discovery matters and disagreements, we propose the following:

1. *Lease Agreements*: Vail Health will agree to produce the lease agreements for Steadman and VSO, including the ASC lease agreements and the SPRI and VSOF lease agreements, in satisfaction of the pending motion to compel.
2. *Text Messages*: Vail Health will agree to produce responsive and non-privileged text messages for Nico Brown, notwithstanding Vail Health's objections and position that text messages are not subject to production. Vail Health also will agree not to oppose any third-party subpoenas Plaintiffs may issue to Mike Shannon or other of the proposed individuals, except for purposes of protecting attorney-client privilege, work-product, or other protections/immunities.
3. *Search Terms & Custodians*: Vail Health will agree to conduct additional reasonably tailored searches, review, and production of emails in the same manner as the ongoing Nico Brown email searches. This is subject to an agreement on scope. We ask Plaintiffs to propose the next set of search terms/custodians upon which it would like to focus on or before June 26. We will then confer iteratively next week about any needed adjustments in light of hit counts and viability.
4. *Affidavit on Financial Operation Data*: In satisfaction of the pending motion to compel, Vail Health will agree to produce an affidavit regarding this data in connection with Special Master Order #1. Alternatively, Vail Health will agree to put forth a Rule 30(b)(6) deponent(s) on a tailored set of topics. If Plaintiffs wish to conduct a deposition in lieu of the affidavit, Plaintiffs must propose a tailored set of topics by June 30 in which case we would set out objections, if any, by July 18.
5. *Supplemental Interrogatory Responses*: Vail Health will agree to provide supplemental interrogatory responses on or before August 4 for interrogatories that Plaintiffs identified as needing supplementation, which I believe is Interrogatory Nos. 11–14, 18, and 24.
6. *Patient Encounter/Health Data – April 26, 2023 Production*: Vail Health is investigating whether a data pull error occurred in the April 26 production. Vail Health will target confirming no issue exists or resolving any such issue by July 19.
7. *Pre-Existing Privilege Disputes*: Vail Health anticipates producing an updated privilege log on June 23 in which it will highlight entries for any documents identified by Plaintiffs as subject to the Special Master's Order for which Vail Health intends to maintain its privilege claim, as authorized by Judge Crews. We anticipate conferring to narrow or eliminate any remaining disputes related to these documents the week of June 26.

These proposals are designed to and subject to achieving a global agreement to resolve all outstanding discovery issues. We are open to discussing alternative proposals. However, if we cannot reach agreement, Vail Health reserves the right to oppose discovery on one or more of the issues noted above, in full or in part, as we perceive many of Plaintiffs' previous requests to go beyond the requirements of the Special Master's Orders and the Court's direction or as otherwise subject to pending resolution by the Court. That said, our aim remains to work cooperatively towards a reasonable and expeditious path to moving forward with this matter.

Thanks,

Colin

_____
Colin O'Brien
Partner | Bio

Arnold & Porter

1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2360
Colin.Obrien@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

2