UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

## (PROPOSED) SCHEDULING ORDER

**THIS CAUSE** having come before the Court, and the Court being otherwise duly advised in the premises, it is hereby **ORDERED and ADJUDGED** as follows:

The following deadlines shall apply in this case:

### A. Fact and Expert Discovery

| Event | Deadlines |
|---|---|
| Deadline for Vail Health's Document Production, Supplemental Interrogatories, and Compliance with the Special Master's Orders. | September 8, 2023 |
| Deadline for 30(b)(6) Deposition | September 22, 2023 |
| Deadline to Serve Supplemental Expert Reports | September 29, 2023 |
| Deadline to Serve Rebuttal Expert Reports | November 10, 2023 |
| Deadline for Expert Depositions | December 22, 2023 |

B. **Pretrial Motions**

| Event | Deadlines |
|---|---|
| Deadline for Summary Judgment | February 29, 2024 |
| Deadline for Expert Challenges | March 15, 2024 |

C. **Pretrial Conference and Trial**

| Event | Deadlines |
|---|---|
| Pretrial Conference | April 5, 2024 |
| Final Pretrial Conference | 2 weeks prior to trial |
| Trial | June 2024 |

D. **NOTICE TO COUNSEL AND PRO SE PARTIES**

The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1(c) by serving the motion contemporaneously upon the moving attorney's client. Counsel will be expected to be familiar and to comply with the Pretrial and Trial Procedures or Practice Standards established by the judicial officer presiding over the trial of this case.

With respect to discovery disputes, parties must comply with D.C.COLO.LCivR 7.1(a).

Counsel and unrepresented parties are reminded that any change of contact information must be reported and filed with the Court pursuant to the applicable local rule.

E. **AMENDMENTS TO SCHEDULING ORDER**

The scheduling order may be altered or amended only upon a showing of good cause.

**DONE AND ORDERED**, on this ____ day of July, 2023.

_____

United States Magistrate Judge