# Exhibit 1

Case No. 1:19-cv-02075-WJM-SKC   Document 485-2   filed 07/30/23   USDC Colorado   pg 2 of 4



# Vail Health Announces New Board of Directors

NEWS    October 17, 2019

## Board Chair Eric Affeldt Sets Sights on Vail Health's Future

Vail Health announced today several changes to its Board of Directors. As members transition after serving their maximum Board service terms, new opportunities for leadership have been provided. Eric Affeldt has been voted in as the health care system's new Board Chairman, succeeding Mike Shannon, who served nine years on the Board and made significant contributions to Vail Health.

Affeldt rejoined Vail Health's Board of Directors in 2017, having previously served on the Board of Vail Valley Medical Center from 1984-1990. He also served on the Boards of Hoag Health System in Orange County and Martin Luther Hospital in Anaheim. Affeldt recently retired as the CEO of ClubCorp Holdings, the world's largest owner/operator of golf and dining clubs. He says, "Taking on the role of Board Chair is a wonderful opportunity to work with a tremendous group of community leaders and to support an organization that's vital to the health and well-being of our valley."

"Eric Affeldt is setting the vision and tone for the future", says outgoing Board Chairman Mike Shannon. "Vail Health's history of strong leadership continues with Eric and Will Cook leading our efforts to increase the quality, access and affordability of health care in our valley."

The Board will be focusing its efforts on behavioral health, improving the quality of care in the Valley, lowering the cost of care, improving transparency and enhancing community

relations. "We also look forward to working on ways to attract and retain top talent and improve access to care," states Affeldt.

"Mike leaves behind a legacy of tremendous achievements," he adds. "We are grateful for the inspiring leadership and contributions he made to the Together Campaign and Vail Health's Master Facility Plan."

Shannon was also instrumental in establishing the Vail Health Research Collaborative with the Steadman Philippon Research Institute (SPRI) and provided generous contributions to Vail Health, Shaw Cancer Center and SPRI. He will continue to serve on the Vail Health Foundation Board.

After serving nine years on Vail Health's Board of Directors, Johannes Faessler and Jay Precourt will also transition into new roles as they continue to support Vail Health. During their tenure, both made significant contributions to the health care system. Faessler was a strong proponent of the patient experience and served on the Patient Experience Committee of the Board. He and his wife, Rosana, were instrumental in the opening of Sonnenalp Breast Center in 2002 and hosted the Sonnenalp Golf tournament for 20 years to support the Breast Center. Precourt was influential in enhancing cardiovascular services, including the opening of Vail Health's Cardiac Catheterization & Electrophysiology Lab. He was also a driving force behind the establishment of Eagle Valley Behavioral Health. Precourt will take a seat on the Vail Health Foundation Board.

Additional Board accomplishments over the past nine years include the opening of the Gypsum Urgent Care facility in 2010 and Vail Valley Surgery Center in Edwards in 2012; the 2015 groundbreaking on a five-year Master Facility Plan for the health care system's Vail pus; a name change from Vail Valley Medical Center to Vail Health in 2017; the hiring of sident & CEO Will Cook in 2018; and a $60 million commitment in 2019 to transform behavioral health over the next 10 years.

Art Kelton has contributed significantly to Vail Health over many years, most recently serving as Chair of the Board's Finance Committee and Chair of the Vail Health Foundation Board. Among other roles, Kelton will continue to sit on the Foundation Board. Chris Jarnot will become the new Chair of the Finance Committee, and Mary Randall will now chair the Vail Health Foundation Board. Andy Daly will chair the newly created Community Outreach Committee, which is comprised of committee members Eric Affeldt, Harry Frampton, Mike Imhof, Ellen Moritz and Jeff Shroll.

Additional Vail Health Board members include Andy Arnold, Dr. Pamela Bock, Sam Bronfman, Dick Cleveland, President & CEO Will Cook, Dr. Janet Engle, Dr. Jerry Greenberg, Dr. Marc Philippon, Justin Starzyk, Sally Veitch and Trustee Emeritus Dr. Richard Steadman.

## Stay Connected to Good Health. Sign Up For Our Mailing List.



© 2023 Vail Health Foundation

Registered 501(c)(3). EIN: 74-2505662  |  Legal

STORIES

WAYS TO GIVE

NEWS

VAIL HEALTH

EAGLE VALLEY BEHAVIORAL HEALTH

ABOUT US

FAQS

CONTACT

FORMS

DONATE