# Exhibit 14

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, April 7, 2023 2:26 PM |
| **To:** | Roeder, Jackie |
| **Cc:** | Richards, Daniel; Alan Kildow |
| **Subject:** | Re: Sports Rehab v Vail Health [19-2075]--Contacting Court Clerk |
| **Attachments:** | Plaintiffs List of Custodians Locations Search Terms Mar 13, 2023 Order.pdf |

Ms. Roeder,

Attached is a memorandum regarding the cooperative efforts that Plaintiffs seek with respect to the March 13, 2023 Order, which is also addressed in my April 5 email. There are other discovery issues but what will be raised on Monday is set out in the April 5 email.

Sonya

On Fri, Apr 7, 2023 at 2:04 PM Roeder, Jackie <Jackie.Roeder@dgslaw.com> wrote:

> Sonya, we're available to call the clerk at 10 on Monday.
>
> Per Judge Crews's procedures:
>
> If counsel's efforts to meet and confer are unsuccessful, counsel (not legal staff) shall jointly call Chambers at (303) 335-2124 to speak with my law clerk. Counsel should be ready to explain their conferral efforts when contacting Chambers and the nature of their discovery dispute, and should be prepared to identify the specific type of motion counsel would seek to file if a discovery motion were allowed.
>
> Thus, if there are disputes other than those you've listed below that you intend to raise, please let us know.
>
> Jackie
>
> **JACKIE ROEDER ▪ Partner**
>
> **D: 303.892.7366**
> **Davis Graham & Stubbs LLP**

1

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Friday, April 7, 2023 12:55 PM
**To:** Roeder, Jackie <Jackie.Roeder@dgslaw.com>; Richards, Daniel <Daniel.Richards@dgslaw.com>
**Cc:** Alan Kildow <Alkildow@aol.com>
**Subject:** Re: Sports Rehab v Vail Health [19-2075]--Contacting Court Clerk

Mr. Richards and Ms. Roeder,

During our 10 am conferral on April 4, Ms. Roeder agreed to get back to us within 48 hours and provide times in which the parties could contact the Court's clerk about Plaintiffs' discovery issues.  On April 5, Plaintiffs provided suggested dates and was open to almost any time to hold the call. Plaintiffs asked for your confirmation by the COB yesterday, giving you more than the 48 hours agreed upon. And yet, we still have not received any response.  In light of your declination, Plaintiffs will be contacting the Court clerk on Monday, April 10, at 10 am to raise the discovery issues identified in my April 5 email.  Plaintiffs will let the Court clerk know that you provided no response about participating in the call.

Sonya

On Wed, Apr 5, 2023 at 11:58 AM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:

> Counsel,
>
> Following up on our conferral yesterday, Plaintiffs are available to call the clerk for Magistrate Judge Crews anytime Friday, April 7; Monday, April 10; Tuesday, April 11.
>
> The purpose is to address certain discovery issues that need to be promptly resolved and about which the parties have already conferred pursuant to Rule 7.1(a).  The issues that require immediate judicial guidance are as follows:
>
> 1. The need for the parties to communicate and cooperate regarding the identification of custodians, search terms, and locations to be searched as the result of the March 13, 2023 Order of then Magistrate Judge Gallagher and Special Master Orders #1-4.
> 2. The methodology and timing for the production of documents that are proposed to be produced by April 30, 2023, including privileged documents subject to Special Master Order #5, which was adopted by the March 13, 2023 Order.
>
> Issues #1 and #2 need to be addressed immediately.

2

Additionally, other discovery issues that will need to be addressed at a status conference or other time determined by the Court, which include the following:

3. Whether Plaintiffs are authorized to file Rule 37(b)(2) and Rule 26(g) motions related to the discovery issues that were the subject of Special Master Order #1-5, the March 13, 2023 Order, and about which the parties have already conferred about multiple times without resolution.

4. Disclosure related to Vail Health's litigation hold, including the date the hold was implemented, the individuals to whom any notice was sent, the directions for preservation, the sources identified for search, the terms used for the search, Vail Health's continued efforts to ensure compliance, and any other information relevant to the scope and depth of the preservation.

This list is not meant to be exhaustive but highlights the initial issues that need guidance from the Court; Plaintiffs reserve all rights to present its other discovery issues.

Please provide us with available dates and times by no later than tomorrow so that we can call the Court clerk and expeditiously move these discovery issues forward.

Sonya

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## PLAINTIFFS' LIST OF CUSTODIANS, LOCATIONS, AND SEARCH TERMS RELATED TO MARCH 13, 2023 ORDER

### INTRODUCTION

Plaintiffs have repeatedly sought to collaboratively work with Vail Health for the search and production required by the March 13, 2023 Order,[1] with Vail Health ultimately rejecting every attempt. Although Plaintiffs have held multiple conferrals on this topic, Vail Health has refused to identify the custodians, locations, and search terms that Vail Health is using to identify and produce documents subject to the March 13, 2023 Order. Despite Vail Health's lack of transparency and cooperation, Plaintiffs attempt in this memorandum to identify the custodians, locations, and search terms that they believe should be utilized to locate responsive documents. Plaintiffs' list is, of course, subject to modification, as it is presently based on incomplete and limited information.

---

[1] Vail Health also rejected Plaintiffs' proposal on Vail Health's initial inadequate search that resulted in the Special Master Orders #1-5. The inadequacy of that search is not the subject of this memorandum but will be addressed separately with the Court.

1

I.  **CUSTODIANS TO BE SEARCHED**

- **Board Members:** Michael Shannon, Art Kelton, Chris Jarnot, Justin Starzyk, Eric Affeldt, Andy Daly

- **Executives:** Doris Kirchner, Will Cook, Nicholas Brown, Ellen Broesma, Michael Holton, Mike Brown, Craig Cohn, John Higgins, Luke O'Brien

- **Third-Party Consultants:** Any Vail Health employee or agent involved with Hammes, the "Steering Committee" referenced in STEADMAN-0002692, or any other consultant, including Percival Health Advisors or Remedy Medical Properties, that worked on any aspect of the expansion; Vail Health is obligated to request documents from its agents as well

- **Vail Health attorneys:** Any attorney that worked on the expansion plans; Vail Health is obligated to request documents from its agents as well

II.  **LOCATIONS TO BE SEARCHED.**

- **File/data repositories:** Board documents, final contracts, patient data, Strata system or any other financial systems

- **Individual custodians:** Emails, text messages, locations where word processing documents and spreadsheets are stored, any drives or files where custodians save documents, documents saved to desktops, backup files, hard copy files, voice messages, etc.

III.  **SEARCHES TO BE CONDUCTED.**

Based on the information presently available, Plaintiffs propose that the following searches be conducted to identify responsive documents.  As Plaintiffs have previously stated, they are willing to work with Vail Health to construct modified searches in the event any of these searches result in an excessive number of nonresponsive documents.  But that process would entail Vail Health running the searches, identifying the number of responsive documents, and providing a sample of responsive and nonresponsive documents so that any search could be properly modified.

**Search #1 (RFP #2 and 4 Howard Head Financial Information and Patient Charges):** "Howard Head" or "HH*" and "financial statement*" or "income statement*" or "profit and loss" or "p&l" or "operat* revenue" or "patient revenue" or "*direct cost" or "*direct expense" or overhead or "gross revenue" or "operat*

2

margin*" or "contribution margin*"or charge* or *facility* or Dillon or Frisco or Breckenridge or Basalt

**Search #2 (RFP #5 Relevant Market, Mar. 13, 2023 Magistrate Order; Special Master Orders,** *see, e.g.,* **ECF #362 at 4, 14-15, #383 at 3):** "Howard Head" or HH* or therapy or PT and market or Eagle or Vail or Basalt or Willits or Summit or Garfield or Basecamp or Frisco or Dillon or Silverthorne or Aspen or "Glenwood Springs" or Breckenridge or Rifle or "in state" or "out of state" or geograph*

**Search #3 (RFP #6 and 25 Competition):** "Howard Head" or HH* or therapy or PT and competit* or strateg* or consolidate* or "roll up" or Avalanche or Axis or Panorama or "Summit Chiro" or "Breck PT" or "Valley View"

**Search #4 (RFP #6-8 -and 25 Steadman/SPRI/VSO Combinations and Competition):** "Howard Head" or HH* or therapy or PT and *Steadman* or TSC or "Steadman Philippon" or *SPRI* or *VSO* or "Vail Summit" and partner* or *align* or relation* or reset* or collab* or alliance or referral* or compet* or jv or "joint venture" or mso or "manage* service*" or agreement or contract or lease or space

**Search #5 (RFP #2, 4, 5, 6-8, 8, 15, 25):** "Howard Head" or HH* or therapy or PT and *Hammes* or "steering committee" or "ambulatory network" or Percival or Remedy or [any other consultant name]

## IV. DISCOVERY REQUESTS AT ISSUE.

There are a number of RFPs and Interrogatories that need to be responded to in light of the March 13, 2023 Order, which are identified as follows: (1) RFP #2-10, 15, 17-18, 25; and (2) Interrogatory #7-9, 11-15, 17, 19, 20(e) and (f), 21(d) and (e), 24.

3