# Exhibit 17

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Tuesday, May 23, 2023 9:27 PM |
| **To:** | O'Brien, Colin M. |
| **Cc:** | Schultz, Leah |
| **Subject:** | Re: SRC/Vail Health - Database Update |

Colin,

Thank you for your quick response. We appreciate the clarification on the text messages and agree with the process you propose. Please let me know when you have the texts in hand so we can discuss and finalize what needs to be searched.

As to the email to Judge Ruckriegle, I suggest the following:

Judge Ruckriegle,

The parties are sending this joint email to update our progress since our report last week. We continue to make progress; the parties have agreed to work in stages, starting with specific searches involving Nico Brown. Vail Health's counsel anticipates that its first production will be on June 2, 2023, with additional productions following on a rolling basis. The reference to nine new custodians in our last email referred to the additional witness files that Vail Health has agreed to search for responsive documents. The entries of appearances referenced in your email yesterday are just Arnold & Porter attorneys that are entering the case for Vail Health as part of the transition.

We will continue to update you of our progress and anticipate that our next status report will be on or about June 5.

Best regards,

Sonya


On Tue, May 23, 2023 at 5:08 PM O'Brien, Colin M. <Colin.Obrien@arnoldporter.com> wrote:

> Sonya,
>
> We will move forward with reviewing the broader set of Nico Brown emails as you've requested. We will keep you posted on anticipated productions. As we owe the Special Master an update on search terms tomorrow, we would propose a short joint email advising him that we have agreed on an initial set of search terms for Nico Brown and are moving forward with the review of those materials. We may also want to clarify the entries of appearances are just attorneys entering the case for Vail Health as part of the transition.
>
> As to the texts, the voluntary production of text messages would not be limited to texts between Mr. Shannon and Ms. Kirchner. We have, however, focused first on securing the production of Mr. Shannon's text messages without a subpoena given Plaintiff's focus on him in our prior discussions and at the hearing before Judge Crews. This voluntary


production, assuming agreement, would be based on the use of search terms and/or counterparties to create a review set for prospective production. Thus, it would cover any texts with specific individuals you noted (*e.g.*, Brown, Cook, Drawbaugh). We are open to discussing the voluntary production of additional text messages thereafter.

Thanks,

Colin

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Monday, May 22, 2023 6:06 PM
**To:** O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>
**Subject:** Re: SRC/Vail Health - Database Update

External E-mail

Colin,

Thank you very much for the update.  We would prefer moving forward with the review without modification to the searches at this time.  June 2 works for us for the first production.  Please keep us posted if that date changes.

As to the text messages, could you please clarify what you mean about "between" Michael Shannon and Doris Kirchner? Mr. Shannon not only texted Ms. Kirchner, but also principals at Steadman, including the managing partner Dr. Philippon.  And Ms. Kirchner often texted Dan Drawbaugh at  Steadman as well. So text messages with others, not just "between" them should be reviewed and produced.  If it is of any help, I believe that Ms. Kirchner has a cooperation agreement related to litigation (just in case you were not aware of that).  And as to the other text messages, like for Nico Brown, Will Cook, etc., have you been able to obtain those? We understand that you may need additional time to sort this out, so we just ask that you keep us posted on your progress.

We will get back to you shortly about the Rule 30(b)(6) notice.  And we will await your response to our motion to stay/remand and the agreements subject to that motion.

Thank you again for getting back to me today.

Sonya

2

On Mon, May 22, 2023 at 6:25 PM O'Brien, Colin M. <Colin.Obrien@arnoldporter.com> wrote:

Sonya,

We have run the search terms you requested against top line Nico Brown emails (to/from/cc). I have attached the document and family hit counts. The searches were run against the original four federal custodian files as well as the emails collected for the nine additionally requested custodians, including Mike Shannon. We have already begun our review. We will go from the smallest to the largest bucket. You will see, however, that the first search category is generating a substantial number of hits. We are willing to review these documents for production, but given the time and cost involved, we think it makes more sense to try to narrow the search terms. Please let us know if you wish to modify the search terms given the hit counts and the associated time and cost for their review and production.

We also have made progress on several other items, including the texts and 30b6 items you asked us to follow up on today. First, we have moved forward with separating out and reviewing the documents you identified as falling within the document sets with privilege, redaction, and/or split-family issues. We anticipate that we will make our first production on or before June 2, with rolling productions thereafter. Second, we are working to secure the voluntary production of the text messages between Mike Shannon and Doris Kirchner without a subpoena. We believe we will be able to do so. We do, however, need some additional time to work through that. Third, we are willing to agree to provide a voluntary Rule 30(b)(6) deposition subject to conferring on the scope of the deposition topics. We will determine the appropriate corporate deponent(s) once we finalize the topics.

We are considering your request related to producing additional agreements and the draft motion to remand. We will follow up with you on this in the coming days.

Thanks,

Colin

_____
Colin O'Brien
Partner | Bio

**Arnold & Porter**

1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2360
Colin.Obrien@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Thursday, May 18, 2023 5:20 PM
**To:** O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>
**Subject:** Re: SRC/Vail Health - Database Update

External E-mail

That works for me. Just give me a call at 612.819.2304.

On Thu, May 18, 2023 at 6:18 PM O'Brien, Colin M. <Colin.Obrien@arnoldporter.com> wrote:

> Sonya -
>
> Apologies, I've been drowning all day. I am tied up with witness preps all morning and early afternoon, but how about 3 MT tomorrow?
>
> Colin
>
> Get Outlook for iOS
>
> **From:** sonya braunschweig <sonya.braunschweig@gmail.com>
> **Sent:** Thursday, May 18, 2023 9:06 AM

4