# Exhibit 19

# Transcript of the Testimony of:
# Marc Philippon, M.D.

**Date:** September 27, 2018

Siraaj Al-Baaj v. Doris Kirchner, et al.

Case No. 2017CV030102



Mile High Court Reporting & Video, Inc.

14143 Denver West Parkway, Suite 100 • Golden, Colorado 80401
(303) 202-0210 • contact@milehighreporting.com
www.milehighreporting.com

Deposition of: Marc Philippon, M.D. - September 27, 2018
Siraaj Al-Baaj v. Doris Kirchner, et al.

DISTRICT COURT, EAGLE COUNTY, STATE OF COLORADO
Case No. 2017CV030102, Division 4
_____

DEPOSITION OF MARC PHILIPPON, M.D.
September 27, 2018
_____

LINDSAY WINNINGER, an individual, and SPORTS REHAB
CONSULTING LLC, a Colorado limited liability company,

    Plaintiffs,
v.

DORIS KIRCHNER, an individual, and VAIL CLINIC, INC.
D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit
corporation,

    Defendants.
_____
VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a
Colorado nonprofit corporation,

    Counter-Plaintiff,
v.
LINDSAY WINNINGER, an individual, and SPORTS REHAB
CONSULTING, LLC, a Colorado limited liability company,

    Counter-Defendants.
_____
VAIL CLINIC, INC., D/B/A VAIL VALLEY MEDICAL CENTER, a
Colorado nonprofit corporation,

    Third-Party Plaintiff,
v.
DAVID J. CIMINO, an individual,
    Third-Party Defendant.
_____

Mile High Court Reporting and Video, Inc.   303-202-0210
contact@milehighreporting.com

Deposition of: Marc Philippon, M.D. - September 27, 2018
Siraaj Al-Baaj v. Doris Kirchner, et al.

2

1        PURSUANT TO NOTICE, the deposition of
2   MARC PHILIPPON, M.D., called for examination by the
3   Defendants herein, was taken at DoubleTree by Hilton,
4   2211 N. Frontage Road, Vail, Colorado 91657, commencing
5   at 3:46 p.m., on Thursday, September 27, 2018, before
6   Aimee S. Reisinger, a Registered Professional Reporter
7   and Notary Public in and for the State of Colorado.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Deposition of:  Marc Philippon, M.D. - September 27, 2018
Siraaj Al-Baaj v. Doris Kirchner, et al.

```
                                                              3
 1    APPEARANCES:
 2              SONYA BRAUNSCHWEIG, ESQ.
                5501 Irving Avenue South
 3              Minneapolis, MN 55419
                612-819-2304
 4              sonya.braunschweig@gmail.com
                    and
 5              ALAN L. KILDOW, ESQ.
                15204 Wildwood Road
 6              Burnsville, MN 55306
                970-390-6675
 7              akildow@aol.com
 8                  For the Plaintiff and Counter-Defendants
                       Winninger and Sports Rehab Consulting
 9
                JANET A. SAVAGE, ESQ.
10              Davis Graham & Stubbs LLP
                1550 Seventeenth Street, Suite 500
11              Denver, Colorado 80202
                303-892-9400
12              janet.savage@dgslaw.com
13                  For the Defendant Kirchner and Defendant
                       Counter-Plaintiff and Third-Party
14                     Plaintiff Vail Clinic d/b/a VVMC
15              JOHN W. MADDEN, III
                (Appearing telephonically)
16              The Madden Law Firm
                999 18th Street, Suite 1500
17              Denver, Colorado 80202
                303-436-1111
18              madden@themaddenfirm.com
19                   For the Third-Party Defendant Cimino
20              MICHELLE L. HARDEN, ESQ.
                Messner Reeves LLP
21              1430 Wynkoop Street, Suite 300
                Denver, Colorado 80202
22              303-623-1800
                mharden@messner.com
23
                     For the Deponent
24
                ALSO PRESENT:  Doris Kirchner, Michael Shannon
25                             and Lindsay Winninger
```

Deposition of:  Marc Philippon, M.D. - September 27, 2018
Siraaj Al-Baaj v. Doris Kirchner, et al.

---

**Page 6**

1      P R O C E E D I N G S
2          MARC PHILIPPON, M.D.,
3  having been sworn by the Reporter, testified as
4  follows:
5           EXAMINATION
6  BY MS. SAVAGE:
7      Q.  Good afternoon, Dr. Philippon.  I'm
8  Janet Savage.
9      A.  Good afternoon.
10     Q.  We met once before.
11     A.  Yep.
12     Q.  Maybe not quite a year ago.
13     A.  Yep.
14     Q.  Okay.  As you know, we're in a case where
15 Lindsay Winninger has -- and SRC has sued Vail Health
16 Hospital and Doris Kirchner.  And so you're here today
17 to answer some questions concerning this case.  Okay?
18     A.  Yes.
19     Q.  And because of the nature of this
20 deposition, I'm not going to get into an extended
21 discussion of your background.  Also, in the interest
22 of saving time, because it's -- I think it's 3:45, so I
23 want to keep this moving.
24         Can you tell me when you joined --
25         MR. KILDOW:  Excuse me, before we begin, I

**Page 7**

1  know you're not a very busy guy.
2          THE DEPONENT:  No, I'm not.
3          MR. KILDOW:  So I think that we should
4  determine the time parameters that we have to do your
5  deposition.
6          MS. SAVAGE:  Can you open the door,
7  please?
8          MR. KILDOW:  Where's Michelle?
9          MS. HARDEN:  I'm right here.
10         MR. KILDOW:  What's your time frame?
11         THE DEPONENT:  Well, ideally, I was going
12 to say I close up at 7.  But I'm late, so I can go as
13 long as you need me.  But hopefully by 7:30.
14         MR. KILDOW:  Be careful, you don't have
15 that much time.
16         THE DEPONENT:  I mean, hopefully by 7:30,
17 that would be great.  But I understand you've got a lot
18 of stuff.
19         MR. KILDOW:  Well, we've got 7:30, and I
20 presume that we're going to do one sitting of this
21 deposition.
22         MS. HARDEN:  Correct.
23         MR. KILDOW:  And so since there are three
24 parties, I think we ought to divide the time up
25 equally, then.  Do we have an agreement on that?

**Page 8**

1          MS. SAVAGE:  We don't.
2          MR. KILDOW:  We don't.
3          MS. SAVAGE:  Can we get started, please?
4          MR. KILDOW:  Okay.  You have no -- you
5  will not agree to divide the time?  So you're going to
6  use all the time?
7          MS. SAVAGE:  I don't plan on it.  But
8  you're using all the time right now, so let's not
9  delay, please.  It's already -- what time is it?  I
10 have 3:49.
11         MR. KILDOW:  Well, I think that dividing
12 the time would be fair and equitable.
13         MS. SAVAGE:  Okay.  Let's cross that
14 bridge when we get to it.  We're not there yet.  It's
15 already 3:49 and I haven't yet asked a question.
16         MR. MADDEN:  My questions will only take
17 about 15 minutes.
18         MS. SAVAGE:  Good.
19     Q.  (By Ms. Savage)  So can we get started,
20 Dr. Philippon?
21     A.  Yes.
22     Q.  When did you join The Steadman Clinic?
23     A.  March 1st, 2005.
24     Q.  And did you join specifically to do hip
25 surgeries?

**Page 9**

1      A.  Yeah.  My specialty at the time was sports
2  medicine hip disorders.  So my expertise at University
3  of Pittsburgh was that, but I -- at the time I was
4  still doing hip replacement, certain open procedures,
5  and so my emphasis was on the sports medicine/hip
6  disorders, but main focus was hip arthroscopy.
7      Q.  Okay.  And is that still true today?
8      A.  Today, I think I did my last total hip --
9  I don't remember the year, but I was in Switzerland was
10 my last total hip that I formally did probably at least
11 seven years ago, around that time.
12     Q.  Around 2011?
13     A.  Was my last formal total hip that I did.
14 It was not at VVMC.
15     Q.  It was not?
16     A.  It was not.  It was in Switzerland.
17     Q.  So what do you do now?
18     A.  Now I mainly do hip arthroscopy.  I do
19 joint preservation.  Sometime I'll do open hamstring
20 repair -- actually I have a lady from the White House
21 that wants me to do it, so I might do it.  I won't tell
22 you her name, but -- it's an open procedure.  I do a
23 few athletes with open hamstrings still.  But mainly
24 joint preservation through hip arthroscopy.
25     Q.  When did you first start working with

Deposition of: Marc Philippon, M.D. - September 27, 2018
Siraaj Al-Baaj v. Doris Kirchner, et al.

**138**

1 Q. Okay. Giving you legal --
2 A. But obviously because Dan is our CEO, Dan
3 does a lot of the communication and Dan briefs me on
4 it.
5 Q. But he was giving legal advice to
6 Dan Drawbaugh?
7 A. Yes. To us. To the organization, yeah.
8 Q. Okay. I'm confused why these agreements
9 were executed on May 19th, 2017, if there was a pause
10 in the work that Lindsay Winninger was going to be
11 doing for The Steadman Clinic and Steadman Philippon
12 Research Institute?
13 A. Yeah. So I think we were struggling with
14 the situation in the sense that we're partner with the
15 hospital, you know, as far as the Research Institute.
16 And then we want to hire Lindsay, and there's a
17 conflict between Lindsay and the hospital. So we put a
18 lot of talk -- talk through it and, as you said,
19 it's -- it was kind of a situation, it was an
20 evolution. So I think there was a lot of
21 back-and-forth discussion. Should we hire Lindsay,
22 keep the consulting agreement, when there's a dispute?
23 So we're -- you know, we -- we were just
24 looking out for the organization. I mean, so it's
25 nothing personal towards Lindsay, it's just for us

**139**

1 there's a situation, there's a potential conflict or
2 some accusation made. So we have to be cautious how
3 we're going to hire a consultant if there's a potential
4 problem with the hospital because we rent space with
5 the hospital.
6 Q. And you have a lease with the hospital?
7 A. Yes. Yeah.
8 Q. And the lease does have restrictions in
9 it?
10 A. Absolutely.
11 Q. As far as doing physical therapy and using
12 the space?
13 A. Absolutely. For sure, yeah.
14 Q. And that's another thing you had to work
15 around?
16 A. Oh, yeah. Yeah. No, we -- we don't want
17 Lindsay to do therapy at our office.
18 Q. Okay.
19 A. That's not the -- that was not the goal
20 here.
21 Q. Did you ever tell Alan Kildow that you
22 received a text message from Mike Shannon?
23 A. Did I receive a text message from Mike? I
24 receive a lot of text message from him.
25 Q. About Lindsay Winninger.

**140**

1 A. That, I don't -- I might have said it, but
2 I don't remember what the text was about, to be honest.
3 I mean, I can look, but I don't remember the text.
4 Q. How many times did Alan Kildow meet with
5 you?
6 A. Well, I met Alan -- okay. I met him at
7 our stem cell meeting that we had in August.
8 Q. Of what year?
9 A. I want to say 2017 or 2016. I don't --
10 because it's the third year, so I think -- I don't
11 remember 2016 or '17, but I --
12 Q. Was it before or after he sent you the
13 letter?
14 A. I think it was -- I want to say it was
15 probably before.
16 Q. Okay.
17 MS. HARDEN: Stop for just a second.
18 Janet, are you asking how many times he met with Alan
19 about this situation?
20 MS. SAVAGE: Yes.
21 A. No, when I met with Alan, we didn't talk
22 about this. We talk about -- he came to our meeting
23 and we didn't talk about this, actually. I didn't talk
24 to him about this.
25 Q. Ever?

**141**

1 A. Well, I answered the email, but I didn't
2 really communicate with Alan about this. Dan I think
3 was able to talk to him. But I spoke -- because we had
4 another situation, not related to this, where we
5 considered Alan representing us for an issue we had
6 with CU. So to -- I don't think I met specifically
7 with Alan about this. Now, Dan might have talked to
8 him, but me specifically talking about this, I know we
9 had a discussion a little bit about CU, which is not
10 related to this.
11 Q. Did you ever talk to Alan Kildow about
12 this case?
13 A. I might -- he might have mentioned
14 something, but nothing in details or specifics,
15 absolutely not. I didn't talk to him.
16 Q. How about after he sent you Exhibit 99,
17 did you talk to him?
18 A. No, I sent him an email and -- yeah, I
19 said, "Lindsay is a great person. I agree with you.
20 Have a great day." That was March 3rd, 2017. After
21 that I don't remember talking to him directly about
22 this. He never called me. I don't remember Alan
23 calling me or -- no, I don't remember that at all.
24 Q. So Mike Shannon has testified that he
25 never sent you a text about Lindsay Winninger. Do you

Deposition of: Marc Philippon, M.D. - September 27, 2018
Siraaj Al-Baaj v. Doris Kirchner, et al.

---

**186**

1  behalf.  Some surgeons don't pay as much attention to
2  it, but, for me, it's very focused, yes.
3         MS. SAVAGE:  I have nothing else.  Thank
4  you.
5         MS. HARDEN:  We'll handle signature.
6         (The deposition concluded at 8:14 p.m.
7  after 3 hours 53 minutes on the record.)

---

**187**

1                AFFIDAVIT
2         I have read my deposition and it is true
3  and accurate, except for any changes or corrections now
4  indicated by me on the Amendment sheet.
5         Amendment sheet attached   ( )
6         No changes to testimony    ( )
7
8  _____
   MARC PHILIPPON, M.D.
9  SUBSCRIBED AND SWORN to before me this
10 date, _____.
11
         My commission expires _____
12
13 _____
   NOTARY PUBLIC
14
15 _____
   STREET ADDRESS
16 _____
   CITY, STATE, ZIP
17
18
19
   Return to:  MILE HIGH COURT REPORTING & VIDEO, INC.
20          14143 Denver West Parkway
            Suite 100
21          Golden, Colorado 80401

---

**188**

1                CERTIFICATE
2         I, Aimee S. Reisinger, RPR, Notary Public of
3  the State of Colorado, certify that before the
4  deposition the witness was sworn by me to testify to
5  the truth, and that the foregoing is a true transcript
6  of the questions asked, testimony given, and
7  proceedings had.
8         I further certify that I am not related to
9  any party herein, nor their counsel, and have no
10 interest in the result of this litigation.
11
12 _____
   Aimee S. Reisinger, RPR, CSR
13 My Commission expires 9/16/2020
   Notary No. 19964015065

---