# Exhibit 29

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, April 21, 2023 6:22 PM |
| **To:** | Crews Chambers |
| **Cc:** | Alan Kildow; Roeder, Jackie; Richards, Daniel |
| **Subject:** | Sports Rehab Consulting v. Vail Health, Civil Action No. 19-cv-2075-WJM-SKC |
| **Attachments:** | Sports Rehab April 21, 2023 Submission (19-cv-2075-WJM-SKC).pdf |

Stephanie,

On behalf of Plaintiffs in the above-referenced matter, I have attached their submission related to custodians, locations, and search terms relating to the March 13, 2023 Magistrate Order and Special Master Orders #1-4.

Best regards,

Sonya Braunschweig
612.819.2304
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-SKC

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

## PLAINTIFFS' PROPOSED LIST OF CUSTODIANS, LOCATIONS, AND SEARCH TERMS RELATED TO MARCH 13, 2023 ORDER AND SPECIAL MASTER ORDERS #1-4

### INTRODUCTION

Plaintiffs sought to collaboratively work with Vail Health for the search and production of documents required by the Magistrate Judge's March 13, 2023 Order, which adopted Special Master Orders #1-4.[1]  Vail Health turned down those attempts, and on April 10, 2023, Plaintiffs presented this issue to the Court through the Magistrate Judge's dispute resolution process.  The Court instructed the parties to confer about the identification of custodians, locations, and search terms and report back to the Court on April 14 or 17, 2023.  On April 17, 2023, a call was held with the Magistrate Judge's clerk.  The parties were instructed to file simultaneous briefs on Friday, April 21, 2023, and to email their submissions related to custodians and search terms, which this addresses.

---

[1]    Vail Health also rebuffed Plaintiffs' proposals related to Vail Health's initial inadequate searches that resulted in Special Master Orders #1-4.  The inadequacy of those searches have been and will be addressed separately with the Court.

1

## THE PARTIES' CONFERRALS

The parties held separate one-hour conferrals on April 12, 14, and 20, regarding custodians, locations, and search terms. During those conferrals, Plaintiffs asked several questions that Vail Health would not answer regarding issues that relate directly to Special Master Orders #1-4[2] and the March 13, 2023 Order adopting those Orders.[3] These questions included:

- The steps Vail Health took to preserve documents and information. Specifically, whether a litigation hold was issued; and if so, (a) when; (b) who received the hold notice; (c) what documents and information were preserved; and (d) were the custodians periodically reminded about their obligations to maintain documents and information.

- Vail Health has not produced any text messages despite references in emails summarizing text messages and deponents testifying of having sent or received text messages. Did Vail Health review any text messages?

- The identification of Vail Health directors, officers, employees, and agents that engaged in discussions and negotiations with the two orthopedic clinics, The Steadman Clinic and Vail-Summit Orthopaedics that related to any expansion plans outside the Vail Valley.

- Hammes Company,[4] Percival Health Advisors, and its parent company, Remedy Medical Properties were engaged to conduct market studies related to Vail Health's geographic expansion of services, including physical therapy, outside the Vail Valley. Plaintiffs asked Vail Health to identify the Vail Health employees and agents that (1) provided the consultants with Vail Health information to conduct the analyses; and (2) participated in meetings or committees along with the consultants.[5]

---

[2]   ECF Nos. 362, 381-83.
[3]   ECF No. 457.
[4]   Since late spring 2021, Plaintiffs requested documents related to Hammes and its "Steering Committee" and later moved to compel those documents in various motions. ECF Nos. 127 at 11; 132 at 6 n.21; 157 at 2, 10, 12-14. Although Order #3 required production of these documents, Vail Health has still not done so, disputing that "Steering Committee" refers to Hammes documents. *See* ECF No. 382 at 2.
[5]   *See* ECF Nos. 128-1, 133-4 at STEADMAN-002692 ("Steering Committee"); *id.* at STEADMAN-002801, 2804 (identifying and meetings communications with "VVMC Project Steering Committee"). "VVMC" is now known as Vail Health.

2

- Vail Health's initial search term list included a column for "Actual or Potential Counterparty." Vail Health identified the Basalt and Dillon Orthopedic Surgery Centers but would not disclose the members of those LLCs.

- As to the Special Master Orders #3 and 4, Vail Health was ordered to identify witnesses outside the Vail Valley. Plaintiffs asked Vail Health to identify those witnesses during the conferrals; it would not. The supplementation of the interrogatories remain outstanding:

    **a.     Interrogatory #11:** For each joint venture, collaboration, or strategic partnership outside the Vail Valley that involved providing physical therapy services, identify the Vail Health directors, officers, employees, or consultants involved those discussions.[6]

    **b.     Interrogatory #12:** For each joint venture, collaboration, or strategic partnership outside the Vail Valley that involved providing physical therapy services, identify the Vail Health directors, officers, employees, or consultants involved in determining Vail Health's pricing or reimbursement rates for such physical therapy.[7]

    **c.     Interrogatory #13:** For each joint venture, collaboration, or strategic partnership outside the Vail Valley that involved providing physical therapy services, identify the Vail Health directors, officers, employees, or consultants involved in discussing antitrust, antikickback, or prohibited physician referral issues.[8]

    **d.     Interrogatory #20(e)-(f):** For each joint venture, collaboration, or strategic partnership outside the Vail Valley that involved providing physical therapy services, identify the Vail Health attorneys, inside and outside, that were involved in providing advice, counseling, planning, negotiating, or other legal services.[9]

    **e.     Interrogatory #21(d)-(e):** For each joint venture, collaboration, or strategic partnership outside the Vail Valley that involved providing physical therapy services, identify the Vail Health accountants, inside and outside, that were involved who providing advice, counseling, planning, negotiating, or other accounting, financial, or compliance services.[10]

Given the lack of disclosure regarding these issues and witnesses, Plaintiffs reserve the right to identify additional custodians.

---

[6]     ECF No. 383 at 4-5.
[7]     ECF No. 382 at 3-4.
[8]     *Id.* at 4-5.
[9]     *Id.* at 5-6.
[10]    *Id.* at 6-7.

## **CUSTODIANS TO BE SEARCHED**

Vail Health identified the following four custodians to be searched in response to the March 13, 2023 Order, which are the same custodians initially searched that resulted in Special Master Orders #1-4. The only location Vail Health previously searched was emails, but despite Plaintiffs making several requests for text messages, Vail Health still has not confirmed whether text messages of the following custodians will be produced.

| Vail Health's Custodians | Dates of Employment |
|---|---|
| Nicholas Brown<br>Former SVP of Howard Head | August 2017 until May 2021; from 2012 to August 2017, served as Director; December 2021, returned to Vail Health in new role |
| Ellen Broersma<br>Howard Head Director of Operations | About 2019 to the present; from about 2016, served as Vail Clinic Manager; from about 2018, served as Vail Clinic Director |
| Doris Kirchner<br>Former Chief Executive Officer | 2009 to December 2018 |
| Will Cook<br>Chief Executive Officer | January 2019 to the present |

Based on the limited information it had, Plaintiffs identified potentially 10-15 other custodians. In an effort to reach a compromise, Plaintiffs requested that two key witnesses be added to the custodians to be searched: (1) Former Michael Board Chair Michael Shannon, who served in that role from 2010 to 2019, and was the driving force for the expansion of Vail Health's relationships with its orthopedic partners; and (2) Harold Dupper, who served as the Chief Financial Officer from 2017 to 2020 and worked closely with Shannon and was part of CEO Will Cook's "team" on the Vail Health expansion plans.

For months, Plaintiffs asked Vail Health whether it maintained the emails and texts of Michael Shannon, among others. Vail Health refused to say until the April 20 conferral, when Mr. Richards disclosed for the first time that "Vail Health does not have custody or control of Mr. Shannon's emails or texts." At the April 20 conferral, Vail Health also confirmed it would not include Shannon or Dupper as custodians.

4

**PROPOSED SEARCHES TO BE CONDUCTED**

Given the dispute about the scope of the March 13 Order and Special Master Orders #1-4, the parties held multiple conferrals about the searches.  As of April 12, 2023, Vail Health's approach was to circumscribe the searches to limited parties and the locations of Basalt and Dillon.  On April 20, 2023, fifteen minutes before a discovery conferral, Vail Health modified and expanded its searches in part.  The parties discussed the modified searches, and after the call, Plaintiffs documented in writing what was discussed during the call, which is attached as Exhibit 2 to Plaintiffs' April 21, 2023 brief.

The chart below identifies the searches in which the parties are not too far apart:

| Topic of Search | Vail Health's Modified Search | Plaintiffs' Proposed Search |
|---|---|---|
| Competitors (RFP #6 and 25 Competition): | ("Aspen Sports Medicine" or ASM AND ("Howard Head" OR HH OR PT OR "physical therapy")) | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (Aspen w/10 sports OR medicine OR valley OR hospital) OR AVH OR Avalanche OR Axis OR "Glenwood Med*" OR GMA OR "Panorama Summit" OR "Summit Chiro*" OR ("Breck* OR Concierge OR Panorama OR "Valley View" OR VVH w/15 PT OR therapy) |
| | ("Aspen Valley Hospital" or AVH) AND ("Howard Head" OR HH OR PT OR "physical therapy") | |
| | Avalanche AND ("Howard Head" OR HH OR PT OR "physical therapy") | |
| | ("Howard Head" OR HH OR "physical therapy" OR PT) AND (Avalanche OR Axis OR "Glenwood Medical Associates" OR GMA OR "Breckenridge PT" OR "Breckenridge physical therapy" OR "concierge PT" OR "concierge physical therapy" OR "Panorama physical therapy" OR "Panorama PT" OR "Valley View PT" or "Valley View physical therapy") | |
| Consultants involved in expansion plans (RFP #2-8, 15, 25) | ("Howard Head" OR HH OR "physical therapy" OR PT) AND (Hammes OR Percival OR Remedy) AND (Dillon OR Basalt) | ("Howard Head" OR HH* OR therapy OR PT) AND (*Hammes* OR *Percival* OR *Remedy*) ["*" captures email addresses] |

Other searches proposed by Vail Health are too restrictive, particularly given the scope of the Magistrate Judge's March 13, 2023 Order and Special Master Orders #1-4 as it relates to the geographic markets at issue.  Those searches are in the chart below:

5

| Topic of Search | Vail Health's Modified Search | Plaintiffs' Proposed Search |
|---|---|---|
| Geographic market (RFP #5-8) | Basalt AND ("Howard Head" OR HH OR PT OR "physical therapy")<br><br>Dillon AND ("Howard Head" OR HH OR "physical therapy" OR PT) | ("Howard Head" OR HH OR HHSM OR therapy OR PT) AND (*market* OR expansion OR geograph*) AND (Summit OR Garfield OR Pitkin OR Basalt OR Willits OR Aspen OR Frisco OR Basecamp OR Breckenridge OR Silverthorne OR Dillon OR Glenwood OR Rifle)<br><br>[The underlined terms were used in produced documents discussing the expansion plans.] |

And then there are topic areas for which Vail Health has not provided any search, including relating to proposed combinations with Steadman and VSO:

| Topic of Search | Vail Health's Modified Search | Plaintiffs' Proposed Search |
|---|---|---|
| Combinations with Steadman and VSO (RFP #7-8) | None. | ("Howard Head" OR HH OR HHSM OR therapy or PT) AND (Summit OR Garfield OR Pitkin OR Basalt OR Willits OR Aspen OR Frisco OR Basecamp OR Breckenridge OR Silverthorne OR Dillon OR Glenwood OR Rifle) AND (*Steadman* OR TSC OR "Vail Summit" OR *VSO*) AND (partner* OR *align* OR relation* OR reset OR collabor* OR alliance* OR referral* OR competit* OR jv OR "joint venture" OR agreement OR contract OR lease)<br><br>[The underlined terms were used by the parties in various produced documents and press releases.] |
| Howard Head financial data (RFP #2, 4) | None. | ("Howard Head" OR HH OR HHSM OR therapy or PT) AND (Summit OR Garfield OR Pitkin OR Basalt OR Willits OR Aspen OR Frisco OR Basecamp OR Breckenridge OR Silverthorne OR Dillon OR Glenwood OR Rifle) AND ("finance* OR price* OR revenue* OR cost* OR projection* OR forecast* OR valuation OR "income statement" OR expense OR overhead OR "operat* margin*" OR "contribution margin*")<br><br>[The underlined terms were used by Vail Health to search for responsive emails before the March 13, 2023 Order.] |