

# Exhibit 30

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Tuesday, April 25, 2023 9:11 AM |
| **To:** | Roeder, Jackie; Richards, Daniel |
| **Cc:** | Alan Kildow |
| **Subject:** | Sports Rehab v Vail Health [19-2075]--Text Messages and Sample of Patient Data |

Counsel,

Plaintiffs have repeatedly asked Vail Health to produce text messages for the four custodians--Kirchner, Brown, Cook, and Broersma--as well as Michael Shannon.  Last week, you again informed us of another meeting with your client last Friday about this issue and that you would get back to us about the text messages after that meeting. You have had ample time (and apparently multiple conversations with your client) to confirm Vail Health's position.  And yet, it is now Tuesday, and we still have not heard whether your client agrees to search and produce basic ESI in the form of text messages.  Please let us know this morning Vail Health's decision on this matter.

If Vail Health refuses to produce text messages, then please also provide us the basis for not producing them, particularly when Kirchner testified that "there were texts," and she provided them to you by way of screenshots and Dr. Philippon testified that he "receive[d] a lot of text message[s]" from Shannon during the relevant time period at issue here.  And then there are the multiple emails between Kirchner and Shannon that discuss text messages involving Steadman on issues directly relevant to this action, the texts of which have not been produced.  Given certain admissions that you made last week, it does not appear that Vail Health or its counsel placed a litigation hold on these documents, or obtained or reviewed the text messages.

Additionally, Plaintiffs requested--and Vail Health agreed--to provide Plaintiffs with a sample of the patient data required to be produced pursuant to the March 13 Order and Special Master Order #1.  After not receiving the sample last week, I again followed up on that issue and received no response.  Why hasn't a sample been provided?

Sonya Braunschweig