# Exhibit A

| Row | Agreement Title | Date | Counterparty | Agreement Type |
|---|---|---|---|---|
| 1 | Office Lease | January 27, 2005 | Steadman Hawkins Clinic, LLC | Lease |
| 2 | First Amendment to Lease Agreement | November 1, 2006 | Steadman Hawkins Clinic, LLC | Lease |
| 3 | Second Amendment to Lease Agreement | March 1, 2007 | Steadman Hawkins Clinic, LLC | Lease |
| 4 | Third Amendment to Lease Agreement | August 1, 2009 | Steadman Hawkins Clinic, LLC | Lease |
| 5 | Fourth Amendment to Lease Agreement | January 15, 2014 | The Steadman Clinic, LLC | Lease |
| 6 | Office Lease | April 8, 2010 | The Steadman Clinic, LLC | Lease |
| 7 | Office Lease | November 1, 2014 | The Steadman Clinic, LLC | Lease |
| 8 | Office Lease[1] | December 3, 2015 | The Steadman Clinic, LLC | Lease |
| 9 | Letter Agreement | January 5, 2017 | The Steadman Clinic, LLC | Lease |
| 10 | First Amendment to Office Lease | June 1, 2017 | The Steadman Clinic, LLC | Lease |
| 11 | Office Lease | February 7, 2011 | The Steadman Philippon Research Institute | Lease |
| 12 | Office Lease | December 3, 2015 | The Steadman Philippon Research Institute | Lease |

---

[1] This lease was previously produced at VAIL_00001965.

| 13 | First Amendment to Office Lease | June 1, 2017 | The Steadman Philippon Research Institute | Lease |
|---|---|---|---|---|
| 14 | Second Amendment to Office Lease | January 4, 2022 | The Steadman Philippon Research Institute | Lease |
| 15 | Office Lease | March 20, 2014 | Vail Summit Orthopedics and Sports Medicine, Inc. | Lease |
| 16 | Office Lease | January 24, 2018 | Vail Summit Orthopaedics, P.C. | Lease |
| 17 | First Amendment to Office Lease | May 11, 2021 | Vail Summit Orthopaedics, P.C. | Lease |
| 18 | Lease Agreement | July 1, 2002 | Vail Valley Surgery Center, LLC | Lease |
| 19 | Amendment of Lease between VVMC and VVSC | February 17, 2004 | Vail Valley Surgery Center, LLC | Lease |
| 20 | Second Amendment to Lease Agreement | January 10, 2008 | Vail Valley Surgery Center, LLC | Lease |
| 21 | Addendum to Lease Agreement | May 1, 2008 | Vail Valley Surgery Center, LLC | Lease |
| 22 | Second Addendum to Lease Agreement | January 26, 2010 | Vail Valley Surgery Center, LLC | Lease |
| 23 | Third Amendment to Lease Agreement | May 1, 2012 | Vail Valley Surgery Center, LLC | Lease |
| 24 | Fourth Amendment to Lease Agreement | October 9, 2020 | Vail Valley Surgery Center, LLC | Lease |
| 25 | Fifth Amendment to Lease Agreement | May 2021 | Vail Valley Surgery Center, LLC | Lease |
| 26 | Lease | July 28, 2011 | Vail Valley Surgery Center, LLC | Lease |
| 27 | First Amendment to Lease Agreement | May 1, 2012 | Vail Valley Surgery Center, LLC | Lease |
| 28 | Medical Office Building Lease Agreement | January 3, 2020 | Dillon Medical Properties, LLC | Lease |

| 29 | Medical Office Building Lease Agreement | September 9, 2020 | N/A[2] | Lease |
|---|---|---|---|---|
| 30 | Medical Office Building Sublease Agreement | September 9, 2020 | Basalt Orthopedic Surgery Center, LLC | Lease |
| 31 | Research Affiliation Agreement | January 1, 2013 | The Steadman Philippon Research Institute | Research Agreement |
| 32 | Amended and Restated Research Affiliation Agreement | December 3, 2015 | The Steadman Philippon Research Institute | Research Agreement |
| 33 | Amendment to Amended and Restated Research Affiliation Agreement | August 30, 2016 | The Steadman Philippon Research Institute | Research Agreement |
| 34 | Amendment to Amended and Restated Research Affiliation Agreement | October 1, 2018 | The Steadman Philippon Research Institute | Research Agreement |
| 35 | Research Affiliation Agreement | April 30, 2015 | Vail-Summit Orthopaedic Foundation | Research Agreement |
| 36 | Amended and Restated Research Affiliation Agreement | April 1, 2020 | Vail-Summit Research and Education Foundation | Research Agreement |

---

[2] Vail Health is not a party to this lease. Val Health is a party to the sublease listed in Row 30, which is subordinate to this lease.