**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-SKC

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**PLAINTIFFS' NOTICE OF INTENT TO FILE REPLY
ON OR BEFORE AUGUST 22, 2023 IN ACCORDANCE WITH
COURT'S AUGUST 1, 2023 ORDER [ECF NO. 490]**

---

On August 1, 2023, Plaintiffs filed a motion to stay or remand a portion of their objection to the March 13, 2023 Order of the Magistrate Judge. [ECF No. 489] The same day, the Court set a schedule for the parties to respond to Plaintiffs' motion to stay or remand. [ECF Nos. 490.] Vail Health filed its response on August 11, 2023. [ECF No. 491]. In that response, Vail Health represented that on August 18, 2023, it would produce certain agreements that are the subject of Plaintiffs' objection [ECF No. 459]. In particular, the research affiliation agreements with SPRI and VSOF. Vail Health's response was the first time it has confirmed that it will produce those agreements.

Plaintiffs anticipate that the August 18 production will likely moot the motion but cannot say so with certainty until the documents are actually produced. Plaintiffs therefore provide this notice to the Court and Vail Health that their reply will be filed on or before August 22, 2023, as ordered by the Court, but they are awaiting Vail Health's August 18 production before doing so.

Dated: August 14, 2023

*s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail: jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2023, I served a true and correct copy of Plaintiffs' Notice Of Intent To File Reply On Or Before August 22, 2023 In Accordance With Court's August 1, 2023 Order [ECF No. 490], via the Court's ECF system on:

Evan Rothstein
Colin O'Brien
David Jelsma
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202

James Cooper
Francesca Pisano
Andrew T. Ellingsen
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Leah A. Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002

Samuel David Sullivan
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

Counsel for Defendant Vail Health

                                          *s/Alan L. Kildow*
                                          Alan L. Kildow