# Exhibit 3

| | |
|---|---|
| **From:** | Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com> |
| **Sent:** | Thursday, July 13, 2023 4:49 PM |
| **To:** | alkildow@aol.com; O'Brien, Colin M. |
| **Cc:** | sonya braunschweig; Schultz, Leah |
| **Subject:** | RE: Pls' Comments To Proposed Schedule.docx |
| **Attachments:** | SRC_Vail - 7.13.23 - Joint Motion for Scheduling Order_(US_174256576_1).DOCX |

Alan-

Attached is a revised proposed joint motion regarding the scheduling order.  We modified our proposed dates in light of your comments and to address your concerns.  Our new proposals in that regard are reflected in the third column.  If Plaintiffs agree to this, we would file just that column with this proposed motion.

We can plan to confer about this on our call set for Monday.  If we don't have agreement, which is fine, we will just move the court and change our motion accordingly.

Talk next week.

Evan

_____

Evan Rothstein
Partner | Bio

**Arnold & Porter**

1144 Fifteenth Street | Suite 3100
Denver, CO 80202-2569
T: +1 303.863.2308
Evan.Rothstein@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** alkildow@aol.com <alkildow@aol.com>
**Sent:** Monday, July 3, 2023 11:52 AM
**To:** Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com>; O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>
**Cc:** sonya braunschweig <sonya.braunschweig@gmail.com>; alkildow@aol.com
**Subject:** Pls' Comments To Proposed Schedule.docx

External E-mail

Evan and Colin:

Attached is Plaintiffs' response to your proposed amendment to the scheduling order.  This is a word document so you can make changes to it directly, and it might be best for all of us if any changes are tracked with redlining.

Hope you have a nice Fourth of July.

Alan Kildow
970-390-6675

1

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

      Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

      Defendant.

---

**[JOINT] MOTION TO ENTER SCHEDULING ORDER**

---

The Parties jointly move the Court to enter a Scheduling Order. This lawsuit was filed on July 17, 2019, nearly four years ago. Discovery closed in December 2021. At that time, certain motions to compel remained pending before the Court-appointed Special Master. The Special Master resolved those motions after the close of discovery in early Fall 2022. Certain of the Special Master's Orders were clarified on appeal during a hearing before Judge Crews in April 2023. The Parties have since actively engaged to complete the remaining follow-on discovery related to the Special Master's Orders and to narrow or eliminate any further discovery disputes. The Parties are jointly committed to expeditious completion of the remaining discovery process.

The Parties also mutually desire to push this case to completion. Average time from filing to completion of cases of this type is only two and a half years; accordingly, this case

has been pending far beyond the average time of pendency in this Court. While the Parties are actively working together to move forward, there is no scheduling order or trial setting in place. Therefore, good cause exists to enter a new Scheduling Order to push this case to completion.

Wherefore, the Parties respectfully request that the Court enter a Scheduling Order putting into place all remaining deadlines necessary ensure this case reaches finality, including a trial setting. Although the Parties have conferred, at present, they have not been able to agree to deadlines for the remainder of this litigation. The Parties current proposals, and places of agreement, are flagged below:

| Event | Vail Health's Original Proposed Date | Plaintiffs' Proposed Date | Vail's New Proposed Date |
|---|---|---|---|
| Deadline to seek Special Master input on any disputes related to Orders No. 1-5 | July 23, 2023 | 14 days after production of documents is completed | August 4, 2023 |
| Deadline to complete remaining discovery required and permitted under Special Master's Orders | August 25, 2023 | Agreed. | September 8, 2023 |
| Deadline to file any additional motions to compel arising out of Special Master's Orders No. 1-5 | | September 22, 2023 | August 4, 2023 |
| Completion of all Fact Discovery | | | September 22, 2023 |
| Deadline for Plaintiffs to serve supplemental report of Arthur Cobb | September 15, 2023 | September 29, 2023 | September 15, 2023 |

2

| | | | |
|---|---|---|---|
| related solely to impact of COVID-19[1] | | | |
| Deadline for Rebuttal Report to Arthur Cobb's Supplemental Report | October 27, 2023 | Agreed. | October 27, 2023 |
| Deadline for any expert depositions | | | December 22, 2023 |
| Deadline to file motions for summary judgment | November 17, 2023 | August 25, 2023 | February 29, 2024 |
| Deadline to file motions challenging experts | January 13, 2023 | Proposal to agree to forego filing | March 15, 2024 |
| Pretrial Conference | February 3, 2024 | Agreement. Pending state-court trial. | April 5, 2024 |
| Final Pre-Trial Conference | Two weeks prior to trial | Agreement. Pending state court-trial. | Two weeks prior to trial |
| Trial | April 2024 | Agreement. Pending state court-trial. | June, 2024. |

---

[1] Plaintiffs have stipulated and agreed that they will not update the expert report of their antitrust expert, Dr. Leslie Schafer, and will only file a supplemental expert report for their damage expert Arthur Cobb on the limited issue of the impact of the COVID-19 pandemic.

3

Dated: July ___, 2023.

*/s/ DRAFT*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail: jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

**Counsel for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC**

Respectfully submitted,

*/s/ DRAFT*
Evan M. Rothstein (Bar No. 35990)
Colin O'Brien (Bar No. 41402)
David S. Jelsma (Bar No. 53916)
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Tel: (303) 863-1000
Evan.Rothstein@arnoldporter.com
Colin.Obrien@arnoldporter.com
David.Jelsma@arnoldporter.com

James L. Cooper
Francesca Pisano
Andrew Ellingsen
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: (202) 942-5000
James.Cooper@arnoldporter.com
Francesca.Pisano@arnoldporter.com
Andrew.Ellingsen@arnoldporter.com

Leah Schultz
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
Tel: (713) 576-2400
Leah.Schultz@arnoldporter.com

Sam Sullivan
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street

        New York, NY 10019-9710
        Tel: (212) 836-8000
        Sam.Sullivan@arnoldporter.com
        ***Counsel for Defendant Vail Health***

## CERTIFICATE OF SERVICE

I hereby certify that on June ___, 2023, I served via CM/ECF the foregoing **[JOINT] MOTION TO ENTER SCHEDULING ORDER** on all counsel of record.

*/s/ DRAFT*