# Exhibit 4

**Sullivan, Sam**

| | |
|---|---|
| **From:** | alkildow@aol.com |
| **Sent:** | Thursday, August 17, 2023 11:35 AM |
| **To:** | Rothstein, Evan M.; O'Brien, Colin M.; Schultz, Leah |
| **Cc:** | sonya braunschweig; alkildow@aol.com |
| **Subject:** | IMMEDIATE RESPONSE REQUIRED.  Sports Rehab Consulting, et al. v. Vail Health--Rule 30(b)(6) Deposition of Vail Health |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

External E-mail

**IMMEDIATE RESPONSE REQUIRED**

Evan:

The parties should be able work out the details of a Rule 30(b)(6) deposition.  One issue, however, is non-negotiable: Plaintiffs do not and will not waive their right to pursue further relief from the court in the form of motions, sanctions, and/ordepositions in the event that the testimony from the deposition at issue reveals that Vail Health and/or its lawyers concealed or failed to produce relevant Howard Head financial documents and data or misrepresented the nature or availability of the information sought by Plaintiffs through their discovery requests.  **We need a response from you by noon today.**  We ask for a simple: "Yes, Vail Health understands that a waiver is not a condition to the deposition, and Vail Health will proceed to present witnesses to testify to the topics agreed upon."  "Or yes, Vail Health understands that Plaintiffs will not agree to a waiver and it will not present witnesses for the Rule 30(b)(6) deposition unless Plaintiffs waive their right to seek further relief."

We have been at this issue for going on a year.  We have had innumerable, futile communications about it.  Enough is enough.  One way or the other, we will inform the Special Master of the outcome of our communications by noon today.

Alan Kildow
970-390-6675

1