# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-SKC

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

**DECLARATION OF MIKE BROWN PURSUANT TO 28 U.S.C. § 1746**

I, Mike Brown, do hereby declare as follows:

1. I am Vice President of Finance at Vail Clinic, Inc., d/b/a Vail Health ("Vail Health").

2. I am familiar with Vail Health's financial data and preparation of financial statements through my role as Vice President of Finance of Vail Health.

3. Vail Health's financial statements show aggregate information across all of Vail Health's business units and do not disaggregate information specific to Howard Head Sports Medicine.

4. While Vail Health prepares financial statements in the ordinary course of its business, it does not prepare regular financial statements specific to Howard Head Sports Medicine in the ordinary course of its business.

5. Vail Health maintains financial data specific Howard Head Sports Medicine in the ordinary course of its business.

6. In the ordinary course of Vail Health's business, financial data, including financial data specific to Howard Head Sports Medicine, is accessed using software called "Strata."

7. Strata is a tool for aggregating and analyzing data stored in different databases. Strata aggregates three underlying types of data: patient data, payroll data, and general ledger data. That underlying data is stored in the first instance in other databases, and is then copied into Strata's database for aggregation and analysis.

8. At the time it was introduced, Strata represented a novel capability for Vail Health. There was no predecessor to Strata, and no previous system was retired as a result of Strata's introduction.

9. When Strata was implemented in 2016, patient data, payroll data, and general ledger data from the single prior year (i.e., 2015) was copied into Strata. Data in those underlying databases is now automatically copied into Strata on an ongoing basis.

10. No data prior to 2015 was copied into Strata given the significant financial cost and time commitment associated with the process of adding historical data. Pre-2015 data was not deleted or otherwise modified as a result of Strata's implementation.

I declare under penalty of perjury that the foregoing is true and correct

Executed on August 18, 2023

Mike Brown
Vice President of Finance, Vail Health