# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02075-WJM-SKC

SPORTS REHAB CONSULTING LLC & LINDSAY WINNINGER,

    Plaintiffs,

v.

VAIL CLINIC, INC., d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

### DECLARATION OF KATIE LAWLOR IN SUPPORT OF VAIL HEALTH'S RESPONSE IN OPPOSITION TO PLAINTIFFS' RULE 37 MOTION TO COMPEL #6 RELATING TO TEXT MESSAGES

---

I, Katie Lawlor, do hereby declare as follows:

1. I am the Director of Risk Management and Patient Safety for Vail Clinic, Inc., d/b/a Vail Health ("Vail Health").

2. In my role as Director of Risk Management and Patient Safety for Vail Health, I am familiar with the course of the above-captioned proceedings, as well as the course of proceedings in *Winninger et al. v. Vail Health et al.*, 2017CV030102 (Dist. Ct., Eagle Cnty.) ("State Court Action").

3. In connection with the State Court Action, counsel for Vail Health sent a litigation hold letter to Doris Kirchner, Mike Shannon, and Nico Brown, among others, on November 21, 2017, informing them of the nature of the litigation and instructing them to preserve all paper files and electronically stored information related to it.  This litigation hold letter expressly addresses preservation of "employee personal email accounts, and even cell phone or I-Pods if used for text or instant messaging for business purposes."  Will Cook was not employed by Vail Health at this time.  In their respective roles with Vail Health, Doris Kirchner, Mike Shannon, Nico Brown, and

Will Cook (once employed) were kept apprised of the ongoing state litigation and made aware of the ongoing nature of the litigation hold and preservation obligations.

4.   In connection with the above-captioned proceedings, Vail Health sent a litigation hold letter prepared by counsel to Will Cook on November 4, 2019, and to Doris Kirchner, Mike Shannon, and Nico Brown, among others, on November 6, 2019, informing them of the nature of the litigation and instructing them to preserve all paper files and electronically stored information related to it.  This litigation hold letter expressly addresses preservation of "employee personal email accounts, and even cell phone or I-Pods if used for text or instant messaging for business purposes."  In their respective roles with Vail Health, Doris Kirchner, Mike Shannon, Nico Brown, and Will Cook were kept apprised of the ongoing federal litigation and made aware of the ongoing nature of the litigation hold and preservation obligations.

5.   I have no knowledge of any agreements or policies that give Vail Health the legal right to require Doris Kirchner, Mike Shannon, or Will Cook to turn over their personal cellular devices for inspection or collection of text messages by Vail Health in this case.  I am not aware of any instance in which Vail Health has ever had possession, custody, or control over the personal electronic devices of Doris Kirchner, Mike Shannon, or Will Cook.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2023.

*DocuSigned by:*
*kathleen lawlor*
A095373C3E784C7...

Katie Lawlor