**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02075-WJM-SKC

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

    Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

    Defendant.

---

**PLAINTIFFS' REPLY TO MOTION TO STAY PLAINTIFFS' RULE 72 PARTIAL OBJECTION TO MARCH 13, 2023 ORDER, OR REMAND TO SPECIAL MASTER, AND NOTICE THAT PORTION OF OBJECTION HAS BEEN RESOLVED**

---

On August 18, 2023, Vail Health produced 36 agreements,[1] which include the leases and research affiliation agreements with two orthopedic clinic foundations[2] at issue in Plaintiffs' Rule 72 Objection and their Motion to Stay or Remand to the Special Master.[3] Although Plaintiffs disagree with a number of statements made in Vail Health's response to Plaintiffs' Motion to Stay, Vail Health states: "The agreement to voluntarily make these productions was done specifically to resolve Plaintiffs' Objections to the Special Master's Partial Denial of Motion to Compel #4. As such, the forthcoming production of these documents should moot Plaintiffs Motion to Stay,[4] and its underlying Objection to Motion

---

[1]     ECF No. 491-1 at 1. Only one agreement was previously produced in the state court action. *Id.* n.1.
[2]     Steadman Philippon Research Institute and Vail-Summit Orthopaedic Foundation.
[3]     ECF Nos. 459, 489.
[4]     While Plaintiffs have followed-up with Vail Health about other leases not yet produced, they are not at issue with respect to the Rule 72 Objection, and Vail Health has stated that its final production will be on September 8, 2023.

to Compel #4 in their entirety."[5] As to that statement, Plaintiffs stipulate and agree and therefore respectfully request that the Court deny Plaintiffs' Rule 72 Objection and Motion to Stay on the grounds that the issues raised therein have been resolved, and the Objection and Motion to Stay are thus moot.

Dated:  August 22, 2023

*s/Alan L. Kildow*
Alan L. Kildow, MN# 0143133
790 Potato Patch Drive
Vail, CO 81657
Telephone: (970) 390-6675
E-mail: alkildow@aol.com

Jesse Wiens, Colo. #33903
Jesse Wiens Law
0069 Edwards Access Road, Suite 8
Edwards, Colorado 81632
Telephone: (970) 855-0078
E-mail: jesse@jessewienslaw.com

Sonya R. Braunschweig, MN# 0290292
5501 Irving Avenue South
Minneapolis, MN 55419
Telephone: (612) 819-2304
E-mail: sonya.braunschweig@gmail.com

Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

---

[5] ECF No. 491 at 5.

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2023, I served a true and correct copy of Plaintiffs' Reply To Motion to Stay Rule 72 Partial Objection To March 13, 2023 Order, Or Remand To Special Master, And Notice That Portion Of Objection Has Been Resolved, via the Court's ECF system on:

Evan Rothstein
Colin O'Brien
David Jelsma
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202

James Cooper
Francesca Pisano
Andrew T. Ellingsen
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001

Leah A. Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002

Samuel David Sullivan
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

Counsel for Defendant Vail Health

                                        *s/Alan L. Kildow*
                                        Alan L. Kildow