

# Exhibit 32

 



## Katie L. · 3rd

Leader in Healthcare Quality, Patient Safety and Risk Management

-  Vail Health
- University of Illinois at Chicago

Glenwood Springs, Colorado, United States · **Contact info**

500+ connections

Message    **+ Follow**    More

## About

Quality, Patient Safety and Risk Management leader and patient advocate with almost 20 years of healthcare experience. Passion for healthcare innovation, transparency, patient safety, high reliability, just culture, team-building, and building resilient communities.

## Activity

1,712 followers

Posts    Comments

Katie L. reposted this • 4mo

 Such a powerful reminder of our vulnerability, and the personal and,sometimes tragic, outcomes of care. Organizational support for patient safety improvements and high reliability is a key component of...

 7                                                                      1 comment

Katie L. posted this • 9mo

We're hiring! Come join a great team at Vail Health as a Patient Advocate supporting excellent patient care and making a difference for our patients! **#hiring**...

**Patient Advocate**

vailhealth.org • 2 min read

 11

Show all posts

## Experience

 **Director of Risk Management & Patient Safety**
Vail Health
Jan 2019 - Present · 4 yrs 8 mos
Vail, Colorado

8/29/23, 9:03 AM                                                    (27) Katie L. | LinkedIn



**Quality Improvement Advisor**
Rocky Mountain Health Plans
Jan 2016 - Dec 2018 · 3 yrs
Glenwood Springs, CO

Facilitate practice transformation by building and maintaining strong,
trusting relationships with physician-led quality improvement tea ...see more



**Valley View Hospital**
7 yrs 6 mos
Glenwood Springs, CO

**Director of Performance Improvement**
Dec 2013 - Dec 2015 · 2 yrs 1 mo

Strategic and operational oversight of quality improvement, patient
experience and patient safety program reporting to the Board Q ...see more

**Quality and Patient Safety Specialist**
Nov 2012 - Dec 2013 · 1 yr 2 mos

Provided oversight and management of quality initiatives in accordance with
priorities as identified by the Quality Committee. Facilitated the.. ...see more

**Performance Improvement Coordinator**
Jul 2008 - Nov 2012 · 4 yrs 5 mos

Worked collaboratively and effectively with staff and physicians to promote
quality improvement and patient safety efforts. Supported a syst ...see more

**Quality Management Assistant**
Adirondack Medical Center
Aug 2001 - Dec 2003 · 2 yrs 5 mos
Saranac Lake, NY

Collected, analyzed and presented quality data for multiple projects
throughout the hospital. Prepared and distributed meeting notic ...see more

## Education



**University of Illinois Chicago**
Masters of Science, Patient Safety Leadership
2010 - 2012

**The Colorado College**
Bachelors of Arts, Biology
1990 - 1994
Activities and societies: Minor: Environmental Studies

**CBPPS**
CPPS, Certified Professional in Patient Safety
2016

Show all 4 education →

## Licenses & certifications

**Certified Professional in Healthcare Risk Management (CPHRM)**
AHA
Issued Jan 2021 · Expires Jan 2024

**CPPS, Certified Professional in Patient Safety**
CBPPS
Issued Jan 2016 · Expired Dec 2021

**CPHQ, Certified Professional in Healthcare Quality**
NAHQ

(27) Katie L. | LinkedIn

Issued Jan 2014 · Expired Dec 2022

## Volunteering

**LTC Ombudsman**
Alpine Area Agency on Aging
Apr 2017 - Jan 2019 · 1 yr 10 mos
Health

## Skills

### Patient Safety

 Endorsed by Sean O'Flinn MHA RT(R)(CV) ARRT who is highly skilled at this

 Endorsed by 2 colleagues at Valley View

9 endorsements

### Performance Improvement

 Endorsed by 2 colleagues at Valley View

9 endorsements

### Leadership

 Endorsed by 2 colleagues at Valley View

5 endorsements

Show all 26 skills →

## Recommendations

**Received**    Given

**Adele Hodlin**
AVP for Quality/Risk/Compliance at Adirondack Health
April 9, 2014, Adele managed Katie directly

Katie was invaluable to the QM Department at Adirondack Medical Center, given her wide range of skills and positive attitude. She deftly handled everything from statistical analysis, to patient grievances, to accreditation readiness. It was a pleasure and a privilege to work with Katie!