# Exhibit 33



**$15**

This event has passed.

# SCAHRM September Webinar 2

### September 15, 2020 at 10:00 am – 11:00 am

## Understanding The Holistic Impact of COVID on Healthcare Workers

**Click to Register**

**Katie Lawlor – Risk Manager Vail Health**
**Casey L. Wolfington, PsyD – Licensed Clinical Psychologist/Community Behavioral Health Director, Eagle Valley Behavioral Health/Vail Health**

COVID has presented new many unprecedented challenges, especially for healthcare and healthcare workers. This pandemic is impacting our work and daily activities, our concern for our patient's, our personal and our loved one's safety, and is causing distress in many aspects of our lives. Vail Health and Eagle Valley Behavioral Health have been proactively monitoring and implementing support measures for our employees and community during this situation. We hope that our work can be shared to help other organizations that are looking for ideas to support their teams.

## Objectives

1. Identify common psychological concerns/symptoms associated with quarantine.

2. Present the work Vail Health and Eagle Valley Behavioral Health has done around behavioral health during COVID to support our staff and community.

3. Identify both risk and protective factors that enhance resilience both during and after quarantine.

## About the Speakers

Katie has been the risk manager for Vail Health since January 2019. She has a masters degree in Patient Safety Leadership from UIC. Katie is passionate about improving patient safety.

Dr. Casey Wolfington is a licensed psychologist and the former Clinical Director of Bright Future Foundation. Dr. Wolfington has been on the forefront of behavioral health workforce development strategies within Eagle County for the past eleven years.

## Credit

This program qualifies for 1.0 hour continuing education for BRN, MCLE and ASHRM/CPHRM.

Provider approved by the California Board of Registered Nursing, Provider Number CEP10552, for 1.0 contact hour.

Provider approved by the State Bar of California Provider Number 18946, for 1.0 hour MCLE.

This meeting has been approved for a total of 1.0 contact hours of Continuing Education Credit toward fulfillment of the requirements of ASHRM designations of FASHRM (Fellow) and DFASHRM (Distinguished Fellow) and towards CPHRM renewal.



## Details

## Date:

September 15, 2020

## Time:

10:00 am – 11:00 am

## Cost:

$15

## Event Category:

Educational

+ GOOGLE CALENDAR        + ICAL EXPORT

« Previous Event                                                    Next Event »

# Our Event Sponsors

      

**Mission & Goals** | **Bylaws** | **Board of Directors & Staff Directory** | **The SCAHRM SOURCE** |
**Contact Us**

**Newsletter Signup**

Enter your email...                    JOIN

(818) 371-2237

26500 W Agoura Rd, Calabasas, CA 91302

© 2023 SCAHRM. All Rights Reserved.

**Legal Notice** | **Privacy Policy** | **Contact Us**