# Exhibit 34

9/1/23, 9:45 AM                                           Risk Manager job in Vail at Vail Health | Lensa

lensa.com /risk-manager-jobs/vail/jd/661125dc60acc6242270f8a32d8b2535

# Risk Manager job in Vail at Vail Health | Lensa

6-8 minutes

## Company

## Description

## Salary

## Skills

## Benefits

## Job Description

- Category:

- Shifts: Days

- Company: Vail Health

- Location: Vail, CO

- Department: RISK

    Apply Now Share Back to Job Search

    Risk Manager

To us, it's about living life to the fullest while serving our patients, teammates, neighbors and friends. We are dedicated and passionate in everything we do, seeking challenge and appreciating the routes that got us here. Whether our path is clinical or not, we all came to find balance and meaning in our lives within the work we are passionate about and the adventures we live.

Vail Health has become the world's most advanced mountain healthcare system. Our updated 520,000-square-foot hospital opened in December 2020. This state-of-the-art facility provides exceptional care to all of our patients, with the most beautiful views in the area, located centrally in Vail.

Pay Range: Min: $45.04 Max: $67.57. Pay is based upon relevant education and experience.

POSITION PURPOSE:

Supports the Director of Risk Management & Patient safety with the development and implementation of programs and processes to support patient safety and clinical risk management activities. Utilizes High Reliability tools and practices to ensure the delivery of safe, highly reliable, quality patient care services where

risks are minimized. Provides strategy, leadership and implementation of Vail Health's journey to become a high reliability organization (HRO). accountability for delivering a high reliability, quality and safety-driven workplace.

ESSENTIAL JOB FUNCTIONS:

- Effectively manage the risk management program for the organization including: assessing enterprise wide strategic and operational risk, implementation of our High Reliability Organization (HRO) journey, participation in our Patient Safety Organization (PSO), safety event reporting system, and risk assessments to ensure risks are identified, reported, investigated and corrected in a timely manner.

- Stay current with relevant federal and state health care laws and regulations in order to identify established, new and evolving risks. Acts as a subject matter expert in Patient Safety, Systems Thinking, High Reliability Organizations (HRO), Just Culture and Quality Improvement. Uses these skills to foster the development of enterprise wide HRO and serves as a subject matter expert for team, department and organizational initiatives supporting the broader enterprise program.

- Continuously monitor safety events and leads a data-driven approach to ensure continuous learning. Facilitates Root Cause Analysis (RCA) and case debriefs as part of our patient safety program and patient safety work product.

- Ensure appropriate responses to occurrences to mitigate immediate threats to safety and address other serious issues and assists legal counsel with malpractice, hospital litigation and depositions. Collaborates with medical staff, involved operational management and human resources where appropriate.

- Develops and facilitates organizational education, training and awareness campaigns on risk management, patient safety, high reliability and just culture.

- Oversees implementation of the organizational safety culture survey implementation, analysis, and associated action plans.

- Role models the principals of a Just Culture.

- Perform other duties as assigned. Must be HIPAA compliant.

This description is not intended and should not be construed to be an exhaustive list of all responsibilities, skills and efforts or work conditions associated with the job. It is intended to be an accurate reflection of the general nature and level of the job.

MINIMUM QUALIFICATIONS:

Experience:

- Three years of progressively responsible experience within a health care environment that includes experiences in planning and implementing projects that affect multiple departments and functions; involvement in patient safety processes including: identifying, investigating, and mitigating system related patient safety issues.

- Preferably has knowledge and experience in multi-specialty healthcare settings, such as hospital, behavioral health, ambulatory surgery centers, and physician practices.

- Strong computer, problem-solving and analytical skills, including ability to perform chart audits and data analysis.

- Demonstrated personal traits of a high level of motivation, team orientation, professionalism and trustworthiness, and placing a high value on treating others with dignity and respect.

- Strong written and oral communication skills. Strong skills in personal diplomacy with demonstrated ability to handle sensitive communications with leadership, physicians, staff, management, legal counsel and regulatory agencies. Strong organizational and time management skills.

License(s):

- RN Preferred

Certification(s):

- Certified Professional in Healthcare Risk Management (CPHRM) preferred

Computer / Typing:

- Must possess, or be able to obtain within 90 days, the computer skills necessary to complete online learning requirements for job-specific competencies, access online forms and policies, complete online benefits enrollment, etc

Must have working knowledge of the English language, including reading, writing, and speaking English.

Education:

- N/A

Benefits at Vail Health

- Competitive Wages & Family Benefits: Competitive wages, parental leave, housing programs and childcare reimbursement to support the cost of living in a mountain community.

- Comprehensive Health Benefits: Top-quality health care package including vision, dental and medical with options of flexible spending and health savings accounts.

- Education Assistance: We are proud to offer tuition and student loan assistance programs.

- Paid Time Off: Roughly five weeks in your first year of employment and continues to grow each year.

- Retirement & Supplemental Insurance: 403(b) Retirement plan with matching potential, life insurance, short and long-term disability, and more.

- Recreation Benefits, Wellness & More: Recreation discounts, pet insurance and a $1,000 annual wellness reimbursement program.

As a condition of employment, Vail Health requires COVID-19 vaccination of all clinical and non-clinical staff.

Apply Now

This job was posted on Sun Sep 25 2022 and expired on Sat Oct 15 2022.