

# Exhibit 39

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Thursday, December 12, 2019 9:28 AM |
| **To:** | Savage, Janet |
| **Cc:** | Alan Kildow (alkildow@aol.com); Madden Law; John McHugh; Reilly, Daniel; Roeder, Jackie; Anderson, Suzie; Werth, Debbie |
| **Subject:** | RE: Winninger et. al. v. Vail Health et. al   2017-CV-030102 |

Counsel,

Given this email that came in late evening yesterday, this topic is going to again be included on the topics to be discussed today.  If you had disclosed this information on Friday, as we had asked, then this would be unnecessary.  It is now clear from this email that Defendants did not comply with the Court's Order last August to search for and produce the Steadman-related documents. By limiting the search term to only Winninger, relevant documents related to Steadman could not have been reviewed and produced.  Additionally, it appears that you have again limited your search by using only a few search terms.  The document requests are much broader than that.

Best regards,

Sonya

Sent from Mail for Windows 10

---

**From:** Savage, Janet
**Sent:** Wednesday, December 11, 2019 5:51 PM
**To:** ruckriegle, terry
**Cc:** Alan Kildow (alkildow@aol.com); sonya braunschweig; Madden Law; John McHugh; Reilly, Daniel; Roeder, Jackie; Anderson, Suzie; Werth, Debbie
**Subject:** Winninger et. al. v. Vail Health et. al 2017-CV-030102

Judge Ruckriegle,  I wanted to provide you with an update on emails collected from Mike Shannon per your request during our November 26 hearing.  Mike Shannon was not an employee of Vail Health and did not use a Vail Health email address. Mr. Shannon is the Chairman of KSL Capital and utilized his KSL Capital email address throughout this time.

As you directed, I followed up with Mike Shannon and the general counsel of KSL Capital to determine who directed the collection at KSL Capital of Mike Shannon's KSL Outlook file almost two years ago.  I confirmed that Mr. Shannon did not do the collection.  In December 2017, the head of KSL's IT collected a PST from Mike Shannon using the search term "Winninger." The results of that search were reviewed by Vail Health's counsel.  No documents were produced from that collection, as the only documents deemed responsive at that time were privileged communications.  Those communications have been included on Vail Health's privilege log.  After our November 26 hearing, I asked KSL Capital to pull a PST of Mr. Shannon's emails from November 1, 2015 through today using the search terms Plaintiffs provided to Defendants in the fall of 2018, after the original search of Mr. Shannon's emails was performed.  We are in the process of reviewing those documents and will produce or log any additional responsive documents as appropriate.   Thank you.

**JANET A. SAVAGE** ▪ **Partner**

P: 303.892.7341 ▪ F: 303.893.1379 ▪ C: 303.905.2459 ▪ vcard

Davis Graham & Stubbs LLP
1550 17th Street, Suite 500 ▪ Denver, CO 80202

A **LexMundi** Member

---

This email message (including any attachments), delivered by Davis Graham & Stubbs LLP, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.