# Exhibit 40

| | |
|---|---|
| **From:** | McHugh, John <jmchugh@rplaw.com> |
| **Sent:** | Tuesday, December 24, 2019 10:08 AM |
| **To:** | sonya braunschweig |
| **Cc:** | Roeder, Jackie; Savage, Janet; Madden Law; Reilly, Daniel; Richards, Daniel; Alan Kildow |
| **Subject:** | Re: Search Terms |

Lindsay
Cimino
LW
Sports Rehab
SRC
Winninger

I agree we have adequately conferred but in light of your inability to identify any good faith basis to believe that responsive documents exist but have not been produced, we will ask for the Special Master to award our fees associated with the motion.

Thanks
John

Sent from my iPhone

On Dec 24, 2019, at 8:57 AM, sonya braunschweig <sonya.braunschweig@gmail.com> wrote:


John,

Please identify the specific search terms that were used to search Shannon's emails.  We understand from your email that we have adequately met and conferred about this issue, and we will be moving to compel.

Best regards,

Sonya

Sent from Mail<https://go.microsoft.com/fwlink/?LinkId=550986> for Windows 10

From: McHugh, John<mailto:jmchugh@rplaw.com>
Sent: Monday, December 23, 2019 4:45 PM
To: sonya braunschweig<mailto:sonya.braunschweig@gmail.com>; Roeder, Jackie<mailto:Jackie.Roeder@dgslaw.com>; Savage, Janet<mailto:Janet.Savage@dgslaw.com>; Madden Law<mailto:madden@themaddenfirm.com>; Reilly, Daniel<mailto:DReilly@rplaw.com>; Richards, Daniel<mailto:Daniel.Richards@dgslaw.com>
Cc: Alan Kildow<mailto:Alkildow@aol.com>
Subject: RE: Search Terms

Sonya and Alan,

As we discussed, we were willing to consider a limited number of targeted search terms that would not impose any undue burden or constitute a fishing expedition. The list provided below fails on all fronts. As we explained, we have

1

already searched and produced documents using Plaintiffs' proposed 6 search terms. Plaintiffs, more than three years into this litigation and only months before the close of discovery, have now requested a new search be conducted using an additional 49 search terms. The search terms proposed are facially overbroad, do not appear limited to the specific defamatory statements allegedly made by Mr. Shannon, and are targeted at facially irrelevant issues (including evidence related to claims that were dismissed through summary judgment or rejected in the proposed second amended complaint). Plaintiffs have already deposed the claimed recipients of the alleged defamatory statements, all of whom testified that they did not recall any emails from Mr. Shannon on this topic. Plaintiffs have no good faith basis to believe that the search terms, again proposed by Plaintiffs, failed to uncover relevant documents.

Thanks,

John


John McHugh
Reilly Pozner LLP | www.rplaw.com<http://www.rplaw.com>
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
Main: 303.893.6100 | Fax: 303.893.6110
jmchugh@rplaw.com
From: sonya braunschweig [mailto:sonya.braunschweig@gmail.com]
Sent: Tuesday, December 17, 2019 11:46 AM
To: Roeder, Jackie; Savage, Janet; McHugh, John; Madden Law; Reilly, Daniel; Richards, Daniel
Cc: Alan Kildow
Subject: Search Terms

Here are the search terms that we propose for searching Shannon's emails.

Lindsay
Winninger
LW
Sports Rehab
SRC
JV
Joint venture
Brown
Cimino
Steadman
Drawbaugh
Dan
Marc
Philippon
Provencher
LaPrade
Four Seasons
Messersmith
Kolczak
Smith (Rick)
Sullivan-Cotter
PT
Physical therapy
O'Brien (Luke)

2

Penrod
Lim-Morison
Kelly
Adair
Viola
Hackett
Millet
Corenman
Evans
Clanton
OCR
Howard Head
HHSM
HH
data breach
PD (Vail police department)
Kirwan
DA (Eagle County District Attorney)
Rector
VSO
Vail-Summit Orthpaedics
SPRI
DORA
Huard
Johnny
Sterret
stole
steal
solicit!
thief
theft

Best regards,

Sonya


This e-mail transmission contains information from the law firm of Reilly Pozner LLP which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.


This e-mail transmission contains information from the law firm of Reilly Pozner LLP which may be confidential or protected by the attorney-client privilege.  If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.