# Exhibit 41

| | |
|---|---|
| **From:** | McHugh, John <jmchugh@rplaw.com> |
| **Sent:** | Tuesday, December 24, 2019 1:46 PM |
| **To:** | Alan Kildow; sonya braunschweig; John Madden |
| **Cc:** | Reilly, Daniel; Janet Savage; Jackie Roeder |
| **Subject:** | Winninger v. Vail - Conferral Follow Up |

Sonya and Alan,

At a prior conferral, you asked if we would be willing to have counsel oversee the search of Mr. Shannon's text messages. I can confirm that my firm has overseen a search of his text messages using the six search terms previously identified by Plaintiffs and that were used on his emails. There were no responsive or relevant texts.

Thanks,

John

This e-mail transmission contains information from the law firm of Reilly Pozner LLP which may be confidential or protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.