# Exhibit 42

| | |
|---|---|
| DISTRICT COURT, EAGLE COUNTY, COLORADO <br><br> Eagle County Justice Center <br> 885 Chambers Avenue <br> Eagle, Colorado 81631 | DATE FILED: January 27, 2020 3:50 PM <br> FILING ID: B7090BAC74AFE <br> CASE NUMBER: 2017CV30102 |
| **Plaintiffs:** <br> LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, <br><br> v. <br><br> **Defendants:** <br> DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, | ☐ COURT USE ONLY ☐ |
| **Counter-Plaintiff:** <br> VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, <br><br> v. <br><br> **Counter-Defendants:** <br> LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102 <br><br> Division 4 Courtroom 4 |
| **Third-Party Plaintiff:** <br> VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, <br><br> v. <br><br> **Third-Party Defendant:** <br> DAVID J. CIMINO, an individual. | |

4678066.1

| Janet Savage, #11653<br>Jacqueline V. Roeder, #48046<br>Daniel A. Richards, #50457<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17th Street, Suite 500<br>Denver, Colorado 80202<br>Telephone:  303.892.9400<br>Facsimile:   303.893.1379<br>E-mail:       janet.savage@dgslaw.com<br>                    jackie.roeder@dgslaw.com<br>                    daniel.richards@dgslaw.com<br><br>*Attorneys for Defendant Doris Kirchner, Defendant, Counter-Plaintiff and Third-Party Plaintiff Vail Clinic, Inc. d/b/a Vail Valley Medical Center* | |

**[SPECIAL MASTER] – VAIL HEALTH'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE TEXT MESSAGES AND PATIENT INVOICES**

Vail Clinic, Inc. ("Vail Health") hereby moves for an order compelling Plaintiffs to produce (1) any unproduced text messages dated October 1, 2015 to present between Plaintiff Lindsay Winninger and Brad Schoenthaler, the principals of Plaintiff Sports Rehab Consulting LLC ("SRC"), and (2) unproduced SRC patient invoices and related documents ("Motion").

**Certification of Conferral**

On January 21, 2020, Vail Health's counsel emailed Plaintiffs' counsel regarding the issues raised in this Motion.  Plaintiffs' counsel responded via email on January 22, 2020.  With respect to the unproduced text messages at issue in this Motion, Plaintiffs stated that they would "confirm whether there are any additional texts that may have been inadvertently missed."  To date, Plaintiffs have not produced any additional text messages.  With respect to the unproduced invoices at issue in this Motion, Plaintiffs responded with questions.  To date, Plaintiffs have not produced any additional invoices.

1

The parties may resolve the matters at issue in this Motion through further conferral. However, Vail Health files this Motion today pursuant to the Special Master's order setting today as the deadline for discovery motions regarding issues previously raised.  If further conferral efforts render the Motion moot, Vail Health will withdraw it.

**I.      Plaintiffs Must Produce All Text Messages Between Winninger and Schoenthaler**

Rule 26(a)(1)(B) requires production of all documents relevant to the claims or defenses of any party, including text messages.  Further, as early as January 11, 2018, Vail Health specifically requested the production of communications, from October 1, 2015 through the present, related to a wide variety of topics at issue in this litigation.  (*See, e.g.*, Defendant Doris Kirchner and Defendant/Counter-Plaintiff/Third-Party Plaintiff Vail Clinic, Inc.'s First Set of Discovery Requests to Plaintiff/Counter-Defendant Lindsay Winninger at 16-19 (Jan. 11, 2018).) In its document requests, Vail Health specifically defined "communications" to include "text messages."  (*Id.* at 4.)

Despite Plaintiffs' clear obligation to produce relevant text messages, Plaintiffs dragged their feet for years.  On November 4, 2019, the Special Master issued his Order Granting in Part Defendant's Motion to Compel Plaintiffs to Produce Text Messages, Emails and Other Responsive Documents.  (Ex. 1.)  That order—which the Special Master issued in response to Vail Health's motion to compel the production of text messages, among other documents—was intended to require Plaintiffs to produce all text messages between Ms. Winninger and Mr. Schoenthaler from October 1, 2015 to present.  In response, Plaintiffs finally produced plainly relevant text messages between SRC's principals, Ms. Winninger and Mr. Schoenthaler, on

2

January 6, 2020.  However, even that belated production was incomplete, as Plaintiffs only produced text messages for the time period after March 2016.

Defendants respectfully request that Plaintiffs be ordered to produce any text messages between Ms. Winninger and Mr. Schoenthaler, including but not limited to text messages dated prior to March 2016.  This is a critical time period, and Plaintiffs' failure to produce text messages during that time is clearly not inadvertent.  It is quite frankly outrageous that Defendants are still having to file motions with the Court to compel production of these previously ordered and obviously relevant text messages.

**II.     Plaintiffs Must Produce All Patient Invoices and Related Documents for Patients Treated by SRC**

On November 4, 2019, the Special Master ordered Plaintiffs to produce "all invoices, payments, and dates of treatment for the patients treated by Winninger, SRC or Cimino from October 1, 2015 to the present." (Ex. 1.)  In late 2019, Plaintiffs purportedly supplemented their production in response to the Special Master's November 4, 2019 order.  However, there are significant discrepancies in Plaintiffs' production that demonstrate that it remains incomplete.  Most notably, of the 71 patients that SRC potentially solicited from Vail Health and treated, Plaintiffs have produced ***no invoices whatsoever for 45 of them***—more than half.  There are additional reasons to believe Plaintiffs' production is incomplete, including:  there are a number of patients who did not appear in the patient spreadsheets produced by SRC, but for whom we have received invoices; there are patients whom Cimino treated and submitted timesheets for but for whom SRC has not produced invoices; and there are also numerous missing referral names in the documents produced by SRC.

Defendants respectfully request that the Special Master order Plaintiffs—again—to produce "*all* invoices, payments, and dates of treatment for the patients treated by Winninger, SRC or Cimino from October 1, 2015 to the present." (Ex. 1 (emphasis added).)  Because of the fact that the court has previously ordered production of these documents and Plaintiffs have failed to produce them, Defendants request that the court award them their attorney's fees and costs as a sanction for Plaintiffs' continued non-compliance with the court's orders.

## CONCLUSION

For the foregoing reasons, the Motion should be granted, and Defendants should be awarded their attorneys' fees and costs.

Dated: January 24, 2020                          DAVIS GRAHAM & STUBBS LLP

  s/Jacqueline V. Roeder
Janet Savage, #11653
Jacqueline V. Roeder, #48046
Daniel A. Richards, #50457

*Counsel for Defendant Doris Kirchner and Defendant, Counter-Plaintiff and Third-Party Plaintiff Vail Clinic, Inc. d/b/a Vail Valley Medical Center*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing VAIL HEALTH'S MOTION TO COMPEL PRODUCTION OF TEXT MESSAGES AND PATIENT INVOICES was filed via Colorado Courts E-Filing on this 24th day of January 2020, which will serve notice to the following:

John W. Madden, III
THE MADDEN LAW FIRM
999 18th Street, Suite 1500 South
Denver, Colorado 80202
Telephone:  303.436.1111
Email: madden@themaddenfirm.com

*Counsel for Third-Party Defendant David Cimino*

Jesse Wiens
FAHRENHOLTZ & WIENS, LLC
P.O. Box 1988
Avon, Colorado 81620
Telephone:  970.949.6500
Facsimile:  970.331.0794
Email: fwlawyers@gmail.com

*Counsel for Plaintiffs/Counter-Defendants Lindsay Winninger and Sports Rehab Consulting, LLC*

Daniel M. Reilly, Clare S. Pennington, John M. McHugh
REILLY LLP
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203
Telephone:    303.893.6100
Email:         dreilly@rplaw.com
               cpennington@rplaw.com
               jmchugh@rplaw.com

*Counsel for Defendant Doris Kirchner*

Copy emailed to:

Sonya Braunschweig (admitted pro hac vice)
5501 Irving Avenue South
Minneapolis, Minnesota 55419
Telephone:  612.819.2304
E-mail:  sonya.braunschweig@gmail.com

Alan L. Kildow (admitted pro hac vice)
15204 Wildwood Road
Burnsville, Minnesota 55306
Telephone: 970.390.6675
E-mail:  alkildow@aol.com

*Counsel for Plaintiffs/Counter-Defendants Lindsay Winninger and Sports Rehab Consulting, LLC*

                                          *s/Kathrine Gates*
                                     Kathrine Gates