# Exhibit 44

| | DATE FILED: March 5, 2020 10:04 PM<br>CASE NUMBER: 2017CV30102 |
|---|---|
| **DISTRICT COURT, EAGLE COUNTY, COLORADO**<br><br>Eagle County Justice Center<br>885 Chambers Avenue<br>Eagle, Colorado 81631 | |
| **Plaintiffs:**<br>LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,<br><br>v.<br><br>**Defendants:**<br>DORIS KIRCHNER, an individual, and VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation, | ☐ COURT USE ONLY ☐ |
| **Counter-Plaintiff:**<br>VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Counter-Defendants:**<br>LINDSAY WINNINGER, an individual, and SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, | Case No. 2017CV030102<br><br>Division 4  Courtroom 4 |
| **Third-Party Plaintiff:**<br>VAIL CLINIC, INC. D/B/A VAIL VALLEY MEDICAL CENTER, a Colorado nonprofit corporation,<br><br>v.<br><br>**Third-Party Defendant:**<br>DAVID J. CIMINO, an individual. | |
| **SPECIAL MASTER ORDER GRANTING VAIL HEALTH'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE TEXT MESSAGES AND PATIENT INVOICES** | |

1

THIS MATTER having come before the Special Master by Vail Health's Motion to Compel Plaintiffs to Produce Text Messages and Patient Invoices, filed January 24, 2020,[1] the Special Master finds and orders as follows:

(1) <u>Text Messages</u>:

The Special Master ordered Plaintiffs to produce all text messages between Lindsay Winninger and Brad Schoenthaler from October 1, 2015 through present. The Special Master ordered Plaintiffs to make that production by November 25, 2019. Plaintiffs did not produce any text messages until January 6, 2020. Plaintiffs, however, did not produce any text messages between Lindsay Winninger and Brad Schoenthaler for the period of time from October 1, 2015 until March 2016. At the hearing on February 6, 2020 before this court, Plaintiffs, through counsel, represented that they cannot locate any text messages from either Brad Schoenthaler or Lindsay Winninger's phones from October 2015 through February 2016.

Based on the pleadings and argument by counsel, the Special Master finds that Plaintiffs have not complied with the Special Master's prior order and have failed to produce text messages between Ms. Winninger and Mr. Schoenthaler from the period October 1, 2015 through February 2016. Defendants, through counsel, have represented that that is a critical time period in the case and that Plaintiffs have produced other text messages from Ms. Winninger during that period.

In light of the foregoing, Plaintiffs are hereby ordered to search for and produce by February 21, 2020 any text messages between Lindsay Winninger and Brad Schoenthaler dated

---

[1] The motion was rejected by the clerk for lack of a proposed order and thus refiled and accepted on January 27, 2020.

2

October 1, 2015 through February 2016 ("Text Messages"). Plaintiffs must search all devices or locations that may contain the Text Messages. This includes, but is not limited to:

- any cellular phone in the possession, custody, or control of Ms. Winninger, Mr. Schoenthaler, or Sports Rehab Consulting LLC ("SRC");

- any cloud-based backups (*e.g.*, iCloud, Google Drive, Dropbox) of data from any current or past cellular phones of Ms. Winninger, Mr. Schoenthaler, or SRC;

- any backups of data from current or past cellular phones of Ms. Winninger, Mr. Schoenthaler, or SRC whether those backups exist with a vendor, or are stored on flash drives, external hard drives, or computers in the possession, custody, or control of Ms. Winninger, Mr. Schoenthaler, or SRC;

- Plaintiffs also must contact any current or former cellular telephone carriers of Ms. Winninger, Mr. Schoenthaler, and SRC to determine whether the carriers can provide copies of the Text Messages.

After conducting the search described above, if Plaintiffs are unable to locate the Text Messages, Plaintiffs must send a letter to the Special Master, copying counsel for all parties, by February 24, 2020, describing (a) all measures Plaintiffs took to search for the Text Messages (including confirming that Plaintiffs took the measures described above) and including the names, addresses and contact information of any cloud or third-party vendors who uploaded Lindsay Winninger's text messages and/or utilized her password to access and reproduce those text messages (including all dates included in that upload, access and/or reproduction) and (b) all measures Plaintiffs took to preserve the Text Messages and the dates on which Plaintiffs took such measures.

(2) <u>Documents Regarding SRC Patients</u>: Based on the pleadings and arguments by counsel, Plaintiffs are ordered to comply by February 21, 2020 with the Special Master's November 4, 2019 order, which required Plaintiffs to produce "all invoices, payments, and dates of treatment for the patients treated by Winninger, SRC or Cimino from October 1, 2015 to the

3

present" ("SRC Patient Documents"). Without limiting the foregoing, Plaintiffs' production must include all SRC Patient Documents for the patients included on the list Defendants sent to Plaintiffs on January 29, 2020. Plaintiffs must provide information regarding SRC Patient Documents that Plaintiffs have not yet produced. To the extent there are patients who are listed on SRC's booking spreadsheet but for whom Plaintiffs have not provided invoices, Plaintiffs are ordered to provide such invoices. To the extent patients are shown as having received treatment (through time sheets or online bookings or emails and text messages), Plaintiffs are ordered to provide invoices for those patients. To the extent Plaintiffs do not have invoices for those treatments, Plaintiffs are ordered to provide treatment records sufficient to identify the patient, physical therapist, date of treatment, and referral source for that patient.

Entered this March 5, 2020.

**BY THE SPECIAL MASTER**

*W Terry Ruckriegle*

W. Terry Ruckriegle

4