# Exhibit 1

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, April 14, 2023 3:59 PM |
| **To:** | Richards, Daniel; Roeder, Jackie |
| **Cc:** | Alan Kildow |
| **Subject:** | Re: Sports Rehab v Vail Health [19-2075]--Production of (Non)Privileged Documents |

Counsel,

Plaintiffs are adding the (non)privileged emails to the conferral scheduled for Monday morning.  Plaintiffs intend to add this issue to those being presented to the Magistrate Judge's clerk on Monday.

Sonya Braunschweig

On Tue, Apr 11, 2023 at 10:52 AM sonya braunschweig <sonya.braunschweig@gmail.com> wrote:
> Counsel,
>
> So that there is no issue going forward as to the production of documents under Order #5, Plaintiffs identify the following Item Nos. that are required to be produced: 35-38, 48-49, 51, 54, 57-60, 62, 64, 69-70, 73, 75, 89, 91, 95, 97-99, 101, 104-06, 108-09, 116-117, 122-23, 127, 129-36, 141-43, 145-50, 154-56, 158, 162-66, 168, 171, 173-76, 178, 180, 201-02, 204-06, 208, 214-24, 228-35, 237, 241-50, 252-53, 257-58, 265, 267-69, 273, 276, 278-79, 283, 285, 287, 291, 297-98, 300-01, 303-05, 308-11, 313, 317, 320-34, 336-53, 355, 359-60, 363, 365, 370-77, 379-86, 388-401, 409, 414, 417-21, 423, 425, 427-41, 443-45, 447, 449-50, 452-53, 455-68, 470, 473-74, 478-96, 498-02, 504-27, 529-30, 533, 535-42, 544-45, 551-54, 556, 559-60, 562-66, 570-73.
>
> This should be an easy task (and one that you have already completed), and so we would appreciate your confirmation by Friday, April 14.  If for any reason Vail Health disagrees with Plaintiffs' list, please identify the specific item number(s) that you dispute and the reasons why by Friday, April 14.
>
> Sonya Braunschweig

1