# Exhibit 8

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, June 28, 2023 9:22 AM |
| **To:** | O'Brien, Colin M. |
| **Subject:** | Sports Rehab v Vail Health [19-2075]--Special Master Order #5 |
| **Attachments:** | Pls Analysis of Documents Subject to SM Order #5.pdf |

Colin,

In preparation for our call on the privilege log documents, I have attached an analysis of the documents at issue. For the conferral to be productive, we will need to discuss the following:

- Vail Health's selective production of documents
- Plaintiffs' motion to compel #5 identifying the documents at issue
- The scope of Special Master Order #5
- Vail Health's objection to Special Master Order #5
- Magistrate Judge Gallagher's Order adopting Order #5
- The April conference before Magistrate Judge Crews

I would ask that you have Plaintiffs' attached analysis, the motions, orders, and hearing transcript available when we have the call. Please let me know when you have an hour this week for a call.

Best regards,

Sonya

## PLAINTIFFS' ANALYSIS OF DOCUMENTS
## SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] 80 Item Nos. | 238 Item Nos. | Plaintiffs' Identification Item Nos. | Additional Produced Item Nos. | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| | 35 | 35 | | | |
| | 36 | 36 | | | |
| | 37 | 37 | | | |
| | 38 | 38 | | | Will be produced |
| | 48 | 48 | | | VH_Fed0010086 |
| | 49 | 49 | | | |
| | 51 | 51 | | | |
| | 54 | 54 | | | |
| | | | 56 | | VH_Fed0010092 |
| | 57 | 57 | | | VH_Fed0010097 |
| | 58 | 58 | | | Will be produced |
| | 59 | 59 | | | Will be produced |
| | 60 | 60 | | | Will be produced |
| | | | 61 | | VH_Fed0010100 |
| | 62 | 62 | | | |
| | 64 | 64 | | | VH_Fed0010115 |
| | 69 | 69 | | | |
| | 70 | 70 | | | |
| | 73 | 73 | | | VH_Fed0010158 |
| | 75 | 75 | | | |
| | 89 | 89 | | | |
| | 91 | 91 | | | |
| | 95 | 95 | | | |
| | 97 | 97 | | | |
| | 98 | 98 | | | |
| | 99 | 99 | | | |
| | 101 | 101 | | | VH_Fed0011306 |
| | 104 | 104 | | | VH_Fed0011308 |
| | 105 | 105 | | | |
| | 106 | 106 | | | |
| | 108 | 108 | | | VH_Fed0013096 |
| | 109 | 109 | | | VH_Fed0013098 |
| 116 | | 116 | | VH_Fed00844 | |
| 117 | 117 | 117 | | VH_Fed008446<br>VH_Fed008489 | |
| | 122 | 122 | | | |

## PLAINTIFFS' ANALYSIS OF DOCUMENTS
## SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] 80 Item Nos. | 238 Item Nos. | Plaintiffs' Identification Item Nos. | Additional Produced Item Nos. | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| | 123 | 123 | | | |
| | 127 | 127 | | | |
| | 129 | 129 | | | |
| | 130 | 130 | | | |
| 131 | 131 | 131 | | VH_Fed009461<br>VH_Fed009463<br>VH_Fed009464<br>VH_Fed009465 | |
| | 132 | 132 | | | |
| 133 | 133 | 133 | | VH_Fed009466<br>VH_Fed009472<br>VH_Fed009473<br>VH_Fed009474 | |
| | 134 | 134 | | | |
| 135 | 135 | 135 | | VH_Fed009475<br>VH_Fed009478<br>VH_Fed009479<br>VH_Fed009480 | |
| | 136 | 136 | | | |
| | 141 | 141 | | | |
| | 142 | 142 | | | |
| | 143 | 143 | | | |
| | 145 | 145 | | | VH_Fed0010101 |
| | 146 | 146 | | | |
| | 147 | 147 | | | |
| | 148 | 148 | | | VH_Fed0010104 |
| | 149 | 149 | | | VH_Fed0010106 |
| | 150 | 150 | | | VH_Fed0010108 |
| | 154 | 154 | | | |
| | 155 | 155 | | | |
| | 156 | 156 | | | |
| | 158 | 158 | | | |
| | 162 | 162 | | | |
| | 163 | 163 | | | |
| | 164 | 164 | | | |
| | 165 | 165 | | | VH_Fed009840<br>VH_Fed009843<br>VH_Fed009887 |

**PLAINTIFFS' ANALYSIS OF DOCUMENTS
SUBJECT TO SPECIAL MASTER ORDER #5**

| Vail Health's Objection To SM Order #5 [ECF 414 at 6]  80 Item Nos. | 238 Item Nos. | Plaintiffs' Identification  Item Nos. | Additional Produced  Item Nos. | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
|  | 166 | 166 |  |  | VH_Fed009900 VH_Fed009903 VH_Fed009904 |
|  | 168 | 168 |  |  | VH_Fed009905 VH_Fed009907 |
| 171 |  | 171 |  |  | VH_Fed0010163 |
| 172[1] |  |  |  |  |  |
|  | 173 | 173 |  |  |  |
| 174 | 174 | 174 |  | VH_Fed009481 VH_Fed009485 VH_Fed009486 |  |
|  | 175 | 175 |  |  |  |
|  | 176 | 176 |  |  |  |
|  | 178 | 178 |  |  |  |
|  | 180 | 180 |  |  |  |
|  |  | 201 |  |  |  |
|  | 202 | 202 |  |  |  |
|  | 204 | 204 |  |  |  |
|  | 205 | 205 |  |  | VH_Fed0010109 |
|  | 206 | 206 |  |  | VH_Fed0010111 |
|  | 208 | 208 |  |  |  |
|  | 214 | 214 |  |  | VH_Fed0013150 |
|  | 215 | 215 |  |  | VH_Fed0013155 |
|  | 216 | 216 |  |  | VH_Fed0013159 |
| 217 | 217 | 217 |  | VH_Fed009600 |  |
|  |  | 218 |  |  | VH_Fed0013163 |
| 219 |  | 219 |  | VH_Fed009663 VH_Fed009665 VH_Fed009667 VH_Fed009668 VH_Fed009669 VH_Fed009670 VH_Fed009671 |  |
|  | 220 | 220 |  |  |  |
|  | 221 | 221 |  |  |  |
|  | 222 | 222 |  |  |  |
|  | 223 | 223 |  |  |  |

---

[1] The Special Master excluded Item No. 172 from production. ECF No. 398 at 8.

**PLAINTIFFS' ANALYSIS OF DOCUMENTS
SUBJECT TO SPECIAL MASTER ORDER #5**

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] 80 Item Nos. | 238 Item Nos. | Plaintiffs' Identification Item Nos. | Additional Produced Item Nos. | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| | 224 | 224 | | | |
| | 228 | 228 | | | VH_Fed009912<br>VH_Fed009916<br>VH_Fed009917<br>VH_Fed009924 |
| | 229 | 229 | | | VH_Fed009931<br>VH_Fed009934<br>VH_Fed009935<br>VH_Fed009942 |
| | 230 | 230 | | | VH_Fed009949 |
| | 231 | 231 | | | VH_Fed009949 |
| | 232 | 232 | | | VH_Fed009949 |
| | 233 | 233 | | | VH_Fed009949 |
| | 234 | 234 | | | VH_Fed009949 |
| | 235 | 235 | | | VH_Fed009952<br>VH_Fed009954<br>VH_Fed009961<br>VH_Fed009968 |
| | 237 | 237 | | | VH_Fed0011317 |
| | 241 | 241 | | | VH_Fed0013165 |
| | 242 | 242 | | | VH_Fed0013171 |
| | 243 | 243 | | | VH_Fed0013176 |
| | 244 | 244 | | | VH_Fed009969 |
| | 245 | 245 | | | VH_Fed009974 |
| | 246 | 246 | | | VH_Fed009978 |
| 247 | 247 | 247 | | VH_Fed007870<br>VH_Fed007874 | |
| | 248 | 248 | | | VH_Fed009983 |
| | 249 | 249 | | | VH_Fed009987 |
| | 250 | 250 | | | VH_Fed009991<br>VH_Fed009995<br>VH_Fed0-10002<br>VH_Fed0010009 |
| 252 | 252 | 252 | | | VH_Fed0010010<br>VH_Fed0010013<br>VH_Fed0010020<br>VH_Fed0010027 |
| | 253 | 253 | | | VH_Fed0010013<br>VH_Fed0010020 |

# PLAINTIFFS' ANALYSIS OF DOCUMENTS
# SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| | | | | | VH_Fed0010027 |
| | 257 | 257 | | | |
| | 258 | 258 | | | |
| | 265 | 265 | | | |
| | 267 | 267 | | | |
| | 268 | 268 | | | |
| | 269 | 269 | | | |
| | 273 | 273 | | | VH_Fed0010072 |
| | 276 | 276 | | | |
| | 278 | 278 | | | |
| | 279 | 279 | | | |
| | 283 | 283 | | | |
| | 285 | 285 | | | VH_Fed0010069 |
| | 287 | 287 | | | VH_Fed0010114 |
| | 291 | 291 | | | |
| | 293[2] | | | | |
| | 297 | 297 | | | |
| | 298 | 298 | | | VH_Fed009909 VH_Fed009910 VH_Fed009911 |
| | 300 | 300 | | | |
| | 301 | 301 | | | |
| | 303 | 303 | | | |
| | 304 | 304 | | | |
| | 305 | 305 | | | |
| | 308 | 308 | | | VH_Fed0010123 |
| | 309 | 309 | | | VH_Fed0013223 |
| | 310 | 310 | | | VH_Fed0011325 |
| | 311 | 311 | | | |
| | 313 | 313 | | | |
| | 317 | 317 | | | VH_Fed0010070 |
| 320 | 320 | 320 | | VH_Fed008214 VH_Fed008215 | |
| 321 | | 321 | | VH_Fed009522 VH_Fed009524 | |
| 322 | | 322 | | VH_Fed007822 | |

---

[2]   The Special Master excluded Item No. 293 from production.  ECF No. 398 at 8.

**PLAINTIFFS' ANALYSIS OF DOCUMENTS
SUBJECT TO SPECIAL MASTER ORDER #5**

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| 323 | | 323 | | VH_Fed007822 | |
| 324 | | 324 | | VH_Fed007822 | |
| 325 | | 325 | | VH_Fed007822 | |
| | 326 | 326 | | | |
| | | 327 | | | |
| | | 328 | | | |
| 329 | 329 | 329 | | VH_Fed007822 VH_Fed007827 VH_Fed007829 | |
| 330 | | 330 | | VH_Fed009564 | |
| 331 | | 331 | | VH_Fed009564 | |
| 332 | | 332 | | VH_Fed009564 VH_Fed009566 VH_Fed009568 VH_Fed009606 | |
| 333 | | 333 | | VH_Fed009612 VH_Fed009614 VH_Fed009616 VH_Fed009654 | |
| | 334 | 334 | | | VH_Fed009908 |
| | | | 336 | | VH_Fed0010044 |
| | | 337 | | | VH_Fed0010044 |
| | | 338 | | | VH_Fed0010044 |
| | | 339 | | | VH_Fed0010044 VH_Fed0010047 |
| 340 | | 340 | | VH_Fed007893 VH_Fed007898 VH_Fed007902 VH_Fed007903 VH_Fed007911 VH_Fed007913 VH_Fed007918 VH_Fed007919 | |
| | 341 | 341 | | | VH_Fed0010048 |
| | | 342 | | | VH_Fed0010048 |
| | | 343 | | | |
| | | 344 | | | |
| 345 | | 345 | | | VH_Fed0010048 |
| | | 346 | | | |

**PLAINTIFFS' ANALYSIS OF DOCUMENTS
SUBJECT TO SPECIAL MASTER ORDER #5**

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| | | 347 | | | |
| | | 348 | | | |
| | | 349 | | | |
| | | 350 | | | |
| | | 351 | | | |
| | | 352 | | | VH_Fed0010048 VH_Fed0010053 VH_Fed0010054 VH_Fed0010062 |
| | 353 | 353 | | | |
| | 355 | 355 | | | |
| | 359 | 359 | | | |
| | 360 | 360 | | | |
| | 363 | 363 | | | |
| | 365 | 365 | | | |
| | 370 | 370 | | | VH_Fed0010093 |
| | 371 | 371 | | | VH_Fed0011310 |
| 372 | | 372 | | VH_Fed008159 | |
| 373 | 373 | 373 | | VH_Fed008163 | |
| 374 | | 374 | | VH_Fed008686 VH_Fed008690 | |
| 375 | | 375 | | VH_Fed008903 VH_Fed008907 VH_Fed008912 VH_Fed008925 VH_Fed008961 VH_Fed009174 | |
| 376 | | 376 | | VH_Fed009350 VH_Fed009352 VH_Fed009357 | |
| | 377 | 377 | | | VH_Fed0013103 |
| | | | 378 | | VH_Fed0013107 |
| 379 | | 379 | | VH_Fed009370 | |
| 380 | | 380 | | VH_Fed009370 | |
| 381 | | 381 | | VH_Fed009370 | |
| | 382 | 382 | | | |
| 383 | | 383 | | VH_Fed009374 VH_Fed009376 VH_Fed009381 | |

## PLAINTIFFS' ANALYSIS OF DOCUMENTS
## SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| | | | | VH_Fed009394 | |
| 384 | | 384 | | VH_Fed009430 VH_Fed009432 VH_Fed009437 | |
| | 385 | 385 | | | |
| | 386 | 386 | | | |
| | | 388 | | | VH_Fed0010078 |
| | | 389 | | | VH_Fed0010081 |
| | | 390 | | | VH_Fed0010084 |
| | 391 | 391 | | | |
| | 392 | 392 | | | |
| | | 393 | | | VH_Fed0010153 |
| | | 394 | | | VH_Fed0010156 |
| | 395 | 395 | | | |
| 396 | | 396 | | VH_Fed007945 VH_Fed007946 VH_Fed007949 | |
| 397 | | 397 | | VH_Fed008364 VH_Fed008366 VH_Fed008369 | |
| | | 398 | | | VH_Fed0011321 |
| | 399 | 399 | | VH_Fed008403 VH_Fed008404 VH_Fed008407 | |
| | | 400 | | | VH_Fed0013195 |
| | | 401 | | | VH_Fed0013192 VH_Fed0013182 |
| | 409 | 409 | | | |
| | 414 | 414 | | | |
| | | 417 | | | VH_Fed0010075 |
| | | 418 | | | VH_Fed0010077 |
| | | 419 | | | VH_Fed0010148 |
| | | 420 | | | VH_Fed0011327 |
| | 421 | 421 | | | |
| | 423 | 423 | | | |
| | 425 | 425 | | | |
| 427 | 427 | 427 | | VH_Fed008168 | |
| 428 | 428 | 428 | | VH_Fed008168 | |

## PLAINTIFFS' ANALYSIS OF DOCUMENTS
## SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| | | | | VH_Fed008170 | |
| 429 | 429 | 429 | | VH_Fed008173 | |
| 430 | | 430 | | VH_Fed009450 | |
| 431 | 431 | 431 | | VH_Fed009450 | |
| 432 | 432 | 432 | | VH_Fed009450 VH_Fed009454 VH_Fed009457 | |
| 433 | 433 | 433 | | VH_Fed007935 VH_Fed007936 | |
| 434 | | 434 | | VH_Fed007983 VH_Fed007985 | |
| 435 | 435 | 435 | | VH_Fed007994 VH_Fed007996 | |
| 436 | | 436 | | VH_Fed008005 VH_Fed008007 | |
| 437 | 437 | 437 | | VH_Fed008016 VH_Fed008018 | |
| 438 | 438 | 438 | | VH_Fed008114 VH_Fed008115 VH_Fed008116 | |
| 439 | | 439 | | VH_Fed008534 VH_Fed008536 | |
| 440 | | 440 | | VH_Fed008579 VH_Fed008580 | |
| 441 | | 441 | | VH_Fed008623 VH_Fed008624 | |
| | 443 | 443 | | | |
| | 444 | 444 | | | |
| | 445 | 445 | | | |
| | 447 | 447 | | | |
| | 449 | 449 | | | |
| | 450 | 450 | | | |
| | 452 | 452 | | | |
| | 453 | 453 | | | |
| | 455 | 455 | | | |
| 456 | 456 | 456 | | VH_Fed008251 VH_Fed008252 | |
| 457 | 457 | 457 | | VH_Fed009672 VH_Fed009674 | |

**PLAINTIFFS' ANALYSIS OF DOCUMENTS
SUBJECT TO SPECIAL MASTER ORDER #5**

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| 458 | | 458 | | VH_Fed008667 | |
| 459 | 459 | 459 | | VH_Fed008667 | |
| 460 | 460 | 460 | | VH_Fed008667 | |
| 461 | 461 | 461 | | VH_Fed008667 | |
| 462 | 462 | 462 | | VH_Fed008667 | |
| 463 | 463 | 463 | | VH_Fed008667 | |
| 464 | 464 | 464 | | VH_Fed008667 | |
| 465 | 465 | 465 | | VH_Fed008667 | |
| 466 | 466 | 466 | | VH_Fed008667 | |
| 467 | 467 | 467 | | VH_Fed008667 | |
| 468 | | 468 | | VH_Fed008667<br>VH_Fed008673 | |
| 470 | | 470 | | VH_Fed009560<br>VH_Fed009562<br>VH_Fed009563 | |
| 473 | | 473 | | VH_Fed009712<br>VH_Fed009713<br>VH_Fed009714 | VH_Fed0013197<br>VH_Fed0013198<br>VH_Fed0013202<br>VH_Fed0013203<br>VH_Fed0013204 |
| 474 | | 474 | | VH_Fed009736<br>VH_Fed009737<br>VH_Fed009741<br>VH_Fed009764<br>VH_Fed009772<br>VH_Fed009822<br>VH_Fed009824<br>VH_Fed009829<br>VH_Fed009837 | |
| | 478 | 478 | | | |
| | 479 | 479 | | | |
| | 480 | 480 | | | |
| | 481 | 481 | | | |
| | 482 | 482 | | | |
| | | 483 | | | |
| | 484 | 484 | | | |
| | | 485 | | | |
| | | 486 | | | |
| | | 487 | | | |

**PLAINTIFFS' ANALYSIS OF DOCUMENTS
SUBJECT TO SPECIAL MASTER ORDER #5**

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification Item Nos. | Additional Produced Item Nos. | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | | | | |
| | | 488 | | | |
| | 489 | 489 | | | |
| | 490 | 490 | | | |
| | | 491 | | | |
| | | 492 | | | |
| | | 493 | | | |
| | | 494 | | | |
| | | 495 | | | |
| | | 496 | | | |
| | | 498 | | | |
| | | 499 | | | |
| | | 500 | | | |
| | | 501 | | | |
| | | 502 | | | |
| 504 | | 504 | | VH_Fed007831 VH_Fed007833 VH_Fed007836 | |
| | | 505 | | | |
| | | 506 | | | |
| | | 507 | | | |
| | | 508 | | | |
| | | 509 | | | |
| | | 510 | | | |
| | | 511 | | | |
| | | 512 | | | |
| | | 513 | | | |
| | | 514 | | | |
| | | 515 | | | |
| | | 516 | | | |
| | | 517 | | | |
| | 518 | 518 | | | VH_Fed0010067 VH_Fed0010068 |
| | | 519 | | | |
| | | 520 | | | |
| | | 521 | | | |
| | 522 | 522 | | | |
| | 523 | 523 | | | |

## PLAINTIFFS' ANALYSIS OF DOCUMENTS
## SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| | 524 | 524 | | | |
| | 525 | 525 | | | |
| | 526 | 526 | | | |
| | | 527 | | | |
| 529 | | 529 | | VH_Fed007925 VH_Fed007926 | |
| | | 530 | | | |
| | 533 | 533 | | | VH_Fed0010088 |
| | 535 | 535 | | | |
| | 536 | 536 | | | VH_Fed0010089 VH_Fed0010090 |
| | 537 | 537 | | | VH_Fed0010091 |
| | 538 | 538 | | | VH_Fed0010113 |
| | 539 | 539 | | | |
| | 540 | 540 | | | |
| | 541 | 541 | | | VH_Fed0010125 VH_Fed0010126 |
| | 542 | 542 | | | |
| 544 | | 544 | | VH_Fed008028 VH_Fed008030 VH_Fed008066 VH_Fed008067 VH_Fed008110 VH_Fed008111 | |
| | 545 | 545 | | | |
| | 551 | 551 | | | VH_Fed0010175 |
| | 552 | 552 | | | |
| | 553 | 553 | | | |
| 554 | 554 | 554 | | | VH_Fed0010180 |
| | 556 | 556 | | | |
| 559 | | 559 | | VH_Fed008164 VH_Fed008165 | |
| 560 | 560 | 560 | | VH_Fed008177 VH_Fed008178 | |
| 562 | 562 | 562 | | VH_Fed008290 VH_Fed008292 | |
| 563 | 563 | 563 | | VH_Fed008326 VH_Fed008327 VH_Fed008330 | |

## PLAINTIFFS' ANALYSIS OF DOCUMENTS
## SUBJECT TO SPECIAL MASTER ORDER #5

| Vail Health's Objection To SM Order #5 [ECF 414 at 6] | | Plaintiffs' Identification | Additional Produced | Davis Graham Production | Arnold & Porter Productions |
|---|---|---|---|---|---|
| 80 Item Nos. | 238 Item Nos. | Item Nos. | Item Nos. | | |
| 564 | | 564 | | VH_Fed008441 VH_Fed008443 | |
| | 565 | 565 | | | VH_Fed0013100 |
| | 566 | 566 | | | VH_Fed0013102 |
| | 570 | 570 | | | |
| 571 | 571 | 571 | | VH_Fed008490 VH_Fed008491 | |
| | | 572 | | | VH_Fed0013100 VH_Fed0013102 |
| | 573 | 573 | | | |