# Exhibit 9

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Saturday, July 1, 2023 9:39 AM |
| **To:** | Terry Ruckriegle |
| **Cc:** | Alan Kildow; Rothstein, Evan M.; O'Brien, Colin M.; Schultz, Leah |
| **Subject:** | Sports Rehab Consulting v Vail Health [19-2075]--Special Master Order #5 |
| **Attachments:** | Exhibit 1 2023-04-26 Case Management Hearing before Judge Crews (excerpt).pdf |

Judge Ruckriegle,

This is a joint email on behalf of the parties.

At the April 26, 2023 conference before Magistrate Judge Crews, an issue was raised with respect to Vail Health's interpretation of the scope of documents to be produced under Special Master Order #5 regarding the attorney-client privilege asserted by Vail Health.  *See* attached Ex. 1 (relevant excerpt from the hearing).  Since that hearing, Vail Health recently produced some but not all of the entries that Plaintiffs contend are required under your Order #5. In light of Judge Crews's instructions, the parties seek your clarification on the remaining entries at issue.

To do that, the parties will be filing a joint submission for your review, unless you order otherwise. Each side will present their position in five pages or less.  The parties anticipate they will file this submission on July 12. The parties are both amenable to scheduling a hearing thereafter.  The parties will soon request an amended scheduling order, and therefore seek an expedited resolution of this issue by you.

Best regards,

Sonya