# Exhibit 11

| | |
|---|---|
| **From:** | Schultz, Leah <Leah.Schultz@arnoldporter.com> |
| **Sent:** | Friday, September 1, 2023 10:35 AM |
| **To:** | alkildow@aol.com; Rothstein, Evan M. |
| **Cc:** | O'Brien, Colin M.; 'sonya braunschweig' |
| **Subject:** | RE: Sports Rehab Consulting LLC v. Vail Health |
| **Attachments:** | SRC_Vail - Special Master Confirmation Order re Motion to Compel No. 5 - DRAFT(174470863.2).docx |

Alan –

In anticipation of our call, please see our draft proposed order.

We look forward to speaking with you soon.

Best,
Leah

_____

Leah Schultz
Associate | Bio

Arnold & Porter

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2439
Leah.Schultz@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** alkildow@aol.com <alkildow@aol.com>
**Sent:** Wednesday, August 30, 2023 10:46 AM
**To:** Schultz, Leah <Leah.Schultz@arnoldporter.com>; Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com>
**Cc:** O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>; 'sonya braunschweig' <sonya.braunschweig@gmail.com>; alkildow@aol.com
**Subject:** RE: Sports Rehab Consulting LLC v. Vail Health

External E-mail

Leah:

We will be available for a conference at 10:00 a.m. MDT on Friday.  For that discussion, we will need a final draft of whatever writing Vail Health is proposing, as suggested by Evan last Friday.  This issue has been hanging out there since April—when Arnold & Porter became counsel—and long beore that when DGS represented Vail Health.  The Special Master clearly articulated the meaning of Order #5 so now there is no basis to delay final resolution of this issue, and that must be done immediately.  If there is no agreement on any writing *and* Vail Health's unconditional agreement to produce the remaining documents ordered by Order #5, Plaintiffs will file a Rule 37(b)(2) motion.  So please be ready to put an end to this issue on Friday.

Thanks,

1

Alan Kildow
970-390-6675

---

**From:** Schultz, Leah <Leah.Schultz@arnoldporter.com>
**Sent:** Tuesday, August 29, 2023 6:33 PM
**To:** alkildow@aol.com; Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com>
**Cc:** O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>; sonya braunschweig <sonya.braunschweig@gmail.com>
**Subject:** RE: Sports Rehab Consulting LLC v. Vail Health

Alan -

We're available to meet between 10-12 MT on Friday. Please let us know if anything in that window works for you all and I'll circulate a meeting invite.

Best,
Leah

_____
Leah Schultz
Associate | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2439
Leah.Schultz@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** alkildow@aol.com <alkildow@aol.com>
**Sent:** Tuesday, August 29, 2023 10:30 AM
**To:** Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com>
**Cc:** O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>; Schultz, Leah <Leah.Schultz@arnoldporter.com>; sonya braunschweig <sonya.braunschweig@gmail.com>; alkildow@aol.com
**Subject:** Sports Rehab Consulting LLC v. Vail Health

External E-mail

Evan:

Plaintiffs request your participation in a meet & confer to discuss two issues:

1. The status of any decision you may have made regarding some type of writing concerning Order #5 and the production of documents alleged to be subject to the attorney-client privilege, as discussed with Special Master Ruckriegle last Friday afternoon.  We request that whatever Vail Health intends to do be finalized immediately so the documents that have not been produced can be included as part of the September 8 production.

2. The production of Howard Head financial data.  The declaration of Vail Health's VP of Finance tells us very little other than it acknowledges that the Strata software provides Vail Health with the ability to access Howard Head financial data.  We now need to discuss what financial data Plaintiffs want produced and when it will be produced.

We are available this week and request that a discussion occur any time between now and Friday, so let us know when you or someone from your team is free.

Thanks,

Alan Kildow
970-390-6675

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,

and LINDSAY WINNINGER, an individual,

        Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

        Defendant.

---

## [PROPOSED] SPECIAL MASTER'S NOTICE CONFIRMING SCOPE OF REPORT AND RECOMMENDATION REGARDING MOTION TO COMPEL #5

---

      This matter comes before the Special Master in connection with the Special Master's Report and Recommendation Regarding Motion to Compel #5 ("Recommendation #5), which the Special Master issued on October 21, 2022 (D. 398). On March 13, 2023, Magistrate Judge Gallagher affirmed Recommendation #5 (D. 457). This matter was subsequently transferred to Magistrate Judge Crews. At a hearing on April 26, 2023, Magistrate Judge Crews authorized the parties to seek the Special Master's clarification and confirmation as to the intended scope of Recommendation #5, as affirmed by Judge Gallagher. *See* Tr. at 50:3–7 ("So when you all go back to work with Judge Ruckriegle, whatever he tells you was the intended scope, or is the scope of that order with regard to the attorney/client privilege documents, that is the scope. That is the answer of this Court in terms of the clarification of that order."). Vail Health and Plaintiffs subsequently requested that the Special Master confirm the scope of Recommendation #5.

      In Recommendation #5, the Special Master found that Vail Health's privilege log, briefing, and argument submitted by Vail Health's prior counsel, Davis, Graham, and Stubbs, did not contain the requisite specificity to meet Vail Health's burden of proof to establish attorney-client privilege over the documents for which Plaintiffs sought to compel production. *See, e.g.*, ECF 398 at 5 ("The Special Master finds that, as a general matter, Vail Health's presentation with regard to the items the Plaintiffs seek to compel is insufficiently specific to establish its claims of attorney-client privilege."). The Special Master made this finding as to each of the four categories of "business valuation" documents challenged by Plaintiffs. *See, e.g., id.* at 4–7 (Attorney-Client Communications); *id.* at 8–12 (Client-to-client communications); *id.* at 12–17 (Attorney-Appraiser-Client & Appraiser-Client communications). In light of the Special Master's finding that Vail Health failed to satisfy its burden to establish privilege, the Special Master issued a

recommendation that Vail Health disclose the documents challenged by Plaintiffs. *See, e.g.*, ECF No. 398 at 7, 12, 13, 21.

The Special Master hereby confirms that this findings in Recommendation #5 applied to all of the items identified Exhibit 1. Accordingly, Vail Health, through previous counsel, Davis, Graham, and Stubbs, waived privilege as to these specific documents and must disclose them within 5 days after the issuance of this Notice.

**Dated:** [DATE]

[SPECIAL MASTER SIGNATURE BLOCK]