# Exhibit 13

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Friday, September 1, 2023 2:28 PM |
| **To:** | Schultz, Leah |
| **Cc:** | alkildow@aol.com; O'Brien, Colin M.; Rothstein, Evan M. |
| **Subject:** | Re: Sports Rehab Consulting LLC v. Vail Health |
| **Attachments:** | Sept 1 2023 Pls Revisions to SRC_Vail - Index of Privilege Docs for Order No. 5.docx |

Leah,

Thank you for sending.  Attached are Plaintiffs' revisions to Exhibit 1, which is referenced in the proposed order we received earlier today.  I think the comments are self explanatory, but if you have any questions, please let me know.  As I stated on our call, Plaintiffs will be providing revisions to the proposed order as well.

Sonya

On Fri, Sep 1, 2023 at 1:14 PM Schultz, Leah <Leah.Schultz@arnoldporter.com> wrote:

> Alan and Sonya:
>
> To follow up on our call, attached please find our proposed Exhibit A which is an index of documents that are subject to disclosure due to the clarification regarding Motion No. 5.
>
> Best,
>
> Leah
>
> _____
> Leah Schultz
> Associate | Bio
>
> **Arnold & Porter**
>
> 700 Louisiana Street | Suite 4000
> Houston, TX 77002-2755
> T: +1 713.576.2439
> Leah.Schultz@arnoldporter.com
> www.arnoldporter.com | LinkedIn | Twitter

1

~~Vail Health's Index of Documents~~ **EXHIBIT 1**
**List of Remaining Entries** to be Produced ~~Pursuant to~~ Under
Special Master~~'s Clarification of~~ Order No. 5

| | | |
|---|---|---|
| Item No. 35 | Item No. 162 | Item No. 301 |
| Item No. 36 | Item No. ~~162~~ 163 | Item No. 311 |
| Item No. 37 | Item No. 164 | Item No. 313 |
| Item No. 49 | Item No. 175 | Item No. 353 |
| Item No. 51 | Item No. 176 | Item No. 355 |
| Item No. 54 | Item No. 178 | Item No. 359 |
| Item No. 62 | Item No. 180 | Item No. 360 |
| Item No. 69 | Item No. 202 | Item No. 363 |
| Item No. 70 | Item No. 204 | Item No. 365 |
| Item No. 75 | Item No. 208 | Item No. 385 |
| Item No. 89 | Item No. 220 | Item No. 409 |
| Item No. 91 | Item No. 221 | Item No. 414 |
| Item No. 106 | Item No. 222 | Item No. 421 |
| Item No. 122 | Item No. 223 | Item No. 423 |
| Item No. 123 | Item No. 224 | Item No. 425 |
| Item No. 127 | Item No. 257 | Item No. 450 |
| Item No. 129 | Item No. 258 | Item No. 452 |
| Item No. 130 | Item No. 265 | Item No. 453 |
| Item No. 132 | Item No. 267 | Item No. 455 |
| Item No. 134 | Item No. 268 | Item No. 478 |
| Item No. 136 | Item No. 269 | Item No. 479 |
| Item No. 142 | Item No. 276 | Item No. 480 |
| Item No. 146 | Item No. 278 | Item No. 481 |
| Item No. 147 | Item No. 279 | Item No. 482 |
| Item No. 154 | Item No. 283 | Item No. 483 |
| Item No. 155 | Item No. 291 | Item No. 484 |
| Item No. 156 | Item No. 297 | Item No. 485 |
| Item No. 158 | Item No. 300 | Item No. 486 |

~~Vail Health's Index of Documents~~ **EXHIBIT 1**
List of Remaining Entries to be Produced ~~Pursuant to~~ Under
Special Master~~'s Clarification of~~ Order No. 5

| | | |
|---|---|---|
| Item No. 487 | Item No. 502 | Item No. 521 |
| Item No. 488 | Item No. 505 | Item No. 522 |
| Item No. 489 | Item No. 506 | Item No. 523 |
| Item No. 490 | Item No. 507 | Item No. 524 |
| Item No. 491 | Item No. 508 | Item No. 525 |
| Item No. 492 | Item No. 509 | Item No. 526 |
| Item No. 493 | Item No. 510 | Item No. 527 (fn.28 of Plaintiffs' motion #5) |
| Item No. 494 | Item No. 511 | Item No. 530 |
| Item No. 495 | Item No. 512 | Item No. 539 |
| Item No. 496 | Item No. 513 | Item No. 542 |
| ~~Item No. 497~~ (not on Plaintiffs' list) | Item No. 514 | Item No. 556 |
| Item No. 498 | Item No. 515 | Item No. 570 |
| Item No. 499 | Item No. 516 | Item No. 573 |
| Item No. 500 | Item No. 517 | |
| Item No. 501 | Item No. 519 | |
| | Item No. 520 | |