# Exhibit 14

| | |
|---|---|
| **From:** | Schultz, Leah <Leah.Schultz@arnoldporter.com> |
| **Sent:** | Tuesday, September 5, 2023 10:59 AM |
| **To:** | sonya braunschweig |
| **Cc:** | alkildow@aol.com; O'Brien, Colin M.; Rothstein, Evan M. |
| **Subject:** | RE: Sports Rehab Consulting LLC v. Vail Health |
| **Attachments:** | SRC_Vail - Index of Privilege Docs for Order No. 5(174467778.2).docx |

Sonya –

I hope you had a happy Labor Day. Thank you for your revisions to this. I've attached a clean copy which accepts your changes.

I don't think we received your revisions to our proposed order. We would like to get this to the Special Master today if we are going to aim to complete production of these documents by the September 8 deadline, so please do let us know if you have any changes.

Best,
Leah

_____

Leah Schultz
Associate | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2439
Leah.Schultz@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** sonya braunschweig <sonya.braunschweig@gmail.com>
**Sent:** Friday, September 1, 2023 2:28 PM
**To:** Schultz, Leah <Leah.Schultz@arnoldporter.com>
**Cc:** alkildow@aol.com; O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>; Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com>
**Subject:** Re: Sports Rehab Consulting LLC v. Vail Health

External E-mail

Leah,

Thank you for sending. Attached are Plaintiffs' revisions to Exhibit 1, which is referenced in the proposed order we received earlier today. I think the comments are self explanatory, but if you have any questions, please let me know. As I stated on our call, Plaintiffs will be providing revisions to the proposed order as well.

Sonya

**EXHIBIT 1**
List of Remaining Entries to be Produced Under
Special Master Order No. 5

| | | |
|---|---|---|
| Item No. 35 | Item No. 162 | Item No. 301 |
| Item No. 36 | Item No. 163 | Item No. 311 |
| Item No. 37 | Item No. 164 | Item No. 313 |
| Item No. 49 | Item No. 175 | Item No. 353 |
| Item No. 51 | Item No. 176 | Item No. 355 |
| Item No. 54 | Item No. 178 | Item No. 359 |
| Item No. 62 | Item No. 180 | Item No. 360 |
| Item No. 69 | Item No. 202 | Item No. 363 |
| Item No. 70 | Item No. 204 | Item No. 365 |
| Item No. 75 | Item No. 208 | Item No. 385 |
| Item No. 89 | Item No. 220 | Item No. 409 |
| Item No. 91 | Item No. 221 | Item No. 414 |
| Item No. 106 | Item No. 222 | Item No. 421 |
| Item No. 122 | Item No. 223 | Item No. 423 |
| Item No. 123 | Item No. 224 | Item No. 425 |
| Item No. 127 | Item No. 257 | Item No. 450 |
| Item No. 129 | Item No. 258 | Item No. 452 |
| Item No. 130 | Item No. 265 | Item No. 453 |
| Item No. 132 | Item No. 267 | Item No. 455 |
| Item No. 134 | Item No. 268 | Item No. 478 |
| Item No. 136 | Item No. 269 | Item No. 479 |
| Item No. 142 | Item No. 276 | Item No. 480 |
| Item No. 146 | Item No. 278 | Item No. 481 |
| Item No. 147 | Item No. 279 | Item No. 482 |
| Item No. 154 | Item No. 283 | Item No. 483 |
| Item No. 155 | Item No. 291 | Item No. 484 |
| Item No. 156 | Item No. 297 | Item No. 485 |
| Item No. 158 | Item No. 300 | Item No. 486 |

**Field Code Changed**

US 174467778v2

**EXHIBIT 1**
List of Remaining Entries to be Produced Under
Special Master Order No. 5

| | | |
|---|---|---|
| Item No. 487 | Item No. 505 | Item No. 521 |
| Item No. 488 | Item No. 506 | Item No. 522 |
| Item No. 489 | Item No. 507 | Item No. 523 |
| Item No. 490 | Item No. 508 | Item No. 524 |
| Item No. 491 | Item No. 509 | Item No. 525 |
| Item No. 492 | Item No. 510 | Item No. 526 |
| Item No. 493 | Item No. 511 | Item No. 527 |
| Item No. 494 | Item No. 512 | Item No. 530 |
| Item No. 495 | Item No. 513 | Item No. 539 |
| Item No. 496 | Item No. 514 | Item No. 542 |
| Item No. 498 | Item No. 515 | Item No. 556 |
| Item No. 499 | Item No. 516 | Item No. 570 |
| Item No. 500 | Item No. 517 | Item No. 573 |
| Item No. 501 | Item No. 519 | |
| Item No. 502 | Item No. 520 | |

US 174467778v2

**Field Code Changed**