# Exhibit 15

| | |
|---|---|
| **From:** | sonya braunschweig <sonya.braunschweig@gmail.com> |
| **Sent:** | Wednesday, September 6, 2023 9:45 AM |
| **To:** | Schultz, Leah |
| **Cc:** | alkildow@aol.com; O'Brien, Colin M.; Rothstein, Evan M. |
| **Subject:** | Re: Sports Rehab Consulting LLC v. Vail Health |
| **Attachments:** | 2023-09-06 Pls Proposed Stipulation on SM Order #5.docx |

Attached is Plaintiffs' response to Vail Health's proposed order.

Sonya

On Tue, Sep 5, 2023 at 8:33 PM Schultz, Leah <Leah.Schultz@arnoldporter.com> wrote:

> Sonya –
>
> We already addressed both issues in our conferral. Please get us your proposed revisions as soon as possible so that we can get the order before the Special Master. As we articulated to the Special Master in our status conference and reiterated during our meet and confer with you on Friday, we need the Special Master to sign an order before we are in a position to produce the documents on Exhibit 1.  As we also discussed on Friday, Vail Health does not currently plan to appeal this order. But again, we need to discuss the final order with our clients, and we cannot do that until we see your proposed revisions.
>
> Alternatively, if you agree to filing the version that we sent you, we would be in a position to agree to both produce the documents by September 8th (assuming the order gets entered prior to then) and commit to not appealing.
>
> Best,
>
> Leah
>
> _____
>
> Leah Schultz
> Associate | Bio
>
> 700 Louisiana Street | Suite 4000
> Houston, TX 77002-2755
> T: +1 713.576.2439
> Leah.Schultz@arnoldporter.com
> www.arnoldporter.com | LinkedIn | Twitter
>
> ---
>
> **From:** sonya braunschweig <sonya.braunschweig@gmail.com>
> **Sent:** Tuesday, September 5, 2023 6:36 PM

1

**To:** Schultz, Leah <Leah.Schultz@arnoldporter.com>
**Cc:** alkildow@aol.com; O'Brien, Colin M. <Colin.Obrien@arnoldporter.com>; Rothstein, Evan M. <Evan.Rothstein@arnoldporter.com>
**Subject:** Re: Sports Rehab Consulting LLC v. Vail Health

External E-mail

Leah,

We are still considering the proposed order that you sent on Friday. Based on your email, please confirm that we will (1) receive the entries on Exhibit 1 by September 8; and (2) that Vail Health will not be appealing or objecting in any way to the production of any entries identified in Exhibit 1.

Sonya

On Tue, Sep 5, 2023 at 10:59 AM Schultz, Leah <Leah.Schultz@arnoldporter.com> wrote:

> Sonya –
>
> I hope you had a happy Labor Day. Thank you for your revisions to this. I've attached a clean copy which accepts your changes.
>
> I don't think we received your revisions to our proposed order. We would like to get this to the Special Master today if we are going to aim to complete production of these documents by the September 8 deadline, so please do let us know if you have any changes.
>
> Best,
>
> Leah
>
> _____
> Leah Schultz
> Associate | Bio
>
> 700 Louisiana Street | Suite 4000
> Houston, TX 77002-2755

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 19-cv-02075-WJM-GPG

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company,
and LINDSAY WINNINGER, an individual,

        Plaintiffs,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

        Defendant.

### PARTIES' STIPULATION REGARDING SPECIAL MASTER ORDER #5

The parties hereby stipulate regarding Special Master Order #5:

1. On August 25, 2023, counsel for the parties participated in a conference call with Special Master Ruckriegle regarding the scope of Special Master Order #5 (D. 398) on Plaintiffs' Motion to Compel #5 to Produce Documents on Vail Health's Inadequate Privilege Log, or Alternatively, In Camera Review at Vail Health's Cost (D. 195). In their motion, Plaintiffs challenged 391 entries on Vail Health's log.

2. During the August 25 conference, the Special Master reconfirmed the scope of Special Master Order #5 that Vail Health had not met its burden of proof—through its privilege log, briefing, and argument—to establish attorney-client privilege over 327 logged entries for which Plaintiffs sought to compel production.

3. Vail Health, through its prior and current counsel, produced a portion of the 327 challenged entries. The parties stipulate and agree that the remaining logged entries to be produced under Special Master Order #5 are identified in the attached Exhibit 1.

1

4. The parties further stipulate and agree that Vail Health shall produce the remaining logged entries identified in the attached Exhibit 1—without any further objections, appeals, requests for reconsideration, or further litigation of any nature with respect to Special Master Order #5—on or before September 8, 2023.

Dated: September ___, 2023

    Alan L. Kildow, MN# 0143133
    790 Potato Patch Drive
    Vail, CO 81657
    Telephone: (970) 390-6675
    E-mail: alkildow@aol.com

    Jesse Wiens, Colo. #33903
    Jesse Wiens Law
    0069 Edwards Access Road, Suite 8
    Edwards, Colorado 81632
    Telephone: (970) 855-0078
    E-mail: jesse@jessewienslaw.com

    Sonya R. Braunschweig, MN# 0290292
    5501 Irving Avenue South
    Minneapolis, MN 55419
    Telephone: (612) 819-2304
    E-mail: sonya.braunschweig@gmail.com

    Attorneys for Plaintiffs Lindsay Winninger and Sports Rehab Consulting LLC

Dated: September ___, 2023

    Evan Rothstein
    Colin O'Brien
    David Jelsma
    Arnold & Porter Kaye Scholer LLP
    1144 Fifteenth Street, Suite 3100
    Denver, CO 80202

    James Cooper
    Francesca Pisano
    Andrew T. Ellingsen
    Arnold & Porter Kaye Scholer LLP
    601 Massachusetts Avenue, N.W.
    Washington, D.C. 20001

Leah A. Schultz
Arnold & Porter Kaye Scholer LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002

Samuel David Sullivan
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

Counsel for Defendant Vail Health

## **BY THE SPECIAL MASTER**

The Special Master hereby confirms that the stipulation is correct.

Dated: September ___, 2023

_____
W. Terry Ruckriegle
Special Master