IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 19-cv-02075-WJM-SKC | Date: October 10, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

| *Parties:* | *Counsel:* |
|---|---|
| SPORTS REHAB CONSULTING LLC, et al., | Alan Kildow |
| | Sonya Braunschweig (by phone) |
| Plaintiff, | |
| v. | |
| VAIL CLINIC, INC., | Evan Rothstein |
| | Samuel Sullivan |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session: 02:02 p.m.**
Court calls case. Appearances of counsel. Special Master Ruckriegle appears by telephone. General counsel for Vail Clinic, Kevin Rudolph, is present at counsel table.

This hearing is before the Court regarding *[484] Motion to Reissue Scheduling Order*.

Counsel is advised to be more judicious with attachments to motions and pleadings. Counsel is admonished regarding how they interact with each other.

Discussion regarding Vail's production and Special Master Ruckriegle's prior orders.

**ORDERED:** Based upon this Court's review of the Special Master's Order No. 5, a review of Judge Gallagher's order adopting the Special Master's Order No. 5, and the representations of the Special Master on the record today regarding his finding of waiver of privilege, it is ORDERED that the Defendant produce all the documents referenced within the next three days.

*[503] Plaintiffs' Rule 37(b)(2) Motion #2 to Compel Compliance With Special Maser Order #5 [ECF no. 398] and March 13, 2023 Magistrate Order [ECF no.457]* is unreferred to Special Master Ruckriegle and is **DENIED as moot.**

*[484] Motion to Reissue Scheduling Order* is **TAKEN UNDER ADVISEMENT.** The Court will separately issue a schedule with appropriate deadlines.  No additional shall occur other than what has already been scheduled to be produced.

Hearing Concluded.

**Court in recess: 03:38 p.m.**
Total time in court: 01:36

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.