UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02075-WJM-SKC

SPORTS REHAB CONSULTING LLC, a Colorado limited liability company, and
LINDSAY WINNINGER

     Plaintiff,

v.

VAIL CLINIC, INC. d/b/a VAIL HEALTH, a Colorado nonprofit corporation,

     Defendant.

## MINUTE ORDER

     Before the Court is Defendant Vail Clinic, Inc.'s Motion to Reissue Scheduling Order, Dkt. 484. Plaintiffs Sports Rehab Consulting LLC and Lindsay Winninger filed a Response, Dkt. 493, and Defendant filed a Reply, Dkt. 498. The Court ordered a Status Conference concerning the Motion, which was held on October 10, 2023. Dkts. 509 and 511. The Court reviewed the Motion and associated briefing, the docket, and relevant law. The Court heard arguments from the parties and was advised by Special Master Hon. W. Terry Ruckriegle.

     After taking scheduling matters under advisement, the Court finds good cause to amend the Scheduling Order, and ORDERS that the following deadlines be SET or RESET, as the circumstances may dictate:

| Task | Deadline |
| --- | --- |
| Filing of any motions to compel or motions for sanctions that were mentioned or discussed at the Status Conference held on 10/10/2023, including Plaintiffs' potential motion to compel or | 11/17/2023 |

1

| | |
|---|---:|
| for sanctions concerning (a) physical therapy documents and/or (b) the crime fraud exception. The parties are reminded the Court expects them to confer in good faith and with professionalism, and to raise the standards and decorum of their conferrals. | |
| Plaintiffs' 30(b)(6) deposition of Defendant limited to Howard Head financial data | 11/20/2023 |
| Completion of Expert Depositions | 12/29/2023 |
| Dispositive Motions | 1/29/2024 |
| Final Pretrial Conference | 4/17/2024 at 10:00 AM in Courtroom C201 |

The Court was unable to discern whether the parties desired to supplement some or all of their respective expert reports—the arguments of counsel at the hearing were inconsistent with their arguments in their written submissions. Thus, the Court declines to set or reset a deadline to supplement any expert reports at this time. If a party desires to supplement an expert report, the Court will entertain a motion (after meaningful conferral) to modify the Scheduling Order that sets forth good cause and the nature of the supplement sought.

Concerning the request for a deadline to file motions challenging an expert, the parties shall review Judge William J. Martinez's Practice Standards, particularly Section III.H.

The Court will entertain motions to amend the above schedule, only upon a showing of good cause. Any motion and its response is limited to ten pages, and a reply is limited to five pages. Responses will be due 14 days following the filing of a motion, and replies will be due seven days following the filing of a response. The Parties are reminded to be judicious with any exhibit attachments.

The Court FURTHER ORDERS that, other than as contained in the above schedule, no additional discovery may occur without leave of Court because the discovery cut-off passed long ago. The only discovery production that should be occurring at this point is (1) discovery that is anticipated by the above deadlines, (2) discovery that may be ordered or allowed by the Special Master or this Court, and (3) discovery that the parties have already voluntarily agreed to produce to date.

The Court FURTHER ORDERS the parties to file a Joint Status Report on or before **11/27/2023** that includes an update on the status of the remaining discovery, percolating and unresolved discovery disputes (if any), and any additional discovery or sanctions motions either side may be contemplating at the time (if any).

The Court FURTHER ORDERS that the parties shall appear for an in-person Status Conference to discuss the Joint Status Report and any other matters ripe for the Court on **12/6/2023 at 10:00 AM** in Courtroom C201 before Magistrate Judge S. Kato Crews. Special Master W. Terry Ruckriegle may, if he desires, appear telephonically. The Special Master shall contact Chambers prior to the Conference to advise the Court if he wishes to appear telephonically.

DATED:  October 11, 2023

3